| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BCause Mining LLC, a Virginia limited liability company** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2810783** |
| 4. | **Debtor's address** | **Principal place of business**<br>**130 S. Jefferson St., #101**<br>**Chicago, IL 60661**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**5465B Greenwich Rd. Virginia Beach, VA 23462**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **bcause.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **BCause Mining LLC, a Virginia limited liability company** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **BCause Mining LLC, a Virginia limited liability company** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **BCause Mining LLC, a Virginia limited liability company**     Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 11, 2019**
MM / DD / YYYY

X **/s/ Ann M. Cresce**                                          **Ann M. Cresce**
Signature of authorized representative of debtor                Printed name

Title  **Corporate Secretary and General Counsel**

**18. Signature of attorney**

X **/s/ SCOTT R. CLAR**                                          Date **April 11, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**      Email address  **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

Debtor   BCause Mining LLC, a Virginia limited liability company       Case number (if known)
         Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/11/2019
               MM / DD / YYYY

X _____        Ann M. Cresce
Signature of authorized representative of debtor    Printed name

Title   **Corporate Secretary and General Counsel**

**18. Signature of attorney**

X _____        Date  04/11/19
Signature of attorney for debtor                MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777       Email address  sclar@cranesimon.com

**06183741 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **BCause Mining LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA  ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 11, 2019**       X **/s/ Ann M. Cresce**
                                        Signature of individual signing on behalf of debtor

                                        **Ann M. Cresce**
                                        Printed name

                                        **Corporate Secretary and General Counsel**
                                        Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name   BCause Mining LLC, a Virginia limited liability company |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/11/2019      X  /s/ Ann M. Cresce
                                Signature of individual signing on behalf of debtor

**Ann M. Cresce**
Printed name

**Corporate Secretary and General Counsel**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **BCause Mining LLC, a Virginia limited liability company**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AlphaCraft Technologies, LLC<br>601 Railroad Ave.<br>South Boston, VA 24592 | | | | | | $351,386.40 |
| Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | | | | | | $22,686.06 |
| Bay Technologies<br>4501 Bainbridge Blvd., #200<br>Chesapeake, VA 23320 | | | | | | $89,437.46 |
| BFPE International<br>PO Box 791045<br>Baltimore, MD 21279-1045 | | | | | | $213,750.00 |
| BMG Operations Ltd.<br>44 Church Street<br>St. John's<br>Antigua | | Convertible Note Payable | | | | $3,898,377.00 |
| CB Critical Systems<br>11816 Mason Park Way<br>Glen Allen, VA 23059 | | | | | | $53,057.00 |
| CSC<br>3462 Solution Center<br>Chicago, IL 60677-3004 | | | | | | $626,305.84 |

Debtor **BCause Mining LLC, a Virginia limited liability company**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dominion Energy Virginia**<br>PO Box 26543<br>Richmond, VA 23290-0001 | | | | | | $1,459,267.38 |
| **EF Fallon, Kevin**<br>2800 252nd Ave.<br>Salem, WI 53168 | | | | | | $15,018.50 |
| **Endurance IT Services, LLC**<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452 | | **Lawsuit Case No. 810CL19000594-00** | **Disputed** | | | $52,923.55 |
| **HK Cryptocurrency Mining LLC**<br>470 Park Avenue South<br>New York, NY 10016 | | **Deposit Payable** | | | | $43,200.00 |
| **Horizon Kinetics LLC**<br>470 Park Avenue South<br>New York, NY 10016 | | **Deposit Payable** | | | | $26,400.00 |
| **Inate One LLC**<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455 | | **Deposit Payable** | | | | $6,800.00 |
| **Pro Window, Inc.**<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23452 | | | | | | $333,611.09 |
| **Professional Heating & Cooling, Inc**<br>3306 Arizona Ave.<br>Norfolk, VA 23513 | | | | | | $957,856.37 |
| **Silbar Security Corporation**<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320 | | | | | | $10,336.00 |
| **Solutrix**<br>5469 Greenwich Road<br>Virginia Beach, VA 23462 | | **Deposits Payable** | | | | $8,160.00 |

Debtor **BCause Mining LLC, a Virginia limited liability company**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Customs & Border Protection**<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278 | | | | | | $737,041.90 |
| **WESCO Distribution, Inc.**<br>PO Box 530409<br>Atlanta, GA 30353-0409 | | | | | | $745,756.08 |
| **Zhouyang (Mason) Song**<br>2930 Barnard Street, #7204<br>San Diego, CA 92110 | | **Property Damage Claim** | **Disputed** | | | $295,356.40 |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BCause Mining LLC, a Virginia limited liability company**   Case No.
Debtor(s)   Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BCause LLC** | | | **100% Membership** |
| **BCause LLC**<br>**130 S Jefferson St., #101**<br>**Chicago, IL 60661** | | | **100% membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Corporate Secretary and General Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 11, 2019**          Signature  **/s/ Ann M. Cresce**
**Ann M. Cresce**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BCause Mining LLC, a Virginia limited liability company**          Case No.
                                                Debtor(s)                     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BCause LLC | | | 100% Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Corporate Secretary and General Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   4/11/2019                 Signature   *[signature]*
                                             Ann M. Cresce

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BCause Mining LLC, a Virginia limited liability company**                    Case No.
                                                        Debtor(s)                       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **37**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 11, 2019**                    **/s/ Ann M. Cresce**
                                               **Ann M. Cresce**/**Corporate Secretary and General Counsel**
                                               Signer/Title

# United States Bankruptcy Court
### Northern District of Illinois

In re: __BCause Mining LLC, a Virginia limited liability company__

Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __37__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __4/12/2019__

_____
Ann M. Cresce/Corporate Secretary and General Counsel
Signer/Title

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bruce Pollack
167 Park Ave.
Glencoe, IL 60022

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059

CSC
3462 Solution Center
Chicago, IL 60677-3004

Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290-0001

EF Flake/Thomas
700 Roosevelt Ave
Virginia Beach, VA 23452

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210

FRMO Corporation
One North Lexington Ave., #12-C
White Plains, NY 10601

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA 23320

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA 23453

Johns Brothers Security
310 E. Street
Hampton, VA 23661

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans Cherin & Mellott LL
919 E. Main St., #1300
Richmond, VA 23219

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457

Midgett Preti Olansen PC
Attn: Alison R. Zizzo
2901 Lynnhaven Rd., #120
Virginia Beach, VA 23452

Paul Bozych
Nielsen, Zehe & Antas, P.C.
55 W. Monroe St., #1800
Chicago, IL 60603

Pro Window, Inc.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Professional Heating & Cooling, Inc
3306 Arizona Ave.
Norfolk, VA 23513

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320


Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462


The Water H2Ole, Inc.
1444 Southern Blvd., #C2-A
Virginia Beach, VA 23454


US Customs & Border Protection
6650 Telecom Drive, #100
Indianapolis, IN 46278


Verizon
PO Box 15043
Albany, NY 12212-5043


WESCO Distribution, Inc.
PO Box 530409
Atlanta, GA 30353-0409


Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BCause Mining LLC, a Virginia limited liability company**    Case No.
Debtor(s)    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BCause Mining LLC, a Virginia limited liability company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BCause LLC**
**130 S Jefferson St., #101**
**Chicago, IL 60661**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 11, 2019** | **/s/ SCOTT R. CLAR** |
| Date | **SCOTT R. CLAR** |
| | Signature of Attorney or Litigant |
| | Counsel for   **BCause Mining LLC, a Virginia limited liability company** |
| | **Crane, Simon, Clar & Dan** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |
| | **sclar@cranesimon.com** |

# United States Bankruptcy Court
## Northern District of Illinois

In re   BCause Mining LLC, a Virginia limited liability company                           Case No. _____
                                                    Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BCause Mining LLC, a Virginia limited liability company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

BCause LLC
130 S Jefferson St., #101
Chicago, IL 60661

☐ None [*Check if applicable*]

_4/11/19_
Date

**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for   BCause Mining LLC, a Virginia limited liability company
Crane, Simon, Clar & Dan
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777  Fax:312-641-7114
sclar@cranesimon.com