IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-10562 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 18th day of April, 2019, at 9:30 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by him as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of Debtor For Authority to Use Cash Collateral and Related Relief**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), or via First Class U.S. Mail (where indicated), properly addressed and postage pre-paid on the 11th day of April, 2019.

/s/Scott R. Clar

i

# SERVICE LIST

**Served Via ECF**
Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604

**Via e-mail**
george.sladoje@bcause.com
George Sladoje
Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661

Alison.zizzo@mpopc.com
Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

gaylene.watson@dominionenergy.com
Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509

Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509
kristopher.c.russell@dominionenergy.com

l.cofield@coingeek.com
BMG Operations Ltd.
44 Church Street
St. John's
Antigua

pbozych@nzalaw.com
Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

srobbins@robbins-lawgroup.com
Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

cfomedia@cbp.dhs.gov
US Customs & Border Protection
6650 Telecom Drive, #100
CSC
3462 Solution Center
Chicago, IL 60677-3004

MarkWomble@alphacrafttech.com
AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Justice@prowindow1.com
Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

mkirsner@eckertseamans.com
Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

billm@bfpe.com
sflannery@bfpe.com
BFPE International
PO Box 791045
Baltimore, MD 21279-1045

mark@m3electric.com
Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

gcrone@CBcriticalsystems.com
CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059
hross@horizonkinetics.com
HK Cryptocurrency Mining LLC

ii

470 Park Avenue South
New York, NY 10016

hross@horizonkinetics.com
Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016

arlemary@amazon.com
Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

kevin.fallon@bcause.com
EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Christy.Lohoski@silbarsecurity.com
Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

pkessler@solutrix.com
Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

james.foy@inateone.com
Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

**Via Facsimile**
**Fax No. 757-7691867**
Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No.  19-10562 |

**MOTION OF DEBTOR FOR AUTHORITY TO USE
CASH COLLATERAL AND RELATED RELIEF**

BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein ("Debtor"), by and through its attorneys, makes its Motion For Authority to Use Cash Collateral and Related Relief ("Motion"), pursuant to Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Rules of this Court ("Local Rules"), and in support thereof, states as follows:

**INTRODUCTION**

1. On April 11, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

5.      The statutory predicates for the relief requested in this Motion are Section 363 of the Bankruptcy Code, and Rule 4001-2 of the Local Rules.

6.      By this Motion, the Debtor requests that this Court authorize it to use certain cash and cash equivalents that allegedly serve as collateral for claims asserted against the Debtor and its property by the WESCO Distribution, Inc. ("WESCO").

## RELEVANT FACTUAL BACKGROUND

7.      The Debtor is in in the business crypto currency mining, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or minors.  The Debtor does not itself mine, but is a service provider that hosts a mining venue for its customers.

8.      The Debtor provides a state of the art mining facility in Virgina Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

9.      The Debtor is wholly owned by BCause LLC, which is a limited liability holding company also formed in Virginia.

10.     The Debtor's Chapter 11 filing was triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of BCause LLC's bank account, from which all of the Debtor's bills are paid, including bills for utilities such as Dominion Energy, which has threatened a shut-off of the Debtor's utilities for non-payment, as of April 12, 2019.

11.     BCause LLC will itself file a Chapter 11 case as soon as possible in order to free up funds for the Debtor and BCause LLC.

12. The Debtor does not have any employees, as all employees are employed by BCause LLC. BCause LLC employs twenty-seven (27) full time and four (4) part time employees in the Debtor's Chicago and Virginia Beach locations.

13. WESCO asserts a security interest in cash equivalents, including the Debtor's cash and accounts receivable, among other collateral (the "Collateral").

14. The Debtor, as of the Petition Date, had an interest in the BCause LLC bank account which totals approximately $911,000, accounts receivable of approximately $1,021,000 and machinery and electrical equiptment, upon which WESCO also asserts a secured position, having a values of approximately $7.5 million.

## USE OF CASH COLLATERAL

15. In order for the Debtor to continue to operate its business, manage its financial affairs, and effectuate an effective reorganization, it is essential that the Debtor be authorized to use cash collateral for, among other things, the following purposes[1]:

A. Insurance;

B. Utilities;

C. Purchase of Inventory; and

D. Other miscellaneous items needed in the ordinary course of business.

Attached to this Motion as **Exhibit A** are the Debtor's monthly cash flow projections for the period April 12, 2019, through May 13, 2019 (the "Budget"). The Budget itemizes the Debtor's cash needs during the relevant period.

16. Use of cash collateral to pay the actual, necessary and ordinary expenses to maintain the Debtor's business, as set forth in the Budget, will preserve the value of the Debtor's

---

[1] Cash collateral usage will commence upon the filing of the BCause LLC Chapter 11 case, and the freeing of the BCuase LLC bank account from which the Debtor's bills are paid. BCause LLC has approx. $900,000 in a bank account at Lakeside Bank.

assets and business and thereby ensure that the interests of creditors that have or may assert an interest in both cash collateral and the Debtor's other assets are adequately protected within the meaning of Sections 361, 362 and 363 of the Bankruptcy Code.

17. The Debtor proposes, subject to the approval of this Court, to use cash collateral in which WESCI asserts an interest. The Debtor's proposed use pursuant to the Budget will permit the Debtor to sustain its business operations and reorganize its financial affairs through the implementation of a successful plan of reorganization. Furthermore, the Debtor's proposal will adequately protect the purported secured interests of WESCO.

18. Unless the Debtor is authorized to use cash collateral in which WESCO asserts an interest, the Debtor will be unable to continue to operate its business and manage its financial affairs, thereby reducing any reasonable prospect for a successful reorganization. The cessation of normal business operations by the Debtor will cause irreparable harm to the Debtor, its creditors and this estate.

19. The Debtor proposes to use cash collateral and provide adequate protection to the Secured Parties upon the following terms and conditions:[2]

    A. The Debtor will permit WESCO to inspect, upon reasonable notice, and within reasonable business hours, the Debtor's books and records;

    B. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

    C. The Debtor shall, upon reasonable request, make available to WESCO evidence of that which purportedly constitutes their collateral or proceeds;

    D. The Debtor will properly maintain the collateral and properly manage the collateral; and

---

[2] Based upon the Debtor's proposal for the use of cash collateral, none of the disclosures required under Rule 4001-2 of the Local Rules are necessary.

    E.      The Debtor will grant replacement liens to WESCO to the extent of WESCO's pre-petition lien, if any, and attaching to the same assets of the Debtor in which the WESCO asserted pre-petition liens.

20.      Further cash flow budgets, if necessary, will be submitted to this Court pursuant to this Motion. The Debtor will make the expenditures set forth on **Exhibit A** to this Motion, plus no more than 10% of the total proposed expense payments, unless otherwise agreed to by WESCO or upon further Order of this Court.

## CONCLUSION

21.      The Debtor requests, pursuant to Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure, that this Court conduct a preliminary hearing to authorize the Debtor's interim use of cash collateral pending a final hearing on this Motion.

22.      The Debtor believes that it is in the best interest of the Debtor, its creditors, and this estate to authorize it to use that portion of its assets herein requested, all or a portion of which may constitute cash collateral, in that, without the limited use of those assets as herein requested, the Debtor will be unable to pay and satisfy its current operating expenses, thereby resulting in immediate and irreparable harm and loss to the estate.

23.      For the reasons set forth herein, this Court should grant the relief requested in this Motion.

WHEREFORE, BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein, prays for the entry of an Order as follows:

    A.      Authorizing the Debtor to use cash collateral in which WESCO asserts liens, upon the terms and conditions set forth in this Motion, until further Order of this Court;

    B.      Preliminarily authorizing the Debtor to use cash collateral pending a final hearing on this Motion;

5

C. Setting a final hearing on this Motion; and

D. Granting such other relief as this Court deems just and appropriate.

        BCause Mining LLC, a Virginia limited liability company,

        By:/s/Scott R. Clar

**DEBTOR'S COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Cash Collateral. MOT.docx