

## BCause Mining LLC Budget through 5-10-19

| | Week Ending | | | | |
|---|---|---|---|---|---|
| | 12-Apr | 19-Apr | 26-Apr | 3-May | 10-May | Totals |
| **Revenues** | | | | | | |
| Mining Hosting Fees | | | | 1,021,252 | | 1,021,252 |
| | | | | | | |
| **Expenditures:** | | | | | | |
| Allaince Material Handling | | | 1,402 | | | 1,402 |
| Dominion Energy | | | 600,000 | | | 600,000 |
| Hoffland Properties | | | | 58,570 | | 58,570 |
| Jack Frost | | | 480 | | | 480 |
| Silbar | | 4,320 | 1,440 | 1,440 | 1,440 | 8,640 |
| The Water H2ole | | 50 | 50 | | | 100 |
| Verizon | | | 1,420 | | 1,420 | 2,840 |
| **Total Expenditures:** | 0 | 4,370 | 604,792 | 60,010 | 2,860 | 672,032 |
| | | | | | | 349,220 |