IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-10562 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 18th day of April, 2019, at 9:30 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion to Provide Adequate Assurance of Payment For Continued Utility Service**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), or via First Class U.S. Mail (where indicated), properly addressed and postage pre-paid on the 11th day of April, 2019.

/s/Jeffrey C. Dan

1

## SERVICE LIST

**Served Via ECF**
Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**Via e-mail**
george.sladoje@bcause.com
George Sladoje
Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
gaylene.watson@dominionenergy.com
Office; 757-857-2383
Mobile: 757-434-3703

Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509
kristopher.c.russell@dominionenergy.com

**Via U.S. Mail**

Verizon
PO Box 15043
Albany, NY 12212-5043

Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290-0001

Thomas F. Farrell, II
President & CEO
Dominion Energy, Inc.
120 Tredegar Street
Richmond, VA 23219

Craig Silliman
Executive V.P. & General Counsel
Verizon
1095 Avenue of the Americas
New York, NY 10013

2IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-10562 |

**Motion to Provide Adequate Assurance**
**of Payment For Continued Utility Service**

BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein ("Debtor"), by and through its attorneys, makes its Motion to Provide Adequate Assurance of Payment For Continued Utility Service ("Motion"), pursuant to Section 363 of the Bankruptcy Code, and in support thereof, states as follows:

**INTRODUCTION**

1. On April 11, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

5. The statutory predicate for the relief requested in this Motion is Section 366 of the Bankruptcy Code.

## RELEVANT FACTUAL BACKGROUND

6. The Debtor is in the business of crypto currency mining, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or minors. The Debtor does not itself mine, but is a service provider that hosts a mining venue for its customers.

7. The Debtor provides a state of the art mining facility in Virgina Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

8. The Debtor is wholly owned by BCause LLC, which is a limited liability holding company also formed in Virginia.

9. The Debtor's Chapter 11 filing was triggered by a judgment entered in favor of WESCO and a garnishment of BCause LLC's bank account, from which all of the Debtor's bills are paid, including bills for utilities such as Dominion Energy, which has threatened a shut-off of the Debtor's utilities for non-payment, as of April 12, 2019.

10. BCause LLC will itself file a Chapter 11 case in order to free up funds for the Debtor and BCause LLC.

11. The Debtor does not have any employees, as all employees are employed by BCause LLC. BCause LLC employs twenty-seven (27) full time and four (4) part time employees.

12. WESCO asserts a security interest in cash equivalents, including the Debtor's cash and accounts receivable, among other collateral (the "Collateral").

13. The Debtor, as of the Petition Date, had an interest in the BCause LLC bank account, totaling approximately $900,000, accounts receivable of approximately $1,021,000.00 and machinery and electrical equipment valued at approximately $7,500,000.00.

## Requested Relief

14. In order to continue its business operations, the Debtor must be provided with continued uninterrupted utility services from the "Utility Companies", as listed on **Exhibit A** attached hereto and incorporated by reference herein.

15. The purpose of Section 366(b) of the Bankruptcy Code is to afford a utility company reasonable protection against risk of nonpayment of post-petition utility charges by a debtor.

16. The Debtor proposes the following as adequate assurance of payment for continued utility services to each utility company:

    a. Each utility company shall retain any pre-petition security deposit paid by the Debtor as a post-petition security deposit[1];

    b. Each utility company shall be entitled to an administrative expense priority claim for any post-petition utility charges that remain unpaid;

    c. The Debtor shall timely pay the utilities as billed by each utility and shall remain current on such payment;

    d. The Debtor shall pay each utility that does not currently hold a deposit a deposit in an amount equal to one month of the Debtor's average monthly expense for each utility, within forty-five (45) days of the entry of an order approving this motion; and

    e. Each utility company shall be prohibited from terminating, discontinuing or otherwise interrupting utility service to the Debtor until further order of court.

---

[1] Dominion Energy Virginia is currently holding a security deposit from the Debtor in the amount of $1,587,200.21.

17. The Debtor submits that, in view of the purpose of Section 366(b) of the Bankruptcy Code, its proposal for adequate assurance of payment for continued utility services is fair and reasonable. The Debtor further submits that requiring any other form of adequate assurance of payment would unnecessarily deplete the Debtor's present and future cash resources which would otherwise be used in the operation of its business.

18. This Motion is intended to constitute Debtor's compliance with Section 366(b) of the Bankruptcy Code by serving as Debtors' offer of adequate assurance to the utility companies.

WHEREFORE, BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein, requests the entry of an Order as follows:

A. Approving the Debtor's proposal for adequate assurance of payment for continued utility services from each of the utility companies as set forth in this Motion;

B. Prohibiting each of the utility companies from terminating, discontinuing or otherwise interrupting utility services to the Debtor until further Order of this Court;

C. Amending the cash collateral orders entered in this case to allow the payments of deposits to the utility companies; and

D. For such other and further relief as this Court deems fit and proper.

BCause Mining LLC, a Virginia limited
liability company,


By:/s/Jeffrey C. Dan
    One of its Attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\Jeff\Bcause Mining\Utility.mot.docx

5