# EXHIBIT A

Dominion Energy Virginia
P.O. Box 26543
Richmond, VA 23290-0001
Account No. 7591132860


Verizon
P.O. Box 15043
Albany, NY 12212-5043
Account No. U0193476