# EXHIBIT D

**CONFESSION OF JUDGMENT/**             Case No. __19-668__
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of ........Arlington County........................, Virginia

## CONFESSION OF JUDGMENT

| CREDITOR(S): | | DEBTOR(S): |
|---|---|---|
| Wesco Distribution, Inc. | v | BCause Mining, LLC |
| | | BCause Trust, INC. |
| | | BCause Spot, LLC |
| | | BCause, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred Forty Nine 34/100 dollars) together with interest thereon at the rate of .......20....... % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day,

__3/1/19__
DATE

### COSTS STATEMENT

$ ........................ Writ Tax
$ ........................ Clerk's Fees       by _____
$ ........................ Docketing Fee           ATTORNEY IN FACT
$ ........................ Tech Trust Fund Fee     Seth Robbins
$ ........................ Sheriff's Fee           VSB No. 45807
$ ........................ Registered/Certified Mail
$ ........................ Legal Aid/Indigent Defense Fee
$ ........................ Courthouse Construction Fee
$ ........................ Law Lib/Courthouse Maintenance Fee
$ ........................ Court Technology Fee

__356.00__

[ ] Power of Attorney in Debt Instrument
[ ] Separate Power of Attorney Document
[ ] Appointment of Substitute Attorney-in-fact recorded on _____ DATE
Instrument No. _____
Deed Book/Page No. _____

_____ (seal)
_____ (seal)
_____ (seal)
_____ (seal)
_____ (seal)

RECEIVED 2019 MAR -1 PM 1:26

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

__3/1/19  9:35 PM__ ........ Order Book No. _____ Page No. _____
DATE AND TIME OF CONFESSION

Instrument No. _____

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney
[ ] Separate Power of Attorney
[ ] Separate Debt Instrument

_Paul Ferguson_, Clerk

by _____
        DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

**CONFESSION OF JUDGMENT/**            Case No. ............................................................
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of .........Arlington County............................................................., Virginia

### CONFESSION OF JUDGMENT

CREDITOR(S):           DEBTOR(S):

Wesco Distribution, Inc.    v   BCause Derivatives Exchange, LLC

                                     BCause Clear, LLC

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred dollars) Forty Nine 34/100 together with interest thereon at the rate of ..........20.......... % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day,        _____ (seal)

                                      _____ (seal)
       DATE
**COSTS STATEMENT**                   _____ (seal)

$ ............................ Writ Tax                            _____ (seal)

$ ............................ Clerk's Fees   by   _____ (seal)
                                        ATTORNEY IN FACT

$ ............................ Docketing Fee

$ ............................ Tech Trust Fund Fee

$ ............................ Sheriff's Fee        [ ] Power of Attorney in Debt Instrument

$ ............................ Registered/Certified Mail        [ ] Separate Power of Attorney Document

$ ............................ Legal Aid/Indigent Defense Fee        [ ] Appointment of Substitute Attorney-in-fact

$ ............................ Courthouse Construction Fee        recorded on ................................................
                                                                           DATE

$ ............................ Law Lib/Courthouse
                       Maintenance Fee                      Instrument No. .........................................

$ ............................ Court Technology Fee           Deed Book/Page No. ...............................

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

................................................................................. Order Book No. ............................ Page No. ............................
       DATE AND TIME OF CONFESSION

Instrument No. ..............................................................................................................................................

Attached to this Judgment of Confession are:

       [x] Debt instrument containing a Power of Attorney        _____ , Clerk
       [ ] Separate Power of Attorney
       [ ] Separate Debt Instrument                            by   _____
                                                                                                         DEPUTY CLERK

*Receipt : 19000003254*      *Page 1 of 1*

**COURT ADDRESS:**
1425 NORTH COURTHOUSE ROAD
ARLINGTON, VA 22201
PHONE # :703-228-4399



**OFFICIAL RECEIPT**
**ARLINGTON CIRCUIT COURT**
**CIVIL**

**DATE :** 03/01/2019    **TIME :** 13:25:42    **CASE # :** 013CL1900066800
**RECEIPT # :** 19000003254    **TRANSACTION # :** 19030100038
**CASHIER :** FHC    **REGISTER # :** A473    **FILING TYPE :** CJ    **PAYMENT :** FULL PAYMENT
**CASE COMMENTS :** WESCO DISTRIBUTION INC v. BCAUSE MINING LLC
**SUIT AMOUNT :** $1,896,349.34
**ACCOUNT OF :** WESCO DISTRIBUTION INC
**PAID BY :** WESCO DISTRIBUTION INC
**CHECK :** $356.00    **CHECK NUMBER :** 1371
**DESCRIPTION 1 :** CJ:CONFESSED JUDGMENT
               **2 :** PLAINTIFF: WESCO DISTRIBUTION INC
               **3 :** NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | 219 | LAW LIBRARY | $4.00 |
| 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $10.00 | 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 123 | LEGAL AID SERVICES | $9.00 | 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 | 307 | JUDGMENT DOCKET FEE | $5.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 | | | |

**TENDERED : $**    356.00
**AMOUNT PAID : $**    356.00

PAYOR'S COPY     *CLERK OF COURT : PAUL FERGUSON*     RECEIPT COPY 1 OF 2