# EXHIBIT F

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
4/2/2019 9:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L050181

# AFFIDAVIT IN SUPPORT OF AN APPLICATION TO RECORD A FOREIGN JUDGMENT IN ILLINOIS

I, **PAUL BOZYCH**, of full age, being duly sworn according to law, upon my oath hereby depose and say as follows:

1. I am an attorney for the judgment creditor to a Confession of Judgment entitled Wesco Distribution, Inc., Judgment Creditor, v. BCause Mining, LLC, BCause Trust, Inc., BCause Spot, LLC, BCause, LLC, BCause Derivatives Exhange, LLC, BCause Clear, LLC, Judgment Debtors, issued by the Circuit Court of Arlington County for the State of Virginia. I am seeking to record (docket) said judgment in the Circuit Court of Cook County in the State of Illinois.

2. Attached to this affidavit is an authenticated, triple-sealed original and copy of the judgment from the State of Virginia, entered on March 1, 2019, wherein judgment was confessed and signed by all of the debtors named above in the amount of $1,896,349.34 (One million Eight Hundred Ninety Six Thousand Three Hundred dollars and thirty-four cents) together with interest thereon at the rate of 20% from April 27, 2018.

3. The judgment creditor is **Wesco Distribution, Inc., 225 West Station Square Drive, Pittsburg, PA 15219.**

4. The judgment debtors and their last known addresses are known to me to be as follows:

- **BCause Mining, LLC, 192 Ballard Ct., Suite 303, Virginia Beach, VA 23462;**
- **BCause Trust, Inc., 227 Bendix Road, Suite 420, Virginia Beach, VA 23452;**
- **BCause Spot, LLC, 227 Bendix Road, Suite 420, Virginia Beach, VA 23452;**
- **BCause, LLC, 227 Bendix Road, Suite 420, Virginia Beach, VA 23452;**
- **BCause Derivatives Exchange, LLC, 227 Bendix Road, Suite 420, Virginia Beach, VA 23452; and**

1

FILED DATE: 4/2/2019 9:29 AM 2019L050181

- **BCause Clear, LLC, 227 Bendix Road, Suite 420, Virginia Beach, VA 23452.**

5. The opportunity and time to challenge or appeal the confession of judgment in the State of Virginia has expired.

6. The courts of the State of Virginia have not granted a stay of execution of said confessed judgment.

7. The foreign judgment was not entered by default. It was confessed by the debtors through the individual certified signature of an officer for each.

8. I will mail a notice of filing of the foreign judgment with the Circuit Court of Cook County in Illinois to each of judgment debtors on the same date of filing.

Further, the affiant says not.

_____
PAUL BOZYCH,
An attorney for judgment creditor,
**Wesco Distribution, Inc.**

Sworn and subscribed before me on this _2nd_ day of April 2019.

_____
Notary Public

My commission expires on 09/16/2020 [seal]

OFFICIAL SEAL
NANCY HERRERA
Notary Public - State of Illinois
My Comm. Expires SEPTEMBER 16, 2020

2

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
4/2/2019 9:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L050181

FILED DATE: 4/2/2019 9:29 AM   2019L050181

<u>**Notice of Filing to Register a Foreign Judgment**</u>                    (10/19/18) CCG 0612

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LAW **DEPARTMENT** FIRST **DIVISION/DISTRICT**

WESCO DISTRIBUTION, INC
                    Plaintiff
v.                                                Case No. _____
BCAUSE MINING, LLC., et al
                    Defendant

### NOTICE OF FILING TO REGISTER A FOREIGN JUDGMENT

Notice of Filing to Register a Foreign Judgment

☑ A Judgment from another state          ☐ Federal judgment (i.e. a federal district court money judgment)
  (735 5/12-650 et seq.)                    (735 ILCS 5/12-501; 735 ILCS 5/12-650 et seq.)

☐ Foreign state
  (735 ILCS 5/12-618 et seq.; 735 ILCS 5/12-650 et seq.)

To Defendant:   BCAUSE, LLC
                277 BENDIX RD., STE. 420
                VIRGINIA BEACH, VA 23452

You are hereby notified that Plaintiff, WESCO DISTRIBUTION, INC.
                                                Name
225 W. STATION SQUARE DRIVE, PITTSBURG, PA 15219
       Address           City                State       Zip

through its attorneys, PAUL BOZYCH, NIELSEN, ZEHE & ANTAS, P.C.
                                Name
55 W. MONROE STREET, SUITE 1800, CHICAGO, IL 60603
       Address           City                State       Zip

did this day file an authenticated copy of a certain Foreign Judgment in the above entitled action, entered in
the CIRCUIT Court of COOK County, State of ILLINOIS on 4/2/19.

Dated: 4/2/19

Dorothy Brown
Clerk of the Circuit Court

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
4/2/2019 9:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L050181

FILED DATE: 4/2/2019 9:29 AM   2019L050181

<u>Notice of Filing to Register a Foreign Judgment</u>                              (10/19/18) CCG 0612

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

<u>LAW</u> DEPARTMENT <u>FIRST</u> DIVISION/DISTRICT

<u>WESCO DISTRIBUTION, INC</u>

Plaintiff

v.                                               Case No. _____

<u>BCAUSE MINING, LLC., et al</u>

Defendant

### NOTICE OF FILING TO REGISTER A FOREIGN JUDGMENT

Notice of Filing to Register a Foreign Judgment

☑ A Judgment from another state        ☐ Federal judgment (i.e. a federal district court money judgment)
   (735 5/12-650 et seq.)                  (735 ILCS 5/12-501; 735 ILCS 5/12-650 et seq.)

☐ Foreign state
   (735 ILCS 5/12-618 et seq.; 735 ILCS 5/12-650 et seq.)

To Defendant:   BCAUSE MINING, LLC
                192 BALLARD CT., STE. 303
                VIRGINIA BEACH, VA 23462

You are hereby notified that Plaintiff, <u>WESCO DISTRIBUTION, INC.</u>
                                                  Name

<u>225 W. STATION SQUARE DRIVE, PITTSBURG, PA 15219</u>,
        Address              City                 State       Zip

through its attorneys, <u>PAUL BOZYCH, NIELSEN, ZEHE & ANTAS, P.C.</u>
                                        Name

<u>55 W. MONROE STREET, SUITE 1800, CHICAGO, IL 60603</u>
        Address              City                 State       Zip

did this day file an authenticated copy of a certain Foreign Judgment in the above entitled action, entered in

the <u>CIRCUIT</u> Court of <u>COOK</u> County,

State of <u>ILLINOIS</u> on <u>4/2/19</u>.

Dated: <u>4/2/19</u>   _____
                        Dorothy Brown
                        Clerk of the Circuit Court

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1