# EXHIBIT K



Law firm ref#: 33-143

# IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

**WESCO DISTRIBUTION, INC.,**
    Plaintiff(s),
vs.

**BCAUSE MINING LLC; et al.,**
    Defendant(s).

Case No.: 19 L 50181



### AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Lakeside Bank**

I, Served the within named INDIVIDUAL/ENTITY on April 03, 2019 @ 3:17 PM

CORPORATE SERVICE: by leaving a copy of this process with **Vincent J. Tolve**. (Title): **Executive VP / General Counsel**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Judgement Debtor Bcause LLC's Garnishment Summons (Non-Wage); Affidavit for Garnishment (Non-Wage); Garnishment Summons**

ADDRESS WHERE SERVED: **55 W. Wacker Drive, Chicago, IL 60601**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **White** - Hair: **Gray** - Approx. Age: **55-60** - Height: **5ft 09in** - Weight: **260-270 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __Illinois__

County of __Cook__

This instrument was subscribed and sworn to before me on __4-4-2019__ (date)
By __Michael Mitchell__ (name/s of person/s)

Signature of Notary Public

Michael Mitchell, Process Server
Dated __4/4/19__

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312.855.0303

OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/20



Law firm ref#: 33-143

# IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

**WESCO DISTRIBUTION, INC.,**
    Plaintiff(s),
vs.

**BCAUSE MINING LLC; et al.,**
    Defendant(s).

Case No.: 19 L 50181



## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**INDIVIDUAL/ENTITY TO BE SERVED: Lakeside Bank**

I, Served the within named INDIVIDUAL/ENTITY on April 03, 2019 @ 3:17 PM

**CORPORATE SERVICE:** by leaving a copy of this process with **Vincent J. Tolve**. (Title): **Executive VP / General Counsel**, a person authorized to accept service. I informed that person of the contents thereof.

**TYPE OF PROCESS: Judgement Debtor Bcause Mining LLC's Garnishment Summons (Non-Wage); Affidavit for Garnishment (Non-Wage)**

**ADDRESS WHERE SERVED: 55 W. Wacker Drive, Chicago, IL60601**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **White** - Hair: **Gray** - Approx. Age: **55-60** - Height: **5ft 09in** - Weight: **260-270 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _Illinois_

County of _Cook_

This instrument was subscribed and sworn to before me on _4-4-2019_ (date)
By _Michael Mitchell_ (name/s of person/s)

_____
Signature of Notary Public

_____
Michael Mitchell, Process Server
Dated _4/4/19_

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL60603
312.855.0303

OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/20