**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause LLC, | ) | Case No. 19-10731 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Case No. 19-10562 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**NOTICE OF EMERGENCY MOTION TO FILE SEALED DOCUMENT**

**PLEASE TAKE NOTICE** that on **April 18, 2019, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 615, Chicago, Illinois 60604, or any other Judge sitting in her place or stead, and then and there present **Wesco's Emergency Motion to File Sealed Document**, a copy of which is herewith served upon you.

Dated: April 17, 2019

Respectfully submitted,

**WESCO DISTRIBUTION, INC.,**

/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDonald HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

{8039579:2 }

## CERTIFICATE OF SERVICE

     I, David A. Agay, hereby certify that, on April 17, 2019, I caused a copy of the foregoing Notice of Emergency Motion and the following Emergency Motion to be electronically filed with the Clerk of Court using the Electronic Case Filing System, which automatically served all parties who are deemed to have consented to electronic service.

                                                               /s/ David A. Agay

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause LLC, | ) | Case No. 19-10731 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Case No. 19-10562 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## EMERGENCY MOTION TO FILE SEALED DOCUMENT

WESCO Distribution, Inc., ("WESCO"), by and through its undersigned counsel, pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5005-4 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), hereby submits its Emergency Motion for an Order authorizing it to file under seal Exhibit L to WESCO's Preliminary Objections to Debtors' Cash Collateral and Payroll Motions (Case No. 19-17031, D.I. 11 and Case No. 19-10562, D.I 9) and in support states as follows:

### JURISDICTION & VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The statutory bases for the relief requested herein are sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 5005-4.

**BACKGROUND**

4. BCause Mining LLC ("BCause Mining") filed its bankruptcy petition on April 11, 2019 (Case No. 19-10562).

5. With its chapter 11 petition, BCause Mining filed motions to use cash collateral (D.I 3) and to provide adequate assurance to utilities (D.I. 4).

6. Subsequently, on April 12, 2019, BCause, LLC ("BCause LLC") filed its bankruptcy petition (Case No. 19-10731), along with its own motion to use cash collateral (D.I. 5) and a motion to pay prepetition payroll (D.I. 6).

7. On April 17, 2019, WESCO filed its Preliminary Objections to Debtors' Cash Collateral and Payroll Motions (Case No. 19-17031, D.I. 11 and Case No. 19-10562, D.I. 9) (the "Objections") on April 17, 2019.

8. Exhibit L to WESCO's Objections is covered by a confidentiality agreement between the Debtors and WESCO.

9. WESCO's counsel was informed by the Debtors' counsel that the Debtors' do not object to the filing under seal of Exhibit L to WESCO's objections.

WHEREFORE, WESCO respectfully requests that the Court enter an order substantially in the form attached, allowing it to file under seal, Exhibit L to WESCO's Preliminary Objections to Debtors' Cash Collateral and Payroll Motions and grant such as other relief as the Court might deem just or necessary.

Dated: April 17, 2019

        **WESCO DISTRIBUTION, INC.,**

/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDonald HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com