IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | |
| debtor/debtor-in-possession. | ) | Chapter 11 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 24th day of April, 2019, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Extension of Time to File Schedules and Statement of Financial Affairs**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration on the 18th day of April, 2019 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com


**Via e-mail**
george.sladoje@bcause.com
George Sladoje
Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661

Alison.zizzo@mpopc.com
Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

pbozych@nzalaw.com
Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

srobbins@robbins-lawgroup.com
Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | |
| debtor/debtor-in-possession. | ) | Chapter 11 |

**MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

BCAUSE MINING, LLC, debtor/debtor-in-possession ("Debtor"), by and through its attorneys, files its Motion for Extension of Time to File Schedules and Statement of Financial Affairs; and in support thereof, state as follows:

1. On April 11, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been managing its financial affairs as debtor-in-possession since the Petition Date.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the Debtor has until April 25, 2019, to file its Bankruptcy Schedules and Statement of Financial Affairs.

5. The Debtor is in the process of gathering all of the information necessary to complete its Schedules and Statement of Financial Affairs.

6. The Debtor requests that this Court enter an Order granting an extension of time for the Debtor to file its Schedules and Statement of Financial Affairs from April 25, 2019 through and including May 8, 2019.

7. The general meeting of creditors pursuant to Section 341 of the Bankruptcy Code is scheduled for May 15, 2019.

8. This Motion is not being brought to cause undue delay and no party will be prejudiced by granting of the requested extension.

9. No prior extensions have been requested by the Debtors.

WHEREFORE, BCAUSE MINING, LLC, debtor/debtor-in-possession, prays for the entry of an Order as follows:

A. Extending the time by which the Debtor must file its Schedules and Statement of Financial Affairs from April 25, 2019 through and including May 8, 2019; and

B. Granting such other relief as may be just and appropriate.

BCAUSE MINING, LLC

By: \s\ Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Ext Time File Sched.mot and NOM