UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JANET S. BAER**   Hearing Date   April 18, 2019

Bankruptcy Case No.   19 B 10562   Adversary No.

Title of Case   In re: Bcause Mining LLC, a Virginia limited liability co.

Brief Statement of Motion   Emergency Motion to File a Sealed Document (Dkt #11)

Names and Addresses of moving counsel   See Attached Service List

Representing

## ORDER

### IT IS HEREBY ORDERED that:

The emergency motion to file a sealed document is Denied as unneccissary.

By: /s/ Janet S. Baer

Janet S. Baer