In re: Bcause Mining LLC, a Virginia limited liability co.
Case No. 19 B 10562

## CERTIFICATE OF SERVICE

I, Kimberly McGee, certify that on April 18, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**David A Agay**
**Shara C Cornell**
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654

**Scott R Clar**
**Jeffrey C Dan**
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603

**Jason M Torf**
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606