**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Case No. 19-10562 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on **April 19, 2019, Wesco Distribution, Inc.,** filed the attached Exhibit L to its Preliminary Objections to Debtor's Cash Collateral and Payroll Motions a copy of which is herewith served upon you.

Dated: April 19, 2019            Respectfully submitted,

**WESCO DISTRIBUTION, INC.,**

/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDonald HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

{8044338: }                    1

## **CERTIFICATE OF SERVICE**

I, David A. Agay, hereby certify that, on April 19, 2019, I caused a copy of the foregoing Notice of Filing to be electronically filed with the Clerk of Court using the Electronic Case Filing System, which automatically served all parties who are deemed to have consented to electronic service.

/s/ David A. Agay