# EXHIBIT L

**CONFIDENTIAL**
**BCause Accounts Payable (selected)**
**as of March 12, 2019**

This document was prepared pursuant to a request by Wesco and its counsel, Seth Robbins, Esq. It is subject to the terms of the Non-Disclosure and Confidentiality Agreement entered into between BCause LLC and WESCO Distribution, Inc.

The amounts shown are appropriately rounded. The selected payables represent approximately 80% of the total accounts payable due.

| Amount | Contractual purpose/service | Current status |
| --- | --- | --- |
| $351,400 | Installed electrical equipment, switches | May convert some debt to equity |
| $89,400 | Rack build out | Cooperative/waiting for funding |
| $142,500 | Fire suppression | Continues to provide services |
| $90,000 | Front-end development for trading platform | Continues to provide services |
| $943,800 | Energy provider | $222,500 due 3/20/19 |
| $53,000 | Hardware | *Filed lawsuit; see below |
| $470,000 | Law firm | Continues to provide services |
| $123,700 | Trading platform, matching engine provider | Continues to provide services |
| $202,900 | Windows | Cooperative/waiting for funding |
| $952,000 | Ceiling exhaust fans and installation | Cooperative/waiting for funding |
| $1,300,000 | CSC/Wesco | Promissory Note |

*Lawsuit filed in the Virginia Beach Circuit Court on February 1, 2019 claiming $47,807.00. Plaintiff and plaintiff's counsel have agreed to negotiate a payment plan with BCause; a proposal is currently being developed by BCause. The difference between the claimed amount v amount noted above is due to late charges booked by BCause, some of which are not included in the amount claimed in the lawsuit. Plaintiff's security interest is in the equipment and hardware it provided under the contract that is the subject of the lawsuit.

# Notes to the January Financials

## **Balance Sheet**

- The security deposits are with Dominion Energy and Keystone. At 12/31 the amount was more than $2.3 million but Dominion lowered our deposit requirement in January from about $1.9 million to $1.6 million.
- We have a Deferred Revenue amount on the balance sheet because most of our contracts with companies that we are hosting are required to pay one or two months in advance.
- The Convertible Note Payable is with BMG and is due in February 2022.
- Future Considerations reflect discounts that will be granted to BMG (by contract) each month going forward.

## **P & L**

- While we are showing Mining Hosting Revenues of $1.3 million the cash was collected for January in November and December. Going forward the revenues will decline and the cash incoming likely be less than $1million. Actual cash received in January was approximately $1 million.
- While payroll expenses (Acct # 83055) amounted to $174,662 the real payroll amount should include Acct # 84000, Guaranteed Payments of $19,844. These are employees who are also members of the LLC and this accounting and disclosure arrangement is a convenience for us for tax purposes.
- A number of employees are takin no compensation, some are taking partial payments and forgoing expense reimbursements in an effort to keep the company solvent.
- Utility Expense (Dominion) was reduced in January due to a regulatory mandated refund. The BCause share was nearly $60,000.

# BCause

## BALANCE SHEET - UNAUDITED

As of January 31, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       10106 Cash - Lakeside Bank | 634,883 |
|       10204 Bitcoin - Blockchain Account | 1,919 |
|     **Total Bank Accounts** | **$636,803** |
|     Accounts Receivable | |
|       11000 Accounts Receivable (A/R) | 520,690 |
|     **Total Accounts Receivable** | **$520,690** |
|     Other Current Assets | |
|       11010 Accounts Receivable Other | 20,480 |
|     **Total Other Current Assets** | **$20,480** |
|   **Total Current Assets** | **$1,177,973** |
|   Fixed Assets | |
|     15000 Fixed Assets | |
|       15002 Computer Equipment | 12,085 |
|       15008 Electrical Equipmenent - VB Phase I | 3,914,670 |
|       15010 Leasehold Improvements - VB Phase I | 3,985,906 |
|       15012 Electrical Equipment CIP - VB Phase II | 3,680,703 |
|       15014 Leasehold Improvements CIP - VB Phase II | 3,484,127 |
|       16000 Accumulated Depreciation | -1,185,379 |
|     **Total 15000 Fixed Assets** | **13,892,113** |
|   **Total Fixed Assets** | **$13,892,113** |
|   Other Assets | |
|     17100 Security Deposits Receivable | 2,008,153 |
|   **Total Other Assets** | **$2,008,153** |
| **TOTAL ASSETS** | **$17,078,239** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | $6,466,118 |
|       Other Current Liabilities | |
|         21500 Deferred Revenue | 3,403,989 |
|         22110 Notes Payable | 515,000 |
|         22200 Payroll Liabilities | 174,133 |
|         22300 Benefits Payable | -207 |
|       **Total Other Current Liabilities** | **$4,092,916** |
|     **Total Current Liabilities** | **$10,559,034** |
|     Long-Term Liabilities | |
|       22500 Customer Deposits Payable | 91,920 |
|       22550 Convertible Notes Payable | 3,898,377 |
|       22600 Future Considerations | 1,173,310 |

|  | TOTAL |
|---|---:|
| Total Long-Term Liabilities | $5,163,607 |
| Total Liabilities | $15,722,641 |
| Equity |  |
|   30000 Members Capital | 5,986,033 |
|   35000 Retained Earnings | -4,650,280 |
|   Net Income | 19,844 |
| Total Equity | $1,355,598 |
| **TOTAL LIABILITIES AND EQUITY** | **$17,078,239** |

# BCause

## PROFIT AND LOSS - UNAUDITED
### January 2019

| | TOTAL |
|---|---:|
| Income | |
|   50000 Sales | |
|     50200 Mining Hosting | 1,313,255 |
|     50300 Repair Services | 21,000 |
|     58000 Credits/Discounts | -41,264 |
|   Total 50000 Sales | 1,292,991 |
| Total Income | $1,292,991 |
| Cost of Goods Sold | |
|   60000 Cost of Sales | |
|     60030 Labor | 5,840 |
|     60040 Misc Cost of Sales | 900 |
|     60070 Hosting | 8,303 |
|     61000 Equipment Rental | 20,900 |
|     61020 Utility Expenses | 703,292 |
|   Total 60000 Cost of Sales | 739,234 |
| Total Cost of Goods Sold | $739,234 |
| GROSS PROFIT | $553,757 |
| Expenses | |
|   80000 Expenses | |
|     81200 Advertising | 17,448 |
|     83013 Bank Charges | 25 |
|     83015 Consulting Services | 18,332 |
|     83022 Data Center Supplies & Maintenance | 2,336 |
|     83023 Depreciation Expense | 137,329 |
|     83025 Dues & subscriptions | 4,000 |
|     83030 Insurance | 7,973 |
|     83035 Interest Expense | 33,139 |
|     83040 Legal & Professional Fees | 2,079 |
|     83045 License & Fees | 68 |
|     83051 Office/General Administrative Expenses | 2,941 |
|     83055 Payroll Expenses | 174,662 |
|     83059 Postage & Shipping | 46 |
|     83061 Recruitment | 1,375 |
|     83062 Rent or Lease of Buildings | 71,258 |
|     83063 Retirement Plan Contributions | 1,276 |
|     83070 Travel | 7,616 |
|     83090 Utilities | 950 |
|   Total 80000 Expenses | 482,853 |
|   84000 Guaranteed Payments | 51,060 |
| Total Expenses | $533,913 |
| NET OPERATING INCOME | $19,844 |
| Other Income | $0 |

|  | TOTAL |
|---|---:|
| NET OTHER INCOME | $0 |
| NET INCOME | $19,844 |

# BCause

## PRELIMINARY BALANCE SHEET - UNAUDITED
### As of December 31, 2018

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     10106 Cash - Lakeside Bank | 436,705 |
|     10204 Bitcoin - Blockchain Account | 1,919 |
|   **Total Bank Accounts** | **$438,624** |
|   Accounts Receivable | |
|     11000 Accounts Receivable (A/R) | 514,795 |
|   **Total Accounts Receivable** | **$514,795** |
|   Other Current Assets | |
|     11010 Accounts Receivable Other | 17,541 |
|   **Total Other Current Assets** | **$17,541** |
| **Total Current Assets** | **$970,960** |
|   Fixed Assets | |
|   15000 Fixed Assets | |
|     15002 Computer Equipment | 12,085 |
|     15008 Electrical Equipmenent - VB Phase I | 3,914,670 |
|     15010 Leasehold Improvements - VB Phase I | 3,985,906 |
|     15012 Electrical Equipment CIP - VB Phase II | 3,680,703 |
|     15014 Leasehold Improvements CIP - VB Phase II | 3,484,127 |
|     16000 Accumulated Depreciation | -1,048,135 |
|   **Total 15000 Fixed Assets** | **14,029,357** |
| **Total Fixed Assets** | **$14,029,357** |
|   Other Assets | |
|     17100 Security Deposits Receivable | 2,355,186 |
|   **Total Other Assets** | **$2,355,186** |
| **TOTAL ASSETS** | **$17,355,503** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|     Accounts Payable | $6,592,376 |
|     Other Current Liabilities | |
|       21500 Deferred Revenue | 3,639,926 |
|       22110 Notes Payable | 500,000 |
|       22200 Payroll Liabilities | 128,886 |
|     **Total Other Current Liabilities** | **$4,268,812** |
|   **Total Current Liabilities** | **$10,861,188** |
|   Long-Term Liabilities | |
|     22500 Customer Deposits Payable | 86,960 |
|     22550 Convertible Notes Payable | 3,898,377 |
|     22600 Future Considerations | 1,173,310 |
|   **Total Long-Term Liabilities** | **$5,158,647** |

|  | TOTAL |
|---|---:|
| Total Liabilities | $16,019,835 |
| Equity | |
|   30000 Members Capital | 5,986,033 |
|   35000 Retained Earnings | -2,116,596 |
|   Net Income | -2,533,770 |
| Total Equity | $1,335,668 |
| **TOTAL LIABILITIES AND EQUITY** | **$17,355,503** |

# BCause

## PRELIMINARY PROFIT AND LOSS - UNAUDITED

January - December 2018

|  | TOTAL |
|---|---:|
| **Income** | |
|   50000 Sales | |
|     50200 Mining Hosting | 13,828,539.72 |
|     50300 Repair Services | 164,240.43 |
|     58000 Credits/Discounts | -1,790,758.30 |
|   **Total 50000 Sales** | **12,202,021.85** |
|   51000 Grant Income | 436,823.00 |
| **Total Income** | **$12,638,844.85** |
| **Cost of Goods Sold** | |
|   60000 Cost of Sales | |
|     60010 Cryptocurrency Trading Fees | 115,993.79 |
|     60030 Labor | 118,419.96 |
|     60040 Misc Cost of Sales | 10,204.77 |
|     60050 IT infrastructure | 27,742.33 |
|     60070 Hosting | 85,280.07 |
|     60090 Subcontractors | 16,801.24 |
|     61000 Equipment Rental | 91,859.60 |
|     61010 Repairs & Maintenence - Equipment | 16,998.60 |
|     61020 Utility Expenses | 7,930,441.09 |
|   **Total 60000 Cost of Sales** | **8,413,741.45** |
| **Total Cost of Goods Sold** | **$8,413,741.45** |
| **GROSS PROFIT** | **$4,225,103.40** |
| **Expenses** | |
|   80000 Expenses | |
|     81200 Advertising | 501,929.29 |
|     83010 Accounting | 44,546.74 |
|     83013 Bank Charges | 1,078.25 |
|     83015 Consulting Services | 386,424.79 |
|     83022 Data Center Supplies & Maintenance | 46,372.93 |
|     83023 Depreciation Expense | 1,048,135.06 |
|     83025 Dues & subscriptions | 12,825.19 |
|     83027 Education/Seminars | 8,000.00 |
|     83028 Furniture & Fixtures | 61,614.47 |
|     83030 Insurance | 127,757.00 |
|     83035 Interest Expense | 117,502.03 |
|     83040 Legal & Professional Fees | 696,217.06 |
|     83045 License & Fees | 56,998.46 |
|     83047 Meals & Entertainment | 10,793.34 |
|     83050 Office Equipment | 19,396.54 |
|     83051 Office/General Administrative Expenses | 70,236.35 |
|     83055 Payroll Expenses | 1,667,792.66 |
|     83059 Postage & Shipping | 1,701.84 |
|     83060 Printing | 20.60 |

|  | TOTAL |
|---|---:|
| 83061 Recruitment | 4,125.00 |
| 83062 Rent or Lease of Buildings | 747,734.00 |
| 83063 Retirement Plan Contributions | 24,540.97 |
| 83065 Supplies | 73.40 |
| 83067 Taxes & Fees | 881.63 |
| 83070 Travel | 114,841.27 |
| 83090 Utilities | 9,962.25 |
| **Total 80000 Expenses** | 5,781,501.12 |
| 84000 Guaranteed Payments | 1,022,635.73 |
| **Total Expenses** | **$6,804,136.85** |
| NET OPERATING INCOME | $ -2,579,033.45 |
| Other Income |  |
| 90010 BTC Gain Loss | 170.11 |
| 90030 Miscellaneous Income | 45,093.65 |
| **Total Other Income** | **$45,263.76** |
| Other Expenses | $0.00 |
| NET OTHER INCOME | $45,263.76 |
| NET INCOME | $ -2,533,769.69 |