UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:
BCause Mining LLC,

BK No.: 19-10562

Chapter: 11

Honorable Janet S. Baer

Debtor(s)

## ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein (the "Debtor"), for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; the Court having sustained the objections of WESCO Distribution, Inc. ("WESCO") in part for the reasons stated on the record at the April 18, 2019 hearing; the Court having permitted the Debtor's use of cash collateral for the limited period and for the limited purposes set forth herein pending a further hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) Pending further order of the Court, the Debtor is authorized to use cash collateral solely to pay the following expenses set forth in the Debtor's Budget submitted with the Motion for the Week Ending April 19, 2019: Silbar ($4,320.00) and The WaterH2ole ($50.00). For the avoidance of doubt, the Debtor is not permitted to use cash collateral to pay any creditors or expenses other than the foregoing amounts;

B) As adequate protection for the Debtor's use of cash collateral and the stay of action against the Debtor and WESCO's collateral under Bankruptcy Code section 362, WESCO is granted the following in accordance with Bankruptcy Code sections 361 and 363(e):

1. The Debtor will permit WESCO to inspect, upon reasonable notice and within reasonable business hours, the Debtor's books and records and also to inspect WESCO's cash and other collateral;

2. The Debtor shall maintain and pay premiums for insurance to cover WESCO's collateral from fire, theft, water, and other damage or harm;

3. The Debtor shall, upon reasonable request, make available to WESCO records and other evidence relating to WESCO's collateral and proceeds of WESCO's collateral and also produce an itemized statement identifying the equipment, inventory, and other collateral of WESCO's and the location of such collateral;

4. The Debtor will properly maintain WESCO's collateral in good repair and properly manage the collateral; and

Rev: 20170105_bko

5. WESCO is granted additional and replacement liens on all pre-petition and post-petition assets of the Debtor, including cash, cash-equivalents, accounts receivable and other accounts, and all tangible and intangible assets of the Debtor, to the same extent, validity and priority that WESCO possessed in such assets on the Debtor's bankruptcy petition date, and to the extent or amount of any decrease in the value of WESCO's interest in the collateral on account of the pendency of this bankruptcy case; and

6. A further hearing in connection with the Debtor's Motion will be held on April 24, 2019 at 10:00 a.m.

Enter:

*Janet S. Baer* (nkd)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: 4/19/19

**Prepared by:**
DEBTOR'S COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
mjo/BCause Mining/Cash Collateral - revised.ORD

Rev: 20170105_bko