**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **BCause Mining LLC, a Virginia limited liability company**<br>Name | EIN **82–2810783** |
| United States Bankruptcy Court **Northern District of Illinois**<br>Case number: **19–10562** | | Date case filed for chapter **11  4/11/19** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case            12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | BCause Mining LLC, a Virginia limited liability company | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 130 S. Jefferson St., #101<br>Chicago, IL 60661 | |
| 4. | **Debtor's attorney**<br>Name and address | Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603 | Contact phone  312 641–6777<br>Email: sclar@cranesimon.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone  1–866–222–8029<br><br>Date: 4/17/19 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 15, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 802, Chicago, IL 60604** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br><br> • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:**  7/15/19 |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and if § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 19-10562-JSB
BCause Mining LLC, a Virginia limited li                            Chapter 11
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: ckeith              Page 1 of 2          Date Rcvd: Apr 17, 2019
                             Form ID: 309F             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +BCause Mining LLC, a Virginia limited liability co,    130 S. Jefferson St., #101,
                 Chicago, IL 60661-3502
aty            +Jeffrey C Dan,    Crane, Simon, Clar & Dan,    135 S Lasalle St Ste 3705,
                 Chicago, IL 60603-4101
27741881        Alliance Material Handling, Inc.,    PO Box 62050,    Baltimore, MD 21264-2050
27741882       +AlphaCraft Technologies, LLC,    601 Railroad Ave.,    South Boston, VA 24592-3619
27741885        BFPE International,    PO Box 791045,    Baltimore, MD 21279-1045
27741886        BMG Operations Ltd.,    44 Church Street,    St. John's,    Antigua
27741884       +Bay Technologies,    4501 Bainbridge Blvd., #200,    Chesapeake, VA 23320-6303
27741887       +Bruce Pollack,    167 Park Ave.,    Glencoe, IL 60022-1351
27741888       +CB Critical Systems,    11816 Mason Park Way,    Glen Allen, VA 23059-5828
27741889        CSC,    3462 Solution Center,    Chicago, IL 60677-3004
27741890        Dominion Energy Virginia,     PO Box 26543,    Richmond, VA 23290-0001
27741891       +EE Flake, Thomas,    709 Roosevelt Ave.,    Virginia Beach, VA 23452-4019
27741892       +EF Fallon, Kevin,    2800 252nd Ave.,    Salem, WI 53168-9239
27741893       +Endurance IT Services, LLC,    295 Bendix Road, #300,    Virginia Beach, VA 23452-1295
27741895       +FRMO Corporation,    One North Lexington Ave., #12-C,    White Plains, NY 10601-1721
27741894       +Fidelity Labs LLC,    200 Seaport Boulevard,    Boston, MA 02210-2000
27741896       +G Hogan Commercial Cleaning,    645 Estates Way,    Chesapeake, VA 23320-6758
27741897       +HK Cryptocurrency Mining LLC,    470 Park Avenue South,    New York, NY 10016-6819
27741898       +Horizon Kinetics LLC,    470 Park Avenue South,    New York, NY 10016-6819
27741899       +Image 360,    118 Pennsylvania Ave.,    Virginia Beach, VA 23462-2512
27741900       +Inate One LLC,    1083 Independence Blvd., #206,    Virginia Beach, VA 23455-5523
27741901       +Jack Frost Enterprises,    3168 Holland Road,    Virginia Beach, VA 23453-2612
27741902       +Johns Brothers Security,    310 E. Street,    Hampton, VA 23661-1210
27741903       +Joseph LaMontagne,    582 Lynnhaven Parkway,    Virginia Beach, VA 23452-7366
27741904       +Matthew B. Kirsner,    Eckert Seamans Cherin & Mellott LLC,    919 E. Main St., #1300,
                 Richmond, VA 23219-4624
27741905       +Michael Adolphi,    4404 Muddy Creek Road,    Virginia Beach, VA 23457-1574
27741906       +Midgett Preti Olansen PC,    Attn: Alison R. Zizzo,    2901 Lynnhaven Rd., #120,
                 Virginia Beach, VA 23452-8505
27741907       +Paul Bozych,    Nielsen, Zehe & Antas, P.C.,    55 W. Monroe St., #1800,    Chicago, IL 60603-5037
27741908       +Pro Window, Inc.,    1604 Virginia Beach Blvd.,    Virginia Beach, VA 23454-4631
27741909       +Professional Heating & Cooling, Inc,    3306 Arizona Ave.,    Norfolk, VA 23513-4115
27741910       +Seth A. Robbins,    Robbins Law Group,    1100 N. Glebe Rd., Ste. 1010,
                 Arlington, VA 22201-5786
27741911       +Silbar Security Corporation,    1508 Technology Drive, #101,    Chesapeake, VA 23320-5980
27741912       +Solutrix,    5469 Greenwich Road,    Virginia Beach, VA 23462-6511
27741913       +The Water H2Ole, Inc.,    1444 Southern Blvd., #C2-A,    Virginia Beach, VA 23454-4881
27741914       +US Customs & Border Protection,    6650 Telecom Drive, #100,    Indianapolis, IN 46278-2010
27741915        Verizon,    PO Box 15043,    Albany, NY 12212-5043
27741916        WESCO Distribution, Inc.,    PO Box 530409,    Atlanta, GA 30353-0409
27741917       +Zhouyang (Mason) Song,    2930 Barnard Street, #7204,    San Diego, CA 92110-5729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sclar@cranesimon.com Apr 18 2019 02:07:37      Scott R Clar,
                 Crane, Simon, Clar & Dan,    135 S Lasalle Suite 3705,    Chicago, IL  60603
smg            +EDI: IRS.COM Apr 18 2019 05:48:00      Department of the Treasury,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
27741883        E-mail/Text: bankruptcynotices@amazon.com Apr 18 2019 02:09:52      Amazon Web Services, Inc.,
                 410 Terry Avenue North,    Seattle, WA 98109-5210
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street, Room 2600,
                 Chicago, IL 60604-1705
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                             Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: ckeith              Page 2 of 2             Date Rcvd: Apr 17, 2019
                               Form ID: 309F             Total Noticed: 41
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          David A Agay    on behalf of Creditor    Wesco Distribution, Inc. dagay@mcdonaldhopkins.com,
           mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
          Jason M Torf    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion Energy
           Virginia jason.torf@icemiller.com
          Jeffrey C Dan    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
           jdan@cranesimon.com,    sclar@cranesimon.com;mjoberhausen@cranesimon.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott R Clar    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
           sclar@cranesimon.com,    mjoberhausen@cranesimon.com;asimon@cranesimon.com
          Shara C Cornell    on behalf of Creditor    Wesco Distribution, Inc. scornell@mcdonaldhopkins.com,
           mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
                                                                                             TOTAL: 6
```