EXHIBIT A

Verizon
P.O. Box 15043
Albany, NY 12212-5043
Account No. U0193476
Deposit Amount $1,420.00