# EXHIBIT E

**CONFESSION OF JUDGMENT/**  Case No. __19-668__
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of ......Arlington County......, Virginia

### CONFESSION OF JUDGMENT

| CREDITOR(S): | DEBTOR(S): |
|---|---|
| Wesco Distribution, Inc. | BCause Mining, LLC |
|  | BCause Trust, INC. |
|  | BCause Spot, LLC |
|  | BCause, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred Forty Nine 34/100 dollars) together with interest thereon at the rate of 20 % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day, 3/1/19

**COSTS STATEMENT**

$ ............ Writ Tax
$ ............ Clerk's Fees        by _____ ATTORNEY IN FACT
                                   Seth Robbins
                                   VSB No. 45807
$ ............ Docketing Fee
$ ............ Tech Trust Fund Fee
$ ............ Sheriff's Fee       [ ] Power of Attorney in Debt Instrument
$ ............ Registered/Certified Mail  [ ] Separate Power of Attorney Document
$ ............ Legal Aid/Indigent Defense Fee  [ ] Appointment of Substitute Attorney-in-Fact
$ ............ Courthouse Construction Fee     recorded on _____ DATE
$ ............ Law Lib/Courthouse Maintenance Fee   Instrument No. _____
$ ............ Court Technology Fee    Deed Book/Page No. _____

$ 356.00

RECEIVED 2019 MAR -1 PM 1:26

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

3/1/19  3:25 PM     Order Book No. _____  Page No. _____
DATE AND TIME OF CONFESSION

Instrument No. _____

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney      _____, Clerk
[ ] Separate Power of Attorney                          Paul Ferguson
[ ] Separate Debt Instrument                            by _____ DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

**CONFESSION OF JUDGMENT/**                  Case No. ..............................................
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of .........Arlington County............................................., Virginia

### CONFESSION OF JUDGMENT

| CREDITOR(S): | DEBTOR(S): |
|---|---|
| Wesco Distribution, Inc. | v  BCause Derivatives Exchange, LLC |
|  | BCause Clear, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 (One Million Eight Hundred Ninety Six Thousand Three Hundred Forty Nine 34/100 dollars) together with interest thereon at the rate of ..........20.......... % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day,      _____ (seal)

_____ (seal)
DATE
**COSTS STATEMENT**           _____ (seal)

$ .......................... Writ Tax           _____ (seal)

$ .......................... Clerk's Fees    by _____ (seal)
                                            ATTORNEY IN FACT

$ .......................... Docketing Fee

$ .......................... Tech Trust Fund Fee

$ .......................... Sheriff's Fee         [ ] Power of Attorney in Debt Instrument

$ .......................... Registered/Certified Mail    [ ] Separate Power of Attorney Document

$ .......................... Legal Aid/Indigent Defense Fee    [ ] Appointment of Substitute Attorney-in-fact

$ .......................... Courthouse Construction Fee        recorded on ..........................
                                                                                      DATE
$ .......................... Law Lib/Courthouse
                Maintenance Fee          Instrument No. .....................................

$ .......................... Court Technology Fee       Deed Book/Page No. .............................

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

.................................................................. Order Book No. ........................... Page No. ........................
     DATE AND TIME OF CONFESSION

Instrument No. .........................................................................................................................................

Attached to this Judgment of Confession are:

     [x] Debt instrument containing a Power of Attorney      _____, Clerk
     [ ] Separate Power of Attorney
     [ ] Separate Debt Instrument                          by _____
                                                                                              DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

Receipt : 1900003254

COURT ADDRESS:
1425 NORTH COURTHOUSE ROAD
ARLINGTON, VA 22201
PHONE # :703-228-4399

**OFFICIAL RECEIPT**
**ARLINGTON CIRCUIT COURT**
**CIVIL**

DATE : 03/01/2019  TIME : 13:25:42  CASE # : 013CL19000068800
RECEIPT # : 1900003254  TRANSACTION # : 1903010100038
CASHIER : FHC  REGISTER # : A473  FILING TYPE : CJ  PAYMENT : FULL PAYMENT
CASE COMMENTS : WESCO DISTRIBUTION INC v. BCAUSE MINING LLC
SUIT AMOUNT : $1,896,349.34
ACCOUNT OF : WESCO DISTRIBUTION INC
PAID BY : WESCO DISTRIBUTION INC
CHECK : $356.00  CHECK NUMBER : 1371
DESCRIPTION 1 : CJ:CONFESSED JUDGMENT
2 : PLAINTIFF: WESCO DISTRIBUTION INC
3 : NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | 219 | LAW LIBRARY | $4.00 |
| 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $10.00 | 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 123 | LEGAL AID SERVICES | $9.00 | 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 | 307 | JUDGMENT DOCKET FEE | $5.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 | | | |

TENDERED : $  356.00
AMOUNT PAID : $  356.00

PAYOR'S COPY

CLERK OF COURT : PAUL FERGUSON

RECEIPT COPY 1 OF 2

Page 1 of 1