**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In Re BCause Mining LLC        Case Number: 19-10562

An appearance is hereby filed by the undersigned as attorney for:
Hoffland Properties

Attorney name (type or print): J. Mark Fisher

Firm: Schiff Hardin LLP

Street address: 233 South Wacker Drive, Suite 7100

City/State/Zip: Chicago, Illinois, 60606

Bar ID Number: 312711        Telephone Number: 312.258.5710
(See item 3 in instructions)

Email Address: mfisher@schiffhardin.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? |   | ✓ |
| Are you acting as local counsel in this case? | ✓ |   |
| Are you a member of the court's trial bar? | ✓ |   |
| If this case reaches trial, will you act as the trial attorney? | ✓ |   |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/26/2019

Attorney signature:    S/ J. Mark Fisher
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015