UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCause Mining LLC,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-10562<br><br>Chapter: 11<br>Honorable Janet S. Baer |

### SECOND INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein ("Debtor"), for Authority to Use Cash Collateral; pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; the Court having sustained the objections of WESCO Distribution, Inc. ("WESCO") in part for the reasons stated on the record at the April 18, 2019, and April 24, 2019 hearings; the Court previously having authorized the Debtor to use cash collateral solely to pay the following expenses set forth in the Debtor's Budget submitted with the Motion for the Week Ending April 19, 2019; Silbar ($4,320.00) and The WaterH2ole ($50.00), as set forth in the Order Authorizing Interim Use of Cash Collateral and Granting Related Relief [D.I. 20] (the "First Interim Order"); the Debtor having filed an Amended Budget (the "Amended Budget") in connection with BCause LLC's Supplement to the Motion of Debtor for authority to Use Cash Collateral and Related Relief [D.I. 24, Case No. 19-10731] (the "Supplement"); the Court having permitted the Debtor's use of cash collateral for the limited period and for the limited purposes set forth herein pending a further hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) In addition to the payments allowed pursuant to the First Interim Order, the Debtor is authorized to immediately use additional cash collateral solely to pay the following additional expense set forth in the Amended Budget attached to the Supplement for the week ending April 26, 2019: Silbar ($1,440). For the avoidance of doubt, the Debtor is not permitted to use cash collateral to pay any creditors or expenses other than the foregoing amounts, except as expressly set forth herein;

B) As adequate protection for the Debtor's use of cash collateral and the stay of action against the Debtor and WESCO's collateral under Bankruptcy Code Section 362, WESCO is granted the following in accordance with Bankruptcy Code Sections 361 and 363(e):

1. The Debtor will permit WESCO to inspect, upon reasonable notice and within reasonable business hours, the Debtor's books and records, and also to inspect WESCO's cash and other collateral;

2. The Debtor shall maintain and pay premiums for insurance to cover WESCO's collateral from fire, theft, water, and other damage or harm;

3. The Debtor shall, upon reasonable request, make available to WESCO, records and other

evidence relating to WESCO's collateral and proceeds of WESCO's collateral, and also produce an itemized statement identifying the equipment, inventory, and other collateral of WESCO and the location of such collateral;

    4. The Debtor will properly maintain WESCO's collateral in good repair and properly manage the Collateral;

    5. WESCO is granted additional replacement liens on all pre-petition and post-petition assets of the Debtor, including cash, cash equivalents, accounts receivable and other accounts, and all tangible and intangible assets if the Debtor, to the same extent, validity and priority that WESCO possessed in such assets on the Debtor's bankruptcy petition date, and to the extent or amount of any decrease in the value of WESCO's interest in the collateral on account of the pendency of this bankruptcy case; and

    6. The Debtor and BCause LLC shall make payments to WESCO of $24,973.00 per month, commencing on May 17, 2019, as set forth in the Amended Budget.

    C) Upon the Debtor's receipt of at least $1,021,252.00 in cash for the week of May 3, 2019 (the "Receipts"), the Debtor and BCause LLC shall promptly notify WESCO in writing, and provide any proof reasonably requested by WESCO, to verify the Debtor's Receipts. Upon WESCO's satisfaction of the validity of Receipts, WESCO may consent, such consent not to be unreasonably withheld, to the Debtor's payment solely of the following expenses from the Receipts: Dominion Energy ($660,000), as set forth in the Amended Budget. For the avoidance of doubt, the Debtor is not permitted to use the Receipts or other cash collateral to pay any creditors other than the foregoing amounts, and as set forth in the First Interim Order;

    D) Lakeside Bank is authorized to immediately release the sum of $1,440 for payment of security services provided by Silbar Security; and

    E) Lakeside Bank is authorized to release funds for the Dominion Energy payment ($660,000) for the week of May 3, 2019, after verification by WESCO of the Debtor's Receipts, and upon written consent received from WESCO.

Enter: *Janet S. Baer* (nkd)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: 4/26/2019

**Prepared by:**
DEBTOR'S COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
MJO/BCause Mining/Cash Coll 2nd Rev 4-26-19.ORD

BCause LLC (Holding) Budget through 5-10-19

| Expenditures | 12-Apr | 19-Apr | Week Ending 26-Apr | 3-May | 10-May | Totals |
|---|---|---|---|---|---|---|
| CCA Financial | | | | 18,096 | | 18,096 |
| Century Link | | | | 6,850 | | 6,850 |
| Comcast | | 318 | | | | 318 |
| ComEd | | 270 | | | | 270 |
| Cox Communications | | | 150 | | | 150 |
| Fonality | | | 135 | | | 135 |
| Google | | | | 300 | | 300 |
| Greenwich Center | | | | 3,127 | | 3,127 |
| Insurance Group | | 23,000 | 600 | | | 23,600 |
| Microsoft | | 550 | | | | 550 |
| Miscellaneous Expenses | | | 1,000 | | | 1,000 |
| Payroll (Paychex) | | 174,500 | | 85,000 | | 259,500 |
| Pinnacle Group | | | 600 | | | 600 |
| W-R2 | | | | 9,900 | | 9,900 |
| | | | | | | 0 |
| | | | | | | 0 |
| Total Expenditures | 0 | 198,638 | 2,485 | 123,273 | 0 | 324,395 |