# Exhibit 2

### BCause LLC (Holding) Budget through 6-7-19

| | Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | Total |
| **Revenue** | | | | | | | | 0 |
| | | | | | | | | |
| **Expenses** | | | | | | | | 0 |
| CCA Financial | | 18,096 | | | | | 18,096 | 36,192 |
| Century Link | | 6,850 | | | | | 13,750 | 20,600 |
| Comcast | 324 | | 315 | | | | 325 | 964 |
| ComEd | 270 | | | 125 | | | | 395 |
| Cox Communications | 150 | | | | 150 | | 150 | 450 |
| Fonality | 135 | | | 135 | | | 135 | 405 |
| Google | 335 | | | | 335 | | | 670 |
| Greenwich Center | | 3,127 | | | | | 3,127 | 6,253 |
| Insurance Group | 23,600 | | | 23,000 | | 850 | | 47,450 |
| Liability Insurance | 3,146 | | | | | | | 3,146 |
| Microsoft | 550 | | | 550 | | | | 1,100 |
| Miscellaneous Expenses | 1,000 | 250 | 250 | 250 | 250 | 250 | | 2,250 |
| Payroll | 63,630 | 86,500 | | 86,500 | | 79,500 | | 316,130 |
| Pinnacle Group | 600 | | | | | | | 600 |
| W-R2 | | | | | | | 5,133 | 5,133 |
| **Total Expenses** | 93,740 | 114,823 | 565 | 110,560 | 735 | 80,600 | 40,715 | **441,738** |

### BCause Mining LLC Budget through 6-7-19

| | Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | Total |
| **Revenues** | | | | | | | | |
| Total Revenue | | 1,021,252 | | | | | 1,010,371 | 2,031,623 |
| | | | | | | | | |
| | | | | | | | | - |
| **Expenses** | | | | | | | | |
| Alliance Material Handling | 1,402 | | | | | 1,402 | | 2,804 |
| Dominion Energy | | 660,000 | | 700,000 | | | | 1,360,000 |
| G Hogan Commercial Cleaning | 500 | | | 500 | | | | 1,000 |
| Hoffland Properties | | 58,570 | | | | | 58,570 | 117,140 |
| Jack Frost | 500 | | | | | 500 | | 1,000 |
| Maintenance & Repairs | | | 25,000 | | | | | 25,000 |
| Misc Data Center Supplies | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 2,450 |
| Silbar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 10,080 |
| The Water H2ole | 60 | | | | 60 | | | 120 |
| Verizon | | | 1,420 | | | | 2,840 | 4,260 |
| Wesco Adequate Protection Payment | | | | 24,973 | | | | 24,973 |
| Total Expenses | 4,252 | 720,360 | 28,210 | 727,263 | 1,850 | 3,692 | 63,200 | **1,548,827** |
| | | | | | | | | |
| **Net** | (4,252) | 300,892 | (28,210) | (727,263) | (1,850) | (3,692) | 947,171 | **482,797** |

| | |
|---|---|
| Current Bank Balance | 914,182 |
| Plus Mining Budget Surplus | 482,797 |
| Less Budgeted Holding Expenses | (441,738) |
| Projected Ending Bank Balance 6/7/19 | 955,240 |
| Net Cash Increase | **41,058** |

**EXHIBIT 2**