# Exhibit 3

# Hoffland Properties, Inc.

5400 VIRGINIA BEACH BLVD.
VIRGINIA BEACH, VA 23462

May 2, 2019

**BY FEDEX**

BCause Mining LLC
233 Bendix Road, Suite 420
Virginia Beach, VA 23452
Attention Fredrick J. Grede CEO
757.286.4927

**BY FEDEX AND BY HAND**

BCause Mining, LLC
5465B Greenwich Road
Virginia Beach, VA 23462

Re:    Notice of Nonpayment of Rent under Triple Net Lease dated as of November 1, 2017 (the "Lease") between Hoffland Properties, Inc.("Lessor") and BCause Minning LLC ("Lessee")[1]

Dear Sir or Madam :

We hereby notify you that we did not receive payment of the following installments of Rent and Additional Rent when due under sections 3 and 10 of the Lease, respectively: (i) $58,570 due on April 1, 2019 and (ii) $58,570 due on May 1, 2019. Your check paying the April Rent was returned and you filed a Chapter 11 Bankruptcy Petition on April 11, 2019, leaving prorated stub rent due for the 20-day post-petition period April 11–30, 2019 in the amount of $39,046.67 (the "Stub Rent"). We are concerned about the absence of authorization to use cash collateral to pay the Rent in the Order Authorizing Interim Use of Cash Collateral and Granting Related Relief and the Second Interim Order Authorizing Use of Cash Collateral and Granting Related Relief, and about the pendency of Wesco Distribution's Motion (I) to Dismiss the Debtors' Bankruptcy Case or, in the Alternative, (II) for Relief form the Automatic Stay (the "Motion to Dismiss") to allow seizure of the Debtor's cash.

Lessor reserves all of its rights and remedies under the Lease and applicable law, including the filing of a motion to compel the Lessee to pay the Stub Rent and May Rent and the joinder in the Motion to Dismiss if we do not receive on or before noon on Friday, May 3, 2019 assurances satisfactory to Lessor that such amounts will be paid forthwith.

Sincerely,

Robin D. Ray
President

*(signature)*

---

[1] Unless otherwise defined herein, all capitalized terms used in this letter shall have the meanings ascribed to them in the Lease.

**EXHIBIT 3**