# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BCAUSE MINING LLC, a Virginia limited liability company, | Case No. 19-10562 |
| | Honorable Janet S. Baer |
| Debtor. | Hearing Date: May 8, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 8, 2019 at 10:00 a.m., the undersigned shall appear before the Honorable Janet S. Baer in Courtroom 615, or whomever may be sitting in her place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and will then and there present the *Application of the Official Committee of Unsecured Creditors to Employ Freeborn & Peters LLP and its Attorneys as Counsel*, a copy of which is attached hereto and served upon you.

Dated: May 3, 2019

**FREEBORN & PETERS LLP**

By: /s/ Shelly A. DeRousse
      One of Its Attorneys

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:   312.360.6520
Email:  sderousse@freeborn.com
          deggert@freeborn.com
          ejanczak@freeborn.com

*Proposed Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BCAUSE MINING LLC, a Virginia limited liability company, | Case No. 19-10562 |
| | Honorable Janet S. Baer |
| Debtor. | Hearing Date: May 8, 2019 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

    I, Shelly A. DeRousse, an attorney, hereby certify that on May 3, 2019, I caused a true and correct copy of the attached *Notice of Motion* and *Application of the Official Committee of Unsecured Creditors to Employ Freeborn & Peters LLP and its Attorneys as Counsel* to be filed with the Court and served upon the following parties by the manner listed.

                                                    /s/ Shelly A. DeRousse

**CM/ECF Service List**

| | |
|---|---|
| David A. Agay | dagay@mcdonaldhopkins.com |
| Sarah K. Angelino | sangelino@schiffhardin.com |
| Jamie L. Burns | jburns@lplegal.com |
| Maria G. Carr | mcarr@mcdonaldhopkins.com |
| Scott R. Clar | sclar@cranesimon.com |
| Shara C. Cornell | scornell@mcdonaldhopkins.com |
| Jeffrey C. Dan | jdan@cranesimon.com |
| Marc Ira Fenton | mfenton@lplegal.com |
| J. Mark Fisher | mfisher@schiffhardin.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Christina Sanfelippo | csanfelippo@foxrothschild.com |
| Brian L. Shaw | bshaw@foxrothschild.com |
| Jason M. Torf | jason.torf@icemiller.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> BCAUSE MINING LLC, a Virginia limited liability company, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-10562 <br><br> Honorable Janet S. Baer <br><br> Hearing Date: May 8, 2019 at 10:00 a.m. |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY FREEBORN & PETERS LLP AND ITS ATTORNEYS AS COUNSEL**

The Official Committee of Unsecured Creditors (the "*Committee*") of BCause Mining LLC and BCause LLC (collectively, the "*Debtors*"), by and through its undersigned proposed counsel, submits this application (the "*Application*") pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") authorizing the Committee to retain and employ Shelly A. DeRousse, Devon J. Eggert and Elizabeth L. Janczak and the law firm of Freeborn & Peters LLP (collectively, "*Freeborn*") as counsel for the Committee, effective as of April 25, 2019 (the "*Retention Date*"). In support of this Application, the Committee submits the Declaration of Shelly A. DeRousse (the "*DeRousse Declaration*"), which is attached hereto as Exhibit A, and further states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334.

2. Venue for these chapter 11 cases and this Application is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

## BACKGROUND

3. On April 11, 2019, BCause Mining LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").

4. On April 12, 2019, BCause LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

5. The Debtors are operating their businesses and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. No trustee or examiner has been appointed in these chapter 11 cases.

7. The Debtors' cases are not currently jointly administered.

8. On April 24, 2019, the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee and its members as an official committee to represent the interests of the unsecured creditors of the Debtors pursuant to section 1102 of the Bankruptcy Code and that same day, the U.S. Trustee filed a notice of appointment of the Committee.

9. The Committee is comprised of the following unsecured creditors:

| Members | Representative |
| --- | --- |
| Capitol Counsel LLC | De'Ana H. Dow |
| Ciniva LLC | James Burns |
| Pro Window Inc. | Wayne Pehrson |

## RELIEF REQUESTED

10. By this Application, the Committee seeks to employ and retain Freeborn as its counsel, effective as of the Retention Date. Accordingly, the Committee respectfully requests the entry of an order pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and

Bankruptcy Rule 2014(a) authorizing the Committee to employ and retain Freeborn as its attorneys to perform legal services that will be necessary during these cases.

11. The Committee requests that the Court approve the retention of Freeborn on the terms and conditions set forth herein and in the DeRousse Declaration, including, *inter alia*, that Freeborn will be compensated in accordance with the hourly rates agreed upon between Freeborn and the Committee and be reimbursed for expenses in accordance with Freeborn's normal reimbursement policies.

## BASIS FOR RELIEF REQUESTED

12. The Committee has selected Freeborn as its counsel because of the attorneys' and firm's extensive experience and knowledge in the fields of corporate reorganization and bankruptcy law. Additionally, Freeborn is a law firm with an extremely broad-based practice including substantial expertise in the many areas of the law that may arise in these cases.

## SERVICES TO BE RENDERED

13. The Committee contemplates that Freeborn, in its capacity as counsel, will provide a full range of legal services to the Committee in the course of these cases, including:

   a. Advising the Committee on all legal issues as they arise;

   b. Advising the Committee on all motions and pleadings filed by the Debtors and other parties-in-interest and responding to the same;

   c. Representing and advising the Committee regarding the terms of any sale of assets or plan of reorganization or liquidation and assisting the Committee in negotiations with the Debtors and other parties;

   d. Investigating the Debtors' assets and pre-bankruptcy conduct;

   e. Analyzing the perfection and priority of the liens of the Debtors' purported secured creditors;

   f. Preparing, on behalf of the Committee, all necessary motions, applications, pleadings, reports, responses, objections and other papers;

    g.   Representing and advising the Committee in all proceedings in these cases;

    h.   Assisting and advising the Committee in its administration; and

    i.   Providing such other services as are customarily provided by counsel to a creditors' committee in cases of this kind.

## PROPOSED COMPENSATION

14. Pursuant to section 328(a) of the Bankruptcy Code, the Court may approve Freeborn's retention on any reasonable terms. The Committee submits that the most reasonable terms and conditions are those agreed upon by Freeborn and the Committee, which are substantially similar to those entered into between Freeborn and other clients on a daily basis in a competitive market for legal services. Subject to the Court's approval, Freeborn will charge for its legal services on an hourly basis in accordance with its standard billing procedures. These rates range from $235 per hour for associates to $1,015 per hour for senior partner. Paraprofessional services range from $105 per hour to $380 per hour.

15. The hourly rates for the Freeborn attorneys presently expected to have primary responsibility for these cases are as follows: (i) Shelly A. DeRousse (Partner) - $490/hour; (ii) Devon J. Eggert (Partner) - $450/hour; (iii) Elizabeth L. Janczak (Partner) - $370/hour; and (iv) Bianca E. Ciarroni (Associate) - $300/hour. In addition, from time to time, it may be necessary for other Freeborn professionals to provide services to the Committee. In all appropriate circumstances, Freeborn will employ the services of junior professionals to minimize administrative expenses to the estate. Freeborn's hourly rates are subject to yearly adjustment on January 1st of each year.

16. The Committee has also agreed to reimburse Freeborn, subject to the Court's approval, for all actual out-of-pocket expenses incurred by Freeborn on the Committee's behalf, such as filing fees, document reproduction, telephone conferences and telecopier charges, mail

and express mail charges, travel expenses, overnight courier expenses, computer research, expenses for "working meals," transcription costs and other disbursements. Freeborn will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to Freeborn's other clients. Freeborn will make every effort to minimize expenses in these cases.

17. Freeborn will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with rendering legal services described above by category and nature of the services rendered.

18. Freeborn intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, further orders of this Court and the guidelines established by the U.S. Trustee for all services performed and expenses incurred on or after the Retention Date.

19. The Committee requests that all legal fees and related costs incurred by the Committee on account of services rendered by Freeborn in these cases be paid as administrative expenses of the Debtors' estates in accordance with the Bankruptcy Code and applicable orders entered in these cases.

**DISINTERESTEDNESS**

20. To the best of the Committee's knowledge, Freeborn does not hold or represent any interest adverse to the Committee or the unsecured creditors of the Debtors' estates.

21. Freeborn conducted a computerized "conflicts" database search with respect to the Debtors, the Debtors' secured lender, the Committee members, the Debtors' 20 largest unsecured creditors and certain other parties-in-interest. Freeborn may have previously represented, and may in the future represent, certain of the Debtors' creditors and other parties-

5

in-interest, or interests adverse to such creditors or parties-in-interest, in matters unrelated to these cases.

22. In particular, the firm is currently representing or has in the past represented United Health Care in matters unrelated to these bankruptcy cases. Freeborn is also currently representing Eugene Crane, in his capacity as chapter 7 trustee, in cases unrelated to the Debtors or these bankruptcy cases. Eugene Crane is a member of the Debtors' counsel's firm Crane, Simon, Clar & Dan.

23. Other than as described above, insofar as Freeborn has been able to ascertain, other than in connection with these cases, Freeborn has no connection (connection being defined as a familial or professional relationship) with the Debtors, their creditors, or any other party-in-interest, or their respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee. Accordingly, Freeborn is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

### **RETROACTIVE RELIEF**

24. The Committee requests that this Application be approved retroactive to April 25, 2019, the date the Committee selected Freeborn as its counsel. In proper circumstances, the equitable aspects of bankruptcy proceedings permit the court to retroactively approve the employment of professionals who rendered services even absent strict compliance with section 327 of the Bankruptcy Code. *Gowan v. Lefkas Gen. Partners No. 1017 (In re Lefkas Gen. Partners No. 1017)*, 153 B.R. 804, 808 (N.D. Ill. 1993) (internal quotation omitted). The Committee submits that retroactive approval of Freeborn's retention is appropriate under the circumstances because of: (1) the short duration of time between the retention of Freeborn and

6

the filing of this Application; and (2) the need for Freeborn's services immediately after its retention by the Committee.

**WHEREFORE**, the Committee respectfully requests that this Court:  (a) authorize the Committee, pursuant to sections 328(a) and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, to retain and employ Freeborn in accordance with the terms hereof, retroactive to April 25, 2019; and (b) grant such other and further relief as the Court deems just and proper.

Dated: May 3, 2019               **FREEBORN & PETERS LLP**

                                 By: /s/ Shelly A. DeRousse
                                     One of Its Attorneys

                                 Shelly A. DeRousse
                                 Devon J. Eggert
                                 Elizabeth L. Janczak
                                 311 South Wacker Drive, Suite 3000
                                 Chicago, IL 60606
                                 Tel:    312.360.6000
                                 Fax:    312.360.6520
                                 Email:  sderousse@freeborn.com
                                         deggert@freeborn.com
                                         ejanczak@freeborn.com

                                 *Proposed Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*