IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-10562 |

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **8th day of May, 2019, at 10:00** a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of Debtor for Entry of Order Directing Joint Administration of Cases**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (where indicated) and via email (where indicated) on the 3rd day of May, 2019 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration:**
Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
McDonald Hopkins LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Jamie L. Burns
Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com  mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brain L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

**Via e-mail**
George Sladoje
Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661
george.sladoje@bcause.com

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452
Alison.zizzo@mpopc.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
[mcarr@mcdonaldhopkins.com](mailto:mcarr@mcdonaldhopkins.com)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | |
|    debtor/debtor-in-possession. | ) | Chapter 11 |

**MOTION OF DEBTOR FOR ENTRY OF ORDER**
**DIRECTING JOINT ADMINISTRATION OF CASES**

BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein ("Mining") by and through its counsel, Scott R. Clar and the law firm of Crane, Simon, Clar & Dan, hereby moves this Court, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, for Entry of an Order Directing Joint Administration of its Chapter 11 case with the Chapter 11 case of BCause LLC ("LLC"), (collectively with LLC, the "Debtors") for procedural purposes only, and in support thereof, the Debtor respectfully states as follows:

1.    On April 11, 2019, Mining filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.    Mining has been managing its financial affairs as debtor-in-possession since the Petition Date. No trustee or examiner has been appointed to serve in this reorganization case. A Committee of Unsecured Creditors was appointed on April 24, 2019.

3.    Mining is in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or minors. Mining does not itself mine, but is a service provider that hosts a mining venue for its customers.

4.    Mining provides a state of the art mining facility in Virgina Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

5. Mining is wholly owned by LLC, which is a limited liability holding company also formed in Virginia.

6. Mining's Chapter 11 filing was triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of LLC's bank account, from which all of the Mining's bills are paid, including bills for utilities such as Dominion Energy, which threatened a shut-off of Mining's utilities for non-payment, as of April 12, 2019.

7. LLC, itself filed a Chapter 11 case on April 12, 2019, which case is pending before this Court as a related case under Case No. 19-10731.

8. Mining does not have any employees, as all employees are employed by LLC, which employs twenty-seven (27) full time and four (4) part time employees in Mining's Chicago and Virginia Beach locations.

9. By this Motion, Mining seeks an order directing the joint administration of Mining and LLC Chapter 11 cases, for procedural purposes only, subject to Bankruptcy Rule 1015(b).

10. The joint administration of the respective Mining and LLC Chapter 11 cases will obviate the need for duplicate notices, applications, and orders, and thereby save considerable time and expense for each of the Debtors and, consequently, their estates. The Debtors anticipate that numerous notices, applications, motions, pleadings, hearing, and orders will affect both of the Debtors.

11. Joint administration will also save time and money and avoid duplication and potentially confusing filings by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed in the Debtors' Chapter 11 cases; and (b) file papers in one case rather than in two cases. Joint administration will also

protect parties in interest by ensuring that parties to each of the Debtors' Chapter 11 cases are apprised of all the various matters before the Court in these cases.

12.     The rights of the respective creditors of the Debtors will not be adversely affected by joint administration of the Debtors' Chapter 11 cases, because each creditor may still file its claim against a particular estate; the relief sought is purely procedural and is in no way intended to affect substantive rights. In fact, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration.

13.     The Clerk of the Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files.  Finally, supervision of the administrative aspects of the Mining and LLC Chapter 11 cases by the Office of the United States Trustee will be simplified.

14.     For the foregoing reasons, the interests of the Debtors and their creditors would be best served by joint administration of the Mining and LLC Chapter 11 cases.

15.     To facilitate the joint administration of the Chapter 11 cases, the Debtors request that the official caption to be used by all parties in the jointly administered cases be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, et al. | ) | |
| | ) | Judge Janet S. Baer |
| Debtors/Debtors-in-Possession. | ) | |
| | ) | Case No.  19-10562 |

16.     The Debtors also request that a docket entry substantially similar to the following be entered on the docket of LLC which is not the lead case, to reflect the joint administration of the Chapter 11 cases:

3

>An order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure has been entered in this case directing the joint administration of the Chapter 11 cases of BCause Mining LLC (Case No. 19-10562), and BCause LLC (Case No. 19-10731). BCause Mining LLC has been designated the "lead" case. Accordingly, the docket in Case No. 19-10562 should be consulted for all matters affecting the Chapter 11 case of these Debtors.

17. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, if two or more petitions for relief are pending in the same court by or against a debtor and an affiliate or general partner, the court may order joint administration of the cases. Here, the Debtors share a common lender as that term is defined in section 101(2) of the Code, in that each of the Debtors are indebted to the same lender, for two separate loans. Accordingly, this Court is authorized to grant relief requested herein.

18. Section 105(a) of the Code also provides this Court with the power to grant the relief requested herein. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a).

19. Notice of the filing of this Motion and the hearing scheduled therefor has been provided by CM/ECF, or email to the (a) the Office of the United States Trustee for the Northern District of Illinois; and (b) counsel for the 20 largest unsecured creditors of the Debtors, as well as counsel for the Debtors' secured creditor, Wesco Distribution, Inc.; and (c) all other parties who have requested notice and service of pleadings in either of the Chapter 11 cases. In light of the nature of the relief requested, the Debtors submit that no other or further notice is required.

WHEREFORE, BCause Mining LLC as Debtor/Debtor-in-Possession herein, respectfully requests the entry of an Order in accordance with the foregoing

4

recommendations in the form contained above and made a part hereof without further notice, and for such other and further relief as is just and equitable.

                                                BCause Mining LLC,
                                                Debtor/Debtor-in-Possession

                                                By:/s/ Scott R. Clar

**DEBTOR'S COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com
asimon@cranesimon.com
W:\MJO2\BCause Mining LLC\Jt Admin.MOT (Mining).docx

5