IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining LLC, | ) | Judge Janet S. Baer |
| | ) | |
| debtor/debtor-in-possession. | ) | Chapter 11 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **8th day of May, 2019 at 10:00 a.m.**, or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion to Employ Attorneys**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (where indicated) and via email (where indicated) on the 3rd day of May, 2019 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
McDonald Hopkins LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Jamie L. Burns
Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com  mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brain L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

**Via e-mail**

George Sladoje
Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661
george.sladoje@bcause.com

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452
Alison.zizzo@mpopc.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | |
| debtor/debtor-in-possession. | ) | Chapter 11 |

## MOTION TO EMPLOY ATTORNEYS

BCause Mining, LLC by their proposed counsel, Crane, Simon, Clar & Dan, seek the entry of an order authorizing them to retain and employ Scott R. Clar, Arthur G. Simon, Jeffrey C. Dan, and the law firm of Crane, Simon, Clar & Dan (collectively "CSCD") as their bankruptcy counsel, retroactive to April 11, 2019, and in support thereof, states as follows:

1. On April 11, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been managing its financial affairs as debtor-in-possession since the Petition Date. No trustee or examiner has been appointed to serve in this reorganization case. A Committee of Unsecured Creditors was appointed on April 24, 2019.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5. The statutory predicates for the relief requested in this Motion are Sections 327(a) and 1107(b) of the Bankruptcy Code, and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure.

6. The Debtor has selected CSCD and its attorneys, all of whom are duly admitted to practice before this Court, as its attorneys in this bankruptcy case, and by this Motion the Debtor seeks the entry of an Order approving the Debtor's retention and employment of CSCD.

**Relevant Factual Background**

7. The Debtor is in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or minors.  The Debtor does not itself mine, but is a service provider that hosts a mining venue for its customers.

8. The Debtor provides a state of the art mining facility in Virginia Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

9. The Debtor is wholly owned by BCause LLC, which is a limited liability holding company also formed in Virginia ("BC Holding").  BC Holding filed its own Chapter 11 case on April 12, 2019.

10. The Debtor's Chapter 11 filing was triggered by a judgment entered in favor of WESCO in the approximate amount of $1,900,000 and a garnishment of BC Holding's bank account, from which all of the Debtor's and Holding's bills are paid, including bills for utilities such as Dominion Energy, which had threatened a shut-off of the Debtor's utilities for non-payment, as of April 12, 2019.

**Request for Relief**

10. By this Motion, the Debtor requests that this Court enter an Order authorizing the Debtor to employ CSCD as its bankruptcy counsel pursuant to Section 327(a) of the Bankruptcy Code.

11. The Debtor has selected CSCD as its bankruptcy counsel because CSCD has considerable experience in matters of this nature and the attorneys of CSCD are well-qualified to perform the services as required in this bankruptcy case. Attached to this Application as **Exhibit A** is a true and accurate copy of the engagement letter between CSCD and the Debtor.

12. The Debtor further states that it is necessary for it to employ and have the aid of CSCD as its duly qualified counsel to render the following professional services, namely;

   a. To prepare necessary applications, motions, answers, orders, adversary proceedings, reports and other legal papers for presentation to this Court;

   b. To provide the Debtor advice with respect to their rights and duties involving its property as well as their reorganization efforts herein;

   c. To appear in court and to litigate any issues, when necessary; and

   d. To perform any and all other legal services that may be required from time to time in the ordinary course of the Debtor's business during the administration of this bankruptcy case.

13. To the best of the Debtor's knowledge, and pursuant to the Affidavits of Scott R. Clar, Arthur G. Simon, and Jeffrey C. Dan, attached hereto as **Group Exhibit B**, and as incorporated by reference herein, CSCD does not hold any interest adverse to the Debtor or the estate in the matters upon which CSCD is to be engaged, except that CSCD is also simultaneously presenting a motion to be employed in the BC Holding Chapter 11 case. Compensation and reimbursement of expenses to CSCD are subject to further order of this Court. CSCD received a pre-petition retainer in the amount of $26,702.38 as proceeds of loans to the Debtor by Debtor's 10.34% member, Michael Adolphi ("Adolphi") in the amount of $12,492.69, Debtor's 2.18% member, Joseph LaMontagne ("LaMontagne") in the amount of $12,492.69 and Debtor's .55% member, Bruce Pollack ("Pollack") in the amount of $1,717. Neither Adolphi, LaMontagne nor Pollack are creditors of the Debtor other than for the loans

provided to the Debtor to fund the Debtor's pre-petition retainer to CSCD. However, Adolphi and Pollack are creditors of BC Holding in the amounts of $87,667.49 and $33,480.38, respectively. CSCD has applied the sum of $884 against that retainer for services provided to the Debtor by CSCD prepetition, leaving a balance of $25,818.38.

WHEREFORE, BCAUSE MINING LLC, debtor/debtor-in-possession, prays for the entry of an Order as follows:

A. Authorizing the Debtor to Employ CSCD as its bankruptcy counsel, retroactive to April 11, 2019; and

B. Granting such other and further relief as this Court deems just and equitable.

BCAUSE MINING LLC,
Debtor/debtor-in-possession

By: \s\ Scott R. Clar
       One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481))
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\BCause Mining LLC\Employ CSCD.MOT.docx