**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **BCause Mining LLC,** | ) | **Judge Janet S. Baer** |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | **Case No. 19-10562** |
| _____ | ) | |

**JOINDER OF VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION
ENERGY VIRGINIA TO WESCO DISTRIBUTION'S MOTION TO DISMISS THE
DEBTORS' BANKRUPTCY CASES [Docket No. 35]**

Virginia Electric and Power Company d/b/a Dominion Energy Virginia ("Dominion"),

by counsel, hereby joins in the dismissal request of *Wesco Distribution's Motion (I) To*

*Dismiss The Debtors' Bankruptcy Cases, Or, In the Alternative, (II) For Relief From The*

*Automatic Stay* (the "Dismissal Motion")(Docket No. 35), and sets forth the following:

**<u>Introduction</u>**

In January 2019, Dominion worked with Debtor BCause Mining LLC (the "Debtor") to

address their monthly utility charges and the parties entered into a Schedule 10 Contract that

allows the Debtor to reduce its yearly utility charges if the Debtor is able to curtail usage

during certain peak usage days during the year.  Dominion has continued to work with the

Debtor post-petition on an agreement for adequate assurance of payment, which was rendered

inapplicable as a result of the Debtor's inability to use cash collateral to make the agreed upon

payments to Dominion.  Accordingly, the Debtor and Dominion agreed to continue the hearing

on the Debtor's *Motion to Provide Adequate Assurance of Payment For Continued Utility*

*Service* (the "Utility Motion")(Docket No. 4) and Dominion's Objection [Docket No. 7] to May

8, 2019.  The 30 day period of Section 366(c) expires on May 11, 2019.

Wesco Distribution ("Wesco") has objected to the Debtor's use of cash collateral that Wesco claims to have a secured interest in.  As a result, the Debtor has only obtained limited use of its bank account and post-petition receivables and does not have access to any funds to tender any additional payments to Dominion or other creditors, other than the limited amounts set forth in *Second Interim Order Authorizing Use Of Cash Collateral And Granting Related Relief* (the "Second Cash Collateral Order")[Docket No. 39].  The $660,000 payment that the Debtor is authorized to tender to Dominion if post-petition receivables are received, is only sufficient to cover estimated charges from Dominion through May 11, 2019.  Based on the amount of the first post-petition invoice issued by Dominion, which was in the amount of $238,558.48 for the April 11, 2019 to April 22, 2019 service period, Dominion estimates that actual charges from the April 11, 2019 to May 11, 2019 time period will nearly equal the $660,000 payment (A true and accurate redacted copy of the $238,558.48 invoice is attached as **Exhibit 1** to this Joinder).  Unless the Debtor obtains additional funding or access to additional funds at the May 8, 2019 hearing on the use of cash collateral, the Debtor will not be able to provide Dominion with adequate assurance of payment for post-petition charges from May 11, 2019 forward, which will allow Dominion to terminate service to the Debtor on May 11, 2019.  Therefore, if the Debtors do not demonstrate that they have access to additional funds and the Court denies the Debtor use of additional funds to pay Dominion and other post-petition creditors at the May 8, 2019 hearing, the Court should dismiss the Debtors' bankruptcy cases.

### Facts

### Procedural Facts

2

1.      On April 11, 2019 (the "Petition Date"), the Debtor commenced its case under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") that is now pending with this Court.  The Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2.      On April 12, 2019, BCause LLC commenced its case under Chapter 11 of title 11 of the Bankruptcy Code that is now pending with this Court as Case No. 19-10731.

### The Cash Collateral Pleadings

3.      On the Petition Date, the Debtor filed the *Motion of Debtor For Authority To Use Cash Collateral and Related Relief* (the "Cash Collateral Motion")(Docket No. 3). Attached as Exhibit "A" to the Cash Collateral Motion is the budget for the period from the Petition Date through May 13, 2019.

4.       On April 17, 2019, Wesco filed an Objection to the Cash Collateral Motion [Docket No. 9].

5.      At the April 18, 2019, the Court granted the Debtor very limited used of Cash Collateral as evidenced in the *Order Authorizing Interim Use of Cash Collateral and Granting Related Relief* [Docket No. 20](the "First Cash Collateral Order").

6.      On April 23, 2019, Debtor BCause LLC filed a Supplement to the Cash Collateral Motion in its bankruptcy case, which included an Exhibit A attachment that contained a two-month proposed budget [Docket No. 24] (the "Supplement").  At the April 24, 2019 hearing on the Cash Collateral Motion, the Court directed the Debtor to provide more than a two-month budget before the May 8, 2019 hearing date.  As of the date of this Joinder, no additional budget has been filed.

3

7.      On April 26, 2019, the Court entered the *Second Interim Order Authorizing Interim Use of Cash Collateral and Granting Related Relief* [Docket No. 39] (the "Second Cash Collateral Order"). In the Second Cash Collateral Order, the Debtor is permitted to tender a $660,000 payment to Dominion if the Debtor receives accounts receivable of $1,021,252. Upon information and belief, the Debtor received the foregoing accounts receivable, but has not yet tendered the $660,000 payment to Dominion.

## The Dismissal Motion

8.      On April 26, 2019, Wesco filed the Dismissal Motion.

9.      According to paragraph 5 of the Dismissal Motion, the Debtor executed a Confessed Judgment Note on December 5, 2018 in the amount of $1,358,610.51.

10.     Wesco does not set forth in the Dismissal Motion or in its proof of claim the details for the amounts that increased a $1,358,610.51 Confessed Judgment Note to $1,896,349.32 Judgment in a mere 86 days. Hopefully the Debtors or the newly formed Unsecured Creditors' Committee will ascertain if that increase within a year of the Petition Date is subject to avoidance under Sections 544 or 548 of the Bankruptcy Code.

11.     In the Dismissal Motion, Wesco claims to have a security interest in Debtor BCause LLC's Lakeside Bank Account, which, as of the Petition Date, had funds of approximately $911,000 (the "Bank Account").

12.     Wesco appears to assert a security interest in the Bank Account based on the following:

A.      A UCC-1 filed in Virginia against BCause Mining LLC, which is Exhibit C to the Dismissal Motion; and

4

B.    A Garnishment Summons issued in Cook County (Exhibit J to the Dismissal Motion) with a May 2, 2019 return date that was served on Lakeside Bank on April 4, 2019.

13.    In paragraph 11 of the Dismissal Motion, Wesco requests the Court to dismiss the Debtors' bankruptcy cases because the Debtors have "no path to reorganizing and cannot confirm a chapter 11 plan" in either case.

14.    In paragraph 12 of the Dismissal Motion, Wesco states that the Debtors' cases should be dismissed, in pertinent part, because:

A.    The Debtors are not engaged in any formal or informal marketing process to sell the company or raise new capital;

B.    The Debtors have never had positive income;

C.    The Debtors expenses exceed income;

D.    The Debtors existing customer contracts expire in 2019 (It is has not been disclosed when they expire in 2019 (i.e. next month or in December 2019);

E.    The Debtors have not adopted a viable budget;

F.    The estates are administratively insolvent; and

G.    The Debtors does not have access to sufficient funds to reorganize or confirm a chapter 11 plan.

15.    As the Debtors have not filed schedules and have sought an extension of time to file their schedules, it is difficult for creditors to ascertain what the true nature of the Debtor's assets, liabilities, revenues and expenses are.

**Landlord's Motion To Compel Payment Of Post-Petition Rent**

16.     On May 3, 2019, Hoffland Properties, Inc. ("Landlord") filed a *Motion Of Hoffland Properties To Compel Payment Of Post-Petition Rent* [Docket No. 47] (the "Landlord Motion").

17.     According to the Landlord Motion, the Debtor has failed to pay post-petition rent to the Landlord.

### **Debtor's Estimated Post-Petition Charges To Dominion**

18.     On January 17, 2019, the Debtor entered into an Agreement for Electric Service with Dominion (the "Agreement") under which the Debtor will be billed under Schedule 10 of Dominion's Terms and Conditions.  A true and accurate copy of the Agreement and Schedule 10 of Dominion's Terms and Conditions are attached to this Joinder as **Exhibit 2**.

19.     As set forth in Section III of Schedule 10, the rates for charges for calendar 2019 can come within three Day Classifications, A, B and C, with A being the days with the highest rates.  Section III also provides that Classification A will apply for no more than 28 days during a calendar year and Classification C will apply no less than 60 days during a calendar year.  As of the date of this Joinder, Dominion has only called one Classification A day for the 2019 calendar year.

20.     The number of Classification A, B and C days for 2016 to 2019 were as follows:

A.     2019

    i.     A - 1
    ii.     B – 88
    iii.     C - 31

B.     2018
    i.     A – 25 days
    ii.     B – 265 days

                     iii.      C – 75 days

     C.     2017
                     i.        A – 25 days
                     ii.       B – 265 days
                     iii.      C – 75 days

     D.     2016

                     i.        A – 26 days
                     ii.       B – 265 days
                     iii.      C – 75 days

21.     Although Dominion cannot exactly estimate what the Debtor's post-petition bills will be for the post-petition period for the Debtor's 105,861 square foot warehouse in Virginia Beach, Virginia because of factors such as weather and the extent to which the Debtor is able to curtail usage during peak usage days, Dominion has prepared the following three estimates:

     A.     **Exhibit 3** – This chart was prepared based on the Debtor's historical usage in 2018 with current fuel rates with the assumption that the Debtor is unable to curtail during peak usage days (i.e. the high end estimate);

     B.     **Exhibit 4** – This chart was prepared based on estimated usage data provided by the Debtor that presume 0 kw usage on peak days (This is unrealistic because even if the Debtor is able to shut down operations, it will still require electricity to cool their 105,861 square foot facility in the Virginia summer heat, lights and security); and

     C.     **Exhibit 5** – This chart was prepared based on the Debtor's estimated usage data, with the assumption that a minimal amount of usage would be required to keep the facility cool, lights and security system on.

22.     The foregoing estimates are based on calendar months, which does not exactly correlate to the Debtor's billing cycle with Dominion.  Dominion issues bills to the Debtor's on or about the 20th of each month for charges incurred during the prior monthly period.

23.     Based on the charges in the first post-petition bill issued by Dominion, which is attached as **Exhibit 1**, Dominion believes that the Debtor's charges from April 11, 2019 to May 11, 2019 will be very close to the $660,000 payment that the Debtor is to tender to Dominion on or before May 6, 2019.

24.     As set forth in Exhibits 4 and 5 above, the Debtor's estimated charges for calendar months May, June, July and August 2019 are as follows:

   A.     Exhibit 4 (No usage on A days On Peak)

      i.     May - $680,955

      ii.    June - $780,342

      iii.   July - $739,853

      iv.    August - $693,194

   B.     Exhibit 5 (Minimal usage on A days On Peak for a/c, lights and security)

      i.     May - $680,955

      ii.    June - $851,535

      iii.   July - $822,324

      iv.    August - $861,498

25.     At the April 24, 2019 hearing, Dominion and the Debtor reached an agreement, subject to the Court's approval of cash collateral, that the Debtor would tender a $700,000 advance payment to Dominion on or before May 11, 2019 for estimated charges for the May

8

11, 2019 to June 10, 2019 time period.   As the Debtor did not obtain approval of cash collateral for the amount to satisfy the $700,000 second payment, the agreement was negated.

26.     Dominion remains willing to have an advance payment arrangement serve as the form of adequate assurance of payment under Section 366(c) if the payments are truly made before the charges are incurred and the amounts of the payments equal what the estimated usage will be.

27.     Unless the Debtor tenders the $660,000 payment that they agreed to pay to Dominion by today and the Debtor obtains approval for the use of cash collateral, including the funds in the Bank Account, at the May 8, 2019 hearing, the Debtor will not be able to provide Dominion with adequate assurance of payment pursuant to Section 366(c) by the May 11, 2019 deadline.

## Discussion

28.     As set forth above, the Debtors have not filed their schedules or statement of financial affairs, so creditors and this Court do not know, what, if any assets the Debtors have other than the Bank Account and accounts receivable for some undefined additional period in 2019.

29.     Based on the limited facts in the record and the Debtors' two month budget, which is the only budget on file, it does not appear that the Debtors have the ability to reorganize or even pay their bills if expenses for the next two months, let alone for a longer period, if expenses exceed their estimates.

30.     Dominion's expenses, which are the Debtor's largest expense, could vary significantly based on the weather (i.e. warmer weather than in previous years) and the Debtor's ability to curtail usage during peak days.

31.     Although Dominion initially requested a two month, $1,600,000 cash deposit as adequate assurance of payment, it has revised its adequate assurance of payment request to requiring the Debtor to pay in advance a sufficient sum to cover charges for the next billing period.  Absent Court approval to use the money in the Bank Account for a $700,000 advance payment for May 11, 2019 to June 10, 2019 charges, the Debtor will not be able to provide Dominion with adequate assurance of payment prior to the May 11, 2019 deadline, which will allow Dominion to terminate service to the Debtor.

32.     Moreover, the Debtor would need to have sufficient funds to make the following payments to Dominion after the May 11, 2019 payment just to get them through to August:

      A.     June 11, 2019 Payment - $851,535

      B.     July 11, 2019 Payment - $822,324

      C.     August 11, 2019 Payment -$861,498

33.     Furthermore, if the Court does not allow the Debtor to use the funds in the Bank Account, the Debtors may not be able to pay other post-petition creditors, such as the Landlord that has not been paid for post-petition rent according to the Landlord Motion.

WHEREFORE, Dominion respectfully requests this Court to:

A.     Dismiss the Debtors' bankruptcy cases; and

B.     Providing such other and further relief as the Court deems just and appropriate.

Dated:  May 6, 2019                    /s/ Jason M. Torf
                                     Jason M. Torf (Atty. No. 6256778)

10

ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, Illinois  60606
Email:  Jason.Torf@icemiller.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail:  russell@russelljohnsonlawfirm.com
         john@russelljohnsonlawfirm.com
*Counsel for Virginia Electric and Power Company*
*d/b/a Dominion Energy Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, a true and correct copy of the foregoing *Objection* was served via the Court's CM/ECF electronic notification system on all parties requesting same.


/s/ Jason M. Torf
Jason M. Torf (Atty. No. 6256778)

11

# EXHIBIT 1

# Dominion Energy®

*Apr 23, 2019*                          **Customer Bill**

BCAUSE MINING LLC/DIP                    5465 GREENWICH RD
                                         PRIMARY METER
                                         VIRGINIA BEACH, VA  23462

## Billing and Payment Summary

**Account #** ▓▓▓2614        **Due Date:  May 15, 2019**

**Total Amount Due:**        $      238,588.48

To avoid a Late Payment Charge of 1.5% please pay **by May 15, 2019.**

| | | |
|---|---|---|
| Previous Amount Due: | $ | 0.00 |
| Payments as of Apr 23: | $ | 0.00 |

*For service emergencies and power outages please call*
**1-866-DOM-HELP (1-866-366-4357).** Visit us at www.dominionenergy.com.

## Meter and Usage

Current Billing Days: 11

### Usage History

| Mo | Yr | kWh |
|---|---|---|
| Apr | 19 | 4798065 |

### Billable Usage

| | |
|---|---|
| *Schedule 10 Pri* | *04/11-04/22* |
| Total kWh | 4798065 |
| On Pk Sum A | 0 |
| Off Pk Sum A | 0 |
| On Pk Sum B | 0 |
| Off Pk Sum B | 0 |
| On Pk Sum C | 0 |
| Off Pk Sum C | 0 |
| On Pk Win A | 0 |
| Off Pk Win A | 0 |
| On Pk Win B | 184543 |
| Off Pk Win B | 258899 |
| On Pk Win C | 1815361 |
| Off Pk Win C | 2539262 |
| Contract Dem | 22680.0 |
| Dist Demand | 22680.0 |

## Explanation of Bill Detail

| Customer Service | 1-866-591-0157 |
|---|---|

| | |
|---|---|
| Previous Balance | 0.00 |
| Payment Received | 0.00 |
| **Balance Forward** | **0.00** |

*Non-Residential Service (Schedule 10 Pri)*   *04/11-04/22*

| | |
|---|---|
| Distribution Service | |
| Basic Customer Charge | 45.14 |
| Dist Demand Primary | 6,319.54 |
| Distribution Service kWh | 263.89 |
| RiderC1A Peak Shaving | 19.19 |
| RiderC2A Energy Efficiency | 1,372.25 |
| Electricity Supply Svc (ESS) | |
| On Peak - Winter B | 3,815.43 |
| Off Peak - Winter B | 3,734.62 |
| On Peak - Winter C | 26,186.58 |
| Off Peak - Winter C | 28,551.46 |
| Adjustment Chg Prim | 2,672.63CR |
| Contract Demand Chg | 615.38CR |
| Transmission Demand Chg | 5,372.14 |
| Fuel | 129,547.76 |
| Rider R Bear Garden Gen Station | 2,480.60 |
| Rider S Va City Hybrid Energy Ctr | 9,265.06 |
| Rider B Biomass Conversions | 1,640.94 |
| Rider W Warren Co Power Station | 4,524.58 |
| Rider BW Brunswick Co Pwr Station | 4,903.62 |
| Rider GV Greensville Co Pwr Statn | 5,191.51 |
| Rider US-2 2016 Solar Projects | 546.98 |
| Rider T1 Transmission | 2,627.86 |
| Sales and Use Surcharge | 1,727.30 |
| State/Local Consumption Tax | 3,563.44 |
| VIRGINIA BEACH Utility Tax | 162.50 |
| Service Initiation Chg | 14.10 |
| **Total Current Charges** | **238,588.48** |

| **Total Account Balance** | **238,588.48** |
|---|---|

*View payment options, request service changes and enroll in eBill at*
*www.dominionenergy.com, search: Manage Your Account*

---

*99LB LAURI29*

Please detach and return this payment coupon with your check made payable to Dominion Energy Virginia.  Please see reverse side for mailing address change instructions.

## Payment Coupon

| | | |
|---|---|---|
| Bill Date  Apr 23 19 | | **Amount Enclosed** |
| **Please Pay by 05/15** **$ 238,588.48** | | |
| | | Account No. ▓▓▓2614 |

BCAUSE MINING LLC/DIP
192 BALLARD CT # 303
VIRGINIA BEACH VA  23462-6538

Send Payment to:

DOMINION ENERGY VIRGINIA
P O BOX 26543
RICHMOND VA 23290-0001

888    ▓▓▓2614 ▓▓▓▓▓▓



▓▓2614 PAGE  1  OF  3  00068 S

(continued)

**Measured Usage**
*Meter: 00RG037980*    04/11-04/22    

| | |
|---|---|
| On Pk Sum A | 0 |
| Off Pk Sum A | 0 |
| On Pk Sum B | 0 |
| Off Pk Sum B | 0 |
| On Pk Sum C | 0 |
| Off Pk Sum C | 0 |
| On Pk Win A | 0 |
| Off Pk Win A | 0 |
| On Pk Win B | 184543 |
| Off Pk Win B | 258899 |
| On Pk Win C | 1815361 |
| Off Pk Win C | 2539262 |
| Demand | 18994.50 |
| kVA Demand | 19007.70 |

*Meter: 0200071757*    04/11-04/22

| | |
|---|---|
| Current Reading | 2719 |
| Previous Reading | 2646 |
| Total KQH | 2555000 |
| Current Reading | 5083 |
| Previous Reading | 4945 |
| Total kWh | 4830000 |
| Multiplier: 35000 | |

## Important Customer Information from Dominion Energy Virginia

Variable Pricing day classification breakdown: A. Days 0.0 B. Days 1.0 C. Days 3.0

Welcome to Dominion Energy Virginia. Join our Automatic Bank Draft Plan. It is a free service. Visit 'Manage Your Account' on www.dominionenergy.com to enroll online, or call us for additional information.

Please record your account number on your check and mail payment to: Dominion Energy Virginia, PO Box 26543, Richmond, Va. 23290-0001.

Help a family in need through EnergyShare - add $1,2,5,10,20,25 or 35 to your payment. Overpayments in these exact amounts are automatically recognized as a contribution to EnergyShare. You may also mail a separate check for any amount payable to EnergyShare to P.O. Box 91717, Richmond,VA 23291-1717.

Help us identify you quickly when reporting a power outage. Call 1-800-222-0401 or visit 'Manage Your Account' on www.dominionenergy.com and select change phone number to provide a current phone number for our records.

 

## Account Changes

**Mailing Address:** To update your mailing address, visit DominionEnergy.com and sign in or register to manage your account online.

**Moving:** Visit DominionEnergy.com and select Manage Service to start, stop or transfer your service. You can also view the status of your existing order, change/cancel your order or check your account balance.

**Phone Number:** Having an accurate phone number on your account helps report your outage quicker. Visit DominionEnergy.com and sign in or register to manage your account online and update your phone number, or call 1-800-222-0401.

## Services

**Braille Billing/Large Print Bills:** Visually impaired customers may request their bill printed in Braille or large print by calling us.

**Budget Billing:** Bills are averaged over a 12-month period and the averaged amount is paid monthly. Periodic reviews are done to assure the amount is accurate. Enroll at DominionEnergy.com/budgetbilling.

**eBill:** Dominion Energy's paperless billing option is convenient, easy and secure. You can make free, same-day payments from your checking/savings account. You'll also receive a payment reminder three days before your bill is due. Learn more at DominionEnergy.com/eBill.

**EnergyShare:** Adding an exact overpayment of $1, $2, $5, $10, $20, $25, or $35 to your payment helps those in need with their energy bills. You may also send a check payable to EnergyShare to P.O. Box 91717, Richmond, VA 23291-9717.

**Outage Reporting:** Visit us on your mobile device at DominionEnergy.com to report/check outages anytime, anywhere. Our voice response system is also available 24/7 to report or check the status of an outage.

**Payment Plans:** Visit DominionEnergy.com, search: Payment Arrangements to learn if you qualify for an extension to your due date or scheduled monthly payments.

**Third Party Notification:** At your request, we will send a copy of any past-due notice to a person of your choice. Enroll at DominionEnergy.com, search: Third Party Notice.

## Customer Contact Information

**Self Service:** DominionEnergy.com, search: Manage Account, or call 1-866-DOM-HELP to use the automated phone transaction center.

**Customer Care:** 1-866-DOM-HELP (1-866-366-4357) Monday - Friday, 8:00 a.m. - 5:00 p.m. EST.

**Correspondence:** P.O. Box 26666, Richmond, VA 23261-6666.

## Understanding Your Bill

**Applicable Riders:** Charges applied to certain rate schedules to recover various costs associated with Dominion Energy's electric operations and production.

**Demand Charge (kW) :** Largest electrical use or highest "demand" for electricity averaged in any 30-minute period per month measured in kilowatts (kW). Charge is calculated based on cost per kW used.

**Distribution Service:** Charges for the use of local wires, transformers, substations, and other equipment used to deliver electricity to your home or business. This service must be purchased from Dominion Energy Virginia.

**Electric Supply Service (ESS):** Charges for the generation and transmission of electricity, including fuel. This service may be purchased from a licensed competitive service provider.
   - **Generation:** Charges for the production of electricity from Dominion Energy's power plants.
   - **Transmission:** Charges for moving electricity from Dominion Energy's power plants to substations.
   - **Fuel:** Charges associated with the cost for fuel used to produce electricity, including transportation.

**kWh (kilowatt hour):** A measurement of electrical energy.

**Late Payment Charge:** Fee assessed on any unpaid Dominion Energy Virginia charges past due at the time of billing.

**Multiplier:** Some meters are programmed to record energy at a slower rate due to the demand needed. Once the readings are obtained, the usage is increased by the programmed rate (multiplier).

**Rate Schedule:** Price used to calculate your bill. View our rate schedules at DominionEnergy.com, search: Rates.

## Re-Regulation/Energy Choice

**Competitive Service Provider (CSP) or Supplier:** A person or company who is licensed by the State Corporation Commission to sell competitive energy services such as ESS.

**Opt-Out:** Under Energy Choice, Dominion Energy Virginia must provide your name, address, account number, and electricity usage information to CSPs. If you do not want your information released, call us to "opt-out".

**Price to Compare:** The price per kWh of ESS to be used to compare prices with CSPs. Call us to obtain your price to compare.

## Payment Options

Here are some payment options for your convenience. As a reminder, payments by check or eCheck cannot be accepted if an account has two or more returned payments within the last 12 months. Customer bills will display a special message if an account is not eligible to pay by check or eCheck.

**Bank Draft:** Sign up for Bank Draft and have your bill automatically deducted from your checking or savings account. Enroll online at DominionEnergy.com, search: Bank Draft.

**Free Online Payment:** Make a one-time, same-day payment or schedule a payment for free from your bank account. You can also enroll in eBill, our paperless billing program. With eBill, you'll also receive an email and have the option to also receive a text notification when your bill is ready and a payment reminder three days before your bill is due. Sign in or register at DominionEnergy.com to manage account online.

**Credit/Debit/Purchasing Card and Electronic Checks:** Pay online at DominionEnergy.com, search: Credit Card, or call 1-800-573-1147. Convenience fee applies.

**In Person:** For an Authorized Payment Center near you, visit DominionEnergy.com, search: Payment Centers. Be sure to have either your Dominion Energy account number or your printed payment coupon available when paying in person. Convenience fee applies.

**U.S. Mail:** Mail your check or money order to Dominion Energy Virginia, P.O. Box 26543, Richmond, VA 23290-0001. Checks sent to Dominion Energy will be processed upon receipt regardless of the date included on the check. Dominion Energy will not send you the original check or its electronic image. As a reminder, please **DO NOT INCLUDE CORRESPONDENCE OR CASH** with your payment.
   - **Electronic Check Conversion:** Paying by check authorizes Dominion Energy to use the information from your check to make a one-time electronic funds transfer from your bank account. The funds may be withdrawn as early as the date we receive your payment, and you will not receive your check back from your financial institution.

# EXHIBIT 2

AGMT 20183

# Agreement for Electric Service

This Agreement, made this 17th day of January, 2019, by and between Virginia Electric and Power Company, a Virginia Corporation, doing business as Dominion Energy Virginia, (hereinafter called the Company), and BCause Mining, LLC, the bona fide owner or lessee of the premises described in Paragraph First, below (hereinafter called the Customer).

Witnesseth:  That in consideration of the mutual covenants and agreements contained herein the parties hereto contract and agree with each other as follows:

First -- The Company shall furnish to the Customer, and the Customer shall purchase from the Company, at a mutually agreed upon Delivery Point, Electric Service required by the Customer upon the premises situated at 5465 Greenwich Road, Virginia Beach, Virginia, 23462, in the operation of a data center.

The term of this agreement shall be for an initial period ending ~~one year~~ See Term of Agreement Schedule 10 Paragraph Second below ~~after the commencement of the initial billing period hereunder and shall continue thereafter until either party gives the other ninety (90) days written notice of termination.~~  Notwithstanding this initial term, the Customer may discontinue purchasing Electricity Supply Service from the Company at any time in accordance with the Company's applicable rate schedules, Terms and Conditions, Virginia Law, and Commission rules for changing energy suppliers.  Discontinuance of Electricity Supply Service from the Company does not relieve either party from the obligations under this agreement with respect to the Electric Delivery Service or other products and services as may be addressed herein.

The normal facilities providing Electric Service to the Customer shall have a capacity to serve a 30-minute mean load not to exceed 22,719 kVA.  If Electric Service is provided hereunder through new service facilities, the parties hereto shall make every reasonable effort to commence to provide and to receive Electric Service not later than the --- of ---, ---.  In the event that the Company is unable to provide Electric Service or the Customer is unable to receive Electric Service on this date, the date can be changed by mutual consent.

Second -- The characteristics of Electric Service hereunder, the voltage at which it will be metered and, where applicable, other special provisions, are as follows:

## Service Characteristics

Electricity supplied will be three phase, four wire, wye connected at approximately 19,900/34,500 volts and 60 hertz through a Company owned primary metering cabinet. All transformers and interconnecting primary cable behind the metering cabinet will be installed, owned and maintained by the Customer.

## Metering Characteristics

Electricity will be primary metered at approximately 19,900/34,500 volts.

## Service Voltage

Service voltage is defined as Primary.

## Term of Agreement - Schedule 10

The term of this agreement shall be for an initial period of one year (12 months) from the effective date hereof.  For the first year of this agreement, service shall be provided under Schedule 10 - Large General Service.  Service shall continue thereafter under Schedule 10 for additional one year periods unless either party requests discontinuation of

Customer _____                              Company _____
                                                      Date Printed: 1/17/19
                                                      Page 1 of 5



**AGMT 20183**

the application to Schedule 10 by giving sixty days written notice of discontinuation prior to the end of the initial one year period or any successive one year period. In such case and upon discontinuation of the application of Schedule 10, purchases of electricity shall be made from the Company for the remainder of the initial period in accordance with the applicable schedule as may be selected by the Customer from time to time. Notwithstanding the provisions for the discontinuation of Schedule 10 as described herein, upon completion of the initial term, this agreement may be terminated by either party by giving the other ninety days written notice of termination.

Availability – Schedule 10

This schedule is not available at a location until such time that the Company has installed all necessary metering equipment. This schedule is not available to Customers participating, either directly or indirectly through a third-party curtailment service provider, in any PJM Interconnection, LLC Demand Response Program or any Company-sponsored peak-shaving demand response program.

Selection of Rate Schedule 10

The Customer agrees to assume the liability for the selection of Rate Schedule 10 in accordance with Section VIII, Paragraph C of the Company's Terms and Conditions.

Demand Minimums

The Schedule 10 Contract Demand will be 22,680 kW, but shall be subject to change prior to the effective date of this agreement to equal any higher demand measured at this location, and thereafter shall be modified as provided in the rate schedule. At such time as the customer may elect billing under a schedule other than Schedule 10, the kW of demand used to determine any minimum charges shall not be less than 19,138 kW (the "Contract Minimum Demand"). When such other schedule includes a separately stated distribution demand charge, the only demand subject to this Contract Minimum Demand shall be the distribution demand.

Notwithstanding the initial term of this agreement as set forth in Paragraph "First" of this Agreement above, the Schedule 10 Contract Demand and/or the Contract Minimum Demand, as the case may be (the "Demand Minimums") shall be applicable throughout the term of this Agreement, and in any event for not less than 12 months from the effective date of such Demand Minimums.

Company and Customer agree that, in any and all events, the Demand Minimums shall survive the termination of this Agreement in accordance with the provisions of Paragraph "Second" of this Agreement above ("Term of Agreement – Schedule 10"), and shall remain in force and govern for as long as Customer purchases Electric Service from Company at and for the premises set forth in paragraph "First" of this agreement.

Contract Dollar Minimum

The minimum charge shall be as provided for in the applicable rate schedule. However, effective with initial billing month after the effective date of this Agreement, the minimum charge – excluding charges for fuel and taxes – will not be less than $116,725 per billing month.

Terms and Conditions and Rate Schedules

The Company's Terms and Conditions and Rate Schedules referenced in this Letter Supplement may be located in their entirety on the Company's internet web site at: https://www.dominionenergy.com/large-business-rates-and-regulation

Customer _____

Company _____
Date Printed: 1/10/19
Page 2 of 5



Dominion
Energy

**AGMT 20183**

<u>Customer Owned Generation</u>

Customer owned generators must be connected in accordance with Section 190 of the Company's "Information and Requirements for Electric Service". Under no circumstance will parallel operation of the Customer's generator with the Company's system be allowed without prior written approval by the Company. Only an open transition, break before make, transfer scheme is authorized. Unapproved parallel operation may cause significant damage to Company and/or Customer owned equipment for which the Customer agrees to accept responsibility and liability

Third -- The sheets attached hereto are made a part hereof and are designated as follows:

Exhibit "A" -- One Line Diagram of Electric Service Facilities

Fourth -- In the event the Company is unable to secure and/or maintain adequate rights, easements, franchises and other necessary authorizations, the Company shall not be obligated to render service.

Fifth -- The provision of Electric Service under this agreement shall be subject to all applicable Terms and Conditions of service on file with the appropriate regulatory Commission and such Terms and Conditions are incorporated into this agreement by reference. The provisions of this agreement, all rate schedules, and the Terms and Conditions of service are subject to modification at any time in the manner prescribed by law. When the agreement is so modified, it shall supersede the provisions hereof and the rate schedules, if any, that are attached hereto and made a part hereof.

Sixth -- The Customer shall not assign this agreement without the express written consent of the Company. The Company shall have the right to assign this agreement to any entity, including an affiliated entity, that acquires or otherwise succeeds to the Company's business.

Seventh -- This agreement and the applicable rate schedules and Terms and Conditions of the Company on file with the State Corporation Commission embody the entire agreement between the parties hereto and supersede all prior agreements and understandings, if any, relating to the subject matter hereof and thereof. Any claim(s) which either party hereto may have or assert in any manner arising out of the provision of Electric Service prior to the date of this agreement at the premises specified in paragraph First of this agreement shall be decided without respect to this agreement.

Eighth -- This agreement shall be binding upon the Company only when accepted by its duly authorized agent and shall not be modified by any promise, agreement or representation of any agent or employee of the Company unless incorporated in writing in this agreement before such acceptance.

Ninth -- The Customer warrants that it is a legal business entity duly organized and existing under the laws of the Commonwealth of Virginia, and the individual executing this agreement on behalf of the Customer has been duly authorized to execute this agreement on the Customer's behalf.

Tenth -- In the event any provision, or any part or portion of any provision, of this agreement shall be declared by a court of competent jurisdiction to be unlawful, invalid, void or otherwise unenforceable, the remainder of this agreement shall be severable and remain enforceable. Only the provision (or part or provision thereof) so declared shall be considered unlawful, invalid, or otherwise unenforceable.

Eleventh -- This agreement shall be governed by and constructed in accordance with the laws of the Commonwealth of Virginia, without regard to conflict of laws provisions.

Customer _____

Company 
Date Printed: 1/17/19
Page 3 of 5

Dominion
Energy

AGMT 20183

| Customer's Full Name | Virginia Electric and Power Company, |
|---|---|
| BCause Mining, LLC | doing business as Dominion Energy Virginia |

Customer's Federal Tax ID

82 ~ 2810783

By

By *[signature]*

Typed or Printed Name of Person Signing

Sue Gesling

Typed or Printed Name of Person Signing

*Thomas Flake*

Title

Customer Contracts Administrator II

Title

*CMO*

Mail Bill To:
BCause Mining
192 Ballard Ct #303
Virginia Beach Virginia, 23462

Initial Billing Period Shall Commence On

Jan 23, 2019

but not later than ninety (90) days after: 1) the date specified in
Paragraph First or 2) the date the facilities are made available to
the customer.

Premise ID: 759057172
Account Number: 7591132860

Customer *[signature]*

Company 5956
Date Printed: 1/07/19
Page 4 of 5



Dominion
Energy'

AGMT 20183

**Facilities Provided:**

Service provided through pad mount primary
metering at 34,500/19,920 volts ahead of
Customer owned transformers

**Note:**    Delivery points is at the
Line side of Company owned
Primary Metering Cabinet

↑

34.5kv

Delivery Point

Company owned
Primary Metering
Equipment

(M)

34.5kv
CUSTOMER OWNED
CONDUCTORS

To Customer
Owned Facilities

BCause Mining, LLC

| LEGEND | VIRGINIA ELECTRIC AND POWER COMPANY |
|---|---|
| — — — Company Owned Underground Distribution | *doing business as* |
| | **Dominion Energy Virginia** |
| • • • • • • • Customer Owned Conductors | *One Line Diagram of Electric Service Facilities* |
| (M) Company Owned Primary Metering Equipment | BCause Mining, LLC<br>5465 Greenwich Road<br>Virginia Beach, VA 23462 |

| DRW. | SGG | APP. | | DATE | 01/17/2018 |
|---|---|---|---|---|---|
| SCALE | N.T.S. | | Exhibit "A" | | |

Customer

Company   SGG
Date Printed:  10/17/19
Page 5 of 5



Dominion
Energy

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

_____

I.    APPLICABILITY

This schedule is applicable only to non-residential Customers (1) who elect to receive Electricity Supply Service and Electric Delivery Service from the Company and (2) whose peak measured average 30-minute interval demand has reached or exceeded 500 kW during at least three billing months within the previous 12 consecutive billing months immediately prior to the Customer's effective date for service under this schedule.  Discontinuance of Electric Service under this schedule shall be in accordance with Paragraph XII. of this schedule.

II.   AVAILABILITY

This schedule is not available at a location until such time that the Company has installed all necessary metering equipment.  This schedule is not available to Customers electing to participate, either directly or indirectly through a third-party curtailment service provider, in any PJM Interconnection, LLC Demand Response Program or any Company-sponsored peak-shaving demand response program.

III.  30-DAY VARIABLE RATE

   A.  Distribution Service Charges

      1.  Basic Customer Charge
          Basic Customer Charge $123.10 per billing month.

      2.  Plus Distribution Demand Charge

          a.  Primary Voltage Customer
              First 5000 kW of Distribution Demand      @     $0.940 per kW
              Additional kW of Distribution Demand      @     $0.709 per kW

          b.  Secondary Voltage Customer
              All kW of Distribution Demand             @     $1.992 per kW

      3.  Plus Distribution kWh Charges

          a.  Distribution kWh Charge for All Customers

              1)  All kWh at Primary or Transmission
                  Service Voltage                       @     0.0055¢ per kWh

              2)  All kWh at Secondary Service
                  Voltage                               @     0.0065¢ per kWh

(Continued)

Filed 03-15-19                     Superseding Filing Effective For Usage On
Electric-Virginia                  and After 07-01-18.  This Filing Effective
                                   For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

(Continued)

III.    30-DAY VARIABLE RATE (Continued)

      b.  Plus Distribution kWh Charge for Non-exempt or Non-opt-out Customers

         1)  All kWh at Primary or Transmission
            Service Voltage        @   0.0000¢ per kWh

         2)  All kWh at Secondary Service
            Voltage        @   0.0000¢ per kWh

    4.   Plus each Distribution kilowatthour used is subject to all applicable riders, included in the Exhibit of Applicable Riders.

  B.  Electricity Supply (ES) Service Charges

    1.  Electricity Supply Contract Demand Charge
       All kW of ES Contract Demand   @  ($0.074) per kW

    2.  Plus Generation Adjustment Demand Charge

      a.  Primary Voltage Customer
         First 5000 kW of Demand   @  ($0.397) per kW
         Additional kW of Demand   @  ($0.300) per kW

      b.  Secondary Voltage Customer
         All kW of Demand   @  ($0.604) per kW

    3.  Plus Generation kWh Charge

    All ES kWh will be categorized according to the following table and billed at the rates specified.

(Continued)

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On and After 07-01-18.  This Filing Effective For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

———————

(Continued)

III.    30-DAY VARIABLE RATE (Continued)

a.  For the period May 1 through September 30:

| Day Classification | On-Peak Period | On-Peak Rate Per ES kWh | Off-Peak Rate Per ES kWh |
|---|---|---|---|
| A | 11 a.m.- 9 p.m. | 24.2414¢ | 2.6990¢ |
| B | 11 a.m.- 9 p.m. | 2.0675¢ | 1.3453¢ |
| C | 7 a.m.- 10 p.m. | 1.3453¢ | 0.9195¢ |

b.  For the period October 1 through April 30:

| Day Classification | On-Peak Period | On-Peak Rate Per ES kWh | Off-Peak Rate Per ES kWh |
|---|---|---|---|
| A | 6 a.m.- noon & 5 p.m.- 9 p.m. | 24.2414¢ | 3.1229¢ |
| B | 6 a.m.-noon & 5 p.m.- 9 p.m. | 2.0675¢ | 1.4425¢ |
| C | 6 a.m.-noon & 5 p.m.- 9 p.m. | 1.4425¢ | 1.1244¢ |

(NOTE:  Classification A will apply for no more than 28 days during any calendar year, and classification C will apply for no less than 60 days during any calendar year.)

4.  Plus Transmission Demand Charge

a.  All kW of ES Contract Demand for Primary or Transmission Service Voltage          @       $0.646 per kW

b.  All kW of ES Contract Demand for Secondary Service Voltage          @       $1.094 per kW

(Continued)

Superseding Filing Effective For Usage On and After 07-01-18.  This Filing Effective For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

———————

(Continued)

III.    30-DAY VARIABLE RATE (Continued)

     5.  Plus each Electricity Supply kilowatthour is subject to all applicable riders, included in the Exhibit of Applicable Riders.

     6.  Plus each kW of Electricity Supply Contract Demand is subject to all applicable riders, included in the Exhibit of Applicable Riders.

    C.  The minimum charge shall be such as may be contracted for.

IV.    NOTIFICATION OF DAY CLASSIFICATION

The Generation kWh Charge day classification for each day will be determined by the Company and will be available via a toll-free telephone number after 5 p.m. the preceding day. Should the Company fail to make its determination by 5 p.m., the classification shall default to "C."

V.    DETERMINATION OF DISTRIBUTION DEMAND

The Distribution Demand shall be billed only where the service voltage is less than 69 kV.  Service voltage is defined as the voltage associated with facilities which the Company would normally provide for the service required by the Customer.  The kW of demand billed under III.A.2. shall be the Electricity Supply Contract Demand.

VI.    DETERMINATION   OF   ELECTRICITY   SUPPLY   PEAK   DEMAND   AND ELECTRICITY SUPPLY CONTRACT DEMAND

    A.  The Company may install metering equipment necessary to determine both the average kW demand during a 30-minute interval and the average kVA demand during a 30-minute interval.  The Electricity Supply Peak Demand for the current billing month shall be the higher of:

     1.  The highest average kW demand measured during the current billing month, or

     2.  85% of the highest average kVA demand measured during the current billing month.

(Continued)

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On and After 07-01-18.  This Filing Effective For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

_____

(Continued)

VI.    DETERMINATION OF ELECTRICITY SUPPLY PEAK DEMAND AND
ELECTRICITY SUPPLY CONTRACT DEMAND (Continued)

B.    The Electricity Supply Contract Demand shall be the maximum demand the
Company is to supply, but not less than 500 kW.  In the event that the Electricity
Supply Peak Demand determined for the current billing month exceeds the
Electricity Supply Contract Demand, the Electricity Supply Contract Demand shall
be increased by such excess demand.

VII.    DETERMINATION OF ELECTRICITY SUPPLY ADJUSTMENT DEMAND

The kW of demand billed under Paragraph III.B.2. shall be the Distribution Demand
determined under Paragraph V.

VIII.    EXEMPTION AND OPT-OUT PROVISIONS FOR DISTRIBUTION KWH CHARGE

The Distribution kWh Charge in Paragraph III.A.3.b., above, shall not apply to Customers
who are either exempt from or opt-out of such charge pursuant to Virginia Code § 56-585.1
A 5 c.

IX.    METER READING AND BILLING

A.    The Company may require that the Customer provide the Company with access to
the Customer's telephone service so that the Company may communicate with its
metering equipment.

B.    When the actual number of days between meter readings is more or less than 30
days, the Basic Customer Charge, the Distribution Demand Charge, the Electricity
Supply Contract Demand Charge, the Generation Adjustment Demand Charge,
the Transmission Demand Charge, and the minimum charge of the 30-day
variable rate will each be multiplied by the actual number of days in the billing
period and divided by 30.

X.    SERVICE AVAILABLE

Normally the Company will supply the equipment necessary and will deliver to the
Customer, in accordance with the Company's applicable Terms and Conditions at one Delivery
Point mutually satisfactory to the Customer and the Company, 60 cycle alternating current
electricity of the phase and voltage desired by the Customer at said Delivery Point, provided
electricity of the phase and voltage desired by the Customer is available generally in the area in
which electricity is desired.

(Continued)

Filed 03-15-19                                    Superseding Filing Effective For Usage On
Electric-Virginia                                and After 07-01-18.  This Filing Effective
                                                 For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

———————————

(Continued)

XI.    PARALLEL OPERATION SERVICE

A Customer operating an electric power plant in parallel with the Company's facilities may elect service under this schedule provided that suitable relays and protective equipment are furnished, installed, and maintained at the Customer's expense in accordance with specifications furnished by the Company.   The relays and protection equipment shall be subject, at all reasonable times, to inspection by the Company's authorized representative.

XII.    TERM OF CONTRACT

The term of contract for the purchase of Electric Service under this schedule shall be in multiples of one year, continuing thereafter for one-year terms unless either party provides sixty days written notice of termination prior to the end of any term.

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On
and After 07-01-18.  This Filing Effective
For Usage On and After 04-01-19.

# EXHIBIT 3

A days On Peak load as metered

# BCause Inc- Schedule 10 Billing Estimate with 2018 Max of 22,617 kW

ACCOUNT ....2860

Schedule 10 Billing Estimate - 2018

Actual Data for January thru Dec 2018

## Total Historic Schedule 10 Billing with current Riders

| DayType Count "A" | "B" | "C" | Month | Total Bill | Total Bill | Load Factor | Dist Peak kW | Monthly Peak kW | Monthly kwhrs | Monthly $ per mwh |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 29 | 0 | Jan-18 | $781,735 | $781,735 | 92% | | 19,058 | 13,063,979 | $59.84 |
| 0 | 28 | 0 | Feb-18 | $624,193 | $624,193 | 94% | | 18,617 | 11,792,482 | $52.93 |
| 0 | 31 | 0 | Mar-18 | $636,373 | $636,373 | 82% | | 15,593 | 11,990,774 | $53.07 |
| 0 | 25 | 5 | Apr-18 | $608,742 | $608,742 | 96% | | 16,790 | 11,620,035 | $52.39 |
| 0 | 23 | 8 | May-18 | $680,955 | $680,955 | 79% | | 22,617 | 13,246,128 | $51.41 |
| 5 | 22 | 3 | Jun-18 | $1,068,984 | $1,068,984 | 97% | | 22,680 | 15,763,561 | $67.81 |
| 6 | 25 | 0 | Jul-18 | $1,070,457 | $1,070,457 | 92% | | 22,239 | 15,139,766 | $70.71 |
| 12 | 19 | 0 | Aug-18 | $1,340,996 | $1,340,996 | 92% | | 21,200 | 14,502,285 | $92.47 |
| 0 | 26 | 4 | Sep-18 | $749,695 | $749,695 | 95% | | 20,916 | 14,373,261 | $52.16 |
| 0 | 7 | 24 | Oct-18 | $737,996 | $737,996 | 91% | | 21,578 | 14,619,355 | $50.48 |
| 0 | 12 | 18 | Nov-18 | $738,240 | $738,240 | 93% | | 21,735 | 14,587,445 | $50.61 |
| 0 | 20 | 11 | Dec-18 | $738,588 | $738,588 | 91% | | 20,822 | 14,075,350 | $52.47 |
| 25 | 267 | 73 | Annual | $9,776,954 | $9,776,954 | | | 22,680 | 164,774,421 | $59.34 |

19057.5 kW; Set 10.05.2018

### Fuel Only

| Month | Monthly Fuel Charge | Monthly $ per mwh |
|---|---|---|
| Jan-18 | $352,727 | $27.00 |
| Feb-18 | $318,397 | $27.00 |
| Mar-18 | $323,751 | $27.00 |
| Apr-18 | $313,741 | $27.00 |
| May-18 | $357,645 | $27.00 |
| Jun-18 | $425,616 | $27.00 |
| Jul-18 | $408,774 | $27.00 |
| Aug-18 | $391,562 | $27.00 |
| Sep-18 | $388,078 | $27.00 |
| Oct-18 | $394,723 | $27.00 |
| Nov-18 | $393,861 | $27.00 |
| Dec-18 | $380,034 | $27.00 |
| Annual | $4,448,909 | $27.00 |

### Riders (Excluding Fuel) Primary Voltage

| Month | Monthly Rider Charge | Monthly $ per mwh |
|---|---|---|
| Jan-18 | $83,292 | $6.38 |
| Feb-18 | $75,185 | $6.38 |
| Mar-18 | $76,450 | $6.38 |
| Apr-18 | $74,086 | $6.38 |
| May-18 | $84,453 | $6.38 |
| Jun-18 | $100,504 | $6.38 |
| Jul-18 | $96,527 | $6.38 |
| Aug-18 | $92,462 | $6.38 |
| Sep-18 | $91,640 | $6.38 |
| Oct-18 | $93,209 | $6.38 |
| Nov-18 | $93,005 | $6.38 |
| Dec-18 | $89,740 | $6.38 |
| Annual | $1,050,552 | $6.38 |

Apr- Sept Est: $5,519,829

# EXHIBIT 4

Reduce Load to 0 kW on A days On Peak

# BCause Inc- Schedule 10 Billing Estimate with 2018 Max of 22,617 kW

Schedule 10 Billing Estimate - 2018
Actual Data for January thru Dec 2018

ACCOUNT 2860

Apr-Sept Est $4,252,781

## Total Historic Schedule 10 Billing with current Riders

| Day Type Count | | | Month | Total Bill | Total Bill | Load Factor | Dist Peak kW | Monthly Peak kW | Monthly kwhs | Monthly $ per mwh |
|---|---|---|---|---|---|---|---|---|---|---|
| "A" | "B" | "C" | | | | | | | | |
| 2 | 29 | 0 | Jan-18 | $678,658 | $678,658 | 90% | | 19,058 | 12,702,013 | $53.43 |
| 0 | 28 | 0 | Feb-18 | $624,193 | $624,193 | 94% | | 18,617 | 11,792,482 | $52.93 |
| 0 | 31 | 0 | Mar-18 | $636,373 | $636,373 | 82% | | 19,593 | 11,990,774 | $53.07 |
| 0 | 25 | 5 | Apr-18 | $608,742 | $608,742 | 96% | | 16,790 | 11,620,035 | $52.39 |
| 0 | 23 | 8 | May-18 | $680,955 | $680,955 | 79% | | 22,617 | 13,246,128 | $51.41 |
| 5 | 22 | 3 | Jun-18 | $780,342 | $780,342 | 90% | | 22,680 | 14,749,970 | $52.90 |
| 6 | 25 | 0 | Jul-18 | $735,853 | $739,853 | 84% | | 22,239 | 13,937,144 | $53.08 |
| 12 | 19 | 0 | Aug-18 | $693,194 | $693,194 | 77% | | 21,200 | 12,192,878 | $56.85 |
| 0 | 26 | 4 | Sep-18 | $749,695 | $749,695 | 95% | | 20,916 | 14,373,361 | $52.16 |
| 0 | 7 | 24 | Oct-18 | $737,996 | $737,996 | 91% | | 21,578 | 14,619,355 | $50.48 |
| 0 | 12 | 18 | Nov-18 | $738,240 | $738,240 | 93% | | 21,735 | 14,587,445 | $50.61 |
| 0 | 20 | 11 | Dec-18 | $738,588 | $738,588 | 91% | | 20,822 | 14,075,350 | $52.47 |
| 25 | 267 | 73 | Annual | $8,406,829 | | | | 22,680 | 159,886,834 | $52.58 |

Dist Peak kW: 19052.5 kW; Set 10.05.2018

## Fuel Only

| Month | Monthly Fuel Charge | Monthly $ per mwh |
|---|---|---|
| Jan-18 | $342,954 | $27.00 |
| Feb-18 | $318,397 | $27.00 |
| Mar-18 | $323,751 | $27.00 |
| Apr-18 | $313,741 | $27.00 |
| May-18 | $357,645 | $27.00 |
| Jun-18 | $398,249 | $27.00 |
| Jul-18 | $376,303 | $27.00 |
| Aug-18 | $329,208 | $27.00 |
| Sep-18 | $388,078 | $27.00 |
| Oct-18 | $394,721 | $27.00 |
| Nov-18 | $393,861 | $27.00 |
| Dec-18 | $380,041 | $27.00 |
| Annual | $4,316,945 | $27.00 |

## Riders (Excluding Fuel) Primary Voltage

| Month | Monthly Rider Charge | Monthly $ per mwh |
|---|---|---|
| Jan-18 | $80,984 | $6.38 |
| Feb-18 | $75,185 | $6.38 |
| Mar-18 | $76,450 | $6.38 |
| Apr-18 | $74,086 | $6.38 |
| May-18 | $84,453 | $6.38 |
| Jun-18 | $94,041 | $6.38 |
| Jul-18 | $88,859 | $6.38 |
| Aug-18 | $77,738 | $6.38 |
| Sep-18 | $91,640 | $6.38 |
| Oct-18 | $93,209 | $6.38 |
| Nov-18 | $93,005 | $6.38 |
| Dec-18 | $89,740 | $6.38 |
| Annual | $1,019,390 | $6.38 |

# EXHIBIT 5

Reduce Load to 5000 kW on A days On Peak

## BCause Inc- Schedule 10 Billing Estimate with 2018 Max of 22,617 kW

ACCOUNT # ...2860...

Schedule 10 Billing Estimate - 2018
Actual Data for January thru Dec 2018

Apr- Sept Est
$4,574,748

### Total Historic Schedule 10 Billing with current Riders

| Day Type Count "A" | "B" | "C" | Month | Total Bill | Total Bill | Load Factor | Dist Peak kW | Monthly Peak kW | Monthly kwhrs | Monthly $ per mWh |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 29 | 0 | Jan-18 | $707,135 | $707,135 | 90% | | 19,058 | 12,802,013 | $55.24 |
| 0 | 28 | 0 | Feb-18 | $624,193 | $624,193 | 94% | | 18,617 | 11,792,482 | $52.93 |
| 0 | 31 | 0 | Mar-18 | $636,373 | $636,373 | 82% | | 19,593 | 11,990,774 | $53.07 |
| 0 | 25 | 5 | Apr-18 | $608,742 | $608,742 | 96% | | 16,790 | 11,620,035 | $52.39 |
| 0 | 23 | 8 | May-18 | $680,955 | $680,955 | 79% | | 22,617 | 13,246,128 | $51.41 |
| 5 | 22 | 3 | Jun-18 | $851,535 | $851,535 | 92% | | 22,680 | 14,999,970 | $56.77 |
| 6 | 25 | 0 | Jul-18 | $822,324 | $822,324 | 86% | | 22,239 | 14,237,144 | $57.76 |
| 12 | 19 | 0 | Aug-18 | $861,498 | $861,498 | 81% | | 21,200 | 12,792,878 | $67.34 |
| 0 | 26 | 4 | Sep-18 | $749,655 | $749,655 | 95% | 19057.5 kW ; Set 10.05.2018 | 20,916 | 14,373,261 | $52.16 |
| 0 | 7 | 24 | Oct-18 | $737,996 | $737,996 | 91% | | 21,578 | 14,619,355 | $50.48 |
| 0 | 12 | 18 | Nov-18 | $738,240 | $738,240 | 93% | | 21,735 | 14,587,445 | $50.61 |
| 0 | 20 | 11 | Dec-18 | $738,588 | $738,588 | 91% | | 20,822 | 14,075,350 | $52.47 |
| 25 | 267 | 73 | Annual | $8,757,273 | $8,757,273 | 89% | | 22,680 | 161,136,834 | $54.35 |

### Fuel Only

| Month | Monthly Fuel Charge | Monthly $ per mwh |
|---|---|---|
| Jan-18 | $345,654 | $27.00 |
| Feb-18 | $318,397 | $27.00 |
| Mar-18 | $323,751 | $27.00 |
| Apr-18 | $313,741 | $27.00 |
| May-18 | $357,645 | $27.00 |
| Jun-18 | $404,999 | $27.00 |
| Jul-18 | $384,403 | $27.00 |
| Aug-18 | $345,408 | $27.00 |
| Sep-18 | $388,078 | $27.00 |
| Oct-18 | $394,723 | $27.00 |
| Nov-18 | $393,861 | $27.00 |
| Dec-18 | $380,034 | $27.00 |
| Annual | $4,350,695 | $27.00 |

### Riders (Excluding Fuel) Primary Voltage

| Month | Monthly Rider Charge | Monthly $ per mwh |
|---|---|---|
| Jan-18 | $81,622 | $6.38 |
| Feb-18 | $75,185 | $6.38 |
| Mar-18 | $76,450 | $6.38 |
| Apr-18 | $74,086 | $6.38 |
| May-18 | $84,453 | $6.38 |
| Jun-18 | $95,635 | $6.38 |
| Jul-18 | $90,772 | $6.38 |
| Aug-18 | $81,564 | $6.38 |
| Sep-18 | $91,640 | $6.38 |
| Oct-18 | $93,209 | $6.38 |
| Nov-18 | $93,005 | $6.38 |
| Dec-18 | $85,740 | $6.38 |
| Annual | $1,027,360 | $6.38 |