IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Case No. 19-10562 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**WESCO DISTRIBUTION'S LIMITED OBJECTION TO THE: (I) MOTIONS TO EMPLOY ATTORNEYS FOR THE DEBTORS AND (II) APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY FREEBORN & PETERS LLP AND ITS ATTORNEYS AS COUNSEL**

WESCO Distribution, Inc. ("WESCO") hereby files this limited objection (the "Objection") to: (i) the two motions filed by BCause Mining LLC and BCause LLC ( the "Debtors") to retain Crane, Simon, Clar & Dan [D.I. 52 on both dockets]; and (ii) the applications of the Official Committee of Unsecured Creditors (the "Committee") to retain Freeborn & Peters LLP [D.I. 50 on both dockets].

WESCO does not object to the Debtors and the Committee retaining counsel except insofar as they propose to use WESCO's cash collateral to pay such counsel. More to the point, the Debtors to date have failed to share or file any budget in these cases that sets forth the proposed expenditure for either the Debtors' or the Committee's counsel. In neither the original cash collateral motions [D.I. 3 and D.I. 5] nor the supplement filed in the BCause LLC bankruptcy case [D.I. 24] do the Debtors set forth line items for professional fees, US Trustee costs, or the other non-operational costs attendant with a chapter 11 bankruptcy case. In addition, to date, the Court has not permitted use of cash collateral to pay professionals. It is thus unknown how the estates will pay these professionals.

Interestingly, according to the retention motions filed by the Debtors, the Debtors could not even fund payment of their prepetition retainers out of revenues. Rather, the Debtors had to fund these retainers through insider loans, raising a serious question as to how the Debtors can pay the professional and other non-operational costs of these chapter 11 cases without further infusions.

Finally, WESCO objects to the Debtors' retention applications because they fail to disclose how much is owed and how much was paid to Crane, Simon, Clar & Dan for prepetition services. Obviously, to the extent the Debtors' law firm is a prepetition creditor, either because they have outstanding invoices or they received payments that can be recovered as preferences, they cannot be disinterested under section 327(a) of the Bankruptcy Code.

WHEREFORE, WESCO respectfully requests that this court enter an order denying the professional retention applications filed by the Debtors and the Committee unless and until WESCO's concerns are addressed.

*[Remainder of page intentionally blank; signature page follows]*

Dated: May 7, 2019 /s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
mcarr@mcdonaldhopkins.com

{8085679: } 3

# CERTIFICATE OF SERVICE

I, David A. Agay, hereby certify that, on May 7, 2019, I caused a copy of the foregoing **WESCO DISTRIBUTION'S LIMITED OBJECTION TO THE: (I) MOTIONS TO EMPLOY ATTORNEYS FOR THE DEBTORS AND (II) APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY FREEBORN & PETERS LLP AND ITS ATTORNEYS AS COUNSEL** to be electronically filed with the Clerk of Court using the Electronic Case Filing System, and be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago, IL 60657

FIS Systems International LLC 601 Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190 Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Paychex of New York LLC 8215 Forest
Point Blvd., #150 Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

{8085679: }   6

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Russell R Johnson, III on behalf of Creditor
Virginia Electric and Power Company d/b/a
Dominion Energy Virginia
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

/s/ David A. Agay