B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re | **BCause Mining LLC, a Virginia limited liability company** | Case No. **19-10562** |
| | Debtor(s) | Chapter **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **25,818.38** |
   | Prior to the filing of this statement I have received | $ | **25,818.38** |
   | Balance Due | $ | As allowed pursuant to court order |

2. $ **1,717** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify): **Michael Adolphi ($12,492.69); Joseph LaMontagne ($12,492.69; Bruce Pollack ($1,717)**

4. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| May 8, 2019 | /s/Scott R. Clar |
| *Date* | **SCOTT R. CLAR** |
| | *Signature of Attorney* |
| | **Crane, Simon, Clar & Dan** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777  Fax: 312-641-7114** |
| | **sclar@cranesimon.com** |
| | *Name of law firm* |

LAW OFFICES

# CRANE, SIMON, CLAR & DAN

EUGENE CRANE
ARTHUR G. SIMON
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD, OF COUNSEL

135 S. LASALLE STREET
SUITE 3705
CHICAGO, ILLINOIS
60603-4297
TEL: (312) 641-6777
FAX: (312) 641-7114
WWW.CRANEHEYMAN.COM

April 10, 2019

**Via Hand Delivery**

Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661

Re:  BCause Mining LLC ("Mining");Chapter 11 Case

Dear Mr. Grede:

This letter is intended to confirm the agreement reached with Mining concerning the retention of the law firm of Crane, Simon, Clar & Dan ("CSC&D") in a Chapter 11 bankruptcy proceeding, and such other representation as may be necessary. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

Mining will cause CSC&D to be paid the sum of $26,717.00 as an advance payment retainer for this engagement ("Retainer"). In consideration of the payment of the Retainer, CSC&D agrees to provide legal services on Mining's behalf in connection with the matters upon which CSC&D has been retained. Unless otherwise billed directly to Mining, any costs incurred during our representation shall be subject to reimbursement from Mining.

This Retainer will not be held in the client trust account of CSC&D, and will be treated as income by CSC&D upon its receipt, whereupon it will be deposited into the general account of CSC&D. This Retainer is the property of CSC&D and Mining retains no legal or equitable interest in the Retainer. In the event that the legal services and expenses incurred exceed this Retainer, it is understood that CSC&D shall be entitled to additional monies to account for the difference. Any portion of this Retainer that is not earned or required for expenses will be refunded to Mining after application of this Retainer to accrued legal services and expenses.

LAW OFFICES

# CRANE, SIMON, CLAR & DAN

Fred Grede
April 10, 2019
Page Two

It is understood that due to the nature of the representation and the substantial risk to CSC&D that CSC&D may receive no further fees, CSC&D is unwilling to represent Mining without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSC&D was Mining's choice, after consideration of other Retainer options. Mining acknowledges that the specific purpose of such advance payment retainer is to assure Mining of legal representation at least until such time as the Retainer is exhausted, and that the advantage to Mining of such a Retainer, is that it provides such assurance by reducing the risk of creditor attachment of such a Retainer and without the necessity of seeking any court and/or creditor approval with respect to same. CSC&D will commence its representation of Mining upon payment of this advance payment Retainer.

Such representation includes all matters typically involved in representing debtors in a Chapter 11 case as well as matters involving defense of: 1) motions to convert the case to a Chapter 7 case; and 2) motions seeking the appointment of a Chapter 11 trustee.

For your information the current hourly rates for CSC&D ("2019 Hourly Rates") are as follows:

| | |
|---|---|
| Eugene Crane.................. | $520 |
| Arthur G. Simon............... | $520 |
| Scott R. Clar.................... | $520 |
| Jeffrey C. Dan.................. | $480 |
| John H. Redfield............... | $400 |

The above hourly rates are subject to change on January 1 of each year. However, the 2019 Hourly Rates shall be applicable in this engagement from the date hereof through and including December 31, 2019. Mining will be charged the hourly rates in existence at the time of billing by CSC&D.

Please sign and return this letter to me as soon as possible. Thank you for the opportunity to be of service to you. Please send us the Retainer as soon as possible in order that we can commence our representation. We look forward to a successful relationship.

LAW OFFICES

## CRANE, SIMON, CLAR & DAN

Fred Grede
April 10, 2019
Page Three

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & DAN

By: _____
    Scott R. Clar

SRC/mjo

AGREED, ACCEPTED AND UNDERSTOOD:

BCAUSE MINING LLC

By: _____
    Fred Grede, CEO