UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-10562
BCause Mining LLC  )
 )
 )  Chapter:  11
 )  Honorable Janet S. Baer
 )
 )
Debtor(s)  )

**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

THIS MATTER COMING TO BE HEARD on the Motion of BCause Mining LLC, debtor and debtor-in-possession herein (the "Debtor"), for an extension of time to file its schedules and Statement of Financial Affairs; proper notice having been provided; no objections having been interposed; and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the date by which the Debtor must file its schedules and Statement of Financial Affairs pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure is extended from April 25, 2019 to and including May 13, 2019.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 08, 2019

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777