UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-10562
BCAUSE MINING LLC, a Virginia limited )
liability company,  )
 )  Chapter: 11
 )  Honorable Janet S. Baer
 )
 )
Debtor(s)  )

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO EMPLOY FREEBORN & PETERS LLP AND ITS ATTORNEYS AS COUNSEL**

This matter coming before the Court upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of BCause Mining LLC and BCause LLC (the "Debtors") to retain and employ Shelly A. DeRousse, Devon J. Eggert, and Elizabeth L. Janczak and the law firm of Freeborn & Peters LLP (collectively, "Freeborn") as counsel for the Committee, pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure, the Court having reviewed the Application and the Declaration of Shelly A. DeRousse in support thereof; the Court finding that Freeborn is a "disinterested person" and holds no interest adverse to the Debtors' estates;

IT IS HEREBY ORDERED THAT:

A. The Application is GRANTED as set forth herein.

B. Pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the employment of Freeborn as counsel for the Committee is approved retroactive to April 25, 2019.

C. Freeborn's compensation will be calculated on an hourly basis and Freeborn will be entitled to seek reimbursement for all actual and reasonable expenses incurred in connection with these cases.

D. Freeborn will seek approval of payment of all compensation in accordance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, guidelines established by the Office of the United States Trustee, and as otherwise directed by the Court.

Enter:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 08, 2019

**Prepared by:**

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606