UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCause Mining LLC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-10562<br><br>Chapter:  11<br>Honorable Janet S. Baer |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC, Debtor/Debtor-in-Possession herein ("Mining"), pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order directing the joint administration of its chapter 11 case with the chapter 11 case of BCause LLC ("LLC") (collectively with LLC, the "Debtors") for procedural purposes only; the Court having reviewed the Motion and having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; it appearing that there is good cause to grant the relief requested; and the Court having jurisdiction over the parties and the subject matter of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 case shall be jointly administered with the chapter 11 case of LLC, currently pending in this district under Case No. 19-10731, for procedural purposes only.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br><br>BCause Mining LLC, et al.,<br><br>Debtors/Debtors-in-Possession. | )<br>)<br>)<br>)<br>) | <br>Chapter 11<br>Case No. 19-10562<br>Honorable Janet S. Baer<br>Jointly Administered |

4. An entry shall be made on the docket of each of the chapter 11 cases to reflect the joint administration thereof, which shall read substantially as follows:

An order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) has been entered in this case directing the joint administration of the chapter 11 cases of BCause Mining LLC (Case No. 19-

10562) and BCause LLC (Case No. 19-10731).

In re BCause Mining LLC, has been designated the "lead" case. Accordingly, the docket in Case No. 19-10562 should be consulted for all matters affecting the chapter 11 case of this debtor.

5. The terms and conditions of this order shall be effective and enforceable immediately upon its entry. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this order.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 08, 2019

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
AGS/BCause Mining/Jt Admin.ORD