# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-10562 |
| BCause Mining LLC, | Chapter 11 |
| Debtor. | Honorable Janet S. Baer |

## SCHEDULING ORDER

This matter coming before the Court on WESCO Distribution, Inc.'s Motion (I) to Dismiss the Debtors' Bankruptcy Cases, or, in the Alternative, (II) for Relief from the Automatic Stay, (Docket No. 35),

IT IS HEREBY ORDERED THAT:

1. Any party in interest may file a response on or before May 22, 2019.
2. Movant's reply is due to be filed on or before June 3, 2019.
3. This matter is set for trial on June 5, 2019 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: May 8, 2019

ENTER:

_Janet S. Baer_
Honorable Janet S. Baer
United States Bankruptcy Judge

In re: BCause Mining LLC
Case No. 19-10562

## CERTIFICATE OF SERVICE

I, Alex Dragonetti, certify that on May 8, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*[signature]*
Courtroom Deputy

### Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Sarah K Angelino
J Mark Fisher
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

Scott R Clar
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603

Russell R Johnson, III
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street, Ste 1600
Chicago, IL 60654

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654

Jamie L Burns
Marc Ira Fenton
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219

Brian L Shaw
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606