Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) <br> BCause Mining LLC, a Virginia limited ) <br> liability company ) <br> ) <br> ) <br> ) <br> Debtor(s) ) | BK No.:   19-10562 <br><br> Chapter: 11 <br><br> Honorable Janet S. Baer |

### ORDER APPROVING MOTION TO PROVIDE ADEQUATE ASSURANCE
### OF PAYMENT FOR CONTINUED UTILITY SERVICE

THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC, Debtor/Debtor-in-Possession herein, to Provide Adequate Assurance of Payment for Continued Utility Service, due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that as adequate assurance of payment for continued services by the utilities listed on Exhibit A attached hereto:

A. Each utility company shall retain any pre-petition security deposit paid by the Debtors as a post-petition security deposit;

B. Each utility company shall be entitled to an administrative expense priority claim for any post-petition utility charges that remain unpaid;

C. The Debtor shall timely pay the utilities as billed by each utility and shall remain current on such payment.

D. The Debtor shall pay each utility, but does not currently hold a deposit, a deposit in an amount equal to one month of the Debtor's average monthly expense for each utility, within forty-five (45) days of the entry of this order; and

E. Each utility company shall be prohibited from terminating, discontinuing or otherwise interrupting utility service to the Debtor until further order of court.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: 1 0 MAY 2019

**Prepared by:**
DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Jeffrey C. Dan
(Atty. No. 06242750)

Form G5 (20170105_bko)

CRANE, SIMON, CLAR & DAN
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
\jeff\BCause\utility.ord