UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCAUSE MINING, LLC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-10562<br><br>Chapter:  11<br>Honorable Janet S. Baer |

## ORDER COMPELLING PAYMENT OF POST-PETITION RENT

THIS MATTER having come before this Court upon the motion (the "Motion") by Hoffland Properties, Inc. ("Hoffland") pursuant to section 365(d)(3) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") for the entry of an order compelling the Debtor to pay post-petition rent when due under that certain Triple Net Lease (with Rider) (the "Lease") with the Debtor, BCause Mining, LLC (the "Debtor") dated November 1, 2017, whereby Hoffland leased to the Debtor a commercial warehouse condominium located at Unit B, 5465 Greenwich Road, Virginia Beach, Virginia (the "Leased Premises"); due and proper notice of the Motion having been given to all parties entitled to notice thereof; and it appearing that good grounds exist for approval of the relief requested in the Motion; the Court being fully advised in the premises and all objections, if any, to the entry of this order having been withdrawn, resolved or overruled by this Court;

IT IS HEREBY ORDERED that:

1. The Motion is granted in accordance with the terms and conditions set forth in this Order.

2. The Debtor is required to pay Rent when due under the Lease during the pendency of this Case; provided that Debtor may pay $58,570 as and for May Rent on or before May 10, 2019.

3. The Debtor shall pay $39,046.67 as and for stub rent due for the twenty-day period from the April 11, 2019 date of the petition through April 30, 2019 ($58,570 ÷ 30 x 20) in three equal installments of $13,015.56 each: (a) on or before May 10, 2019, (b) on the date when the June Rent is due under the Lease, and (c) on the date when the July Rent is due under the Lease.

4. If the Debtor fails to make any of the foregoing payments when due, such nonpayment shall, upon a further motion and opportunity for the Debtor to be heard concerning whether such payments were made when due, constitute cause for relief from the automatic stay for Hoffland to exercise its remedies under the Lease.

Enter:

*Janet S. Baer*

Dated:  **10 MAY 2019**                                United States Bankruptcy Judge

**Prepared by:**

Rev: 20120501_bko

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
312.258.5500
mfisher@schiffhardin.com
sangelino@schiffhardin.com