**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BCause Mining LLC,** | ) | Judge Janet S. Baer |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No. 19-10562 |
| | ) | |

**ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND VIRGINIA
ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA**

This matter is before the Court for approval of the *Stipulation* between the Debtor and

Virginia Electric and Power Company d/b/a Dominion Energy Virginia (the "Stipulation")

partially resolving the *Objection of Virginia Electric and Power Company d/b/a Dominion

Energy Virginia To the Motion to Provide Adequate Assurance of Payment For Continued Utility

Service* (the "Objection") (Docket No. 7). The Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 1408 and 1409, the Court being fully advised in the premises, and good

cause having been shown, it is

**NOW THEREFORE, IT IS HEREBY ORDERED** that:

  1.     The Stipulation attached hereto at Exhibit "A" is hereby approved.

  2.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

DATED this 10th day of May, 2019.

BY THE COURT:

Hon. Janet S. Baer
United States Bankruptcy Court Judge