**Fill in this information to identify the case:**

Debtor name   **BCause Mining LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **19-10562**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                              12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $              0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $     3,659,873.21

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $     3,659,873.21

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     1,372,061.92

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $              0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............   +$     8,675,177.01

4. **Total liabilities** ..............................................................................................................   $    10,047,238.93
   Lines 2 + 3a + 3b