# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-10562 |
| BCause Mining LLC, | Chapter 11 |
| Debtor. | Honorable Janet S. Baer |

## SCHEDULING ORDER

This matter coming before the Court on the Debtor's Motion to Employ Attorneys, (Docket No. 52),

IT IS HEREBY ORDERED THAT:

1. The United States Trustee's objection is due to be filed on or before May 21, 2019.
2. This matter is set for status on May 23, 2019 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: May 14, 2019

ENTER:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge