In re: BCause Mining LLC
Case No. 19-10562

## CERTIFICATE OF SERVICE

I, Alex Dragonetti, certify that on May 14, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*(signed)* Aly Dragetti
Courtroom Deputy

### Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Sarah K Angelino
J Mark Fisher
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

Scott R Clar
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603

Russell R Johnson, III
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street, Ste 1600
Chicago, IL 60654

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654

Jamie L Burns
Marc Ira Fenton
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219

Brian L Shaw
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606