Form G-15

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois
EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 15 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## CHANGE OF ADDRESS – CREDITOR

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: **Bekuse LLC**

Case Number: **19-10562**

Chapter: **11**

Check which type of address change is being requested:

[✓] Notice only    [ ] Payment only    [ ] Notice & Payment

Creditor's Name: **Bruce Pollack**

Enter related claim number(s) if any: **19-10731**

Dollar Amount: $

Previous Notice Address:

127 Park Ave
Glencoe, IL
60022

New Notice Address:

807 Davis St #306
Evanston, IL
60201

Previous Payment Address:

New Payment Address:

Change requested by: **Bruce Pollack**
(Printed name and title)

Mailing Address

807 Davis St #306
Evanston, IL

Creditor Phone Number: 312 459 7935
Creditor Email Address: bpollack17@gmail.com

Signature and Date
_Bruce Pollack_  5/15/19

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19