**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Hearing Date: May 22, 2019 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **May 22, 2019 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Janet S. Baer** of the United States Bankruptcy Court for the Northern District of Illinois, or any other judge sitting in her place and stead, in Courtroom 615, Everett McKinley Dirksen, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Motion Of BMG Operations. Ltd. To Authorize Examination Of WESCO Distribution, Inc. Pursuant To Fed. R. Bankr. P. 2004 And Local Rule 9013-9(B)(5)**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit. **Pursuant to Local Rule 9013-9, the Motion may be granted without a hearing in the absence of objection.**

Dated:  May 16, 2019                         Respectfully submitted,


                                             */s/ Christina M. Sanfelippo*
                                             Christina M. Sanfelippo
                                             Brian L. Shaw
                                             FOX ROTHSCHILD LLP
                                             321 North Clark Street, Suite 1600
                                             Chicago, Illinois 60654
                                             (312) 517-9200

                                             *Counsel to BMG Operations, Ltd.*

# CERTIFICATE OF SERVICE

Christina M. Sanfelippo, an attorney, certifies that she caused to be served a true copy of the above and foregoing notice and attached pleading upon the Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means or First Class U.S. Mail, as indicated, on May 16, 2019.

*/s/ Christina M. Sanfelippo*

**Mailing Information for Case 19-10562**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- Sarah K Angelino    sangelino@schiffhardin.com, edocket@schiffhardin.com
- Jamie L Burns    jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
- Maria G Carr    mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- Shara C Cornell    scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Jeffrey C Dan    jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Devon J Eggert    deggert@freeborn.com, bkdocketing@freeborn.com
- Marc Ira Fenton    mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
- J Mark Fisher    mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com
- Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jennifer M McLemore    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Brian L Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com
- Jason M Torf    jason.torf@icemiller.com

**Parties Served Via United States First Class Mail**

WESCO Distributions, Inc.
c/o David A. Agay and Shara Cornell
McDonald Hopkins LLC
300 N LaSalle Street, Suite 1400
Chicago, IL 60654

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al*., | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Hearing Date: May 22, 2019 |
| | ) | Hearing Time: 9:30 a.m. |

**MOTION OF BMG OPERATIONS. LTD. TO AUTHORIZE
EXAMINATION OF WESCO DISTRIBUTION, INC. PURSUANT TO
FED. R. BANKR. P. 2004 AND LOCAL RULE 9013-9(B)(5)**

BMG Operations, Ltd. ("BMG") hereby moves the Court (the "Motion") for entry of an order, pursuant to Fed. R. Bankr. P. 2004 and Local Rules 2004-1 and 9013-9, authorizing it to issue and serve a subpoena on WESCO Distribution, Inc. ("WESCO") in order to compel it to produce documents referring or relating to the documents and topics described herein (the "Motion") and on the proposed subpoena, attached hereto as **Exhibit A** ("Subpoena"). In support of the Motion, BMG respectfully states:

**BACKGROUND**

1. On April 11, 2019 ("BCause Mining Petition Date"), the Debtor BCause Mining, LLC ("BCause Mining") filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

2. On April 12, 2019 ("BCause Petition Date" and together with BCause Mining Petition Date, the "Petition Dates"), the Debtor BCause LLC filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

3. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

95147155.v1-5/16/19

4. WESCO purports to have a security interest in all assets of BCause Mining. The bases for its alleged security interest appears to be an Application for Business Credit, a UCC financing statement filed within a year prior to the Petition Dates, and a Virginia Promissory and Confessed Judgment Note, dated December 5, 2018, in the original principal amount of $1,358,610.51, which amount inexplicably grew to $1,896,349.34 within three months.

5. Approximately two weeks after the Petition Dates, on April 26, 2019, WESCO filed *WESCO Distribution's Motion (I) to Dismiss the Debtors' Bankruptcy Cases, or, in the Alternative, (II) for Relief from the Automatic Stay* [Dkt. No. 35] (the "Stay Relief Motion"), wherein WESCO seeks (i) to dismiss the Debtors' chapter 11 cases for cause pursuant to section 1112(b) of the Bankruptcy Code, or, in the alternative, (ii) relief from the automatic stay pursuant to section 362 to proceed against the Wesco's purported collateral. *See* Stay Relief Motion, 6-7.

6. At the hearing on May 8, 2019, counsel for BMG and counsel for the Official Committee of Unsecured Creditors (the "Committee") expressed concern over the validity of WESCO's security interest. In response, counsel for WESCO argued that no party had formally challenged its security interest or even requested information relating to the same. Counsel for WESCO essentially invited parties to request information from WESCO and indicated that it would cooperate with such requests. The Court urged parties in interest to move quickly to investigate their concerns over WESCO's security interest.

7. The next day, counsel for BMG submitted a comprehensive set of information requests to counsel for WESCO. *See* **Exhibit B**. In response, counsel for WESCO stated that BMG's information requests were unreasonable and indicated that it would instead focus on responding to requests submitted by counsel for the Committee. *Id*. When asked when WESCO intended to provide information to the Committee, a question that is particularly relevant in light

2

of the impending deadline to respond to the Stay Relief Motion, counsel for WESCO did not respond. *Id*.

8. Counsel for BMG later learned that the Committee expected to receive some limited information from WESCO on or around May 20, 2019—two days before the current objection deadline to the Stay Relief Motion.

## RELIEF REQUESTED

9. Pursuant to Fed. R. Bankr. P. 2004(a), on motion of a party in interest, the Court may order the examination of any entity. The examination may relate to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of a debtor's estate. Fed. R. Bankr. P. 2004(b). The attendance of an entity for examination and for the production of documents may be compelled by the Court. Fed. R. Bankr. P. 2004(c).

10. Pursuant to Rule 2004, BMG seeks authority to issue a subpoena to WESCO to obtain documents referring or relating to WESCO's alleged security interest, including, but not limited to:

   a. All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by Wesco to BCause Mining LLC.

   b. All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by Wesco to BCause LLC.

   c. All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by parties other than Wesco that now are included in the amounts claimed to be owed Wesco by the Debtors.

   d. All documents pertaining to the Application for Business Credit submitted to Wesco by BCause Mining LLC, as well as Wesco's subsequent communication(s) to the debtor that its application was accepted.

3

    e. All loan and security documents not already attached to the stay motion and/or proof of claim filed by WESCO that reflect or relate to WESCO's alleged lien on the debtors' property.

    f. A breakdown of the components of WESCO's claim reflecting, among other things, which portion of WESCO's claim, if any, is related to a liability that was at any time owed to CSC.

    g. All documents evidencing a claim by CSC against the Debtors.

    h. All proof of service documents related to the confession of judgment.

    i. All documents evidencing the domestication of the confession of judgment, any citations issued in Illinois, and any other supplementary proceedings initiated in Illinois.

11. The filing of this Motion was necessitated by WESCO's refusal to respond to BMG's information requests. BMG is the largest creditor of BCause Mining. After reviewing WESCO's Stay Relief Motion and the supporting documentation attached thereto, BMG has serious concerns regarding the extent and validity of WESCO's purported security interest and the aggressive approach WESCO has taken in these cases. There are obvious holes in the documentation that WESCO has submitted to the Court and neither BMG nor any other party in interest should be compelled to accept Wesco's assertion of a security interest and the validity of the document at their word alone.

## NOTICE

12. Pursuant to Local Rule 2004-1, notice of this Motion has been given to (a) the Office of the United States Trustee, (b) counsel to the Debtor; (c) counsel to WESCO, and (d) all parties that have requested notice in this case. In light of the nature of the relief requested, BMG requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

WHEREFORE, BMG Operations, Ltd. requests that this Court enter the attached proposed order allowing this Motion and granting such other and further relief as may be appropriate.

Dated: May 16, 2019

Respectfully submitted,

BMG OPERATIONS, LTD.

By: /s/ *Christina M. Sanfelippo*
    One of its attorneys

Brian L. Shaw
Christina M. Sanfelippo
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 517-9200 telephone
(312) 517-9201 facsimile
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

-and-

Jennifer McLain McLemore (admitted *pro hac vice*)
WILLIAMS MULLEN
200 South 10th Street
Suite 1600
Richmond, VA 23219
(804) 420-6000 telephone
(804) 420-6507 facsimile

5