# EXHIBIT B

**Sanfelippo, Christina M.**

| | |
|---|---|
| **From:** | Shaw, Brian L. |
| **Sent:** | Monday, May 13, 2019 2:59 PM |
| **To:** | Agay, David; Sanfelippo, Christina M. |
| **Cc:** | McLemore, Jennifer; Seth Robbins (srobbins@robbins-lawgroup.com); Carr, Maria; Shaw, Brian L. |
| **Subject:** | RE: In re BCause LLC/In re BCause Mining LLC: Information Requests |

You used the future tense – when will you be providing information to the committee?

**Brian Shaw**
Partner
**Fox Rothschild LLP**
321 N. Clark Street
Suite 1600
Chicago, IL 60654
(312) 666-2833 - direct
(312) 517-9201 - fax
bshaw@foxrothschild.com
www.foxrothschild.com

---

**From:** Agay, David <dagay@mcdonaldhopkins.com>
**Sent:** Monday, May 13, 2019 2:53 PM
**To:** Sanfelippo, Christina M. <csanfelippo@foxrothschild.com>
**Cc:** Shaw, Brian L. <bshaw@foxrothschild.com>; McLemore, Jennifer <jmclemore@williamsmullen.com>; Seth Robbins (srobbins@robbins-lawgroup.com) <srobbins@robbins-lawgroup.com>; Carr, Maria <mcarr@mcdonaldhopkins.com>
**Subject:** [EXT] RE: In re BCause LLC/In re BCause Mining LLC: Information Requests

Chrissy, feel free to communicate with the Committee.
I am fine with the Committee sharing whatever information we provide.
I will reiterate once again that we have filed more than enough to evidence our secured claim.

**David A. Agay**
Member

**T:** 312.642.2217                300 North LaSalle Street
**C:** 312-953-8516                Suite 1400
**F:** 312.280.8232                Chicago, IL 60654
dagay@mcdonaldhopkins.com
www.mcdonaldhopkins.com



---

**From:** Sanfelippo, Christina M. [mailto:csanfelippo@foxrothschild.com]
**Sent:** Monday, May 13, 2019 2:48 PM
**To:** Agay, David
**Cc:** Shaw, Brian L.; McLemore, Jennifer; Seth Robbins (srobbins@robbins-lawgroup.com); Carr, Maria
**Subject:** RE: In re BCause LLC/In re BCause Mining LLC: Information Requests

Hi David,

Thank you for getting back to us. I'm not completely sure what proposal you are referring to but please understand that getting this fundamental information on your client's claim is a necessary step towards any proposal from BMG.

Could you please tell us what information you plan to give to the Committee and when?

Thank you,

Chrissy

**Christina Sanfelippo**
Associate
**Fox Rothschild LLP**
321 N. Clark Street
Suite 1600
Chicago, IL 60654
(312) 980-3849 - direct
(312) 517-9201 - fax
csanfelippo@foxrothschild.com
www.foxrothschild.com

---

**From:** Agay, David <dagay@mcdonaldhopkins.com>
**Sent:** Monday, May 13, 2019 11:40 AM
**To:** Sanfelippo, Christina M. <csanfelippo@foxrothschild.com>
**Cc:** Shaw, Brian L. <bshaw@foxrothschild.com>; McLemore, Jennifer <jmclemore@williamsmullen.com>; Seth Robbins (srobbins@robbins-lawgroup.com) <srobbins@robbins-lawgroup.com>; Carr, Maria <mcarr@mcdonaldhopkins.com>
**Subject:** [EXT] RE: In re BCause LLC/In re BCause Mining LLC: Information Requests

Chrissy, we have reviewed this with our client.
At the same time, we have received a much more reasonable and directed request from the Committee, which we also reviewed with our client.
We are going to focus on responding to the Committee's request.
We do not view BMG's request as reasonable.
In the meantime, we are waiting on a proposal from BMG.
Thanks, Dave.

**David A. Agay**
Member

T: 312.642.2217                    **300 North LaSalle Street**
C: 312-953-8516                    **Suite 1400**
F: 312.280.8232                    **Chicago, IL 60654**
dagay@mcdonaldhopkins.com
www.mcdonaldhopkins.com


A business advisory and advocacy law firm®

**From:** Sanfelippo, Christina M. [mailto:csanfelippo@foxrothschild.com]
**Sent:** Thursday, May 09, 2019 5:41 PM
**To:** Agay, David
**Cc:** Shaw, Brian L.; McLemore, Jennifer
**Subject:** In re BCause LLC/In re BCause Mining LLC: Information Requests


David:

Pursuant to our conversations yesterday in court, below please find BMG Operations, Ltd.'s information requests.  Please excuse broad nature of these requests. It is not our intention to make this difficult for you or your client but we just don't have a handle on the universe of documents and are unable to tailor the requests at this time.

BMG Operations, Ltd. requests any and all documents that support WESCO's claim, including, but not limited to:

- All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by Wesco to Bcause Mining LLC.
- All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by Wesco to Bcause LLC.
- All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by parties other than Wesco that now are included in the amounts claimed to be owed Wesco by the Debtors.
- All documents pertaining to the Application for Business Credit submitted to you by Bcause Mining LLC, as well as Wesco's subsequent communication(s) to the debtor that its application was accepted.
- All loan and security documents not already attached to the stay motion and/or proof of claim filed by WESCO that reflect or relate to WESCO's alleged lien on the debtors' property.
- A breakdown of the components of WESCO's claim reflecting, among other things, which portion of WESCO's claim, if any, is related to a liability that was at any time owed to CSC.
- All documents evidencing a claim by CSC against the debtors.
- All proof of service documents related to the confession of judgment.
- All documents evidencing the domestication of the confession of judgment, any citations issued in Illinois, and any other supplementary proceedings initiated in Illinois.


Please let me know if you have any questions.

Thank you,

Chrissy

**Christina Sanfelippo**
Associate
**Fox Rothschild LLP**
321 N. Clark Street
Suite 1600
Chicago, IL 60654
(312) 980-3849 - direct
(312) 517-9201 - fax
csanfelippo@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.