IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-10562 |
| BCause Mining, LLC, ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| debtors/debtors-in-possession. ) | Jointly Administered |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 21st day of May, 2019, at 9:30 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Joint Motion to Extend Time to Respond to WESCO Distributions' Motion I) to Dismiss the Debtor's Bankruptcy Cases, or, in the Alternative, II) for Relief from the Automatic Stay**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF)/email (as indicated) on the 17th day of May, 2019.

/s/Scott R. Clar

# **SERVICE LIST**

**Court's Electronic Registration**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com


Seth A. Robbins
Robbins Law Group

sangelino@schiffhardin.com

Brain L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

**VIA EMAIL**
George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-10562 |
| BCause Mining, LLC, ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| debtors/debtors-in-possession. ) | Jointly Administered |

**JOINT MOTION OF DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND TIME TO RESPOND TO WESCO DISTRIBUTIONS' MOTION I) TO DISMISS THE DEBTORS' BANKRUPTCY CASES, OR, IN THE ALTERNATIVE, II) FOR RELIEF FROM THE AUTOMATIC STAY**

BCause LLC, BC Mining, LLC, Virginia limited liability companies, Debtors/Debtors-in-Possession herein ("Debtors"), and the Official Unsecured Creditors Committee of BCause LLC and BCause Mining, LLC ("Committee") file their Joint Motion to Extend Time to Respond to WESCO Distributions' Motion I) to Dismiss the Debtor's Bankruptcy Cases, or, in the Alternative, II) for Relief from the Automatic Stay ("Motion"), pursuant to Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Rules of this Court ("Local Rules"), and in support thereof, states as follows:

**INTRODUCTION**

1.  On April 11, 2019, BCause Mining, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and on April 12, 2019, BCause LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Dates").

1

2.  The Debtors have been operating their businesses and managing their financial affairs as debtors-in-possession since the Petition Dates. No trustee or examiner have been appointed in the Debtors' Chapter 11 cases.

3.  On April 24, 2019, the Office of the United States Trustee appointed the Committee, which is represented by counsel.  The Committee joins in this Motion.

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5.  This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

6.  By this Motion, the Debtors and the Committee request an additional seven (7) days to respond to the Motion of WESCO Distribution Inc. ("WESCO") I) to Dismiss the Debtors' Bankruptcy Cases, or, in the Alternative, II) for Relief from the Automatic Stay (the "WESCO Motion").

**RELEVANT FACTUAL BACKGROUND**

7.  The Debtor, BCause LLC, is a limited liability company formed in the Commonwealth of Virginia in 2013.  The Debtor is a holding company that wholly owns and is the only member of BCause Mining LLC ("Mining") (formed in 2017); BCause Spot LLC (2017); BCause Derivatives LLC (2017); BCause Clear LLC (2017); BCause Secure LLC (2018); and BCause Trust, Inc. (2018), each also formed in the Commonwealth of Virginia.  Each entity is in good standing in Virginia.  The Debtor has operations in Virginia Beach, VA and in Chicago, IL.

8.  Mining has itself filed a Chapter 11 case pending as Case No. 19-10562, and the cases are jointly administered.

2

9. Both the Debtor and Mining's Chapter 11 filings were triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of the Debtor's bank account, from which all of the Debtor's and Mining's bills are paid, including bills for utilities such as Dominion Energy, which had threatened a shut-off of Mining's utilities for non-payment, as of April 12, 2019.

10. WESCO asserts a security interest in cash equivalents, including the Debtor's cash and accounts receivable, among other collateral. WESCO's security interest is the subject of recently issued discovery by both the Committee and the Debtor's largest unsecured creditor, BMG.

11. On April 26, 2019, WESCO filed the WESCO Motion, and this Court directed the Debtors and any interested parties, including the Committee, to file a response on or before May 22, 2019. Thereafter, WESCO was allowed seven (7) days to reply in support of the WESCO Motion. A hearing in connection with the WESCO Motion is to be held on June 5, 2019 at 10:00 a.m.

12. The Committee has requested that WESCO produce certain documents relating to the validity of WESCO's purported secured position voluntarily without a formal Rule 2004 examination. As of the date of this Motion, WESCO has provided only 9 pages of documents. WESCO has informed the Committee that it will try to produce the rest of the requested documents on May 29, 2019, but cannot promise to do so.

13. The Committee has agreed to share the WESCO documents with the Debtors to minimize costs to the estates.

14. Similarly, BMG Operations, Ltd. ("BMG") has requested certain documents from WESCO, which WESCO has not produced. On May 16, 2019, BMG filed a Motion

3

to Authorize Examination of WESCO Pursuant to Fed.R.Bankr.P. 2004 and Local Rule 9013-9(B)(5). The Committee and Debtors believe that BMG will share any documents it receives with the Committee and Debtors.

15. WESCO did not serve all of the Debtors' creditors with the notice of the WESCO Motion.

16. The Committee is in need of the documents requested from WESCO in order to properly assess the validity of WESCO's purported secured claim.

**Relief Requested**

17. By this Motion, the Debtors and the Committee jointly request the entry of an Order extending the time for the Debtors, the Committee and all other interested parties to file a response to the WESCO Motion from May 22, 2019 through and including May 29, 2019, and to similarly extend the date for WESCO to file its reply in support of its motion through and including June 3, 2019. No prejudice will result to WESCO or any other interested party in the Debtors' Chapter 11 cases as a result of the requested extension.

18. Since dismissal of these cases could possibly lead to 100% recovery for WESCO and 0% recovery for unsecured creditors, it is imperative that the creditors have sufficient opportunity to at least initially examine WESCO's interests and the potential avoidability thereof. Similarly, WESCO as the moving party to a motion to dismiss should provide all of the requested documents prior to the response deadline or else WESCO will have an unfair advantage in a hearing on the WESCO Motion.

WHEREFORE, BCause LLC, BCause Mining, LLC and the Official Committee of Unsecured Creditors, pray for the entry of an Order extending the date by which a

response to the WESCO Motion must be filed from May 22, 2019 through and including May 29, 2019, and to allow WESCO to file its reply in support of the WESCO Motion on or before June 3, 2019, and granting such other relief as this Court deems just and appropriate.

        BCause LLC, BCause Mining, LLC
        Virginia limited liability companies,

        By:/s/Scott R. Clar
           One of their Attorneys


        Official Committee of Unsecured
        Creditors

        By:  /s/Shelly A. DeRousse
           One of its Attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777

**COMMITTEE'S COUNSEL**:
Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Drive, # 3000
Chicago, IL 60606
(312) 360-6000