**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BCause Mining LLC, *et al.* ) | Case No. 19-10562 |
| ) | |
| Debtors. ) | Honorable Janet S. Baer |
| ) | |

**WESCO DISTRIBUTION'S PRELIMINARY OBJECTION
TO BMG'S RULE 2004 MOTION**

BMG Operations, Ltd. ("BMG") is using their Rule 2004 motion as a strike tactic. It is inappropriate and redundant of materials already filed by WESCO Distribution, Inc. ("WESCO") and of information sharing already occurring between WESCO and the Creditors' Committee.

Below are BMG's requests, along with WESCO's response in **BOLD ALL CAPS**:

  a. All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by WESCO to BCause Mining LLC.
  b. All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by WESCO to BCause LLC.
  c. All invoices, work orders, change orders, lien waivers and other document evidencing equipment sold and services provided by parties other than WESCO that now are included in the amounts claimed to be owed WESCO by the Debtors.

**AS TO ITEMS (a), (b), & (c), WESCO CURRENTLY IS GATHERING FOR SHARING WITH THE CREDITORS' COMMITTEE ALL INVOICES, PURCHASE ORDERS, BILLS OF LADING, AND BILLS OF SALE RELATING TO GOODS PROVIDED BY WESCO OR ITS SUBSIDIARY, CSC, TO THE DEBTORS. WESCO WILL SHARE THESE MATERIALS WITH BMG.**

  d. All documents pertaining to the Application for Business Credit submitted to WESCO by BCause Mining LLC, as well as WESCO's subsequent communication(s) to the debtor that its application was accepted.
  e. All loan and security documents not already attached to the stay motion and/or proof of claim filed by WESCO that reflect or relate to WESCO's alleged lien on the debtors' property.
  f. A breakdown of the components of WESCO's claim reflecting, among other things, which portion of WESCO's claim, if any, is related to a liability that was at any time owed to CSC.

{8102708:6 }

     g. All documents evidencing a claim by CSC against the Debtors.

**AS TO ITEMS (d), (e), (f), and (g), WESCO HAS FILED WITH THE BANKRUPTCY COURT IN CONNECTION WITH ITS OBJECTIONS TO USE OF CASH COLLATERAL [D.I. 9], ITS MOTION TO DISMISS [D.I. 35], AND ITS PROOFS OF CLAIM [CLAIM NOS. 2 AND 1, RESPECTIVELY] THE LOAN, SECURITY, AND OTHER INSTRUMENTS AND THE UCC FILINGS ON WHICH IT RELIES FOR ITS CLAIMS AND LIENS.  TO THE EXTENT BMG SEEKS DIRECTLY OR INDIRECTLY TO HAVE WESCO PROVIDE LEGAL RATIONALE OR TAKE LEGAL POSITIONS AS PART OF THIS REQUEST, BMG'S MOTION IS INAPPROPRIATE.**

     h. All proof of service documents related to the confession of judgment.
     i. All documents evidencing the domestication of the confession of judgment, any citations issued in Illinois, and any other supplementary proceedings initiated in Illinois.

**WESCO FILED THESE DOCUMENTS RELATING TO THE CONFESSION OF JUDGMENT, THE GARNISHMENT, AND THE DOMESTICATION IN CONNECTION WITH ITS OBJECTIONS TO USE OF CASH COLLATERAL [D.I. 9], ITS MOTION TO DISMISS [D.I. 35], AND ITS PROOFS OF CLAIM [CLAIM NOS. 2 AND 1, RESPECTIVELY].  WESCO WILL INVESTIGATE WHETHER OTHER RELATED DOCUMENTS EXIST AND WILL PROVIDE SUCH DOCUMENTS TO BMG IF THEY EXIST.**

***

     WESCO respectfully submits that it has filed with the Court and fully disclosed documents and other materials more than sufficient to establish its liens and claims. Nonetheless, WESCO will provide the additional materials indicated above to both BMG and the Committee.  It is also possible that other relevant materials exist in relation to WESCO's claims; however, BMG should specifically identify such items rather than essentially trying the throw the burden back unto WESCO to prove up its claims.  BMG also can seek discovery if BMG decides to challenge WESCO's claims.

     A Rule 2004 exam cannot be used for the "purposes of abuse or harassment," and it cannot "stray into matters which are not relevant to the basic inquiry." *In re Mittco Inc.*, 44 B.R. 35, 36 (Bankr. E.D. Wis. 1984). While Rule 2004 allows examinations of non-debtor third

parties in limited circumstances, Rule 2004 "may not be used as a device to launch into a wholesale investigation of a non-debtor's private business affairs." *Matter of Wilcher*, 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985) (denying request for a Rule 2004 examination of a purchaser of a debtor's apartment building); *see also* NORTON BANKRUPTCY RULES, 2009-10 ed., Rule 2004 ed. Comment (c), pp. 136-37.  Because the interests of a creditor and the party it seeks to examine may necessarily conflict, a court must "exercise its discretion and balance the competing interest between the examiner's right to expose alleged chicanery and [the third party's] right to privacy in his business affairs." *Matter of Wilcher*, 56 B.R. at 434, citing *In re Vantage Petroleum*, 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983), *Herron v. Blackford*, 264 F.2d 723, 725 (5th Cir. 1959).

Here, WESCO either has provided all the relevant information relating to its claims and liens or has indicated it is willing to share additional, relevant information.  BMG's Rule 2004 motion accomplishes nothing.  Therefore, WESCO requests that this Court deny BMG's Rule 2004 motion.

To the extent notwithstanding the foregoing the Court believes BMG's Rule 2004 motion has any merit, WESCO requests until May 29, 2019, to file a complete response to the motion, and that BMG's Rule 2004 motion be heard at the currently scheduled June 5, 2019 hearing.

*[Remainder of page intentionally blank; signature page follows]*

Dated: May 20, 2019 /s/  David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
mcarr@mcdonaldhopkins.com

# CERTIFICATE OF SERVICE

I, David A. Agay, hereby certify that, on May 20, 2019, I caused a copy of the foregoing **WESCO DISTRIBUTION'S PRELIMINARY OBJECTION TO BMG'S RULE 2004 MOTION** be electronically filed with the Clerk of Court using the Electronic Case Filing System, and be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago, IL 60657

FIS Systems International LLC 601 Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190 Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Paychex of New York LLC 8215 Forest

{8102708:6}                                6

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Tradehelm, Inc.

Point Blvd., #150 Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

{8102708:6 }                                  7

27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Russell R Johnson, III on behalf of Creditor
Virginia Electric and Power Company d/b/a
Dominion Energy Virginia
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

/s/ David A. Agay

{8102708:6 }　　　　8