**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BCause Mining LLC, *et al.* ) | Case No. 19-10562 |
| ) | |
| Debtors. ) | Honorable Janet S. Baer |
| ) | |

**WESCO DISTRIBUTION'S OBJECTION TO JOINT MOTION OF DEBTORS AND COMMITTEE FOR MORE TIME TO RESPOND TO MOTION TO DISMISS**

The Court should deny the joint motion by the Debtors and the Creditors' Committee for more time to respond to WESCO's motion to dismiss (or in the alternative to lift the automatic stay), not because they should not have adequate opportunity to respond, but because: (a) the rationale proffered — they need more time to investigate WESCO's liens and claims — is not relevant to the motion to dismiss; (b) WESCO has cooperated, and intends to continue to cooperate, with the Committee's information request; and (c) the motion merely constitutes a coordinated strategy among the Debtors, the Committee, and BMG to stall and distract from WESCO's motion to dismiss.

First, with respect to WESCO's motion to discuss, the Court is being asked, among other things, to adjudicate the viability of the Debtors' chapter 11 cases and whether the Debtors can ever confirm a chapter 11 plan. The main issue — the issue WESCO has raised since the outset of these cases — is whether the chapter 11 cases serve any purpose other than just allowing the Debtors to continue operating until they run out of money. The validity of WESCO's liens and claims plays no part in this determination. To this end, the Debtors and the Committee should be focusing on Debtors' business plan and path to reorganization, and ensuring the administrative

{8104704:7 }

solvency of the estates. Notably, the Debtors and the Committee do not even mention the status of those efforts in their motion to extend.

Second, the Debtors' and the Committee's statement that WESCO has delayed in producing documents is blatantly false. In their motion, they make the following statement: "WESCO has informed the Committee that it will try to produce the requested documents on May 29, 2019, but cannot promise to do so." In actuality, in response to the Committee's deadline of May 20, 2019, to respond to the Committee's document request, WESCO wrote, "We are gathering as quickly as possible. We may not be able to deliver by May 20, but will endeavor to do so." Attached as <u>Exhibit A</u> is the relevant email correspondence. WESCO commenced its rolling production on May 16, 2019, and anticipates quickly completing its production. And as WESCO has communicated to both the Committee and BMG, WESCO consents to the Committee sharing these documents with BMG.

Finally, it is quite obvious that together with BMG's motion for a 2004 exam — which request is redundant of the Committee's document request (as set forth in WESCO's separate preliminary response to BMG's motion) – the Debtors, the Committee, and BMG have engaged in a coordinated effort to delay and distract from the core issues of these cases. These cases now have been pending since April 11 and 12, 2019. Despite entreaties from WESCO and the Court, the Debtors have yet to articulate their vision for these cases. In response to WESCO's motion to dismiss, the Debtors now must do so, and WESCO must have sufficient time to study the Debtors' plan and to respond appropriately. The schedule for the motion to dismiss agreed by all the parties in this case was designed to facilitate that review (including limited discovery, if necessary). Extending the Debtors' time to respond would just truncate and prejudice WESCO ability to respond.

Therefore, WESCO requests that this Court deny the Debtors' and the Creditors' Committee's request for additional time.

Dated: May 20, 2019 /s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
mcarr@mcdonaldhopkins.com

# **Exhibit A**

# Agay, David

| | |
|---|---|
| **From:** | Agay, David |
| **Sent:** | Monday, May 13, 2019 1:01 PM |
| **To:** | 'Janczak, Elizabeth L.' |
| **Cc:** | DeRousse, Shelly A.; Seth Robbins (srobbins@robbins-lawgroup.com); Carr, Maria; McMahon, Thomas (tmcmahon@wescodist.com) |
| **Subject:** | RE: BCause |

Understood.
We are gathering.


**David A. Agay**
Member

T: 312.642.2217
C: 312-953-8516
F: 312.280.8232
dagay@mcdonaldhopkins.com
www.mcdonaldhopkins.com

300 North LaSalle Street
Suite 1400
Chicago, IL 60654

**McDonald Hopkins**
A business advisory and advocacy law firm

---

**From:** Janczak, Elizabeth L. [mailto:ejanczak@freeborn.com]
**Sent:** Monday, May 13, 2019 12:58 PM
**To:** Agay, David
**Cc:** DeRousse, Shelly A.; Seth Robbins (srobbins@robbins-lawgroup.com); Carr, Maria; McMahon, Thomas (tmcmahon@wescodist.com)
**Subject:** RE: BCause

Thanks, David. To be clear, we're still looking for invoices/bills of lading/purchase orders/bills of sale between the Debtors and CSC that are included in WESCO's claim. I understand it's your position that they're covered by the application for business credit, but the Committee still needs to understand the amount attributable to WESCO and the amount attributable to CSC.

-Liz

**ELIZABETH L. JANCZAK**
Attorney at Law

**Freeborn**
Your Future Is Our Purpose

(312) 360-6722 direct
ejanczak@freeborn.com

**Freeborn & Peters LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
www.freeborn.com

---

**From:** Agay, David [mailto:dagay@mcdonaldhopkins.com]
**Sent:** Monday, May 13, 2019 12:38 PM

1

**To:** Janczak, Elizabeth L.
**Cc:** DeRousse, Shelly A.; Seth Robbins (srobbins@robbins-lawgroup.com); Carr, Maria; McMahon, Thomas (tmcmahon@wescodist.com)
**Subject:** RE: BCause

<u>Liz, responses below:</u>

Dave:

Per our conversation, below are the documents the Committee is requesting to evaluate WESCO's claim and lien position. I'd like to get these documents by <u>May 20, 2019</u> to allow the Committee time to review and evaluate them prior to the June 5th hearing. Please let me know if that will be a problem.

Additionally, I understand that BMG's counsel requested documents from WESCO. To the extent WESCO responds to those requests, please forward to me any documents WESCO produces to BMG.

- All written agreements between WESCO and the Debtors.

WE HAVE PROVIDED THE WRITTEN AGREEMENTS IN CONNECTION WITH OUR PROOF OF CLAIM AND MOTION TO DISMISS.

- All invoices, purchase orders, bills of lading, and bills of sale relating to goods proved by WESCO to any of the Debtors.

WE ARE GATHERING AS QUICKLY AS POSSIBLE. WE MAY NOT BE ABLE TO DELIVER BY MAY 20, BUT WILL ENDEAVOR TO DO SO.

- All UCC-1 financing statements filed by WESCO relating to the Debtors.

ALREADY PROVIDED WITH OUR MOTION TO DISMISS AND PROOF OF CLAIM.

- All correspondence between WESCO and the Debtors relating to any alleged defaults under any agreements, including any notices of default issued.

WE ARE GATHERING AS QUICKLY AS POSSIBLE.

- All documents which WESCO intends to rely upon in support of its alleged secured claim to the extent not already included in its proof of claim.

WE HAVE FILED DOCUMENTS AND OTHER MATERIALS WITH OUR PROOF OF CLAIM, MOTIONS TO DISMISS, AND OBJECTIONS TO CASH COLLATERAL WHICH MORE THAN EVIDENCE OUR SECURED POSITION. WE RESERVE THE RIGHT IN CONNECTION WITH ANY CONTESTED OR ADVERSARIAL PROCEEDING TO INTRODUCE ADDITIONAL DOCUMENTS AND OTHER MATERIALS.

- All documents which reflect the calculation of WESCO's claim against the Debtors. In particular, I'd like to see the documents which explain the difference between original $1.3 million set forth in the note and confession of judgment and the documents which establish the basis for the increase from $1.35 to $1.89 million between December 2018 and March 2019.

SEE VIRGINIA PROMISSORY AND CONFESSED JUDGMENT NOTE AND IN PARTICULAR, PARAGRAPH 4 THEREOF, INCLUDING INTEREST RATE AND LIQUIDATED ATTORNEY FEE PROVISIONS.

- All documents reflecting a debt owed from the Debtors to an entity other than WESCO, such as CSC, which is included as part of WESCO's claim asserted against the Debtors.

**IT'S JUST CSC AND WESCO. CSC IS A SUBSIDIARY OF WESCO, AND IS COVERED BY THE APPLICATION FOR BUSINESS CREDIT ALREADY PROVIDED BY WESCO.**


**David A. Agay**
Member

T: 312.642.2217
C: 312-953-8516
F: 312.280.8232
dagay@mcdonaldhopkins.com
www.mcdonaldhopkins.com

300 North LaSalle Street
Suite 1400
Chicago, IL 60654

## McDonald Hopkins
A business advisory and advocacy law firm

---

**From:** Janczak, Elizabeth L. [mailto:ejanczak@freeborn.com]
**Sent:** Friday, May 10, 2019 2:19 PM
**To:** Agay, David
**Cc:** DeRousse, Shelly A.
**Subject:** BCause

Dave:

Per our conversation, below are the documents the Committee is requesting to evaluate WESCO's claim and lien position. I'd like to get these documents by May 20, 2019 to allow the Committee time to review and evaluate them prior to the June 5th hearing. Please let me know if that will be a problem.

Additionally, I understand that BMG's counsel requested documents from WESCO. To the extent WESCO responds to those requests, please forward to me any documents WESCO produces to BMG.

- All written agreements between WESCO and the Debtors.
- All invoices, purchase orders, bills of lading, and bills of sale relating to goods proved by WESCO to any of the Debtors.
- All UCC-1 financing statements filed by WESCO relating to the Debtors.
- All correspondence between WESCO and the Debtors relating to any alleged defaults under any agreements, including any notices of default issued.
- All documents which WESCO intends to rely upon in support of its alleged secured claim to the extent not already included in its proof of claim.
- All documents which reflect the calculation of WESCO's claim against the Debtors. In particular, I'd like to see the documents which explain the difference between original $1.3 million set forth in the note and confession of judgment and the documents which establish the basis for the increase from $1.35 to $1.89 million between December 2018 and March 2019.
- All documents reflecting a debt owed from the Debtors to an entity other than WESCO, such as CSC, which is included as part of WESCO's claim asserted against the Debtors.

Best,
Liz

3

**ELIZABETH L. JANCZAK**
Attorney at Law



(312) 360-6722 direct
ejanczak@freeborn.com

**Freeborn & Peters LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
www.freeborn.com

4

# **CERTIFICATE OF SERVICE**

I, David A. Agay, hereby certify that, on May 20, 2019, I caused a copy of the foregoing WESCO Distribution's Objection to Joint Motion of Debtors and Committee for More Time to Respond to Motion to Dismiss be electronically filed with the Clerk of Court using the Electronic Case Filing System, and be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
 Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Brian Sayler
48 Bensam Place

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago, IL 60657

FIS Systems International LLC 601 Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190 Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

{8104704:7 }   6

Haledon, NJ 07508

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Paychex of New York LLC 8215 Forest
Point Blvd., #150 Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Russell R Johnson, III on behalf of Creditor
Virginia Electric and Power Company d/b/a
Dominion Energy Virginia
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

/s/ David A. Agay