IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-10562 |
| BCause Mining, LLC, ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| debtor/debtor-in-possession. ) | Jointly Administered |

## DECLARATION OF BRUCE POLLACK

The undersigned, declaring under penalty of perjury pursuant to 28 U.S.C. §1756, state as follows:

1. I am a .65% member of BCause, LLC.

2. I make this declaration in support of BCause Mining, LLC to retain Crane, Simon, Clar & Dan (the "Firm") to represent them as debtor and debtor-in-possession as attorneys under an advance payment retainer.

3. I have advanced $1,717 towards the retainer for the Firm to represent BCause, Mining LLC ("Debtor"); I expressly consent to such advance on behalf of the Debtor.

4. I have consulted with independent counsel and understand that the Firm will owe its undivided loyalty to the Debtor and not to me. I have not had any current or prior relationship with the Firm.

5. The Debtor's Board of Managers ultimately makes major decisions on behalf of the Debtor, including the decision to seek relief under Chapter 11 of the Bankruptcy Code, and the employment of counsel.

6. The Board of Managers are:

    Michael Adolphi
    Thomas Flake

John Ashby
Karan Rai
Jonathan Tanimori
Chris Sikes

May 20, 2019

_____
Bruce Pollack