IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 19-10562
BCause Mining LLC, ) Judge Janet S. Baer
) Chapter 11
   debtor/debtor-in-possession. ) (Jointly Administered)

## NOTICE OF FILING

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE THAT on the 20th day of May, 2019, BCause, LLC filed its **SECOND AMENDED EXHIBIT B TO MOTION TO EMPLOY ATTORNEYS**, a copy of which is attached hereto and herewith served upon you.

          /s/Scott R. Clar
          Crane, Simon, Clar & Dan
          135 S. LaSalle St., Suite 3705
          Chicago, Illinois 60603
          (312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath caused a copy of the attached Second Amended Exhibit B to be served on all parties listed on the attached service list via the court's electronic registration, on the 20th day of May, 2019.

          /s/Scott R. Clar

# SERVICE LIST

**Court's Electronic Registration**:

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873\
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com