UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BCause Mining LLC, et al, | ) | CASE NO. 19-10562 |
| | ) | Jointly Administered |
| | ) | |
| DEBTORS. | ) | HON. JANET S. BAER |

**NOTICE OF NO OBJECTION**

1. On April 12, 2019, BCause Mining LLC and BCause LLC (collectively the "Debtors") filed for relief under Chapter 11 of the Bankruptcy Code.

2. On May 3, 2019, the Debtors filed a Motion to Employ the law firm of Crane, Simon, Clar & Dan ("CSCD") as counsel for the Debtors-in-Possession.

3. On May 8 and May 14, the Court conducted hearings on the Motion to Employ. The Court allowed the U.S. Trustee to file an objection to the Motion to Employ on or before May 21, 2019.

4. On May 20, 2019, the Debtors filed additional affidavits and disclosures to address the U.S. Trustee's concerns regarding the third-party payments. The U.S. Trustee's concerns are now resolved, and further states that he has no objection to the entry of the orders appended to the Motion to Employ.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: May 21, 2019                    By:*/s/ Ha M. Nguyen*
                                       Ha M. Nguyen, Trial Attorney
                                       U.S. DEPARTMENT OF JUSTICE
                                       OFFICE OF THE U.S. TRUSTEE
                                       219 South Dearborn Street, Room 873
                                       Chicago, Illinois 60604
                                       (312) 886-3320

# **CERTIFICATE OF SERVICE**

I, Ha M. Nguyen, an Attorney, state that on May 21, 2019, the **Notice of No Objection** was filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ Ha M. Nguyen*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| David A. Agay: | dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com |
| Sarah K. Angelino: | sangelino@schiffhardin.com, edocket@schiffhardin.com |
| Jamie L. Burns: | jburns@lplegal.com, rwilliamson@lplegal.com; ikropiewnicka@lplegal.com |
| Maria G. Carr: | mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com |
| Scott R. Clar: | sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com |
| Shara C. Cornell: | scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com |
| Jeffrey C. Dan: | jdan@cranesimon.com, sclar@cranesimon.com; mjoberhausen@cranesimon.com |
| Shelly A. DeRousse: | sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com |
| Devon J. Eggert: | deggert@freeborn.com, bkdocketing@freeborn.com |
| Marc Ira Fenton: | mfenton@lplegal.com, skiolbasa@lplegal.com; ikropiewnicka@lplegal.com |
| J. Mark Fisher: | mfisher@schiffhardin.com, edocket@schiffhardin.com; sricciardi@schiffhardin.com |
| Elizabeth L. Janczak: | ejanczak@freeborn.com, bkdocketing@freeborn.com |
| Patrick S. Layng: | USTPRegion11.ES.ECF@usdoj.gov |
| Jennifer M. McLemore: | jmclemore@williamsmullen.com, avaughn@williamsmullen.com |
| Christina Sanfelippo: | csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com |
| Brian L. Shaw: | bshaw@foxrothschild.com, cknez@foxrothschild.com |
| Jason M. Torf: | jason.torf@icemiller.com |

**Parties Served via First Class Mail:**

BCause Mining LLC, a Virginia
limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661

Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL 60606

Russell R. Johnson
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103