UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining, LLC | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING TIME TO RESPOND TO WESCO DISTRIBUTION'S MOTION (I) TO DISMISS THE DEBTORS' BANKRUPTCY CASES OR, IN THE ALTERNATIVE, (II) FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MOTION COMING ON TO BE HEARD upon the Motion of BCause LLC, BCause Mining LLC, debtors/debtors-in-possession herein (the "Debtors"), and the Official Committee of Unsecured Creditors (the "Committee") to Extend Time to Respond to the Motion filed by WESCO Distribution ("WESCO") to Dismiss the Debtors' Bankruptcy Cases or, in the Alternative, for Relief from the Automatic Stay (the "WESCO Motion"); due notice having been given; and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

(1) The date for the Debtors, the Committee, and all other interested parties to file a response to the WESCO Motion is extended to May 28, 2019.

(2) The date for WESCO to file its reply in support of the WESCO Motion is extended to June 4, 2019 at 5:00 p.m.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 21, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar (Atty. No. 06183741)
CRANE, SIMON, CLAR & DAN
135 S. LaSalle, #3704
Chicago, IL 60603
(312) 641-6777