UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-10562
BCause Mining LLC  )
 )
 )  Chapter:  11
 )
 )  Honorable Janet S. Baer
 )
 )
Debtor(s)  )

## ORDER AUTHORIZING EMPLOYMENT OF CRANE, SIMON, CLAR & DAN

   THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC, a Virginia limited liability company, Debtor/Debtor-in-Possession herein, for Authority to Employ Crane, Simon, Clar & Dan as its counsel in this bankruptcy case; proper notice having been provided; no objections having been interposed; and the Court being fully advised in the premises;

   IT IS HEREBY ORDERED that the Debtor/Debtor-in-Possession, BCause Mining LLC, is authorized to retain Scott R. Clar, Arthur G. Simon, Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan as its attorneys to perform the necessary legal services on its behalf in this bankruptcy case, retroactive to April 11, 2019, with compensation subject to further order of this Court.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 23, 2019

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
MJO2\BCause Mining LLC\Employ CSCD.ORD