# EXHIBIT 1

| | Invoice Date | Invoice # | Invoice Total | Payment Date | Payment Ref # | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|---|
| **PHASE I** | | | | | | | |
| **Wesco - PO #1001** | | | | | | | |
| | 12/14/2017 | Q-753778 | $816,200.00 | 12/11/2017 | 1137 | $385,000.00 | $431,200.00 |
| | | Q-753778 | | 12/28/2017 | 1157 | $431,200.00 | $0.00 |
| **Subtotal** | | | $816,200.00 | | | $816,200.00 | $0.00 |
| | | | | | | | |
| **CSC - PO #1002** | | | | | | | |
| | 12/11/2017 | Q524072 | $808,737.60 | 12/15/2017 | 1146 | $305,184.00 | $503,553.60 |
| | | Q524072 | | 12/28/2017 | 1156 | $503,553.60 | $0.00 |
| **Subtotal** | | | $808,737.60 | | | $808,737.60 | $0.00 |
| | | | | | | | |
| **Wesco - PO#1008** | | | | | | | |
| | 2/12/2018 | 779126 | $34,000.00 | 3/30/2018 | 1267 | $34,000.00 | $0.00 |
| **Subtotal** | | | $34,000.00 | | | $34,000.00 | $0.00 |
| | | | | | | | |
| **Grand Total Phase I** | | | **$1,658,937.60** | | | **$1,658,937.60** | **$0.00** |
| | | | | | | | |
| **Phase II** | | | | | | | |
| **WESCO - PO # 1013** | | | | | | | |
| *** Original P.O. 1,101,684.50 | 4/27/2018 | 813171 | $45,998.73 | | | | $45,998.73 |
| | 4/27/2018 | 813224 | $136,623.14 | | | | $136,623.14 |
| | 4/27/2018 | 813225 | $175,475.99 | 5/7/2018 | 1328 | $165,253.00 | $10,222.99 |
| | | 813225 | | 12/27/2018 | Wire | $10,000.00 | $222.99 |
| | 4/27/2018 | 813226 | $22,978.90 | | | | $22,978.90 |
| | 4/27/2018 | 813227 | $114,894.52 | | | | $114,894.52 |
| | 4/27/2018 | 813228 | $18,577.07 | | | | $18,577.07 |
| | 4/27/2018 | 813229 | $6,197.87 | | | | $6,197.87 |
| | 4/27/2018 | 813230 | $129,303.89 | | | | $129,303.89 |
| | 4/27/2018 | 813231 | $137,873.43 | | | | $137,873.43 |
| | | 813231 | | 12/31/2018 | Wire | $75,000.00 | $62,873.43 |
| | | 813231 | | 1/8/2019 | Wire | $25,000.00 | $37,873.43 |
| | 4/27/2018 | 813232 | $24,791.48 | | | | $24,791.48 |
| | 4/27/2018 | 813406 | $21,673.25 | | | | $21,673.25 |

| | Invoice Date | Invoice # | Invoice Total | Payment Date | Payment Ref # | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|---|
| | 5/16/2018 | 822808 | $74,374.45 | | | | $74,374.45 |
| **Subtotal** | | | $908,762.72 | | | $275,253.00 | $633,509.72 |
| | | | | | | | |
| **WESCO - PO # 1018** | | | | | | | |
| | 4/18/2018 | 8508515 | $5,936.00 | | | | $5,936.00 |
| | | | | | | | |
| **CSC - P.O. #1014** | | | | | | | |
| *** Original P.O. 646,800 | 4/24/2018 | 548768 | $1,097.88 | 7/20/2018 | 1422 | $1,097.88 | $0.00 |
| | 4/26/2018 | 549218 | $136,082.80 | 5/7/2018 | 1327 | $102,841.00 | $33,241.80 |
| | | 549218 | | 7/20/2018 | 1422 | $33,241.80 | $0.00 |
| | 4/30/2018 | 549646 | $137,121.60 | 7/20/2018 | 1422 | $5,660.32 | $131,461.28 |
| | 5/2/2018 | 550978 | $45,707.20 | | | | $45,707.20 |
| | 5/4/2018 | 551388 | $91,414.40 | | | | $91,414.40 |
| | 5/17/2018 | 553077 | $137,121.60 | | | | $137,121.60 |
| | 5/21/2018 | 553521 | $91,414.40 | | | | $91,414.40 |
| | 5/23/2018 | 553893 | $45,707.20 | | | | $45,707.20 |
| **Subtotal** | | | $685,667.08 | | | $142,841.00 | $542,826.08 |
| | | | | | | | |
| **Misc Invoices Phases I & II** | | | | | | | |
| CSC | 1/24/2018 | 532385 | $29,150.00 | 3/9/2018 | 1242 | $29,150.00 | $0.00 |
| CSC | 1/24/2018 | 532386 | $29,150.00 | 3/9/2018 | 1242 | $29,150.00 | $0.00 |
| CSC | 1/25/2018 | 532750 | $11,797.82 | 3/9/2018 | 1242 | $11,797.82 | $0.00 |
| CSC | 1/29/2018 | 533322 | $12,821.76 | 3/9/2018 | 1242 | $12,821.76 | $0.00 |
| Wesco | 2/16/2018 | 779125 | $138,234.00 | 3/30/2018 | 1267 | $138,234.00 | $0.00 |
| Wesco | 2/19/2018 | 779758 | $9,556.00 | 3/30/2018 | 1267 | $9,556.00 | $0.00 |
| CSC | 2/22/2018 | 537608 | $874.90 | | | | $874.90 |
| **Subtotal** | | | $231,584.48 | | | $230,709.58 | $874.90 |

| Invoice Date | Invoice # | Invoice Total | Payment Date | Payment Ref # | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|
| **Grand Total Phase II** | | **$1,831,950.28** | | | **$648,803.58** | **$1,183,146.70** |
| **Grand Total Phases I & II** | | **$3,490,887.88** | | | **$2,307,741.18** | **$1,183,146.70** |