

June 5th, 2019

# Overview



- Our objective for entering Chapter 11 – reorganization is to mitigate the affect of several errors made by management and to have a successful exit from re-organization for the benefit of all stakeholders.

- We believe there is significant value in the company we have built, both intrinsic (over $16.8MM in assets) and operational (>$1.0MM per month in revenue and over $110K per month in positive EBITDA)

- We believe that collectively all of the stakeholders are best served by Bcause' continued operation

- We believe that Bcause ongoing cash flow justifies the fact that a work out is possible

# The Goals



1. Better service debt load:
   - Expand Revenue/Profit of BCause Mining, LLC.
   - Reduce costs of BCause Mining LLC.
2. Shift Spot specific expenses out of BCause, LLC. into BCause Spot, LLC and seek separate funding.
3. Reduce debt burden through combination of debt forgiveness, conversion to equity and amortization of remaining obligations on a reasonable timeline.
4. Work with customers to gain clarity regarding cash flow after 12/31



# The Plan (Part I) – The First Thirty Days

# Actions Taken Over the Last Thirty Days



- FTE reduction
- Other cost reductions
- Conversations with GPC Green Energy and Cube Hydro
- Fielding new hosting inquiries
- Commitment of Spot funding secured
- Management changes

# The Court Proposed Budget (Mining)

- Current business: $12.1MM/year
- Margins have improved due to power rate change, implementation of new software, and other operational improvements
- Interest in hosting at Bcause has increased due increase in BTC pricing

BCause Mining LLC Budget through 10/4/19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Billing | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| Revenues | | | | | | | | | | | | | |
| Total Revenue | 1,016,577 | | | | 1,016,577 | | | | | 1,016,577 | | | 1,016,577 |
| Expenses | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | | | | | |
| Alliance Material Handling | | 1,402 | | | 1,402 | | | 1,402 | | | | 1,402 | |
| Dominion Energy | | 650,000 | | 700,000 | | | | 650,000 | | | 650,000 | | 650,000 |
| Dragon Commercial Cleaning | | 500 | | | 500 | | 500 | | | | 500 | | |
| Hoffland Properties | | 58,570 | | | | | 58,570 | | | 58,570 | | | 58,570 |
| Hoffland Properties Addn Stub Payment | | 12,385 | | | | | 12,385 | | | | | | |
| Dock Food | | 500 | | | | | | 500 | 500 | | | 500 | |
| Maintenance & Repairs | | 10,000 | | | | | 15,000 | | | 10,000 | | | |
| Miscellaneous Data Center Supplies | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | |
| Riser | | 2,855 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| Waste Water Haule | | 50 | | 50 | | | | 50 | | | 60 | | |
| Verizon | | 1,430 | | | 2,840 | | | | | 1,430 | | | 1,430 |
| Total Expenses | | 737,892 | 1,640 | 701,700 | 4,942 | 75,415 | 1,640 | 677,592 | 3,512 | 72,955 | 11,640 | 583,500 | 9,542 | 117,790 |
| Net | 1,016,577 | (737,892) | (1,640) | (701,700) | 1,011,655 | (75,415) | (1,640) | (677,592) | (3,512) | 945,575 | (11,640) | (653,500) | (9,542) | 896,741 |

# The Court Proposed Budget (Holding)

- Expenses to have been reduced by ~$40K/month in accordance with the budget submitted and approved
- If no further changes are made we project $72,898 in increased cash over the period covered by the 13 week budget

| Holding | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul / 2-Aug |
| Revenue | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | 24,573 | | | | | | | | | | 24,913 |
| Debtor Protection Retainer | | | | | | | | | | | | | |
| Exceptional Retention Attorney Fees | | | | | | | | | | | | | |
| Bankruptcy Creditors Committee | | | | | 10,000 | | | | 20,000 | | | | 20,000 |
| Emergency Trustee Fee | | | | | | | | | | | | | 28,917 |
| Routine Operating Expenses | | | | | | | | | | | | | |
| CCR Finance | | 3,695 | 6,831 | | | 18,036 | | | | 12,095 | | | 18,096 |
| Century Link | | 8,630 | | | | 1,598 | | | | 1,654 | | | 1,660 |
| Comcast | | 535 | 435 | | | 925 | | | | 305 | | | 325 |
| Corrid | | 573 | 1,053 | | | | 125 | | | 125 | | | |
| Dell | | | | | | | | | | | | | |
| Dell Computers/Routers | | 450 | 450 | | | 150 | 250 | 250 | | 250 | | 150 | |
| Ponder | | | 153 | | | 165 | | | | 165 | | | 135 |
| Evoque | | 381 | | | | | | 900 | | | | 800 | |
| Expedient Center | | 3,127 | | 950 | | 3,127 | | | | 3,127 | | | 5,117 |
| Extrahop Center and Stb Payment | | 9,609 | 7,400 | | | 625 | 21,000 | | | 615 | | | 950 |
| Insurance Group | | | | | | | | | | | | | |
| Liquidity Insurance | | 3,116 | | | | | | | | | | | |
| Microsoft | | 650 | 850 | | | | 550 | | 650 | | 650 | | |
| Miscellaneous Expenses | | 900 | 250 | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Payroll (Payroll) | | 68,600 | 68,500 | 600 | 70,000 | | 70,000 | | 70,000 | | 70,000 | | 70,000 |
| Filmrack Group | | | | | | | | | | | | | 600 |
| Travel Expenses | | | 1,250 | | 1,250 | | 1,250 | | 4,250 | | 4,250 | | 1,250 |
| W-2 | | 9,350 | | 1,400 | 6,350 | 5,518 | 3,175 | 25,755 | 30,950 | 96,975 | 25,750 | 11,975 | 25,525 |
| Total Expenses | $88,250 | $98,090 | $148,525 | $48,543 | $1,047,729 | $84,543 | $59,795 | $54,555 | $3,542,958 | $55,525 | $55,525 | $227,510 | $169,557 |
| Beginning Cash Balance | | 50 | $757,857 | $655,533 | $1,019,577 | 30 | 50 | 50 | $572,200 | $0 | $1,018,377 | $0 | $0 |
| Miscellaneous Revenue | $1,018,577 | $0 | $0 | $0 | $0 | $30 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Expenses | $0 | $108,400 | $192,053 | $82,560 | $8,041 | $75,415 | $1,640 | $577,200 | $32,542 | $79,593 | $116,840 | $152,200 | $3,542 |
| Net Change | | $155,422 | $31,500 | $50,000 | $34,047 | $31,540 | $50,675 | $55,753 | $3,542 | $24,557 | $35,755 | $25,753 | $31,877 |
| Ending Cash Balance | $1,018,577 | $655,531 | $817,623 | $115,543 | $1,047,729 | $362,755 | $305,955 | $102,936 | $56,505 | $962,315 | $857,510 | $169,557 | $54,573 |





The Plan Part II-The next ninety days

# The Proposed Budget (Mining)

BCause Mining LLC Budget through 9/6/19

| Mining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| Revenues | | | | | | | | | | | | | | |
| Total Revenue | | | | | 1,014,371 | | | | 1,014,371 | | | | 1,014,371 | |
| Expenses | | | | | | | | | | | | | | |
| Key Customer Curtailment Credits | | | | | | | | | 56,000 | | | | 56,000 | |
| Alliance Material Handling | | | | 1,402 | | | | 1,402 | | | | 1,402 | | |
| Atlury Link | | | | | | | | | | | | | | |
| Dominion Energy | | | | | 1,664 | | | | 1,664 | | | | | 1,664 |
| G. Rogen Commercial Cleaning | | | 660,000 | | | | 660,000 | | | | 660,000 | | | |
| Hoffland Properties | 58,570 | | 500 | | 58,570 | | 500 | | 58,570 | | 500 | | | 58,570 |
| Hoffland Properties April Stub Payment | 12,365 | | | | 12,365 | | | | | | | | | |
| Insurance Group | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 |
| Jack Frost | | | | 500 | | | | 500 | | | | 500 | | |
| Liability Insurance | | | | | | 10,000 | | | | 10,000 | | | | |
| Maintenance & Repairs | | | 20,000 | | | 20,000 | | | | 20,000 | | | | |
| Microsoft | | 265 | | | | 265 | | | | 265 | | | | |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | | 200 |
| Payroll | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 |
| Silbar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | | 1,440 |
| The Water H2ole | | | 60 | | | | 60 | | | | 60 | | | |
| Verizon | 2,840 | | | | 1,420 | | | | 1,420 | | | | | 1,420 |
| Total Expenses | 75,415 | 22,802 | 682,200 | 21,505 | 75,659 | 52,802 | 662,200 | 21,505 | 119,294 | 52,802 | 662,200 | 21,505 | 56,000 | 84,191 |
| Net | (75,415) | (22,802) | (682,200) | (21,505) | 938,712 | (52,802) | (662,200) | (21,505) | 895,077 | (52,802) | (662,200) | (21,505) | 958,371 | (84,191) |

# The Proposed Budget (Holding)

- Holding + Mining create $131,543 in free cash flow over the next 14 weeks. (almost $10K/wk on average) almost twice the cash increase in five additional weeks
- Inclusive of $173,148 bankruptcy related charges
- An early exit from bankruptcy implies $304,691 in free cash flow over 14 weeks. (almost $22K/wk on average)

BCause LLC (Holding) Budget through 9-6-19

| Holding | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| Adequate Protection Payment | | | 24,973 | | | | 24,973 | | | | 24,973 | | | 24,973 |
| BCause Bankruptcy Attorney Fees | | | | | | | | | | | | | | |
| Bankruptcy Creditors Committee | | | | | | | | | | | | | | |
| Bankruptcy Trustee Fee | | | | 10,000 | | | | 10,000 | | | 40,000 | 10,000 | | |
| Routine Operating Expenses | | | | | | | | | | | | | | |
| CCA Financial | 18,096 | | | | | | | 28,229 | | | | | | |
| Century Link | 3,328 | | | | | | | | | | | | | |
| Comcast | 325 | | | | | | | | | | | | | |
| ComEd | | | | | | | | | | | | | | |
| Cox Communications | 150 | | 180 | | | | | | | | | | | |
| Fonality | 135 | | | | | | 150 | | | | | 150 | | |
| Google | | | | | | | | | | | | | | |
| Greenwich Center | | | | | 3,127 | | | | | | | | | |
| Greenwich Center April Stub Payment | 3,127 | | | | 625 | | | | | | | | | 3,127 |
| Insurance Group | 625 | | | | | | | | 3,127 | | | | | |
| Liability Insurance | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 |
| Microsoft | | 143 | | | | 143 | | | | 143 | | | | |
| Payroll | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 |
| Pinnacle Group | | | | 600 | | | | 600 | | | | 600 | | |
| Travel Expenses | 5,512 | 1,250 | | 1,250 | 5,512 | 1,250 | | 1,250 | 5,512 | 1,250 | | 1,250 | 5,512 | |
| W-R2 | | | | | | | | | | | | | | 1,250 |
| Total Expenses | 31,298 | 28,005 | 25,153 | 36,280 | 9,264 | 28,005 | 25,123 | 64,509 | 8,639 | 28,005 | 64,973 | 36,430 | 0 | 36,501 |
| Beginning Cash Balance | $1,015,972 | $942,266 | $891,459 | $184,106 | $126,321 | $1,055,769 | $974,963 | $287,640 | $201,626 | $1,088,064 | $1,007,258 | $280,085 | $222,150 | $1,032,513 |
| Mining Revenue | $0 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $1,014,371 | $0 |
| Mining Expenses | $75,415 | $22,802 | $682,200 | $21,505 | $75,659 | $52,802 | $662,200 | $21,505 | $119,294 | $52,802 | $662,200 | $21,505 | $56,000 | $0 |
| Holding Expenses | $31,298 | $28,005 | $25,153 | $36,280 | $9,264 | $28,005 | $25,123 | $64,509 | $8,639 | $28,005 | $64,973 | $36,430 | $0 | $36,501 |
| Ending Cash Balance | $942,266 | $891,459 | $184,106 | $126,321 | $1,055,769 | $974,963 | $287,640 | $201,626 | $1,088,064 | $1,007,258 | $280,085 | $222,150 | $1,180,521 | $1,059,829 |

# The Proposed Budget (Spot)

- Spot exchange is almost ready to launch on NASDAQ platform; $503K funding required to go-live July 26
- Investors ready to fund Spot through August 31st, this creates strategic enterprise value with functioning exchange
- Need court and creditor agreement to not encumber new money to proceed

Please list (Realization) budget through 9-6-19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 19 | 20 | 21 | 22 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | Total |
| Revenue | $0 | | | | | | | | | | | | | | | | | | |
| Additional Revenue | $0 | | | | | | | | | | | | | | | | | 2,537 | 2,537 |
| Total Revenue | $0 | | | | | | | | | | | | | | | | | | |
| One Time Startup Expenses | | | | | | | | | | | | | | | | | | | 4,398 |
| Incorporation | | 5,290 | 12,600 | | | | | | 10,000 | | | | | | | | | | 42,000 |
| Plan Certification | | | 5,000 | 5,000 | 5,250 | 5,000 | | | | | | | | | | | | | 25,250 |
| Money Transmitter | | 50,000 | | | | | | | | | | | | | | | | | 50,000 |
| NASDAQ | | | | | | 10,000 | | | | 30,000 | | | 10,000 | | | | | | 50,000 |
| FILS V-A State Obligation | 125,000 | | | | | | | 125,000 | 28,000 | | | | | 125,000 | | 28,000 | | | 431,000 |
| Software Development | 5,000 | 5,000 | 5,000 | | 5,000 | | | | | | | | | | | | | | 15,000 |
| Routine Operating Expenses | | | | | | | | | | | | | | | | | | | |
| AML/KYC related expenses | | | | | | | | | | | | | | | | | | 65 | 315 |
| Financial | | 18,096 | | 16,596 | | | | | | | | | 18,036 | | | | 18,036 | 72,384 |
| Compliance | 125 | 325 | 325 | | 125 | | | | | 325 | | | 325 | 125 | | | 325 | 1,300 |
| Customer Service | | | | | | | | | | | | | | | | | | 500 | 500 |
| Fidelity | | 235 | | | | 250 | | | | | | | | | | | 419 | 419 |
| Google | | 380 | | | | 380 | | | | | | | 380 | | | | 380 | 382 | 542 |
| Insurance Group | | | | | | | | | | | | | | | | | | 2,520 | 2,520 |
| Liability Insurance | | | | 10,524 | | 10,524 | | | | 10,524 | 85 | | | 10,524 | | | 85 | 10,524 | 42,437 |
| Liquidity Providers | | | | | | | | | | | | | | | | | | 0 | 0 |
| Microsoft | 143 | | 5,000 | | | | | | | 5,000 | | | | 5,000 | 143 | | 5,000 | 20,000 |
| Miscellaneous Expenses | 250 | 250 | 250 | | 250 | 250 | | | | 250 | 250 | | | 250 | 250 | | 570 |
| Payroll | 36,990 | 36,990 | 36,990 | 36,990 | 36,990 | 36,990 | | | | 36,990 | 36,990 | | | 36,990 | 36,990 | | 332,912 |
| Oracle Group | | 600 | | 138 | 650 | | | | 623 | | | 622 | | 36,990 | 250 | 4,000 |
| | | | | | | | | | | | | | | | | | 22 | 2,400 |
| Total Expenses | 182,508 | 47,926 | 28,944 | 68,032 | 162,920 | 86,032 | 630 | 37,920 | 226,656 | 65,730 | 10,335 | 102,540 | 1,125,421 |
| Beginning Cash Balance | | $0 | $0 | $0 | ($277,009) | $0 | ($302,750) | ($302,750) | ($727,069) | ($953,755) | ($954,272) | ($952,425) | |
| Net Revenue | | $0 | $0 | $0 | $0 | $0 | $0 | $259 | $50 | $95.8 | $0 | $0 | $1,552 |
| Net Expenses | $82,508 | $17,632 | $47,926 | $28,944 | $66,032 | $62,920 | $630 | $37,923 | $226,656 | $65,770 | $2,557 | $1,552 | |
| Ending Cash Balance | | $(82,508) | $(100,231) | $(148,256) | $(177,101) | $(245,150) | $(302,760) | $(302,760) | $(727,009) | $(953,722) | $(954,972) | $(1,128,455) | $192,243 $119,133 |

# The Justification

- Currently, all business lines have been treated as one (lien and bank account restrictions affect all business lines)
- If Spot business is allowed to operate independently, creditors would be in a better position due to offload of associated costs, investment of new money and associated increase in enterprise value



**Electricity Costs represent ~65% of Mining COS**

Cash availability to service debt

**If Spot Business is split out…**
- Able to raise cash independently
- Spot expenses removed from mining business

… **More cash for creditors**

Holding and Spot costs expenses here today

Repaying creditors from here

Mining revenue 100%
Mining COS 50%
Holding/Spot expenses 37%
EBITDA Margin
Spot expense re-allocation 4%
Net cash for creditors, liquidity 7%

12

# Areas of Potential Improvement The Proposed Mining/Holding Budget

- **Verizon** – This period still contains one additional prepayment of $1420 which will not recur.
- Reject **Greenwich Center** lease and obtain smaller offices estimated savings $1500/mo.
- Sublease – **Wild Things Apparel** is interested in subleasing a portion of the Greenwich facility estimated savings ~$2000/mo.
- Renegotiate portion of the **Dominion Power** Agreement estimated savings $5800/mo.

-Or-

- Generate Power on site using equipment from **GPC Green Energy** and natural gas from **Virginia Natural Gas** estimated savings $37,000/mo. (This would lower our price of power from ~$53/MWhr to $50/MWhr)

-Or-

- Move the facility to North Carolina in conjunction with **Cube Hydro** and save an estimated >$60,000/mo. on power and facility costs
- Combine estimated additional savings range ($9300 - $61,500/mo.)

13

# Liabilities
# BCause LLC

| BCause, LLC | | | Creditor | Amount |
|---|---|---|---|---|
| | 1 | $ | Katten Munchin | 470,236.95 |
| | 2 | $ | John Ashby | 159,000.00 |
| | 3 | $ | NASDAQ | 123,723.38 |
| | 4 | $ | Childress Patrick | 115,024.82 |
| | 5 | $ | Grede Fred | 101,968.17 |
| | 6 | $ | Fallon Kevin | 92,978.08 |
| | 7 | $ | Cniva | 90,000.00 |
| | 8 | $ | Adolphi Michael | 87,667.49 |
| | 9 | $ | Paychex | 86,432.67 |
| | 10 | $ | Paul Wong | 79,500.00 |
| | 11 | $ | Karan Rai | 53,000.00 |
| | 12 | $ | Endurance Network | 52,923.55 |
| | 13 | $ | Capital Counsel | 45,500.00 |
| | 14 | $ | Century Link | 34,615.42 |
| | 15 | $ | Pollack Bruce | 33,480.38 |
| | 16 | $ | Cresce Ann | 30,359.81 |
| | 17 | $ | PJS | 30,000.00 |
| | 18 | $ | Crystal Clear | 29,521.25 |
| | 19 | $ | Jones Madden | 26,395.00 |
| | 20 | $ | Patrick Childress | 25,000.00 |
| | 21 | $ | Amazon Web Services | 22,686.00 |
| | 22 | $ | Tradeheim | 20,840.00 |
| | 23 | $ | LeClair Ryan | 18,128.70 |
| | 24 | $ | United Healthcare | 15,645.03 |
| | 25 | $ | BiGo | 13,500.00 |
| | 26 | $ | Softvision | 13,318.00 |
| | 27 | $ | Abacus Solutions | 13,088.00 |
| | 28 | $ | Brian Sayler | 12,558.79 |
| | 29 | $ | Jeff Brandt | 11,175.00 |
| | 30 | $ | Century Link | 10,931.19 |
| Total | | $ | | 1,919,207.68 |

| BCause, LLC | | | Creditor | Amount |
|---|---|---|---|---|
| | 31 | $ | W-R2 Jefferson | 9,900.00 |
| | 32 | $ | Chapman Dawn | 9,519.60 |
| | 33 | $ | Chuck Mackie | 7,300.00 |
| | 34 | $ | Meltwater News | 6,500.00 |
| | 35 | $ | K&L Gates | 5,840.87 |
| | 36 | $ | FIA | 4,000.00 |
| | 37 | $ | Mayo Insurance | 3,612.35 |
| | 38 | $ | Marc Nagel | 3,325.00 |
| | 39 | $ | Greenwich Centre | 3,038.46 |
| | 40 | $ | Sayler Brian | 2,235.67 |
| | 41 | $ | Boyla William | 1,744.31 |
| | 42 | $ | Frederick Grede | 1,717.00 |
| | 43 | $ | Justin Taylor | 1,487.50 |
| | 44 | $ | Greenhouse Software | 1,375.00 |
| | 45 | $ | Pinnacle Group | 1,200.00 |
| | 46 | $ | UNUM Dental | 867.10 |
| | 47 | $ | Health Equity | 809.60 |
| | 48 | $ | UNUM LTD | 706.67 |
| | 49 | $ | UNUM STD | 506.92 |
| | 50 | $ | MA Commonwealth | 500.00 |
| | 51 | $ | Andrew Cohen | 500.00 |
| | 52 | $ | Sun Life | 445.26 |
| | 53 | $ | Asgard | 441.26 |
| | 54 | $ | Comcast | 324.45 |
| | 55 | $ | AON Risk Services | 300.00 |
| | 56 | $ | ComEd | 276.68 |
| | 57 | $ | GA Secretary of State | 225.00 |
| | 58 | $ | Cox Business | 150.27 |
| | 59 | $ | RI Department of State | 150.00 |
| | 60 | $ | Legal Resources | 140.00 |
| | 61 | $ | Hire Right | 124.70 |
| | 62 | $ | Electronic Verification Systems | 120.87 |
| | 63 | $ | UNUM Vision | 114.42 |
| | 64 | $ | Chris Sikes | 25.00 |
| Total | | | | $ 69,523.96 |



# Liabilities BCause Mining LLC

| Bcause Mining, LLC | | | |
|---|---|---|---|
| Creditor | Amount | Creditor | Amount |
| 1 BMG Operations | $ 3,898,377.00 | 22 Solutrix | $ 8,160.00 |
| 2 Dominion Energy | $ 1,459,267.38 | 23 Inate One | $ 6,800.00 |
| 3 Professional Heating and Air | $ 957,856.37 | 24 Fidelity Labs | $ 4,960.00 |
| 4 WESCO Dist | $ 745,756.08 | 25 Alliance Material | $ 2,803.70 |
| 5 US Customs & Border Protection | $ 737,041.90 | 26 Verizon | $ 2,801.16 |
| 6 CSC | $ 626,305.84 | 27 FRMO Corp | $ 2,400.00 |
| 7 AlphaCraft | $ 351,386.40 | 28 Bruce Pollack | $ 1,717.00 |
| 8 Pro Windows | $ 333,611.09 | 29 EE Flake Thomas | $ 1,205.22 |
| 9 Zhouyang Song | $ 295,356.40 | 30 Hogan Commercial Cleaning | $ 500.00 |
| 10 BFPE International | $ 213,750.00 | 31 Jack Frost Enterprises | $ 480.00 |
| 11 Bay Technologies | $ 89,437.46 | 32 Image 360 | $ 87.98 |
| 12 Hoffland Properties | $ 58,570.00 | 33 The Water H20le | $ 59.82 |
| 13 CB Critical | $ 53,057.00 | 34 John's Brothers | $ 15.00 |
| 14 Endurance IT | $ 52,923.55 | Total | $ 31,989.88 |
| 15 HK Cryptocurrency Mining | $ 43,200.00 | | |
| 16 Horizon Kinetic | $ 26,400.00 | | |
| 17 Amazon Web Services | $ 22,686.06 | | |
| 18 EF Fallon Kevin | $ 15,018.50 | | |
| 19 Joseph LaMontagne | $ 12,500.00 | | |
| 20 Michael Adolphi | $ 12,500.00 | | |
| 21 Silbar | $ 10,336.00 | | |
| Total | $ 10,015,337.03 | | |

# Liabilities Summary

| | | % of Overall Debt | Cumm % |
|---|---|---|---|
| # of creditors | 98 | | |
| 9 Largest Creditors | | | |
| 1 BMG Operations | $3,898,377.00 | 38.1% | 38.1% |
| 2 Dominion Energy | $1,459,267.38 | 14.3% | 52.3% |
| 3 Professional Heating and Air | $957,856.37 | 9.4% | 61.7% |
| 4 WESCO | $745,756.08 | 7.3% | 69.0% |
| 5 US Customs & Border Protection | $737,041.90 | 7.2% | 76.2% |
| 6 CSC | $626,305.84 | 6.1% | 82.3% |
| 7 Katten Munchin | $470,236.95 | 4.6% | 86.9% |
| 8 AlphaCraft | $351,386.40 | 3.4% | 90.3% |
| 9 ProWindows | $333,611.09 | 3.3% | 93.6% |
| Total | $9,579,839.01 | | |
| # of creditors who are employees | 4 | | |
| # of creditors who are investors | 12 | | |

16

# Key Elements



- Substantial cost reductions are still available (Doesn't necessitate the assumption of new revenue)
- Enables Spot to fund itself and go live to add value
- Improves Balance Sheet - Reduce debt burden; debt forgiveness, conversion to equity, and amortization

## Assumptions



- Current Customers will continue service with BCause and pay their bills
- Able to replace or extend existing contracts with clients as they expire
- Crypto retains current value or continues to increase
- Improvements of $6.8MM in Balance Sheet ($3.4MM debt forgiveness and $3.4MM conversion to equity) will enhance Bcause' ability to raise new capital