IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## AMENDED GROUP EXHIBIT A TO
## MEMORANDUM OF DEBTORS IN RESPONSE TO MOTION OF WESCO DISTRIBUTION (I) TO DISMISS THE DEBTORS' BANKRUPTCY CASES, OR, IN THE ALTERNATIVE, (II) FOR RELIEF FROM THE AUTOMATIC STAY

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

# BCause

## Full Stack Cryptocurrency Ecosystem

June 5th, 2019


EXHIBIT
Group A
Blumberg No. 5118

# Overview

**Our objective for entering Chapter 11 – reorganization is to mitigate the affect of several errors made by management and to have a successful exit from re-organization for the benefit of all stakeholders.**

- We believe there is significant value in the company we have built, both intrinsic (over $16.8MM in assets) and operational (>$1.0MM per month in revenue and over $110K per month in positive EBITDA)

- We believe that collectively all of the stakeholders are best served by Bcause' continued operation

- We believe that Bcause ongoing cash flow justifies the fact that a work out is possible



## The Goals

1. Better service debt load:
   - Expand Revenue/Profit of BCause Mining, LLC.
   - Reduce costs of BCause Mining LLC.
2. Shift Spot specific expenses out of BCause, LLC. into BCause Spot, LLC and seek separate funding.
3. Reduce debt burden through combination of debt forgiveness, conversion to equity and amortization of remaining obligations on a reasonable timeline.
4. Work with customers to gain clarity regarding cash flow after 12/31







The Plan (Part I) – The First Thirty Days

## Actions Taken Over the Last Thirty Days

- FTE reduction
- Other cost reductions
- Conversations with GPC Green Energy and Cube Hydro
- Fielding new hosting inquiries
- Commitment of Spot funding secured
- Management changes



# The Court Proposed Budget (Mining)

- Current business: $12.1MM/year
- Margins have improved due to power rate change, implementation of new software, and other operational improvements
- Interest in hosting at Bcause has increased due increase in BTC pricing

BCause Mining LLC Budget through 10/4/19

| Mining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| Revenues | | | | | | | | | | | | | | |
| Total Revenue | 1,018,577 | | | | 1,018,577 | | | | | 1,014,371 | | | | 1,014,371 |
| | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | | | | | | 56,000 |
| Alliance Material Handling | | 1,402 | | | 1,402 | | | | 1,402 | | | | 1,402 | |
| Dominion Energy | | 660,000 | | 700,000 | | | | 660,000 | | | | 660,000 | | |
| G Hogan Commercial Cleaning | | 500 | | | 500 | | | 500 | | | | 500 | | |
| Hoffland Properties | | 58,570 | | | | 58,570 | | | | 58,570 | | | | 58,570 |
| Hoffland Properties April Stub Payment | | 12,365 | | | | 12,365 | | | | 12,365 | | | | |
| Jack Frost | | 500 | | | 500 | | | | 500 | | | | 500 | |
| Maintenance & Repairs | | 20,000 | | | | | 15,000 | | | | 10,000 | | | |
| Miscellaneous Data Center Supplies | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Silbar | | 2,880 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| The Water H2oIe | | | | 60 | | | | 60 | | | | 60 | | |
| Verizon | | 1,420 | | | | 2,840 | | | | 1,420 | | | | 1,420 |
| Total Expenses | - | 757,837 | 1,640 | 701,700 | 4,042 | 75,415 | 1,640 | 677,200 | 3,542 | 73,995 | 11,640 | 662,200 | 3,542 | 117,630 |
| | | | | | | | | | | | | | | |
| Net | 1,018,577 | (757,837) | (1,640) | (701,700) | 1,014,535 | (75,415) | (1,640) | (677,200) | (3,542) | 940,376 | (11,640) | (662,200) | (3,542) | 896,741 |

# The Court Proposed Budget (Holding)

- Expenses to have been reduced by ~$40K/month in accordance with the budget submitted and approved
- If no further changes are made we project $72,898 in increased cash over the period covered by the 13 week budget

BCause LLC (Holding) Budget through weekending 8-2-19

| Holding | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| **Revenue** | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | | |
| Adequate Protection Payment | | | 24,973 | | | | 24,973 | | | | | 24,973 | | |
| BCause Bankruptcy Attorney Fees | | | | | 10,000 | | | | 10,000 | | | | | 10,000 |
| Bankruptcy Creditors Committee | | | | | | | | | | | | | | 28,927 |
| Bankruptcy Trustee Fee | | | | | | | | | | | | | | |
| **Routine Operating Expenses** | | | | | | | | | | | | | | |
| CCA Financial | | 18,096 | | | | 18,096 | | | | | 18,096 | | | 18,096 |
| Century Link | | 6,850 | | | | 3,328 | | | | | 1,664 | | | 1,664 |
| Comcast | | 324 | 315 | | | 325 | | | | | 325 | | | 325 |
| ComEd | | 270 | 125 | | | | | 125 | | | | 125 | | |
| Cox Communications | | 150 | | 150 | | 150 | | 150 | | | | 150 | | 150 |
| Forality | | | 135 | | | 135 | | | | | 135 | | | 135 |
| Google | | 381 | | 380 | | | | 380 | | | | 380 | | |
| Greenwich Center | | 3,127 | | | | 3,127 | | | | | 3,127 | | | 3,127 |
| Greenwich Center April Stub Payment | | 625 | | | | 625 | | | | | 625 | | | |
| Insurance Group | | 23,600 | 21,000 | | | | 21,000 | | | 850 | 21,000 | | 850 | |
| Liability Insurance | | 3,146 | | | | | | | | | | | | |
| Microsoft | | 550 | 550 | | | | 550 | | | | 550 | | | |
| Miscellaneous Expenses | | 500 | 250 | 250 | 250 | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Payroll (Paychex) | | 86,500 | 86,500 | | 70,000 | | 70,000 | | 70,000 | | 70,000 | | 70,000 | |
| Pinnacle Group | | | | 600 | | | | | 600 | | | | 600 | |
| Travel Expenses | | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | |
| W-R2 | | 5,310 | | | | 5,512 | | | | | 10,335 | | | 10,335 |
| **Total Expenses** | | 149,429 | 135,098 | 1,380 | 82,350 | 31,548 | 93,175 | 25,753 | 82,950 | 34,557 | 93,175 | 25,753 | 111,877 | 33,932 |
| Beginning Cash Balance | $844,050 | $1,862,627 | $955,361 | $818,623 | $115,543 | $1,047,728 | $940,766 | $845,951 | $142,998 | $56,506 | $962,325 | $857,510 | $169,557 | $554,138 |
| Mining Revenue | $1,018,577 | $0 | $0 | $0 | $1,018,577 | $0 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $1,014,371 |
| Mining Expenses | $0 | $757,837 | $1,640 | $701,700 | $4,042 | $75,415 | $1,640 | $677,200 | $3,542 | $73,995 | $11,640 | $662,200 | $3,542 | $117,630 |
| Holding Expenses | $0 | $149,429 | $135,098 | $1,380 | $82,350 | $31,548 | $93,175 | $25,753 | $82,950 | $34,557 | $93,175 | $25,753 | $111,877 | $33,932 |
| Ending Cash Balance | $1,862,627 | $955,361 | $818,623 | $115,543 | $1,047,728 | $940,766 | $845,951 | $142,998 | $56,506 | $962,325 | $857,510 | $169,557 | $54,138 | $916,948 |




The Plan Part II-The next ninety days

# The Proposed Budget (Mining)

BCause Mining LLC Budget through 9/6/19

| Mining | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| **Revenues** | | | | | | | | | | | | | | |
| Total Revenue | | | | | 1,014,371 | | | | 1,014,371 | | | | 1,014,371 | |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | 56,000 | | | | 56,000 | |
| Alliance Material Handling | | | | 1,402 | | | | 1,402 | | | | 1,402 | | |
| Century Link | | | | | 1,664 | | | | 1,664 | | | | | |
| Dominion Energy | | | 660,000 | | | | 660,000 | | | | 660,000 | | | |
| G Hogan Commercial Cleaning | | | 500 | | | | 500 | | | | 500 | | | |
| Hoffland Properties | 58,570 | | | | 58,570 | | | | 58,570 | | | | | |
| Hoffland Properties April Stub Payment | 12,365 | | | | 12,365 | | | | | | | | | |
| Insurance Group | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 |
| Jack Frost | | | | 500 | | | | 500 | | | | 500 | | |
| Liability Insurance | | | | | | 10,000 | | | | 10,000 | | | | |
| Maintenance & Repairs | | | 20,000 | | | 20,000 | | | | 20,000 | | | | |
| Microsoft | | 265 | | | | 265 | | | | 265 | | | | |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | | |
| Payroll | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 |
| Sibar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | | 1,440 |
| The Water H2ole | | | 60 | | | | 60 | | | | 60 | | | |
| Verizon | 2,840 | | | | 1,420 | | | | 1,420 | | | | | 1,420 |
| **Total Expenses** | 75,415 | 22,802 | 682,200 | 21,505 | 75,659 | 52,802 | 662,200 | 21,505 | 119,294 | 52,802 | 662,200 | 21,505 | 56,000 | 84,190 |
| | | | | | | | | | | | | | | |
| **Net** | (75,415) | (22,802) | (682,200) | (21,505) | 938,712 | (52,802) | (662,200) | (21,505) | 895,077 | (52,802) | (662,200) | (21,505) | 958,371 | (84,190) |