# The Proposed Budget (Holding)

- Holding + Mining create $131,543 in free cash flow over the next 14 weeks. (almost $10K/wk on average) almost twice the cash increase in five additional weeks
- Inclusive of $173,148 bankruptcy related charges
- An early exit from bankruptcy implies $304,691 in free cash flow over 14 weeks. (almost $22K/wk on average)

BCause LLC (Holding) Budget through 9-6-19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holding | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| Adequate Protection Payment | | | 24,973 | | | | 24,973 | | | | 24,973 | | | 24,973 |
| BCause Bankruptcy Attorney Fees | | | | 10,000 | | | | 10,000 | | | 40,000 | 10,000 | | |
| Bankruptcy Creditors Committee | | | | | | | | | | | | | | |
| Bankruptcy Trustee Fee | | | | | | | | 28,229 | | | | | | |
| **Routine Operating Expenses** | | | | | | | | | | | | | | |
| CCA Financial | 18,096 | | | | | | | | | | | | | |
| Century Link | 3,328 | | | | | | | | | | | | | |
| Comcast | 325 | | | | | | | | | | | | | |
| ComEd | | | | | | | | | | | | | | |
| Cox Communications | 150 | | 180 | | | | 150 | | | | | 150 | | |
| Fonality | 135 | | | | | | | | | | | | | |
| Google | 3,127 | | | | 3,127 | | | | 3,127 | | | | | 3,127 |
| Greenwich Center | 625 | | | | 625 | | | | | | | | | 2,262 |
| Greenwich Center April Stub Payment | | | | | | | | | | | | | | |
| Insurance Group | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 |
| Liability Insurance | | | | | | | | | | | | | | |
| Microsoft | | 143 | | | | 143 | | | | 143 | | | | 143 |
| Payroll | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 |
| Pinnacle Group | | | | 600 | | | | 600 | | | | 600 | | 1,250 |
| Travel Expenses | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 5,512 |
| W-R2 | 5,512 | | | | 5,512 | | | | 5,512 | | | | | |
| **Total Expenses** | 31,298 | 28,005 | 25,153 | 36,280 | 9,264 | 28,005 | 25,123 | 64,509 | 8,639 | 28,005 | 64,973 | 36,430 | 0 | 36,500 |
| Beginning Cash Balance | $1,048,978 | $942,266 | $891,459 | $184,106 | $126,321 | $1,055,769 | $974,963 | $287,640 | $201,626 | $1,088,064 | $1,007,258 | $280,085 | $222,150 | $1,180,521 |
| Mining Revenue | $0 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $1,014,371 | $0 |
| Mining Expenses | $75,415 | $22,802 | $682,200 | $21,505 | $75,659 | $52,802 | $662,200 | $21,505 | $119,294 | $52,802 | $662,200 | $21,505 | $56,000 | $84,191 |
| Holding Expenses | $31,298 | $28,005 | $25,153 | $36,280 | $9,264 | $28,005 | $25,123 | $64,509 | $8,639 | $28,005 | $64,973 | $36,430 | $0 | $36,500 |
| Ending Cash Balance | $942,266 | $891,459 | $184,106 | $126,321 | $1,055,769 | $974,963 | $287,640 | $201,626 | $1,088,064 | $1,007,258 | $280,085 | $222,150 | $1,180,521 | $1,059,829 |

# The Proposed Budget (Spot)

- Spot exchange is almost ready to launch on NASDAQ platform; $503K funding required to go-live July 26
- Investors ready to fund Spot through August 31st, this creates strategic enterprise value with functioning exchange
- Need court and creditor agreement to not encumber new money to proceed

BCause LLC (Holding) Budget through 9-6-19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holding | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct |
| Revenue | | | | | | | | | | | | | | | | | | |
| Trading Revenue | | | | | | | | | | | | | | | | | 2,587 | 1,552 |
| Expenses | | | | | | | | | | | | | | | | | | |
| One Time Startup Expenses | | | | | | | | | 10,000 | | | | | 10,000 | | | | 10,000 |
| BitGo | | | 12,000 | | | | | | 22,000 | | | | | | | | | |
| Documentation | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | | 50,000 | | | | | | | | | |
| IT Plan Certification | | | | | | | | | 43,700 | | | | | | | | | |
| Money Transmitter | | 10,000 | | | | 10,000 | | | | 10,000 | | | | 10,000 | | 28,000 | | 10,000 |
| NASDAQ | | 125,000 | | | | | | 125,000 | | | | | | 125,000 | | | | |
| NMLS WA State Obligation | | | | | | | | | | | | | | | | | | |
| Software Development | 5,000 | | | 5,000 | | 5,000 | | | | | | | | | | | | |
| Routine Operating Expenses | | | | | | | | | | | | | 50 | | | | 200 | 65 |
| AML/KYC related expenses | | | | | 18,096 | | | | 18,096 | | | | | 18,096 | | | | 18,096 |
| CCA Financial | | | | | 325 | | | | 325 | | | | | 325 | | | | 325 |
| Comcast | | | | | | | | | | | | | | | 125 | | | |
| ComEd | 125 | | | | | 125 | | | | 125 | | | | | | | | 419 |
| Customer Service | | | | | 135 | | | | 135 | | | | | 135 | | | | 135 |
| Fonality | | | 380 | | | | 380 | | | | 380 | | | | | | | |
| Google | | | | 80 | | | | 80 | | 10,524 | | 80 | | 10,524 | | 380 | | 10,524 |
| Insurance Group | | | | | | | | | | | | | | | | 80 | | |
| Liability Insurance | | | | | | | | | 5,000 | | | | | 5,000 | | | | 5,000 |
| Liquidity Providers | | | | | | | | | | | | | | | | | | |
| Microsoft | | 143 | | | | 143 | | | | 143 | | | | | 143 | | | |
| Miscellaneous Expenses | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | | 250 | 250 | 250 | 250 | 250 |
| Payroll | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 |
| Pinnacle Group | | | | 600 | | | | 600 | | | | 600 | | | | 600 | | 600 |
| W-R2 | | | | | 138 | | | | 10,335 | | | | | 10,335 | | | | 10,335 |
| Total Expenses | 0 | 182,508 | 17,630 | 47,920 | 28,944 | 68,032 | 630 | 162,920 | 94,141 | 86,032 | 630 | 37,920 | 50 | 226,656 | 518 | 65,700 | 1,050 | 102,140 |
| Beginning Cash Balance | $0 | $0 | ($182,508) | ($200,138) | ($248,058) | ($277,002) | ($345,034) | ($345,664) | ($508,585) | ($602,726) | ($688,758) | ($689,388) | ($727,308) | ($727,099) | ($953,755) | ($954,272) | ($1,019,972) | ($1,018,435) |
| Spot Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $259 | $2,587 | $518 | $65,700 | $0 | $1,552 |
| Spot Expenses | $0 | $182,508 | $17,630 | $47,920 | $28,944 | $68,032 | $630 | $162,920 | $94,141 | $86,032 | $630 | $37,920 | $50 | $226,656 | $518 | $65,700 | $1,050 | $102,140 |
| Ending Cash Balance | ($182,508) | ($200,138) | ($248,058) | ($277,002) | ($345,034) | ($345,664) | ($508,585) | ($602,726) | ($688,758) | ($689,388) | ($727,308) | ($727,099) | ($953,755) | ($954,272) | ($1,019,972) | ($1,018,435) | ($1,119,023) | |

# The Justification

- Currently, all business lines have been treated as one (lien and bank account restrictions affect all business lines)
- If Spot business is allowed to operate independently, creditors would be in a better position due to offload of associated costs, investment of new money and associated increase in enterprise value



Cash availablity to service debt

**If Spot Business is split out...**
- Able to raise cash independently
- Spot expenses removed from mining business

...More cash for creditors

**Electricity Costs represent ~65% of Mining COS**

| | Mining revenue | Mining COS | Holding/Spot expenses | EBITDA Margin | Spot expense re-allocation | Net cash for creditors, liquidity |

100% / 80% / 17% / 3 / 4% / 7%

Holding and Spot costs expenses here today

Repaying creditors from here

# Areas of Potential Improvement The Proposed Mining/Holding Budget

**Verizon** – This period still contains one additional prepayment of $1420 which will not recur.

Reject **Greenwich Center** lease and obtain smaller offices estimated savings $1500/mo.

Sublease – **Wild Things Apparel** is interested in subleasing a portion of the Greenwich facility estimated savings ~$2000/mo.

Renegotiate portion of the **Dominion Power** Agreement estimated savings $5800/mo.

-Or-

Generate Power on site using equipment from **GPC Green Energy** and natural gas from **Virginia Natural Gas** estimated savings $37,000/mo. (This would lower our price of power from ~$53/MWhr to $50/MWhr)

-Or-

Move the facility to North Carolina in conjunction with **Cube Hydro** and save an estimated >$60,000/mo. on power and facility costs

Combine estimated additional savings range ($9300 - $61,500/mo.)

14

| BCause, LLC Creditor | | Amount | BCause, LLC Creditor | | Amount |
|---|---|---|---|---|---|
| Katten Munchin | 1 | $ 470,236.95 | W-R2 Jefferson | 31 | $ 9,900.00 |
| John Ashby | 2 | $ 159,000.00 | Chapman Dawn | 32 | $ 9,519.60 |
| NASDAQ | 3 | $ 123,723.38 | Chuck Mackie | 33 | $ 7,300.00 |
| Childress Patrick | 4 | $ 115,024.82 | Meltwater News | 34 | $ 6,500.00 |
| Grede Fred | 5 | $ 101,968.17 | K&L Gates | 35 | $ 5,840.87 |
| Fallon Kevin | 6 | $ 92,978.08 | FIA | 36 | $ 4,000.00 |
| Ciniva | 7 | $ 90,000.00 | Mayo Insurance | 37 | $ 3,612.35 |
| Adolphi Michael | 8 | $ 87,667.49 | Marc Nagel | 38 | $ 3,325.00 |
| Paychex | 9 | $ 86,432.67 | Greenwich Centre | 39 | $ 3,038.46 |
| Paul Wong | 10 | $ 79,500.00 | Sayler Brian | 40 | $ 2,235.67 |
| Karan Rai | 11 | $ 53,000.00 | Boyk William | 41 | $ 1,744.31 |
| Endurance Network | 12 | $ 52,923.55 | Frederick Grede | 42 | $ 1,717.00 |
| Capital Counsel | 13 | $ 45,500.00 | Justin Taylor | 43 | $ 1,487.50 |
| Century Link | 14 | $ 34,615.42 | Greenhouse Software | 44 | $ 1,375.00 |
| Pollack Bruce | 15 | $ 33,480.38 | Pinnacle Group | 45 | $ 1,200.00 |
| Cresce Ann | 16 | $ 30,359.81 | UNUM Dental | 46 | $ 867.10 |
| FIS | 17 | $ 30,000.00 | Health Equity | 47 | $ 809.60 |
| Crystal Clear | 18 | $ 29,521.25 | UNUM LTD | 48 | $ 706.67 |
| Jones Madden | 19 | $ 26,395.00 | UNUM STD | 49 | $ 506.92 |
| Patrick Childress | 20 | $ 25,000.00 | MA Commonwealth | 50 | $ 500.00 |
| Amazon Web Services | 21 | $ 22,686.00 | Andrew Cohen | 51 | $ 500.00 |
| Tradehelm | 22 | $ 20,840.00 | Sun Life | 52 | $ 445.26 |
| LeClair Ryan | 23 | $ 18,128.70 | Asgard | 53 | $ 441.26 |
| United Healthcare | 24 | $ 15,645.03 | Comcast | 54 | $ 324.45 |
| BitGo | 25 | $ 13,500.00 | AON Risk Services | 55 | $ 300.00 |
| Softvision | 26 | $ 13,318.00 | ComEd | 56 | $ 275.68 |
| Abacus Solutions | 27 | $ 13,088.00 | GA Secretary of State | 57 | $ 225.00 |
| Brian Sayler | 28 | $ 12,568.79 | Cox Business | 58 | $ 150.27 |
| Jeff Brandt | 29 | $ 11,175.00 | RI Department of State | 59 | $ 150.00 |
| Century Link | 30 | $ 10,931.19 | Legal Resources | 60 | $ 140.00 |
| | | | Hire Right | 61 | $ 124.70 |
| Total | | $ 1,919,207.68 | Electronic Verification Systems | 62 | $ 120.87 |
| | | | UNUM Vision | 63 | $ 114.42 |
| | | | Chris Sikes | 64 | $ 25.00 |
| | | | Total | | $69,523.96 |



Liabilities
BCause LLC

| Bcause Mining, LLC | | Amount | | Bcause Mining, LLC | | Amount |
|---|---|---|---|---|---|---|
| Creditor | | | | Creditor | | |
| BMG Operations | 1 | $ | 3,898,377.00 | Solutrix | 22 | $ 8,160.00 |
| Dominion Energy | 2 | $ | 1,459,267.38 | Inate One | 23 | $ 6,800.00 |
| Professional Heating and Air | 3 | $ | 957,856.37 | Fidelity Labs | 24 | $ 4,960.00 |
| WESCO Dist | 4 | $ | 745,756.08 | Alliance Material | 25 | $ 2,803.70 |
| US Customs & Border Protection | 5 | $ | 737,041.90 | Verizon | 26 | $ 2,801.16 |
| CSC | 6 | $ | 626,305.84 | FRMO Corp | 27 | $ 2,400.00 |
| AlphaCraft | 7 | $ | 351,386.40 | Bruce Pollack | 28 | $ 1,717.00 |
| Pro Windows | 8 | $ | 333,611.09 | EE Flake Thomas | 29 | $ 1,205.22 |
| Zhouyang Song | 9 | $ | 295,356.40 | Hogan Commercial Cleaning | 30 | $ 500.00 |
| BFPE International | 10 | $ | 213,750.00 | Jack Frost Enterprises | 31 | $ 480.00 |
| Bay Technologies | 11 | $ | 89,437.46 | Image 360 | 32 | $ 87.98 |
| Hoffland Properties | 12 | $ | 58,570.00 | The Water H20le | 33 | $ 59.82 |
| CB Critical | 13 | $ | 53,057.00 | John's Brothers | 34 | $ 15.00 |
| Endurance IT | 14 | $ | 52,923.55 | | | |
| HK Cryptocurrency Mining | 15 | $ | 43,200.00 | Total | | $ 31,989.88 |
| Horizon Kinetic | 16 | $ | 26,400.00 | | | |
| Amazon Web Services | 17 | $ | 22,686.06 | | | |
| EF Fallon Kevin | 18 | $ | 15,018.50 | | | |
| Joseph LaMontagne | 19 | $ | 12,500.00 | | | |
| Michael Adolphi | 20 | $ | 12,500.00 | | | |
| Silbar | 21 | $ | 10,336.00 | | | |
| Total | | $ | 10,015,337.03 | | | |



Liabilities BCause Mining LLC

15

# of creditors: 98

9 Largest Creditors

| | | % of Overall Debt | Cumm % |
|---|---|---|---|
| 1 BMG Operations | $3,898,377.00 | 38.1% | 38.1% |
| 2 Dominion Energy | $1,459,267.38 | 14.3% | 52.3% |
| 3 Professional Heating and Air | $957,856.37 | 9.4% | 61.7% |
| 4 WESCO | $745,756.08 | 7.3% | 69.0% |
| 5 US Customs & Border Protection | $737,041.90 | 7.2% | 76.2% |
| 6 CSC | $626,305.84 | 6.1% | 82.3% |
| 7 Katten Munchin | $470,236.95 | 4.6% | 86.9% |
| 8 AlphaCraft | $351,386.40 | 3.4% | 90.3% |
| 9 ProWindows | $333,611.09 | 3.3% | 93.6% |
| Total | $9,579,839.01 | | |

# of creditors who are employees: 4
# of creditors who are investors: 12

16



Liabilities Summary

## Key Elements

- Substantial cost reductions are still available (Doesn't necessitate the assumption of new revenue)
- Enables Spot to fund itself and go live to add value
- Improves Balance Sheet - Reduce debt burden: debt forgiveness, conversion to equity, and amortization



# Assumptions

- Current Customers will continue service with BCause and pay their bills
- Able to replace or extend existing contracts with clients as they expire
- Crypto retains current value or continues to increase
- Improvements of $6.8MM in Balance Sheet ($3.4MM debt forgiveness and $3.4MM conversion to equity) will enhance Bcause' ability to raise new capital



BCause LLC (Holding) Budget through 9-6-19

| Holding | 1<br>7-Jun | 2<br>14-Jun | 3<br>21-Jun | 4<br>28-Jun | 5<br>5-Jul | 6<br>12-Jul | 7<br>19-Jul | 8<br>26-Jul | 9<br>2-Aug | 10<br>9-Aug | 11<br>16-Aug | 12<br>23-Aug | 13<br>30-Aug | 14<br>6-Sep | 19<br>13-Sep | 20<br>20-Sep | 21<br>27-Sep | 22<br>4-Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | | | | | | | |
| Adequate Protection Payment | | | 24,973 | | | | 24,973 | | | | 24,973 | | | | 24,973 | | | | 124,865 |
| BCause Bankruptcy Attorney Fees | | | | | | | | | | | 40,000 | | | | | | | | 40,000 |
| Bankruptcy Creditors Committee | | | | 10,000 | | | | 10,000 | | | | 10,000 | | | | 10,000 | | | 50,000 |
| Bankruptcy Trustee Fee | | | | | | | | 28,229 | | | | | | | | | | | 28,229 |
| Routine Operating Expenses | | | | | | | | | | | | | | | | | | | 0 |
| CCA Financial | 18,096 | | | | | | | | | | | | | | | | | | 36,192 |
| Century Link | 3,328 | | | | | | | | | | | | | | | | | | 10,178 |
| Comcast | 325 | | | | | | | | | | | | | | | | | | 964 |
| ComEd | | | | | | | | | | | | | | | | | | | 395 |
| Cox Communications | 150 | | 180 | | | | 150 | | | 150 | | 150 | | | | 150 | | | 1,080 |
| Fonality | 135 | | | | | | | | | | | | | | | | | | 270 |
| Google | | | | | | | | | | | | | | | | | | | 761 |
| Greenwich Center | 3,127 | | | | 3,127 | | | | 3,127 | | | | | 3,127 | | | | 3,127 | 18,760 |
| Greenwich Center April Stub Payment | 625 | | | | 625 | | | | | | | | | | | | | | 1,876 |
| Insurance Group | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 | | 80 | | 2,262 | 57,081 |
| Liability Insurance | | | | | | | | | | | | | | | | | | | 3,146 |
| Microsoft | | 143 | | | | 143 | | | | 143 | | | | | 143 | | | | 1,670 |
| Payroll | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | | 24,350 | 462,148 |
| Pinnacle Group | | | | 600 | | | | 600 | | | | 600 | | | | | 600 | | 3,000 |
| Travel Expenses | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | 1,250 | 1,250 | 13,750 |
| W-R2 | 5,512 | | | | 5,512 | | | | 5,512 | | | | | 5,512 | | | | | 27,356 |
| Total Expenses | 31,298 | 28,005 | 25,153 | 36,280 | 9,264 | 28,005 | 25,123 | 64,509 | 8,639 | 28,005 | 64,973 | 36,430 | 0 | 36,501 | 25,116 | 35,830 | | 30,989 | 881,724 |
| | | | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $1,048,978 | $942,266 | $891,459 | $184,106 | $126,321 | $1,055,769 | $974,963 | $287,640 | $201,626 | $1,088,064 | $1,007,258 | $280,085 | $222,150 | $1,180,521 | $1,059,829 | $1,002,748 | $286,315 | $282,673 | |
| Mining Revenue | $0 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $1,014,371 | $0 | $0 | $0 | $0 | $1,014,371 | |
| Mining Expenses | $75,415 | $22,802 | $682,200 | $21,505 | $75,659 | $52,802 | $662,200 | $21,505 | $119,294 | $52,802 | $662,200 | $21,505 | $56,000 | $84,191 | $31,965 | $680,603 | $3,042 | $154,191 | |
| Holding Expenses | $31,298 | $28,005 | $25,153 | $36,280 | $9,264 | $28,005 | $25,123 | $64,509 | $8,639 | $28,005 | $64,973 | $36,430 | $0 | $36,501 | $25,116 | $35,830 | $600 | $30,989 | |
| Ending Cash Balance | $942,266 | $891,459 | $184,106 | $126,321 | $1,055,769 | $974,963 | $287,640 | $201,626 | $1,088,064 | $1,007,258 | $280,085 | $222,150 | $1,180,521 | $1,059,829 | $1,002,748 | $286,315 | $282,673 | $1,111,864 | |

BCause LLC (Holding) Budget through 9-6-19

| Spot | 1<br>7-Jun | 2<br>14-Jun | 3<br>21-Jun | 4<br>28-Jun | 5<br>5-Jul | 6<br>12-Jul | 7<br>19-Jul | 8<br>26-Jul | 9<br>2-Aug | 10<br>9-Aug | 11<br>16-Aug | 12<br>23-Aug | 13<br>30-Aug | 14<br>6-Sep | 19<br>13-Sep | 20<br>20-Sep | 21<br>27-Sep | 22<br>4-Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Trading Revenue | | | | | | | | | | | | | 259 | | | | 2,587 | 1,552 | 4,398 |
| **Expenses** | | | | | | | | | | | | | | | | | | | |
| **One Time Startup Expenses** | | | | | | | | | | | | | | | | | | | |
| BitGo | | | 12,000 | | | | | | 10,000 | | | | | 10,000 | | | | 10,000 | 42,000 |
| Documentation | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | | | | | | | | | | | | 25,000 |
| IT Plan Certification | | | | | | | | | 50,000 | | | | | | | | | | 50,000 |
| Money Transmitter | | 10,000 | | | | 10,000 | | | | 10,000 | | | | 10,000 | | | | 10,000 | 50,000 |
| NASDAQ | | 125,000 | | | | | | 125,000 | | 28,000 | | | | 125,000 | | 28,000 | | | 431,000 |
| NMLS WA State Obligation | | | | | | | | | | | | | | | | | | | 15,000 |
| Software Development | | 5,000 | | 5,000 | | 5,000 | | | | | | | | | | | | | 15,000 |
| **Routine Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| AML/KYC related expenses | | | | | | | | | | | | | 50 | | | | 200 | 65 | 315 |
| CCA Financial | | | | | 18,096 | | | | 18,096 | | | | | 18,096 | | | | 18,096 | 72,384 |
| Comcast | | | | | 325 | | | | 325 | | | | | 325 | | | | 325 | 1,300 |
| ComEd | | 125 | | | | 125 | | | | 125 | | | | | 125 | | | | 500 |
| Customer Service | | | | | | | | | | | | | | | | | | 419 | 419 |
| Fonality | | | | | 135 | | | | 135 | | | | | 135 | | | | 135 | 540 |
| Google | | | 380 | | | | 380 | | | | 380 | | | | | 380 | | | 1,520 |
| Insurance Group | | | | 80 | | | | 80 | | 10,524 | | 80 | | 10,524 | | 80 | | 10,524 | 42,417 |
| Liability Insurance | | | | | | | | | | | | | | | | | | | 0 |
| Liquidity Providers | | | | | 5,000 | | | | 5,000 | | | | | 5,000 | | | | 5,000 | 20,000 |
| Microsoft | | 143 | | | | 143 | | | | 143 | | | | | 143 | | | | 570 |
| Miscellaneous Expenses | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | | 250 | 250 | 250 | 250 | 250 | 4,000 |
| Payroll | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | | 36,990 | 332,910 |
| Pinnacle Group | | | | 600 | | | | 600 | | | | 600 | | | | 600 | | | 2,400 |
| W-R2 | | | | | 138 | | | | 10,335 | | | | | 10,335 | | | | 10,335 | 31,143 |
| **Total Expenses** | 0 | 182,508 | 17,630 | 47,920 | 28,944 | 68,032 | 630 | 162,920 | 94,141 | 86,032 | 630 | 37,920 | 50 | 226,656 | 518 | 65,700 | 1,050 | 102,140 | 1,123,421 |
| | | | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $0 | $0 | ($182,508) | ($200,138) | ($248,058) | ($277,002) | ($345,034) | ($345,664) | ($508,585) | ($602,726) | ($688,758) | ($689,388) | ($727,308) | ($727,099) | ($953,755) | ($954,272) | ($1,019,972) | ($1,018,435) | |
| Spot Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $259 | $0 | $0 | $0 | $2,587 | $1,552 | |
| Spot Expenses | $0 | $182,508 | $17,630 | $47,920 | $28,944 | $68,032 | $630 | $162,920 | $94,141 | $86,032 | $630 | $37,920 | $50 | $226,656 | $518 | $65,700 | $1,050 | $102,140 | |
| Ending Cash Balance | $0 | ($182,508) | ($200,138) | ($248,058) | ($277,002) | ($345,034) | ($345,664) | ($508,585) | ($602,726) | ($688,758) | ($689,388) | ($727,308) | ($727,099) | ($953,755) | ($954,272) | ($1,019,972) | ($1,018,435) | ($1,119,023) | |

BCause Mining LLC Budget through 9/6/19

| Mining | 1 7-Jun | 2 14-Jun | 3 21-Jun | 4 28-Jun | 5 5-Jul | 6 12-Jul | 7 19-Jul | 8 26-Jul | 9 2-Aug | 10 9-Aug | 11 16-Aug | 12 23-Aug | 13 30-Aug | 14 6-Sep | 19 13-Sep | 20 20-Sep | 21 27-Sep | 22 4-Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | | | | | | | | | | | | |
| Total Revenue | | | | | 1,014,371 | | | | 1,014,371 | | | | 1,014,371 | | | | | 1,014,371 | 6,094,639 |
| | | | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | 56,000 | | | | 56,000 | | | | | 70,000 | 182,000 |
| Alliance Material Handling | | | 1,402 | | | | | 1,402 | | | | 1,402 | | | | | 1,402 | | 8,411 |
| Century Link | | | | | 1,664 | | | | 1,664 | | | | | 1,664 | | | | 1,664 | 6,656 |
| Dominion Energy | | | 660,000 | | | | 660,000 | | | | 660,000 | | | | | 660,000 | | | 4,000,000 |
| G Hogan Commercial Cleaning | | | 500 | | | | 500 | | | | 500 | | | | | 500 | | | 3,000 |
| Hoffland Properties | 58,570 | | | | 58,570 | | | | 58,570 | | | | | 58,570 | | | | 58,570 | 351,420 |
| Hoffland Properties April Stub Payment | 12,365 | | | | 12,365 | | | | | | | | | | | | | | 37,094 |
| Insurance Group | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 | 16,469 |
| Jack Frost | | | | 500 | | | | 500 | | | | 500 | | | | 500 | | | 3,000 |
| Liability Insurance | | | | | | 10,000 | | | | 10,000 | | | | | 10,000 | | | | 30,000 |
| Maintenance & Repairs | | | 20,000 | | | 20,000 | | | | 20,000 | | | | | 20,000 | | | | 100,000 |
| Microsoft | | 265 | | | | 265 | | | | 265 | | | | | 265 | | | | 1,059 |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | | 200 | 200 | 200 | 200 | 200 | 4,200 |
| Payroll | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | | 17,763 | 159,871 |
| Silbar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 31,680 |
| The Water H2ole | | | 60 | | | | 60 | | | 60 | | | | | 60 | | | | 300 |
| Verizon | 2,840 | | | | 1,420 | | | | 1,420 | | | | | 1,420 | | | | 1,420 | 9,940 |
| Total Expenses | 75,415 | 22,802 | 682,200 | 21,505 | 75,659 | 52,802 | 662,200 | 21,505 | 119,294 | 52,802 | 662,200 | 21,505 | 56,000 | 84,191 | 31,965 | 680,603 | 3,042 | 154,191 | 4,945,101 |
| | | | | | | | | | | | | | | | | | | | |
| Net | (75,415) | (22,802) | (682,200) | (21,505) | 938,712 | (52,802) | (662,200) | (21,505) | 895,077 | (52,802) | (662,200) | (21,505) | 958,371 | (84,191) | (31,965) | (680,603) | (3,042) | 860,180 | 1,149,538 |