IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**
**FOR THE PERIOD ENDING APRIL 30, 2019**

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC     CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending April 30, 2019

BEGINNING BALANCE IN ALL ACCOUNTS    $ —

RECEIPTS:
    1. Receipts from operations    $ 551,536.30
    2. Other Receipts    $ ____

DISBURSEMENTS:
    3. Net payroll:
        a. Officers    $ —
        b. Others    $ —

    4. Taxes
        a. Federal Income Taxes    $ —
        b. FICA withholdings    $ —
        c. Employee's withholdings    $ —
        d. Employer's FICA    $ —
        e. Federal Unemployment Taxes    $ —
        f. State Income Tax    $ —
        g. State Employee withholdings    $ —
        h. All other state taxes    $ —

    5. Necessary expenses:
        a. Rent or mortgage payments(s)    $ ____
        b. Utilities    $ ____
        c. Insurance    $ ____
        d. Merchandise bought for manufacture or sale    $ ____
        e. Other necessary expenses (specify)
            Silbar Security    $ 4,320.00
            Bank Incoming Wire Fee    $ 15.00

TOTAL DISBURSEMENTS    $ 4,335.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ 547,201.30

ENDING BALANCE IN _____    $ —
        (Name of Bank)
ENDING BALANCE IN _____    $ —
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS    $ —

OPERATING REPORT    Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

RECEIPTS LISTING

FOR MONTH ENDING April 30, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130 A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 4-11-19 | Hosting Revenue | 2,240.06 |
| 4-23-19 | Hosting Revenue | 11,206.25 |
| 4-23-19 | Hosting Revenue | 18,891.39 |
| 4-26-19 | Hosting Revenue | 519,198.66 |

TOTAL: 551,536.30

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC  CASE NO.: 19-10562

DISBURSEMENT LISTING

FOR MONTH ENDING April 30, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4-25-19 | 1082 | Silbar Security | 4,320.00 |
| 4-26-19 | EFT | Incoming wire Fee | 15.00 |

TOTAL: 4,335.00

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

FOR MONTH ENDING April 30, 2019

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ |
| Payroll taxes due but unpaid | $ |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| none | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC  CASE NO.: 19-10562

FOR MONTH ENDING April 30, 2019

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 1,025,981.78 |
| Add: sales on account | $ 0 |
| Less: collections | $ 551,536.30 |
| End of month balance | $ 474,445.48 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 473,376.48 | $ 1,069.00 | $ | $ | $ 474,445.48 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0 |
| Add: credit extended | $ 5,507.99 |
| Less: payments of account | $ (15.00) |
| End of month balance | $ 5,492.99 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 5,492.99 | $ 0 | $ 0 | $ 0 | $ 5,492.99 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

FOR MONTH ENDING April 30, 2019

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes         Yes ( )    No ( )
2. FICA withholdings            Yes ( )    No ( )
3. Employee's withholdings      Yes ( )    No ( )
4. Employer's FICA              Yes ( )    No ( )     N/A
5. Federal Unemployment Taxes   Yes ( )    No ( )
6. State Income Tax             Yes ( )    No ( )
7. State Employee withholdings  Yes ( )    No ( )
8. All other state taxes        Yes ( )    No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC      CASE NO.: 19-10562

FOR MONTH ENDING April 30, 2019

### INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (provide certificates of insurance for each policy if not already provided):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| Evanston | 3AA330952 | Liability/Prop | 3/27/2020 | n/a |
| Hartford | 22WECAA9TDM | Workers Comp | 11/29/2019 | n/a |
| Scottsdale | CPS2926420 | Liability/Prop | 11/28/2019 | n/a |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.). policy has not been canceled

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary). all payments have been made

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary). n/a

OPERATING REPORT Page 8

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 04/18/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** Mayo Insurance Agency, 1917 Laskin Rd. Suite 101, Virginia Beach, VA 23454

**CONTACT NAME:** Heather McIlwee
**PHONE (A/C, No, Ext):** (757) 496-5685
**E-MAIL ADDRESS:** heather@mayoinsuranceagency.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Evanston Insurance Company | 35378 |
| INSURER B: The Hartford Underwriters Insurance Company | 30104 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED:** BCause, LLC; BCause Mining, LLC; 192 Ballard Court Suite 303; Virginia Beach, VA 23462

## COVERAGES
CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X]<br>CLAIMS-MADE [ ]  OCCUR [X] | | | 3AA330952 | 03/27/2019 | 03/27/2020 | EACH OCCURRENCE | $ 3,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY [ ] PROJECT [ ] LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ EXCLUDED |
| | **AUTOMOBILE LIABILITY**<br>ANY AUTO [ ]<br>OWNED AUTOS ONLY [ ]  SCHEDULED AUTOS [ ]<br>HIRED AUTOS ONLY [ ]  NON-OWNED AUTOS ONLY [ ] | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **UMBRELLA LIAB** [ ] OCCUR<br>**EXCESS LIAB** [ ] CLAIMS-MADE<br>DED [ ]  RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | 22WECAA9T0M | 11/29/2018 | 11/29/2019 | [X] PER STATUTE  [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: Location at 5469 Greenwich Rd Virginia Beach, VA 23462

**CERTIFICATE HOLDER:**
United States Bankruptcy Court
Northern District of Illinois Eastern Division
219 S. Dearborn
Chicago, IL 60604

**CANCELLATION:** SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE:** *Heather McIlwee* (signature)

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 5/29/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Mayo Insurance Agency
1917 Laskin Rd. Suite 101
Virginia Beach VA 23454

**CONTACT NAME:** Heather McIlwee
**PHONE (A/C, No, Ext):** 7574965685
**E-MAIL ADDRESS:** heather@mayoinsuranceagency.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: SCOTTSDALE INSURANCE CO | 41297 |
| INSURER B: HARTFORD UNDERWRITERS INS CO | 30104 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
BCause, LLC
Bcause Mining, LLC
192 Ballard Court Suite 303
Virginia Beach VA 23462

**COVERAGES** CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE  X OCCUR | | | CPS2926420 | 11/28/2018 | 11/28/2019 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PROJECT  LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | EXCLUDED |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>OWNED AUTOS ONLY  SCHEDULED AUTOS<br>HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | UMBRELLA LIAB  OCCUR<br>EXCESS LIAB  CLAIMS-MADE<br>DED  RETENTION $ | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | 22WECAA9T0M | 11/29/2018 | 11/29/2019 | X PER STATUTE  OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

General liability policy covers the following locations:
130 S Jefferson Street, Suite 101 Chicago, IL 60661
192 Ballard Court Ste 303 Virginia Beach, VA 23462
(Separate General Liability policy in force for 5469 Greenwich Rd Virginia Beach, VA 23462 location- see separate COI attached for that policy info.)

Workers Comp covers following locations:
5469 Greenwich Rd Virginia Beach, VA 23462
192 Ballard Ct Ste 303 Virginia Beach, VA 23462
4340 Blackthorne Ct Virginia Beach, VA 23455
130 S Jefferson St Ste 101 Chicago, IL 60661
637 Wyckoff Ave #105 Wyckoff, NJ 07481
48 Bensam Pl, Holmdel, NJ 07568

**CERTIFICATE HOLDER**
United States Bankruptcy Court
Northern District of Illinois Eastern Division
219 S. Dearborn
Chicago, IL 60604

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature: Heather McIlwee]*

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)  The ACORD name and logo are registered marks of ACORD

# ACORD® EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 5/29/2019

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
Mayo Insurance Agency
1917 Laskin Rd. Suite 101
Virginia Beach  VA 23454

**PHONE (A/C, No, Ext):** (757) 496-5685

**E-MAIL ADDRESS:** heather@mayoinsuranceagency.com

**COMPANY**
Scottsdale Insurance Company

**INSURED**
BCause, LLC
BCause Mining, LLC
192 Ballard Court Suite 303
Virginia Beach  VA 23462

**LOAN NUMBER:**
**POLICY NUMBER:** CPS2926420
**EFFECTIVE DATE:** 11/28/2018
**EXPIRATION DATE:** 11/28/2019
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

130 S Jefferson Street Ste 101 Chicago, IL 60661
192 Ballard Ct Ste 303 Virginia Beach, VA 23462
5469 Greenwich Rd Virginia Beach, VA 23462

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

**PERILS INSURED:** BASIC / BROAD / [X] SPECIAL

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| 130 S Jefferson Street Ste 101 Chicago, IL 60661 | | |
| Business Personal Property - Special Form Excluding Theft | $73,000 | $1,000 |
| 192 Ballard Ct Ste 303 Virginia Beach, VA 23462 | | |
| Business Personal Property- Special Form Excluding Theft | $20,000 | $1,000 |
| 5469 Greenwich Rd Virginia Beach, VA 23462 | | |
| Business Personal Property- Special Form Excluding Theft | $430,000 | $1,000 |
| Inland Marine Coverage- Miscellaneous Articles | $20,000 | $500 |

**REMARKS (Including Special Conditions)**
Coinsurance 80%

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**
United States Bankruptcy Court
Northern District of Illinois Eastern Division
219 S. Dearborn
Chicago, IL 60604

ADDITIONAL INSURED / MORTGAGEE / LENDER'S LOSS PAYABLE / LOSS PAYEE
LOAN #:
**AUTHORIZED REPRESENTATIVE:** *Heather Medina*

ACORD 27 (2016/03)
© 1993-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Thomas G. Flake_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Thomas Flake_
_Treasurer_

DATED: _5/28/19_

OPERATING REPORT Page 9