# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.*, | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the Notice of Rule 30(b)(6) Deposition of BCause Mining LLC and the Notice of Rule 30(b)(6) Deposition of BCause LLC were served on the 29th day of May, 2019, by e-mail and by depositing true and correct copies of the same in the United States mail, first class prepaid, and properly addressed to the following counsel:

Scott R Clar
Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
Fax : 312 641-7114
Email: sclar@cranesimon.com
Email: jdan@cranesimon.com

*Counsel for BCause Mining LLC*

Shelly A. DeRousee
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com

*Counsel for the Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

{8127163: }

    Brian L. Shaw
    Christina M. Sanfelippo
    Fox Rothschild LLP
    321 North Clark Street, Suite 1600
    Chicago, Illinois 60654
    bshaw@foxforthschild.com
    csanfelippo@foxrothschild.com

    -and-

    Jennifer McLain McLemore
    Williams Mullen
    200 South 10th Street
    Suite 1600
    Richmond, VA 23219
    jmclemore@williamsmullen.com

    *Counsel for BMG Operations, Ltd.*

Dated: June 1, 2019    /s/ David A. Agay
    David A. Agay (ARDC No. 6244314)
    Shara Cornell (ARDC No. 6319099)
    McDONALD HOPKINS LLC
    300 North LaSalle Street, Suite 1400
    Chicago, Illinois 60654
    Telephone: (312) 280-0111
    Facsimile: (312) 280-8232
    dagay@mcdonaldhopkins.com
    scornell@mcdonaldhopkins.com

    -and-

    Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
    McDONALD HOPKINS LLC
    600 Superior Avenue, E., Suite 2100
    Cleveland, OH 44114
    Telephone: (216) 348-5400
    Facsimile:   (216) 348-5474
    mcarr@mcdonaldhopkins.com

    *Counsel to WESCO Distribution, Inc.*