Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  19-10562
)   (Jointly Administered)
BCause Mining LLC, et al. )   Chapter: 11
)
)   Honorable Janet S. Baer
)
Debtor(s) )

### SCHEDULING ORDER

This matter having come before the Court on WESCO's Motion (I) to Dismiss the Debtors' Bankruptcy Cases, or, in the Alternative, (II) for Relief from the Automatic Stay (the "Motion to Dismiss"); and this matter having also come before the Court on the Motion of BMG Operations Ltd to Authorize Examination of WESCO Distribution, Inc. Pursuant to Fed. R. Bankr. P. 2004 and Local Rule 9013-9(B)(5) (the "2004 Motion"); and with respect to the Motion to Dismiss and the 2004 Motion, the parties' request that the Court modify the briefing and trial schedule; it is ORDERED:

1. The hearing on the 2004 Motion and the hearing and trial on the Motion to Dismiss shall be continued to June 21, 2019, at 9:00 a.m., Central Standard Time.

2. WESCO's Reply with respect to the Motion to Dismiss shall be filed by no later than June 18, 2019, at 4:00 p.m., Central Standard Time.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: JUN - 3 2019

Prepared by:
David A. Agay
McDonald Hopkins LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
(312) 280-0111  telephone
(312) 280-8232  facsimile
dagay@mcdonaldhopkins.com