IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, et al. | ) | Judge Janet S. Baer |
| | ) | Jointly Administered |
| Debtors/Debtors-in-Possession. | ) | Chapter 11 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 21st day of June, 2019, at 9:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion to Set Bar Date** , a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), via email (where indicated) or via First Class U.S. Mail (where indicated), properly addressed and postage pre-paid on the 4th day of June, 2019.

/s/Jeffrey C. Dan

## SERVICE LIST

**Court's Electronic Registration**:
Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
McDonald Hopkins LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Jamie L. Burns
Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com   mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brain L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

**Via e-mail**
George Sladoje
Fred Grede, CEO
BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL 60661
george.sladoje@bcause.com

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452
Alison.zizzo@mpopc.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, et al. | ) | Judge Janet S. Baer |
| | ) | Jointly Administered |
| Debtors/Debtors-in-Possession. | ) | Chapter 11 |

## MOTION TO SET BAR DATE

BCause Mining, LLC, and BCause LLC, Debtors/Debtors-in-Possession ("Debtors") in the above-captioned Chapter 11 cases, by and through their attorneys, and in support of their Motion to Set Bar Date for filing of pre-petition claims, state as follows:

1. On April 11, 2019, BCause Mining, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On April 12, 2019, BCause LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, in Case No. 19-10731.

3. The Debtors have been managing their financial affairs as debtors-in-possession since the Petition Date. No trustee or examiner has been appointed to serve in these reorganization cases. A Committee of Unsecured Creditors was appointed on April 24, 2019.

4. On May 9, 2019, this Court entered an order to jointly administer the two cases.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

6. By this Motion, the Debtors request that August 30, 2019, be set as the bar date for the filing of non-governmental pre-petition claims. The Debtors further request that this Court establish October 11, 2019, as the date by which governmental units must file their pre-petition claims or be forever barred from asserting such claims.

1

7. The Debtors will send Notice of the Bar Date to all parties entitled thereto. A copy of the proposed Order and Notice is attached hereto as **Exhibit "A"** and incorporated by reference herein.

8. Granting the relief requested in this Motion will facilitate the implementation of an exit strategy from this Chapter 11 case as well as confirmation of a Plan of Reorganization.

WHEREFORE, BCause Mining LLC, and BCause LLC, Debtors/Debtors-in-Possession herein, pray for the entry of an Order establishing bar dates for the filing of pre-petition claims and granting such other relief as may be just and appropriate.

> BCause Mining LLC, and BCause LLC
> Debtors/Debtors-in-Possession
>
> By: /s/ Jeffrey C. Dan
>      One of their attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\Jeff\Bcause Mining\Bar Date.MOT.docx