# GROUP EXHIBIT A

**Level(3)**

# MASTER SERVICE AGREEMENT

This Agreement contains the general terms and conditions applicable to purchases of services ("Services") from Level 3.

**1. Service Delivery.** Requests for Services will be on Level 3 orders ("Orders") stating the pricing and term ("Service Term") for which Services are requested. The Service will continue on a month to month basis at the expiration of the Service Term at Level 3's then current rates. Level 3 will notify Customer electronically or in writing (a) of acceptance of the Customer Order by delivering the date by which Level 3 will install Service (the "Customer Commit Date") and (b) when Service is installed (a "Connection Notice"), at which time billing will commence ("Service Commencement Date"). Unless Customer notifies Level 3 within 3 days of the Service Commencement Date that Service is not working properly, the Service will be deemed accepted and billing will commence on the Service Commencement Date. If Level 3 cannot complete installation due to Customer delay or inaction, Level 3 may begin charging Customer for the Service and Customer shall pay such charges which will appear on Customer's first invoice following the Service Commencement Date. Customer will at its expense timely provide suitable access to non-Level 3 facilities and power for the installation, maintenance, upgrade and/or removal of Level 3 network and equipment. If third party local access services are obtained by or for Customer, Customer will cooperate with Level 3 by providing: (i) information (including firm order commitments (FOC)) to enable cross-connects to Level 3 Service(s), (ii) necessary authorizations and other information respecting circuit grooming, and (iii) written third party disconnection FOCs where a related Service is disconnected. Title to all equipment and software provided by Level 3 remains with Level 3. Level 3's then current Acceptable Use and Privacy Policies (available at www.level3.com) apply to Customer's use of Service.

**2. Charges.** Invoices are delivered monthly and due 30 days after the invoice date. Fixed charges are billed in advance and usage-based charges are billed in arrears, partial months being prorated. Level 3's standard charges apply to moves, adds or changes agreed to by Level 3. Past due amounts bear interest at the lesser of 1.5% per month or the highest rate allowed by law. Customer agrees to pay all Service charges, even if incurred as the result of unauthorized use. If Customer disputes an invoice, Customer will pay the undisputed amount by the due date and submit written notice of the disputed amount detailing the nature of the dispute and the invoices disputed. Disputes must be submitted within 90 days of the date of the invoice or the right to dispute is waived. If a dispute is resolved against Customer, Customer will pay the disputed amounts plus interest from the due date within 30 days. Level 3 may require a security deposit of up to 2 months estimated charges as a condition to accepting an order or, for a) usage-based Services at any time; or b) non-usage based Service if Customer fails to timely pay Level 3 hereunder or Level 3 reasonably determines that Customer has had an adverse change in financial condition. If any change in applicable law or regulation affects the delivery of Service, Level 3 may pass any increased costs through to Customer and Customer may terminate the affected Service without termination liability by delivering written notice to Level 3 within 30 days.

**3. Taxes and Tax Like Fees.** Except for Level 3's net income tax, Customer is responsible for all taxes, fees, surcharges, license fees, foreign withholding (which will be grossed up) and other tax like charges imposed on or incident to the provision, sale or use of Service (whether imposed on Level 3 or its affiliates). Level 3 may recover taxes, fees, and certain costs of administering the same through a percentage surcharge(s) on the Services. Valid exemption certificates will be given prospective effect upon receipt by Level 3.

**4. Termination.** If (i) Customer fails to pay Level 3 any undisputed charges when due and such failure continues for 5 business days after written notice from Level 3 or (ii) either party fails to observe any other material term of this Agreement and such failure continues for 30 days after written notice from the other party, then the non-defaulting party may terminate this Agreement or any Order, in whole or in part, and subject to the limitations of this Agreement, pursue any remedies it may have at law or in equity. If Customer cancels or terminates Service for convenience or Level 3 terminates Service for cause, Customer will pay Level 3 a termination charge equal to the sum of: (A) if prior to delivery of a Connection Notice, (i) for "off-net" Service, third party termination charges for the cancelled Service; (ii) for "on-net" Service, 1 month's monthly recurring charges for the cancelled Service; (iii) the non-recurring charges for the cancelled Service; and (iv) Level 3's out of pocket costs (if any) incurred in constructing facilities necessary for Service delivery or (B) following delivery of a Connection Notice, (i) all unpaid amounts for Service actually provided; (ii) 100% of the remaining monthly recurring charges (if any) for months 1-12 of the Service Term; (iii) 50% of the remaining monthly recurring charges for month 13 through the end of the Service Term; and (iv) to the extent not recovered by the foregoing, any termination liability payable to third parties by Level 3 resulting from the termination and any out of pocket costs incurred in constructing facilities to the extent such construction was undertaken to provide the Services. In lieu of installation Service Level credits, if installation of Service is delayed by more than 30 business days beyond the Customer Commit Date, Customer may terminate the affected Service without liability upon written notice to Level 3, provided (i) such notice is delivered prior to delivery of a Connection Notice for the affected Service and (ii) this right shall not apply where Level 3 is constructing facilities.

**5. LIABILITY LIMITATIONS. NEITHER PARTY WILL BE LIABLE FOR ANY DAMAGES FOR LOST PROFITS, LOST REVENUES, LOSS OF GOODWILL, LOSS OF ANTICIPATED SAVINGS, LOSS OF DATA, THE COST OF PURCHASING REPLACEMENT SERVICES, OR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES IN ANY WAY RELATED TO THIS AGREEMENT OR ANY ORDER. LEVEL 3 WILL HAVE NO LIABILITY FOR ANY CLAIMS RELATING TO 911 OR OTHER EMERGENCY REFERRAL CALLS. LEVEL 3 MAKES NO WARRANTIES OR REPRESENTATIONS RESPECTING THE SERVICE, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.**

**6. Service Levels.** The Service level commitments ("Service Levels") for Services are stated in the applicable Service Schedules for each Service. Maintenance of the Service may, but ordinarily will not, result in limited Service interruptions. Periods of force majeure and maintenance are "Excused Outages". If Level 3 does not meet a Service Level (based on Level 3's records) applicable service credits will be issued upon Customer's request to Level 3 Customer Service. Credits must be requested within 60 days after the event giving rise to the credit. Customer's sole remedies for any outages, failures to deliver or defects in Service are contained in the Service Levels (if any).

**7. Assignment.** Customer may not assign its rights or obligations under this Agreement or any Order without the prior written consent of Level 3, not to be unreasonably withheld. Customer may not resell Service provided pursuant to this Agreement but Customer may use such Service in the normal course of its business. Customer will indemnify and defend Level 3, its affiliates and their agents against any claims arising from or related to Customer's use of the Service. Nothing in this Agreement, express or implied, confers upon any third party any right, benefit or remedy under this Agreement.

**8. Miscellaneous.** The terms of this Agreement and all information of a confidential nature acquired in performing this Agreement is confidential and shall not be disclosed to third parties. Notices will be made in writing to the address below. If no Customer address is provided below, Level 3 may provide notices under this Agreement to any address identified in an Order. Requests for disconnection of Service (other than for default) must be submitted to our customer portal at http://customerportal.level3.com or the following link: http://www1.level3.com/disco/disco.html. Services may be provided by Level 3 or its affiliates and Level 3 may use third parties to provide Services. This Agreement is the entire agreement between the parties respecting the subject matter hereof and can only be modified in a writing signed by both parties. Neither party will be liable, nor will any remedy provided by this Agreement be available, for any failure to perform due to causes beyond such party's reasonable control. If either party fails to enforce any right or remedy under this Agreement, such failure will not waive the right or remedy. This Agreement will be governed by and construed in accordance with the laws of the State of New York, without regard to its conflict of laws provisions. Each party shall comply with all applicable laws, rules and regulations associated respectively with Level 3's delivery or Customer's use of the Services under the Agreement. With respect to Services provided in Latin America, Customer agrees that it (or its local affiliate) will enter into a separate local country addendum/agreement (as approved by local authorities) ("LCA") with the respective Level 3 affiliate which provides the local Service(s), and such Level 3 affiliate will invoice the Customer (or its local affiliate) party to the LCA for the respective local Service(s).

Document No. DID-0000651071
Scenario:    SM582491



## Customer Information and Contract Specifications

**Customer Name:**  bcause
**Account Number:** 2-369KKS

**Currency:**                              USD
**Monthly Recurring Charges (MRC):** $3,680.41
**Non Recurring Charges (NRC):**     0

## Service Order

| Service Address | Description | Order Type | Term (Months) | Qty | Unit MRC | Unit NRC | Total MRC | Total NRC |
|---|---|---|---|---|---|---|---|---|
| 165 HALSEY ST, NEWARK, NJ 07102 USA<br><br>5465 GREENWICH RD, VIRGINIA BEACH, VA 23462 USA | Wavelength - IOC | New | 36 | 1 | $3,015.59 | $0.00 | $3,015.59 | $0.00 |
| | - A Address = 5465 GREENWICH VIRGINIA BEACH, VA 23462 | | | | | | | |
| | - Z Address = 165 HALSEY NEWARK, NJ 07102 | | | | | | | |
| | - Bandwidth = 1GIG-E | | | | | | | |
| | - Protection = Unprotected | | | | | | | |
| | A-Side Access | | | 1 | $664.82 | $0.00 | $664.82 | $0.00 |
| | Z-Side Access | | | 1 | $0.00 | $0.00 | $0.00 | $0.00 |
| | - Z Access price included in the IOC total price | | | | | | | |
| | **Subtotal** | | | | | | **$3,680.41** | **$0.00** |
| | **Totals** | | | | | | **$3,680.41** | **$0.00** |

## Terms and Conditions Governing This Order

1. This confidential Order may not be disclosed to third parties and is non-binding until accepted by Level 3 as set forth in section 4.

2. Pricing is valid for 90 calendar days from the date indicated unless otherwise specified herein.  Prior to installation Level 3 may notify Customer in writing (including by e-mail) of price increases due to off-net vendors.  Customer has 2 business days following such notice to terminate this Order (without liability) otherwise Customer is deemed to accept the increase. Services may be provided by Level 3 or its affiliates. Services to be provided internationally may require a Local Country Agreement.

3. If a generic demarcation point (such as a street address) is provided, the demarcation point for on net services shall be Level 3's Minimum Point of Entry (MPOE) at such location (as determined by Level 3) and off-net demarcation points shall be the off-net vendor's MPOE.  If this Order identifies aspects of services which are procured by Customer directly from third parties, Level 3 is not liable for such services.

4. Customer places this Order by signing (including electronically or digitally) or otherwise acknowledging (in a manner acceptable to Level 3) this document and returning it to Level 3. The Service identified in this Order shall be governed by and subject to the Master Service Agreement(s) and Service Schedule(s) (if any) between Level 3 and Customer (or its affiliate if expressly provided for under such affiliate Master Service Agreement) applicable to such Service. If Customer

# CenturyLink

| | |
|---|---|
| Billing Account Number | **5-NYHNWCDF** |
| Invoice Number | 79447141 |
| Invoice Date | Apr 01, 2019 |

**1. What is PICC?**
PICC can also be called Carrier Line Charge. The Federal Communications Commission (FCC) mandated that all long distance companies pay the local telephone company a monthly PICC on most of your telephone lines. This charge is passed to you and may increase or decrease from time to time.

**2. What is the Federal Universal Service Fund Surcharge?**
Federal Universal Service Fund Surcharge is the recovery of the amount due to the Federal Universal Service Fund. Universal service is a Federal Communications Commission (FCC) program designed to ensure affordable access to telecommunications services to low-income customers, rural areas, school and libraries, and rural healthcare facilities. The Federal Universal Service fund was established by Congress in order to promote and encourage telecommunications infrastructure and service availability nationwide. All telecommunications providers that offer interstate and international voice and data, private line, directory assistance and other regulated services in the United States are required by the FCC to contribute on an equitable and nondiscriminatory basis to the Federal Universal Service Fund.

**3. What is the Cost Recovery Fee?**
A Cost Recovery Fee allows CenturyLink to recover regulatory fees and expenses incurred by CenturyLink such as FCC regulatory fees, federal regulatory fees to fund programs, various State Public Utilities Commission (PUC) fees, various state business licenses, and various state annual regulatory fees.

**4. What is the Property Surcharge?**
A Property Surcharge allows CenturyLink to recover a portion of the property tax it pays to state and local jurisdictions.

**5. What is the MyLevel3 customer portal?**
The MyLevel3 customer portal provides you with convenient and secure billing options. You can:
- View, download and analyze your CenturyLink invoices
- Pay your invoices easily online with the option to set up recurring payments
- Submit and manage billing inquiries, disputes and requests
- Create standard and custom reports
- "Go green" by turning off your paper invoice

Not a current Portal user? Visit my.level3.com for more information on how to register. For any questions related to the portal, email PortalAccess@centurylink.com or call 1-877-453-8353.

**6. When is my invoice available in MyLevel3?**
You can view your invoice in MyLevel3 approximately 3 to 5 days after your Invoice Date. Your Invoice Date is shown on the top right corner of your invoice.

**7. What is a Prorate?**
Some products and services are billed one month in advance. If you sign up for one of these services in the middle of your billing period, your charges for that time period will be less than a full month's charge. This partial month charge is called a prorate.

**8. When is my invoice due?**
Your invoice is due upon receipt unless payment terms are specifically identified in your Master Services Agreement. If the total amount is not paid on time, your account is considered past due. Failure to pay a past due amount is considered a material breach of contract and may result in suspension of service and subsequent termination of your service contract.

Level 3 Communications, LLC is a disregarded entity for U.S. federal tax purposes into Level 3 Financing, Inc. Federal Tax Id 47-0735805

**9. How will credits appear on my invoice?**
Credits will appear in the Credits section of the invoice. Credits are identified with brackets surrounding the amount.

**10. What is a Payphone Surcharge?**
The Payphone Surcharge compensates the payphone owner for the use of their phones. This surcharge is mandated by the FCC and applies to all completed calls placed from a payphone when using toll-free numbers or any similar access codes. These calls are identified with a "H" next to the call amount in the Usage Detail section.

**11. What is a Minimum Usage Charge?**
A Minimum Usage Charge is the difference between your monthly usage guarantee, as agreed upon in your Service Contract, and your monthly usage plus applicable monthly recurring charges. This charge will only appear on your invoice if your monthly usage falls below your monthly usage guarantee.

**12. How do I submit a dispute?**
If you have any questions or concerns about your invoice, please contact the Billing Inquiry Department at 877-453-8353 or through the MyLevel3 customer portal (https://my.level3.com). CenturyLink must be notified and receive a written explanation for the disputed charges within 30 days of the due date. The written explanation of the dispute must include the following information:
- Account name and number
- Date of invoice
- Amount of disputed charges
- Type of disputed charges
- Reason charges are being disputed

Upon our receipt of such notification and written explanation, we will begin investigating the reason the charges are being disputed.
Any unpaid charges will accrue late fees and the settlement of the late fees will be addressed upon the resolution of the disputed charges.

**13. How do I submit a disconnect request?**
Customer initiated disconnect requests can be submitted through MyLevel3 at: my.level3.com or http://www1.level3.com/disco/disco.html
The service(s) you request to be disconnected will have an estimated Bill Stop Date of 30 days from the received date of the request unless the requested date is greater than 30 days from the received date or your contract states otherwise. Any subsequent requests for assistance or questions can be emailed directly to disconnects@centurylink.com.

**14. How do I use the Telecommunication Relay Service (TRS)?**
To utilize the TRS system, simply dial 711. For additional information, consult the FCC website: http://www.fcc.gov/cgb/dro/trs.html

**Level 3 Communications, LLC Tax ID: GST/HST#: 84539 3941 RT 0001 QST#: 1214162918**