# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BCause Mining LLC, | ) | Judge Janet S. Baer |
|  | ) |  |
| Debtor/Debtor-in-Possession. | ) | Case No. 19-10562 |
|  | ) |  |

**ORDER APPROVING ADDITIONAL PAYMENT FROM THE DEBTOR TO VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA AND ADJOURNING HEARING ON DEBTOR'S MOTION TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT FOR CONTINUED UTILITY SERVICE AND OBJECTION THERETO TO JUNE 21, 2019 [Docket Nos. 4 and 7]**

This matter is before the Court for approval of the *Stipulation* between the Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia (the "Stipulation") partially resolving the *Objection of Virginia Electric and Power Company d/b/a Dominion Energy Virginia To the Motion to Provide Adequate Assurance of Payment For Continued Utility Service* (the "Objection") (Docket No. 115). The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409, the Court being fully advised in the premises, and good cause having been shown, it is

**NOW THEREFORE, IT IS HEREBY ORDERED** that:

1. The Stipulation is not approved.

2. On or before June 11, 2019, the Debtor shall tender to Dominion a payment in the amount of $308,000 via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from June 10, 2019 to June 24, 2019.

3. The Debtor represents and agrees that it shall reduce its usage to 500 kW on peak-hours on Day A Classification days as that term is defined in the parties Agreement for Electric

Service dated January 17, 2019 and Schedule 10 to Dominion's Terms and Conditions ("Peak A Days").

4. If the Debtor fails to tender a payment required by this agreement, Dominion can terminate service to the Debtor after providing the Debtor and their counsel with written notice of the payment default and three (3) business days to cure the default (the "Cure Period"). If the Debtor cures the payment default within the Cure Period, Dominion cannot terminate service for the payment default. The notices required by this paragraph shall be sent via email to:

    A.    Scott R. Clar, Esq.
            Jeffrey C. Dan, Esq.
            Crane, Simon, Clar & Dan
            135 S. LaSalle Street, Suite 3705
            Chicago, Illinois 60603
            Email: sclar@cranesimon.com, jdan@cranesimon.com

    B.    Thomas Flake
            BCause LLC
            5469 Greenwich Road
            Virginia Beach, VA 23462
            Email: t.g.flake@bcause.com

5. The Debtor represents that all post-petition payments made to Dominion are authorized pursuant to the terms and conditions governing the Debtors' use of cash collateral or any budgets in connection with the foregoing.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DATED this __ day of June, 2019.

                          BY THE COURT:

                          _____
                          Hon. Janet S. Baer
                          United States Bankruptcy Court Judge