**FILED**
JUN - 6 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: In re: BCause Mining, LLC  Plaintiff(s)

VS.

Virginia Electric and Power Company d/b/a Dominion Energy Virginia  Defendant(s)

Case Number: 19-10562    Judge: Janet S. Baer

1. John M. Craig hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Virginia Electric and Power Company d/b/a Dominion Energy Virginia by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of Virginia | 9/30/91 |
| United States Court of Appeals for the Fourth Circuit | 8/2/93 |
| United States District Court for the Eastern District of Virginia | 11/1/91 |
| United States Bankruptcy Court for the Eastern District of Virginia | 7/29/92 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 06 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?  Yes ✓  No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☐ | ☑ |
| denied admission to the bar of any court? | ☐ | ☑ |
| held in contempt of court? | ☐ | ☑ |

NOTE: If the answer to any of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| June 6, 2019 | s/ John M. Craig |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name: Craig | First Name: John | Middle Name Initial: M. |
|---|---|---|---|
| Applicant's Law Firm | Law Firm of Russel R. Johnson III, PLC | | |
| Applicant's Address | Street Address: 2258 Wheatlands Drive | | Room/Suite Number: |
| | City: Manakin-Sabot | State: Virginia | ZIP Code: 23103 | Work Phone Number: 571-261-5641 |

(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00. The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case, and the admission fee must be paid in each case.

**PAID**
RECEIPT # 4624224922
JUN - 6 2019 PB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT