**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.*, | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that copies of the Notice of Deposition of Fred Grede were served on the 7th day of June, 2019, by e-mail and by depositing true and correct copies of the same in the United States mail, first class prepaid, and properly addressed to the following parties:

Fred Grede
fjgrede@gmail.com

Scott R Clar
Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
Fax : 312 641-7114
Email: sclar@cranesimon.com
Email: jdan@cranesimon.com

*Counsel for BCause Mining LLC*

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com

{8136119: }

*Counsel for the Official Committee of Unsecured
Creditors of BCause Mining LLC and BCause LLC*

Brian L. Shaw
Christina M. Sanfelippo
Fox Rothschild LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
bshaw@foxforthschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 South 10th Street
Suite 1600
Richmond, VA 23219
jmclemore@williamsmullen.com

*Counsel for BMG Operations, Ltd.*

Dated: June 7, 2019

/s/  David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
mcarr@mcdonaldhopkins.com

*Counsel to WESCO Distribution, Inc.*