IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, et al., | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

### FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

1. <u>Joint Pretrial Statement</u>: Counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before **June 20, 2019**, a joint document captioned "Pretrial Statement." The Pretrial Statement must contain the following information:

    a. Each party's list of witnesses and any objections noted, stating grounds;

    b. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

2. <u>Exhibits and Witness Lists</u>: Each party must provide all other parties a copy, and the Court two copies, of all exhibits to be used at trial on or before **June 19, 2019**. Each exhibit must be pre-marked, *e.g.*, "Plaintiff's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objections to the exhibit have been raised in the Pretrial Statement. Each party must provide all other parties and the Court with a list identifying each of its witnesses on or before **June 19, 2019**.

3. <u>Trial</u>: This matter is set for trial on **June 21, 2019, at 9:00 a.m.**, in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the Local Rules of this Bankruptcy Court shall participate in the trial.

ENTER:

Dated: June 7, 2019

Janet S. Baer
United States Bankruptcy Judge

{8139809: }