UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-10562 |
|---|---|---|
| BCause Mining LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTOR TO REJECT OFFICE LEASE AS OF AUGUST 1, 2019**

THIS MATTER COMING TO BE HEARD upon the Motion of BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession herein, for Authority to Reject Office Lease as of August 1, 2019, proper notice having been provided, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that BCause LLC is authorized to reject the office lease between BCause LLC and Greenwich Centre Investors, L.C. dated March 1, 2018, for the office located at Greenwich Centre, 192 Ballard Court, Virginia Beach, Virginia 23462 as of August 1, 2019.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 11, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
MJO2\BCause Mining LLC\Reject Virginia Lease.Ord