# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BCause Mining LLC, *et al.*, | ) Case No. 19-10562 |
| | ) |
| Debtors. | ) |
| | ) Honorable Janet S. Baer |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the Notice of Subpoena of Fred Grede to Appear and Testify at a Hearing or Trial in a Bankruptcy Case were served on the 17th day of June, 2019, by e-mail and by depositing true and correct copies of the same in the United States mail, first class prepaid, and properly addressed to the following parties:

Fred Grede
fjgrede@gmail.com

Scott R Clar
Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
Fax : 312 641-7114
Email: sclar@cranesimon.com
Email: jdan@cranesimon.com

*Counsel for BCause Mining LLC*

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com

{8155665: }

*Counsel for the Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

Brian L. Shaw
Christina M. Sanfelippo
Fox Rothschild LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
bshaw@foxforthschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 South 10th Street
Suite 1600
Richmond, VA 23219
jmclemore@williamsmullen.com

*Counsel for BMG Operations, Ltd.*

Dated: June 17, 2019                    /s/  David A. Agay
                                                  David A. Agay (ARDC No. 6244314)
                                                Shara Cornell (ARDC No. 6319099)
                                                McDONALD HOPKINS LLC
                                                300 North LaSalle Street, Suite 1400
                                                Chicago, Illinois 60654
                                                Telephone:  (312) 280-0111
                                                Facsimile:  (312) 280-8232
                                                dagay@mcdonaldhopkins.com
                                                scornell@mcdonaldhopkins.com

                                                -and-

                                                Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
                                                McDONALD HOPKINS LLC
                                                600 Superior Avenue, E., Suite 2100
                                                Cleveland, OH 44114
                                                Telephone:  (216) 348-5400
                                                Facsimile:   (216) 348-5474
                                                mcarr@mcdonaldhopkins.com

                                                *Counsel to WESCO Distribution, Inc.*