# EXHIBIT A



Full Stack Cryptocurrency Ecosystem

BCause

June 5th, 2019



## Summary of Changes

Slide 7 – Reflects passage of time between June 5th and June 22nd. Splits Jun payment for Dominion into two pieces, one the week of June 11th and one the week of June 28th. Also moves subsequent Dominion payments up by a week.

Slide 8 – Reflects the passage of time between June 5th and June 22nd. Weekly cash flow totals have been adjusted to reflect the impact of splitting the Dominion payment into two pieces.

Slide 10,11,12 – Updated to reflect court continuance, extension of 12 week budget to week ending 6 Sept. and further information received

Slide 15,16,17 – Reflect NASDAQ's filing with the court and use of deposit with Dominion to satisfy some fo the amount due.

Slide 19, 20 – Calculations adjusted to reflect the liabilities adjusted on Slide 15,16,17



# Overview

**Our objective for entering Chapter 11 – reorganization is to mitigate the affect of several errors made by management and to have a successful exit from re-organization for the benefit of all stakeholders.**

- We believe there is significant value in the company we have built, both intrinsic (over $16.8MM in assets) and operational (>$1.0MM per month in revenue and over $110K per month in positive EBITDA)

- We believe that collectively all of the stakeholders are best served by Bcause' continued operation

- We believe that Bcause ongoing cash flow justifies the fact that a work out is possible



# The Goals

1. Better service debt load:
   - Expand Revenue/Profit of BCause Mining, LLC.
   - Reduce costs of BCause Mining LLC.
2. Shift Spot specific expenses out of BCause, LLC. into BCause Spot, LLC and seek separate funding.
3. Reduce debt burden through combination of debt forgiveness, conversion to equity and amortization of remaining obligations on a reasonable timeline.
4. Work with customers to gain clarity regarding cash flow after 12/31



# The Plan (Part I) – The First Thirty Days





## Actions Taken Over the Last Thirty Days

- FTE reduction
- Other cost reductions
- Conversations with GPC Green Energy and Cube Hydro
- Fielding new hosting inquiries
- Commitment of Spot funding secured
- Management changes

# The Court Proposed Budget (Mining)

- Current business: $12.1MM/year
- Margins have improved due to power rate change, implementation of new software, and other operational improvements
- Interest in hosting at Bcause has increased due increase in BTC pricing

### BCause Mining LLC Budget through 8/2/19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mining | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| Total Revenue | 1,018,577 | | | | 1,018,577 | | | | | 1,014,371 | | | | 1,014,371 |
| | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | | | | | | 56,000 |
| Alliance Material Handling | | 1,402 | | | 1,402 | | | | 1,402 | | | | 1,402 | |
| Dominion Energy | | 660,000 | | 700,000 | | | 308,000 | | 352,000 | | 660,000 | | | |
| G Hogan Commercial Cleaning | | 500 | | | 500 | | | 500 | | | | 500 | | |
| Hoffland Properties | | 58,570 | | | 58,570 | | | | | 58,570 | | | | 58,570 |
| Hoffland Properties April Stub Payment | | 12,365 | | | 12,365 | | | | | 12,365 | | | | |
| Jack Frost | | 500 | | | 500 | | | | 500 | | | | 500 | |
| Maintenance & Repairs | | 20,000 | | | | | | 15,000 | | | 10,000 | | | |
| Miscellaneous Data Center Supplies | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Silbar | | 2,880 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| The Water H2ole | | | | 60 | | | 60 | | | | 60 | | | |
| Verizon | | 1,420 | | | 2,840 | | | | | 1,420 | | | | 1,420 |
| Total Expenses | - | 757,837 | 1,640 | 701,700 | 4,042 | 75,415 | 309,640 | 17,200 | 355,542 | 73,995 | 671,640 | 2,200 | 3,542 | 117,630 |
| | | | | | | | | | | | | | | |
| Net | 1,018,577 | (757,837) | (1,640) | (701,700) | 1,014,535 | (75,415) | (309,640) | (17,200) | (355,542) | 940,376 | (671,640) | (2,200) | (3,542) | 896,741 |

7

# The Court Proposed Budget (Holding)

- Expenses to have been reduced by ~$40K/month in accordance with the budget submitted and approved
- If no further changes are made we project $72,898 in increased cash over the period covered by the 13 week budget

BCause LLC (Holding) Budget through 8-2-19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| venue | | | | | | | | | | | | | |
| penses | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | |
| equate Protection Payment | | | 24,973 | | | | 24,973 | | | | 24,973 | | |
| ause Bankruptcy Attorney Fees | | | | | | | | | | | | | |
| nkruptcy Creditors Committee | | | | 10,000 | | | | | 10,000 | | | 10,000 | |
| nkruptcy Trustee Fee | | | | | | | | | | | | 28,927 | |
| Routine Operating Expenses | | | | | | | | | | | | | |
| A Financial | | 18,096 | | | 18,096 | | | | 18,096 | | | 18,096 | |
| ntury Link | | 6,850 | | | 3,328 | | | | 1,664 | | | 1,664 | |
| mcast | | 324 | 315 | | 325 | | | | 325 | | | 325 | |
| mEd | | 270 | 125 | | | 125 | | | | 125 | | | |
| x Communications | | 150 | | 150 | | 150 | | 150 | | | | 150 | |
| nality | | | 135 | | | 135 | | | | 135 | | | 135 |
| ogle | | 381 | | 380 | | | | 380 | | | | 380 | |
| eenwich Center | | 3,127 | | | 3,127 | | | | 3,127 | | | | 3,127 |
| Greenwich Center April Stub Payment | | 625 | | | 625 | | | | 625 | | | | |
| urance Group | | 23,600 | 21,000 | | 850 | | 21,000 | | 850 | | 21,000 | | 850 |
| bility Insurance | | 3,146 | | | | | | | | | | | |
| crosoft | | | | | | | | | | | | | |
| scellaneous Expenses | | 550 | 550 | | | | 550 | | | | 550 | | |
| yroll (Paychex) | | 500 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| inacle Group | | 86,500 | 86,500 | | 70,000 | | 70,000 | | 70,000 | | 70,000 | | 70,000 |
| ivel Expenses | | | | 600 | | | | | 600 | | | 600 | |
| R2 | | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 |
| | | 5,310 | | | | 5,512 | | | | 10,335 | | | 10,335 |
| Total Expenses | | 149,429 | 135,098 | 1,380 | 82,350 | 31,548 | 93,175 | 25,753 | 82,950 | 34,557 | 93,175 | 25,753 | 111,877 | 33,932 |
| ginning Cash Balance | $ 844,050 | $1,862,627 | $ 955,361 | $ 818,623 | $ 115,543 | $1,047,728 | $ 940,766 | $ 537,951 | $ 494,998 | $ 56,506 | $ 962,325 | $ 197,510 | $ 169,557 | $ 54,138 |
| ning Revenue | $ 1,018,577 | $ - | $ - | $ - | $1,018,577 | $ - | $ - | $ - | $ - | $1,014,371 | $ - | $ - | $ - | $1,014,371 |
| ning Expenses | $ - | $ 757,837 | $ 1,640 | $ 701,700 | $ 4,042 | $ 75,415 | $ 309,640 | $ 17,200 | $ 355,542 | $ 73,995 | $ 671,640 | $ 2,200 | $ 3,542 | $ 117,630 |
| lding Expenses | $ - | $ 149,429 | $ 135,098 | $ 1,380 | $ 82,350 | $ 31,548 | $ 93,175 | $ 25,753 | $ 82,950 | $ 34,557 | $ 93,175 | $ 25,753 | $ 111,877 | $ 33,932 |
| ding Cash Balance | $ 1,862,627 | $ 955,361 | $ 818,623 | $ 115,543 | $1,047,728 | $ 940,766 | $ 537,951 | $ 494,998 | $ 56,506 | $ 962,325 | $ 197,510 | $ 169,557 | $ 54,138 | $ 916,947 |

8