# EXHIBIT A

ethereum
ripple

# The Plan Part II-The next ninety days

# The Court Proposed Budget (Mining)

- Revenue has decrease due to storm damage – This will also result in electricity costs decreasing.

**BCause Mining LLC Budget Through 9/6/2019**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mining | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| Revenues | | | | | | | | | | | | | | |
| Total Revenue | | | | | 967,752 | | | | 967,752 | | | | 967,752 | |
| | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | 56,000 | | | | 56,000 | |
| Alliance Material Handling | | | | 1,402 | | | | 1,402 | | | | 1,402 | | |
| CenturyLink | | | | | 1,664 | | | | | 1,664 | | | | 1,664 |
| Dominion Energy | | 308,000 | | 352,000 | | 630,000 | | | | | 630,000 | | | |
| G Hogan Commercial Cleaning | | | 500 | | | | | 500 | | | 500 | | | |
| Hoffland Properties | 58,570 | | | | 58,570 | | | | 58,570 | | | | | 58,570 |
| Hoffland Properties April Stub Payment | 12,365 | | | | 12,365 | | | | | | | | | |
| Insurance Group | | 3,134 | | 200 | | 3,134 | | 200 | | 3,134 | | 200 | | |
| Jack Frost | | | | 500 | | | | 500 | | | | 500 | | |
| Maintenance & Repairs | | | 20,000 | | | 20,000 | | | | 20,000 | | | | |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Payroll (Paychex) | | | | | | 18,016 | | 18,016 | | 18,016 | | 18,016 | | 18,016 |
| Silbar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | | 1,440 |
| The Water H2ole | | | 60 | | | | | 60 | | | | 60 | | |
| Verizon | 2,840 | | | | 1,420 | | | | 1,420 | | | | | 1,420 |
| Total Expenses | 75,415 | 312,774 | 22,200 | 355,742 | 75,659 | 672,790 | 2,200 | 21,758 | 119,294 | 672,790 | 2,200 | 21,758 | 57,664 | 79,646 |
| | | | | | | | | | | | | | | |
| Net | (75,415) | (312,774) | (22,200) | (355,742) | 892,094 | (672,790) | (2,200) | (21,758) | 848,458 | (672,790) | (2,200) | (21,758) | 910,088 | (79,646) |

# The Court Proposed Budget (Holding)

BCause LLC (Holding) Budget Through 9-6-2019

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holding | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| Revenue | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | | |
| Adequate Protection Payment | | | 24,973 | | | | 24,973 | | | | 24,973 | | | |
| BCause Bankruptcy Attorney Fees | | | | | | | | | | | 40,000 | | | |
| Bankruptcy Creditors Committee | | | | 10,000 | | | | 10,000 | | | | 10,000 | | |
| Bankruptcy Trustee Fee | | | | | | | | 28,792 | | | | | | |
| Routine Operating Expenses | | | | | | | | | | | | | | |
| CCA Financial | 18,096 | | | | 18,096 | | | | | | | | | |
| Century Link | 3,328 | | | | 3,328 | | | | | | | | | |
| Comcast | 325 | | | | 325 | | | | | | | | | |
| ComEd | | 125 | | | | 125 | | | | | | | | |
| Cox Communications | 150 | | | | 150 | | | | | | | | | |
| Fonality | 135 | | | | 135 | | | | | | | | | |
| Google | | | | | | | | | | | | | | |
| Greenwich Center | 3,127 | | | | 3,127 | | | | | 4,000 | | | | -1,439 |
| Greenwich Center April Stub Payment | 625 | | | | 625 | | | | | | | | | |
| Insurance Group | | 2,262 | | 80 | | 2,262 | | 80 | | | 2,262 | | 80 | 2,262 |
| Liability Insurance | | | | | | | | | | | | | | |
| Microsoft | | 143 | | | | 143 | | | | | 143 | | | |
| Payroll (Paychex) | | 73,848 | | 73,848 | | 73,848 | | 73,848 | | | 21,640 | | 21,640 | |
| Pinnacle Group | | | | 600 | | | | 600 | | | | 600 | | |
| Travel Expenses | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | | 1,250 | | 1,250 | 1,250 |
| W-R2 | 5,512 | | | | 11,024 | | | | | | | | | -25,000 |
| Total Expenses | 31,298 | 77,628 | 24,973 | 85,778 | 36,810 | 77,628 | 24,973 | 114,570 | 4,000 | 25,295 | 64,973 | 33,570 | 0 | -22,927 |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | $1,055,828 | $949,116 | $558,714 | $511,541 | $70,020 | $925,304 | $174,886 | $147,713 | $11,385 | $855,843 | $157,758 | $90,585 | $35,257 | $945,345 |
| Mining Revenue | $0 | $0 | $0 | $0 | $967,752 | $0 | $0 | $0 | $967,752 | $0 | $0 | $0 | $967,752 | $0 |
| Mining Expenses | $75,415 | $312,774 | $22,200 | $355,742 | $75,659 | $672,790 | $2,200 | $21,758 | $119,294 | $672,790 | $2,200 | $21,758 | $57,664 | $79,646 |
| Holding Expenses | $31,298 | $77,628 | $24,973 | $85,778 | $36,810 | $77,628 | $24,973 | $114,570 | $4,000 | $25,295 | $64,973 | $33,570 | $0 | ($22,927) |
| Ending Cash Balance | $949,116 | $558,714 | $511,541 | $70,020 | $925,304 | $174,886 | $147,713 | $11,385 | $855,843 | $157,758 | $90,585 | $35,257 | $945,345 | $888,625 |

- Holding + Mining create $101,295 in free cash flow since week ending May 3rd. (almost $6K/wk on average)
- Inclusive of $208,683 bankruptcy related charges
- An early exit from bankruptcy implies $309,987 in free cash flow during the same period. (over $17K/wk. on average)
- Extending the budget to 6 Sept to accommodate the continuance. Cash Surplus is projected to have grown from $844K to $945K.

11

# The Proposed Budget (Spot)

BCause Spot LLC Budget Through 9-6-2019

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spot | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep |
| Revenue | | | | | | | | | | | | | | |
| Trading Revenue | | | | | | | | | | | | | 259 | |
| Expenses | | | | | | | | | | | | | | |
| One Time Startup Expenses | | | | | | | | | | | | | | |
| BitGo | | | | | | 11,500 | | | | 10,000 | | | | |
| Documentation | | | | | 5,000 | 5,000 | 5,000 | 5,000 | | | | | | |
| IT Plan Certification | | | | | | | | | | | 50,000 | | | |
| Money Transmitter | | | | 10,000 | | | | 10,000 | | | | 10,000 | | |
| NASDAQ | | | | | | | | | | 17,885 | | 27,917 | | |
| NMLS Washington State Obligation | | | | | | | | | | | | | | |
| Software Development | | | | | 5,000 | | 5,000 | | 5,000 | | | | | |
| Routine Operating Expenses | | | | | | | | | | | | | | |
| AML/KYC Related Expenses | | | | | | | | | | | | | 50 | |
| CCA Financial | | | | | | | | | 18,096 | | | | | 18,096 |
| Comcast | | | | | | | | | | | | | | |
| ComEd | | | | | | | | | | | | | | |
| Cox Communications | | | | | | | | | | 150 | | | | |
| Customer Service | | | | | | | | | | | | | | |
| Fonality | | | | | | | | | 135 | | | | | 135 |
| Google | | | | | | | | | | | 380 | | | |
| Insurance Group | | | | | | | | | 12,849 | | 12,849 | | 12,849 | |
| Liability Insurance | | | | | | | | | | | | | | |
| Microsoft | | | | | | | | | 550 | | | | 550 | |
| Miscellaneous Expenses | | | | | | | | | 250 | 250 | 250 | 250 | 250 | 250 |
| Payroll (Paychex) | | | | | | | | | 36,711 | | 36,711 | | 36,711 | |
| Pinnacle Group | | | | | | | | | | | | | | |
| Rent (Chicago Office) | | | | | | | | | 138 | 12,000 | | | | 6,000 |
| Total Expenses | | | | 15,000 | 5,000 | 21,500 | 5,000 | 20,138 | 80,591 | 28,285 | 100,190 | 38,167 | 50,410 | 24,481 |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | $0 | $0 | $0 | $0 | ($15,000) | ($20,000) | ($41,500) | ($46,500) | ($66,638) | ($147,229) | ($175,514) | ($275,704) | ($313,871) | ($364,022) |
| Spot Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $259 | $0 |
| Spot Expenses | $0 | $0 | $0 | $15,000 | $5,000 | $21,500 | $5,000 | $20,138 | $80,591 | $28,285 | $100,190 | $38,167 | $50,410 | $24,481 |
| Ending Cash Balance | $0 | $0 | $0 | ($15,000) | ($20,000) | ($41,500) | ($46,500) | ($66,638) | ($147,229) | ($175,514) | ($275,704) | ($313,871) | ($364,022) | ($388,503) |

- Spot exchange is almost ready to launch on NASDAQ platform; $503K funding required to go-live Aug 12
- Investors ready to fund Spot through first week in November, this creates strategic enterprise value with functioning exchange
- **Need court and creditor agreement to not encumber new money to proceed**

# The Justification

- Currently, all business lines have been treated as one (lien and bank account restrictions affect all business lines)
- If Spot business is allowed to operate independently, creditors would be in a better position due to offload of associated costs, investment of new money and associated increase in enterprise value



Cash availablity to service debt

**Electricity Costs represent ~65% of Mining COS**

**If Spot Business is split out…**
- Able to raise cash independently
- Spot expenses removed from mining business

… **More cash for creditors**

13

# Areas of Potential Improvement The Proposed Mining/Holding Budget

**Verizon** – This period still contains one additional prepayment of $1420 which will not recur.
Reject **Greenwich Center** lease and obtain smaller offices estimated savings $1500/mo.
Sublease – **Wild Things Apparel** is interested in subleasing a portion of the Greenwich facility estimated savings ~$2000/mo.

Renegotiate portion of the **Dominion Power** Agreement estimated savings $5800/mo.
-Or-
Generate Power on site using equipment from **GPC Green Energy** and natural gas from **Virginia Natural Gas** estimated savings $37,000/mo. (This would lower our price of power from ~$53/MWhr to $50/MWhr)
-Or-
Move the facility to North Carolina in conjunction with **Cube Hydro** and save an estimated >$60,000/mo. on power and facility costs

Combine estimated additional savings range ($9300 - $61,500/mo.)

14



| BCause, LLC Creditor | | Amount | BCause, LLC Creditor | | Amount |
|---|---|---|---|---|---|
| NASDAQ | 3 | $ 804,070.14 | W-R2 Jefferson | 31 | $ 9,900.00 |
| Katten Munchin | 1 | $ 470,236.95 | Chapman Dawn | 32 | $ 9,519.60 |
| John Ashby | 2 | $ 159,000.00 | Chuck Mackie | 33 | $ 7,300.00 |
| Childress Patrick | 4 | $ 115,024.82 | Meltwater News | 34 | $ 6,500.00 |
| Grede Fred | 5 | $ 101,968.17 | K&L Gates | 35 | $ 5,840.87 |
| Fallon Kevin | 6 | $ 92,978.08 | FIA | 36 | $ 4,000.00 |
| Ciniva | 7 | $ 90,000.00 | Mayo Insurance | 37 | $ 3,612.35 |
| Adolphi Michael | 8 | $ 87,667.49 | Marc Nagel | 38 | $ 3,325.00 |
| Paychex | 9 | $ 86,432.67 | Greenwich Centre | 39 | $ 3,038.46 |
| Paul Wong | 10 | $ 79,500.00 | Sayler Brian | 40 | $ 2,235.67 |
| Karan Rai | 11 | $ 53,000.00 | Boyk William | 41 | $ 1,744.31 |
| Endurance Network | 12 | $ 52,923.55 | Frederick Grede | 42 | $ 1,717.00 |
| Capital Counsel | 13 | $ 45,500.00 | Justin Taylor | 43 | $ 1,487.50 |
| Century Link | 14 | $ 34,615.42 | Greenhouse Software | 44 | $ 1,375.00 |
| Pollack Bruce | 15 | $ 33,480.38 | Pinnacle Group | 45 | $ 1,200.00 |
| Cresce Ann | 16 | $ 30,359.81 | UNUM Dental | 46 | $ 867.10 |
| FIS | 17 | $ 30,000.00 | Health Equity | 47 | $ 809.60 |
| Crystal Clear | 18 | $ 29,521.25 | UNUM LTD | 48 | $ 706.67 |
| Jones Madden | 19 | $ 26,395.00 | UNUM STD | 49 | $ 506.92 |
| Patrick Childress | 20 | $ 25,000.00 | MA Commonwealth | 50 | $ 500.00 |
| Amazon Web Services | 21 | $ 22,686.00 | Andrew Cohen | 51 | $ 500.00 |
| Tradehelm | 22 | $ 20,840.00 | Sun Life | 52 | $ 445.26 |
| LeClair Ryan | 23 | $ 18,128.70 | Asgard | 53 | $ 441.26 |
| United Healthcare | 24 | $ 15,645.03 | Comcast | 54 | $ 324.45 |
| BitGo | 25 | $ 13,500.00 | AON Risk Services | 55 | $ 300.00 |
| Softvision | 26 | $ 13,318.00 | ComEd | 56 | $ 276.68 |
| Abacus Solutions | 27 | $ 13,088.00 | GA Secretary of State | 57 | $ 225.00 |
| Brian Sayler | 28 | $ 12,568.79 | Cox Business | 58 | $ 150.27 |
| Jeff Brandt | 29 | $ 11,175.00 | RI Department of State | 59 | $ 150.00 |
| Century Link | 30 | $ 10,931.19 | Legal Resources | 60 | $ 140.00 |
| | | | Hire Right | 61 | $ 124.70 |
| Total | | $ 2,599,554.44 | Electronic Verification Systems | 62 | $ 120.87 |
| | | | UNUM Vision | 63 | $ 114.42 |
| | | | Chris Sikes | 64 | $ 25.00 |
| | | | Total | | $ 69,523.96 |



# Liabilities BCause Mining LLC

| Bcause Mining, LLC Creditor | | Amount | Bcause Mining, LLC Creditor | | Amount |
|---|---|---|---|---|---|
| BMG Operations | 1 $ | 3,898,377.00 | Solutrix | 22 $ | 8,160.00 |
| Professional Heating and Air | 2 $ | 957,856.37 | Inate One | 23 $ | 6,800.00 |
| WESCO Dist | 3 $ | 745,756.08 | Fidelity Labs | 24 $ | 4,960.00 |
| US Customs & Border Protection | 4 $ | 737,041.90 | Alliance Material | 25 $ | 2,803.70 |
| CSC | 5 $ | 626,305.84 | Verizon | 26 $ | 2,801.16 |
| Dominion Energy | 6 $ | 366,000.00 | FRMO Corp | 27 $ | 2,400.00 |
| AlphaCraft | 7 $ | 351,386.40 | Bruce Pollack | 28 $ | 1,717.00 |
| Pro Windows | 8 $ | 333,611.09 | EE Flake Thomas | 29 $ | 1,205.22 |
| Zhouyang Song | 9 $ | 295,356.40 | Hogan Commercial Cleaning | 30 $ | 500.00 |
| BFPE International | 10 $ | 213,750.00 | Jack Frost Enterprises | 31 $ | 480.00 |
| Bay Technologies | 11 $ | 89,437.46 | Image 360 | 32 $ | 87.98 |
| Hoffland Properties | 12 $ | 58,570.00 | The Water H20le | 33 $ | 59.82 |
| CB Critical | 13 $ | 53,057.00 | John's Brothers | 34 $ | 15.00 |
| Endurance IT | 14 $ | 52,923.55 | | | |
| HK Cryptocurrency Mining | 15 $ | 43,200.00 | **Total** | $ | 31,989.88 |
| Horizon Kinetic | 16 $ | 26,400.00 | | | |
| Amazon Web Services | 17 $ | 22,686.06 | | | |
| EF Fallon Kevin | 18 $ | 15,018.50 | | | |
| Joseph LaMontagne | 19 $ | 12,500.00 | | | |
| Michael Adolphi | 20 $ | 12,500.00 | | | |
| Silbar | 21 $ | 10,336.00 | | | |
| **Total** | | **$ 8,922,069.65** | | | |

16



# Liabilities Summary

| | | | % of Overall Debt | Cumm % |
|---|---|---|---|---|
| # of creditors | | 98 | | |
| 9 Largest Creditors | | | | |
| 1 | BMG Operations | $ 3,898,377.00 | 34.2% | 34.2% |
| 2 | Professional Heating and Air | $ 957,856.37 | 8.4% | 42.6% |
| 3 | NASDAQ | $ 804,070.14 | 7.0% | 49.6% |
| 4 | WESCO | $ 745,756.08 | 6.5% | 49.1% |
| 5 | US Customs & Border Protection | $ 737,041.90 | 6.5% | 55.6% |
| 6 | CSC | $ 626,305.84 | 5.5% | 61.0% |
| 7 | Katten Munchin | $ 470,236.95 | 4.1% | 65.2% |
| 8 | Dominion Energy | $ 366,000.00 | 3.2% | 68.4% |
| 9 | AlphaCraft | $ 351,386.40 | 3.1% | 71.5% |
| 10 | ProWindows | $ 333,611.09 | 2.9% | 74.4% |
| | Total | $ 9,290,641.77 | | |
| # of creditors who are employees | | 4 | | |
| # of creditors who are investors | | 12 | | |

17

# Priorities

| | Key Take Aways: | Jun | Jul | Aug | Sept | Oct |
|---|---|---|---|---|---|---|
| 1 | Pay BFPE for completion of fire suppression system | | $71,250 | $71,250 | $71,250 | |
| 3 | Large Creditors | | | | | |
| A | Forgive 1/3 | $3,803,128.93 | | | | |
| B | Convert 1/3 | $3,803,128.93 | | | | |
| C | Amortize 1/3 | $3,803,128.93 | | | | |

Explanation
1. BFPE is prioritized due to the necessity to complete the fire suppression system or be forced out of business by the Fire Marshall.
3a. Forgiveness of 1/3 of the debt renders a debt burden that is manageable
3b. Conversion of 1/3 of the debt to equity at 11 mos. revenue (Mining & replacement cost Spot)
3c. Amortize 1/3 of debt over five years at 12% interest

18