# EXHIBIT A

# Convert 1/3 of Debt to Equity

**DEBT CONVERSION UNDER TURN-AROUND PLAN**

| | | |
|---|---|---|
| Pre Money | $ 10,800,000 | ~11 Months Revenue (Mining) |
| | $ 2,000,000 | Replacement Value (Spot) |
| | $12,800,000 | Total |
| Class A Units | 5,971,632 | |
| Class B Units | 6,375,435 | |
| **A+B Units** | 12,347,067 | |
| Share price | $ 1.04 | |
| Debt conversion | $ 3,803,128.93 | 1/3 of large creditor debt |
| New shares | 3,656,855 | |
| Ownership | 22.850% | A+B+New Shares |
| A+B+New Units | 16,003,922 | # of shares |
| **Post Money** | $ 16,603,129 | |

| | |
|---|---|
| BCause Holding | $ 2,669,078.40 |
| BCause Mining | $ 8,954,059.53 |
| BFPE Adj. | $ 213,750.00 |
| **Total** | $ 11,409,387.93 |
| Forgive 1/3 | $ 3,803,128.93 |
| Convert 1/3 | $ 3,803,128.93 |
| Amotize 1/3 | $ 3,803,128.93 |

19

# Amortize 1/3 of Debt Over 5 Years

| Loan Values | |
|---|---|
| Loan amount | $3,803,128.93 |
| Annual interest rate | 12.00% |
| Loan period in years | 5 |
| Start date of loan | 8/1/2019 |

| Loan Summary | |
|---|---|
| Monthly payment | $84,598.50 |
| Number of payments | 60 |
| Total interest | $1,272,781.22 |
| Total cost of loan | $5,075,910.15 |

20



# Key Elements

- Substantial cost reductions are still available (Doesn't necessitate the assumption of new revenue)
- Enables Spot to fund itself and go live to add value
- Improves Balance Sheet - Reduce debt burden: debt forgiveness, conversion to equity, and amortization



# Assumptions

- Current Customers will continue service with BCause and pay their bills
- Able to replace or extend existing contracts with clients as they expire
- Crypto retains current value or continues to increase
- Improvements of $6.8MM in Balance Sheet ($3.4MM debt forgiveness and $3.4MM conversion to equity) will enhance Bcause' ability to raise new capital



# Risks & Dependencies

- Mining - margin is slim and needs to scale to improve margins
- Spot - Sufficient funding from potential investors
- Spot - needs agreement from court and creditors to fund and operate separately
- Spot - successful development of full market (sales and marketing)



# Opportunities

- Work-out with creditors
- Spot - revenue currently considered not material
- Mining & Spot - New money raise with "Cleaner Balance Sheet" and Operational Exchange
- Regulatory developments

# Summary of Benefits to Stakeholders

**Approval and Execution of Turn-around Plan**

## Benefits to Creditors
- Manageable debt structure with realistic probability of repayment
- Share in the upside of execution on business plan
- Far smaller "haircut" than is typical in these cases

## Opportunities for Shareholders
- Increased enterprise value if Spot is up and running
- New mining customers as digital assets evolve, regulatory rulings mature the industry, etc.
- Self-mining
- Help creditors mine at Bcause, handle digital assets, etc.

**Realization of Bcause business strategy and plan**

25



# Fallback Plan (Option 1 – Mining Only)

- Wind up or Sell off spot business
- $2.0MM sunk costs to date (loss to creditors and shareholders)
- 10 Jobs lost
- No Derivatives Market
- Mining - business may not be sustainable long-term relative to scale, cost of power, business synergy, other value-added services



# Fallback Plan (Option 2 – Close the doors)

### Wind Up / Ch. 7
- ~$900K yield from asset sales
- Wesco somewhat satisfied
- "Disastrous" for all other creditors
- $16MM lost in equity
- 20 Jobs lost

