# EXHIBIT A



# Summary of Benefits to Stakeholders

## Benefits to Creditors
- Manageable debt structure with realistic probability of repayment
- Share in the upside of execution on business plan
- Far smaller "haircut" than is typical in these cases

## Opportunities for Shareholders
- Increased enterprise value if Spot is up and running
- New mining customers as digital assets evolve, regulatory rulings mature the industry, etc.
- Self-mining
- Help creditors mine at Bcause, handle digital assets, etc.
- Realization of Bcause business strategy and plan

30

# Projections of Electric Bills Apr - Oct

|  | Apr - May | May - Jun | Jun - Jul | Jul - Aug | Aug - Sep | Sep - Oct |
|---|---|---|---|---|---|---|
|  |  |  | With Curtailment |  |  |  |
| Assumed A Days | 0 | 3 | 4 | 9 | 8 | 2 |
| Assumed B Days | 30 | 27 | 26 | 21 | 22 | 28 |
| On Peak A | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Peak A | 0 | 42 | 56 | 126 | 112 | 28 |
| On Peak B | 300 | 270 | 260 | 210 | 220 | 280 |
| Off Peak B | 420 | 378 | 364 | 294 | 308 | 392 |
| Total Hours | 720 | 690 | 680 | 630 | 640 | 700 |
| Basic Customer Charge | $ 123.10 | $ 123.10 | $ 123.10 | $ 123.10 | $ 123.10 | $ 123.10 |
| Dist Demand Primary | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 |
| Dist Service KWH | $ 719.88 | $ 719.88 | $ 719.88 | $ 719.88 | $ 719.88 | $ 719.88 |
| Rider C1A | $ 49.65 | $ 49.65 | $ 49.65 | $ 49.65 | $ 49.65 | $ 49.65 |
| OnPeak A Charge |  | $ - | $ - | $ - | $ - | $ - |
| OffPeak A Charge |  | $ 20,215.11 | $ 26,953.48 | $ 60,645.34 | $ 53,906.97 | $ 13,476.74 |
| OnPeak B Charge | $ 110,609.08 | $ 99,548.17 | $ 95,861.20 | $ 77,426.35 | $ 81,113.32 | $ 103,235.14 |
| OffPeak B Charge | $ 108,041.13 | $ 90,684.89 | $ 87,326.19 | $ 70,532.69 | $ 73,891.39 | $ 94,043.59 |
| Adjustment Chg Prim | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) |
| Contract Demand Chg | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) |
| Transmission Demand Chg | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 |
| FuelCharge | $ 346,673.18 | $ 332,228.47 | $ 327,413.56 | $ 303,339.03 | $ 308,153.94 | $ 337,043.37 |
| RiderCharge | $ 82,626.07 | $ 79,183.32 | $ 78,035.74 | $ 72,297.81 | $ 73,445.40 | $ 80,330.90 |
| TotalCharge | $ 671,213.84 | $ 645,124.34 | $ 638,854.55 | $ 607,505.61 | $ 613,775.40 | $ 651,394.12 |
| perkwHr |  |  |  |  |  |  |

| | |
|---|---|
| Total | $ 3,827,867.86 |
| Avg | $ 637,977.98 |
| Max | $ 671,213.84 |
| Min | $ 607,505.61 |
| Diff | $ 63,708.23 |
| % of Avg | 9.99% |

Key Take Aways:
- Average estimated bills for period Apr - Oct = $637,977.98

31

# Past Due Amounts with Dominion Power

| Period | Bill Date | Past Due Amount | BCause Revenue By Month | Elect. Bill % of Revenue |
|---|---|---|---|---|
| 2/9-3/21 | 3/22/2018 | $ 695,196.48 | $ 887,405.00 | 78% |
| 3/21-4/18 | 4/27/2018 | $ 1,235,125.13 | $ 915,753.00 | 59% |
| 4/18-5/21 | 5/30/2018 | $ 2,054,309.22 | $ 1,236,826.74 | 66% |
| 5/21-6/20 | 6/21/2018 | $ 2,380,916.99 | $ 1,200,788.30 | 72% |
| 6/20/7/20 | 7/21/2018 | $ 3,250,926.57 | $ 1,144,224.61 | 76% |
| 7/20-8/20 | 8/21/2018 | $ 4,092,324.05 | $ 1,103,128.95 | 76% |
| 8/20-9/17 | 9/27/2018 | $ 1,669,565.08 | $ 1,772,861.00 | 44% |
| 9/17-10/16 | 10/19/2018 | $ 1,125,732.09 | $ 1,713,402.54 | 46% |
| 10/16-11/15 | 11/20/2018 | $ 863,203.88 | $ 1,181,004.08 | 73% |
| 11/15-12/17 | 12/20/2018 | $ 1,234,956.51 | $ 1,219,195.00 | 72% |
| 12/17-1/17 | 1/29/2019 | $ 722,506.40 | $ 1,292,991.33 | 60% |
| 1/17-2/18 | 2/27/2019 | $ 803,789.07 | $ 1,186,511.61 | 61% |
| 2/18-3/19 | 3/28/2019 | $ 1,459,267.59 | $ 1,129,059.57 | 58% |

Key Take Aways:
- Our failure to accrue sufficient amounts during initial Dominion Power billing periods led to significant past due amount
- Dominion Power's significant variability in presenting a timely/accurate bill also contributed

- **On this Date June 5, 2019 we actually have a slight surplus with Dominion Power.**

32

# Effects of Billiing Cycle Variations

| Period | Bill Date | # of Days in Billing Period | # of Days Since End of Billing Period | Total Duration |
|---|---|---|---|---|
| 2/9-3/21 | 3/22/2018 | 40 | 1 | 41 |
| 3/21-4/18 | 4/27/2018 | 28 | 9 | 37 |
| 4/18-5/21 | 5/30/2018 | 33 | 9 | 42 |
| 5/21-6/20 | 6/21/2018 | 30 | 1 | 31 |
| 6/20/7/20 | 7/21/2018 | 30 | 1 | 31 |
| 7/20-8/20 | 8/21/2018 | 31 | 1 | 32 |
| 8/20-9/17 | 9/27/2018 | 28 | 10 | 38 |
| 9/17-10/16 | 10/19/2018 | 29 | 3 | 32 |
| 10/16-11/15 | 11/20/2018 | 30 | 5 | 35 |
| 11/15-12/17 | 12/20/2018 | 32 | 3 | 35 |
| 12/17-1/17 | 1/29/2019 | 31 | 12 | 43 |
| 1/17-2/18 | 2/27/2019 | 32 | 9 | 41 |
| 2/18-3/19 | 3/28/2019 | 29 | 9 | 38 |
| | | | Min | 31 |
| | | | Max | 43 |
| | | | Difference | 12 |
| | | | Implied Cost/Benefit | $302,455.07 |
| | | | Average | 37 |
| | | | Min Var from Average | 6 |
| | | | Max Var from Average | 6 |

Key Take Aways:
- We would like a fixed 30 day billing cycle with a fixed 5 day billing interval – This would minimize variance from month to month
- If the bill could be presented on the 1st of the month this would match cash flow with when our customers typically pay us.

33

# Trend in Past Due Amounts Dominion Power



Uptick due to funds being held at the end of March

| Period | Bill Date | Past Due Amount |
|---|---|---|
| 2/9-3/21 | 3/22/2018 | $ 695,196.48 |
| 3/21-4/18 | 4/27/2018 | $ 1,235,125.13 |
| 4/18-5/21 | 5/30/2018 | $ 2,054,309.22 |
| 5/21-6/20 | 6/21/2018 | $ 2,380,916.99 |
| 6/20/7/20 | 7/21/2018 | $ 3,250,926.57 |
| 7/20-8/20 | 8/21/2018 | $ 4,092,324.05 |
| 8/20-9/17 | 9/27/2018 | $ 1,669,565.08 |
| 9/17-10/16 | 10/19/2018 | $ 1,125,732.09 |
| 10/16-11/15 | 11/20/2018 | $ 863,203.88 |
| 11/15-12/17 | 12/20/2018 | $ 1,234,956.51 |
| 12/17-1/17 | 1/29/2019 | $ 722,506.40 |
| 1/17-2/18 | 2/27/2019 | $ 803,789.07 |
| 2/18-3/19 | 3/28/2019 | $ 1,459,267.59 |

34      34

# Trend in Overall Liabilities

| | Current Assets | Long Term Assets | Total Assets | Current Liabiilties | Long Term Liabilities | Total Liabilities | Owners Equity |
|---|---|---|---|---|---|---|---|
| Mar-18 | $ 5,410,405.17 | $ 8,789,580.92 | $ 14,199,986.09 | $ 11,593,493.29 | | $ 11,593,493.29 | $ 2,606,492.80 |
| Apr-18 | $ 3,729,733.57 | $ 11,485,619.92 | $ 15,215,353.49 | $ 12,799,035.49 | | $ 12,799,035.49 | $ 2,416,318.00 |
| May-18 | $ 2,197,347.74 | $ 14,506,677.38 | $ 16,704,025.12 | $ 14,269,495.96 | | $ 14,269,495.96 | $ 2,434,529.16 |
| Jun-18 | $ 1,838,285.66 | $ 16,047,865.29 | $ 17,886,150.95 | $ 15,917,676.45 | $ 18,720.00 | $ 15,936,396.45 | $ 1,949,754.50 |
| Jul-18 | $ 1,898,730.39 | $ 16,263,855.80 | $ 18,162,586.19 | $ 16,928,333.11 | $ 30,000.00 | $ 16,958,333.11 | $ 1,204,253.08 |
| Aug-18 | $ 1,440,397.73 | $ 16,507,503.73 | $ 17,947,901.46 | $ 17,208,142.23 | $ 78,000.00 | $ 17,286,142.23 | $ 661,759.23 |
| Sep-18 | $ 1,495,937.96 | $ 16,453,494.15 | $ 17,949,432.11 | $ 16,756,502.38 | $ 86,000.00 | $ 16,842,502.38 | $ 1,106,929.73 |
| Oct-18 | $ 1,944,015.39 | $ 16,408,680.21 | $ 18,352,695.60 | $ 16,523,404.02 | $ 86,000.00 | $ 16,609,404.02 | $ 1,743,291.58 |
| Nov-18 | $ 1,759,759.02 | $ 16,307,405.04 | $ 18,067,164.06 | $ 16,528,974.76 | $ 86,960.00 | $ 16,615,934.76 | $ 1,451,229.30 |
| Dec-18 | $ 970,960.00 | $ 16,384,628.00 | $ 17,355,588.00 | $ 10,845,752.00 | $ 5,158,647.00 | $ 16,004,399.00 | $ 1,351,189.00 |
| Jan-19 | $ 1,177,973.00 | $ 15,900,266.00 | $ 17,078,239.00 | $ 10,559,034.00 | $ 5,163,607.00 | $ 15,722,641.00 | $ 1,355,598.00 |
| Feb-19 | $ 1,011,984.00 | $ 15,834,340.00 | $ 16,846,324.00 | $ 10,364,724.00 | $ 5,163,607.00 | $ 15,528,331.00 | $ 1,317,993.00 |
| Mar-19 | $ 982,878.00 | $ 15,884,647.00 | $ 16,867,525.00 | $ 10,712,257.00 | $ 4,953,607.00 | $ 15,665,864.00 | $ 1,201,661.00 |

35

# Trend in Overall Liabilities Over Time



**Key Take Aways:**
- Long-Term (seven months) decrease of Total Liabilities from peak Aug 2018 ($17.2MM) to current ($15.6MM). This $1.6MM decrease implies ~$230K/mo rate of payoff
- Decrease in Current Liabilities indicates successful negotiation with one vendor

36

# EBITDA This Year

|  | Jan | Feb | Mar | Total |
|---|---|---|---|---|
| Income | $ 1,292,991.33 | $ 1,186,511.61 | $ 1,129,059.57 | $ 3,608,562.51 |
| COGS | $ 739,234.29 | $ 753,249.54 | $ 780,924.89 | $ 2,273,408.72 |
| Gross Profit | $ 553,757.04 | $ 433,262.07 | $ 348,134.68 | $ 1,335,153.79 |
| Cost of Sales and Selling | $ 17,448.06 | $ 3,603.82 | $ 1,345.01 | $ 22,396.89 |
| G&A | $ 358,261.71 | $ 300,431.59 | $ 310,861.15 | $ 969,554.45 |
| EBITDA | $ 178,047.27 | $ 129,226.66 | $ 39,428.52 | $ 346,702.45 |
| Depreciation | $ 137,329.08 | $ 137,329.08 | $ 137,329.08 | $ 411,987.24 |
| EBIT | $ 40,718.19 | $ (8,102.42) | $ (97,900.56) | $ (65,284.79) |
| Interest | $ 33,138.69 | $ 32,763.69 | $ 17,763.69 | $ 83,666.07 |
| Net Income | $ 7,579.50 | $ (40,866.11) | $ (115,664.25) | $ (148,950.86) |

Notes from Controller:
Old Pro Window invoices given to me in March were entered in the amount of $129,648
of this amount, $90,188 was booked to COGS, and the remaining $39,460 to Fixed Asset LHI Phase II.

This means that without these additional invoices, the P&L would have looked like this:
Net Operating Income (EBIDA): $126,117
Net Income/Loss: ($26,053)

37

# Margins Over Time



| | Gross Profit | EBITDA | EBITDA Adj. | Net Margin | Net Margin Adj. |
|---|---|---|---|---|---|
| Mar-18 | $ 87,888 | $ (409,629) | $ (409,629) | $ (409,629) | $ (409,629) |
| Apr-18 | $ 353,834 | $ (189,521) | $ (189,521) | $ (189,521) | $ (189,521) |
| May-18 | $ 622,908 | $ 18,653 | $ 18,653 | $ 18,653 | $ 18,653 |
| Jun-18 | $ 301,382 | $ (185,746) | $ (185,746) | $ (484,709) | $ (484,709) |
| Jul-18 | $ 43,401 | $ (645,913) | $ (645,913) | $ (745,567) | $ (745,567) |
| Aug-18 | $ 192,555 | $ (433,021) | $ (433,021) | $ (532,675) | $ (532,675) |
| Sep-18 | $ 959,371 | $ 539,369 | $ 539,369 | $ 439,715 | $ 439,715 |
| Oct-18 | $ 879,391 | $ 486,012 | $ 486,012 | $ 386,358 | $ 386,358 |
| Nov-18 | $ 272,170 | $ (190,868) | $ (190,868) | $ (290,522) | $ (290,522) |
| Dec-18 | $ 312,224 | $ 135,340 | $ 135,340 | $ (115,561) | $ (115,561) |
| Jan-19 | $ 553,756 | $ 157,173 | $ 157,173 | $ 19,844 | $ 19,844 |
| Feb-19 | $ 433,262 | $ 96,554 | $ 96,554 | $ (40,775) | $ (40,775) |
| Mar-19 | $ 348,135 | $ 39,429 | $ 126,111 | $ (116,241) | $ (26,053) |