# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

## NOTICE OF MOTION OF WESCO DISTRIBUTION TO EXCEED PAGE LIMITATION

To:     ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on June 21, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or any Judge who may be sitting in her stead, and shall present the attached WESCO Distribution's Motion to Exceed Page Limitation, a copy of which is attached hereto and herewith served upon you.

Dated: June 18, 2019
/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
mcarr@mcdonaldhopkins.com

{8162469: }

# CERTIFICATE OF SERVICE

I, David A. Agay, hereby certify that on June 18, 2019, I caused a true and correct copy of the forgoing *Notice of Motion of WESCO Distribution, Inc. to Exceed Page Limitation* to be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC and BCause Mining LLC a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC and BCause Mining LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

J Mark Fisher on behalf of Creditor Hoffland Properties, Inc
mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com

Jennifer M McLemore on behalf of Creditor BMG Operations Ltd.
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Arthur G Simon on behalf of Debtor 1 BCause LLC and BCause Mining LLC, a Virginia limited liability company
asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201


AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

{8162469: }

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509

Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Russell R Johnson, III and John M. Craig,
on behalf of Creditor Virginia Electric and
Power Company
d/b/a Dominion Energy Virginia
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago,
IL 60657

FIS Systems International LLC 601
Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

{8162469: }

Paychex of New York LLC 8215 Forest Point Blvd., #150
Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017

Boyk, William
982 Dakota Circle
Naperville, IL 60563

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr. Long
Grove, IL 60047

FIA
2001 Pennsylvania Ave. NW, #600
Washington, DC 20006

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karen Rai
921 Atlantic Ave., #1401
Virginia Beach, VA  23451

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452

MA Commonwealth
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23450

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607

{8162469: }

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606

UNUM – Dental
PO Box 406990
Atlanta, GA  30384

UNUM – LTD/B Life
PO Box 406990
Atlanta, GA  30384

UNUM – STD
PO Box 406990
Virginia Beach, VA  23455

UNUM – Vision
PO Box 406990
Eaton Park, FL  33840

Alliance Material Handling
PO Box 62050
Baltimore, MD  21264-2050

Bruce Pollack
167 Park Ave
Glencoe, IL  60022

EF Flake, Thomas
709 Roosevelt Avenue
Virginia Beach, VA  23452

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210

FRMO Corporation
One North Lexington Ave., #12-C
White Plains, NY  10601

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA  23320

Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA  23453

Johns Brothers Security
310 E. Street
Hampton, VA 23661

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457

The Water H2Ole, Inc
1444 Southern Blvd., #C2-A
Virginia Beach, VA  23454

Verizon
PO Box 15043
Albany, NY  12212-5043

/s/ David A. Agay
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BCause Mining LLC, *et al.* ) | Case No. 19-10562 |
| ) | |
| Debtors. ) | Honorable Janet S. Baer |
| ) | |

## WESCO DISTRIBUTION'S MOTION TO EXCEED PAGE LIMITATION

WESCO Distribution, Inc. ("WESCO") respectfully represents as follows in support of this motion (the "Motion"):

### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

2. By this Motion, WESCO seeks permission to file the its reply in support of its Motion to Dismiss [D.I. 35] (the "Reply") in excess of fifteen pages pursuant to Section 105(a) of the Bankruptcy Code and Local Bankruptcy Rule 5005-3(D).

### Relief Requested Should Be Granted

3. Section 105(a) of the Bankruptcy Code provides that this Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

4. Pursuant to Local Bankruptcy Rule 5005-3(D), WESCO must obtain this Court's approval before filing the Reply in excess of fifteen pages.

{8162469: }

5. WESCO and its counsel are committed to making every reasonable effort to heed this Court's advice and keep its filings short and to the point. WESCO endeavored to keep the Reply concise while properly informing the Court regarding WESCO's pending Motion to Dismiss. However, given the discovery conducted by WESCO since the filing of the Motion to Dismiss, the factual detail required to analyze the Debtor's revised business plan and testimony regarding valuation, and the detailed testimony anticipated on the issues, WESCO believes that fifteen pages is insufficient to provide the thorough and detailed submission required by the Bankruptcy Code.

### Notice

6. Notice of this Motion has been served on the following parties or to their counsel if known: (a) the Debtors; (b) the Official Committee of Unsecured Creditors; (c) the Office of the U.S. Trustee for the Northern District of Illinois; (d) each of the Debtors' creditors; and (e) all other parties who have requested notice or are otherwise registered on the Court's CM/ECF system in the Debtors' Chapter 11 Cases.

**WHEREFORE**, WESCO requests that the Court enter an order, substantially in the form of the attached hereto, granting the Motion, and allowing WESCO to file the Motion to Dismiss in excess of fifteen pages, and providing any other relief the Court deems just and proper.

Dated: June 18, 2019        /s/  David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
mcarr@mcdonaldhopkins.com

{8162469: }

# **CERTIFICATE OF SERVICE**

I, David A. Agay, hereby certify that on June 18, 2019, I caused a true and correct copy of the forgoing *Motion to Exceed Page Limitation* to be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC and BCause Mining LLC a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC and BCause Mining LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

J Mark Fisher on behalf of Creditor Hoffland Properties, Inc
mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com

Jennifer M McLemore on behalf of Creditor BMG Operations Ltd.
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Arthur G Simon on behalf of Debtor 1 BCause LLC and BCause Mining LLC, a Virginia limited liability company
asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

{8162469: }

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509

Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Russell R Johnson, III and John M. Craig,
on behalf of Creditor Virginia Electric and
Power Company
d/b/a Dominion Energy Virginia
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago,
IL 60657

FIS Systems International LLC 601
Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Paychex of New York LLC 8215 Forest
Point Blvd., #150
 Charlotte, NC 28273
Adam.bleifeld@softvision.com

{8162469: }

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017

Boyk, William
982 Dakota Circle
Naperville, IL 60563

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Cox Business

Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr. Long
Grove, IL 60047

FIA
2001 Pennsylvania Ave. NW, #600
Washington, DC 20006

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karen Rai
921 Atlantic Ave., #1401
Virginia Beach, VA 23451

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452

MA Commonwealth
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23450

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452

{8162469: }

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606

UNUM – Dental
PO Box 406990
Atlanta, GA  30384

UNUM – LTD/B Life
PO Box 406990
Atlanta, GA  30384

UNUM – STD
PO Box 406990
Virginia Beach, VA  23455

UNUM – Vision
PO Box 406990
Eaton Park, FL  33840

Alliance Material Handling
PO Box 62050
Baltimore, MD  21264-2050

Bruce Pollack
167 Park Ave
Glencoe, IL  60022

EF Flake, Thomas
709 Roosevelt Avenue
Virginia Beach, VA 23452

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210

FRMO Corporation
One North Lexington Ave., #12-C
White Plains, NY  10601

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA  23320

Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA  23453

Johns Brothers Security
310 E. Street
Hampton, VA 23661

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457

The Water H2Ole, Inc
1444 Southern Blvd., #C2-A
Virginia Beach, VA  23454

Verizon
PO Box 15043
Albany, NY  12212-5043

/s/ David A. Agay

{8162469: }