**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Judge Janet S. Baer |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No. 19-10562 |
| | ) | |

**STIPULATION OF FACTS BETWEEN THE DEBTOR AND VIRGINIA ELECTRIC**
**AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA**
**[Relates to Docket Nos. 4, and 7]**

The Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia

("Dominion")(the Debtor and Dominion collectively, the "Parties"), as reflected by the

signatures of their respective undersigned counsel below, hereby agree and stipulate to the

following facts regarding the Debtor's *Motion to Provide Adequate Assurance of Payment For*

*Continued Utility Service* [Docket No. 4] and  the *Objection of Virginia Electric and Power*

*Company d/b/a Dominion Energy Virginia To the Motion to Provide Adequate Assurance of*

*Payment For Continued Utility Service* (the "Objection") (Docket No. 7), which is set for a

hearing on June 21, 2019:

**<u>Stipulation Of Facts</u>**

1.      On January 17, 2019, the Debtor entered into an Agreement for Electric Service

with DEV (the "Agreement") under which the Debtor will be billed under Schedule 10 of DEV's

Terms and Conditions ("Schedule 10").  A true and accurate copy of the Agreement and

Schedule 10 are collectively attached to this Stipulation as **<u>Exhibit 1</u>**.

2.      The Debtor and Dominion's post-petition contractual relationship is governed by

the Agreement, Schedule 10 and the Terms and Conditions that are on file with the State

Corporation Commission of Virginia and can be obtained at:

https://www.dom.com/business/dominion-virginia-power/rates/business-rates-schedules.

3.     On April 11, 2019 (the "Petition Date"), the Debtor commenced its case under

Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") that is now pending

with this Court.  The Debtor continues to operate its business and manage its properties as a

debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

4.     On the Petition Date, the Debtor filed the *Motion to Provide Adequate Assurance*

*of Payment For Continued Utility Service* (the "Utility Motion")(Docket No. 4).

5.     On April 16, 2019, Dominion filed the Objection [Docket No. 7].

6.     On April 23, 2019, Dominion issued an invoice to the Debtor in the amount of

$238,588.48 for the service period of April 11, 2019 to April 22, 2019, which is attached to this

Stipulation as **Exhibit 2** (the "April 23, 2019 Invoice").

     A.     The average daily usage for charges included in the April 23, 2019 Invoice

were $21,689.86 per day.

7.     On May 6, 2019, the Debtor sent a payment to Dominion in the amount of

$660,000 as an estimated payment for charges from the Petition Date to May 11, 2019, which

Dominion received.

8.     On May 22, 2019, Dominion issued an invoice for total current charges of

$592,557.76 for the service period April 22, 2019 to May 19, 2019 (27 days) (the "May 22, 2019

Invoice"), which is attached to this Stipulation as **Exhibit 3**.

     A.     The average daily usage for the May 22, 2019 Invoice was $21,946 per day.

9.     On May 22, 2019, the Debtor sent a payment to Dominion in the amount of $700,000

via wire transfer tender as an estimated advance payment for post-petition charges incurred by the

2

Debtor from Dominion from May 12, 2019 to June 11, 2019, which Dominion received and applied

to the Debtor's outstanding invoices leaving a credit of $528,853.76 on the Debtor's account with

Dominion for billed charges through May 19, 2019.

10.     On May 29, 2019, Dominion filed a Proof of Claim in the amount of $388,365.68,

which is listed as Claim 3-1 on the Claims Register (the "Dominion Proof of Claim").  Attached to

the Dominion Proof of Claim is an invoice for final prepetition charges that reflects Dominion's

application of the $1,596,827.79 prepetition deposit against the $1,985,193.47 in final prepetition

charges pursuant to Section 366(c)(4) of the Bankruptcy Code leaving an unpaid prepetition balance

of $388,365.68.

11.     On June 14, 2019, the Debtor tendered to Dominion a payment in the amount of

$308,000 via wire transfer as an estimated advance payment for post-petition charges incurred by the

Debtor from Dominion from June 10, 2019 to June 24, 2019.

12.     The Debtor represents and agrees that it shall reduce its usage to 500 kW on peak-

hours on Day A Classification days as that term is defined in the parties Agreement for Electric

Service dated January 17, 2019 and Schedule 10 to Dominion's Terms and Conditions ("Peak A

Days").

13.     This Stipulation may be executed in identical counterparts, any of which may be

transmitted by facsimile or email, and each of which shall constitute an original and all of which

taken together shall constitute one and the same instrument.

14.     This Stipulation may not be amended, supplemented or otherwise altered except

by written agreement of the Parties.

**Agreed To As To Form And Substance:**

/s/ Russell R Johnson III
Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail:  russell@russelljohnsonlawfirm.com

-and-

Jason M. Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, Illinois 6066
Telephone: (312) 726-6244
E-mail: jason.torf@icemiller.com

*Counsel for Virginia Electric and Power Company d/b/a Dominion Energy Virginia*

/s/ Scott R. Clar
Scott R. Clar, Esq.
Jeffrey C. Dan, Esq.
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Email: sclar@cranesimon.com, jdan@cranesimon.com

*Debtor's Counsel*

# EXHIBIT 1

AGMT 20183

# Agreement for Electric Service

This Agreement, made this 17th day of January, 2019, by and between Virginia Electric and Power Company, a Virginia Corporation, doing business as Dominion Energy Virginia, (hereinafter called the Company), and BCause Mining, LLC, the bona fide owner or lessee of the premises described in Paragraph First, below (hereinafter called the Customer).

Witnesseth: That in consideration of the mutual covenants and agreements contained herein the parties hereto contract and agree with each other as follows:

First -- The Company shall furnish to the Customer, and the Customer shall purchase from the Company, at a mutually agreed upon Delivery Point, Electric Service required by the Customer upon the premises situated at 5485 Greenwich Road, Virginia Beach, Virginia, 23462, in the operation of a data center.

The term of this agreement shall be for an initial period ending ~~one year~~ See Term of Agreement Schedule 10 Paragraph Second below ~~after the commencement of the initial billing period hereunder and shall continue thereafter until either party gives the other ninety (90) days written notice of termination~~. Notwithstanding this initial term, the Customer may discontinue purchasing Electricity Supply Service from the Company at any time in accordance with the Company's applicable rate schedules, Terms and Conditions, Virginia Law, and Commission rules for changing energy suppliers. Discontinuance of Electricity Supply Service from the Company does not relieve either party from the obligations under this agreement with respect to the Electric Delivery Service or other products and services as may be addressed herein.

The normal facilities providing Electric Service to the Customer shall have a capacity to serve a 30-minute mean load not to exceed 22,719 kVA. If Electric Service is provided hereunder through new service facilities, the parties hereto shall make every reasonable effort to commence to provide and to receive Electric Service not later than the — of ---, ---. In the event that the Company is unable to provide Electric Service or the Customer is unable to receive Electric Service on this date, the date can be changed by mutual consent.

Second -- The characteristics of Electric Service hereunder, the voltage at which it will be metered and, where applicable, other special provisions, are as follows:

## Service Characteristics

Electricity supplied will be three phase, four wire, wye connected at approximately 19,900/34,500 volts and 60 hertz through a Company owned primary metering cabinet. All transformers and interconnecting primary cable behind the metering cabinet will be installed, owned and maintained by the Customer.

## Metering Characteristics

Electricity will be primary metered at approximately 19,900/34,500 volts.

## Service Voltage

Service voltage is defined as Primary.

## Term of Agreement - Schedule 10

The term of this agreement shall be for an initial period of one year (12 months) from the effective date hereof. For the first year of this agreement, service shall be provided under Schedule 10 - Large General Service. Service shall continue thereafter under Schedule 10 for additional one year periods unless either party requests discontinuation of

Customer _____                      Company _____ 5QS
                                              Date Printed: 1/17/19
                                              Page 1 of 5


Dominion
Energy

AGMT 20183

the application to Schedule 10 by giving sixty days written notice of discontinuation prior to the end of the initial one year period or any successive one year period. In such case and upon discontinuation of the application of Schedule 10, purchases of electricity shall be made from the Company for the remainder of the initial period in accordance with the applicable schedule as may be selected by the Customer from time to time. Notwithstanding the provisions for the discontinuation of Schedule 10 as described herein, upon completion of the initial term, this agreement may be terminated by either party by giving the other ninety days written notice of termination.

<u>Availability – Schedule 10</u>

This schedule is not available at a location until such time that the Company has installed all necessary metering equipment. This schedule is not available to Customers participating, either directly or indirectly through a third-party curtailment service provider, in any PJM Interconnection, LLC Demand Response Program or any Company-sponsored peak-shaving demand response program.

<u>Selection of Rate Schedule 10</u>

The Customer agrees to assume the liability for the selection of Rate Schedule 10 in accordance with Section VIII, Paragraph C of the Company's Terms and Conditions.

<u>Demand Minimums</u>

The Schedule 10 Contract Demand will be 22,680 kW, but shall be subject to change prior to the effective date of this agreement to equal any higher demand measured at this location, and thereafter shall be modified as provided in the rate schedule. At such time as the customer may elect billing under a schedule other than Schedule 10, the kW of demand used to determine any minimum charges shall not be less than 19,138 kW (the "Contract Minimum Demand"). When such other schedule includes a separately stated distribution demand charge, the only demand subject to this Contract Minimum Demand shall be the distribution demand.

Notwithstanding the initial term of this agreement as set forth in Paragraph "First" of this Agreement above, the Schedule 10 Contract Demand and/or the Contract Minimum Demand, as the case may be (the "Demand Minimums") shall be applicable throughout the term of this Agreement, and in any event for not less than 12 months from the effective date of such Demand Minimums.

Company and Customer agree that, in any and all events, the Demand Minimums shall survive the termination of this Agreement in accordance with the provisions of Paragraph "Second" of this Agreement above ("<u>Term of Agreement – Schedule 10</u>"), and shall remain in force and govern for as long as Customer purchases Electric Service from Company at and for the premises set forth in paragraph "First" of this agreement.

<u>Contract Dollar Minimum</u>

The minimum charge shall be as provided for in the applicable rate schedule. However, effective with initial billing month after the effective date of this Agreement, the minimum charge – excluding charges for fuel and taxes – will not be less than $116,725 per billing month.

<u>Terms and Conditions and Rate Schedules</u>

The Company's Terms and Conditions and Rate Schedules referenced in this Letter Supplement may be located in their entirety on the Company's internet web site at: <u>https://www.dominionenergy.com/large-business/rates-and-regulation</u>

Customer _____

Company _____
Date Printed: 1/10/19
Page 2 of 5


Dominion
Energy

AGMT 20183

### Customer Owned Generation

Customer owned generators must be connected in accordance with Section 190 of the Company's "Information and Requirements for Electric Service". Under no circumstance will parallel operation of the Customer's generator with the Company's system be allowed without prior written approval by the Company. Only an open transition, break before make, transfer scheme is authorized. Unapproved parallel operation may cause significant damage to Company and/or Customer owned equipment for which the Customer agrees to accept responsibility and liability

Third -- The sheets attached hereto are made a part hereof and are designated as follows:

Exhibit "A" -- One Line Diagram of Electric Service Facilities

Fourth -- In the event the Company is unable to secure and/or maintain adequate rights, easements, franchises and other necessary authorizations, the Company shall not be obligated to render service.

Fifth -- The provision of Electric Service under this agreement shall be subject to all applicable Terms and Conditions of service on file with the appropriate regulatory Commission and such Terms and Conditions are incorporated into this agreement by reference. The provisions of this agreement, all rate schedules, and the Terms and Conditions of service are subject to modification at any time in the manner prescribed by law. When the agreement is so modified, it shall supersede the provisions hereof and the rate schedules, if any, that are attached hereto and made a part hereof.

Sixth -- The Customer shall not assign this agreement without the express written consent of the Company. The Company shall have the right to assign this agreement to any entity, including an affiliated entity, that acquires or otherwise succeeds to the Company's business.

Seventh -- This agreement and the applicable rate schedules and Terms and Conditions of the Company on file with the State Corporation Commission embody the entire agreement between the parties hereto and supersede all prior agreements and understandings, if any, relating to the subject matter hereof and thereof. Any claim(s) which either party hereto may have or assert in any manner arising out of the provision of Electric Service prior to the date of this agreement at the premises specified in paragraph First of this agreement shall be decided without respect to this agreement.

Eighth -- This agreement shall be binding upon the Company only when accepted by its duly authorized agent and shall not be modified by any promise, agreement or representation of any agent or employee of the Company unless incorporated in writing in this agreement before such acceptance.

Ninth -- The Customer warrants that it is a legal business entity duly organized and existing under the laws of the Commonwealth of Virginia, and the individual executing this agreement on behalf of the Customer has been duly authorized to execute this agreement on the Customer's behalf.

Tenth -- In the event any provision, or any part or portion of any provision, of this agreement shall be declared by a court of competent jurisdiction to be unlawful, invalid, void or otherwise unenforceable, the remainder of this agreement shall be severable and remain enforceable. Only the provision (or part or provision thereof) so declared shall be considered unlawful, invalid, or otherwise unenforceable.

Eleventh -- This agreement shall be governed by and constructed in accordance with the laws of the Commonwealth of Virginia, without regard to conflict of laws provisions.

Customer _____

Company _____ 59S/
Date Printed: 1/17/19
Page 3 of 5


Dominion Energy

AGMT 20183

| | |
|---|---|
| Customer's Full Name<br><br>BCause Mining, LLC<br>Customer's Federal Tax ID<br><br>82 - 2810783<br>By<br><br>Typed or Printed Name of Person Signing<br><br>*Thomas Flake*<br>Title<br><br>CMO<br>Mail Bill To:<br>BCause Mining<br>192 Ballard Ct #303<br>Virginia Beach Virginia, 23462 | Virginia Electric and Power Company,<br>doing business as Dominion Energy Virginia<br>By<br><br>Typed or Printed Name of Person Signing<br><br>Sue Gesling<br>Title<br><br>Customer Contracts Administrator II<br><br><br>Initial Billing Period Shall Commence On<br><br>Jan 23, 2019<br>but not later than ninety (90) days after: 1) the date specified in Paragraph First or 2) the date the facilities are made available to the customer. |

Premise ID: 759057172
Account Number: 7591132860

Customer ✓

Company 5956
Date Printed: 1/07/19
Page 4 of 5


Dominion
Energy°

AGMT 20183

### Facilities Provided:

Service provided through pad mount primary
metering at 34,500/19,920 volts ahead of
Customer owned transformers

**Note:** Delivery points is at the
Line side of Company owned
Primary Metering Cabinet



BCause Mining, LLC

| LEGEND | VIRGINIA ELECTRIC AND POWER COMPANY |
|---|---|
| – – – Company Owned Underground Distribution | *doing business as* |
| | **Dominion Energy Virginia** |
| • • • • • Customer Owned Conductors | *One Line Diagram of Electric Service Facilities* |
| Ⓜ Company Owned Primary Metering Equipment | BCause Mining, LLC |
| | 5465 Greenwich Road |
| | Virginia Beach, VA 23462 |

| DRW. | *SGG* | APP. | | DATE | *01/17/2018* |
|---|---|---|---|---|---|
| SCALE | N.T.S. | | *Exhibit "A"* | | |

Customer _____

Company *SGS*
Date Printed: 10/17/19
Page 5 of 5



Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

---

## I.   APPLICABILITY

This schedule is applicable only to non-residential Customers (1) who elect to receive Electricity Supply Service and Electric Delivery Service from the Company and (2) whose peak measured average 30-minute interval demand has reached or exceeded 500 kW during at least three billing months within the previous 12 consecutive billing months immediately prior to the Customer's effective date for service under this schedule.  Discontinuance of Electric Service under this schedule shall be in accordance with Paragraph XII. of this schedule.

## II.   AVAILABILITY

This schedule is not available at a location until such time that the Company has installed all necessary metering equipment.  This schedule is not available to Customers electing to participate, either directly or indirectly through a third-party curtailment service provider, in any PJM Interconnection, LLC Demand Response Program or any Company-sponsored peak-shaving demand response program.

## III.   30-DAY VARIABLE RATE

A.   Distribution Service Charges

1.   Basic Customer Charge
Basic Customer Charge $123.10 per billing month.

2.   Plus Distribution Demand Charge

a.   Primary Voltage Customer
First 5000 kW of Distribution Demand      @      $0.940 per kW
Additional kW of Distribution Demand      @      $0.709 per kW

b.   Secondary Voltage Customer
All kW of Distribution Demand      @      $1.992 per kW

3.   Plus Distribution kWh Charges

a.   Distribution kWh Charge for All Customers

1)   All kWh at Primary or Transmission
Service Voltage      @      0.0055¢ per kWh

2)   All kWh at Secondary Service
Voltage      @      0.0065¢ per kWh

(Continued)

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On and After 07-01-18.  This Filing Effective For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

―――――――――――

(Continued)

III.    30-DAY VARIABLE RATE (Continued)

    b.  Plus Distribution kWh Charge for Non-exempt or Non-opt-out Customers

        1)  All kWh at Primary or Transmission
            Service Voltage                  @       0.0000¢ per kWh

        2)  All kWh at Secondary Service
            Voltage                         @       0.0000¢ per kWh

    4.    Plus each Distribution kilowatthour used is subject to all applicable riders, included in the Exhibit of Applicable Riders.

  B.   Electricity Supply (ES) Service Charges

    1.  Electricity Supply Contract Demand Charge
        All kW of ES Contract Demand          @       ($0.074) per kW

    2.  Plus Generation Adjustment Demand Charge

        a.  Primary Voltage Customer
            First 5000 kW of Demand         @       ($0.397) per kW
            Additional kW of Demand         @       ($0.300) per kW

        b.  Secondary Voltage Customer
            All kW of Demand               @       ($0.604) per kW

    3.  Plus Generation kWh Charge

    All ES kWh will be categorized according to the following table and billed at the rates specified.

(Continued)

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On
and After 07-01-18.  This Filing Effective
For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

_____

(Continued)

III.    30-DAY VARIABLE RATE (Continued)

a.  For the period May 1 through September 30:

| Day Classification | On-Peak Period | On-Peak Rate Per ES kWh | Off-Peak Rate Per ES kWh |
|---|---|---|---|
| A | 11 a.m.- 9 p.m. | 24.2414¢ | 2.6990¢ |
| B | 11 a.m.- 9 p.m. | 2.0675¢ | 1.3453¢ |
| C | 7 a.m.- 10 p.m. | 1.3453¢ | 0.9195¢ |

b.  For the period October 1 through April 30:

| Day Classification | On-Peak Period | On-Peak Rate Per ES kWh | Off-Peak Rate Per ES kWh |
|---|---|---|---|
| A | 6 a.m.- noon & 5 p.m.- 9 p.m. | 24.2414¢ | 3.1229¢ |
| B | 6 a.m.-noon & 5 p.m.- 9 p.m. | 2.0675¢ | 1.4425¢ |
| C | 6 a.m.-noon & 5 p.m.- 9 p.m. | 1.4425¢ | 1.1244¢ |

(NOTE:  Classification A will apply for no more than 28 days during any calendar year, and classification C will apply for no less than 60 days during any calendar year.)

4.  Plus Transmission Demand Charge

a.  All kW of ES Contract Demand for Primary or
    Transmission Service Voltage          @    $0.646 per kW

b.  All kW of ES Contract Demand for
    Secondary Service Voltage             @    $1.094 per kW

(Continued)

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On
and After 07-01-18.  This Filing Effective
For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

_____

(Continued)

III.    30-DAY VARIABLE RATE (Continued)

5.   Plus each Electricity Supply kilowatthour is subject to all applicable riders, included in the Exhibit of Applicable Riders.

6.   Plus each kW of Electricity Supply Contract Demand is subject to all applicable riders, included in the Exhibit of Applicable Riders.

C.   The minimum charge shall be such as may be contracted for.

IV.   NOTIFICATION OF DAY CLASSIFICATION

The Generation kWh Charge day classification for each day will be determined by the Company and will be available via a toll-free telephone number after 5 p.m. the preceding day. Should the Company fail to make its determination by 5 p.m., the classification shall default to "C."

V.   DETERMINATION OF DISTRIBUTION DEMAND

The Distribution Demand shall be billed only where the service voltage is less than 69 kV.  Service voltage is defined as the voltage associated with facilities which the Company would normally provide for the service required by the Customer.  The kW of demand billed under III.A.2. shall be the Electricity Supply Contract Demand.

VI.   DETERMINATION OF ELECTRICITY SUPPLY PEAK DEMAND AND ELECTRICITY SUPPLY CONTRACT DEMAND

A.   The Company may install metering equipment necessary to determine both the average kW demand during a 30-minute interval and the average kVA demand during a 30-minute interval.  The Electricity Supply Peak Demand for the current billing month shall be the higher of:

1. The highest average kW demand measured during the current billing month, or

2. 85% of the highest average kVA demand measured during the current billing month.

(Continued)

Filed 03-15-19                              Superseding Filing Effective For Usage On
Electric-Virginia                           and After 07-01-18.  This Filing Effective
                                            For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

---

(Continued)

VI.    DETERMINATION OF ELECTRICITY SUPPLY PEAK DEMAND AND
ELECTRICITY SUPPLY CONTRACT DEMAND (Continued)

B.    The Electricity Supply Contract Demand shall be the maximum demand the
Company is to supply, but not less than 500 kW.  In the event that the Electricity
Supply Peak Demand determined for the current billing month exceeds the
Electricity Supply Contract Demand, the Electricity Supply Contract Demand shall
be increased by such excess demand.

VII.    DETERMINATION OF ELECTRICITY SUPPLY ADJUSTMENT DEMAND

The kW of demand billed under Paragraph III.B.2. shall be the Distribution Demand
determined under Paragraph V.

VIII.    EXEMPTION AND OPT-OUT PROVISIONS FOR DISTRIBUTION KWH CHARGE

The Distribution kWh Charge in Paragraph III.A.3.b., above, shall not apply to Customers
who are either exempt from or opt-out of such charge pursuant to Virginia Code § 56-585.1
A 5 c.

IX.    METER READING AND BILLING

A.    The Company may require that the Customer provide the Company with access to
the Customer's telephone service so that the Company may communicate with its
metering equipment.

B.    When the actual number of days between meter readings is more or less than 30
days, the Basic Customer Charge, the Distribution Demand Charge, the Electricity
Supply Contract Demand Charge, the Generation Adjustment Demand Charge,
the Transmission Demand Charge, and the minimum charge of the 30-day
variable rate will each be multiplied by the actual number of days in the billing
period and divided by 30.

X.    SERVICE AVAILABLE

Normally the Company will supply the equipment necessary and will deliver to the
Customer, in accordance with the Company's applicable Terms and Conditions at one Delivery
Point mutually satisfactory to the Customer and the Company, 60 cycle alternating current
electricity of the phase and voltage desired by the Customer at said Delivery Point, provided
electricity of the phase and voltage desired by the Customer is available generally in the area in
which electricity is desired.

(Continued)

Filed 03-15-19                          Superseding Filing Effective For Usage On
Electric-Virginia                       and After 07-01-18.  This Filing Effective
                                        For Usage On and After 04-01-19.

Virginia Electric and Power Company

Schedule 10
LARGE GENERAL SERVICE

_____

(Continued)

XI.   PARALLEL OPERATION SERVICE

A Customer operating an electric power plant in parallel with the Company's facilities may elect service under this schedule provided that suitable relays and protective equipment are furnished, installed, and maintained at the Customer's expense in accordance with specifications furnished by the Company.   The relays and protection equipment shall be subject, at all reasonable times, to inspection by the Company's authorized representative.

XII.   TERM OF CONTRACT

The term of contract for the purchase of Electric Service under this schedule shall be in multiples of one year, continuing thereafter for one-year terms unless either party provides sixty days written notice of termination prior to the end of any term.

Filed 03-15-19
Electric-Virginia

Superseding Filing Effective For Usage On
and After 07-01-18.  This Filing Effective
For Usage On and After 04-01-19.

# EXHIBIT 2

**Dominion Energy®**

*Apr 23, 2019*                    ***Customer Bill***

BCAUSE MINING LLC/DIP

5465 GREENWICH RD
PRIMARY METER
VIRGINIA BEACH, VA  23462

## Billing and Payment Summary

| | |
|---|---|
| Account # 2614 | **Due Date:  May 15, 2019** |

**Total Amount Due:**          $     238,588.48

To avoid a Late Payment Charge of 1.5% please pay **by May 15, 2019.**

| | | |
|---|---|---|
| Previous Amount Due: | $ | 0.00 |
| Payments as of Apr 23: | $ | 0.00 |

*For service emergencies and power outages please call*
**1-866-DOM-HELP** (1-866-366-4357). Visit us at www.dominionenergy.com.

### Meter and Usage

Current Billing Days: 11

**Billable Usage**

| | |
|---|---|
| *Schedule 10 Pri* | *04/11-04/22* |
| Total kWh | 4798065 |
| On Pk Sum A | 0 |
| Off Pk Sum A | 0 |
| On Pk Sum B | 0 |
| Off Pk Sum B | 0 |
| On Pk Sum C | 0 |
| Off Pk Sum C | 0 |
| On Pk Win A | 0 |
| Off Pk Win A | 0 |
| On Pk Win B | 184543 |
| Off Pk Win B | 258899 |
| On Pk Win C | 1815361 |
| Off Pk Win C | 2539262 |
| Contract Dem | 22680.0 |
| Dist Demand | 22680.0 |

### Usage History

| Mo | Yr | kWh |
|---|---|---|
| Apr | 19 | 4798065 |

### Explanation of Bill Detail

| Customer Service | 1-866-591-0157 |
|---|---|

| | |
|---|---|
| Previous Balance | 0.00 |
| Payment Received | 0.00 |
| **Balance Forward** | **0.00** |

*Non-Residential Service (Schedule 10 Pri)*   *04/11-04/22*
  Distribution Service

| | |
|---|---|
| Basic Customer Charge | 45.14 |
| Dist Demand Primary | 6,319.54 |
| Distribution Service kWh | 263.89 |
| RiderC1A Peak Shaving | 19.19 |
| RiderC2A Energy Efficiency | 1,372.25 |
| Electricity Supply Svc (ESS) | |
| On Peak - Winter B | 3,815.43 |
| Off Peak - Winter B | 3,734.62 |
| On Peak - Winter C | 26,186.58 |
| Off Peak - Winter C | 28,551.46 |
| Adjustment Chg Prim | 2,672.63CR |
| Contract Demand Chg | 615.38CR |
| Transmission Demand Chg | 5,372.14 |
| Fuel | 129,547.76 |
| Rider R Bear Garden Gen Station | 2,480.60 |
| Rider S Va City Hybrid Energy Ctr | 9,265.06 |
| Rider B Biomass Conversions | 1,640.94 |
| Rider W Warren Co Power Station | 4,524.58 |
| Rider BW Brunswick Co Pwr Station | 4,903.62 |
| Rider GV Greensville Co Pwr Statn | 5,191.51 |
| Rider US-2 2016 Solar Projects | 546.98 |
| Rider T1 Transmission | 2,627.86 |
| Sales and Use Surcharge | 1,727.30 |
| State/Local Consumption Tax | 3,563.44 |
| VIRGINIA BEACH Utility Tax | 162.50 |
| Service Initiation Chg | 14.10 |
| **Total Current Charges** | **238,588.48** |

| **Total Account Balance** | **238,588.48** |
|---|---|

*View payment options, request service changes and enroll in eBill at*
*www.dominionenergy.com, search: Manage Your Account*

---

*99LB LAURI29*

Please detach and return this payment coupon with your check made payable to Dominion Energy Virginia. Please see reverse side for mailing address change instructions.

***Payment Coupon***

Bill Date  Apr 23 19

| **Please Pay by 05/15** |
|---|
| **$ 238,588.48** |

**Amount Enclosed**

Account No. 2614

BCAUSE MINING LLC/DIP
192 BALLARD CT # 303
VIRGINIA BEACH VA  23462-6538

Send Payment to:

DOMINION ENERGY VIRGINIA
P O BOX 26543
RICHMOND VA 23290-0001

888        2614 7023858848 7023858848 91

2614 PAGE  1  OF  3  00048 S

(continued)

**Measured Usage**
*Meter: 00RG037980*      *04/11-04/22*

| | |
|---|---|
| On Pk Sum A | 0 |
| Off Pk Sum A | 0 |
| On Pk Sum B | 0 |
| Off Pk Sum B | 0 |
| On Pk Sum C | 0 |
| Off Pk Sum C | 0 |
| On Pk Win A | 0 |
| Off Pk Win A | 0 |
| On Pk Win B | 184543 |
| Off Pk Win B | 258899 |
| On Pk Win C | 1815361 |
| Off Pk Win C | 2539262 |
| Demand | 18994.50 |
| kVA Demand | 19007.70 |

*Meter: 0200071757*      *04/11-04/22*

| | |
|---|---|
| Current Reading | 2719 |
| Previous Reading | 2646 |
| Total KQH | 2555000 |
| Current Reading | 5083 |
| Previous Reading | 4945 |
| Total kWh | 4830000 |
| Multiplier: 35000 | |

## Important Customer Information from Dominion Energy Virginia

Variable Pricing day classification breakdown: A. Days 0.0 B. Days 1.0 C. Days 3.0

Welcome to Dominion Energy Virginia. Join our Automatic Bank Draft Plan. It is a free service. Visit 'Manage Your Account' on www.dominionenergy.com to enroll online, or call us for additional information.

Please record your account number on your check and mail payment to: Dominion Energy Virginia, PO Box 26543, Richmond, Va. 23290-0001.

Help a family in need through EnergyShare - add $1,2,5,10,20,25 or 35 to your payment. Overpayments in these exact amounts are automatically recognized as a contribution to EnergyShare. You may also mail a separate check for any amount payable to EnergyShare to P.O. Box 91717, Richmond, VA 23291-1717.

Help us identify you quickly when reporting a power outage. Call 1-800-222-0401 or visit 'Manage Your Account' on www.dominionenergy.com and select change phone number to provide a current phone number for our records.

## Account Changes

**Mailing Address:** To update your mailing address, visit DominionEnergy.com and sign in or register to manage your account online.

**Moving:** Visit DominionEnergy.com and select Manage Service to start, stop or transfer your service. You can also view the status of your existing order, change/cancel your order or check your account balance.

**Phone Number:** Having an accurate phone number on your account helps report your outage quicker. Visit DominionEnergy.com and sign in or register to manage your account online and update your phone number, or call 1-800-222-0401.

## Services

**Braille Billing/Large Print Bills:** Visually impaired customers may request their bill printed in Braille or large print by calling us.

**Budget Billing:** Bills are averaged over a 12-month period and the averaged amount is paid monthly. Periodic reviews are done to assure the amount is accurate. Enroll at DominionEnergy.com/budgetbilling.

**eBill:** Dominion Energy's paperless billing option is convenient, easy and secure. You can make free, same-day payments from your checking/savings account. You'll also receive a payment reminder three days before your bill is due. Learn more at DominionEnergy.com/eBill.

**EnergyShare:** Adding an exact overpayment of $1, $2, $5, $10, $20, $25, or $35 to your payment helps those in need with their energy bills. You may also send a check payable to EnergyShare to P.O. Box 91717, Richmond, VA 23291-9717.

**Outage Reporting:** Visit us on your mobile device at DominionEnergy.com to report/check outages anytime, anywhere. Our voice response system is also available 24/7 to report or check the status of an outage.

**Payment Plans:** Visit DominionEnergy.com, search: Payment Arrangements to learn if you qualify for an extension to your due date or scheduled monthly payments.

**Third Party Notification:** At your request, we will send a copy of any past-due notice to a person of your choice. Enroll at DominionEnergy.com, search: Third Party Notice.

## Customer Contact Information

**Self Service:** DominionEnergy.com, search: Manage Account, or call 1-866-DOM-HELP to use the automated phone transaction center.

**Customer Care:** 1-866-DOM-HELP (1-866-366-4357) Monday - Friday, 8:00 a.m. - 5:00 p.m. EST.

**Correspondence:** P.O. Box 26666, Richmond, VA 23261-6666.

## Understanding Your Bill

**Applicable Riders:** Charges applied to certain rate schedules to recover various costs associated with Dominion Energy's electric operations and production.

**Demand Charge (kW) :** Largest electrical use or highest "demand" for electricity averaged in any 30-minute period per month measured in kilowatts (kW). Charge is calculated based on cost per kW used.

**Distribution Service:** Charges for the use of local wires, transformers, substations, and other equipment used to deliver electricity to your home or business. This service must be purchased from Dominion Energy Virginia.

**Electric Supply Service (ESS):** Charges for the generation and transmission of electricity, including fuel. This service may be purchased from a licensed competitive service provider.
- **Generation:** Charges for the production of electricity from Dominion Energy's power plants.
- **Transmission:** Charges for moving electricity from Dominion Energy's power plants to substations.
- **Fuel:** Charges associated with the cost for fuel used to produce electricity, including transportation.

**kWh (kilowatt hour):** A measurement of electrical energy.

**Late Payment Charge:** Fee assessed on any unpaid Dominion Energy Virginia charges past due at the time of billing.

**Multiplier:** Some meters are programmed to record energy at a slower rate due to the demand needed. Once the readings are obtained, the usage is increased by the programmed rate (multiplier).

**Rate Schedule:** Price used to calculate your bill. View our rate schedules at DominionEnergy.com, search: Rates.

## Re-Regulation/Energy Choice

**Competitive Service Provider (CSP) or Supplier:** A person or company who is licensed by the State Corporation Commission to sell competitive energy services such as ESS.

**Opt-Out:** Under Energy Choice, Dominion Energy Virginia must provide your name, address, account number, and electricity usage information to CSPs. If you do not want your information released, call us to "opt-out".

**Price to Compare:** The price per kWh of ESS to be used to compare prices with CSPs. Call us to obtain your price to compare.

## Payment Options

Here are some payment options for your convenience. As a reminder, payments by check or eCheck cannot be accepted if an account has two or more returned payments within the last 12 months. Customer bills will display a special message if an account is not eligible to pay by check or eCheck.

**Bank Draft:** Sign up for Bank Draft and have your bill automatically deducted from your checking or savings account. Enroll online at DominionEnergy.com, search: Bank Draft.

**Free Online Payment:** Make a one-time, same-day payment or schedule a payment for free from your bank account. You can also enroll in eBill, our paperless billing program. With eBill, you'll also receive an email and have the option to also receive a text notification when your bill is ready and a payment reminder three days before your bill is due. Sign in or register at DominionEnergy.com to manage account online.

**Credit/Debit/Purchasing Card and Electronic Checks:** Pay online at DominionEnergy.com, search: Credit Card, or call 1-800-573-1147. Convenience fee applies.

**In Person:** For an Authorized Payment Center near you, visit DominionEnergy.com, search: Payment Centers. Be sure to have either your Dominion Energy account number or your printed payment coupon available when paying in person. Convenience fee applies.

**U.S. Mail:** Mail your check or money order to Dominion Energy Virginia, P.O. Box 26543, Richmond, VA 23290-0001. Checks sent to Dominion Energy will be processed upon receipt regardless of the date included on the check. Dominion Energy will not send you the original check or its electronic image. As a reminder, please **DO NOT INCLUDE CORRESPONDENCE OR CASH** with your payment.
- **Electronic Check Conversion:** Paying by check authorizes Dominion Energy to use the information from your check to make a one-time electronic funds transfer from your bank account. The funds may be withdrawn as early as the date we receive your payment, and you will not receive your check back from your financial institution.

# EXHIBIT 3

*May 22, 2019*                    ***Customer Bill***

**Dominion Energy®**

BCAUSE MINING LLC/DIP

5465 GREENWICH RD
PRIMARY METER
VIRGINIA BEACH, VA 23462

## Billing and Payment Summary

**Account #**████2614

| Total Amount Due: | $ | 0.00 |
|---|---|---|

| | | |
|---|---|---|
| Previous Amount Due: | $ | 238,588.48 |
| Payments as of May 22: | $ | 1,360,000.00CR |

*For service emergencies and power outages please call*
***1-866-DOM-HELP** (1-866-366-4357). Visit us at www.dominionenergy.com.*

## Meter and Usage

Current Billing Days: 27

**Billable Usage**
*Schedule 10 Pri*          *04/22-05/19*

| | |
|---|---|
| Total kWh | 11525773 |
| On Pk Sum A | 0 |
| Off Pk Sum A | 0 |
| On Pk Sum B | 2145749 |
| Off Pk Sum B | 2975537 |
| On Pk Sum C | 1828575 |
| Off Pk Sum C | 1082482 |
| On Pk Win A | 0 |
| Off Pk Win A | 0 |
| On Pk Win B | 551660 |
| Off Pk Win B | 765860 |
| On Pk Win C | 907956 |
| Off Pk Win C | 1267954 |
| Contract Dem | 22680.0 |
| Dist Demand | 22680.0 |

### Usage History

| Mo | Yr | kWh |
|---|---|---|
| Apr | 19 | 4798065 |
| May | 19 | 11525773 |

## Explanation of Bill Detail

| Customer Service | 1-866-591-0157 |
|---|---|

| | |
|---|---|
| Previous Balance | 238,588.48 |
| Payment Received | 1,360,000.00CR |
| **Balance Forward** | **1,121,411.52CR** |

*Non-Residential Service (Schedule 10 Pri)*    *04/22-05/19*

| | |
|---|---|
| Distribution Service | |
| Basic Customer Charge | 110.79 |
| Dist Demand Primary | 15,511.61 |
| Distribution Service kWh | 633.92 |
| RiderC1A Peak Shaving | 46.10 |
| RiderC2A Energy Efficiency | 3,296.37 |
| Electricity Supply Svc (ESS) | |
| On Peak - Winter B | 11,405.57 |
| Off Peak - Winter B | 11,047.53 |
| On Peak - Winter C | 13,097.27 |
| Off Peak - Winter C | 14,256.87 |
| Off Peak - Summer C | 9,953.42 |
| On Peak - Summer B | 44,363.36 |
| Off Peak - Summer B | 40,029.90 |
| On Peak - Summer C | 24,599.82 |
| Adjustment Chg Prim | 6,560.10CR |
| Contract Demand Chg | 1,510.49CR |
| Transmission Demand Chg | 13,186.15 |
| Fuel | 311,195.87 |
| Rider R Bear Garden Gen Station | 5,958.82 |
| Rider S Va City Hybrid Energy Ctr | 22,256.27 |
| Rider B Biomass Conversions | 3,941.81 |
| Rider W Warren Co Power Station | 10,868.80 |
| Rider BW Brunswick Co Pwr Station | 11,779.34 |
| Rider GV Greensville Co Pwr Statn | 12,470.89 |
| Rider US-2 2016 Solar Projects | 1,313.94 |
| Rider T1 Transmission | 6,450.19 |
| Sales and Use Surcharge | 4,149.28 |
| | |
| State/Local Consumption Tax | 8,541.96 |
| VIRGINIA BEACH Utility Tax | 162.50 |
| **Total Current Charges** | **592,557.76** |

*99LB LAURI29*

Please detach and return this payment coupon with your check made payable to Dominion Energy Virginia.  Please see reverse side for mailing address change instructions.

### Payment Coupon

Bill Date  May 22 19

| Amount Due |
|---|
| $ 0.00 |

**Amount Enclosed**

Account No.████2614

BCAUSE MINING LLC/DIP
192 BALLARD CT # 303
VIRGINIA BEACH VA  23462-6538

Send Payment to:

DOMINION ENERGY VIRGINIA
P O BOX 26543
RICHMOND VA 23290-0001

888        ████2614 3059255776 0000000000 91

████2614 PAGE 1  OF  3  00268 S

(continued)

**Measured Usage**

**Meter: 00RG037980**    *04/22-05/19*

| | |
|---|---|
| On Pk Sum A | 0 |
| Off Pk Sum A | 0 |
| On Pk Sum B | 2145749 |
| Off Pk Sum B | 2975537 |
| On Pk Sum C | 1828575 |
| Off Pk Sum C | 1082482 |
| On Pk Win A | 0 |
| Off Pk Win A | 0 |
| On Pk Win B | 551660 |
| Off Pk Win B | 765860 |
| On Pk Win C | 907956 |
| Off Pk Win C | 1267954 |
| Demand | 18742.50 |
| kVA Demand | 18755.90 |

**Meter: 0200071757**    *04/22-05/19*

| | |
|---|---|
| Current Reading | 2891 |
| Previous Reading | 2719 |
| Total KQH | 6020000 |
| Current Reading | 5412 |
| Previous Reading | 5083 |
| Total kWh | 11515000 |
| Multiplier: 35000 | |

---

**Total Account Balance**                 528,853.76CR

*View payment options, request service changes and enroll in eBill at www.dominionenergy.com, search: Manage Your Account*

## Important Customer Information from Dominion Energy Virginia

In late June, we'll be switching to a new payment vendor to provide you with an even easier electronic payment process. For updates, and to learn more, visit DominionEnergy.com/paymybill

Variable Pricing day classification breakdown: A. Days 0.0 B. Days 15.0 C. Days 12.0

Help a family in need through EnergyShare - add $1,2,5,10,20,25 or 35 to your payment. Overpayments in these exact amounts are automatically recognized as a contribution to EnergyShare. You may also mail a separate check for any amount payable to EnergyShare to P.O. Box 91717, Richmond, VA 23291-1717.

Use energy wisely - your next bill will be on summer rates.

Help us identify you quickly when reporting a power outage. Call 1-800-222-0401 or visit 'Manage Your Account' on www.dominionenergy.com and select change phone number to provide a current phone number for our records.

## Account Changes

**Mailing Address:** To update your mailing address, visit DominionEnergy.com and sign in or register to manage your account online.

**Moving:** Visit DominionEnergy.com and select Manage Service to start, stop or transfer your service. You can also view the status of your existing order, change/cancel your order or check your account balance.

**Phone Number:** Having an accurate phone number on your account helps report your outage quicker. Visit DominionEnergy.com and sign in or register to manage your account online and update your phone number, or call 1-800-222-0401.

## Services

**Braille Billing/Large Print Bills:** Visually impaired customers may request their bill printed in Braille or large print by calling us.

**Budget Billing:** Bills are averaged over a 12-month period and the averaged amount is paid monthly. Periodic reviews are done to assure the amount is accurate. Enroll at DominionEnergy.com/budgetbilling.

**eBill:** Dominion Energy's paperless billing option is convenient, easy and secure. You can make free, same-day payments from your checking/savings account. You'll also receive a payment reminder three days before your bill is due. Learn more at DominionEnergy.com/eBill.

**EnergyShare:** Adding an exact overpayment of $1, $2, $5, $10, $20, $25, or $35 to your payment helps those in need with their energy bills. You may also send a check payable to EnergyShare to P.O. Box 91717, Richmond, VA 23291-9717.

**Outage Reporting:** Visit us on your mobile device at DominionEnergy.com to report/check outages anytime, anywhere. Our voice response system is also available 24/7 to report or check the status of an outage.

**Payment Plans:** Visit DominionEnergy.com, search: Payment Arrangements to learn if you qualify for an extension to your due date or scheduled monthly payments.

**Third Party Notification:** At your request, we will send a copy of any past-due notice to a person of your choice. Enroll at DominionEnergy.com, search: Third Party Notice.

## Customer Contact Information

**Self Service:** DominionEnergy.com, search: Manage Account, or call 1-866-DOM-HELP to use the automated phone transaction center.

**Customer Care:** 1-866-DOM-HELP (1-866-366-4357) Monday - Friday, 8:00 a.m. - 5:00 p.m. EST.

**Correspondence:** P.O. Box 26666, Richmond, VA 23261-6666.

## Understanding Your Bill

**Applicable Riders:** Charges applied to certain rate schedules to recover various costs associated with Dominion Energy's electric operations and production.

**Demand Charge (kW) :** Largest electrical use or highest "demand" for electricity averaged in any 30-minute period per month measured in kilowatts (kW). Charge is calculated based on cost per kW used.

**Distribution Service:** Charges for the use of local wires, transformers, substations, and other equipment used to deliver electricity to your home or business. This service must be purchased from Dominion Energy Virginia.

**Electric Supply Service (ESS):** Charges for the generation and transmission of electricity, including fuel. This service may be purchased from a licensed competitive service provider.
- **Generation:** Charges for the production of electricity from Dominion Energy's power plants.
- **Transmission:** Charges for moving electricity from Dominion Energy's power plants to substations.
- **Fuel:** Charges associated with the cost for fuel used to produce electricity, including transportation.

**kWh (kilowatt hour):** A measurement of electrical energy.

**Late Payment Charge:** Fee assessed on any unpaid Dominion Energy Virginia charges past due at the time of billing.

**Multiplier:** Some meters are programmed to record energy at a slower rate due to the demand needed. Once the readings are obtained, the usage is increased by the programmed rate (multiplier).

**Rate Schedule:** Price used to calculate your bill. View our rate schedules at DominionEnergy.com, search: Rates.

## Re-Regulation/Energy Choice

**Competitive Service Provider (CSP) or Supplier:** A person or company who is licensed by the State Corporation Commission to sell competitive energy services such as ESS.

**Opt-Out:** Under Energy Choice, Dominion Energy Virginia must provide your name, address, account number, and electricity usage information to CSPs. If you do not want your information released, call us to "opt-out".

**Price to Compare:** The price per kWh of ESS to be used to compare prices with CSPs. Call us to obtain your price to compare.

## Payment Options

Here are some payment options for your convenience. As a reminder, payments by check or eCheck cannot be accepted if an account has two or more returned payments within the last 12 months. Customer bills will display a special message if an account is not eligible to pay by check or eCheck.

**Bank Draft:** Sign up for Bank Draft and have your bill automatically deducted from your checking or savings account. Enroll online at DominionEnergy.com, search: Bank Draft.

**Free Online Payment:** Make a one-time, same-day payment or schedule a payment for free from your bank account. You can also enroll in eBill, our paperless billing program. With eBill, you'll also receive an email and have the option to also receive a text notification when your bill is ready and a payment reminder three days before your bill is due. Sign in or register at DominionEnergy.com to manage account online.

**Credit/Debit/Purchasing Card and Electronic Checks:** Pay online at DominionEnergy.com, search: Credit Card, or call 1-800-573-1147. Convenience fee applies.

**In Person:** For an Authorized Payment Center near you, visit DominionEnergy.com, search: Payment Centers. Be sure to have either your Dominion Energy account number or your printed payment coupon available when paying in person. Convenience fee applies.

**U.S. Mail:** Mail your check or money order to Dominion Energy Virginia, P.O. Box 26543, Richmond, VA 23290-0001. Checks sent to Dominion Energy will be processed upon receipt regardless of the date included on the check. Dominion Energy will not send you the original check or its electronic image. As a reminder, please **DO NOT INCLUDE CORRESPONDENCE OR CASH** with your payment.
- **Electronic Check Conversion:** Paying by check authorizes Dominion Energy to use the information from your check to make a one-time electronic funds transfer from your bank account. The funds may be withdrawn as early as the date we receive your payment, and you will not receive your check back from your financial institution.



2614 PAGE   3   OF   3   00268 S