IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | Case No. 19-10562 |
|---|---|---|
|  | ) |  |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
|  | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## **DEBTORS' LIST OF EXHIBITS**

BCause LLC and BCause Mining, LLC, debtors/debtors-in-possession herein, by and through their attorneys, pursuant to this Court's Final Pretrial Order, submits the following List of Exhibits relating to the upcoming hearing on the Motion of WESCO Distribution (I) To Dismiss the Debtors' Bankruptcy Cases, or, in the Alternative, (II) for Relief From the Automatic Stay:

| **EXHIBIT** | **BRIEF DESCRIPTION OF EXHIBIT** |
|---|---|
| 1 | Debtor's business plan dated June 5, 2019 as updated June 16, 2019 |
| 2 | BCause Mining, LLC Bankruptcy Schedules and Statement of Financial Affairs |
| 3 | BCause LLC Bankruptcy Schedules and Statement of Financial Affairs |
| 4 | BCause LLC Profit and Loss by Class January – December 2018 |
| 5 | BCause LLC Profit and Loss by Class January – March 2019 |
| Group 6 | BCause "Hosting" Agreements |
| 7 | Spreadsheet of Historical Price of Bitcoin |
| 8 | BCause LLC and BCause Mining Operating Agreements with signature pages[1] |
| 9 | BTC, USC Advanced Charting – Bitcoin USD Wall Street Journal |

---

[1] As of the submission of this list, only the BCause LLC Operating Agreement was available, but upon information and belief, the agreements are identical.

-1-

| 10 | Wall Street Journal Bitcoin Price Charting from 12/1/17 – 6/5/19 |
| 11 | Graph of Bitcoin Simple Moving Average |

Respectfully Submitted:

BCAUSE LLC and BCAUSE MINING, LLC

By:  \s\ Scott R. Clar
       One of their attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Exhibit.lst