# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BCAUSE MINING LLC, et al., | Case No. 19-10562 (Jointly Administered) |
| Debtors/Debtors-in-possession. | Honorable Janet S. Baer |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO DEBTORS' AND WESCO'S WITNESS AND EXHIBIT LISTS

The Official Committee of Unsecured Creditors (the "*Committee*") of BCause Mining LLC ("*Mining*") and BCause LLC ("*BCause*" together with Mining, the "*Debtors*"), by and through its undersigned counsel, submits this joinder to the exhibit and witness lists filed by the Debtors (ECF Nos. 135 and 136) and WESCO Distribution, Inc. (ECF No. 134).

The Committee intends to examine all witnesses identified by WESCO and the Debtors. The Committee further reserves the right to examine any witnesses identified by any other party-in-interest.

The Committee reserves the right to offer into evidence any exhibits identified by WESCO, the Debtors, or any other party-in-interest on any exhibit list filed with the Court.

Dated: June 19, 2019            **FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
      One of Its Attorneys

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:     312.360.6000
Fax:     312.360.6520
Email:    sderousse@freeborn.com
           deggert@freeborn.com
           ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

2