IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 19-10562 |
| ) | |
| BCause Mining, LLC, ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| debtor/debtor-in-possession. ) | (Jointly Administered) |

**DEBTORS' AMENDED LIST OF WITNESSES**

BCause LLC and BCause Mining, LLC, debtors/debtors-in-possession herein, by and through their attorneys, pursuant to this Court's Final Pretrial Order, submits the following Witness List relating to the upcoming hearing on the Motion of WESCO Distribution (I) To Dismiss the Debtors' Bankruptcy Cases, or, in the Alternative, (II) for Relief From the Automatic Stay:

| **WITNESS** | **BRIEF DESCRIPTION OF TESTIMONY** |
|---|---|
| Thomas Flake, Acting CEO | Mr. Flake, Acting CEO, a member of the LLC and a board member, will testify as to the current financial status of the debtors, efforts to maintain and/or increase revenue, reduction of expenses and value of debtors' assets. |
| Michael Adolphi | Mr. Adolphi, Chairman of the Management Committee, a Member of the LLC, and a private investor, may testify to the status of the efforts to obtain investors. |
| Any witnesses disclosed by WESCO Distribution, Inc., as upon cross-examination | |
| The Debtor reserves the right to call any witness identified by any other party in this case.  The Debtor also reserves the right to add additional witnesses upon notice to the Court and other parties. | |
| Rebuttal witnesses to any fact witnesses disclosed or called by any other party. | |

-1-

                BCAUSE LLC and BCAUSE MINING, LLC

                By: \s\ Scott R. Clar
                     One of their attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Witness.lst