IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-10562 |
| BCause Mining LLC, ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| debtor/debtor-in-possession. ) | (Jointly Administered) |

### NOTICE OF FILING

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE THAT on the 19th day of June, 2019, BCause Mining LLC and BCause LLC, filed their List of Exhibits, a copy of which is attached hereto and herewith served upon you.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath caused a copy of the attached Debtors' List of Exhibits to be served on all parties listed on the attached service list via the court's electronic registration/hand delivery (as indicated), on the 19th day of June, 2019.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brain L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA HAND DELIVERY**

David A. Agay
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
(with exhibits)