**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

**PARTIES' JOINT PRETRIAL STATEMENT**

Pursuant to this Court's order dated June 7, 2019 [D.I. 126], counsel for the above-captioned debtors and debtors in possession, WESCO Distribution, Inc. ("WESCO"), and the Official Committee of Unsecured Creditors (the "Committee"), hereby submit their Joint Pretrial Statement. The parties expressly reserve their rights to raise any factual or legal issues germane to this case after any rulings are issued by this Court. The parties also reserve their right to use exhibits and call witnesses not identified herein if required for rebuttal, impeachment or illustration.

**I.      List of Witnesses Expected to Testify**

For Debtors:

1. Thomas Flake

2. Michael Adolphi

3. Any witnesses disclosed by WESCO Distribution, Inc., as upon cross-examination;

4. The Debtors reserve the right to call any witness identified by any other party in this case;

5. Rebuttal witnesses to any fact witnesses disclosed or called by any other party.

For WESCO:

1. Thomas Flake.

{8149330: }

2. Frederick Grede.

3. Carl Lane, in his capacity as an expert witness.

4. Any witnesses disclosed by BCause Mining LLC and BCause LLC, as upon cross-examination.

5. Any witnesses disclosed by the Official Committee of Unsecured Creditors, as upon cross-examination.

6. Any witnesses disclosed by BMG Operations, Inc., as upon cross-examination.

7. WESCO reserves the right to call any witness identified by any other party in this case. WESCO also reserves the right to add additional witnesses upon notice to the Court and the other parties.

Rebuttal witnesses to any fact witnesses disclosed or called by any other party,

For Committee: The Committee filed a joinder to the Debtors' and WESCO's exhibit and witness lists; therefore, there are no additional exhibits or witnesses to identify.

## II. List of Exhibits

For Debtors:

1. BCause Business Plan dated 6/17/19, as updated June 16, 2019

2. BCause Mining, LLC Bankruptcy Schedules and Statement of Financial Affairs

3. BCause LLC Bankruptcy Schedules and Statement of Financial Affairs

4. BCause Profit and Loss by Class January – December 2018

5. BCause Profit and Loss by Class January – March 2019

6. BCause "Hosting" Agreements

7. Spreadsheet of Historical Price of Bitcoin

8. BCause LLC and BCause Mining Operating Agreements with signature pages

9. BTC USC Advanced Charting – Bitcoin UST Wall Street Journal

10. Wall Street Journal Bitcoin Price Charting from 12/1/17 – 6/5/19

11. Graph of Bitcoin Simple Moving Average

For WESCO:

1. BCause Business Plan dated 6/17/19

2. BCause Business Plan dated 6/5/19

3. 4/24/19 Dawn Chapman Email

4. 6/4/19 Dawn Chapman Email

5. BCause Secure Business Plan

6. Coindesk Article

7. Nasdaq Proof of Claim

8. SBI Hosting Agreement

9. St. Bitts Hosting Agreement

10. BMG Hosting Agreement

11. BCause Balance Sheet as of March 31, 2019

12. WESCO Distribution, Inc. Proof of Claim, Addendum and Exhibits (as filed in BCause LLC, Case No. 19-10731)

13. WESCO Distribution, Inc. Proof of Claim, Addendum and Exhibits (as filed in BCause LLC, Case No. 19-10562)

14. WESCO Distribution, Inc.'s Garnishment Summons on Lakeside Bank

15. WESCO Distribution, Inc.'s Proofs of Service on Lakeside Bank

16. Holding and Mining 13-week Budget Through September 9, 2016

17. BCause Spot Exchange Financial Projections (Excel version 28)

18. Declaration of Carl S. Lane

19. BFPE Fire Suppression System Contract

For Committee: The Committee filed a joinder to the Debtors' and WESCO's exhibit and witness lists; therefore, there are no additional exhibits or witnesses to identify.

The parties reserve the right to introduce and/or use any exhibits identified, marked, and/or introduced by any of the other parties in this action. The parties also reserve the right to supplement and/or amend their exhibit lists prior to or during trial, including to identify any rebuttal exhibits or additional exhibits made necessary as a result of witnesses and/or exhibits identified, introduced, or used by any of the other parties in this action.

June 20, 2019

/s/  David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile:  (216) 348-5474
mcarr@mcdonaldhopkins.com

*Counsel for WESCO Distribution, Inc.*

-and-

Scott R Clar
Jeffrey C. Dan
Crane, Simon, Clar & Dan
135 S LaSalle Suite 3705
Chicago, IL 60603
312 641-6777
Fax : 312 641-7114
Email: sclar@cranesimon.com
Email: jdan@cranesimon.com

*Counsel for BCause Mining LLC and BCause LLC*

-and-

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com

*Counsel for the Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

# **CERTIFICATE OF SERVICE**

I, David A. Agay, hereby certify that on June 20, 2019, I caused a true and correct copy of the forgoing *Parties' Joint Pretrial Statement* to be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC and BCause Mining LLC a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC and BCause Mining LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

J Mark Fisher on behalf of Creditor Hoffland Properties, Inc
mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com

Jennifer M McLemore on behalf of Creditor BMG Operations Ltd.
jmclemore@williamsmullen.com, avaughn@williamsmullen.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Arthur G Simon on behalf of Debtor 1 BCause LLC and BCause Mining LLC, a Virginia limited liability company
asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago, IL 60657

FIS Systems International LLC 601
Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190 Virginia Beach, VA 23462

{8149330: }                                  7

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Paychex of New York LLC 8215 Forest
Point Blvd., #150 Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

/s/ David A. Agay