UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-10562
BCause Mining LLC, et al., )
 )  Chapter: 11
 )  Honorable Janet S. Baer
 )
 )
Debtor(s) )

**PROPOSED ORDER GRANTING WESCO DISTRIBUTION'S MOTION TO EXCEED PAGE LIMITATION**

  Upon the motion (the "Motion") of WESCO Distribution, Inc., pursuant to Section 105(a) of the Bankruptcy Code and Local Bankruptcy Rules 5005-3(D) and 9013-2, for an order authorizing WESCO to exceed page limitation in its Reply in Support of its Motion (i) to Dismiss the Debtors' Bankruptcy Cases, or in the Alternative, (ii) for Relief from the Automatic Stay in excess of fifteen pages, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

 IT IS HEREBY ORDERED THAT

 1. The Motion is granted.

 2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

 3. Notice of the Motion was proper, timely, adequate, and sufficient under the circumstances.

 4. WESCO is authorized to file the Reply in excess of fifteen pages.

                Enter:

                Honorable Janet S. Baer
Dated: June 21, 2019          United States Bankruptcy Judge

**Prepared by:**

David A. Agay (ARDC No. 6244314)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted pro hac vice)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
mcarr@mcdonaldhopkins.com