UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JANET S. BAER**

Hearing Date: June 24, 2019

Bankruptcy Case No.: 19 B 10562

Adversary No.:

Title of Case: In re: Bcause Mining, LLC

Brief Statement of Motion: Motion to Reject Lease or Executory Contract-Office Lease (Docket #128)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

Responses are due to be filed on or before July 5, 2019.

This matter is set for status on July 16, 2019 at 10:00 A.M. in Room 615, 219 S. Dearborn, Chicago IL 60604.

By: /s/ Janet S. Baer MLH

Janet S. Baer