In re: Bcause Mining LLC
Case No. 19-10562

## CERTIFICATE OF SERVICE

I, Matthew Utter, certify that on June 24, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*/s/ Matthew Utter*
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

| | |
|---|---|
| U.S. Trustee<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | David A Agay<br>Maria G Carr<br>Shara C Cornell<br>McDonald Hopkins LLC<br>300 N. LaSalle<br>Chicago, IL 60654 |
| Jamie L Burns<br>Marc Ira Fenton<br>Levenfeld Pearlstein LLC<br>2 N Lasalle St Ste 1300<br>Chicago, IL 60602 | Scott R Clar<br>Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603 |
| Shelly A. DeRousse<br>Devon J Eggert<br>Elizabeth L Janczak<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606 | |