# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JANET S. BAER | Hearing Date | June 24, 2019 |
| Bankruptcy Case No. | 19 B 10562 | Adversary No. | |

**Title of Case** In re: Bcause Mining, LLC

**Brief Statement of Motion:** Motion to Reject Lease or Executory Contract- Bandwidth Agreement (Docket #119)

**Names and Addresses of moving counsel:** See Attached Service List

**Representing**

## ORDER

### IT IS HEREBY ORDERED that:

Responses are due to be filed on or before July 5, 2019.

This matter is set for status on July 16, 2019 at 10:00 A.M. in Room 615, 219 S. Dearborn, Chicago IL 60604.

By: /s/ Janet S. Baer   MLM

Janet S. Baer