In re: Bcause Mining LLC
Case No. 19-10562

## CERTIFICATE OF SERVICE

    I, Matthew Utter, certify that on June 24, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*[signature: Matthew Utter]*
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Jamie L Burns
Marc Ira Fenton
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654

Scott R Clar
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603