UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-10562 |
|---|---|---|
| BCause Mining LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FIFTH INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC and BCause LLC, Debtors/Debtors-in-Possession herein ("Debtors"), for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001 (b) of the Federal Rules of Bankruptcy Procedure having been provided; the Court having granted the Debtors' Motion for Joint Administration; the Court having previously overruled in part and continuing to overrule in part and sustain in part the objections to the Motion by WESCO Distribution, Inc. ("WESCO") for the reasons stated on the record at the hearings on May 8, 2019, June 5, 2019 and June 21 and June 24, 2019 in connection with the use of cash collateral through and including August 9, 2019 (the "Extended Interim Period"); the Court having found that the Debtors have currently provided adequate protection to WESCO for the limited period covered by this Fifth Interim Order; the Court having previously heard testimony of the Debtors in support of the Motion; the Court having previously permitted the Debtors' use of cash collateral through and including June 24, 2019, pending a further hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) In addition to the payments allowed pursuant to the First Interim Order, Second Interim Order, Third Interim Order and Fourth Interim Order, all Authorizing Use of Cash Collateral, the Debtors are authorized to immediately use cash collateral for the Extended Interim Period, solely to pay the expenses (each, an "Expense" and collectively, the "Expenses") set forth, and in accordance with, the budgets attached hereto as Exhibits A and B (the "Budgets"); provided, however, (a) for any individual line item in the Budget, the Debtors may exceed any individual budgeted Expense by no greater than 10% of the budgeted amount; (b) the Debtors may not exceed the aggregate budgeted Expenses for the Interim Cash Collateral Period by greater than 10% of the budgeted amount; and the Debtors may not pay any Expense that was not set forth on previous budgets submitted to the Court in connection with the First Interim Order, Second Interim Order, Third Interim Order, Fourth Interim Order and Fifth Interim Order; and (c) if necessary, and pursuant to a separately issued Order of Court, the Debtors may add an additional expense to the budgeted amounts, if additional personal property insurance is required; and

B) As adequate protection for the Debtors' use of cash collateral and the stay of action against the Debtors and WESCO's collateral under Bankruptcy Code Section 362, WESCO is granted the following in accordance with Bankruptcy Code Sections 361 and 363(e):

1. The Debtors will permit WESCO to inspect, upon reasonable notice and within reasonable

business hours, the Debtors' books and records, and also to inspect WESCO's cash and other collateral;

2. The Debtors shall maintain and pay premiums for insurance to cover WESCO's collateral from fire, theft, water, and other damage or harm, and there will be a hearing on July 2, 2019 at 10:00 a.m., specifically in connection with whether the Debtors have adequate property insurance, at which time the Court will make a determination of whether the Debtors are adequately insured;

3. The Debtors shall, upon reasonable request, make available to WESCO, records and other evidence relating to WESCO's collateral and proceeds of WESCO's collateral, and also produce an itemized statement identifying the equipment, inventory, and other collateral of WESCO and the location of such collateral;

4. The Debtors will properly maintain WESCO's collateral in good repair and properly manage the Collateral;

5. WESCO is granted additional replacement liens on all pre-petition and post-petition assets of the Debtors and all proceeds thereof, including cash, cash equivalents, accounts receivable and other accounts, and all tangible and intangible assets of the Debtors, to the same extent, validity and priority that WESCO possessed in such assets on the Debtors' bankruptcy petition date, and to the extent or amount of any decrease in the value of WESCO's interest in the collateral on account of the pendency of this bankruptcy case provided, however, the Debtors and the Committee reserve the right to argue that WESCO's replacement liens should be reduced by the Adequate Protection Payments;

6. The Debtors shall continue to make payments to WESCO of $24,973.00 per month, as set forth in the Budgets (the "Adequate Protection Payments"); provided, however, if it is ultimately determined by entry of a final order by a court of competent jurisdiction that WESCO's claim be reduced or is not secured, the Debtors reserve the right to seek repayment of the Adequate Protection Payments to the extent appropriate;

7. During the Extended Interim Cash Collateral Period, the Debtors shall inform WESCO of their efforts to reduce the Expenses set forth in the Budgets; and

8. The Debtors will provide immediate notice to WESCO and counsel for the Official Unsecured Creditors' Committee in the event (i.e., within 24 hours) a customer exercises its right to terminate a hosting agreement or other agreement with the Debtors, or revenues are less than budgeted;

C) Lakeside Bank is authorized and directed to immediately release all sums necessary in the BCause LLC bank account to pay all of the expenditures contained in the Budgets (plus 10% as noted above) from the entry of this Order through and including August 9, 2019; and

D) A continued hearing in connection with the Motion will be held on August 8, 2019 at 10:00 a.m.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 26, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
MJO/BCause Mining/Cash Collateral - 5th.Ord

## BCause LLC (Holding) Budget Through 8-9-2019

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Holding** | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug |
| **Revenue** | | | | | | | | | | |
| | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
| **Exceptional and One Time Costs** | | | | | | | | | | |
| Adequate Protection Payment | | | 24,973 | | | | 24,973 | | | |
| BCause Bankruptcy Attorney Fees | | | | | | | | | | |
| Bankruptcy Creditors Committee | | | | 10,000 | | | | 10,000 | | |
| Bankruptcy Trustee Fee | | | | | | | | 27,767 | | |
| **Routine Operating Expenses** | | | | | | | | | | |
| CCA Financial | 18,096 | | | | 18,096 | | | | 18,096 | |
| Century Link | 3,328 | | | | 3,328 | | | | 3,328 | |
| Comcast | 325 | | | | 325 | | | | 325 | |
| ComEd | | 125 | | | | 125 | | | | |
| Cox Communications | 150 | | 150 | | 150 | | | | | |
| Fonality | 135 | | | | 135 | | | | 135 | |
| Google | | | 380 | | | | 380 | | | |
| Greenwich Center | 3,127 | | | | 3,127 | | | | 4,000 | |
| Greenwich Center April Stub Payment | 625 | | | | 625 | | | | | |
| Insurance Group | | 21,000 | | 850 | | 17,500 | | 850 | | 17,500 |
| Liability Insurance | | | | | | | | | | |
| Microsoft | | 550 | | | | 550 | | | 550 | 143 |
| Payroll (Paychex) | | 70,000 | | 73,848 | | 73,848 | | 73,848 | | 73,848 |
| Pinnacle Group | | | | 600 | | | | 600 | | |
| Travel Expenses | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 |
| Miscellaneous Expenses | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Rent Chicago Office | 5,512 | | | | 11,024 | | | | 7,000 | |
| **Total Expenses** | 31,548 | 93,175 | 25,753 | 86,798 | 37,060 | 93,523 | 25,603 | 114,565 | 33,684 | 92,991 |
| | | | | | | | | | | |
| Beginning Cash Balance | $1,055,828 | $948,866 | $546,051 | $498,098 | $172,531 | $1,027,565 | $604,402 | $576,599 | $106,492 | $921,266 |
| Mining Revenue | $0 | $0 | $0 | $0 | $967,752 | $0 | $0 | $0 | $967,752 | $0 |
| Mining Expenses | $75,415 | $309,640 | $22,200 | $238,769 | $75,659 | $329,640 | $2,200 | $355,542 | $119,294 | $329,640 |
| Holding Expenses | $31,548 | $93,175 | $25,753 | $86,798 | $37,060 | $93,523 | $25,603 | $114,565 | $33,684 | $92,991 |
| Ending Cash Balance | $948,866 | $546,051 | $498,098 | $172,531 | $1,027,565 | $604,402 | $576,599 | $106,492 | $921,266 | $498,635 |



BCause Mining LLC Budget Through 8/9/2019

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mining** | **7-Jun** | **14-Jun** | **21-Jun** | **28-Jun** | **5-Jul** | **12-Jul** | **19-Jul** | **26-Jul** | **2-Aug** | **9-Aug** |
| **Revenues** | | | | | | | | | | |
| Total Revenue | | | | | 967,752 | | | | 967,752 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | 56,000 | |
| Alliance Material Handling | | | | 1,402 | | | | 1,402 | | |
| CenturyLink | | | | | 1,664 | | | | 1,664 | |
| Dominion Energy | | 308,000 | | 235,227 | | 308,000 | | 352,000 | | 308,000 |
| G Hogan Commercial Cleaning | | | 500 | | | | 500 | | | |
| Hoffland Properties | 58,570 | | | | 58,570 | | | | 58,570 | |
| Hoffland Properties April Stub Payment | 12,365 | | | | 12,365 | | | | | |
| Insurance Group | | | | | | | | | | |
| Jack Frost | | | | 500 | | | | 500 | | |
| Maintenance & Repairs | | | 20,000 | | | 20,000 | | | | 20,000 |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Payroll | | | | | | | | | | |
| Silbar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| The Water H2ole | | | 60 | | | | 60 | | | |
| Verizon | 2,840 | | | | 1,420 | | | | 1,420 | |
| **Total Expenses** | 75,415 | 309,640 | 22,200 | 238,769 | 75,659 | 329,640 | 2,200 | 355,542 | 119,294 | 329,640 |
| | | | | | | | | | | |
| **Net** | (75,415) | (309,640) | (22,200) | (238,769) | 892,094 | (329,640) | (2,200) | (355,542) | 848,458 | (329,640) |

