IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BCause Mining LLC, | ) |
| | ) Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) |
| | ) Case No. 19-10562 |
| | ) (Jointly Administered) |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 2nd day of July, 2019, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by him as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of BCause LLC for Authority to Enter Into Office Service Agreement**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., # 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via the Court's Electronic Registration (ECF)/email (as indicated) or First Class U.S. Mail (where indicated) on all parties listed on the attached Service List on the 27th day of June, 2019.

/s/Scott R. Clar

i

## SERVICE LIST

### Via ECF

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

### VIA EMAIL

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

ii

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

**Via First Class U.S. Mail**
318 Adams Level Office LLC
Attn: Kayley Dicicco
318 W. Adams St.
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No.  19-10562 |
| | ) | Jointly Administered |

## MOTION OF BCAUSE LLC FOR AUTHORITY TO ENTER INTO OFFICE SERVICE AGREEMENT

BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession herein ("Debtor"), by and through its attorneys, makes its Motion for Authority to Enter Into Office Service Agreement ("Motion"), pursuant to Section 365 of the Bankruptcy Code, and in support thereof, respectfully states as follows:

### Introduction

1.     On April 12, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.     The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4.     This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

5.     The statutory predicate for the relief requested in this Motion is Section 365 of the Bankruptcy Code.

1

6. By this Motion, the Debtor requests that this Court enter an Order authorizing it to enter into a certain Office Service Agreement with 318 W. Adams Level Office LLC (the "Adams Agreement"). A copy of the Adams Agreement is attached as **Exhibit A**. The Adams Agreement is for a period of six (6) months through and including January 31, 2020. Under the Adams Agreement the Debtor receives two (2) office spaces, covering 600 sq. ft. and includes reception, kitchen facility and conference rooms.

7. The Adams Agreement contemplates a total initial payment of $5,098, which includes a first month's fee of $4,298, and a setup and exit fee of $800 (the "Associated Charges"). The Associated Charges are incorporated into the Debtor's most recent budget submitted to the Court in connection with the Fifth Interim Cash Collateral Order.

8. The monthly office fee for which the Debtor is obligated is $1,599 for office 1512 and $2,699 for office 1514.

## Relevant Factual Background

9. The Debtor, BCause Mining LLC, is a limited liability company formed in the Commonwealth of Virginia in 2013. The Debtor, BCause LLC, is a holding company that wholly owns and is the only member of BCause Mining LLC ("Mining") (formed in 2017); BCause Spot LLC (2017); BCause Derivatives LLC (2017); BCause Clear LLC (2017); BCause Secure LLC (2018); and BCause Trust, Inc. (2018), each also formed in the Commonwealth of Virginia. Each entity is in good standing in Virginia. The Debtor has operations in Virginia Beach, VA and in Chicago, IL and employs 27 full-time and 4 part-time employees.

10. The Debtor is building a full-stack cryptocurrency ecosystem which is intended to be a venue that will serve as a one-stop shop for all parts of the digital currency value chain. The various subsidiary entities are intended to serve professional traders, institutional investors, retail traders, and bitcoin miners. No entity other than Mining and the Debtor are currently operating.

11. The Debtor provides a state of the art mining facility in Virginia Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661, and 192 Ballard Court, Virginia Beach, Virginia.

12. Both the Debtor and Mining's Chapter 11 filings were triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of the Debtor's bank account, from which all of the Debtor's and Mining's bills are paid, including bills for utilities such as Dominion Energy, which had threatened a shut-off of Mining's utilities for non-payment, as of April 12, 2019.

### The Debtor's Chicago Presence

11. On the Petition Date, the Debtor's Chicago employees were located at 130 S. Jefferson, Suite 101, Chicago, Illinois (the "Jefferson Street Location").

12. The Debtor is in the process of rejecting the lease for the Jefferson Street Location. Rejection of the lease for the Jefferson Street Location and entry into the Adams Agreement results in a cost savings for the Debtor, upon information and belief, of between $4,000 - $5,000 per month.

13. The Debtor is committed to reducing expenditures in its Chapter 11 case.

**Relief Requested**

14.     The Debtor requests the entry of an order authorizing it to enter into the Adams Agreement immediately upon the entry of an order on this Motion.

15.     Entry into the Adams Agreement is in the best interests of the Debtor's estate and its creditors for the reason that expenses will be reduced.

WHEREFORE, BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession, prays for the entry of an order authorizing the Debtor to enter into that certain Office Service Agreement between the Debtor and 318 W. Adams Level Office LLC, beginning August 1, 2019, and granting such other relief as this Court deems just and equitable.

                BCause LLC, a Virginia limited
                liability company,

                By:/s/Scott R. Clar
                   One of its Attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause LLC\Enter Into Office Service Agt.mot and NOM

4