IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**
**FOR THE PERIOD ENDING MAY 31, 2019**

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC    CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending May 31, 2019

BEGINNING BALANCE IN ALL ACCOUNTS    $ _____

RECEIPTS:
1. Receipts from operations           $ 1,004,349.45
2. Other Receipts                     $ _____

DISBURSEMENTS:
3. Net payroll:
   a. Officers                        $ _____
   b. Others                          $ _____

4. Taxes
   a. Federal Income Taxes            $ _____
   b. FICA withholdings               $ _____
   c. Employee's withholdings         $ _____
   d. Employer's FICA                 $ _____
   e. Federal Unemployment Taxes      $ _____
   f. State Income Tax                $ _____
   g. State Employee withholdings     $ _____
   h. All other state taxes           $ _____

5. Necessary expenses:
   a. Rent or mortgage payments(s)    $ 70,935.00
   b. Utilities                       $ 1,360,000.00
   c. Insurance                       $ _____
   d. Merchandise bought for manufacture or sale  $ _____
   e. Other necessary expenses (specify)
      See page 3                      $ 6,869.63
                                      $ _____

TOTAL DISBURSEMENTS                   $ 1,437,804.63

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ (433,455.18)

ENDING BALANCE IN _____    $ _____
                 (Name of Bank)
ENDING BALANCE IN _____    $ _____
                 (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS        $ _____

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

## RECEIPTS LISTING

FOR MONTH ENDING May 31, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130 A., Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 5-1-19 | BMG - Hosting Revenue | 244,168.20 |
| 5-2-19 | Solutrix/St. Bitts Hosting Revenue | 213,003.79 |
| 5-3-19 | FRMO Hosting Revenue | 2,062.50 |
| 5-24-19 | Fidelity/Solutrix Hosting Revenue | 6,331.08 |
| 5-30-19 | SBI Hosting Revenue | 533,563.26 |
| 5-31-19 | M. Song Hosting Revenue | 5,220.62 |

TOTAL: 1,004,349.45

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause mining LLC    CASE NO.: 19-10562

DISBURSEMENT LISTING

FOR MONTH ENDING May 31, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130 A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See attached — Attachment 1

TOTAL: 1,437,804.63

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

## Bcause Mining LLC
## Disbursements Listing
## May 2019

| Date | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|
| 05/01/2019 | Wire | Prime Trust, LLC | Cryptocurrency Trading Fee | 1.21 |
| 05/07/2019 | Wire | Dominion Energy Virginia - Billing | Data Center Electric Services | 660,000.00 |
| 05/17/2019 | 1100 | G Hogan Commercial Cleaning | Data Center Cleaning Services | 500.00 |
| 05/17/2019 | 1099 | Hoffland Properties, Inc. | Data Center Rent | 70,935.00 |
| 05/21/2019 | Wire | Dominion Energy Virginia - Billing | Data Center Electric Services | 700,000.00 |
| 05/21/2019 | 1102 | Silbar Security Corporation | Data Center Security Services | 5,584.00 |
| 05/21/2019 | 1101 | The Water H2Ole, Inc. | Data Center Water | 68.83 |
| 05/30/2019 | Wire | Lakeside Bank | Incoming Wire Fee | 15.00 |
| 05/31/2019 | DD | EE Chapman, Dawn | Data Center Supplies | 447.67 |
| 05/31/2019 | DD | EE Dailey, Shawn | Data Center Supplies | 252.92 |
| | | | | 1,437,804.63 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Blause Mining LLC   CASE NO.: 19-10562

FOR MONTH ENDING May 31, 2019

## STATEMENT OF INVENTORY

Beginning inventory            $ _____

Add: purchases                 $ _____

Less: goods sold               $ _____
(cost basis)

Ending inventory               $ _____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period  $ _____

Payroll taxes due but unpaid   $ _____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Hoffland Properties, Inc | 5-1-19 | 70,935.00 | ∅ | ∅ |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC    CASE NO.: 19-10562

FOR MONTH ENDING May 31, 2019

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 474,445.48 |
| Add: sales on account | $ 981,603.67 |
| Less: collections | $ 1,004,349.45 |
| End of month balance | $ 451,699.70 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $447,728.2 | $ | $3,971.50 | $ | $451,699.70 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 5,492.99 |
| Add: credit extended | $ 96,851.15 |
| Less: payments of account | $ (77,102.83) |
| End of month balance | $ 25,241.31 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $23,824.33 | $1,416.98 | $ | $ | $25,241.31 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC    CASE NO.: 19-10562

FOR MONTH ENDING May 31, 2019

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

N/A

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Thomas G. Flake__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

__Thomas Flake__
__Treasurer__

DATED: __6-26-19__