# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Judge Janet S. Baer |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No. 19-10562 |

## ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA

This matter is before the Court for approval of the *Stipulation* between the Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia (the "Stipulation") partially resolving the *Objection of Virginia Electric and Power Company d/b/a Dominion Energy Virginia To the Motion to Provide Adequate Assurance of Payment For Continued Utility Service* (the "Objection") (Docket No. 7). The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409, the Court being fully advised in the premises, and good cause having been shown, it is

**NOW THEREFORE, IT IS HEREBY ORDERED** that:

1. The Stipulation attached hereto at Exhibit "A" is hereby approved.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DATED this __ day of June, 2019.

BY THE COURT:

_____
Hon. Janet S. Baer
United States Bankruptcy Court Judge

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Judge Janet S. Baer |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No. 19-10562 |
| | ) | |

**STIPULATION BETWEEN THE DEBTOR AND VIRGINIA ELECTRIC
AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA PARTIALLY
RESOLVING THE OBJECTION OF VIRGINIA ELECTRIC AND POWER COMPANY
d/b/a DOMINION ENERGY VIRGINIA TO THE MOTION TO PROVIDE ADEQUATE
ASSURANCE OF PAYMENT FOR CONTINUED UTILITY SERVICE**
[Relates to Docket Nos. 4 and 7)

The Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia ("Dominion")(the Debtor and Dominion collectively, the "Parties"), as reflected by the signatures of their respective undersigned counsel below, hereby agree and stipulate to partially resolve the *Objection of Virginia Electric and Power Company d/b/a Dominion Energy Virginia To the Motion to Provide Adequate Assurance of Payment For Continued Utility Service* (the "Objection") (Docket No. 7), as follows:

**Recitals**

1.      On January 17, 2019, the Debtor entered into an Agreement for Electric Service with DEV (the "Agreement") under which the Debtor will be billed under Schedule 10 of DEV's Terms and Conditions ("Schedule 10").

2. On April 11, 2019 (the "Petition Date"), the Debtor commenced its case under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") that is now pending with this Court. The Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3. On the Petition Date, the Debtor filed the *Motion to Provide Adequate Assurance of Payment For Continued Utility Service* (the "Utility Motion")(Docket No. 4).

4. On April 16, 2019, Dominion filed the Objection (Docket No. 7).

5. On April 23, 2019, Dominion issued a bill to the Debtor in the amount of $238,588.48 for the service period of April 11, 2019 to April 22, 2019.

6. On May 6, 2019, the Debtor sent a payment to Dominion in the amount of $660,000 as an estimated payment for charges from the Petition Date to May 11, 2019, which Dominion has received.

7. On May 22, 2019, the Debtor sent a payment to Dominion in the amount of $700,000 via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from May 12, 2019 to June 10, 2019, which Dominion received and applied to the Debtor's outstanding invoices leaving a credit of $528,853.76 on the Debtor's account with Dominion for billed charges through May 19, 2019.

8. Based on the Debtor's daily usage, Dominion believes the Debtor's charges through June 10, 2019 will be in amount equal to the $528,853.76 credit.

9. On June 4, 2019, the Debtor and Dominion submitted a proposed *Order Approving Stipulation Between The Debtor And Virginia Electric And Power Company, d/b/a Dominion Energy Virginia* [Docket No. 115] (the "June 4 Stipulation"). At the June 5, 2019 hearing in this case, the Court did not approve the June 4 Stipulation, but instead ordered the

Debtor to tender a $308,000 payment to Dominion as an estimated advance payment for Dominion's charges to the Debtor from June 10, 2019 to June 24, 2019.

10. On June 14, 2019, the Debtor tendered to Dominion a payment in the amount of $308,000 via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from June 10, 2019 to June 24, 2019.

11. Dominion issued a post-petition bill to the Debtor on June 25, 2019 for charges from May 19, 2019 to June 20, 2019. The total current charges on the foregoing invoice were $657,080.68.

**Stipulation**

12. On or before June 27, 2019, the Debtor shall tender a payment to Dominion of $235,227 that, along with the $116,773 credit on the Debtor's account, will cover charges from June 24, 2019 to July 9, 2019.

13. On or before July 9, 2019, the Debtor shall tender to Dominion a payment in the amount of $308,000 via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from July 9, 2019 to July 22, 2019.

14. The Debtor and Dominion agree to reconcile advance payments made for charges through July 22, 2019 against actual charges in the bill to be issued in July 2019. If there is a credit balance in the favor of the Debtor, that credit balance can be applied to the payment due on or before July 23, 2019 as set forth herein. If the advance payments made to date are less than actual charges through the bill to be issued in July 2019, the Debtor agrees to pay those charges within five (5) days of receipt of the invoice.

15. On or before July 23, 2019, the Debtor shall tender to Dominion a payment in the amount of $352,000 via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from July 23, 2019 to August 7, 2019.

16. On or before August 7, 2019, the Debtor shall tender to Dominion a payment in the amount of $176,000 via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from August 8, 2019 to August 15, 2019.

17. The Debtor represents and agrees that it shall reduce its usage to 500 kW on peak-hours on Day A Classification days as that term is defined in the parties Agreement for Electric Service dated January 17, 2019 and Schedule 10 to Dominion's Terms and Conditions ("Peak A Days").

18. If the Debtor fails to tender a payment required by this agreement, Dominion can terminate service to the Debtor after providing the Debtor and their counsel with written notice of the payment default and three (3) business days to cure the default (the "Cure Period"). If the Debtor cures the payment default within the Cure Period, Dominion cannot terminate service for the payment default. The notices required by this paragraph shall be sent via email to:

    A. Scott R. Clar, Esq./Jeffrey C. Dan, Esq.
        Crane, Simon, Clar & Dan
        135 S. LaSalle Street, Suite 3705
        Chicago, Illinois 60603
        Email: sclar@cranesimon.com, jdan@cranesimon.com

    B. Thomas Flake
        BCause LLC
        5469 Greenwich Road
        Virginia Beach, VA 23462
        Email: t.g.flake@bcause.com

19. The Debtor represents that all post-petition payments made to Dominion are authorized pursuant to the terms and conditions governing the Debtors' use of cash collateral or any budgets in connection with the foregoing.

20. This Stipulation may be executed in identical counterparts, any of which may be transmitted by facsimile or email, and each of which shall constitute an original and all of which taken together shall constitute one and the same instrument.

21. This Stipulation may not be amended, supplemented or otherwise altered except by written agreement of the Parties.

22. The final hearing on the Utility Motion and the Objection is adjourned to August 8, 2019 at 10 a.m.

**Agreed To As To Form And Substance:**

/s/ Russell R Johnson III
Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail:  russell@russelljohnsonlawfirm.com

*Counsel for Virginia Electric and Power Company d/b/a Dominion Energy Virginia*


/s/ Jeffrey C. Dan
Scott R. Clar, Esq.
Jeffrey C. Dan, Esq.
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Email: sclar@cranesimon.com, jdan@cranesimon.com

*Debtor's Counsel*