IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-10562 |
| BCause Mining LLC, ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| debtor/debtor-in-possession. ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath caused a copy of the attached Order and Notice Setting Bar Date for Filing Proofs of Claim to be served on all parties listed on the attached service list via first class mail, properly addressed and postage prepaid, on the 26th day of June, 2019 and electronically upon all parties registered with the Court's Electronic Registration on the 28th day of June, 2019.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## SERVICE LIST

**Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brain L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455-1638

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017-1028

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306-1845

Boyk, William
982 Dakota Circle
Naperville, IL 60563-9308

Brian Sayler
48 Bensam Place
Haledon, NJ 07508-3009

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005-3960

Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607-4630

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321-1265

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625-1405

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510-1813

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr.
Long Grove, IL 60047-5050

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C
Chicago, IL 60657-4852

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299-6421

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006-1823

```
FIS Systems International LLC          FIS Systems International, LLC          Fallon, Kevin
601 Riverside Ave.                     FIS Legal                               2800 252nd Ave.
Jacksonville, FL 32204-2901            11601 Roosevelt Blvd., TA-41            Salem, WI 53168-9239
                                       Attn: Lauren M. Pizzo, Esq.
                                       St. Petersburg, FL 33716-2202


Frederick J. Grede                     GA Secretary of State - Corp. Div.      Grede, Fred
500 N. Lake Shore Drive, Unit 3314     2 Martin Luther King Jr Drive SE        500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143                 Suite 313 West Tower                    Chicago, IL 60611-5143
                                       Atlanta, GA 30334-1505


Greenhouse Software, Inc.              Greenwich Centre Investors, L.C.        Health Equity, Inc.
PO Box 392683                          c/o Robinson Development Group          15 W. Scenic Pointe Drive, #100
Pittsburgh, PA 15251-9683              150 W. Main St., #1100                  Draper, UT 84020-6120
                                       Norfolk, VA 23510-1682


HireRight, LLC                         INTERNAL REVENUE SERVICE                Jeff Brandt
PO Box 847891                          PO BOX 7346                             601 Tradewind Circle
Dallas, TX 75284-7891                  PHILADELPHIA, PA 19101-7346             Newport News, VA 23602-6324


John Ashby                             Jones, Madden & Council, PLC            Justin Taylor
1440 W. Little Neck Road               5029 Corporate Woods Drive, #190        7507 S. Morgan St.
Virginia Beach, VA 23452-4763          Virginia Beach, VA 23462-4376           Chicago, IL 60620-2845


K&L Gates LLP                          Karan Rai                               Katten Munchin Rosenman LLP
PO Box 844255                          420 W. 25th Street, Apt. 8A             525 W. Monroe St.
Boston, MA 02284-4255                  New York, NY 10001                      Chicago, IL 60661-3693


LeClairRyan                            Legal Resources                         MA Commonwealth
4405 Cox Road, #200                    2877 Guardian Lane, #101                William Francis Galvin
Glen Allen, VA 23060-3395              Virginia Beach, VA 23452-7330           One Ashburton Place, Room 1717
                                                                               Boston, MA 02108-1512


Marc Nagel                             Mayo Insurance Agency Inc.              Meltwater News US Inc.
680 N. Lake Shore Drive, #419          1917 Laskin Road, #101                  Dept LA 2372
Chicago, IL 60611-4458                 Virginia Beach, VA 23454-4283           Pasadena, CA 91185-3721


Nasdaq                                 Nasdaq                                  PACIFIC LIAISON SERVICES INC
805 King Farm Blvd.                    One Liberty Plaza, 50th Floor           C/O HAYAMI SHIRAISHI
Rockville, MD 20850-6162               New York, NY 10006-1405                 701 S WELLS ST STE 2001
                                                                               CHICAGO, IL 60607-4630


PATRICK CHILDRESS                      Patrick S. Childress                    Paul Bozych
701 S WELLS ST APT 2001                701 S. Wells St., #2001                 Nielsen, Zehe & Antas, PC
CHICAGO, IL 60607-4630                 Chicago, IL 60607-4630                  55 W. Monroe St., #1800
                                                                               Chicago, IL 60603-5037
```

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex of New York LLC
8215 Forest Point Blvd., #150
Charlotte, NC 28273-0219

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452-6767


Pollack, Bruce
167 Park Ave.
Glencoe, IL 60022-1351

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022


SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606-2800


UNUM - Dental
PO Box 406990
Atlanta, GA 30384-6990

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455


UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642-2732


Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474

William Boyk
982 Dakota circle
Naperville, IL 60563-9308


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

CSC
3462 Solution Center
Chicago, IL 60677-3004

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666

EE Flake, Thomas
709 Roosevelt Ave.
Virginia Beach, VA 23452-4019

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

FRMO Corporation
One North Lexington Ave., #12-C
White Plains, NY 10601-1721

Fallon Kevin
2800 252nd Ave.
Salem WI 53168-9239

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210-2000

Flake Thomas
709 Roosevelt Ave.
Virginia Beach VA 23452-4019

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA 23320-6758

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016-6819

Hoffland Properties Inc.
5400 Virginia Beach Blvd
Virginia Beach VA 23462-1724

Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016-6819

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462-2512

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455-5523

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA 23453-2612

Johns Brothers Security
310 E. Street
Hampton, VA 23661-1210

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452-7366

Lease of Parcel and Improvements
5465 Greenwich Rd.
Virginia Beach VA 23462-6511

Matthew B. Kirsner
Eckert Seamans Cherin & Mellott LLC
919 E. Main St., #1300
Richmond, VA 23219-4624

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Midgett Preti Olansen PC
Attn: Alison R. Zizzo
2901 Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Paul Bozych
Nielsen, Zehe & Antas, P.C.
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Pro Window, Inc.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454-4631

Professional Heating & Cooling, Inc
3306 Arizona Ave.
Norfolk, VA 23513-4115

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201-5786

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320-5980

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462-6511

The Water H2Ole, Inc.
1444 Southern Blvd., #C2-A
Virginia Beach, VA 23454-4881

US Customs & Border Protection
6650 Telecom Drive, #100
Indianapolis, IN 46278-2010

Verizon
PO Box 15043
Albany, NY 12212-5043

WESCO Distribution, Inc.
David A Agay
300 North LaSalle Street, Suite 1400
Chicago IL 60654-3474

Wesco Distribution Inc.
PO Box 530409
Atlanta, GA 30353-0409

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110-5729

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

**Subject:** BCause Mining LLC/BCause LLC; Case No. 19-10562 (Jointly Administered)
**From:** MaryJane Oberhausen <mjoberhausen@cranesimon.com>
**Date:** 6/28/2019, 4:34 PM
**To:** George Bogris <gbogris@defensecounsel.com>, "russell@russelljohnsonlawfirm.com" <russell@russelljohnsonlawfirm.com>, mcarr@mcdonaldhopkins.com, jmclemore@williamsmullen.com
**CC:** "Scott R. Clar" <sclar@cranesimon.com>

Attached is a copy of the Order and Notice Setting Bar Date for Filing Proofs of Claim.

--
Mary Jane Oberhausen
Legal Assistant to Scott R. Clar
and Jeffrey C. Dan
CRANE, SIMON, CLAR & DAN
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777

—Attachments:—

Bar Date Order and Notice - entered.pdf                              74.5 KB

Form 11-7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM

FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTORS(S);

You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before the following applicable date:

(a)  Claims of any governmental unit that arose prior to the case filing date must be filed on or before Oct. 11, 2019. (This date must not be earlier than 179 days after the date of the order for relief.)

(b)  All other claims that arose prior to the case filing date must be filed on or before August 1, 2019.

All claims must be filed electronically or at the following address so that they are received on or before the expiration of the bar date listed above:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Suite 710
Chicago, Illinois 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim. Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Debtor's counsel is directed, by June 28, 2019 to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.

Enter:

/s/ Janet S. Baer

Dated: June 24, 2019

Honorable Janet S. Baer
United States Bankruptcy Judge

Revised: 9/20/17