# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al*. | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

**AFFIDAVIT OF JOSEPH CHIN**

I, Joseph Chin, depose and state as follows:

1. I am a citizen of United Kingdom currently residing Antigua and Barbuda. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify to the facts stated in this declaration.

2. I am submitting this affidavit in support of *BMG Operations Ltd.'s Motion for Relief from the Automatic Stay* (the "Motion").[1]

3. I have held the position of Heading of Mining Operations at BMG since July 2017. In my capacity as the Head of Mining Operations, I am responsible for the operational performance and maintenance of BMG's equipment. I am also familiar with the Hosting Agreement between the Debtor and BMG.

4. BMG currently maintains 4,500 miners at the Debtor's Facility. Assuming a cost of electricity of 6 cents USD per kilowatt-hour and a bitcoin price of $12,000 USD,[2] BMG's miners generate a daily gross revenue of $4.02 per machine and incur a daily gross hosting cost of $1.80 per machine, for a daily net income of $2.22 per machine.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

[2] These assumptions were used in making all calculations herein.

1

5. BMG's fleet of 4,500 miners generates net revenues of $9,969.23 per day (assuming BTC network hash power of 72.628 EH/S) and approximately $309,046 per 31-day month.

6. On June 9, 2019, there was a power surge at the Debtor's Facility which either damaged or destroyed 325 of BMG's miners (the "Surge Event"). Specifically, as a direct result of the Surge Event, 177 miners were destroyed and 148 miners were damaged.

7. BMG was informed by the Debtor of the damage to BMG's miners on June 11, 2019.

8. To date, the 325 miners damaged during the Surge Event remain offline. As of July 15, 2019, BMG has lost approximately $25,920 in gross revenue ($720 per day for 325 miners) as a direct result of the Surge Event as those 325 miners are offline, unable to generate revenue. A chart detailing these damage calculations is attached hereto as **Exhibit A**. These damages will continue to accrue monthly at this rate until the miners are returned to service.

9. Moreover, BMG will have to spend approximately $639 per unit (for used miners, if they are available on the market) to replace the 177 miners that were destroyed in the Surge Event, for a total replacement cost of $113,103. *See* Exhibit A. The initial purchase costs of the miners ranged $1,983.48 to $2,133.88 in 2018.

10. In addition, BMG will have to spend approximately $450 per unit to repair the 148 damaged miners, for a total repair cost of $66,600. *See* Exhibit A. As miner repairs are an obligation owed by the Debtor to BMG under the Hosting Agreement, these expenses should be paid by the Debtors.

11. Based on BMG's calculations, the Surge Event caused BMG to suffer damages in an amount no less than $205,623 ($25,920 in monthly gross revenue, $113,103 in replacement costs, and $66,600 in repair costs).

12. Following the Surge Event, BMG has attempted to reconcile the full extent of the damages to its miners. In connection with those efforts, BMG chose to take advantage of the 10-business-day grace period provided in the Hosting Agreement and hold off on making any payment towards the September hosting fee until it could determine the extent of its damages.

13. On July 10, 2019, I received an email from Shawn Dailey, the Debtor's Director of Technology, advising that he had been instructed to suspend mining for BMG at bCause until the Debtor received communication regarding the outstanding July hosting fee invoice. *See* July 10, 2019 Email, attached hereto as **Exhibit B**. The Debtors suspended the operations of BMG's miners on July 10, 2019.

14. BMG prepaid for its July hosting services in the beginning of May 2019.

15. If the Debtors continue to keep BMG's remaining miners out of service, BMG will lose net revenues in the amount of $308,977 per 31-day month. *See* Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2019 in London, United Kingdom.

_____
Joseph Chin

# EXHIBIT A

**BMG Operations**
**Bcause Mining**
**Damages**
**July 15, 2019**

6/9/2019 Date of Damage
7/15/2019 Today's Date

**Past Damages**

| Machines | | Daily Gross Revenue/Machine | Daily Gross Hosting Cost/Machine | Lost Daily Net Income | Days | | |
|---|---|---|---|---|---|---|---|
| Destroyed | 177 | 4.02 | (1.80) | 2.22 | 36 | 14,116.43 | |
| Damaged | 148 | 4.02 | (1.80) | 2.22 | 36 | 11,803.57 | |
| | 325 | | | | | 25,920.00 | Subtotal |
| | | Cost/Machine | | | | | |
| Replacement | 177 | 639.00 | | | | 113,103.00 | |
| Repair | 148 | 450.00 | | | | 66,600.00 | |
| | 325 | | | | | 179,703.00 | Subtotal |
| | | | | | | **205,623.00** | Total |

**Future Damages per day**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fleet | 4,500 | 4.02 | (1.80) | 2.22 | 1 | 9,969.23 | Daily Total |

# EXHIBIT B

**Sanfelippo, Christina M.**

Begin forwarded message:

**From:** Shawn Dailey <shawn.dailey@bcause.com>
**Subject: CoinGeek mining at Bcause**
**Date:** 10 July 2019 at 1:03:04 PM GMT-4
**To:** Lawrence Cofield <l.cofield@coingeek.com>, Joe Chin <joe@coingeek.com>
**Cc:** Thomas Flake <tom@bcause.com>, Sean Ristau <Sean.Ristau@bcause.com>, Christi Vaassen <christi.vaassen@bcause.com>

Hello Lawrence and Joe,

Please be advised that I have been instructed to suspend mining for CoinGeek at Bcause until we receive communication regarding the outstanding payment.  Obviously, this is not a course of action we wish to take but considering our current financial situation, we are in a difficult situation.

Please reach out to Tom Flake, our acting CEO, in regards to remediation of this situation.

Sincerely,

**Shawn Dailey**
Director of Technology
5469 Greenwich Rd
Virginia Beach, Va 23462
757-771-2646 (direct)
shawn.dailey@bcause.com



2