UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| BCause Mining LLC, et al., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER REJECTING JEFFERSON STREET OFFICE LEASE AS OF AUGUST 1, 2019**

This matter coming before the Court on the Motion of BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession herein, for Authority to Reject Office Lease as of August 1, 2019, proper notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the BCause LLC, is authorized to reject the office lease between BCause LLC and W-R2 Jefferson Owner VIII, L.L.C. for the office located at 130 South Jefferson Street, Chicago, Illinois, as of August 1, 2019.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  July 16, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
MJO2\BCause Mining LLC\Reject WR-2 Lease.Ord