UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER REJECTING BANDWIDTH AGREEMENT

This matter coming before the Court on the Motion of BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession herein, for Authority to Reject Bandwidth Agreement, proper notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the BCause LLC, is authorized to reject the Century Link Agreement between the Debtor and Level (3) Communications LLC dated October 24, 2017, known as Agreement SM582491 effective as of the date of this Order.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 16, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
MJO2\BCause LLC\Reject Master Service Agt.Ord