Form G5 (20170105_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-10562 |
| | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER SETTING BRIEFING SCHEDULE ON BMG OPERATIONS LTD.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This cause coming on to be heard on case status; the Court being fully advised in the premises; IT IS ORDERED that:

1. The July 23, 2019 presentment date for BMG Operations LTD.'s Motion for Relief from the Automatic Stay ("Motion") is stricken. The hearing on the Motion is continued to August 8, 2019 at 10:00 a.m. CST.

2. Any party in interest may file a response to the Motion on or before July 30, 2019.

3. Replies in support of the Motion shall be filed on or before August 6, 2019.

Enter:  _Janet S. Baer_

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  **JUL 1 6 2019**

**Prepared by:**
Christina M. Sanfelippo
Fox Rothschild LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
tel: (312) 517-9200
csanfelippo@foxrothschild.com