IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
FOR THE PERIOD ENDING JUNE 30, 2019**

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC      CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending June 30, 2019

BEGINNING BALANCE IN ALL ACCOUNTS       $ _____

RECEIPTS:
   1. Receipts from operations       $ 1,202,205.77
   2. Other Receipts       $ 33,957.42

DISBURSEMENTS:
   3. Net payroll:
      a. Officers       $ _____
      b. Others       $ _____

   4. Taxes
      a. Federal Income Taxes       $ _____
      b. FICA withholdings       $ _____
      c. Employee's withholdings       $ _____
      d. Employer's FICA       $ _____
      e. Federal Unemployment Taxes       $ _____
      f. State Income Tax       $ _____
      g. State Employee withholdings       $ _____
      h. All other state taxes       $ _____

   5. Necessary expenses:
      a. Rent or mortgage payments(s)       $ 72,236.12
      b. Utilities       $ 543,435.30
      c. Insurance       $ _____
      d. Merchandise bought for manufacture or sale       $ _____
      e. Other necessary expenses (specify)
          miscellaneous       $ 14,374.10
          _____       $ _____

TOTAL DISBURSEMENTS       $ 634,045.52

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD       $ 602,117.67

ENDING BALANCE IN _____       $ _____
      (Name of Bank)
ENDING BALANCE IN _____       $ _____
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS       $ _____

OPERATING REPORT   Page 1

EXHIBIT "B"

Attachment 1

Bcause Mining LLC - Accounts Receivable

| Date | Customer | Amount |
|---|---|---|
| 6/3/2019 | FRMO | 1,031.25 |
| 6/3/2019 | Horizon | 11,000.00 |
| 6/3/2019 | St. Bitts | 208,917.24 |
| 6/3/2019 | HKCCM | 12,022.12 |
| 6/6/2019 | BMG | 194,757.59 |
| 6/14/2019 | Inate One | 6,000.00 |
| 6/21/2019 | Inate One | 6,000.00 |
| 6/24/2019 | Fidelity Labs | 2,233.75 |
| 3/26/2019 | HKCCM | 19,436.34 |
| 6/26/2019 | Horizon | 11,189.34 |
| 6/26/2019 | FRMO | 1,170.00 |
| 6/27/2019 | SBI | 525,709.75 |
| 6/28/2019 | St. Bitts | 202,738.39 |
| | | 1,202,205.77 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

RECEIPTS LISTING

FOR MONTH ENDING June 30, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 1309, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

see attached –
attachment 1

TOTAL: 12,202,205.77

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause mining LLC   CASE NO.: 19-10562

DISBURSEMENT LISTING

FOR MONTH ENDING June 30, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | |

See attached -
Attachment 2

TOTAL: 634,045.52

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

Attachment 2

## BCause Mining LLC
## Disbursements Listing
## June 2019

| Date | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|
| 06/01/2019 | 1109 | Hoffland Properties, Inc. | VB Data Center Rent | 72,236.12 |
| 06/03/2019 | Wire | Prime Trust, LLC | Cryptocurrency Trading Fee | 522.90 |
| 06/06/2019 | Wire | Prime Trust, LLC | Cryptocurrency Trading Fee | 44.24 |
| 06/10/2019 | EFT | Walmart | Data Center Supplies | 195.91 |
| 06/14/2019 | 1111 | Alliance Material Handling, Inc | Forklift Rental | 2,803.70 |
| 06/14/2019 | Wire | Dominion Energy Virginia - Billing | Data Center Electric Services | 308,000.00 |
| 06/14/2019 | 1110 | Silbar Security Corporation | Data Center Security Services | 4,408.00 |
| 06/19/2019 | EFT | Ferguson Enterprises LLC | Data Center Supplies | 302.16 |
| 06/19/2019 | 1113 | G Hogan Commercial Cleaning | Data Center Cleaning Services | 1,000.00 |
| 06/20/2019 | EFT | eBay | Data Center Supplies | 125.04 |
| 06/20/2019 | EFT | eBay | Data Center Supplies | 47.44 |
| 06/21/2019 | EFT | Verizon | Data Center Internet Service | 1,407.14 |
| 06/21/2019 | EFT | Verizon | Data Center Internet Service | 1,384.84 |
| 06/21/2019 | EFT | Verizon | Data Center Internet Service | 1,416.32 |
| 06/26/2019 | EFT | The Water H2Ole, Inc. | Data Center Water Serivvce | 77.64 |
| 06/26/2019 | EFT | The Water H2Ole, Inc. | Data Center Water Serivvce | 9.01 |
| 06/27/2019 | EFT | Lakeside Bank | Incoming Wire Fee | 15.00 |
| 06/28/2019 | 1117 | Alliance Material Handling, Inc | Forklift Rental | 1,401.85 |
| 06/28/2019 | Wire | Dominion Energy Virginia - Billing | Data Center Electric Services | 235,227.00 |
| 06/28/2019 | 1118 | Jack Frost Enterprises | Data Center Lawn Maintenance | 480.00 |
| 06/28/2019 | 1119 | Johns Brothers Security | Data Center Security Hosting Service | 60.51 |
| 06/28/2019 | Wire | Prime Trust, LLC | Cryptocurrency Trading Fee | 0.70 |
| 06/28/2019 | 1121 | Silbar Security Corporation | Data Center Security Services | 2,880.00 |
|  |  |  |  | 634,045.52 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

FOR MONTH ENDING June 30, 2019

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ |
| Payroll taxes due but unpaid | $ |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Hoffland Properties, Inc. | 6-1-19 | 72,236.12 | 0 | 0 |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

FOR MONTH ENDING June 30, 2019

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 451,699.70 |
| Add: sales on account | $ 1,017,297.50 |
| Less: collections | $ 1,202,205.77 |
| End of month balance | $ 266,791.43 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $262,819.93 | $ | $ | $ 3,971.50 | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 25,241.31 |
| Add: credit extended | $ 102,348.71 |
| Less: payments of account | $ (86,416.09) |
| End of month balance | $ 41,173.93 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $23,208.62 | $ 17,965.31 | $ | $ | $ 41,173.93 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC     CASE NO.: 19-10562

FOR MONTH ENDING June 30, 2019

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

N/A

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, **Thomas G. Flake**, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Thomas Flake
Treasurer

DATED: 7/24/19

OPERATING REPORT Page 9