IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 30th day of July, 2019, at 9:30 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion to Enter Into Equipment Rent to Own Agreement With SBI Crypto Co., Ltd.,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration on the 25th day of July, 2019 before the hour of 5:00 p.m.

/s/Scott R. Clar

1

# SERVICE LIST

**Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

2

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Jonathan Tanemori
jotanemori@sbigroup.co.jp

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

### MOTION TO ENTER INTO EQUIPMENT RENT TO OWN AGREEMENT WITH SBI CRYPTO CO., LTD.

BCause Mining, LLC, a Virginia limited liability company, debtor/debtor-in-possession herein ("Debtor"), by and through its attorneys, makes this Motion for Authority to Enter Into Equipment Rent to Own Agreement with SBI Crypto Co., Ltd. ("SBI"), and in support thereof, states as follows:

### INTRODUCTION

1. On April 11, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5. The statutory predicates for the relief requested in this Motion are Sections 105 and 363 of the Bankruptcy Code.

4

**RELEVANT FACTUAL BACKGROUND**

6. The Debtor is in in the business crypto currency mining, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners. The Debtor does not itself mine, but is a service provider that hosts a mining venue for its customers.

7. The Debtor provides a state of the art mining facility in Virginia Beach, Virginia, and maintains, until August 1, 2019, offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

8. The Debtor is wholly owned by BCause LLC, which is a limited liability holding company also formed in Virginia.

9. The Debtor's Chapter 11 filing was triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of BCause LLC's bank account, from which all of the Debtor's bills are paid, including bills for utilities such as Dominion Energy, which had threatened to shut-off of the Debtor's utilities for non-payment, as of April 12, 2019.

**RELATIONSHIP BETWEEN THE DEBTOR AND SBI**

10. SBI is a customer of and investor in the Debtor, with a 40% stake in the Debtor and representing approximately 35% of the Debtor's revenue.

**THE EQUIPMENT RENT TO OWN AGREEMENT**

11. By this Motion, the Debtor is asking for authority to enter into an Equipment Rent to Own Agreement with SBI (the "Agreement"), whereby the Debtor will lease to own up to 3,500 Bitmain Antminer S9 cryptocurrency miners (the "Miners") with a reasonable expectation that the number of miners leased will total approximately 1,750, which are

5

currently in storage located at the Debtor's datacenter located at 5465 Greenwich Road, Virginia Beach, Virginia. A copy of the Agreement is attached hereto as **Exhibit A**.

12. Under the terms of the Agreement, the Debtor agrees to repair the Miners at its own cost in order for the Debtor to exclusively use and operate the Miners. In addition, the Debtor and SBI intend that ownership of all of the Miners and other related equipment shall transfer to the Debtor upon full completion of this Agreement by way of rental payments made to SBI being applied to the purchase price during the rental period.

14. Article 3 of the Agreement provides for the purchase price for each named Miner, as agreed upon by the parties.

15. Approval of the Agreement is in the best interest of the estate and its creditors, because it provides the Debtor with much needed additional revenue. The Agreement is immediately beneficial to the Debtor's "bottom line," as long as bitcoin exchange rates stay above $8,000. At present the bitcoin exchange rate is approximately $10,000.

16. At the $10,000/BTC rate of exchange, it is estimated to add $10,000 per month in free cash flow during the term of the lease. Once complete it is estimated that this transaction will add $100,000 in free cash flow per month.

WHEREFORE, BCause Mining LLC prays for the entry of an Order authorizing the Debtor to enter into the Equipment Rent to Own Agreement with SBI Crypto Co., Ltd., and for such other and further relief as is just and equitable.

                BCAUSE MINING, LLC

                By: /s/Scott R. Clar
                    One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Enter Into Agt with SBI.mot and NOM