IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
(BCAUSE LLC)
FOR THE PERIOD ENDING JUNE 30, 2019**

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC          CASE NO. 19-10731

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending June 30, 2019

BEGINNING BALANCE IN ALL ACCOUNTS         $660,160.28

RECEIPTS:
  1. Receipts from operations              $ —
  2. Other Receipts                        $ —

DISBURSEMENTS:
  3. Net payroll:
     a. Officers                           $ 5,400.00
     b. Others                             $ 97,463.24

  4. Taxes
     a. Federal Income Taxes               $ 11,288.97
     b. FICA withholdings                  $ 7,249.12
     c. Employee's withholdings            $
     d. Employer's FICA                    $ 7,249.12
     e. Federal Unemployment Taxes         $
     f. State Income Tax                   $ 6,438.97
     g. State Employee withholdings        $
     h. All other state taxes              $

  5. Necessary expenses:
     a. Rent or mortgage payments(s)       $ 18,099.74
     b. Utilities                          $ 1,134.37
     c. Insurance                          $ 22,924.59
     d. Merchandise bought for manufacture or sale  $
     e. Other necessary expenses (specify)
        Subscriptions                      $ 345.93
        miscellaneous                      $ 48,063.53

TOTAL DISBURSEMENTS                        $ 225,659.58

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 225,659.58

ENDING BALANCE IN Lakeside Bank            $ 1,035,877.06
                 (Name of Bank)
ENDING BALANCE IN _____          $
                 (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS             $ 1,035,877.06

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC    CASE NO.: 19-10731

RECEIPTS LISTING

FOR MONTH ENDING June 30, 2019

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | N/A | |

TOTAL: _____

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC   CASE NO.: 19-10731

DISBURSEMENT LISTING

FOR MONTH ENDING June 30, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson, ste 130A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See attached –
Attachment 1

TOTAL: 225,459.58

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

*Attachment 1*

## BCause LLC
### Disbursements Listing
### June 2019

| Date | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|
| 06/01/2019 | 1105 | Greenwich Centre Investors, L.C. | Rent VB Office | 7,503.24 |
| 06/01/2019 | 1104 | W-R2 Jefferson Owner VIII, L.L.C. | Rent Chicago Office | 10,596.50 |
| 06/03/2019 | EFT | CCA Financial | Server Lease Payment | 18,096.17 |
| 06/03/2019 | EFT | Stamps.com | 401K Plan Advisory Fee | 35.98 |
| 06/03/2019 | EFT | WebEx | Cisco WebEx Meetings Subscription | 18.95 |
| 06/03/2019 | EFT | IRS | Tax Payment for Period: 05/01/2019-05/03/2019 | 140.05 |
| 06/03/2019 | EFT | IRS | Tax Payment for Period: 05/01/2019-05/03/2019 | 739.96 |
| 06/04/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 20.00 |
| 06/04/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 05/01/2019-05/03/2019 | 171.76 |
| 06/05/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 20.00 |
| 06/05/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 574.53 |
| 06/05/2019 | EFT | IRS | Tax Payment for Period: 05/29/2019-05/31/2019 | 13,640.65 |
| 06/05/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 05/26/2019-06/01/2019 | 426.58 |
| 06/05/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 05/29/2019-05/31/2019 | 1,229.57 |
| 06/06/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 20.00 |
| 06/07/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 20.00 |
| 06/07/2019 | EFT | Health Equity, Inc. | HSA PD 5/31/19 | 774.09 |
| 06/10/2019 | EFT | IL Department of Revenue | Tax Payment for Period: 05/01/2019-05/31/2019 | 3,084.33 |
| 06/11/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 |
| 06/13/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 200.00 |
| 06/13/2019 | EFT | Fonality | Telephone Service Chicago Office | 134.84 |
| 06/14/2019 | EFT | Paychex | 401K Plan Administration Fees | 376.89 |
| 06/14/2019 | DD | Terrance M. Holley | Pay Period: 05/25/2019-06/07/2019 | 1,176.38 |
| 06/14/2019 | DD | Alan M. Snow | Pay Period: 05/25/2019-06/07/2019 | 1,368.76 |
| 06/14/2019 | DD | *Kristin E. Werner | Pay Period: 05/25/2019-06/07/2019 | 2,799.36 |
| 06/14/2019 | DD | Marysa N. Hilton | Pay Period: 05/25/2019-06/07/2019 | 1,262.38 |
| 06/14/2019 | DD | Daniel R. Schak | Pay Period: 05/25/2019-06/07/2019 | 1,624.71 |
| 06/14/2019 | DD | Brent C. Myers | Pay Period: 05/25/2019-06/07/2019 | 1,093.58 |
| 06/14/2019 | DD | Rhys A. Dailey | Pay Period: 05/25/2019-06/07/2019 | 445.22 |
| 06/14/2019 | DD | Dawn L. Chapman | Pay Period: 05/25/2019-06/07/2019 | 3,863.92 |
| 06/14/2019 | DD | Timothy L. Brown | Pay Period: 05/25/2019-06/07/2019 | 587.61 |
| 06/14/2019 | DD | Kenneth H. Jensen | Pay Period: 05/25/2019-06/07/2019 | 871.17 |
| 06/14/2019 | DD | Alexander N. Larkin | Pay Period: 05/25/2019-06/07/2019 | 289.16 |
| 06/14/2019 | DD | Christina M. Vaassen | Pay Period: 05/25/2019-06/07/2019 | 2,745.75 |
| 06/14/2019 | DD | Jennifer S. Nicely | Pay Period: 05/25/2019-06/07/2019 | 893.18 |
| 06/14/2019 | DD | Shawn T. Dailey | Pay Period: 05/25/2019-06/07/2019 | 3,450.14 |
| 06/14/2019 | DD | Kaynon B. Hoggan | Pay Period: 05/25/2019-06/07/2019 | 974.47 |
| 06/14/2019 | DD | Jacob H. Jennings | Pay Period: 05/25/2019-06/07/2019 | 400.69 |
| 06/14/2019 | DD | Steven J. Nadal | Pay Period: 05/25/2019-06/07/2019 | 1,337.13 |
| 06/14/2019 | DD | *Ann M. Cresce | Pay Period: 05/25/2019-06/07/2019 | 1,696.76 |
| 06/14/2019 | DD | Brian P. Sayler | Pay Period: 05/25/2019-06/07/2019 | 2,157.12 |
| 06/14/2019 | DD | Christopher S. Ruvolo | Pay Period: 05/25/2019-06/07/2019 | 4,389.21 |
| 06/14/2019 | DD | SUB - Bruce Pollack | Pay Period: 05/25/2019-06/07/2019 | 5,029.22 |
| 06/14/2019 | DD | SUB - Mike Shen | Pay Period: 05/25/2019-06/07/2019 | 6,296.39 |
| 06/14/2019 | DD | SUB - Sean Ristau | Pay Period: 05/25/2019-06/07/2019 | 5,182.79 |
| 06/14/2019 | DD | SUB - Tom Flake | Pay Period: 05/25/2019-06/07/2019 | 5,400.00 |
| 06/17/2019 | EFT | Health Equity, Inc. | HSA PD 6/14/19 | 753.44 |
| 06/18/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 5.88 |

| Date | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|
| 06/18/2019 | EFT | Walmart | Office Supplies | 73.71 |
| 06/19/2019 | 1112 | EE Flake, Thomas | Travel Expense Claim Reimbursement | 2,922.45 |
| 06/19/2019 | EFT | IRS | Tax Payment for Period: 06/12/2019-06/14/2019 | 11,266.55 |
| 06/19/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 06/09/2019-06/15/2019 | 426.58 |
| 06/19/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 06/12/2019-06/14/2019 | 1,100.15 |
| 06/19/2020 | Wire | WESCO Distribution, Inc. | June Adequate Protection Payment | 24,973.00 |
| 06/20/2019 | 1114 | Legal Resources | Legal Insurance | 120.00 |
| 06/20/2019 | 1115 | Sun Life Financial | Voluntary Life Insurance | 445.26 |
| 06/21/2019 | EFT | Comcast | Internet Service Chicago Office | 314.36 |
| 06/21/2019 | EFT | Comcast | Internet Service Chicago Office | 324.36 |
| 06/21/2019 | EFT | Cox Business | Internet Service VB Office | 0.27 |
| 06/21/2019 | EFT | Cox Business | Internet Service VB Office | 180.27 |
| 06/21/2019 | EFT | Cox Business | Internet Service VB Office | 180.27 |
| 06/24/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 |
| 06/24/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 41.93 |
| 06/24/2019 | EFT | UNUM - Dental | Dental Insurance | 1,080.50 |
| 06/24/2019 | EFT | UNUM - STD | STD Insurance | 451.26 |
| 06/24/2019 | EFT | UNUM - Vision | Vision Insurance | 185.92 |
| 06/24/2019 | EFT | UNUM- LTD/B Life | LTD, Basic Life Insurance | 669.52 |
| 06/25/2019 | EFT | Intuit | Payroll Processing Fees | 179.00 |
| 06/25/2019 | EFT | United HealthCare | Health Insurance | 16,728.66 |
| 06/27/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 18.00 |
| 06/27/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 875.60 |
| 06/27/2019 | EFT | Intuit | Quickbooks Accounting Softare Subscription | 40.00 |
| 06/28/2019 | 1120 | Pinnacle Group | 401K Plan Advisory Fee | 1,200.00 |
| 06/28/2019 | 1122 | Tax - Treasurer of Virginia | Terrance Holley - Child Support Withholding Payments | 385.33 |
| 06/28/2019 | DD | Shawn T. Dailey | Pay Period: 06/08/2019-06/21/2019 | 3,450.15 |
| 06/28/2019 | DD | Alan M. Snow | Pay Period: 06/08/2019-06/21/2019 | 1,286.69 |
| 06/28/2019 | DD | Rhys A. Dailey | Pay Period: 06/08/2019-06/21/2019 | 406.58 |
| 06/28/2019 | DD | Marysa N. Hilton | Pay Period: 06/08/2019-06/21/2019 | 1,292.22 |
| 06/28/2019 | DD | Erica J. Sanford | Pay Period: 06/08/2019-06/21/2019 | 1,087.62 |
| 06/28/2019 | DD | Kaynon B. Hoggan | Pay Period: 06/08/2019-06/21/2019 | 968.50 |
| 06/28/2019 | DD | Timothy L. Brown | Pay Period: 06/08/2019-06/21/2019 | 655.32 |
| 06/28/2019 | DD | Brian P. Sayler | Pay Period: 06/08/2019-06/21/2019 | 2,157.12 |
| 06/28/2019 | DD | Christopher S. Ruvolo | Pay Period: 06/08/2019-06/21/2019 | 4,389.20 |
| 06/28/2019 | DD | Dawn L. Chapman | Pay Period: 06/08/2019-06/21/2019 | 3,863.92 |
| 06/28/2019 | DD | Alexander N. Larkin | Pay Period: 06/08/2019-06/21/2019 | 259.26 |
| 06/28/2019 | DD | Terrance M. Holley | Pay Period: 06/08/2019-06/21/2019 | 1,077.17 |
| 06/28/2019 | DD | Daniel R. Schak | Pay Period: 06/08/2019-06/21/2019 | 1,842.35 |
| 06/28/2019 | DD | Jennifer S. Nicely | Pay Period: 06/08/2019-06/21/2019 | 809.62 |
| 06/28/2019 | DD | *Kristin E. Werner | Pay Period: 06/08/2019-06/21/2019 | 258.67 |
| 06/28/2019 | DD | Kenneth H. Jensen | Pay Period: 06/08/2019-06/21/2019 | 1,108.25 |
| 06/28/2019 | 1116 | Tiffany L. Nieves | Pay Period: 06/08/2019-06/21/2019 | 613.59 |
| 06/28/2019 | DD | Christina M. Vaassen | Pay Period: 06/08/2019-06/21/2019 | 2,745.74 |
| 06/28/2019 | DD | Steven J. Nadal | Pay Period: 06/08/2019-06/21/2019 | 1,242.94 |
| 06/28/2019 | DD | Jacob H. Jennings | Pay Period: 06/08/2019-06/21/2019 | 579.11 |
| 06/28/2019 | DD | Brent C. Myers | Pay Period: 06/08/2019-06/21/2019 | 925.72 |
| 06/28/2019 | DD | SUB - Bruce Pollack | Pay Period: 06/08/2019-06/21/2019 | 5,029.22 |
| 06/28/2019 | DD | SUB - Mike Shen | Pay Period: 06/08/2019-06/21/2019 | 6,296.39 |
| 06/28/2019 | DD | SUB - Sean Ristau | Pay Period: 06/08/2019-06/21/2019 | 5,182.79 |
| | | | | 225,659.58 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC   CASE NO.: 19-10731

FOR MONTH ENDING June 30, 2019

## STATEMENT OF INVENTORY

Beginning inventory $ _____

Add: purchases $ _____

Less: goods sold $ _____
(cost basis)

Ending inventory $ _____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period $ 127,796.32

Payroll taxes due but unpaid $ _____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Wesco | 6-19-19 | 24,973.00 | ø | ø |
| CCA Financial | 5-1-19 / 6-1-19 | 18,096.17 / 18,096.17 | ø | ø |
| Greenwich Centre Investors | 6-1-19 | 7,503.24 | ø | ø |
| W-R2 Jefferson owner VIII | 6-1-19 | 5,236.50 | ø | ø |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC     CASE NO.: 19-10731

FOR MONTH ENDING June 30, 2019

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance     $ _____
Add: sales on account          $ _____
Less: collections              $ _____
End of month balance           $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance     $ 31,485.03
Add: credit extended           $ 59,882.27
Less: payments of account      $(45,022.60)
End of month balance           $ 46,344.70

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $19,596.22 | $26,694.58 | $53.90 | $ | $46,344.70 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC      CASE NO.: 19-10731

FOR MONTH ENDING June 30, 2019

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (✓) | No ( ) |
| 2. | FICA withholdings | Yes (✓) | No ( ) |
| 3. | Employee's withholdings | Yes (✓) | No ( ) |
| 4. | Employer's FICA | Yes (✓) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (✓) | No ( ) |
| 6. | State Income Tax | Yes (✓) | No ( ) |
| 7. | State Employee withholdings | Yes (✓) | No ( ) |
| 8. | All other state taxes | Yes (✓) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Thomas G. Flake, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Thomas Flake
Treasurer

DATED: 7/24/19

OPERATING REPORT Page 9