IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

**WESCO DISTRIBUTION'S OBJECTION TO BMG OPERATIONS, LTD.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Court should deny BMG Operations, Ltd.'s ("BMG") motion for relief from the automatic stay [D.I. 184] (the "Motion"). Among other issues, BMG fails to explain how past (versus future) damage to its equipment can justify stay relief. In addition, the actions BMG seeks to take if the Court grants the Motion are not permitted by BMG's contract with the Debtors.[1]

Until now, BMG has argued against WESCO's pending motion to dismiss the Debtors' chapter 11 cases, claiming that WESCO is adequately protected, that the Debtors should have the ability to reorganize, and that the "Debtors should not be precluded, so soon, from an opportunity to craft a confirmable plan for the benefit of everyone." *See* BMG's Objection [D.I. 102]. On multiple occasions, the Debtors have noted BMG as a key relationship, accounting for approximately $244,000 in monthly revenue. In an about-face, however, BMG now argues the Debtors do not "have the resources, financial or otherwise, necessary to cure its breaches under the Hosting Agreement or pay damages to BMG for its post-petition breaches," and that "[i]t is clear from the Debtor's financials that the estate does not have the resources to pay BMG's administrative claim."

---

[1] BMG's contract is with BCause Mining LLC, but BCause Mining LLC and BCause LLC are referred to collectively herein as "the Debtors" for ease of reference.

{8220164:3}

Moreover, even if the Court grants BMG's Motion, relief from the stay will not remedy the issues cited by BMG (i.e., damage to its miners) as cause for lifting the stay. Notably, BMG does not want to repair or replace the damaged miners so that it may continue doing business with the Debtors. Instead, BMG seeks to terminate its contract – although BMG does not cite to a contractual provision allowing such early termination – or permission to immediately remove the miners and issue a notice of non-renewal. Furthermore, if BMG wants to pursue collection remedies against the Debtors (by setoff other otherwise), BMG should have to follow the same claim process as all other parties in this case, rather than trying to end-run adjudication of its contractual or other rights.

In a nutshell, BMG provides no support for the relief it seeks in the Motion other than generically stating that granting the Motion would advance BMG's interests. Also, BMG's Motion also highlights the continuing loss of support among the Debtors' customers and other stakeholders for the continuation of the Debtors' business. Without this support, the Debtors cannot reorganize and, as a result, the Court should dismiss or convert the bankruptcy cases.

| | |
|---|---|
| Dated: July 29, 2019 | /s/ David A. Agay<br>David A. Agay (ARDC No. 6244314)<br>Shara Cornell (ARDC No. 6319099)<br>McDONALD HOPKINS LLC<br>300 North LaSalle Street, Suite 1400<br>Chicago, Illinois 60654<br>Telephone: (312) 280-0111<br>Facsimile: (312) 280-8232<br>dagay@mcdonaldhopkins.com<br>scornell@mcdonaldhopkins.com<br><br>-and-<br><br>Maria G. Carr (OH 0092412) (admitted *pro hac vice*)<br>McDONALD HOPKINS LLC<br>600 Superior Avenue, E., Suite 2100<br>Cleveland, OH 44114<br>Telephone: (216) 348-5400<br>Facsimile: (216) 348-5474<br>mcarr@mcdonaldhopkins.com |

# CERTIFICATE OF SERVICE

      I, David A. Agay, hereby certify that, on July 29, 2019, I caused a copy of the foregoing WESCO Distribution's Objection to BMG Operations, Ltd.'s Motion for Relief from Stay to be electronically filed with the Clerk of Court using the Electronic Case Filing System, and be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Sarah K Angelino on behalf of Creditor Hoffland Properties, Inc.
sangelino@schiffhardin.com, edocket@schiffhardin.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Maria G Carr on behalf of Creditor Wesco Distribution, Inc.
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott R Clar on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

Christina Sanfelippo on behalf of Creditor BMG Operations Ltd.
csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

Brian L Shaw on behalf of Creditor BMG Operations Ltd.
bshaw@foxrothschild.com, cknez@foxrothschild.com

Jason M Torf on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
jason.torf@icemiller.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago, IL 60657

FIS Systems International LLC 601 Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Paychex of New York LLC 8215 Forest
Point Blvd., #150 Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Russell R Johnson, III on behalf of Creditor
Virginia Electric and Power Company d/b/a
Dominion Energy Virginia
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

/s/ David A. Agay