**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BCAUSE MINING LLC, et al., | Case No. 19-10562 (Jointly Administered) |
| Debtors/Debtors-in-possession. | Honorable Janet S. Baer |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 30, 2019, I filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of the *Official Committee of Unsecured Creditors' Objection to BMG Operations LTD.'s Motion for Relief from the Automatic Stay,* a copy of which is served upon you.

Dated: July 30, 2019

**FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
    One of Its Attorneys

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:    312.360.6520
Email:  sderousse@freeborn.com
         deggert@freeborn.com
         ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BCAUSE MINING LLC, et al., | Case No. 19-10562 (Jointly Administered) |
| Debtors/Debtors-in-possession. | Honorable Janet S. Baer |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, an attorney, hereby certify that on July 30, 2019, I caused a true and correct copy of the attached *Notice of Filing* and *Official Committee of Unsecured Creditors' Objection to BMG Operations LTD.'s Motion for Relief from the Automatic Stay* to be filed with the Court and served upon the following parties by the manner listed.

/s/ Elizabeth L. Janczak

**Service List**

**CM/ECF Service List**

| | |
|---|---|
| David A. Agay | dagay@mcdonaldhopkins.com |
| Sarah K. Angelino | sangelino@schiffhardin.com |
| Jamie L. Burns | jburns@lplegal.com |
| Maria G. Carr | mcarr@mcdonaldhopkins.com |
| Scott R. Clar | sclar@cranesimon.com |
| Shara C. Cornell | scornell@mcdonaldhopkins.com |
| Jeffrey C. Dan | jdan@cranesimon.com |
| Marc Ira Fenton | mfenton@lplegal.com |
| J. Mark Fisher | mfisher@schiffhardin.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jennifer M McLemore | jmclemore@williamsmullen.com |
| Christina Sanfelippo | csanfelippo@foxrothschild.com |
| Brian L. Shaw | bshaw@foxrothschild.com |
| Arthur G Simon | asimon@cranesimon.com |
| Jason M. Torf | jason.torf@icemiller.com |