**COMCAST BUSINESS**

## BUSINESS SERVICE ORDER AGREEMENT - RENEWAL

**Account Name:** BCauseLLC  **ID#:** 19024394

### CUSTOMER INFORMATION (Service Location)

| | | | |
|---|---|---|---|
| Address 1 | 130 S JEFFERSON S | City | CHICAGO |
| Address 2 | STE 101 | State | IL |
| Primary Contact Name | Michael Love | ZIP Code | 60661 |
| Business Phone | (312) 523-7295 | County | |
| Cell Phone | | Email Address | michael.love@bcause.com |
| Pager Number | | Primary Fax Number | |
| Technical Contact Name | | Tech Contact On-Site? | No |
| Technical Contact Business Phone | | Technical Contact Email | |
| Property Manager Contact Name | | Property Mgr. Phone | |

### COMCAST BUSINESS SERVICES

| | Selection (X) |
|---|---|
| Business Voice | X |
| Business Internet | X |
| Business TV | X |

| Service Term (Months) | 36 |
|---|---|

### COMCAST BUSINESS SERVICES DETAILS

**Business Voice***

| VOICE SELECTIONS | Quantity | Unit Cost | Total Cost |
|---|---|---|---|
| Mobility Lines | 1 | $44.95 | $44.95 |
| 4+ Mobility Lines | 0 | $29.95 | $0.00 |
| Full Feature Voice Lines | 0 | $39.95 | $0.00 |
| 4+ Lines | 0 | $24.95 | $0.00 |
| Basic Lines | 0 | $24.95 | $0.00 |
| Toll Free Numbers | | | |
| Equipment Fee | 1 | N/A | $14.95 |
| VOICE OPTIONS | Selection(X) | Total Cost | |
| Voicemail | 0 | $0.00 | |
| Published | X | $0.00 | |
| Enhanced Listings | | | |
| Auto-Attendant | | | |

**Comcast Business Packages**

| Package Name: | CL3_DPBV_TP_$189.95D250_$29MOB3yr |
|---|---|
| PACKAGE DESCRIPTION | |
| $160 MRC Discount off Deluxe 250 Business Internet for discounted rate of $189.95. $15 MRC Discount off Mobility Lines 1-3 for discounted rate of $29.95 each. MRC discounts rolls to rate card in month 37. Deluxe 250 Business Internet and minimum 1 Mobility Line required. 3 year term required. Taxes, Usage, Fees, and Equipment are extra. | |

* Voice offers & options not available in all markets.

**VoiceEdge Select Selections***

| Voice Selections | Quantity | Unit Price(MRC) | Total Price(MRC) | Unit Price(NRC) | Total Price(NRC) |
|---|---|---|---|---|---|
| VoiceEdge Select Seats | 0 | $39.95 | $0.00 | $29.95 | $0.00 |
| Cordless Handset | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cordless Deskphone | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

*Bundle include : Auto attendant, Hunt Group and Base station.

**Business Internet***

| INTERNET SELECTIONS | Selection(X) | Total Cost |
|---|---|---|
| Speed - Deluxe 250 | X | $349.95 |
| Equipment Fee | X | $0.00 |

*Business Internet speed tier selections not available in all markets.
*Internet selections & options not available in all markets.

| INTERNET OPTIONS | Selection(X) | Total Cost |
|---|---|---|
| Static IP V4/V6 | | |
| Wi-Fi - Business Wifi Standard | X | $0.00 |

**Business TV****

| TV SELECTIONS | Selection | Total Cost |
|---|---|---|
| TV Basic | X | $9.95 |
| HD Technology Fee | | |

EXHIBIT A

| TV OPTIONS | Selection | Total Cost |
|---|---|---|
| Sports Pack** | | |
| Canales Selecto | | |
| Music Choice W/Comcast Business TV | | |
| Other | | |

**COMCAST BUSINESS**

**BUSINESS SERVICE ORDER AGREEMENT - RENEWAL**

**Account Name:** BCauseLLC                                                              **ID#: 19024394**

## COMCAST BUSINESS TOTAL SERVICE CHARGES

| Comcast Business | Selection(X) | Quantity | Unit Cost | Total Cost |
|---|---|---|---|---|
| Business Internet/TV/Voice Installation Fee | X | | $0.00 | $0.00 |
| Voice Activation Fee* | | | | |
| Auto-Attendant Setup Fee | | | | |
| Toll Free Activation Fee | | | | |
| Directory Listing Suppression Fee | | | | |
| VoiceEdge Select Seat Activation Fee** | | | | |

\* Per line activation fee, up to four (4) line maximum charge.
\*\* Bundle includes: Auto attendant, Hunt Group and Base Station.

| | |
|---|---|
| Total Monthly Service Charge | $420.30 |
| Promotional Code (if applicable) | |
| Discount On Internet (if applicable) | 160.00 |
| Discount On Video (if applicable) | |
| Discount On Voice (if applicable) | 15.00 |
| Discount On VoiceEdge Select Seats (if applicable) | |
| Total Discount | $175.00 |
| **Total Recurring Monthly Bill:*** | $245.30 |

**Total Installation Charges:***  $0.00

\* Does not include Custom Installation Fees.

\* Applicable federal, state, and local taxes and fees may apply.

## GENERAL SPECIAL INSTRUCTIONS

**COMCAST BUSINESS**

## BUSINESS SERVICE ORDER AGREEMENT - RENEWAL

**Account Name:** BCauseLLC      **ID#: 19024394**

### COMCAST BUSINESS INTERNET CONFIGURATION DETAILS

| | | | |
|---|---|---|---|
| Transfer Existing Comcast.net Email | No | Equipment Selection | Business Wireless |
| Number of Static IPs* | | Business Web Hosting | No |

### COMCAST BUSINESS TV CONFIGURATION DETAILS

| Outlet Details | Location | Outlet Type |
|---|---|---|
| Outlet 1 - Primary | Outlet - 1 | TV Adaptor |
| Outlet 2 - Additional | | |
| Outlet 3 - Additional | | |
| Outlet 4 - Additional | | |
| Outlet 5 - Additional | | |
| Outlet 6 - Additional | | |
| Outlet 7 - Additional | | |
| Outlet 8 - Additional | | |

**Additional Comments:**

| OUTLETS 9 & UP | QUANTITY |
|---|---|
| TV Box + Remote | 0 |
| TV Adaptor | 0 |

### COMCAST BUSINESS VOICEEDGE SELECT CONFIGURATION DETAILS

| Phone # | Type |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### COMCAST BUSINESS VOICE CONFIGURATION DETAILS

| Phone # | Type | HG1 Seq | HG2 Seq | Voicemail |
|---|---|---|---|---|
| 3126249168 | Mobility Lines | None | None | No |

**Customer Equipment**

Phone System Type ( Key System, PBX, Other)

Phone System Manufacturer

Fax Machine Manufacturer

Alarm System Vendor

Point of Sale Device

Telco Closet Location

**Hunt Group Configuration Details**

Hunt Group Features Requested (Yes/No)
No

Hunt Group 1 Configuration Type

Hunt Group 2 Configuration Type

**COMCAST BUSINESS**

**BUSINESS SERVICE ORDER AGREEMENT - RENEWAL**

**Account Name:** BCauseLLC

**ID#:** 19024394

| Toll Free # | Calling Origination Area | Associated TN |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### Directory Listing Details

| Directory Listing (Published, Non-Published, Unlisted) | Published |
|---|---|
| Directory Listing Phone Number | 3126249168 |
| Directory Listing Display Name | BCauseLLC |
| DA/DL Header Text Information | BUSINESS CONSULTANTS |
| DA/DL Header Code Information | 031208 |
| Standard Industry Code Information | 8748 |

### Additional Voice Details

| Caller ID (Yes/No) | Yes |
|---|---|
| Caller ID Display Name (max 15 char.) | BCauseLLC |
| International Dialing (Yes/No) | No |
| Call Blocking (Yes/No) | No |
| Auto-Attendant (Yes/No) | No |

## COMCAST BUSINESS VOICE EDGE CONFIGURATION DETAILS

### Voice Edge Directory Listing Details

| Directory Listing (Published, Non-Published, Unlisted) | |
|---|---|
| Directory Listing Phone Number | |
| Directory Listing Display Name | |
| DA/DL Header Text Information | |
| DA/DL Header Code Information | |

### Voice Edge Additional Voice Details

| Caller ID (Yes/No) | |
|---|---|
| International Dialing (Yes/No) | |
| Caller ID Display Name (max 15 characters) | |
| Call Blocking (Yes/No) | |

| Enterprise Extension Dialing? | |
|---|---|

**COMCAST BUSINESS**

**BUSINESS SERVICE ORDER AGREEMENT - RENEWAL**

**Account Name:** BCauseLLC  **ID#:** 19024394

## CUSTOMER BILLING INFORMATION

| | | | |
|---|---|---|---|
| Billing Account Name | BCauseLLC | City | CHICAGO |
| Billing Name (3rd Party Accounts) | | State | IL |
| Address 1 | 130 S JEFFERSON SSTE 101, | ZIP Code | 60661 |
| Address 2 | | Billing Contact Email | michael.love@bcause.com |
| Billing Contact Name | Michael Love | Billing Contact Phone | (312) 523-7295 |
| Tax Exempt?* | No | Billing Fax Number | |

*If yes, please provide and attach tax exemption certificate.*

## AGREEMENT

1. This Comcast Business Service Order Agreement sets forth the terms and conditions under which Comcast Cable Communications Management, LLC and its operating affiliates ("Comcast") will provide the Services to Customer. This Comcast Business Service Order Agreement consists of this document ("SOA"), the standard Comcast Business Terms and Conditions ("Terms and Conditions"), and any jointly executed amendments ("Amendments") entered under the Agreement. In the event of inconsistency among these documents, precedence will be as follows: (1) Amendments, (2) Terms and Conditions, and (3) this SOA. This Agreement shall commence and become a legally binding agreement upon Customer's execution of the SOA. The Agreement shall terminate as set forth in the Terms and Conditions (http://business.comcast.com/terms-conditions/index.aspx). All capitalized terms not defined in this SOA shall reflect the definitions given to them in the Terms and Conditions. Use of the Services is also subject to the then current High-Speed Internet for Business Acceptable Use Policy located at http://business.comcast.com/terms-conditions/index.aspx (or any successor URL), and the then current High-Speed Internet for Business Privacy Policy located at http://business.comcast.com/terms-conditions/index.aspx (or any successor URL), both of which Comcast may update from time to time.

2. Comcast Business Voice, Internet, TV, and Comcast Business SmartOffice™ Services ("Service") carry a 30 day* money back guarantee**. If, within the first 30 days following Service installation, Customer is not completely satisfied, Customer may cancel Service and Comcast will issue a refund for the monthly recurring fee paid for the first 30 days of service, excluding installation charges, fees, taxes and voice usage charges, however, Customer will be charged any remaining payments owed for non-refundable fees (including installation) and other charges. In order to be eligible for the refund, Customer must cancel Service within 30 days after installation and return any Comcast-provided equipment in good working order. In no event shall the refund exceed $500.00.

*Comcast Business Trunks and Comcast Business VoiceEdge™ carry a 60 day money back guarantee, subject to the above terms.

**The money back guarantee does not apply to Hospitality Video or Ethernet Services.

3. To complete a Voice order, Customer must execute a Comcast Letter or Authorization ("LOA") and submit it to Comcast, or Comcast's third party order entry integrator, as directed by Comcast.

4. New telephone numbers are subject to change prior to the install. Customers should not print their new number on stationery or cards until after the install is complete.

5. Modifications: All modifications to the Agreement, if any, must be captured in a written Amendment, executed by an authorized Comcast Senior Vice President and the Customer. All other attempts to modify the Agreement shall be void and non-binding on Comcast. Customer by signing below, agrees and accepts the Terms and Conditions of this Agreement.

6. **IF CUSTOMER IS SUBSCRIBING TO COMCAST'S BUSINESS DIGITAL VOICE SERVICE, CUSTOMER, BY SIGNING BELOW, ACKNOWLEDGES RECEIPT AND UNDERSTANDING OF THE FOLLOWING 911 NOTICE:**

## 911 NOTICE

Comcast Business Digital Voice service ("Voice Service") may have the 911 limitations specified below:

- In order for 911 calls to be properly directed to emergency services using Voice Service, Comcast must have the correct service address for the telephone number used by the Company. If the Voice Service or any Voice Service device is moved to a different location without Company providing an updated service address, 911 calls may be directed to the wrong emergency authority, may transmit the wrong address, and/or Voice Service (including 911) may fail altogether. Customer's use of a telephone number not associated with its geographic location may also increase these risks.

- The Voice Service uses electrical power in the Company's premises. If there is an electrical power outage, 911 calling may be interrupted if a battery back-up is not installed in the voice modem, fails, or is exhausted.

- Calls using the Voice Service, including calls to 911, may not be completed if there is a problem with network facilities, including network congestion, network/equipment/power failure, a broadband connection failure, or another technical problem.

- Customer should call Comcast at 1-888-824-8104 if it has any questions or needs to update a service address in the 911 system. Delays in updating the service address may also impact 911.

- **BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT IT HAS READ AND UNDERSTANDS THE FOREGOING 911 NOTICE AND THE 911 LIMITATIONS OF THE VOICE SERVICE.**