IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 8th day of August, 2019, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Authority to File Combined Joint Plan of Reorganization and Disclosure Statement**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration on the 5th day of August, 2019 before the hour of 5:00 p.m.

/s/Scott R. Clar

1

## SERVICE LIST

### Court's Electronic Registration:

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

### VIA EMAIL

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

2

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## MOTION FOR AUTHORITY TO FILE COMBINED JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

BCAUSE MINING, LLC, and BCause LLC, debtors/debtors-in-possession herein ("Debtors"), by and through their attorneys, make their Motion for Authority to File Combined Joint Plan of Reorganization and Disclosure Statement pursuant to Rule 3017.1 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

### A.   Introduction

1.    On April 11, 2019, the BCause Mining, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code and on April 12, 2019, BCause, LLC filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Dates").

2.    The Debtors have been managing their financial affairs as debtors-in-possession since the Petition Dates.  No trustee or examiner has been appointed, and an Official Committee of Unsecured Creditors has been appointed to serve in this reorganization case.

### B.   Background

3.    The Debtor is in in the business crypto currency mining, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners.  The Debtor does not itself mine, but is a service provider that hosts a mining venue for its customers.

4.      The Debtor provides a state of the art mining facility in Virgina Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

5.      The Debtor is wholly owned by BCause LLC, which is a limited liability holding company also formed in Virginia.

6.      Both Debtors' Chapter 11 filing was triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of BCause LLC's bank account, from which all of the Debtor's bills are paid, including bills for utilities such as Dominion Energy, which has threatened a shut-off of the Debtor's utilities for non-payment, as of April 12, 2019.

7.      The Debtors' Plan of Reorganization is due on August 8, 2019.[1]

**Relief Requested**

8.      Pursuant to Rules 3016 and 3017-1 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Court may allow for the filing of a combined plan and disclosure statement. By this Motion, the Debtors request the entry of an Order granting the Debtors authority to file a Combined Joint Plan of Reorganization and Disclosure Statement.

WHEREFORE, BCAUSE MINING, LLC and BCause, LLC, debtors/debtors-in-possession, pray for the entry of an Order as follows:

A.      Authorizing the filing of a Combined Joint Plan and Disclosure Statement; and

---

[1] The Debtors will be filing a combined Joint Plan of Reorganization and Disclosure Statement prior to August 8, 2019.

B.     Granting such other relief as may be just and appropriate.

BCAUSE MINING, LLC
BCAUSE LLC

By:  \s\ Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\File Combined Pland and Disc Stmt.mot and NOM