IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION
OF TIME TO ASSUME OR REJECT OFFICE LEASE FOR
<u>NON-RESIDENTIAL REAL ESTATE</u>**

TO:   SERVICE LIST ATTACHED

PLEASE TAKE NOTICE that BCause, LLC, debtor/debtor-in-possession herein, hereby withdraws its Motion for Extension of Time to Assume or Reject Office Lease for Non-Residential Real Estate, docketed as entry no. 203, which is currently set for hearing on August 8, 2019 before the Honorable Janet S. Baer.

DATED:   August 5, 2019

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice to be served on all parties listed on the attached Service List via the Court's Electronic Registration/email (as indicated) on the 5th day of August, 2019 before the hour of 5:00 p.m.

/s/Scott R. Clar

# SERVICE LIST

**Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**
George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

2

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Greenwich Centre Investors, L.C.
Attn: Randolph Gray
192 Ballard Court
Virginia Beach, VA 23462
Gray.randolph@colliers.com

4