# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

## **SUPPLEMENTAL AFFIDAVIT OF JOSEPH CHIN**

I, Joseph Chin, depose and state as follows:

1. I am a citizen of United Kingdom currently residing Antigua and Barbuda. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify to the facts stated in this declaration.

2. I am submitting this supplemental affidavit in support of *BMG Operations Ltd.'s Reply in Support of its Motion for Relief from the Automatic Stay* (the "Reply").[1]

3. I have held the position of Heading of Mining Operations at BMG since July 2017. In my capacity as the Head of Mining Operations, I am responsible for the operational performance and maintenance of BMG's equipment. I am also familiar with the Hosting Agreement between the Debtor and BMG.

4. As a follow up to my original Affidavit in support of BMG's Motion, I want to expand on my prior testimony with respect to the June 9, 2019 Surge Event. It is my understanding that the Surge Event caused damage to BMG's miners because the power strips that the miners were plugged into had no surge protection feature. The Surge Event also caused BCause Mining's cooling fans to shutdown as part of an automatic process designed to prevent damage to the fan

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Reply and/or the Motion.

1

motors. So, while BCause Mining provided surge protection for their own equipment, it failed to provide similar surge protection for BMG's equipment.

5. I would like to also report that the Debtors have been ineffective at managing BCause Mining's operating environment (e.g. thermal, moisture, etc.) since the Facility's inception. This resulted in a very high rate of failure to our equipment and ultimately reduced BMG's fleet of miners from 5,000 to less than 4,500.

6. The Debtors' contention that BMG has not provided sufficient spare parts is incorrect. The Hosting Agreement requires us to use commercially reasonable efforts to maintain inventory and we have done so. Since June 2018, BMG has provided BCause Mining with approximately 1,650 replacement fans and approximately 600 replacement power supply units (PSUs). In addition, BCause Mining is in possession of 60 extra miners owned by BMG. BMG authorized BCause Mining to use these extra miners to replace broken units. In March 2019, BMG also authorised BCause Mining to consolidate working parts from broken units in an effort to keep as many miners online as possible.

7. Starting in March 2019, however, BMG began to deny certain requests by BCause Mining for additional spare parts. These requests were denied because it became clear to us that the Facility continued to be ineffective at managing its operating environment. This has caused the BMG miners to fail at a much higher rate than at any of our other hosting providers. Our other hosting providers experience failure rates of less than 5%, with most miners being repairable and eventually returned to service. By comparison, BMG already has at least 500 permanently decommissioned miners at BCause Mining. That's 10% of the fleet. Adding up the aforementioned quantity of spares and replacement units provided, our failure rate at BCause Mining has been in excess of 45%.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on August 6, 2019 in London, United Kingdom.

_____
Joseph Chin

187326\00001\100947979.v2