# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al*. | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

## NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **August 6, 2019** the undersigned caused to be filed **BMG Operations Ltd.'s Reply In Support Of Its Motion For Relief From The Automatic Stay** with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a true copy of which is herewith served upon you.

Dated: August 6, 2019

Respectfully submitted,

BMG Operations, Ltd.

By: */s/ Christina M. Sanfelippo*
One Of Its Attorneys

Christina M. Sanfelippo
Brian L. Shaw
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 517-9200

*Counsel to BMG Operations, Ltd.*

187326\00001\100982440.v1

**CERTIFICATE OF SERVICE**

 Christina M. Sanfelippo, an attorney, certifies that she caused to be served a true copy of the above and foregoing notice and attached pleading upon the Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means or First Class U.S. Mail, as indicated, on August 6, 2019.

                */s/ Christina M. Sanfelippo*

**Mailing Information for Case 19-10562**
**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- David A Agay dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- Sarah K Angelino sangelino@schiffhardin.com, edocket@schiffhardin.com
- Jamie L Burns jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
- Maria G Carr mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Scott R Clar sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- Shara C Cornell scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Jeffrey C Dan jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
- Shelly A. DeRousse sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Devon J Eggert deggert@freeborn.com, bkdocketing@freeborn.com
- Marc Ira Fenton mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
- J Mark Fisher mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com
- Elizabeth L Janczak ejanczak@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Jennifer M McLemore jmclemore@williamsmullen.com, avaughn@williamsmullen.com
- Christina Sanfelippo csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Brian L Shaw bshaw@foxrothschild.com, cknez@foxrothschild.com
- Arthur G Simon asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
- Jason M Torf jason.torf@icemiller.com

**Parties Served Via United States First Class Mail**

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169

Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL 60606

Russell R Johnson
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

187326\00001\100982440.v1