# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| BCause Mining LLC, ) | Judge Janet S. Baer |
| ) |  |
| Debtor/Debtor-in-Possession. ) | Case No. 19-10562 |
| ) |  |

## ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA

This matter is before the Court for approval of the *Stipulation* between the Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia (the "Stipulation") partially resolving the *Objection of Virginia Electric and Power Company d/b/a Dominion Energy Virginia To the Motion to Provide Adequate Assurance of Payment For Continued Utility Service* (the "Objection") (Docket No. 7). The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409, the Court being fully advised in the premises, and good cause having been shown, it is

**NOW THEREFORE, IT IS HEREBY ORDERED** that:

1. The Stipulation attached hereto at Exhibit "A" is hereby approved.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DATED this __ day of August, 2019.

BY THE COURT:

_____
Hon. Janet S. Baer
United States Bankruptcy Court Judge