# Mining Profitability at various Exchanges Rates and Difficulty Levels

| BTC/Month Exchange Rate | 0.0205 | 0.0189 | 0.0174 | 0.0162 | 0.0151 | 0.0142 | 0.0133 | 0.0126 | 0.0119 | 0.0113 | 0.0108 | 0.0103 | 0.0099 | 0.0095 | 0.0091 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,500 - $3000 | $ 30.71 | $ 28.35 | $ 26.17 | $ 24.30 | $ 22.68 | $ 21.26 | $ 20.01 | $ 18.90 | $ 17.91 | $ 17.01 | $ 16.20 | $ 15.46 | $ 14.79 | $ 14.18 | $ 13.61 |
| $3,250 - $3500 | $ 66.54 | $ 61.43 | $ 56.70 | $ 52.65 | $ 49.14 | $ 46.07 | $ 40.95 | $ 40.95 | $ 38.79 | $ 36.86 | $ 35.10 | $ 33.50 | $ 32.05 | $ 30.71 | $ 29.48 |
| $3,750 - $4000 | $ 76.78 | $ 70.88 | $ 65.42 | $ 60.75 | $ 56.70 | $ 53.16 | $ 50.03 | $ 47.25 | $ 44.76 | $ 42.53 | $ 40.50 | $ 38.66 | $ 36.98 | $ 35.44 | $ 34.02 |
| $4,250 - $4500 | $ 87.02 | $ 80.33 | $ 74.15 | $ 68.85 | $ 64.26 | $ 60.24 | $ 56.70 | $ 53.55 | $ 50.73 | $ 48.20 | $ 45.90 | $ 43.81 | $ 41.91 | $ 40.16 | $ 38.56 |
| $4,750 - $5000 | $ 97.26 | $ 89.78 | $ 82.87 | $ 76.95 | $ 71.82 | $ 67.33 | $ 63.37 | $ 59.85 | $ 56.70 | $ 53.87 | $ 51.30 | $ 48.97 | $ 46.84 | $ 44.89 | $ 43.09 |
| $5,250 - $5500 | $ 107.49 | $ 99.23 | $ 91.59 | $ 85.05 | $ 79.38 | $ 74.42 | $ 70.04 | $ 66.15 | $ 62.67 | $ 59.54 | $ 56.70 | $ 54.12 | $ 51.77 | $ 49.61 | $ 47.63 |
| $5,750 - $6000 | $ 117.73 | $ 108.68 | $ 100.32 | $ 93.15 | $ 86.94 | $ 81.51 | $ 76.71 | $ 72.45 | $ 68.64 | $ 65.21 | $ 62.10 | $ 59.28 | $ 56.70 | $ 54.34 | $ 52.16 |
| $6,250 - $6500 | $ 127.97 | $ 118.13 | $ 109.04 | $ 101.25 | $ 94.50 | $ 88.59 | $ 83.38 | $ 78.75 | $ 74.61 | $ 70.88 | $ 67.50 | $ 64.43 | $ 61.63 | $ 59.06 | $ 56.70 |
| $6,750 - $7000 | $ 138.21 | $ 127.58 | $ 117.76 | $ 109.35 | $ 102.06 | $ 95.68 | $ 90.05 | $ 85.05 | $ 80.57 | $ 76.55 | $ 72.90 | $ 69.59 | $ 66.56 | $ 63.78 | $ 61.22 |
| $7,250 - $7500 | $ 148.44 | $ 137.03 | $ 126.48 | $ 117.45 | $ 109.62 | $ 102.77 | $ 96.72 | $ 91.35 | $ 86.54 | $ 82.22 | $ 78.30 | $ 74.74 | $ 71.49 | $ 68.50 | $ 65.75 |
| $7,750 - $8000 | $ 158.68 | $ 146.48 | $ 135.21 | $ 125.55 | $ 117.18 | $ 109.86 | $ 103.39 | $ 97.65 | $ 92.51 | $ 87.89 | $ 83.70 | $ 79.90 | $ 76.42 | $ 73.22 | $ 70.28 |
| $8,250 - $8500 | $ 168.92 | $ 155.93 | $ 143.93 | $ 133.65 | $ 124.74 | $ 116.94 | $ 110.06 | $ 103.95 | $ 98.48 | $ 93.56 | $ 89.10 | $ 85.05 | $ 81.35 | $ 77.94 | $ 74.81 |
| $8,750 - $9000 | $ 179.16 | $ 165.38 | $ 152.65 | $ 141.75 | $ 132.30 | $ 124.03 | $ 116.74 | $ 110.25 | $ 104.45 | $ 99.23 | $ 94.50 | $ 90.21 | $ 86.28 | $ 82.66 | $ 79.34 |
| $9,250 - $9500 | $ 189.39 | $ 174.83 | $ 161.38 | $ 149.85 | $ 139.86 | $ 131.12 | $ 123.41 | $ 116.55 | $ 110.42 | $ 104.90 | $ 99.90 | $ 95.36 | $ 91.21 | $ 87.41 | $ 83.92 |
| $9,750 - $10,000 | $ 199.63 | $ 184.28 | $ 170.10 | $ 157.95 | $ 147.42 | $ 138.21 | $ 130.08 | $ 122.85 | $ 116.38 | $ 110.57 | $ 105.30 | $ 100.51 | $ 96.14 | $ 92.14 | $ 88.45 |
| $10,001 - $10,500 | $ 209.87 | $ 193.73 | $ 178.82 | $ 166.05 | $ 154.98 | $ 145.29 | $ 136.75 | $ 129.15 | $ 122.35 | $ 116.24 | $ 110.70 | $ 105.67 | $ 101.07 | $ 96.86 | $ 92.99 |
| $10,501 - $11,000 | $ 220.11 | $ 203.18 | $ 187.55 | $ 174.15 | $ 162.54 | $ 152.38 | $ 143.42 | $ 135.45 | $ 128.32 | $ 121.91 | $ 116.10 | $ 110.82 | $ 106.00 | $ 101.59 | $ 97.52 |
| $11,001 - $11,500 | $ 230.34 | $ 212.63 | $ 196.27 | $ 182.25 | $ 170.10 | $ 159.47 | $ 150.09 | $ 141.75 | $ 134.29 | $ 127.58 | $ 121.50 | $ 115.98 | $ 110.93 | $ 106.31 | $ 102.06 |
| $11,501 - $12,000 | $ 240.58 | $ 222.08 | $ 204.99 | $ 190.35 | $ 177.66 | $ 166.56 | $ 156.76 | $ 148.05 | $ 140.26 | $ 133.25 | $ 126.90 | $ 121.13 | $ 115.87 | $ 111.04 | $ 106.60 |
| $12,001 - $12,500 | $ 250.82 | $ 231.53 | $ 213.72 | $ 198.45 | $ 185.22 | $ 173.64 | $ 163.43 | $ 154.35 | $ 146.23 | $ 138.92 | $ 132.30 | $ 126.29 | $ 120.80 | $ 115.76 | $ 111.13 |
| $12,501 - $13,000 | $ 261.06 | $ 240.98 | $ 222.44 | $ 206.55 | $ 192.78 | $ 180.73 | $ 170.10 | $ 160.65 | $ 152.19 | $ 144.59 | $ 137.70 | $ 131.44 | $ 125.73 | $ 120.49 | $ 115.67 |
| $13,001 - $13,500 | $ 271.29 | $ 250.43 | $ 231.16 | $ 214.65 | $ 200.34 | $ 187.82 | $ 176.77 | $ 166.95 | $ 158.16 | $ 150.26 | $ 143.10 | $ 136.60 | $ 120.49 | $ 125.73 |  |
| $13,501 - $14,000 | $ 281.53 | $ 259.88 | $ 239.88 | $ 222.75 | $ 207.90 | $ 194.91 | $ 183.44 | $ 173.25 | $ 164.13 | $ 155.93 | $ 148.50 | $ 141.75 | $ 135.60 | $ 129.94 |  |
| $14,001 - $14,500 | $ 291.77 | $ 269.33 | $ 248.61 | $ 230.85 | $ 215.46 | $ 201.99 | $ 190.11 | $ 179.55 | $ 170.10 | $ 161.60 | $ 153.90 | $ 146.90 | $ 141.75 | $ 135.60 |  |
| $14,501 - $15,000 | $ 302.01 | $ 278.78 | $ 257.33 | $ 238.95 | $ 223.02 | $ 209.08 | $ 196.78 | $ 185.85 | $ 176.07 | $ 167.27 | $ 159.30 | $ 152.05 | $ 145.40 | $ 139.30 |  |
| $15,001 - $15,500 | $ 312.24 | $ 288.23 | $ 266.05 | $ 247.05 | $ 230.58 | $ 216.17 | $ 203.45 | $ 192.15 | $ 182.04 | $ 172.94 | $ 164.70 | $ 157.21 | $ 150.38 | $ 144.11 | $ 138.35 |
| $15,501 - $16,000 | $ 322.48 | $ 297.68 | $ 274.78 | $ 255.15 | $ 238.14 | $ 223.26 | $ 210.12 | $ 198.45 | $ 188.01 | $ 178.61 | $ 170.10 | $ 162.37 | $ 155.31 | $ 148.84 | $ 142.88 |
| $16,001 - $16,500 | $ 332.72 | $ 307.13 | $ 283.50 | $ 263.25 | $ 245.70 | $ 230.34 | $ 216.79 | $ 204.75 | $ 193.97 | $ 184.28 | $ 175.50 | $ 167.52 | $ 160.24 | $ 153.56 | $ 147.42 |
| $16,501 - $17,000 | $ 342.96 | $ 316.58 | $ 292.22 | $ 271.35 | $ 253.26 | $ 237.43 | $ 223.46 | $ 211.05 | $ 199.94 | $ 189.95 | $ 180.90 | $ 172.68 | $ 165.17 | $ 158.29 | $ 151.96 |
| $17,001 - $17,500 | $ 353.19 | $ 326.03 | $ 300.95 | $ 279.45 | $ 260.82 | $ 244.52 | $ 230.14 | $ 217.35 | $ 205.91 | $ 195.62 | $ 186.30 | $ 177.83 | $ 170.10 | $ 163.01 | $ 156.49 |
| $17,501 - $18,000 | $ 363.43 | $ 335.48 | $ 309.67 | $ 287.55 | $ 268.38 | $ 251.61 | $ 236.81 | $ 223.65 | $ 211.88 | $ 201.29 | $ 191.70 | $ 182.99 | $ 175.03 | $ 167.74 | $ 161.03 |
| Difficulty | 6.00E+12 | 6.50E+12 | 7.00E+12 | 7.50E+12 | 8.00E+12 | 8.50E+12 | 9.00E+12 | 9.50E+12 | 1.00E+13 | 1.05E+13 | 1.10E+13 | 1.15E+13 | 1.20E+13 | 1.25E+13 | 1.35E+13 |
|  | 8% | -8% | -8% | -7% | -7% | -6% | -6% | -6% | -5% | -5% | -5% | -5% | -4% | -4% | -4% |

Estimated price based on Futures for September/October

Estimated September 26th Price and Difficulty

24

# The Impact of Self-Mining

**A single Miner**
Revenue | 0.01283 BTC per month | @$10,000 = $128.30 per month
Electrical Cost | $0.05325 kwHR | 1.250 kw |
1.250*24*365.25/12 = 913.125 kwHR * .05325 = $48.62
Gross/Net for each additional machine = $79.68
w/Amort of $320/6 = $53.33 Gross/Net = $26.35

@$10,000 per BTC
600 Machines | Adds $16K per month
w/Amort | Adds $48K per month after
1200 Machines | Adds $32K per month
w/Amort | Adds $96K per month after
Every 100 Machines | Adds $ 3K per month
w/Amort | Adds $ 8K per month after

|  | 1500 | 3000 | 4500 | 6000 |
|---|---|---|---|---|
| Est Revenue During Amortization | $192,450 | $384,900 | $577,350 | $769,800 |
| Est Profit During Amortization | $ 39,525 | $ 79,050 | $118,575 | $158,100 |
| Est Profit After Amortization | $119,520 | $239,040 | $358,560 | $478,080 |

1. After amortization - 3000 Miners WOULD completely replace all profit from all existing clients BMG/SBI/St. Bitts inclusive
2. Goal is to purchase 6000 Miners from existing clients over the next four months – this allows for complete repayment of all creditors in a reasonable period
3. BCause expects to rent about 1,500 miners from SBI to begin self-mining, equivalent to $480,000 in new financing
4. Plan to secure similar rental agreement for 4,500 miners

25

# Comparison of Self Mining to BMG

## Comparison of Unit Economics

| | BMG | Self Mining During Amortization | Self Mining After Amortization |
|---|---|---|---|
| **Revenue** | $ 65.75 | | |
| **Avg** | $ 63.40 | | |
| | $ 64.58 | $ 128.30 | $ 128.30 |
| **Costs** | | | |
| Power | $ 48.62 | $ 48.62 | $ 48.62 |
| **Gross Margin** | $ 15.96 | $ 79.68 | $ 79.68 |
| Amortization of Miner | $ - | $ 54.17 | $ - |
| Cost of Space | $ 3.10 | $ 3.10 | $ 3.10 |
| Cost of Personnel | $ 1.86 | $ 1.86 | $ 1.86 |
| Cost of Offset | $ 23.33 | $ - | $ - |
| **Total SG&A** | $ 28.29 | $ 59.13 | $ 4.96 |
| **Net Profit** | $ (12.34) | $ 20.55 | $ 74.72 |
| Estimated number of computers | 3,000 | 1,500 | 1,500 |
| **Estimated Net (Aggregate)** | $(37,015.00) | $ 30,830.00 | $ 112,080.00 |

**A single Miner**
Revenue | 0.01283 BTC per month | @$10,000 = $128.30 per month
Electrical Cost | $0.05325 kwHR | 1.250 kw | 1.250*24*365.25/12 = 913.125 kwHR * .05325 = $48.62
Gross/Net for each additional machine = $79.68
w/Amort of $320/6 = $53.33 Gross/Net = $26.35

@$10,000 per BTC
600 Machines | Adds $16K per month
w/Amort | Adds $48K per month after
1200 Machines | Adds $32K per month
w/Amort | Adds $96K per month after
Every 100 Machines | Adds $ 3K per month
w/Amort | Adds $ 8K per month after

# The Court Proposed Budget (Mining)

**BCause Mining LLC Budget Through 12/27/19**

| line | -1<br>2-Aug | 0<br>9-Aug | 1<br>16-Aug | 2<br>23-Aug | 3<br>30-Aug | 4<br>6-Sep | 5<br>13-Sep | 6<br>20-Sep | 7<br>27-Sep | 8<br>4-Oct | 9<br>11-Oct | 10<br>18-Oct | 11<br>25-Oct | 12<br>1-Nov | 13<br>8-Nov | 14<br>15-Nov | 15<br>22-Nov | 16<br>29-Nov | 17<br>6-Dec | 18<br>13-Dec | 19<br>20-Dec | 20<br>27-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | | | | | | | | | | | | | | | |
| Tolling Revenue | 967,752 | | | | 886,770 | | | | | 933,904 | | | | 933,904 | | | | | 1,122,269 | | | |
| Customer Curtailment Credits | 56,000 | | | | 130,000 | | | | | 98,000 | | | | 28,000 | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Data Center Power | | | | | | | | | | | | | | | | | | | | | | |
| Labor/Material Handling | 1,664 | | | 1,402 | 1,664 | | | 1,402 | 1,664 | | | 1,402 | 1,664 | | | 1,402 | 1,664 | | | 1,402 | 1,664 | |
| Technology | | 308,000 | | 223,000 | 308,000 | 308,000 | | 223,000 | | 308,000 | | 223,000 | | | 308,000 | | 223,000 | | 308,000 | | 155,000 | |
| Rent Commercial Cleaning | 58,570 | | 500 | | | | 500 | | | | 500 | | | | | 500 | | | | 500 | | |
| Offsite Properties | | | | | | 61,624 | | | | 61,624 | | | | 61,624 | | | | | 61,624 | | | |
| Sub Group | | | | | | 3,500 | | | | 3,500 | | | | 3,500 | | | | | 3,500 | | | |
| Ticket | | | | 500 | | | | 500 | | | | 500 | | | | 500 | | | | 500 | | |
| Maintenance & Repairs | | 20,000 | | | | | 15,000 | | | | 15,000 | | | | | 15,000 | | | | | | 15,000 |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Insurance | | | | 18,016 | | 18,016 | | 18,016 | | 18,016 | | 18,016 | | | 18,016 | 18,016 | | 18,016 | | 18,016 | | 18,016 |
| Labor | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| Deductible | | 100 | 100 | | 100 | 100 | | 100 | | 100 | | 100 | | 100 | | 100 | | 100 | | | |
| Other | 1,420 | | | | 1,420 | | | | 1,420 | | | 1,420 | | 1,420 | | | 1,420 | | | | |
| Total Expenses | 119,294 | 329,640 | 2,240 | 244,558 | 133,304 | 394,200 | 17,240 | 244,558 | 3,304 | 492,200 | 17,240 | 244,558 | 3,304 | 112,780 | 311,160 | 37,058 | 226,304 | 19,656 | 376,284 | 22,058 | 158,304 | 34,656 |
| Net | 848,458 | (329,640) | (2,240) | (244,558) | 753,466 | (394,200) | (17,240) | (244,558) | (3,304) | 441,704 | (17,240) | (244,558) | (3,304) | 821,124 | (311,160) | (37,058) | (226,304) | (19,656) | 745,985 | (22,058) | (158,304) | (34,656) |

27

# The Court Proposed Budget (Holding)

*If no further changes are made we project $105,994 in increased cash over the period covered by the 18 week budget*

BCause LLC (Holding) Budget Through 12/27/19

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec |
| Revenue | | | | | | | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | | | |
| Legal and One Time Costs | | | | | | | | | | | | | | | | | | | | | | |
| Lien Protection Payment | | | 24,973 | | | | 24,973 | | | | 24,973 | | | | 24,973 | | | | 24,973 | | | |
| Bankruptcy Attorney Fees | | | 40,000 | | | | | | | | | | | | | | | | | | | |
| Creditors Committee | | | | 10,000 | | | | 10,000 | | | | 10,000 | | | 10,000 | | | | 30,000 | 30,000 | | |
| US Trustee Fee | | | | | | | | | | | | | | 27,500 | | | | | | | | |
| **Accounting** | 18,096 | | | | | 18,096 | | | | 13,572 | | | | 13,572 | | | | | 9,048 | | | |
| | 325 | | 325 | | | | 325 | | | | | | | | | | | | | | | |
| | | | 125 | | | | 125 | | | | | | | | | | | | | | | |
| | 135 | | 150 | | | | 150 | | | | 150 | | | | 150 | | | | 150 | | | |
| | | | | | | | 135 | | | | 135 | | | | 135 | | | | 135 | | | 380 |
| Startup | | 17,500 | 850 | 850 | 380 | 12,723 | 850 | 850 | 380 | 10,101 | 850 | 850 | 380 | 10,101 | 850 | 850 | 380 | 7,478 | 850 | | | |
| Insurance | 550 | 143 | 550 | 550 | | | | 550 | | | | 550 | | | | 550 | | | | 550 | | |
| | | 73,848 | 47,272 | 47,272 | | 47,272 | | 47,272 | | 38,380 | | 38,380 | | 38,380 | | 38,380 | | 29,487 | | 29,487 | | 29,487 |
| Groupon | | | | | | 6,300 | | | | 5,500 | | | 600 | 5,500 | | | | 5,500 | | | | 1,500 |
| Chicago Office | 7,000 | | | | | 3,000 | | | | 1,500 | | | | 1,500 | | | | | | | | |
| VB Corp Office | 4,000 | | 1,250 | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | 1,250 | | 1,250 | 1,250 |
| Travel Expenses | | | | | | | | | | 1,500 | | | | | | | | | | | | |
| | 250 | 250 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 220 | 220 | 220 | 600 | 240 | 275 | 275 | 275 | 275 |
| Miscellaneous Expenses | 33,684 | 92,991 | 65,848 | 60,197 | 655 | 88,916 | 25,983 | 90,197 | 655 | 70,577 | 25,533 | 81,305 | 1,255 | 98,022 | 25,478 | 81,250 | 600 | 32,457 | 47,504 | 72,412 | 655 | 32,512 |
| **Total Expenses** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $106,492 | $921,266 | $498,635 | $430,547 | $125,792 | $878,603 | $395,486 | $352,263 | $17,508 | $13,549 | $384,675 | $341,902 | $16,039 | $11,480 | $734,582 | $397,944 | $279,636 | $52,732 | $619 | $699,100 | $604,629 | $445,670 |
| Operating Revenue | $967,752 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $933,904 | $0 | $0 | $0 | $933,904 | $0 | $0 | $0 | $0 | $1,122,269 | $0 | $0 | $0 |
| Operating Expenses | $119,294 | $329,640 | $2,240 | $244,558 | $133,304 | $394,200 | $17,240 | $244,558 | $3,304 | $492,200 | $17,240 | $244,558 | $3,304 | $112,780 | $311,160 | $37,058 | $226,304 | $19,656 | $376,284 | $122,058 | $158,304 | $34,556 |
| Other Expenses | $33,684 | $65,848 | $65,848 | $60,197 | $655 | $88,916 | $25,983 | $90,197 | $655 | $70,577 | $25,533 | $81,305 | $1,255 | $98,022 | $25,478 | $81,250 | $600 | $32,457 | $47,504 | $72,412 | $655 | $32,512 |
| **Ending Cash Balance** | $921,266 | $498,635 | $430,547 | $125,792 | $878,603 | $395,486 | $352,263 | $17,508 | $13,549 | $384,675 | $341,902 | $16,039 | $11,480 | $734,582 | $397,944 | $279,636 | $52,732 | $619 | $699,100 | $604,629 | $445,670 | $378,502 |

# The Justification

- Currently, all business lines have been treated as one (lien and bank account restrictions affect all business lines)
- If BCause Secure, LLC absorbs costs from BCause, LLC to operate independently, creditors are in a better position due to increase free cash flow, investment of new money (into BCause Secure, LLC) and associated increase in enterprise value.

**Electricity Costs represent ~65% of Mining Revenue**

Cash availability to service debt

| | |
|---|---|
| Mining revenue | 100% |
| Mining COS | 80% |
| Holding/Spot expenses | 17% |
| EBITDA Margin | 3 |
| Spot expense re-allocation | 4% |
| Net cash for creditors, liquidity | 7% |

Holding and Spot costs expenses here today

Repaying creditors from here

**If Exchange Business is split out…**
- Able to raise cash independently
- Exchange expenses removed from parent company

**…More cash for creditors**

29

# Liabilities
## BCause LLC

- Plan 1 – Mining and Secure Operating in Parallel
  - Secure assumes certain liabilities from BCause LLC.
  - Secure assumes some contractual obligations from BCause LLC

30

# Liabilities
# BCause LLC

| | BCause, LLC Creditor | | Amount | | BCause, LLC Creditor | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Katten Munchin | $ | 470,236.95 | 30 | W-R2 Jefferson | $ | 9,900.00 |
| 2 | John Ashby | $ | 159,000.00 | 31 | Chapman Dawn | $ | 9,519.60 |
| 3 | Childress Patrick | $ | 115,024.82 | 32 | Chuck Mackie | $ | 7,300.00 |
| 4 | Grede Fred | $ | 101,968.17 | 33 | Meltwater News | $ | 6,500.00 |
| 5 | Fallon Kevin | $ | 92,978.08 | 34 | K&L Gates | $ | 5,840.87 |
| 6 | Ciniva | $ | 90,000.00 | 35 | FIA | $ | 4,000.00 |
| 7 | Adolphi Michael | $ | 87,667.49 | 36 | Mayo Insurance | $ | 3,612.35 |
| 8 | Paychex | $ | 86,432.67 | 37 | Marc Nagel | $ | 3,325.00 |
| 9 | Paul Wong | $ | 79,500.00 | 38 | Greenwich Centre | $ | 3,038.46 |
| 10 | Karan Rai | $ | 53,000.00 | 39 | Sayler Brian | $ | 2,235.67 |
| 11 | Endurance Network | $ | 52,923.55 | 40 | Boyk William | $ | 1,744.31 |
| 12 | Capital Counsel | $ | 45,500.00 | 41 | Frederick Grede | $ | 1,717.00 |
| 13 | Century Link | $ | 34,615.42 | 42 | Justin Taylor | $ | 1,487.50 |
| 14 | Pollack Bruce | $ | 33,480.38 | 43 | Greenhouse Software | $ | 1,375.00 |
| 15 | Cresce Ann | $ | 30,359.81 | 44 | Pinnacle Group | $ | 1,200.00 |
| 16 | FIS | $ | 30,000.00 | 45 | UNUM Dental | $ | 867.10 |
| 17 | Crystal Clear | $ | 29,521.25 | 46 | Health Equity | $ | 809.60 |
| 18 | Jones Madden | $ | 26,395.00 | 47 | UNUM LTD | $ | 706.67 |
| 19 | Patrick Childress | $ | 25,000.00 | 48 | UNUM STD | $ | 506.92 |
| 20 | Amazon Web Services | $ | 22,686.00 | 49 | MA Commonwealth | $ | 500.00 |
| 21 | Tradehelm | $ | 20,840.00 | 50 | Andrew Cohen | $ | 500.00 |
| 22 | LeClair Ryan | $ | 18,128.70 | 51 | Sun Life | $ | 500.00 |
| 23 | United Healthcare | $ | 15,645.03 | 52 | Asgard | $ | 445.26 |
| 24 | BitGo | $ | 13,500.00 | 53 | Comcast | $ | 441.26 |
| 25 | Softvision | $ | 13,318.00 | 54 | AON Risk Services | $ | 324.45 |
| 26 | Abacus Solutions | $ | 13,088.00 | 55 | ComEd | $ | 300.00 |
| 27 | Brian Sayler | $ | 12,568.79 | 56 | GA Secretary of State | $ | 276.68 |
| 28 | Jeff Brandt | $ | 11,175.00 | 57 | Cox Business | $ | 225.00 |
| 29 | Century Link | $ | 10,931.19 | 58 | RI Department of State | $ | 150.27 |
| | | | | 59 | Legal Resources | $ | 150.00 |
| | | | | 60 | Hire Right | $ | 140.00 |
| | | | | 61 | Electronic Verification Systems | $ | 124.70 |
| | | | | 62 | UNUM Vision | $ | 120.87 |
| | | | | 63 | Chris Sikes | $ | 114.42 |
| | Total | $ | 1,795,484.30 | | Total | | 25.00 |
| | | | | | | $ | 69,523.96 |



# Liabilities
# BCause Mining LLC

| Creditor | | Amount | Creditor | | Amount |
|---|---|---|---|---|---|
| Bcause Mining, LLC | | | Bcause Mining, LLC | | |
| BMG Operations | 1 | $ 5,550,484.87 | Solutrix | 22 | $ 8,160.00 |
| Professional Heating and Air | 2 | $ 957,856.37 | Inate One | 23 | $ 6,800.00 |
| WESCO Dist | 3 | $ 745,756.08 | Fidelity Labs | 24 | $ 4,960.00 |
| US Customs & Border Protection | 4 | $ 737,041.90 | Alliance Material | 25 | $ 2,803.70 |
| CSC | 5 | $ 626,305.84 | Verizon | 26 | $ 2,801.16 |
| Dominion Energy | 6 | $ 366,000.00 | FRMO Corp | 27 | $ 2,400.00 |
| AlphaCraft | 7 | $ 351,386.40 | Bruce Pollack | 28 | $ 1,717.00 |
| Pro Windows | 8 | $ 333,611.09 | EE Flake Thomas | 29 | $ 1,205.22 |
| Zhouyang Song | 9 | $ 295,356.40 | Hogan Commercial Cleaning | 30 | $ 500.00 |
| BFPE International | 10 | $ 213,750.00 | Jack Frost Enterprises | 31 | $ 480.00 |
| Bay Technologies | 11 | $ 89,437.46 | Image 360 | 32 | $ 87.98 |
| Hoffland Properties | 12 | $ 58,570.00 | The Water H20le | 33 | $ 59.82 |
| CB Critical | 13 | $ 53,057.00 | John's Brothers | 34 | $ 15.00 |
| Endurance IT | 14 | $ 52,923.55 | Total | | $ 31,989.88 |
| HK Cryptocurrency Mining | 15 | $ 43,200.00 | | | |
| Horizon Kinetic | 16 | $ 26,400.00 | | | |
| Amazon Web Services | 17 | $ 22,686.06 | | | |
| EF Fallon Kevin | 18 | $ 15,018.50 | | | |
| Joseph LaMontagne | 19 | $ 12,500.00 | | | |
| Michael Adolphi | 20 | $ 12,500.00 | | | |
| Silbar | 21 | $ 10,336.00 | | | |
| Total | | $ 10,574,177.52 | | | |

32

## 100% Repayment of Debt (BCause Mining / Holding + 25% of Estimated BCause Secure EBITDA)

| | Feb 7 | Mar 8 | Apr 9 | May 10 | Jun 11 | Jul 12 | Aug 13 | Sep 14 | Oct 15 | Nov 16 | Dec 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment to Creditors | $ 147,723 | $ 147,723 | $ 147,723 | $ 147,723 | $ 327,723 | $ 350,990 | $ 348,116 | $ 348,116 | $ 348,116 | $ 348,116 | $ 348,116 |
| Contribution from Secure | $ - | $ - | $ - | $ - | $ - | $ 183,511 | $ 214,629 | $ 186,435 | $ 354,796 | $ 432,914 | $ 425,972 |
| Cummulative Payments | $ 147,723 | $ 295,445 | $ 443,168 | $ 590,890 | $ 918,613 | $ 1,453,113 | $ 2,015,858 | $ 2,550,409 | $ 3,253,322 | $ 4,034,352 | $ 4,808,441 |

| | Jan 18 | Feb 19 | Mar 20 | Apr 21 | May 22 | Jun 23 | Jul 24 | Aug 25 |
|---|---|---|---|---|---|---|---|---|
| Payment to Creditors | $ 348,116 | $ 348,116 | $ 348,116 | $ 348,116 | $ 348,116 | $ 348,116 | $ 348,116 | $ 344,935 |
| Contribution from Secure | $ 472,984 | $ 531,064 | $ 514,153 | $ 691,519 | $ 819,834 | $ 885,866 | $ 877,412 | $ 964,838 |
| Cummulative Payments | $ 5,629,541 | $ 6,508,722 | $ 7,370,991 | $ 8,410,627 | $ 9,578,577 | $ 10,812,560 | $ 12,038,088 | $ 13,347,862 |

This approach results in:
- a first-year recovery of 39% recovery for all creditors
- All creditors paid 100% by month 25



# Liabilities BCause LLC

| # of creditors | | | % of Overall Debt | Cumm % |
|---|---|---|---|---|
| 9 Largest Creditors | | 92 | | |
| | 1 BMG Operations | $5,550,484.87 | 45.80% | 45.80% |
| | 2 Professional Heating and Air | $957,856.37 | 7.90% | 53.70% |
| | 3 WESCO | $745,756.08 | 6.15% | 59.85% |
| | 4 US Customs & Border | $737,041.90 | 6.08% | 65.93% |
| | 5 CSC | $626,305.84 | 5.17% | 71.10% |
| | 6 Katten Munchin | $470,236.95 | 3.88% | 74.98% |
| | 7 Dominion Energy | $366,000.00 | 3.02% | 78.00% |
| | 8 AlphaCraft | $351,386.40 | 2.90% | 80.90% |
| | 9 ProWindows | $333,611.09 | 2.75% | 83.65% |
| | Total | $10,138,679.50 | | |
| | Total Debt | $12,120,008.17 | | |
| # of creditors who are employees | | 10 | | |
| # of creditors who are investors | | 4 | | |

- Plan 1 – Mining and Spot Operating in Parallel
  - Spot assumes certain liabilities from BCause LLC.
  - Spot assumes some contractual obligations from BCause LLC

34



# Liabilities
## BCause LLC

Plan 2 – Mining Operates Independently and Spot is Shuttered
- BCause LLC. is responsible for all obligation

35