

# Liabilities
# BCause LLC

| BCause, LLC Creditor | | Amount | BCause, LLC Creditor | | Amount |
|---|---|---|---|---|---|
| NASDAQ | 1 | $ 804,070.14 | W-R2 Jefferson | 31 | $ 9,900.00 |
| Katten Munchin | 2 | $ 470,236.95 | Chapman Dawn | 32 | $ 9,519.60 |
| John Ashby | 3 | $ 159,000.00 | Chuck Mackie | 33 | $ 7,300.00 |
| Childress Patrick | 4 | $ 115,024.82 | Meitwater News | 34 | $ 6,500.00 |
| Grede Fred | 5 | $ 101,968.17 | K&L Gates | 35 | $ 5,840.87 |
| Fallon Kevin | 6 | $ 92,978.08 | FIA | 36 | $ 4,000.00 |
| Ciniva | 7 | $ 90,000.00 | Mayo Insurance | 37 | $ 3,612.35 |
| Adolphi Michael | 8 | $ 87,667.49 | Marc Nagel | 38 | $ 3,325.00 |
| Paychex | 9 | $ 86,432.67 | Greenwich Centre | 39 | $ 3,038.46 |
| Paul Wong | 10 | $ 79,500.00 | Sayler Brian | 40 | $ 2,235.67 |
| Karan Rai | 11 | $ 53,000.00 | Boyk William | 41 | $ 1,744.31 |
| Endurance Network | 12 | $ 52,923.55 | Frederick Grede | 42 | $ 1,717.00 |
| Capital Counsel | 13 | $ 45,500.00 | Justin Taylor | 43 | $ 1,487.50 |
| Century Link | 14 | $ 34,615.42 | Greenhouse Software | 44 | $ 1,375.00 |
| Pollack Bruce | 15 | $ 33,480.38 | Pinnacle Group | 45 | $ 1,200.00 |
| Cresce Ann | 16 | $ 30,359.81 | UNUM Dental | 46 | $ 867.10 |
| FIS | 17 | $ 30,000.00 | Health Equity | 47 | $ 809.60 |
| Crystal Clear | 18 | $ 29,521.25 | UNUM LTD | 48 | $ 706.67 |
| Jones Madden | 19 | $ 26,395.00 | UNUM STD | 49 | $ 506.92 |
| Patrick Childress | 20 | $ 25,000.00 | MA Commonwealth | 50 | $ 500.00 |
| Amazon Web Services | 21 | $ 22,686.00 | Andrew Cohen | 51 | $ 500.00 |
| Tradehelm | 22 | $ 20,840.00 | Sun Life | 52 | $ 445.26 |
| LeClair Ryan | 23 | $ 18,128.70 | Asgard | 53 | $ 441.26 |
| United Healthcare | 24 | $ 15,645.03 | Comcast | 54 | $ 324.45 |
| BitGo | 25 | $ 13,500.00 | AON Risk Services | 55 | $ 300.00 |
| Softvision | 26 | $ 13,318.00 | ComEd | 56 | $ 276.68 |
| Abacus Solutions | 27 | $ 13,088.00 | GA Secretary of State | 57 | $ 225.00 |
| Brian Sayler | 28 | $ 12,568.79 | Cox Business | 58 | $ 150.27 |
| Jeff Brandt | 29 | $ 11,175.00 | RI Department of State | 59 | $ 150.00 |
| Century Link | 30 | $ 10,931.19 | Legal Resources | 60 | $ 140.00 |
| | | | Hire Right | 61 | $ 124.70 |
| | | | Electronic Verification Systems | 62 | $ 120.87 |
| | | | UNUM Vision | 63 | $ 114.42 |
| | | | Chris Sikes | 64 | $ 25.00 |
| Total | | $ 2,599,554.44 | Total | | $ 69,523.96 |



# Liabilities
# BCause Mining LLC

| | Bcause Mining, LLC | | Amount | | Bcause Mining, LLC | | Amount |
|---|---|---|---|---|---|---|---|
| | Creditor | | | | Creditor | | |
| 1 | BMG Operations | $ | 5,550,484.87 | 22 | Solutrix | $ | 8,160.00 |
| 2 | Professional Heating and Air | $ | 957,856.37 | 23 | Inate One | $ | 6,800.00 |
| 3 | WESCO Dist | $ | 745,756.08 | 24 | Fidelity Labs | $ | 4,960.00 |
| 4 | US Customs & Border Protection | $ | 737,041.90 | 25 | Alliance Material | $ | 2,803.70 |
| 5 | CSC | $ | 626,305.84 | 26 | Verizon | $ | 2,801.16 |
| 6 | Dominion Energy | $ | 366,000.00 | 27 | FRMO Corp | $ | 2,400.00 |
| 7 | AlphaCraft | $ | 351,386.40 | 28 | Bruce Pollack | $ | 1,717.00 |
| 8 | Pro Windows | $ | 333,611.09 | 29 | EE Flake Thomas | $ | 1,205.22 |
| 9 | Zhouyang Song | $ | 295,356.40 | 30 | Hogan Commercial Cleaning | $ | 500.00 |
| 10 | BFPE International | $ | 213,750.00 | 31 | Jack Frost Enterprises | $ | 480.00 |
| 11 | Bay Technologies | $ | 89,437.46 | 32 | Image 360 | $ | 87.98 |
| 12 | Hoffland Properties | $ | 58,570.00 | 33 | The Water H20le | $ | 59.82 |
| 13 | CB Critical | $ | 53,057.00 | 34 | John's Brothers | $ | 15.00 |
| 14 | Endurance IT | $ | 52,923.55 | | Total | $ | 31,989.88 |
| 15 | HK Cryptocurrency Mining | $ | 43,200.00 | | | | |
| 16 | Horizon Kinetic | $ | 26,400.00 | | | | |
| 17 | Amazon Web Services | $ | 22,686.06 | | | | |
| 18 | EF Fallon Kevin | $ | 15,018.50 | | | | |
| 19 | Joseph LaMontagne | $ | 12,500.00 | | | | |
| 20 | Michael Adolphi | $ | 12,500.00 | | | | |
| 21 | Silbar | $ | 10,336.00 | | | | |
| | Total | $ | 10,574,177.52 | | | | |

37

# 100% Repayment of Debt (BCause Mining / Holding Only)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| Payment to Creditors | | $ 147,723 | $ 147,723 | $ 147,723 | $ 147,723 | $ 327,723 | $ 327,723 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 |
| Cummulative Payments | | $ 147,723 | $ 295,445 | $ 443,168 | $ 590,890 | $ 918,613 | $ 1,246,335 | $ 1,570,683 | $ 1,895,031 | $ 2,219,380 | $ 2,543,728 | $ 2,868,076 |
| | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| Payment to Creditors | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 |
| Cummulative Payments | $ 3,192,424 | $ 3,516,772 | $ 3,841,121 | $ 4,165,469 | $ 4,489,817 | $ 4,814,165 | $ 5,138,513 | $ 5,462,861 | $ 5,787,210 | $ 6,111,558 | $ 6,435,906 | $ 6,760,254 |
| | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 |
| Payment to Creditors | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 |
| Cumulative Payments | $ 7,084,602 | $ 7,408,950 | $ 7,733,299 | $ 8,057,647 | $ 8,381,995 | $ 8,706,343 | $ 9,030,691 | $ 9,355,040 | $ 9,679,388 | $ 10,003,736 | $ 10,328,084 | $ 10,652,432 |
| | Jan | Feb | Mar | Apr | May | | | | | | | |
| | 42 | 43 | 44 | 45 | 46 | | | | | | | |
| Payment to Creditors | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | $ 324,348 | | | | | | | |
| Cummulative Payments | $ 10,976,780 | $ 11,301,129 | $ 11,625,477 | $ 11,949,825 | $ 12,274,173 | | | | | | | |

This approach results in:
- A first-year recovery of 23% recovery for all creditors
- All creditors paid 100% by month 47



## Liabilities BCause LLC

| # of creditors | | | % of Overall Debt | Cumm % |
|---|---|---|---|---|
| 9 Largest Creditors | | | | |
| | 1 | BMG Operations | $5,550,484.87 | 41.81% | 41.81% |
| | 2 | Professional Heating and A | $957,856.37 | 7.22% | 49.03% |
| | 3 | NASDAQ | $804,070.14 | 6.06% | 55.08% |
| | 4 | WESCO | $745,756.08 | 5.62% | 60.70% |
| | 5 | US Customs & Border | $737,041.90 | 5.55% | 66.25% |
| | 6 | CSC | $626,305.84 | 4.72% | 70.97% |
| | 7 | Katten Munchin | $470,236.95 | 3.54% | 74.51% |
| | 8 | Dominion Energy | $366,000.00 | 2.76% | 77.27% |
| | 9 | AlphaCraft | $351,386.40 | 2.65% | 79.92% |
| | 10 | ProWindows | $333,611.09 | 2.51% | 82.43% |
| | | Total | $10,942,749.64 | | |
| | | Total Debt | $13,275,245.80 | | |
| # of creditors who are employees | | | 12 | | |
| # of creditors who are investors | | | 97 | | |

- Plan 2 – Mining Operates Independently and Spot is Shuttered
  - BCause LLC. is responsible for all obligation

39

## Assumptions



- Current Customers will continue service with BCause and pay their bills
- Able to replace or extend existing contracts with clients as they expire
- Crypto retains current value or continues to increase
- Improvements of $2.8MM in Balance Sheet and future liabilities. Successful launch of Secure and profitable self-mining business will all enhance Bcause' ability to raise new capital

40

# Risks & Dependencies



- Hosting Mining – margin is slim and needs to scale to improve margins
- Self Mining – margin is attractive, though dependent on exchange rate
- Spot – Sufficient funding from potential investors
- Spot – successful development of full market (sales and marketing)

41

# Use Cases





bcause
Mining|Spot|Derivatives|Clearing|Custody

42

# Competitive Advantages of BCause Spot

- Bcause is engaging leading financial firms as market makers (financial counter-parties who deliver liquidity)
- Professional market makers seek an exchange of professional quality, industry standards, and clear transparency

## Bcause Spot will fill this void

| | Traditional Sandbox Exchanges | Bcause SPOT |
|---|---|---|
| Infrastructure | • Office server in the closet, or<br>• "Somewhere in the cloud" | Enterprise grade, Tier 4 |
| Software | • In-house bespoke, or<br>• Generic exchange software | Exchange-class leader – NASDAQ: matching engine, trade surveillance, etc. |
| 3rd Party Interfaces | Java, HTTP, Open Source | Financial industry standards (FIX, OUCH) |
| Operations | Clouded transparency, IT-centric | Clean, transparent, financial exchange experts |

43

# Opportunities



- Work-out with creditors
- Spot – revenue currently considered not material
- Mining & Spot – New money raise with "Cleaner Balance Sheet" and Operational Exchange
- Regulatory developments

44

# Key Elements



- Substantial cost reductions are still available (Doesn't necessitate the assumption of new revenue)
- Enables Spot to fund itself and go live to add value
- Improves Balance Sheet – Reduce debt burden: transfer of liabilities to BCause Secure and amortization

45

# Summary of Benefits to Stakeholders

**Approval and Execution of Turn-around Plan**

### Benefits to Creditors
- Manageable debt structure with realistic probability of repayment 100% of amount owed

### Opportunities for Shareholders
- Increased enterprise value if Spot is up and running
- New mining customers as digital assets evolve, regulatory rulings mature the industry, etc.
- Self-mining
- Help creditors mine at Bcause, handle digital assets, etc.

**Realization of Bcause business strategy and plan**

46

# Cash Flow to Break Even

bcause
Mining|Spot|Derivatives|Clearing|Custody

## Cash Flow

| | Aug-19 1 | Sep-19 2 | Oct-19 3 | Nov-19 4 | Dec-19 5 | Jan-20 6 | Feb-20 7 | Mar-20 8 |
|---|---|---|---|---|---|---|---|---|
| Cash In/(Out) from Investment Activities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash In/(Out) from Financing Activities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash In/(Out) from Deposits | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash In/(Out) from Capex | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash In/(Out) from Operations | -$123,446 | -$295,927 | -$167,387 | -$177,070 | -$311,011 | -$281,256 | -$227,855 | -$238,193 |
| Taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total | -$123,446 | -$295,927 | -$167,387 | -$177,070 | -$311,011 | -$281,256 | -$227,855 | -$238,193 |
| Cash Flow Running Total | -$123,446 | -$419,373 | -$586,760 | -$763,830 | -$1,074,841 | -$1,356,097 | -$1,583,952 | -$1,822,146 |

47

# Potential Risks

*Financial models and other supporting information regarding historical data, hypothetical target returns, contextual analysis, and other pertinent matters will be made available to prospective investors upon request. There is no guarantee of success, and there is a potential for loss of your investment*

POTENTIAL RISKS

**Risks related to market conditions and governmental programs**
- We may be adversely impacted by weakness in the local economies we serve
- New legislation and/or regulatory laws affecting our operations may affect our performance

**Risks related to our business/operations**
- We may be unable to successfully execute and manage our growth strategy
- Our success will depend on our ability to hire, train and retain key personnel

**Risks related to our industry**
- The industries in which we operate are highly competitive and many of our competitors have access to greater financial resources, lower funding costs and greater access to liquidity
- Unfavorable future conditions could adversely impact our business, financial position, results of operations and/or cash flows

**Risks related to funding sources and interest rates/debt markets**
- We are substantially dependent upon our secured and unsecured funding arrangements. If any of our funding arrangements are terminated, not renewed or otherwise become unavailable to us, we may be unable to find replacement financing on economically viable terms, if at all, which would have a material adverse effect on our business, financial position, results of operations and cash flows
- Changes in economic and legal conditions could materially and adversely affect our transactions, business, financial position, results of operations or cash flows
- Our earnings and reputation may be adversely affected if risk is not properly managed

**Risks related to proposed financing transaction**
- There is no assurance that we will be able to obtain additional capital as needed
- There is no guarantee of success, and there is a potential for loss of your investment
- There can be no assurance that any financial projections delivered to a prospective investor will accurately reflect the predicted profitability of our business
- There is currently no market for our securities; and it is unlikely that a market will develop in the future, which would impact your ability to resell our securities in an orderly fashion

# The Court Proposed Budget (Mining)

Current business: $12.1MM/year

Margins have improved due to power rate change, implementation of new software, and other operational improvements

Interest in hosting at Bcause has increased due increase in BTC pricing

BCause Mining LLC Budget through 8/2/19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| Mining Revenue | 1,018,577 | | | | 1,018,577 | | | | | 1,014,371 | | | | 1,014,371 |
| Expenses | | | | | | | | | | | | | | |
| Bitpay Customer Curtailment Credits | | | | | | | | | | | | | | 56,000 |
| Lynx Material Handling | | 1,402 | | | 1,402 | | | | 1,402 | | | | 1,402 | |
| Belfini Energy | | 660,000 | | 700,000 | | | 308,000 | | 352,000 | | 660,000 | | | |
| Hogan Commercial Cleaning | | 500 | | | 500 | | | 500 | | | | 500 | | |
| Holland Properties | | 58,570 | | | | 58,570 | | | | 58,570 | | | | 58,570 |
| Hoffland Properties April Stub Payment | | 12,365 | | | | 12,365 | | | | 12,365 | | | | |
| Jack Frost | | 500 | | | 500 | | | | 500 | | | | 500 | |
| Maintenance & Repairs | | 20,000 | | | | | | 15,000 | | | 10,000 | | | |
| Miscellaneous Data Center Supplies | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Labor | | 2,880 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| Water H2ole | | | | 60 | | | | 60 | | | | 60 | | |
| Verizon | | 1,420 | | | | 2,840 | | | | 1,420 | | | | 1,420 |
| Total Expenses | - | 757,837 | 1,640 | 701,700 | 4,042 | 75,415 | 309,640 | 17,200 | 355,542 | 73,995 | 671,640 | 2,200 | 3,542 | 117,630 |
| | 1,018,577 | (757,837) | (1,640) | (701,700) | 1,014,535 | (75,415) | (309,640) | (17,200) | (355,542) | 940,376 | (671,640) | (2,200) | (3,542) | 896,741 |

49

# The Court Proposed Budget (Holding)

Expenses to have been reduced by ~$40K/month in accordance with the budget submitted and approved. If no further changes are made we project $72,898 in increased cash over the period covered by the 13 week budget

BCause LLC (Holding) Budget through 8-2-19

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| **Professional and One Time Costs** | | | | | | | | | | | | | | |
| Intellectual Protection Payment | | | 24,973 | | | | | 24,973 | | | | 24,973 | | |
| US Bankruptcy Attorney Fees | | | | | | | | | | | | | | |
| Unsecured Creditors Committee | | | | | 10,000 | | | | 10,000 | | | | | 10,000 |
| Bankruptcy Trustee Fee | | | | | | | | | | | | | | 28,927 |
| **Future Operating Expenses** | | | | | | | | | | | | | | |
| BMA Financial | | 18,096 | | | | 18,096 | | | | 18,096 | | | | 18,096 |
| Centurionbnk | | 6,850 | | | | 3,328 | | | | 1,664 | | | | 1,664 |
| Oxygen | | 324 | 315 | | | 325 | | | | 325 | | | | 325 |
| Unified | | 270 | 125 | | | | 125 | | | | 125 | | | |
| Colo/Communications | | 150 | | 150 | | 150 | | 150 | | | | 150 | | 150 |
| Utility | | 381 | 135 | | | 135 | | | | 135 | | | | 135 |
| Googlel | | 3,127 | | 380 | | 3,127 | | 380 | | 3,127 | | 380 | | |
| PayTech Center | | 625 | | | | 625 | | | | 625 | | | | 3,127 |
| Greenwich Center April Stub Payment | | 23,600 | 21,000 | | | | 21,000 | | 850 | | 21,000 | | 850 | |
| Insurance Group | | 3,146 | | | 850 | | | | | | | | | |
| Liability Insurance | | | | | | | | | | | | | | |
| Microsoft | | 550 | 550 | | | | 550 | | | | 550 | | | |
| Miscellaneous Expenses | | 500 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | |
| NVI (Paychex) | | 86,500 | 86,500 | | 70,000 | | 70,000 | | 70,000 | | 70,000 | | 70,000 | |
| Cycle Group | | | | 600 | | | | | 600 | | | | 600 | |
| Other Expenses | | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | |
| **Total Expenses** | | 149,429 | 135,098 | 1,380 | 82,350 | 31,548 | 93,175 | 25,753 | 82,950 | 34,557 | 93,175 | 25,753 | 111,877 | 33,932 |
| | | | | | | | | | | | | | | |
| Opening Cash Balance | $ 844,050 | $ 1,862,627 | $ 955,361 | $ 818,623 | $ 115,543 | $ 1,047,728 | $ 940,766 | $ 537,951 | $ 494,998 | $ 56,506 | $ 962,325 | $ 197,510 | $ 169,557 | $ 54,138 |
| Operating Revenue | $ 1,018,577 | $ - | $ 1,640 | $ 701,700 | $ 1,018,577 | $ 4,042 | $ 309,640 | $ 17,200 | $ 355,542 | $ 1,014,371 | $ 73,995 | $ 2,200 | $ 3,542 | $ 1,014,371 |
| Operating Expenses | $ - | $ 757,837 | $ 135,098 | $ 1,380 | $ 82,350 | $ 75,415 | $ 93,175 | $ 25,753 | $ 82,950 | $ 34,557 | $ 93,175 | $ 25,753 | $ 111,877 | $ 127,630 |
| One Time Expenses | $ - | $ 149,429 | $ 1,380 | $ 82,350 | $ 4,042 | $ 31,548 | $ 309,640 | $ 17,200 | $ 355,542 | $ 73,995 | $ 671,640 | $ 25,753 | $ 111,877 | $ 127,630 |
| Closing Cash Balance | $ 1,862,627 | $ 955,361 | $ 818,623 | $ 115,543 | $ 1,047,728 | $ 940,766 | $ 537,951 | $ 494,998 | $ 56,506 | $ 962,325 | $ 197,510 | $ 169,557 | $ 54,138 | $ 916,947 |

50

# EBITDA This Year

| | Jan | Feb | Mar | Total |
|---|---|---|---|---|
| Income | $ 1,292,991.33 | $ 1,186,511.61 | $ 1,129,059.57 | $ 3,608,562.51 |
| COGS | $ 739,234.29 | $ 753,249.54 | $ 780,924.89 | $ 2,273,408.72 |
| Gross Profit | $ 553,757.04 | $ 433,262.07 | $ 348,134.68 | $ 1,335,153.79 |
| Cost of Sales and Selling | $ 17,448.06 | $ 3,603.82 | $ 1,345.01 | $ 22,396.89 |
| G&A | $ 358,261.71 | $ 300,431.59 | $ 310,861.15 | $ 969,554.45 |
| EBITDA | $ 178,047.27 | $ 129,226.66 | $ 39,428.52 | $ 346,702.45 |
| Depreciation | $ 137,329.08 | $ 137,329.08 | $ 137,329.08 | $ 411,987.24 |
| EBIT | $ 40,718.19 | $ (8,102.42) | $ (97,900.56) | $ (65,284.79) |
| Interest | $ 33,138.69 | $ 32,763.69 | $ 17,763.69 | $ 83,666.07 |
| Net Income | $ 7,579.50 | $ (40,866.11) | $ (115,664.25) | $ (148,950.86) |

Notes from Controller:

Old Pro Window invoices given to me in March were entered in the amount of $129,648

of this amount, $90,188 was booked to COGS, and the remaining $39,460 to Fixed Asset LHI Phase II.

This means that without these additional invoices, the P&L would have looked like this:

Net Operating Income (EBDA): $126,117
Net Income/Loss: ($26,055)

# Projections of Electric Bills Apr - Oct

| | Apr - May | May - Jun | Jun - Jul | Jul - Aug | Aug - Sep | Sep - Oct |
|---|---|---|---|---|---|---|
| Assumed A Days | 0 | 3 | 4 | 9 | 8 | 2 |
| Assumed B Days | 30 | 27 | 26 | 21 | 22 | 28 |
| On Peak A | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Peak A | 0 | 42 | 56 | 126 | 112 | 28 |
| On Peak B | 300 | 270 | 260 | 210 | 220 | 280 |
| Off Peak B | 420 | 378 | 364 | 294 | 308 | 392 |
| Total Hours | 720 | 690 | 680 | 630 | 640 | 700 |
| Customer Charge | $ 123.10 | $ 123.10 | $ 123.10 | $ 123.10 | $ 123.10 | $ 123.10 |
| Demand Primary | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 | $ 17,035.56 |
| Dist Service KWH | $ 719.88 | $ 719.88 | $ 719.88 | $ 719.88 | $ 719.88 | $ 719.88 |
| RTR CTA | $ 49.65 | $ 49.65 | $ 49.65 | $ 49.65 | $ 49.65 | $ 49.65 |
| On Peak A Charge | $ - | $ - | $ - | $ - | $ - | $ - |
| Off Peak A Charge | $ - | $ 20,215.11 | $ 26,953.48 | $ 60,645.34 | $ 53,906.97 | $ 13,476.74 |
| On Peak B Charge | $ 110,609.08 | $ 99,548.17 | $ 95,861.20 | $ 77,426.35 | $ 81,113.32 | $ 103,235.14 |
| Off Peak B Charge | $ 108,041.13 | $ 90,684.89 | $ 87,326.19 | $ 70,532.69 | $ 73,891.39 | $ 94,043.59 |
| Adjustment Chg Prim | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) | $ (7,182.41) |
| Contract Demand Chg | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) | $ (1,644.30) |
| Transmission Demand Chg | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 | $ 14,162.90 |
| Fuel Charge | $ 346,673.18 | $ 332,228.47 | $ 327,413.56 | $ 303,339.03 | $ 308,153.94 | $ 337,043.37 |
| Rider Charge | $ 82,626.07 | $ 79,183.32 | $ 78,035.74 | $ 72,297.81 | $ 73,445.40 | $ 80,330.90 |
| Total Charge | $ 671,213.84 | $ 645,124.34 | $ 638,854.55 | $ 607,505.61 | $ 613,775.40 | $ 651,394.12 |
| per kWh | | | | | | |

With Curtailment

| | |
|---|---|
| Total | $ 3,827,867.86 |
| Avg | $ 637,977.98 |
| Max | $ 671,213.84 |
| Min | $ 607,505.61 |
| Diff | $ 63,708.23 |
| % of Avg | 9.99% |

Key Take Aways:
- Average estimated bills for period Apr - Oct = $637,977.98

# Trend in Overall Liabilities

| | Current Assets | Long Term Assets | Total Assets | Current Liabilities | Long Term Liabilities | Total Liabilities | Owners Equity |
|---|---|---|---|---|---|---|---|
| Mar-18 | $ 5,410,405.17 | $ 8,789,580.92 | $14,199,986.09 | $ 11,593,493.29 | | $11,593,493.29 | $2,606,492.80 |
| Apr-18 | $ 3,729,733.57 | $ 11,485,619.92 | $15,215,353.49 | $ 12,799,035.49 | | $12,799,035.49 | $2,416,318.00 |
| May-18 | $ 2,197,347.74 | $ 14,506,677.38 | $16,704,025.12 | $ 14,269,495.96 | | $14,269,495.96 | $2,434,529.16 |
| Jun-18 | $ 1,838,285.66 | $ 16,047,865.29 | $17,886,150.95 | $ 15,917,676.45 | 18,720.00 | $15,936,396.45 | $1,949,754.50 |
| Jul-18 | $ 1,898,730.39 | $ 16,263,855.80 | $18,162,586.19 | $ 16,928,333.11 | 30,000.00 | $16,958,333.11 | $1,204,253.08 |
| Aug-18 | $ 1,440,397.73 | $ 16,507,503.73 | $17,947,901.46 | $ 17,208,142.23 | 78,000.00 | $17,286,142.23 | $ 661,759.23 |
| Sep-18 | $ 1,495,937.96 | $ 16,453,494.15 | $17,949,432.11 | $ 16,756,502.38 | 86,000.00 | $16,842,502.38 | $1,106,929.73 |
| Oct-18 | $ 1,944,015.39 | $ 16,408,680.21 | $18,352,695.60 | $ 16,523,404.02 | 86,000.00 | $16,609,404.02 | $1,743,291.58 |
| Nov-18 | $ 1,759,759.02 | $ 16,307,405.04 | $18,067,164.06 | $ 16,528,974.76 | 86,960.00 | $16,615,934.76 | $1,451,229.30 |
| Dec-18 | $ 970,960.00 | $ 16,384,628.00 | $17,355,588.00 | $ 10,845,752.00 | 5,158,647.00 | $16,004,399.00 | $1,351,189.00 |
| Jan-19 | $ 1,177,973.00 | $ 15,900,266.00 | $17,078,239.00 | $ 10,559,034.00 | 5,163,607.00 | $15,722,641.00 | $1,355,598.00 |
| Feb-19 | $ 1,011,984.00 | $ 15,834,340.00 | $16,846,324.00 | $ 10,364,724.00 | 5,163,607.00 | $15,528,331.00 | $1,317,993.00 |
| Mar-19 | $ 982,878.00 | $ 15,884,647.00 | $16,867,525.00 | $ 10,712,257.00 | 4,953,607.00 | $15,665,864.00 | $1,201,661.00 |

# Trend in Overall Liabilities Over Time



Liabilities Over Time

Maximum Liability

Current Liability

— Current Liabilities — Long Term Liabilities — Total Liabilities

Key Take Aways:
- Long-Term (seven months) decrease of Total Liabilities from peak Aug 2018 ($17.2MM) to current ($15.6MM). This $1.6MM decrease implies ~$230K/mo rate of payoff
- Decrease in Current Liabilities indicates successful negotiation with one vendor

54

# Performance Against Cash Collateral Budget

## Performance Against Plan

| Holding | 1<br>10-May | 2<br>17-May | 3<br>24-May | 4<br>31-May | 1<br>7-Jun | 2<br>14-Jun | 3<br>21-Jun | 4<br>28-Jun | 5<br>5-Jul | 6<br>12-Jul | 7<br>19-Jul | 8<br>26-Jul | 9<br>2-Aug | 10<br>9-Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| **Exceptional and One Time Costs** | | | | | | | | | | | | | | |
| Adequate Protection Payment | | 24,973 | | | | | 24,973 | | | | 24,973 | | | |
| BCause Bankruptcy Attorney Fees | | | | | | | | | | | | | | |
| Bankruptcy Creditors Committee | | | 10,000 | | | | | 10,000 | | | | 10,000 | | |
| Bankruptcy Trustee Fee | | | | | | | | | | | | 27,767 | | |
| **Routine Operating Expenses** | | | | | | | | | | | | | | |
| CCA Financial | 18,096 | | | | 18,096 | | | | 18,096 | | | | 18,096 | |
| Comcast | 324 | 315 | | | 325 | | | | 325 | | | | 325 | |
| ComEd | 270 | 125 | | | | 125 | | | | 125 | | | | |
| Cox Communications | 150 | | 150 | | 150 | | 150 | | 150 | | | | | |
| Fonality | | 135 | | | 135 | | | | 135 | | | | 135 | |
| Google | 381 | | 380 | | | | 380 | | | | 380 | | | |
| Insurance Group | 23,600 | 21,000 | | 850 | | 21,000 | | 850 | | 17,500 | | 850 | | 17,500 |
| Liability Insurance | 3,146 | | | | | | | | | | | | | |
| Microsoft | 550 | 550 | | | | 550 | | | | 550 | | | 550 | 143 |
| Payroll | 86,500 | 86,500 | | 70,000 | | 70,000 | | 73,848 | | 73,848 | | 73,848 | | 73,848 |
| Pinnacle Group | | | 600 | | | | | 600 | | | | 600 | | |
| Rent Chicago Office | 5,310 | | | | 5,512 | | | | 11,024 | | | | 7,000 | |
| Rent VB Corp Office | 3,127 | | | | 3,127 | | | | 3,127 | | | | 4,000 | |
| Travel Expenses | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 |
| Miscellaneous Expenses | | | | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| **Total Expenses** | 142,079 | 134,848 | 1,130 | 82,100 | 31,548 | 93,175 | 25,753 | 86,798 | 37,060 | 93,523 | 25,603 | 114,565 | 33,684 | 92,991 |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | $1,862,627 | $962,711 | $826,223 | $123,393 | $1,055,828 | $948,866 | $546,051 | $498,098 | $172,531 | $1,027,565 | $604,402 | $576,599 | $106,492 | $921,266 |
| Mining Revenue | $0 | $0 | $0 | $1,018,577 | $0 | $0 | $0 | $0 | $967,752 | $0 | $0 | $0 | $967,752 | $0 |
| Mining Expenses | $757,837 | $1,640 | $701,700 | $4,042 | $75,415 | $309,640 | $22,200 | $238,769 | $75,659 | $329,640 | $2,200 | $355,542 | $119,294 | $329,640 |
| Holding Expenses | $142,079 | $134,848 | $1,130 | $82,100 | $31,548 | $93,175 | $25,753 | $86,798 | $37,060 | $93,523 | $25,603 | $114,565 | $33,684 | $92,991 |
| Ending Cash Balance | $962,711 | $826,223 | $123,393 | $1,055,828 | $948,866 | $546,051 | $498,098 | $172,531 | $1,027,565 | $604,402 | $576,599 | $106,492 | $921,266 | $498,635 |
| | | | | | | | | | | | | | | |
| Actual Ending Cash Balance | $ 107,680 | $ 1,029,306 | $ 188,960 | $ 659,419 | $ 966,522 | $ 597,968 | $ 555,199 | $1,035,877 | $ 905,947 | $ 453,826 | $ 430,845 | $ 173,487 | $ 889,931 | $ 671,108 |
| Over/Under | ($855,031) | $203,083 | $65,567 | ($396,410) | $17,656 | $51,917 | $57,101 | $863,346 | ($121,617) | ($150,576) | ($145,753) | $66,995 | ($31,335) | $172,473 |