# EXHIBIT E

# Equipment Rent to Own Agreement

This Equipment Rent to Own Agreement ("Agreement") is made and entered into on July __, 2019 by and between:

(1) Bcause Mining LLC with its address at 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 ("the Renter"), and

(2) SBI Crypto Co., Ltd. with its address at 1-6-1 Roppongi, Minato-ku, Tokyo, Japan ("the Owner")

The Renter and Owner are referred to as individually "Party" and collectively "Parties".

WHEREAS

(A) The Owner owns 3,500 cryptocurrency miners that were previously hosted at the Renter's hosting facility and are still located at the same facility in storage;

(B) Both Parties acknowledge these miners are in various conditions of operability, some of which may be damaged and in need of repair or replacement parts to operate;

(C) The Renter agrees to repair these miners at its own cost in order for the Renter to exclusively use and operate the repaired miners; and

(D) The Renter and Owner intend that ownership of all repaired miners and other related equipment shall transfer to the Renter upon full completion of this Agreement by way of rental payments made to the Owner being applied to the Purchase Price during the rental period.

NOW THEREFORE THIS AGREEMENT WITNESSES that in consideration of the promises, mutual covenants and agreements herein and other good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

## Article 1. Equipment

1. The Owner owns 3,500 Bitmain Antminer S9 cryptocurrency miners ("Miners") that are currently in storage located at the Renter's datacenter at 5465 Greenwich Road, Virginia Beach, VA. The list of Miner serial numbers is provided in Appendix A.

2. The primary components of the Miners are two (2) case fans, one (1) controller pcb board, and three (3) pcb hashboards ("Primary Components").

3. The Renter agrees to bear all costs of labor and parts, including but not limited to fans, power supply units ("psu"), and electronic PCB boards from within the Miners or through external procurement to repair as many Miners to the extent desired for rented use by the Renter.

4. "Equipment" shall be comprised of the Miners, Primary Components, power supply units, and any other related parts described in this Article 1.

5. The Renter shall not use any Equipment from the Owner's spare stocks or other equipment located in the Renter's datacenter without separate written consent by the respective owner of such parts or components.

6. While the Renter is diagnosing and repairing the 3500 Miners, the Renter shall provide a full list of serial numbers of all 3500 Miners regardless of selection. The Renter shall provide this report weekly until repair and diagnosis has finished, and shall provide updates to the report if there are any changes to the information contained within. The report shall classify equipment and provide, but not be limited to the following information:

   a. Serial numbers and list of equipment waiting for diagnosis;

   b. Serial numbers and list of equipment in diagnosis/repair process;

   c. Serial numbers and list of equipment that was repaired or diagnosed as operational;

   d. Serial numbers and list of equipment that has been diagnosed unrepairable and will not be selected for rental:

      i. Notes of any Miner serial numbers that do not contain all Primary Components and which components are missing;

   e. Total count of Components from unrepairable miners or miners that will not be selected, categorized as follows:

      (1) Broken fans

      (2) Broken hashboards

      (3) Broken controller boards

      (4) Working fans

      (5) Working hashboards

      (6) Working controller boards

7. After the Renter has completed the repair work it desires to do, the Renter shall return all unrepaired miners, removed and unused parts and Primary Components or Equipment into boxes and place the Equipment on shipping pallets and store in a secure location at the Renter's datacenter.

8. Notwithstanding Article 1.7 above, all extra hashboards deemed to be in working condition that have been removed but not placed into a repaired Miner shall be placed into the Owner's separate spare inventory.

## Article 2. Selection of Equipment to be Rented

1. The Renter will select Miners identified by its serial number and any other equipment or parts that the Renter wishes to rent, and provide the Owner a list of selected equipment before renting or operating the equipment.
2. The Renter may not operate the selected Equipment until the Owner accepts the selected equipment list in writing. The Owner shall not withhold acceptance without reasonable cause.
3. No Miner or Primary Components or parts except approved Equipment for rent may be used by the Renter, and the Owner retains full rights (including sale, use, relocation, disposal) to any remaining non-rented Equipment after the Owner has approved the Equipment to be rented.
4. The Renter shall operate rented Equipment only for the intended purposes of the said Equipment.
5. Both Parties agree that the Renter shall be responsible for all costs relating to the operation and use of the rented Miners and Equipment, and all economic value gained by the use of rented Miners and Equipment shall be for the benefit of the Renter alone.

## Article 3. Rental Payments

1. The total purchase price for each named Equipment is as follows, unless otherwise agreed upon by the Parties ("Purchase Price"):

| Equipment | Purchase Price | Rental Payment |
|---|---|---|
| S9 Miner | $225.00  Two hundred twenty-five dollars | $37.5 |
| Spare fan | $23.00  Twenty-three dollars | $3.84 |
| New PSU | $125.00  One hundred twenty-five dollars | $20.84 |
| Used PSU | $65.00  Sixty-five dollars | $10.84 |
| Controller board | $20.00  Twenty dollars | $3.34 |

2. Rental Payments shall be one sixth the Purchase Price of the Equipment listed above, rounded up to the nearest cent.
3. The period of rent for each rented Equipment shall be six (6) consecutive months, subject to Article 7. Termination.
4. The Renter shall pay the Owner the Rental Payments for all rented Equipment by the 30th day of each month to the Owner's designated bank account for six (6) consecutive months.

5.  Rental Payment for any Miner repaired and approved for rent before the 15th day of a calendar month shall be due by the 30th day of the same month.

6.  The Parties agree that each month's rent payment shall be applied towards the purchase of the corresponding Equipment.

7.  If a Rental Payment is paid late, Renter agrees to pay the full outstanding amount with interest at an annual rate of five (5%) percent by the end of the following month in which the Rental Payment is due.

8.  Both parties agree if Renter fails to complete the contemplated purchase of the rented equipment for any reason, no refunds or credits shall be dued to the Renter.

## Article 4. Taxes and Other Laws

1.  Renter shall comply with all laws and regulations regarding possession, rental, use, or maintenance of the Equipment.

2.  Renter shall promptly pay all taxes, fees, licenses, governmental charges, together with any penalties or interest thereon, relating to the possession, rent, use, or maintenance of the Equipment.

## Article 5. Transfer of Ownership Title

1.  Renter shall have no claim to ownership nor partial ownership until ownership is legally transferred according to this agreement.

2.  Ownership title of the equipment shall transfer immediately from Owner to Renter upon receipt of the outstanding balance of the Purchase Price of the Equipment to be owned, or after five (5) business days after confirmation by the Owner that the sixth Rental Payment has been made, whichever is the earlier.

3.  Renter shall keep the equipment free and clear of any liens or other encumbrances, and shall not permit any act where Owner's title or rights may be negatively affected before ownership title has been transferred from the Owner to Renter.

4.  Upon request, the Owner shall provide the Renter a list of serial numbers of Miners when ownership title has transferred from the Owner to the Renter as evidence of the title transfer.

## Article 6. Maintenance, Damage and Loss

1.  Renter will at its sole expense, maintain the equipment for the duration of the Rental term.

2.  During the duration of the lease, damage to any repaired Equipment, Miners, or Primary Components shall be repaired by the Renter at the Renter's expense.

3. In the event of loss of any Equipment, Miner, or Primary Components under the care of the Renter shall be replaced or compensated by the Renter to the Owner at the rates stated in this Agreement, unless otherwise agreed upon by both Parties.

## Article 7. Term and Termination

1. The rental term of this agreement shall be six (6) months after the last repaired miner is put into service, or upon full payment of outstanding balance of the Purchase Price of all Equipment to be purchased by the Renter.
2. The Renter may terminate the rent arrangement under this Agreement out of convenience prior to the completion of the term in Article 7.1, upon thirty (30) days prior notice. In such a case, the Renter shall immediately cease use of all rented Equipment and prepare the Equipment for return to the Owner.

## Article 8. Default

1. BCause Liquidation: This Agreement shall be automatically terminated upon resolution by the Renter's board of managers to liquidate Bcause LLC or Bcause Mining LLC. In case of such a resolution, the Renter shall immediately cease use of all rented Equipment and prepare the Equipment for return to the Owner.
2. Termination for Cause: If either Party defaults in any material respect in the performance of any of its duties or obligations set forth in this Agreement, including late Rental Payment by more than thirty (30) days ("Default"), and such Default is not substantially cured within forty-five (45) days after a written notice is given to the defaulting Party specifying the nature of the default, then the Party not in default may, by giving another written notice thereof to the defaulting Party, terminate this Agreement.

## Article 9. Liabilities

1.                        The Owner shall not be responsible for any damage or fatigue or value erosion to property, equipment, or personnel of the Renter or third-party in the repair, maintenance, or operation of the Equipment.

## Article 10. Governing Law and Dispute Resolution

1.            <u>Governing Law:</u> This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without reference to principles of conflicts of laws.

2. <u>Dispute Resolution:</u> The exclusive jurisdiction and venue for any action arising out of or relating to the subject matter of this Agreement shall be the courts of the State of New York or the United States District Court for the District of New York.

IN WITNESS WHEREOF, the Parties hereto have caused this Equipment Rental Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized. This Agreement shall be executed in two originals and each Party shall retain one original respectively.

**Bcause Mining LLC**                **SBI Crypto Co., Ltd.**

_____      _____

Name:                       Name:       Carson Blake Smith

Title:                        Title:  Representative Director

Date:                       Date:

**Appendix A:** Serial Numbers of Miners

# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC          CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending June 30 , 20 19

BEGINNING BALANCE IN ALL ACCOUNTS          $ _____

RECEIPTS:
    1. Receipts from operations          $ 1,202,205.77
    2. Other Receipts          $ 33,957.42

DISBURSEMENTS:
    3. Net payroll:
        a. Officers          $ _____
        b. Others          $ _____

    4. Taxes
        a. Federal Income Taxes          $ _____
        b. FICA withholdings          $ _____
        c. Employee's withholdings          $ _____
        d. Employer's FICA          $ _____
        e. Federal Unemployment Taxes          $ _____
        f. State Income Tax          $ _____
        g. State Employee withholdings          $ _____
        h. All other state taxes          $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)          $ 72,236.12
        b. Utilities          $ 543,435.30
        c. Insurance          $ _____
        d. Merchandise bought for manufacture or sale     $ _____
        e. Other necessary expenses (specify)
        miscellaneous          $ 14,374.10
    _____          $ _____

TOTAL DISBURSEMENTS          $ 634,045.52

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ 602,117.67

ENDING BALANCE IN _____          $ _____
        (Name of Bank)
ENDING BALANCE IN _____          $ _____
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ _____

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending May 31, 2019

BEGINNING BALANCE IN ALL ACCOUNTS   $ _____

RECEIPTS:
    1. Receipts from operations   $ 1,004,349.45
    2. Other Receipts   $ _____

DISBURSEMENTS:
    3. Net payroll:
      a. Officers   $ _____
      b. Others   $ _____

    4. Taxes
      a. Federal Income Taxes   $ _____
      b. FICA withholdings   $ _____
      c. Employee's withholdings   $ _____
      d. Employer's FICA   $ _____
      e. Federal Unemployment Taxes   $ _____
      f. State Income Tax   $ _____
      g. State Employee withholdings   $ _____
      h. All other state taxes   $ _____

    5. Necessary expenses:
      a. Rent or mortgage payments(s)   $ 70,935.00
      b. Utilities   $ 1,360,000.00
      c. Insurance   $ _____
      d. Merchandise bought for manufacture or sale   $ _____
      e. Other necessary expenses (specify)
        see page 3   $ 6,869.63
        _____   $ _____

TOTAL DISBURSEMENTS   $ 1,437,804.63

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ (433,455.18)

ENDING BALANCE IN _____   $ _____
    (Name of Bank)

ENDING BALANCE IN _____   $ _____
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS   $ _____

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Brause Mining LLC        CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending April 30 , 20 19

BEGINNING BALANCE IN ALL ACCOUNTS        $ _____

RECEIPTS:
    1. Receipts from operations        $ 551,536.30
    2. Other Receipts        $ _____

DISBURSEMENTS:
    3. Net payroll:
        a. Officers        $ _____
        b. Others        $ _____

    4. Taxes
        a. Federal Income Taxes        $ _____
        b. FICA withholdings        $ _____
        c. Employee's withholdings        $ _____
        d. Employer's FICA        $ _____
        e. Federal Unemployment Taxes        $ _____
        f. State Income Tax        $ _____
        g. State Employee withholdings        $ _____
        h. All other state taxes        $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)        $ _____
        b. Utilities        $ _____
        c. Insurance        $ _____
        d. Merchandise bought for manufacture or sale   $ _____
        e. Other necessary expenses (specify)
        Silbar Security        $ 4,320.00
        Bank Incoming wire Fee        $ 15.00

TOTAL DISBURSEMENTS        $ 4,335.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 547,201.30

ENDING BALANCE IN _____        $ _____
    (Name of Bank)
ENDING BALANCE IN _____        $ _____
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS        $ _____

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC                    CASE NO. 19-10731

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending June 30, 2019

BEGINNING BALANCE IN ALL ACCOUNTS        $ 660,160.38

RECEIPTS:
    1. Receipts from operations              $
    2. Other Receipts                        $

DISBURSEMENTS:
    3. Net payroll:
      a. Officers                          $ 5,400.00
      b. Others                            $ 97,463.24

    4. Taxes
      a. Federal Income Taxes              $ 11,288.97
      b. FICA withholdings                 $ 7,249.12
      c. Employee's withholdings           $
      d. Employer's FICA                   $ 7,249.12
      e. Federal Unemployment Taxes        $
      f. State Income Tax                  $ 6,438.97
      g. State Employee withholdings       $
      h. All other state taxes             $

    5. Necessary expenses:
      a. Rent or mortgage payments(s)      $ 18,099.74
      b. Utilities                         $ 1,134.37
      c. Insurance                         $ 22,926.59
      d. Merchandise bought for manufacture or sale  $
      e. Other necessary expenses (specify)
        Subscriptions                     $ 345.93
        miscellaneous                     $ 48,063.53

TOTAL DISBURSEMENTS                      $ 225,659.58

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ 225,659.58

ENDING BALANCE IN Lakeside Bank          $ 1,035,877.06
   (Name of Bank)

ENDING BALANCE IN _____        $
   (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS           $ 1,035,877.06

OPERATING REPORT    Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC                    CASE NO. 19-10731

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending May 31, 2019

BEGINNING BALANCE IN ALL ACCOUNTS          $ 1,447,751.51

RECEIPTS:
    1. Receipts from operations          $
    2. Other Receipts                    $ 2.95

DISBURSEMENTS:
    3. Net payroll:
      a. Officers                      $ 1,962.03
      b. Others                        $ 219,991.57

    4. Taxes
      a. Federal Income Taxes          $ 19,292.34
      b. FICA withholdings             $ 12,379.60
      c. Employee's withholdings       $
      d. Employer's FICA               $ 12,379.59
      e. Federal Unemployment Taxes    $
      f. State Income Tax              $ 5,106.86
      g. State Employee withholdings   $
      h. All other state taxes         $

    5. Necessary expenses:
      a. Rent or mortgage payments(s)  $
      b. Utilities                     $ 254.84
      c. Insurance                     $ 43,042.80
      d. Merchandise bought for manufacture or sale  $
      e. Other necessary expenses (specify)
      Subscriptions                    $ 1,066.15
      miscellaneous                    $ 38,633.22

TOTAL DISBURSEMENTS                        $ 354,139.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ 354,136.05

ENDING BALANCE IN Lakeside Bank            $ 660,160.28
    (Name of Bank)

ENDING BALANCE IN _____          $ _____
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS             $ 660,160.28

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC                    CASE NO. 19-10731

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending April 30, 2019

BEGINNING BALANCE IN ALL ACCOUNTS                    $911,942.09

RECEIPTS:
    1. Receipts from operations                    $_____
    2. Other Receipts                    $    30.23

DISBURSEMENTS:
    3. Net payroll:
        a. Officers                    $_____
        b. Others                    $ 11,170.27

    4. Taxes
        a. Federal Income Taxes                    $_____
        b. FICA withholdings                    $_____
        c. Employee's withholdings                    $_____
        d. Employer's FICA                    $_____
        e. Federal Unemployment Taxes                    $_____
        f. State Income Tax                    $_____
        g. State Employee withholdings                    $_____
        h. All other state taxes                    $_____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)                    $_____
        b. Utilities                    $ 134.84
        c. Insurance                    $_____
        d. Merchandise bought for manufacture or sale    $_____
        e. Other necessary expenses (specify)
            Atlassian                    $    18.00
            Paychex                    $    99.00

TOTAL DISBURSEMENTS                    $ 11,422.11

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ (11,422.11)

ENDING BALANCE IN    Lakeside Bank                    $ 1,447,751.51
        (Name of Bank)
ENDING BALANCE IN    _____                    $_____
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS                    $ 1,447,751.51

OPERATING REPORT    Page 1

EXHIBIT "B"

* The regular pay date of 4/19/19 was not paid on time due to transition delays in payroll service providers. Since hourly employees were facing financial difficulties, we provided them with cash advances (upon court order #1 being processed) on 4-24-19. These advances were deducted from their PPE 4-19-19 wages when the payroll was finally processed on 5-3-19.

# EXHIBIT G

Form **1065**
Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2018, or tax year beginning _____ , ending _____
◆ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2018**

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| COMP HOSTING | BCAUSE LLC | 46-4298579 |
| B Principal product or service | | E Date business started |

**A** Principal business activity
COMP HOSTING

**B** Principal product or service
DATA MINING

**C** Business code number
541990

| | | |
|---|---|---|
| Name of partnership | BCAUSE LLC | **D** Employer identification number: 46-4298579 |
| Type or Print | Number, street, and room or suite no. If a P.O. box, see the instructions. | **E** Date business started: 04/29/2013 |
| | 192 BALLARD COURT SUITE 303 | **F** Total assets (see the instructions) |
| | City or town, state or province, country, and ZIP or foreign postal code | $ 17,355,587 |
| | VIRGINIA BEACH     VA 23462 | |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ◆

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ◆ ........ 46

**J** Check if Schedules C and M-3 are attached ........ ◆ ☐

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 12,202,022 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 12,202,022 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 8,390,808 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 3,811,214 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement)        SEE STATEMENT 1 | 7 | 459,153 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 4,270,367 |
| **Deductions** (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 1,459,600 |
| | 10 | Guaranteed payments to partners | 10 | 1,022,967 |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | 747,734 |
| | 14 | Taxes and licenses | 14 | 166,771 |
| | 15 | Interest (see instructions)        SEE STATEMENT 2 | 15 | 117,502 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 1,163,944 |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | | 16c | 1,163,944 |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| | 18 | Retirement plans, etc. | 18 | 24,473 |
| | 19 | Employee benefit programs | 19 | 98,205 |
| | 20 | Other deductions (attach statement)        SEE STATEMENT 3 | 20 | 2,009,140 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 6,810,336 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -2,539,969 |
| **Tax and Payment** | 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 | |
| | 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 | |
| | 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| | 26 | Other taxes (see instructions) | 26 | |
| | 27 | **Total balance due.** Add lines 23 through 27 | 27 | |
| | 28 | Payment (see instructions) | 28 | |
| | 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| | 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of partner or limited liability company member _____        Date _____

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
| | EDWARD S. JONES | | 04/03/19 | | P00367960 |
| | Firm's name ◆ JONES, MADDEN & COUNCIL, PLC | | | Firm's EIN ◆ | 54-1852855 |
| | Firm's address ◆ 5029 CORPORATE WOODS DR, STE 190 | | | | |
| | VIRGINIA BEACH, VA     23462-4376 | | Phone no. | 757-461-1040 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2018)

DAA

Form 1065 (2018)  **BCAUSE LLC**                                46-4298579                        Page **2**

## Schedule B    Other Information

| | | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | | |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership | | | |
| e | ☐ Foreign partnership    f ☐ Other ◆ | | | |
| 2 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| 3 | At the end of the tax year, did the partnership: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 4 | Does the partnership satisfy **all four** of the following conditions? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| 5 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | | X |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| 8 | At any time during calendar year 2018, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ◆ | | | X |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | | X |
| 10a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | | X |
| | See instructions for details regarding a section 754 election. | | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |

Form **1065** (2018)

DAA

Form 1065 (2018)  **BCAUSE LLC**                                          46-4298579                          Page 3

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|
| | | Yes | No |

c   Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a
substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section
734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ⟶ **X**

11   Check this box if, during the current or prior tax year, the partnership distributed any property received in a
like-kind exchange or contributed such property to another entity (other than disregarded entities wholly
owned by the partnership throughout the tax year) ........................................ ▶ ☐

12   At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other
undivided interest in partnership property? ⟶ **X**

13   If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign
Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See
instructions ........................................................ ▶

14   Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's
Information Statement of Section 1446 Withholding Tax, filed for this partnership. ................ ▶ **X**

15   Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached
to this return. ◆

16a  Did you make any payments in 2018 that would require you to file Form(s) 1099? See instructions ........ **X**

  b  If "Yes," did you or will you file required Form(s) 1099? ........................ **X**

17   Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign
Corporations, attached to this return. ◆   0

18   Enter the number of partners that are foreign governments under section 892. ◆   0

19   During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042
and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ⟶ **X**

20   Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the instructions
for Form 8938 ⟶ **X**

21   Is the partnership a section 721(c) partnership, as defined in Treasury Regulations section 1.721(c)-1T(b)(14)? ⟶ **X**

22   During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under
section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions. ◆ $ ⟶ **X**

23   Did the partnership have an election under section 163(j) for any real property trade or business or any farming
business in effect during the tax year? See instructions ⟶ **X**

24   Does the partnership satisfy one of the following conditions and the partnership does not own a pass-through
entity with current year, or prior year, carryover excess business interest expense? See instructions **X**

  a  The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
preceding the current tax year do not exceed $25 million, and the partnership is not a tax shelter; or

  b  The partnership only has business interest expense from (1) an electing real property trade or business, (2) an
electing farming business, or (3) certain utility businesses under section 163(j)(7).
If "No," complete and attach Form 8990.

25   Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions ⟶ **X**
If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III,
line 3. ◆
If "No," complete Designation of Partnership Representative below.

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR ▶ | THOMAS FLAKE | U.S. taxpayer identification number of PR | 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 |
|---|---|---|---|
| U.S. address of PR ▶ | 709 ROOSEVELT AVE
VIRGINIA BEACH      VA 23452 | U.S. phone number of PR | 757-286-4927 |
| If the PR is an entity, name of the designated individual for the PR ▶ | | U.S. taxpayer identification number of the designated individual ▶ | |
| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |

26   Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ........................ **X**
If "Yes," enter the amount from Form 8996, line 13. ◆ $

Form **1065** (2018)

DAA

Form 1065 (2018)   **BCAUSE LLC**                                   46-4298579                     Page **4**

## Schedule K — Partners' Distributive Share Items

| | | | | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | -2,539,969 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments | | 4 | 1,022,967 |
| | 5 | Interest income | | 5 | |
| | 6 | Dividends and dividend equivalents:  a Ordinary dividends | | 6a | |
| | | b Qualified dividends | 6b | | |
| | | c Dividend equivalents | 6c | | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 | Other income (loss) (see instructions) Type ◆ | | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | | 12 | 0 |
| | 13a | Contributions | | 13a | |
| | b | Investment interest expense | | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ◆              (2) Amount ◆ | | 13c(2) | |
| | d | Other deductions (see instructions) Type ◆  **SEE STATEMENT 4** | | 13d | 93,673 |
| Self-Employment | 14a | Net earnings (loss) from self-employment | | 14a | 945,316 |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | 130,552 |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions)           Type ◆ | | 15d | |
| | e | Other rental credits (see instructions)                       Type ◆ | | 15e | |
| | f | Other credits (see instructions)                              Type ◆ | | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ◆ | | | |
| | b | Gross income from all sources | | 16b | |
| | c | Gross income sourced at partner level | | 16c | |
| | | Foreign gross income sourced at partnership level | | | |
| | d | Section 951A category ◆         e Foreign branch category ◆ | | 16e | |
| | f | Passive category ◆    g General category ◆    h Other ◆ | | 16h | |
| | | Deductions allocated and apportioned at partner level | | | |
| | i | Interest expense ◆              j  Other | | 16j | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | k | Section 951A category ◆       l Foreign branch category ◆ | | 16l | |
| | m | Passive category ◆    n General category ◆    o Other ◆ | | 16o | |
| | p | Total foreign taxes (check one): ◆ Paid ☐   Accrued ☐ | | 16p | |
| | q | Reduction in taxes available for credit (attach statement) | | 16q | |
| | r | Other foreign tax information (attach statement) | | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | | 17a | 10,092 |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties – gross income | | 17d | |
| | e | Oil, gas, and geothermal properties – deductions | | 17e | |
| | f | Other AMT items (attach statement) | | 17f | |
| Other Information | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses                    **SEE STATEMENT 5** | | 18c | 94,173 |
| | 19a | Distributions of cash and marketable securities | | 19a | |
| | b | Distributions of other property | | 19b | |
| | 20a | Investment income | | 20a | |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach statement) | | | |

DAA

Form 1065 (2018) **BCAUSE  LLC**                                      46-4298579                                      Page 5

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | 1 | -1,610,675 |
|---|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | -1,061,115 | 137,811 | -558,553 | -95,146 | | -33,672 |

## Schedule L  Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 1,303,042 | | 436,705 |
| 2a | Trade notes and accounts receivable | 894,530 | | 532,336 | |
| b | Less allowance for bad debts | | 894,530 | | 532,336 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) SEE STMT 6 | | 142,345 | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | 15,077,491 | |
| b | Less accumulated depreciation | | | 1,048,050 | 14,029,441 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) SEE STMT 7 | | 3,284,682 | | 2,357,105 |
| 14 | Total assets | | 5,624,599 | | 17,355,587 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 358,932 | | 6,588,946 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) SEE STMT 8 | | 1,646,235 | | 3,843,770 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | 500,000 |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | 5,071,687 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 3,619,432 | | 1,351,184 |
| 22 | Total liabilities and capital | | 5,624,599 | | 17,355,587 |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | -2,518,248 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | 929,294 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $    115,894 | |
| a | Depreciation $ | | | | 115,894 |
| b | Travel and entertainment $    10,570 SEE STATEMENT 9    83,603 | 94,173 | 8 | Add lines 6 and 7 | 115,894 |
| 5 | Add lines 1 through 4 | -1,494,781 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -1,610,675 |

## Schedule M-2  Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | 3,619,432 | 6 | Distributions:  a  Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed:  a  Cash | 250,000 | | b  Property | |
| | b  Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -2,518,248 | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 1,351,184 | 9 | Balance at end of year. Subtract line 8 from line 5 | 1,351,184 |

DAA                                                                                      Form **1065** (2018)

# Form **1065**

U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax year beginning _____ , ending _____

OMB No. 1545-0123

# **2017**

| | |
|---|---|
| **A** Principal business activity<br>DATA MINING | **D** Employer identification number<br>46-4298579 |
| **B** Principal product or service<br>BITCOIN | **E** Date business started<br>04/29/2013 |
| **C** Business code number<br>541990 | **F** Total assets<br>$ 5,624,599. |

Name of partnership
BCAUSE, LLC

Number, street, and room or suite no. If a P.O. box, see the instructions.
277 BENDIX ROAD, SUITE 420

City or town, state or province, country, and ZIP or foreign postal code
VIRGINIA BEACH                    VA 23452

Type or Print

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 45

**J** Check if Schedules C and M-3 are attached ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | |
|---|---|---|---:|
| **Income** | 1a Gross receipts or sales | 1a | |
| | b Returns and allowances | 1b | |
| | c Balance. Subtract line 1b from line 1a | 1c | |
| | 2 Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 Other income (loss) (attach statement) | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 | 8 | |
| **Deductions** (see the instructions for limitations) | 9 Salaries and wages (other than to partners) (less employment credits) | 9 | 432,300. |
| | 10 Guaranteed payments to partners | 10 | |
| | 11 Repairs and maintenance | 11 | |
| | 12 Bad debts | 12 | |
| | 13 Rent | 13 | 92,696. |
| | 14 Taxes and licenses        SEE STATEMENT 4 | 14 | 40,151. |
| | 15 Interest | 15 | |
| | 16a Depreciation (if required, attach Form 4562)    16a    1,608. | | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return    16b | 16c | 1,608. |
| | 17 Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| | 18 Retirement plans, etc. | 18 | |
| | 19 Employee benefit programs | 19 | |
| | 20 Other deductions (attach statement)        SEE STATEMENT 5 | 20 | 959,187. |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 1,525,942. |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -1,525,942. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member                    Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name<br>PAUL G. DINARDO | Preparer's signature<br>PAUL G. DINARDO | Date<br>04/09/18 | Check ☐ if self-employed | PTIN<br>P00173186 |
| | Firm's name ▶ WALL, EINHORN & CHERNITZER, P.C. | | | Firm's EIN ▶ 54-1517420 | |
| | Firm's address ▶ 150 W. MAIN ST., SUITE 1200<br>NORFOLK, VA 23510 | | | Phone no. 757-625-4700 | |

LHA    For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2017)

711001 12-15-17

Form 1065 (2017)    BCAUSE, LLC                                          46-4298579    Page 2

## Schedule B  Other Information

| | | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| a | Domestic general partnership    b ☐ Domestic limited partnership | | | |
| c | [X] Domestic limited liability company  d ☐ Domestic limited liability partnership | | | |
| e | Foreign partnership    f ☐ Other ▶ | | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X | |
| 3 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| 4 | At the end of the tax year, did the partnership: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | X | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2017, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2017)

711011  12-15-17

15290409 752531 BCA1169        2017.03030 BCAUSE, LLC              BCA11691

Form 1065 (2017)   BCAUSE, LLC                                   46-4298579   Page **3**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2017 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |
| 21 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 22 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year (See the Instructions for Form 8938)? | | X |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ THOMAS FLAKE                     Identifying number of TMP ▶ 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

If the TMP is an entity, name of TMP representative ▶                     Phone number of TMP ▶

Address of designated TMP ▶ 709 ROOSEVELT AVE
VIRGINIA BEACH, VA 23452

Form **1065** (2017)

711021 12-15-17

3

15290409 752531 BCA1169        2017.03030 BCAUSE, LLC               BCA11691

Form 1065 (2017)   BCAUSE, LLC                                                 46-4298579   Page 4

## Schedule K | Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | -1,525,942. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3 a Other gross rental income (loss) ... 3a | | |
| | b Expenses from other rental activities (attach statement) 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends: a Ordinary dividends | 6a | |
| | b Qualified dividends 6b | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9 a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13 a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employ-ment** | 14 a Net earnings (loss) from self-employment | 14a | 0. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| **Credits** | 15 a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e Other rental credits (see instructions) Type ▶ | 15e | |
| | f Other credits (see instructions) Type ▶ | 15f | |
| **Foreign Transactions** | 16 a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶ e General category ▶ f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶ h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶ j General category ▶ k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17 a Post-1986 depreciation adjustment | 17a | |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties - gross income | 17d | |
| | e Oil, gas, and geothermal properties - deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | |
| **Other Information** | 18 a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses           SEE STATEMENT 6 | 18c | 1,334. |
| | 19 a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20 a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

711041 12-15-17
Form **1065** (2017)

15290409 752531 BCA1169        2017.03030 BCAUSE, LLC                BCA11691

Form 1065 (2017)   BCAUSE, LLC                                    46-4298579   Page 5

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | 1 | -1,525,942. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -906,465. | | -569,724. | -49,753. | | |

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 106,765. | | 1,303,042. |
| 2a Trade notes and accounts receivable | | | 894,530. | |
| b Less allowance for bad debts | | | | 894,530. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 7 | 4,200. | | 226,135. |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 43,419. | | | |
| b Less accumulated depreciation | 41,811. | 1,608. | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | STATEMENT 8 | | | 3,200,892. |
| 14 Total assets | | 112,573. | | 5,624,599. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 121,599. | | 358,932. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 9 | | | 69,235. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | STATEMENT 10 | 52,423. | | 1,577,000. |
| 21 Partners' capital accounts | | -61,449. | | 3,619,432. |
| 22 Total liabilities and capital | | 112,573. | | 5,624,599. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. The partnership may be required to file Schedule M-3 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -1,405,677. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation $  STMT 11 | 121,599. | 121,599. |
| a Depreciation $ | | 8 Add lines 6 and 7 | | 121,599. |
| b Travel and entertainment $ 1,334. | 1,334. | 9 Income (loss) (Analysis of Net Income (Loss), | | |
| 5 Add lines 1 through 4 | -1,404,343. | line 1). Subtract line 8 from line 5 | | -1,525,942. |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -61,449. | 6 Distributions: a Cash | | |
| 2 Capital contributed: a Cash | 5,086,668. | b Property | | |
| b Property | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books | -1,405,677. | STMT 12 | | 110. |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | | 110. |
| 5 Add lines 1 through 4 | 3,619,542. | 9 Balance at end of year. Subtract line 8 from line 5 | | 3,619,432. |

711042 12-15-17

Form **1065** (2017)

15290409 752531 BCA1169          2017.03030 BCAUSE, LLC                    BCA11691

**BCause LLC AND SUBSIDIARIES**

**CONSOLIDATED FINANCIAL STATEMENTS**

**Year Ended December 31, 2017**

# BCause LLC AND SUBSIDIARIES

## Table of Contents

| | Page |
|---|---|
| Independent accountants' review report | 1 - 2 |
| **BASIC FINANCIAL STATEMENTS** | |
| Consolidated statement of financial position | 3 |
| Consolidated statement of operations and members' equity | 4 |
| Consolidated statement of cash flows | 5 - 6 |
| Notes to consolidated financial statements | 7 - 13 |
| **SUPPLEMENTARY INFORMATION** | |
| Consolidated schedule of general and administrative expenses | 14 |

# Jones, Madden & Council, PLC
## CERTIFIED PUBLIC ACCOUNTANTS

5029 Corporate Woods Drive, Suite 190
Virginia Beach, Virginia 23462

## INDEPENDENT ACCOUNTANTS' REVIEW REPORT

To the Board of Managers
BCause LLC and Subsidiaries
Virginia Beach, Virginia

We have reviewed the accompanying consolidated financial statements of BCause LLC and subsidiaries which comprise the consolidated statement of financial position as of December 31, 2017, and the related consolidated statements of income and members' equity and cash flows for the year then ended, and the related notes to the consolidated financial statements. A review includes primarily applying analytical procedures to management's financial data and making inquiries of management. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the consolidated financial statements as a whole. Accordingly, we do not express such an opinion.

## Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement whether due to fraud or error.

## Accountants' Responsibility

Our responsibility is to conduct the review engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. Those standards require us to perform procedures to obtain assurance as a basis of reporting whether we are aware of any material modifications that should be made to the consolidated financial statements for them to be in accordance with accounting principles generally accepted in the United States of America. We believe that the results of our procedures provide a reasonable basis for our conclusion.

## Accountants' Conclusion

Based on our review, we are not aware of any material modifications that should be made to the accompanying consolidated financial statements in order for them to be in accordance with accounting principles generally accepted in the United States of America.

1

BCause LLC and Subsidiaries
Page 2


## Supplementary Information

The supplementary information included in the accompanying schedule of general and administrative expenses is presented for purposes of additional analysis and is not a required part of the basic consolidated financial statements. Such information is the responsibility of management and was derived from, and relates directly to, the underlying accounting and other records used to prepare the consolidated financial statements. The supplementary information has been subjected to the review procedures applied in our review of the basic consolidated financial statements. We are not aware of any material modifications that should be made to the supplementary information. We have not audited the supplementary information and do not express an opinion on such information.

## Emphasis of a Matter

We have considered the adequacy of the disclosures included in Note 10 to the consolidated financial statements concerning among other things, the risks and uncertainty of the Company's activities related to cryptocurrencies. Many of the risks and rewards to be recognized by the Company associated with its customers' cryptocurrency activities will be largely beyond the Company's control. The developing nature of the cryptocurrency market including trading, custody, valuation and technology subject the Company to various risks. At the present time, the Company's customers and operations are significantly affected and dependent on the continued market interest in cryptocurrencies. Our conclusion is not modified with respect to this matter.

*Jones, Madden & Council, PLC*

Jones, Madden & Council, PLC
Virginia Beach, Virginia
March 29, 2018

**BCause LLC AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF FINANICAL POSITION**
**December 31, 2017**

## ASSETS

| | | |
|---|---|---:|
| **CURRENT ASSETS** | | |
| Cash | $ | 1,303,047 |
| Accounts receivable | | 894,530 |
| Prepaid expenses | | 142,345 |
| **TOTAL CURRENT ASSETS** | | 2,339,922 |
| | | |
| **PROPERTY AND EQUIPMENT,** | | |
| **CONSTRUCTION IN PROGRESS** | | 3,200,892 |
| | | |
| **OTHER ASSETS** | | |
| Intangible asset | | 4,090 |
| Security deposits | | 79,700 |
| **TOTAL OTHER ASSETS** | | 83,790 |
| **TOTAL ASSETS** | $ | 5,624,604 |

## LIABILITIES AND MEMBERS' EQUITY

| | | |
|---|---|---:|
| **CURRENT LIABILITIES** | | |
| Accounts payable | $ | 358,935 |
| Deferred revenue | | 1,577,000 |
| Accrued payroll and payroll liabilities | | 69,233 |
| **TOTAL CURRENT LIABILITIES** | | 2,005,168 |
| **MEMBERS' EQUITY** | | 3,619,436 |
| **TOTAL LIABILITIES AND** | | |
| **MEMBERS' EQUITY** | $ | 5,624,604 |

See accompanying notes and independent
  accountants' review report.

3

BCause LLC AND SUBSIDIARIES

CONSOLIDATED STATEMENT OF OPERATIONS AND MEMBERS' EQUITY
Year Ended December 31, 2017

| | |
|---|---:|
| **REVENUE** | $ - |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | 1,405,678 |
| NET LOSS | (1,405,678) |
| **MEMBERS' DEFICIT, BEGINNING OF YEAR** | (61,556) |
| **CAPITAL CONTRIBUTIONS** | 5,086,670 |
| **MEMBERS' EQUITY, END OF YEAR** | $ 3,619,436 |

See accompanying notes and independent
accountants' review report.

4

**BCause LLC AND SUBSIDIARIES**

CONSOLIDATED STATEMENT OF CASH FLOWS
Year Ended December 31, 2017

**CASH FLOWS FROM OPERATING ACTIVITIES:**

| | |
|---|---:|
| Net loss | $ (1,405,678) |
| Adjustments to reconcile net loss to net cash used by operating activities: | |
| Depreciation | 1,608 |
| (Increase) decrease in: | |
| Accounts receivable | (788,500) |
| Prepaid expenses | (142,345) |
| Security deposits | (79,700) |
| Increase (decrease) in: | |
| Accounts payable | 266,465 |
| Deferred revenue | 1,577,000 |
| Accrued payroll and payroll liabilities | 69,233 |
| **NET CASH USED BY OPERATING ACTIVITIES** | (501,917) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | |
| Property and equipment construction in progress | (3,200,892) |
| **NET CASH USED BY INVESTING ACTIVITES** | (3,200,892) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | |
| Proceeds from member loans | 15,400 |
| Capital contributions | 4,883,687 |
| **NET CASH FROM FINANCING ACTIVITIES** | 4,899,087 |
| **NET INCREASE IN CASH** | 1,196,278 |
| **CASH, BEGINNING OF YEAR** | 106,769 |
| **CASH, END OF YEAR** | $  1,303,047 |

See accompanying notes and independent
accountants' review report.

**BCause LLC AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF CASH FLOWS (Continued)**
**Year Ended December 31, 2017**

SCHEDULE OF NON-CASH INVESTING AND
FINANCING TRANSACTIONS

| | | |
|---|---|---|
| Credit extended to members for purchase of membership units | $ | 106,030 |
| Member loan payable redeemed for membership units | $ | 67,823 |
| Accounts payable for member services redeemed for membership units | $ | 29,130 |

See accompanying notes and independent
accountants' review report.

6

## BCause LLC AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### Year Ended December 31, 2017

### 1. ORGANIZATION AND NATURE OF BUSINESS

BCause LLC is a Commonwealth of Virginia Limited Liability Company formed in April 2013. BCause LLC and its four wholly owned subsidiaries (collectively the "Company") will provide various services to the public in the areas of:

BCause Mining LLC - Mining focuses on providing individuals and firms the necessary facilities for mining (creating) cryptocurrencies.

BCause Spot LLC - Spot trading focuses on providing individuals and firms the necessary venue for trading a variety of cryptocurrency cash products.

BCause Derivatives Exchange LLC – Derivatives Exchange will be a regulated exchange for the trading of futures and options on futures derivative cryptocurrency products, upon receipt of regulatory approval.

BCause Clear LLC – Clear will be a regulated clearing organization for clearing listed cryptocurrency derivative products, upon receipt of regulatory approval.

On December 31, 2017, only the mining subsidiary is actively engaged in operations. The other subsidiaries are in various stages of start-up and are expected to operate in the near future. The Company is headquartered in Virginia Beach, Virginia, with another office located in Chicago, Illinois.

### 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Principles of Consolidation:** The accompanying consolidated financial statements include the accounts of BCause LLC and its subsidiaries. All significant intercompany balances and transactions have been eliminated in consolidation.

**Basis of Accounting**: The accompanying consolidated financial statements are presented using the accrual method of accounting where income is recognized when earned and expenses are recognized when the obligation is incurred.

**Use of Estimates:** The preparation of consolidated financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates and may have an impact on future periods.

See independent accountants' review report.

**BCause LLC AND SUBSIDIARIES**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
Year Ended December 31, 2017

2.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

**Cash and Cash Equivalents:**   For purposes of the statement of cash flows, the Company considers highly liquid debt instruments purchased with an original maturity of three months or less to be cash equivalents.

**Accounts Receivable:**  Accounts receivable consists of trade and member receivables and is stated at cost less allowance for doubtful accounts.   Management, after evaluating the Company's historical losses, existing economic conditions and the financial stability of its customers, considers accounts receivable to be fully collectible; accordingly, no allowance for doubtful accounts is required.

**Property and Equipment:**  Property and equipment is recorded at cost and depreciation is calculated using a combination of straight line and accelerated methods based upon the following useful lives:

| Asset Category | Useful Life |
| --- | --- |
| Computer equipment | 3 - 5 Years |
| Electrical equipment | 10 Years |
| Leasehold improvements | 10 Years |

**Intangible Asset:**  The Company maintains several bitcoin accounts that it mined in prior years. This cryptocurrency is carried at cost.

**Income Taxes:**   The Company has elected to be filed as a partnership under applicable federal and state income tax laws.  Income taxes are not payable, or provided for, by BCause LLC.  All tax effects of the company's income or loss are passed through to the members individually.

**Advertising:**  The Company follows the policy of expensing advertising cost as incurred. Advertising expense was $48,177 for the year ended December 31, 2017.

**Date of Management's Review:** Subsequent events have been evaluated through March 29, 2018, the date these financial statements were available to be issued.

See independent accountants' review report.

## BCause LLC AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### Year Ended December 31, 2017

3. **RELATED PARTIES**

The Company entered into a hosting contract with a major member. On December 31, 2017, the related party was billed $1,577,000 for services to be performed in 2018. Of this amount, $788,500 has been collected by December 31, 2017, and the remaining $788,500 is in Accounts Receivable.

During the year ended December 31, 2017, a member advanced $67,823 to the Company. The entire balance was applied to the purchase of additional ownership interests. Additionally, amounts due to various members for services performed were also applied to the purchase of ownership interests totaling $29,130.

During the year, the Company had transactions with an entity in which one of the members has an ownership interest. Professional fees of $207,500 were paid to the related party.

Late in 2017, several members were extended credit to purchase additional membership interests. The $106,030 balance owed to the Company on December 31, 2017 was paid in full by February 8, 2018.

4. **PROPERTY AND EQUIPMENT, CONSTRUCTION IN PROGRESS**

Property and equipment consists of the following on December 31, 2017:

| | |
|---|---|
| Electrical equipment, installation in progress | $ 1,870,336 |
| Leasehold improvements, construction in progress | 1,330,556 |
| Total property and equipment, construction in progress | $ 3,200,892 |

Depreciation expense was $1,608 for the year ended December 31, 2017.

5. **INTANGIBLE ASSET**

The Company owns 4.33710538 bitcoins. The intangible asset is carried at cost on the consolidated statement of financial position. The cost basis of the bitcoin accounts is $4,090. According to Blockchain and Coinbase, the approximate fair market value of the accounts is $71,185 on December 31, 2017.

See independent accountants' review report.

9

## BCause LLC AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### Year Ended December 31, 2017

#### 6. DEFERRED REVENUE

The Company provides technical services while hosting customers' cryptocurrency mining computers at its datacenter in Virginia Beach. On December 31, 2017, deferred revenue was recorded for customer payments received but not yet earned.

#### 7. MEMBERS' EQUITY

The Company is governed by the amended and restated operating agreement (the "Agreement") of BCause LLC dated October 13, 2017.

Three classes of members exist on December 31, 2017, as follows:

|  | Units |
|---|---|
| Class A members | 5,862,365.69 |
| Class B members | 6,375,435.27 |
| Profits Unit members | 1,444,372.00 |
| Total units | 13,682,172.96 |
| Total members' equity | $      3,619,436 |

Class A and B members have voting rights. Profits Unit members have no voting rights. Matters requiring member approval are set forth in the Agreement. All such votes require the approval of a majority. Certain matters require the approval of a supermajority.

The board of managers, elected as provided in the Agreement, is to notify the members if the Company requires additional funds. Each member has the right to contribute a pro rata share of such additional funds based on the relative equity contributions made by each member. Except as unanimously agreed to by the members, no member shall be obligated to make any additional capital contribution to the Company. In the event of a diluting issuance, the Company shall issue to Class B members, for no additional consideration, additional Class B units according to an anti-dilution formula.

See independent accountants' review report.

## BCause LLC AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### Year Ended December 31, 2017

7.  **MEMBERS' EQUITY (continued)**

The board of managers is authorized to issue Profits Units to employees, members of the board of managers, consultants and strategic partners of the Company on terms and conditions determined in its sole discretion.  The board of managers may increase the number of Profits Units that may be issued (the "Profits Units Pool") from time to time in its sole discretion, provided that no such increase shall cause the Profits Units Pool to exceed twenty percent (20%) of the aggregate number of Class A units and Class B units then issued and outstanding.  The recipient of a Profits Unit shall not be required to make any capital contributions with respect to the Profits Unit issued and no capital account credit will be reflected on the books of the Company to reflect the issuance of the Profits Unit.  Upon each issuance of a Profits Unit, the Company shall revalue its assets and adjust the capital of each member.  The recipient of a Profits Unit must receive the Profits Unit for the provision of services to or for the benefit of the Company in a member capacity or in anticipation of becoming a member.  Profits Units held by recipients may be subject to vesting, forfeiture, redemption and such other terms and conditions to be set forth by the board of managers in its sole discretion at the time of issuance.

The Company grants to each Class A member and Class B member, subject to the terms and conditions specified in Section 8.6 of the Agreement, the right of first refusal to purchase up to its pro rata share of all new securities that the Company may propose to sell and issue. After the 15-day right of first refusal period expires, the Company has 120 days to sell all such new securities that were not exercised at a price and on terms no more favorable than to the Class A or Class B members.  If the Company has not sold all such new securities within the 120-day period, the Company shall not issue or sell any new securities without first notifying the Class A members and the Class B members.  The rights of first refusal granted under Section 8.6 of the Agreement do not apply to, and expire on, the effective date of the closing of an initial public offering.

Allocation of profits and losses are outlined in Sections 10.1 and 10.3 of the Agreement. After giving effect to the numerous allocation provisions outlined in such Sections, the remaining profit or loss is allocated to the members pro rata in accordance with their respective membership interests.

If the board of managers determines conducting business in a corporate form rather than a limited liability company is necessary, it will recommend conversion to the members for a vote that requires approval by a supermajority.

The Company agrees to indemnify members for certain actions defined in the Agreement and the members agree to comply with specified non-solicitation and confidentiality covenants.

See independent accountants' review report.

BCause LLC AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
Year Ended December 31, 2017

## 8. LEASE COMMITMENTS

The Company rents Virginia Beach office space on a month-to-month basis. In November 2017, the Company entered into a ten-year non-cancelable lease for warehouse space in Virginia Beach and a three-year non-cancelable lease for office space in Chicago. Rent expense attributable to these operating leases was $92,696 for the year ended December 31, 2017.

Minimum future annual rent commitments over the next five years are:

| 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|
| $ 657,418 | $ 739,399 | $ 764,666 | $ 682,618 | $ 684,769 |

## 9. CONTINGENCIES AND CONCENTRATION OF CREDIT RISK

The Company periodically has amounts on deposit which exceed the federally insured limit. The carrying amount of deposits uninsured is $2,223,367 as of December 31, 2017. The Company has not experienced any losses in such accounts and believes it is not exposed to any significant credit risk on cash deposits in excess of insured limits.

A concentration of credit risk exists in accounts receivable and deferred revenue, resulting from transactions with a major member. For the year ended December 31, 2017, gross fees billed to the member were $1,577,000. Accounts receivable due from the related member was $788,500, on December 31, 2017.

## 10. RISKS AND UNCERTAINTIES

The Company's present activities and customers are dependent on the future viability of cryptocurrencies. Since the Company's activities and customers are intrinsically tied to cryptocurrencies, the Company is potentially subject to market volatility and many other risks. Cryptocurrencies are largely unregulated and the future impact of government regulation is uncertain.

The Company's customer base in BCause Mining LLC, referred to as "miners," use proof of work mining to earn cryptocurrency. This is extremely dependent on a large supply of electricity and consequently, may be replaced with less costly alternatives in the future, which may affect the earnings model.

See independent accountants' review report.

## BCause LLC AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### Year Ended December 31, 2017

#### 10. RISKS AND UNCERTAINTIES (continued)

The Company's activities are subject to significant risks and uncertainties, including being unable to secure additional funding to make the Company's current technology operational before another company develops a similar service platform.

#### 11. INCOME TAXES

The Company files income tax returns in the U.S. federal jurisdiction, the Commonwealth of Virginia jurisdiction and the state of Illinois. The Company is no longer subject to U.S. federal and state examinations by tax authorities for years ending before December 31, 2014. The Company has determined that it does not have any material unrecognized tax benefits or obligations as of December 31, 2017.

See independent accountants' review report.

13

SUPPLEMENTARY INFORMATION

## BCause LLC AND SUBSIDIARIES

## CONSOLIDATED SCHEDULE OF GENERAL AND ADMINISTRATIVE EXPENSES
### Year Ended December 31, 2017

| | |
|---|---:|
| Advertising | $ 48,177 |
| Bank charges | 60 |
| Consulting services | 115,202 |
| Depreciation | 1,608 |
| Dues and subscriptions | 27 |
| Insurance | 9,642 |
| Meals and entertainment | 3,308 |
| Office expense | 17,790 |
| Professional fees | 491,323 |
| Rent | 92,696 |
| Salaries and wages | 432,300 |
| Supplies | 232 |
| Taxes and licenses | 130,201 |
| Travel | 62,562 |
| Utilities | 550 |
| **TOTAL GENERAL AND ADMINISTRATIVE EXPENSES** | **$ 1,405,678** |

See independent accountants' review report.

# BCause LLC

### PROFIT AND LOSS - UNAUDITED

January - December 2018

| | TOTAL |
|---|---|
| **Income** | |
| 50000 Sales | 12,202,022 |
| 51000 Grant Income | 436,823 |
| **Total Income** | **$12,638,845** |
| **Cost of Goods Sold** | |
| 60000 Cost of Sales | |
| 60010 Cryptocurrency Trading Fees | 93,060 |
| 60030 Labor | 118,420 |
| 60040 Misc Cost of Sales | 10,205 |
| 60050 IT infrastructure | 27,742 |
| 60070 Hosting | 85,280 |
| 60090 Subcontractors | 16,801 |
| 61000 Equipment Rental | 91,860 |
| 61010 Repairs & Maintenence - Equipment | 16,999 |
| 61020 Utility Expenses | 7,930,441 |
| **Total 60000 Cost of Sales** | **8,390,808** |
| **Total Cost of Goods Sold** | **$8,390,808** |
| **GROSS PROFIT** | **$4,248,037** |
| **Expenses** | |
| 80000 Expenses | |
| 81200 Advertising | 501,929 |
| 83010 Accounting | 44,547 |
| 83013 Bank Charges | 1,078 |
| 83015 Consulting Services | 386,425 |
| 83022 Data Center Supplies & Maintenance | 46,373 |
| 83025 Dues & subscriptions | 12,825 |
| 83027 Education/Seminars | 8,000 |
| 83028 Furniture & Fixtures | 61,614 |
| 83030 Insurance | 127,757 |
| 83040 Legal & Professional Fees | 696,217 |
| 83045 License & Fees | 53,564 |
| 83047 Meals & Entertainment | 10,793 |
| 83050 Office Equipment | 19,397 |
| 83051 Office/General Administrative Expenses | 70,309 |
| 83055 Payroll Expenses | 1,655,528 |
| 83059 Postage & Shipping | 1,702 |
| 83060 Printing | 21 |
| 83061 Recruitment | 4,125 |
| 83062 Rent or Lease of Buildings | 747,734 |
| 83063 Retirement Plan Contributions | 24,473 |
| 83067 Taxes & Fees | 882 |
| 83070 Travel | 114,841 |
| 83090 Utilities | 9,962 |

| | TOTAL |
|---|---|
| 84000 Guaranteed Payments | 1,022,967 |
| Total 80000 Expenses | 5,623,064 |
| **Total Expenses** | **$5,623,064** |
| NET OPERATING INCOME | $ -1,375,027 |
| Other Income | |
| 90030 Miscellaneous Income | 22,330 |
| **Total Other Income** | **$22,330** |
| Other Expenses | |
| 93000 Depreciation Expense | 1,048,050 |
| 93050 Interest Expense | 117,502 |
| **Total Other Expenses** | **$1,165,552** |
| NET OTHER INCOME | $ -1,143,222 |
| NET INCOME | $ -2,518,248 |

# BCause LLC

## BALANCE SHEET - UNAUDITED

### As of December 31, 2018

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 10106 Cash - Lakeside Bank | 436,705 |
| 10204 Bitcoin - Blockchain Account | 1,919 |
| **Total Bank Accounts** | **$438,624** |
| Accounts Receivable | |
| 11000 Accounts Receivable (A/R) | 514,795 |
| **Total Accounts Receivable** | **$514,795** |
| Other Current Assets | |
| 11010 Accounts Receivable Other | 17,541 |
| **Total Other Current Assets** | **$17,541** |
| **Total Current Assets** | **$970,960** |
| Fixed Assets | |
| 15000 Fixed Assets | |
| 15002 Computer Equipment | 12,085 |
| 15008 Electrical Equipement - VB Phase I | 3,914,670 |
| 15010 Leasehold Improvements - VB Phase I | 3,985,906 |
| 15012 Electrical Equipment CIP - VB Phase II | 3,680,703 |
| 15014 Leasehold Improvements CIP - VB Phase II | 3,484,127 |
| 16000 Accumulated Depreciation | -1,048,050 |
| **Total 15000 Fixed Assets** | **14,029,442** |
| **Total Fixed Assets** | **$14,029,442** |
| Other Assets | |
| 17100 Security Deposits Receivable | 2,355,186 |
| **Total Other Assets** | **$2,355,186** |
| **TOTAL ASSETS** | **$17,355,588** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | **$6,588,942** |
| Other Current Liabilities | |
| 21500 Deferred Revenue | 3,639,926 |
| 22110 Notes Payable | 500,000 |
| 22200 Payroll Liabilities | 116,621 |
| 22300 Benefits Payable | 263 |
| **Total Other Current Liabilities** | **$4,256,810** |
| **Total Current Liabilities** | **$10,845,752** |
| Long-Term Liabilities | |
| 22500 Customer Deposits Payable | 86,960 |
| 22550 Convertible Notes Payable | 3,898,377 |
| 22600 Future Considerations | 1,173,310 |

| | TOTAL |
|---|---|
| Total Long-Term Liabilities | $5,158,647 |
| Total Liabilities | $16,004,399 |
| Equity | |
| 30000 Members Capital | 5,986,033 |
| 35000 Retained Earnings | -2,116,596 |
| Net Income | -2,518,248 |
| Total Equity | $1,351,189 |
| TOTAL LIABILITIES AND EQUITY | $17,355,588 |