UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCause Mining LLC<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-10562<br><br>Chapter:  11<br>Honorable Janet S. Baer |

## ORDER REJECTING BANDWIDTH AGREEMENT

THIS MATTER COMING TO BE HEARD upon the Motion of BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession herein, for Authority to Reject Business Service Order Agreement with Comcast Business Services, proper notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that BCause LLC is authorized to reject the Business Service Order Agreement - Renewal with Comcast Business Services between the Debtor and Comcast.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  August 08, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
MJO\BCause\Reject Bus Serv Ord.Agr.ORD