# IT SERVICES AGREEMENT SCHEDULE

## Schedule 6        Project Governance

# 1 Introduction

This document describes the Parties' respective Project Organization etc. as set forth in the main Agreement.

# 2 Project Governance General Terms

## 2.1 Project Manager

From the Effective Date and during the Project, each Party shall appoint a Project Manager who shall be responsible for managing the performance by such Party of its obligations set forth in this Agreement.

The Project Manager shall be authorized by the Party he or she represents to make binding decisions with respect to the day-to-day performance of such Party's obligations under this Agreement. The Project Managers shall not be authorized to amend the terms of this Agreement. Either Party shall be entitled to replace its Project Manager with approval from the other Party not unreasonably withheld. Upon effecting such a change, the name, profile and the date of commencement of the new appointee shall be confirmed by notice in writing to the other Party. Further, the Party effecting such change shall inform the other Party of the consequences such change may have to the Project, if any.

## 2.2 Joint Steering Committee

### 2.2.1 Appointment

Each Party shall assign one (1) or more executives in addition to the Nasdaq Project Manager and the Customer Project Manager, as applicable, to serve on a joint steering committee responsible for the joint monitoring and supervision of the Project (the "Joint Steering Committee"). The Customer shall ensure that the Customer appoints one or more executives that shall be members of and serve on the Joint Steering Committee.

### 2.2.2 Members of the Joint Steering Committee

The following roles will be members of the Joint Steering Committee.

The Joint Steering Committee Chairmanship alternates on a monthly basis between the client and Nasdaq.

The Customer:

- Project Owner (Has authority to make binding business decisions in relation to the Customer, Mandatory)

- Project Manager (Reporting, Mandatory)

- Customer key executive titles

Nasdaq:

- Chairman and Project Owner, (Have authority to make binding business decisions in relation to Nasdaq

- Client Relationship Manager

- Project Manager (Reporting, Mandatory)

### 2.2.3 Joint Steering Committee Responsibilities

The Joint Steering Committee shall monitor and supervise the Project, including but not limited to project performance and project organization, and shall decide on changes to the Project.

Any deviation to **Schedule 3** (Master Time Schedule) or other issues which cannot be solved by the Project Managers during the course of the Project, shall be dealt with by the Joint Steering Committee. Proposed adjustments to the **Schedule 3** (Master Time Schedule), financial compensation to any Party for additional work, costs and expenses due to any deviations and the like, shall be discussed in good faith by the Joint Steering Committee.

The Customer will summon and make sure that appropriate persons from the Customer that have the authority to make bindings decisions, participate in the Joint Steering Committee meetings.

2.2.4    Joint Steering Committee Meetings and Reporting

Meetings between the Parties shall be arranged as required during the course of the Project. Joint Steering Committee meetings shall take place at regularly scheduled intervals as agreed by the Parties. An appropriate interval between Joint Steering Committee meetings is one (1) month. Additional meetings may be arranged as required by the Parties.

A Joint Steering Committee meeting agenda shall be issued no later than three (3) Customer Working Days prior to the meeting. The agenda will be prepared by each party on an alternating basis and distributed to the members of the Joint Steering Committee prior to the commencement of the meeting.

The Project Manager of each Party shall participate at Joint Steering Committee meetings and submit progress reports outlining the performance of such Party's obligations and activities in the Project prior to such meeting.

The Party preparing the agenda for the meeting shall prepare minutes from the meetings, such minutes to be issued no later than five (5) Customer Working Days after the meeting. The minutes shall be in English. The minutes shall be considered approved by the other Party unless such Party notifies the issuing Party of any objection to the minutes within five (5) Working Days of receipt of the minutes.

2.2.5    Project Manager Meetings

Meetings between the Project Managers shall take place at regularly scheduled intervals. An appropriate interval between meetings of the Project Managers is normally every two (2) weeks.

2.2.6    Location

The Joint Steering Committee and Project Management meetings shall be held at such locations as are mutually agreed by the Parties. Attendance may also be by telephone or audio-visual means.

✦ Nasdaq

# 3    Project Organization of Nasdaq

## 3.1    **Nasdaq Organization Chart**



## 3.2    **Nasdaq Personnel**

The project members and staffing for the Project shall be appointed and named in accordance with **Schedule 3** (Master Time Schedule) and are therefore intentionally left blank. Below are set out the key roles and their responsibilities.

### 3.2.1    Project Manager

- Fulfilment of the delivery commitments of the Services Agreement.

- Agreements with Customer within the scope of the Services Agreement.

- Resource Management

- Manage Nasdaq project activities in the Customer's location.

### 3.2.2    Project Management Office

- Joint Project Planning between Nasdaq and Customer.

- Manage issues raised from Project activities.

- Prepare and commit status and progress reports to the Joint Steering Committee.

### 3.2.3    Quality Assurance

- Responsible for quality assurance procedures within the Project.

### 3.2.4    System Architect

- Be responsible for the software architecture according to this Agreement

- Responsible for software development and system integration between system components.

### 3.2.5    Installation Team

- Installation and set-up of the Software Product.

- System management of the production environment during Installation Test.

3.2.6   Test Management

- Responsible for software quality assurance and testing within the Project.

- Review and approve the Acceptance Test Plan, Acceptance Test Specification and Acceptance Test Procedures.

- Assist Customer in the execution of the Acceptance Test as specified in the **Schedule 4** (Regulations for Acceptance Test).

3.2.7   Training and documentation

- Planning and delivery of training and documentation.

- Training documentation.

3.2.8   Technical Account Manager

- Responsible for co-ordination of development and support regarding the Software Product, including the management of Change Requests and release planning.

- During the Delivery Project, the Project Manager will fulfil these functions.

# 4   Project Organization of the Customer

## 4.1   The Customer Personnel

The Customer will appoint personnel to cover the following responsibilities:

- Project Management

- System Development, Interfaces & Integration Management

- Acceptance Test

- Documentation, Training and Business Configuration

- Installation & System Management (Hardware/Network Procurement)

- Implementation & Change Management

- Operations Setup

- Security and Disaster Recovery plan

- Commercially responsible, authorised to amend the terms of the Agreement

≁ Nasdaq

# IT SERVICES AGREEMENT SCHEDULE

## Schedule 7        Software Functional Specification

# 1 Introduction

This schedule describes the functional requirements to be satisfied by the Software Product and consists of the following annexed documents:

| TITLE | DOCUMENT NAME |
|---|---|
| Nasdaq Matching Engine Functional Specification | bcause Nasdaq ME Functional Specification v1-0.pdf |
| Nasdaq ME FIX Specification | Nasdaq ME FIX Specification for Digital Currencies v1-0.pdf |
| Nasdaq ME ITCH Specification | Nasdaq ME ITCH Specification for Digital Currencies v1-0.pdf |
| Nasdaq ME TARP Specification | Nasdaq ME TARP Specification v1-0.html |
| Nasdaq ME Hurl Specification | hurl_doc_j.2.0.36.zip |
| Nasdaq Non Functional Specification | bcause Nasdaq Non Functional Specification v1-0.pdf |
| Nasdaq MS Functional Specification | bcause-RequirementsSpecification-1.0.pdf |

# 2 The Software Product

The Software Product consists of these component software solutions:

(a)   Nasdaq Matching Engine (Nasdaq ME)

(b)   Nasdaq Market Surveillance (Nasdaq MS)

Any other sub-components of these systems required to fully operate the Software Product also comprise the Software Product.

# IT SERVICES AGREEMENT SCHEDULE

## Schedule 8        License Scope

# 1        Scope of Schedule

Together with the main Agreement, this **Schedule 8** (License Scope) defines the scope of the Software Product License. For the avoidance of doubt, the functionality of the Software Product, including the financial instruments in which trading is supported by the Software Product, is defined in **Schedule 7** (Software Functional Specification).

## 1.1      Licensed Products

The following security based product classes are licensed for use by the Customer ("Licensed Products").

### 1.1.1     Crypto Spot

Spot trading on Crypto Currencies

### 1.1.2     Crypto Futures and Crypto Options

Futures and Options trading on Crypto Currencies

## 1.2      Customer Market

The Customer Market means the business of providing trading and related services for Licensed Products that are issued and/or listed in the Territory.

# IT SERVICES AGREEMENT SCHEDULE

Schedule 9        Documentation Specification

Nasdaq

# 1    Scope of Schedule

The Documentation described herein will be provided for the customized version of the Software Product to be used by the Customer and forms part of the Software Product.

Documents shall be delivered electronically in the format stated below. All documents will be in English.

Documents are regarded as confidential and may not be copied or distributed to third parties except as permitted under the sublicenses granted for Participant Applications and Participant Interfaces.

❖ **Note**: *The titles of these publications are taken from Nasdaq standard documentation and may be changed.*

# 2    User Guides

The user documentation and the user guides describe the user interfaces that are available for the Customer. They give explanations and examples of the functionality, enabling the Customer's personnel to use the applications in normal daily and more rarely occurring situations.

The user guides listed below will be provided:

| PRODUCT | NAME | DESCRIPTION | FORMAT |
|---------|------|-------------|--------|
| Nasdaq ME | Nasdaq ME Workstation User Guide | This is a user guide for Traders, Firm Managers and Market Controllers. It describes how to use the Nasdaq Matching Engine Workstation. | • HTML Help file integrated with application<br>• PDF |
| Nasdaq MS | Nasdaq MS User Guide | This is a user guide for the Exchange to use the Nasdaq Market Surveillance workstation. | • PDF |

# 3    Technical Documentation

## 3.1    Operator's Manual and Operator's Reference Guides

The Operator's Manual and Operator's Reference Guides describe available functions and tools for the maintenance of the standard Nasdaq systems, e.g. regular maintenance procedures, application configuration and supervision, network monitoring, etc.

They also describe the components within each subsystem and how they are started, stopped, restarted, configured etc. The documents are intended for the IT operations staff and administrators, i.e. they have a more technical approach than the user guides.

The following Operation guides will be provided:

| PRODUCT | NAME | DESCRIPTION | FORMAT |
|---------|------|-------------|--------|
| Nasdaq ME | Nasdaq ME Operator's Manual | This Operator's Manual gives the reader a complete understanding of the tasks an operator or system administrator must perform to properly run the system. | • PDF |

| PRODUCT | NAME | DESCRIPTION | FORMAT |
|---------|------|-------------|--------|
| Nasdaq ME | Nasdaq ME Schema Report | This document contains the schema definition of the Nasdaq Matching Engine Database. | • HTML<br>• PDF |
| Nasdaq ME | Nasdaq ME Migration Guide | This document describes the strategy to migrate the data from the existing trading system to Nasdaq ME. | • Word |
| Nasdaq MS | Nasdaq MS Operations Manual | This Operator's Manual gives the reader a complete understanding of the tasks an operator or system administrator must perform to properly run Nasdaq Market Surveillance. | • PDF |

# 4    Installation Guides

The Installation Guides describe how to install the different applications, i.e. the main system and the separate modules. Each document contains step-by step instructions.

The Installation Guides listed below will be provided.

| PRODUCT | NAME | DESCRIPTION | FORMAT |
|---------|------|-------------|--------|
| Nasdaq ME | Nasdaq ME Workstation Installation Guide | The purpose of this installation guide is to provide all instructions and information required for installing the Nasdaq ME Workstation on to a PC. | • PDF |
| Nasdaq MS | Nasdaq MS Deployment Guide | The purpose of this deployment guide is to provide all instructions and information required for installing the Nasdaq Market Surveillance server and client application. | • PDF |

# 5    Interface Descriptions

## 5.1    Application Programmer's Documentation

The interface descriptions provided are API manuals and protocol specifications for the marketplaces and the Participants. The documents cover general parts, e.g. the interaction between an external system and the purpose of a protocol. They also cover specific cases when applications interact with different given parts of the system through the API.

The API documentation listed below will be provided.

| PRODUCT | NAME | DESCRIPTION | FORMAT |
|---------|------|-------------|--------|
| Nasdaq ME | ITCH TV SOUPBinTCP3.0 | This document provides ITCH Total View as a message standard developed to distribute full depth market data. | • PDF |

# IT SERVICES AGREEMENT SCHEDULE

## Schedule 10      System Description

23 Mar 2018                    Copyright 2018 Nasdaq Technology AB

bcause · Nasdaq

# A. Introduction

## 1 Scope of Schedule

This schedule describes:

(a)     An overview of the design ("System Design") of the hardware, network and
        software components that are required to operate the Software Product;

(b)     The number of System Instances of Production Systems and Non-Production
        Systems;

(c)     The interfaces used to connect to the Systems Instances; and

(d)     The minimum hardware specification for the Production System and Non-
        Production Systems.

This schedule does not describe the basic infrastructure required for the system (e.g. DNS,
terminal servers, back up robots and switches).

23 Mar 2018                    Copyright 2018 Nasdaq Technology AB

## B.   System Design

## 2   Overview & Terminology

Nasdaq will provide the Software Product which includes the Central Software, a set of system interfaces defined in **Section C** (Interfaces) and a set of user interface applications defined in **Section 2.4** (Customer Applications) of this document. These are to be run on a number of System Instances.

Each System Instance is defined in **Section 2.10** (System Instances) below and has a Service Level defined for the supporting services and these are described in Schedule 12 (**Service Level Agreement**).

*Figure 1 - Overview of software elements*



Nasdaq is only responsible for elements of the Software Product excluding, *inter alia*, Customer External Systems, Participants External Systems and their connectivity to the Customer Central Site through the required interface. The Customer is responsible for the Customer and Participant connectivity and networks and Customer Central Sites.

The software components identified above are installed on physical elements shown in *Figure 1 - Overview of software elements* as further described in the following subsections.

*Figure 2 – Physical elements in the System Design*



## 2.1    Customer Central Sites

The Customer Central Sites house the Central Hardware and are where the Central Software is operated. The Customer Central Sites is comprised of two data centres, a main site ("Site A") and a secondary, disaster recovery backup site ("Site B").

Site A (intended) is located at:

> 350 East Cermak Road
> Chicago, IL 60616

Site B is located at: TBD

## 2.2    Central Software

The components of the Software Product installed on the Central Hardware. These are described in the following table and are shown diagrammatically in Figure 2.

*Table 3 – Central Software*

| PRODUCT | NAME | DESCRIPTION |
|---------|------|-------------|
| Nasdaq ME | Sequencer | The sequencer is the top level server that sequencers incoming transactions between the Engines. There are three types of Sequencer when running, Main, Standby and ReRequester. |

| PRODUCT | NAME | DESCRIPTION |
|---|---|---|
| Nasdaq ME | IPXSEngine | A transaction handling engine of Nasdaq Matching Engine that maintains the state of the market, manages order books, matches orders, and calculates market statistics, indexes and performs all other transactional tasks.<br><br>Also handles communication to "client" programmes that connect to Nasdaq Matching Engine in order to manage orders and receive market information. The "client" connections include Customer Applications and External Systems and can be any system that uses the ITCH® over SoupBinTCP or MoldUDP. This is a key method by which Nasdaq Matching Engine scales in the direction of more users.<br><br>ITCH® is a registered trademark of Nasdaq, Inc. |
| Nasdaq ME | TSMREngine | A transaction handling engine of Nasdaq Matching Engine that maintains the state of the market, manages order books, matches orders, and calculates market statistics, indexes and performs all other transactional tasks.<br><br>Also handles communication to "Client" programmes that connect to Nasdaq Matching Engine in order to manage orders and receive market information. The "Client" connections and External Systems and can be any system that uses the Nasdaq Matching Engine Client API. This is a key method by which Nasdaq Matching Engine scales in the direction of more users. |
| Nasdaq ME | ME Database | The database used by the Trading Engine and containing reference data, data that defines the Trading Engine's behaviour and transactional data from trading activities. This database is implemented using PostgreSQL. |
| Nasdaq MS | Gateway | The HURL based connecter programs that translates Nasdaq ME HURL message to Nasdaq Market Surveillance MPL database in real-time |
| Nasdaq MS | Operational framework | The set of programs that control and govern the market data feeds and schedule the surveillance system operations |
| Nasdaq MS | Alerts and Reports | The set of alerts and reports scrips that document the market alerting and reporting logic |
| Nasdaq MS | Core – Server side | The set of server side programs utilities that process that market feeds in real-time, applies the alerts and reports logic on the processed data, and service the Nasdaq Market Surveillance clients applications accordingly |

## 2.3   Central Hardware

The Central Hardware comprises the hardware and Third Party Software (e.g. operating systems, databases and layered software components) needed for launching the Central Software supporting the required System Instances. The hardware is specified in the Nasdaq Non Functional Specification.

## 2.4   Customer Applications

The user interface components of the Software Product that are used directly by the Customer. The Customer Applications are described in Figure 3.

*Figure 3 - Customer Applications*

| PRODUCT | NAME | DESCRIPTION |
|---|---|---|
| Nasdaq ME | Nasdaq ME Workstation | Used by Market Operations staff to monitor and manage the market. |
| Nasdaq ME | Nasdaq ME Admin | The user interface used by business back office staff to manage reference data or by technical staff to manage business rules used by the trading engines. |
| Nasdaq MS | Nasdaq MS clients applications | The set of business users' applications that serve real-time surveillance functionality. It consists of a number of applications as per Nasdaq Market Surveillance contract (ADMIN, ALDIT, ALMAS, SPREAD, REPLAY, ARC, REPROT) |

## 2.5  Customer Application Hardware

The Customer Application Hardware comprises the hardware and Third Party Software (e.g. operating systems and layered software components) needed for launching the Customer Applications. The hardware is specified in the Nasdaq Non Functional Specification.

## 2.6  Participant Applications

Participant Applications are components of the Software Product that are used by the Participants.

*Figure 4 – Participant Applications*

| NAME | DESCRIPTION |
|---|---|
| Nasdaq ME Workstation | Used by traders to access the Customer Market. |

## 2.7  Participant Application Hardware

The Participant Application Hardware comprises the hardware and Third Party Software (e.g. operating systems and layered software components) needed for launching the Participant Applications. The hardware is specified in the Nasdaq Non Functional Specification.

## 2.8  Customer External Systems

Customer External Systems are systems supplied by the Customer or third parties (other than Participant External Systems), connecting to the Central Software via the Customer Interfaces. Examples of such systems may be clearing and settlement systems, market data vendors or reporting engines or network management systems.

The Customer External Systems that will be used with the Software Product are:

• Customer Corporate Database

• Customer Reports

• Customer Website

## 2.9  Participant External Systems

Participant External Systems are systems supplied by third parties that Participants may use to connect to the Central Software via the Participant Interfaces. Any such systems are not part of the Nasdaq Software Product. Examples of such systems may be order

management systems (OMS) which may or may not use the FIX protocol or Market Data Dissemination systems.

## 2.10   System Instances

The following System Instances will be able to be operated by the Customer.

*Table 4 - System Instances*

| NAME | USE OF SYSTEM | DESCRIPTION |
|---|---|---|
| Production System | This instance is the commercial operation of Customer Market. | Dual site solution. |
| Non-Production Systems | These systems will be used for non-production reasons, e.g.<br>• Quality assurance<br>• Training<br>• Customer development | Single site solution. |

Service Levels are differently defined for each System Instance. The Service Levels for the System Instances above are set forth in Schedule 12 (**Service Level Agreement**).

## C.    Interfaces

## 3    Overview

This section explains the interfaces that are used and where in the System Design. The interfaces may describe different levels, from lower physical levels up to protocols and API level or to application level (the data flows). The Nasdaq Non Functional Specification shows all the interfaces between components in the Production System and each interface is labelled and the data flow across the interfaces is described.

The following types of interfaces are provided for the applications and/or systems that can connect to the various system components:

- Customer Interfaces

- Participant Interfaces.

These interface types can connect to the Customer Central Site using interfaces as described in the Nasdaq Non Functional Specification.

## 4    Details

The detailed specification of messages in each Customer Interface is defined in documents external to this Agreement and these documents are defined in **Schedule 9** (**Documentation Specification**).

## 4.1    Customer Interfaces and Participant Interfaces

The following list of system interfaces are provided as part of the Software Product. All interfaces are considered to be Customer Interfaces and may be used by the Customer to interface external systems to the Software Product. A subset of these interfaces, as identified in the following table, are also Participant Interfaces which may be sublicensed to Participants and Third Party Developers for the purpose of building external systems that interface to the Software Product.

| INTERFACE | DESCRIPTION | PARTICIPANT INTERFACE? |
|---|---|---|
| ODBC/SQL | Database standard interface for data queries, part of the RDBMS | No |
| DSI | Data Synchronisation Interface (for batch file transfer between external databases and Nasdaq ME) | No |
| SNMP Management Information Base (MIB) | Simple Network Management Protocol (SNMP) is a standard protocol for managing devices and applications on IP networks. The Software Product published several MIBs that provide information about the state of certain components. | No |
| Event/Error Log text files produced by Nasdaq Matching Engine | Standard error and event messages produced by the various Software product components. | No |

| INTERFACE | DESCRIPTION | PARTICIPANT INTERFACE? |
|-----------|-------------|------------------------|
| FIX V5.0 (SP1) | The Financial Information Exchange (FIX) Protocol is a message standard developed to facilitate the electronic exchange of information related to securities transaction. The FIX interface supports and order management and market data interface. | Yes |
| ITCH TV (SOUPBinTCP) | ITCH Total View is a message standard developed to distribute full depth market data. | Yes |
| HURL | Internal feed for back office systems during trading. | No |
| TARP | Internal feed for back office systems during trading. | No |

## 4.2    Source Development Kit

The Nasdaq ME Source Development Kit allows client programs to interface to Nasdaq ME.

The Nasdaq ME Source Development Kit delivery includes the following:

- HTML documentation

- Non compiled source code for encoding and decoding the Nasdaq ME Message Protocol (AMP) messages in the language(s) of choice, i.e. C, C++ or JAVA

- Example source code and Makefile for using the AMP encoders and decoders

- A set of the ASN.1 definitions for AMP messages delivered as plain text files, these can be used along with an ASN.1 compiler to generate code for other unsupported languages.

- This Source Development Kit does not include the SOUPBinTCP session management example code. Developers should implement their own code according to the SOUPBinTCP specification.

The following Source Development Kits are planned for delivery.

*Table 6 - Source Development Kit Variants*

| FUNCTION/ MESSAGE SUBSET | LANGUAGE |
|--------------------------|----------|
| HURL  ASN.1/SoupBinTCP | Java |
| TARP ASN.1/SoupBinTCP | NA |

# D.  Production and Non Production Systems

The specifications for the Production and Non-Production Systems is documented in the Nasdaq Non Functional Specification document.

# IT SERVICES AGREEMENT SCHEDULE

## Schedule 11      Services

# A.   Introduction

## 1   Scope of Schedule

In addition to what is stipulated in the main Agreement, this schedule defines the Parties' respective obligations for the Services provided by Nasdaq to the Customer.

# B.   Service Summary

This Chapter provides a summary of the scope of the Services to be provided by Nasdaq.

## 2   Services

### 2.1   Scope of Services

The Services to be performed by Nasdaq are comprised of:

- Service Initiation: Supporting the Customer before Production Start

- Service Management: Support of the Customer with incident, problem and release management in relation to the Software Product pursuant to the procedures set forth in this schedule

- Support Services: Providing various support services with respect to the Software Product.

### 2.2   Description of document

The Services to be provided with the respective obligations by Nasdaq and the Customer are described in this document in the following structure:

- Service Initiation
- Ongoing Services
  - Service Management
  - Support Services.

## C.    Service Initiation

After Acceptance and before Production Start, certain initial actions have to be taken by both Parties in order to prepare for Production Start.

## 3    Nasdaq's Pre-Production Obligations

### 3.1    Mock Trading support

Following Acceptance Nasdaq shall support the Software Product during the period between Acceptance and Production Start including during the Mock Trading activities to be performed by the Customer as specified in **Clause 4.1** (Mock Trading).

### 3.2    Service Provision

Following Acceptance, Nasdaq shall ensure that the Services are ready for Production Start, subject to prior written notice from the Customer as described in the Main Agreement.

## 4    Customer's Pre-Production Obligations

### 4.1    Mock Trading

Following Acceptance of the relevant part(s) of the Software Product and prior to Production Start, the Customer shall conduct a period of simulated trading activities on the Customer Market using simulated data and test data (**"Mock Trading"**) in order to familiarize the Participants with the Software Product.

The Customer is then responsible for:

- Designing, planning and providing the required data for simulation and testing

- Providing the necessary number of users to conduct Mock Trading

- Providing support to the Participants in connection with the Mock Trading activities.

### 4.2    Production Start

Following Acceptance and Mock Trading, the Customer shall notify Nasdaq of the Trading Day on which Production Start shall take place, as described in the Main Agreement.

### 4.3    Trading Days for Production Start

The Customer shall, to the extent that they are scheduled, promptly advise Nasdaq of all calendar days which, during the twelve (12) months following Production Start, are scheduled Trading Days.

## D.    Ongoing Services

Commencing on Production Start, Nasdaq shall provide Ongoing Services to the Customer, in order for the Customer to maintain the Operating Capability of the Software Product and in order for the Software Product to conform with:

- The **Schedule 7** (Software Functional Specification)
- The **Schedule 12** (Service Level Agreement)
- Specifications pursuant to any Change Request pursuant to this Agreement

## 5    Service Management

### 5.1    Service Organization

Figure 5 below shows the service organization at a high level.

Nasdaq is organized with both a Service Desk (that is responsible for the Incident Management process, providing a single point of contact for all operational issues), and a Customer Team that handles the customer relations on a management level.

Incidents that are not solved in the Nasdaq Service Desk are escalated to the Support Services team within Nasdaq.

The Customer manages all contacts with the Participants for both business and technical issues.

The service organization of the Parties may further be described in the Routine Guide. Proposed changes to the organizations will be dealt with through the Support Meetings.

*Figure 5 - Organizational Overview*



### 5.2    Support Meetings

5.2.1    Nasdaq shall arrange at least one (1) Support Meeting in each calendar year for the purpose of informing the Customer of new technology Nasdaq is developing and, if applicable, discussing further developments of the Software Product.

5.2.2    The form or the location of the meeting is upon of the agreements between the Customer and Nasdaq. The meetings may also take place by telephone or audio-visual means.

5.2.3    Nasdaq will issue an agenda five (5) Customer Working Days prior to the meeting. Nasdaq and the Customer shall alternately issue minutes from the meetings after the meeting.

# 6 Nasdaq's Obligations during Ongoing Services

## 6.1 Service Desk

The Nasdaq Service Desk shall:

- Be contacted via telephone, email or the Nasdaq Support Web interface

- Receive inquiries from the Customer during Support Hours and respond to inquiries subject to the response times set forth in **Schedule 12** (Service Level Agreement)

- Execute Incident Management for the Software Product according to response times set forth in **Schedule 12** (Service Level Agreement)

- Be a single point of contact for the Customer

- Provide the Customer with status updates on Incidents

- Maintain a record of calls received.

- Provide online access for the Customer to the fault tracking system including details of all faults relevant to the Customer

## 6.2 Service Level Management and Reporting

### 6.2.1 Major Incident Report

For Critical or Very High Incidents in the Production System (after both Parties have agreed on the severity) a report will be written by Nasdaq. The Major Incident Report shall detail the events in chronological order, causing production problems, the cause of the Incident and measures taken to avoid it being repeated.

The Major Incident Report shall be sent out no later than five (5) Nasdaq Working Days after an Incident. However, as regards Major Incident Reports for Critical Incidents, the report shall be sent as soon as possible, as agreed with the Customer. The report should be complete to the extent that the investigations have been concluded.

The Major Incident Report is compiled by Nasdaq and distributed by Nasdaq.

## 6.3 Incident and Problem Management

### 6.3.1 Incident Management

Subject to the Customer's request through the Service Desk, Nasdaq shall execute Incident Management in order to facilitate restoration of the Operating Capabilities in accordance with **Schedule 12** (Service Level Agreement).

Support requests related to Incidents in the Software Product reported to Nasdaq Service Desk, shall be responded to by Nasdaq in accordance with **Schedule 12** (Service Level Agreement).

### 6.3.2 Incident Classification

Nasdaq may at any time reclassify an Incident if Nasdaq considers that the severity of the Incident has changed or if the Incident was not appropriately classified by the Customer, in which case Nasdaq shall give the notice of the reclassification and the grounds on which Nasdaq's decision was based. The reclassification shall take effect from the time the Customer has acknowledged such notice. Until such time as a reclassification has been agreed by the Parties, Nasdaq will deal with the Incident according to the initial Customer severity classification.

For the avoidance of doubt, Nasdaq will reclassify an Incident where Nasdaq has identified and provided a temporary alternative means of resolving the Incident which is reasonably satisfactory to the Customer.

If the Customer rejects a notice of reclassification, Nasdaq shall continue with Incident management according to the initial classification.

If Nasdaq disputes a Customer rejection of a reclassification and the matter is ultimately resolved in Nasdaq's favour, Nasdaq can, after the incident is closed, require compensation on a time and material basis covering the extra work due to wrong classification, if applicable, from the time of the Customer's rejection of Nasdaq's notice regarding reclassification.

6.3.3   Maintenance Releases

Nasdaq shall issue Maintenance Releases as and when required in order to rectify an Incident or a Problem. Nasdaq shall notify to the Customer when issuing a Maintenance Release.

All work relating to the preparation, testing, packaging and delivery of a Maintenance Releases shall be performed by Nasdaq free of charge. For the avoidance of doubt this work does not include Change Requests or other additional services provided at the Customer's request.

The routines around notification, testing and installation of Maintenance Releases differ depending on the severity of the Incident causing a Maintenance Release. Nasdaq shall ensure that each Maintenance Release is adequately tested before being issued to the Customer, unless otherwise agreed between the Parties.

Maintenance Releases shall not require changes to the Customer Hardware Configuration, unless otherwise agreed between the Parties.

Telephone assistance for installation and testing of Maintenance Releases shall be provided free of charge during Nasdaq Working Hours.

# 7   Customer Obligations during Ongoing Services

## 7.1   Requests for Support

The Customer's requests for support shall be initiated by the Customer through the Nasdaq Service Desk, with service levels as specified in **Schedule 12** (Service Level Agreement).

## 7.2   Support to Customer Participants

The Customer shall provide a Participant service desk and support the Participants with respect to both business and technical support, including questions related to the Participant Applications or Participant Interfaces.

## 7.3   Central Hardware

In order for Nasdaq to provide Services for the Software Product, the Customer shall configure Central Hardware, operating systems and layered software to follow factory default settings unless otherwise stated by Nasdaq in:

- Installation Manuals

- The **Schedule 7** (Software Functional Specification)

bcause

Nasdaq

- Subsequent Installation Manuals and Release Notes

- As otherwise agreed in writing between the Parties

## 7.4 Participants Applications and Participants External Systems

7.4.1   Participants Certification

The Customer is responsible for and shall have procedures in place to ensure that only certified Participant Applications and Participant External Systems are connected to the Production System.

7.4.2   Participant Applications Operations

The Participant Applications shall be operated and used in accordance with user and operating documentation provided by Nasdaq under this Agreement and as subsequently amended by Release Notes.

7.4.3   Customer and Participant Access

The Customer shall ensure that the connection of Customer Applications, Customer Application Hardware and Customer Application External Systems, to the Customer Central Site, is following specifications given by Nasdaq.

## 7.5 Incident Reporting by the Customer

Before reporting an Incident to Nasdaq, the Customer shall verify the Incident. After the Incident has been verified, the Customer shall notify Nasdaq immediately as to the nature and extent of the Incident. When reporting an Incident, the Customer shall:

- Classify the Incident, using the priority levels set forth in **Schedule 12** (Service Level Agreement)

- Provide all information necessary to identify the Incident, a description of the expected behaviour and the steps necessary to recreate the Incident

- Provide Nasdaq with such log files and programs as Nasdaq may reasonably request in order to fulfil its obligations under this Agreement

- Record any Incident reference number received from Nasdaq in its acknowledgment of the Incident and quote this number in all future discussions relating to the Incident

- Make available relevant and qualified personnel on site to liaise with Nasdaq and to provide additional information or clarification if requested by Nasdaq or to demonstrate the Incident to Nasdaq

- Implement any change and then inform Nasdaq that the report has been closed, if Nasdaq responds with a solution or explanation.

7.5.1   When classifying an Incident, the Customer shall state the level of priority requested, using one of the priority levels set forth below and further defined in **Schedule 12** (Service Level Agreement).

7.5.2   Incidents in a Non-Production System cannot be reported with the priority level Critical or Very High.

## 7.6 Test of Maintenance Releases

With respect to Maintenance Releases, where Operating Capability is available, the Customer shall, prior to installation of any Maintenance Release on the Production System,

test such Maintenance Release in order to determine that the Maintenance Release will not have an adverse effect on Operating Capability. Where Operating Capability is not available, the Customer shall only perform such tests of the Maintenance Release as Nasdaq considers necessary.

## 7.7    Obligation to Implement Maintenance Releases

7.7.1    The Customer shall implement a new Maintenance Release within the timeframe as reasonably specified by Nasdaq, or if not specified at latest twelve (12) months from the date of issue of the Maintenance Release to the Customer.

The Customer shall give notice to Nasdaq of the intended date of implementation of a Maintenance Release on the Central Hardware, Customer Application Hardware and Participant Application Hardware.

The Customer shall not unreasonably delay the implementation of the Maintenance Release on the date specified in the notice, provided the Customer has not, prior to such implementation, identified problems with the Maintenance Releases that would materially affect the Operating Capability.

7.7.2    Nasdaq shall be released from any of its obligations under this Agreement to the extent that the performance of such obligations is materially and adversely affected by any failure of the Customer to implement a Maintenance Release in accordance with **Clause 7.7.1** above.

However, the Customer shall not be obliged to implement a Maintenance Release where the Customer determines during testing that the Maintenance Release will, if implemented, prevent the Customer from maintaining the Operating Capability.

7.7.3    Upon identification of any fault, the Customer shall give notice to Nasdaq that it will not implement the Maintenance Release and shall furnish Nasdaq with a copy of the test data or script and a description of any non-conformance of the Maintenance Release to applicable specifications. Nasdaq shall, as soon as possible thereafter, provide another Maintenance Release to resolve the problem.

## 7.8    Business Operations

As between the Parties, the Customer shall be solely responsible for the management and day-to-day running of the business with respect to the Software Product. Such responsibilities include:

- Compliance with all applicable legal requirements and its own corporate governance requirements, and

- Business, marketing, financial and risk management aspects in connection with the operation of its business.

## 7.9    Trading Days

The Customer shall advise the Nasdaq not later than one (1) month before the commencement of each subsequent six (6) month period of the scheduled Trading Days during such six (6) month period. The Customer shall inform Nasdaq forthwith of any alterations to scheduled Trading Days, as soon as it is made aware of such alteration.

## 7.10    Nasdaq Support Access

The Customer shall:

- Upon Nasdaq's request, provide Nasdaq with immediate network access to the Software Product and Central Hardware in accordance with **Schedule 10** (System Description). The Customer acknowledges that Nasdaq's ability to resolve an Incident may be affected should remote access be denied.

- In case of on-site support, grant Nasdaq's personnel (including subcontractors and consultants), access to the Customer Central Sites and, where required by Nasdaq, use reasonable endeavours to obtain access to the Participant premises, and provide Nasdaq's personnel with office and working space, to be used exclusively by Nasdaq's personnel for the duration of any visit, limited secretarial service and working tools, e.g. telephone and Internet access, copier etc., to the extent necessary to allow Nasdaq to fulfil its obligations.

This clause shall be subject to the following conditions:

- Nasdaq shall specify the systems to which Nasdaq requires access

- Such access shall not be via an open line. The line shall only be open during the event and granted upon request from Nasdaq.

- If the access is using public communication means, then encryption shall be used.

## 7.11    Operation of the Customer External Systems

The Customer shall ensure that the Customer External Systems interface with the Software Product and operate as required. The Customer is responsible for any planning and administration related thereto.

## 7.12    Changes to Customer External Systems

The Customer shall immediately inform Nasdaq of any changes to any Customer External Systems that may affect the operation of the Software Product.

## 7.13    Training of Operational Personnel

The Customer shall ensure that the personnel having operational responsibility for the Software Product are suitably qualified and familiar with the nature of the system and software.

The Customer shall require and have procedures designed to ensure that personnel responsible for entering transactions are suitably qualified.

## 7.14    Customer Logbook

The Customer shall maintain a logbook recording events occurring during the operation - including the following events, in order to facilitate Incident Management:

- Incidents relating to the Customer Hardware Configuration and the Customer Applications; and known Incidents relating to the Participant Applications

- Alteration of the Central Hardware

- Inclusion and exclusion of Participants

- Updating/replacement of the Customer Applications, Participant Applications and Third Party Software releases

- Events/operator's actions pertaining to normal operation of the system and error recovery, e.g. change of system or network parameters

- Other events that the Customer considers relevant.

## 7.15    Support Meetings summary

The Customer shall, if so required, before each Support Meeting, issue a summary of the relevant events recorded in the Customer logbook. The summary shall be tabled at Support Meetings convened. The summary shall be forwarded to Nasdaq at a reasonable time before each Support Meeting.

## 7.16    Security

The Customer shall ensure that a reasonable level of physical security is maintained at the Customer Central Site where such sites are under the Customer's control.

## 7.17    Customer Applications

The Customer Applications shall be operated and used in accordance with user and operating documentation provided by Nasdaq under this Agreement and as subsequently amended by Installation Manuals and Release Notes. The Customer Applications under this agreement are defined in **Schedule 10** (System Description).

## 7.18    Customer Hardware Configuration

The Customer shall make sure that the Customer Hardware Configuration under responsibility of the Customer is maintained in a high state of serviceability.

# E.    Support Services

# 8    General

## 8.1    Advice and Assistance

8.1.1    Nasdaq shall provide a reasonable level of Software Product advice and assistance to the Customer as part of the support services, including assisting with email and telephone queries.

# 9    Nasdaq Obligations during Support Services

## 9.1    Incident and Problem Management

Nasdaq shall provide software support, software correction services and issue Maintenance Releases in order to support the Incident and Problem Management processes on the Software Product.

## 9.2    Release Management

9.2.1    New Releases

In order to ensure efficient operation of the Software Product, Nasdaq will, from time to time, issue New Releases of the Software Product, or at other times as a result of a Change Request.

New Releases which have been requested by the Customer shall be managed in accordance with the Change Procedure. For the avoidance of doubt Nasdaq shall be entitled to charge the Customer for all its activities related to the implementation, testing, packing and delivery of New Releases in accordance with the Change Procedure.

Nasdaq and the Customer shall agree on the scheduling of New Releases but the Customer shall not unreasonably refuse to agree to the scheduling of a New Release every eighteen (18) to twenty four (24) months.

9.2.2    Support of old releases

The version of the Software Product immediately preceding any New Release of the Software Product shall continue to be covered by Nasdaq's Software Product Support obligations under this Agreement until such New Release has been implemented.

9.2.3    Release Notice

Nasdaq shall issue a release notice to the Customer regarding New Releases at least two (2) months prior to the issue of the New Release.

To the extent known to Nasdaq at the time of issue of the release notice, a release notice shall:

- Contain a summary description of the New Release

- Specify any changes to the Central Hardware, Customer Application Hardware, Participant Application Hardware or Third Party Software, as may be applicable, that are required for the installation of the New Release.

Following the issue of a release notice, additional prerequisites may be identified by Nasdaq during final testing of the New Release. Nasdaq shall promptly advise the Customer of any

additional changes to the Central Hardware, Customer Application Hardware, Participant Application Hardware or Third Party Software which are identified by Nasdaq during development and final testing of the New Release.

9.2.4    New Hardware and Third Party Software

In the event that Nasdaq, during the Project or during the Support Term, becomes aware that the existing Customer Hardware Configuration, Customer Application Software or Participant Application Software (which, for the sake of clarity, includes the associated Third Party Software) will, within the next twelve (12) months;

(a)    be no longer be supported;

(b)    cannot be provided on reasonable commercial terms; or

(c)    otherwise the standard of such services provided is not reasonably satisfactory to meet the Service Levels,

Nasdaq shall promptly notify the Customer.

The Customer and Nasdaq shall jointly agree upon a reasonable schedule for an upgrade to the affected components, which the Customer shall procure at its own cost.

Nasdaq shall provide a Maintenance Release that is compatible with the components that are to be upgraded, and such Maintenance Release shall, for the sake of clarity, be provided free of charge as set forth in **Section 6.3.3** (Maintenance Releases) of this Schedule.

9.2.5    Testing of New Releases

Nasdaq shall ensure that each New Release is adequately tested regarding non customized functionality in a standard configuration.

9.2.6    Interfaces

In the event a New Release includes changes to interfaces affecting the Customer, Nasdaq will inform the Customer of such changes in Release Notes.

# 10    Customer Obligations during Support Services

## 10.1    Release Management

10.1.1    Obligation to Implement New Releases

In view of the importance of maintaining interoperability of the various parts of the Software Product, the Customer shall implement New Releases of the Software Product.

10.1.2    Testing by the Customer

The Customer shall be responsible for implementing and verifying New Releases of the Software Product, in a customer configuration.

10.1.3    Implementation of New Releases

Except for emergency patch releases, the Customer shall give Nasdaq at least one (1) weeks' notice of the intended date of implementation of a New Release on the Production System. Such date shall not be later than twelve (12) months from the date of issue of the New Release.

Nasdaq

### 10.1.4   Support of old releases

The version of the Software Product immediately preceding any New Release of the Software Product shall continue to be covered by Nasdaq's Software Product Support obligations under this Agreement until such New Release has been implemented. However, in the event the Customer has not implemented a New Release within twelve (12) months from the issue of such New Release to the Customer, Nasdaq shall be entitled to increase the Annual Services Fee upon thirty (30) days prior written notice and discussions with the Customer to cover Nasdaq's increased cost for providing Support Services for such previous release.

In the event the implementation of a New Release is delayed due to problems within Nasdaq's control, the twelve month period referred to above will be extended by a period corresponding to such delay.

### 10.1.5   Additional Hardware

The Customer shall, at their own expense, acquire additional hardware and Third Party Software for Central Hardware, Customer Application Hardware and Participant Application Hardware required due to a New Release.

### 10.1.6   New Hardware and Third Party Software

In the event that Customer, during the Project or during the Support Term, becomes aware that the existing Customer Hardware Configuration, Customer Application Software or Participant Application Software (which, for the sake of clarity, includes the associated Third Party Software) will, within the next twelve (12) months:

(a)      be no longer be supported;

(b)      cannot be provided on reasonable commercial terms; or

(c)      otherwise the standard of such services provided is not reasonably satisfactory to meet the Service Levels,

the Customer shall promptly notify the Nasdaq.

The Customer and Nasdaq shall jointly agree upon a reasonable schedule for an upgrade to the affected components, which the Customer shall procure at its own cost.

Nasdaq shall provide a Maintenance Release that is compatible with the components that are to be upgraded, and such Maintenance Release shall, for the sake of clarity, be provided free of charge as set forth in **Section 6.3.3** (Maintenance Releases) of this Schedule.

### 10.1.7   Information to Participants

In the event a New Release includes changes to the Participant Applications or other changes which might affect the Participants, it is the sole responsibility of the Customer to provide necessary information and training to the Participants. Nasdaq shall provide documentation to the Customer of the changes and shall, upon the Customer's request, provide reasonable co-operation and assistance to the Customer on a time-and-materials basis.

# IT SERVICES AGREEMENT SCHEDULE

## Schedule 12     Service Level Agreement

## A.    Introduction

## 1    Scope of Schedule

This document specifies:

- The response time for the Services that Nasdaq will meet in carrying out its obligations under the Agreement

This service level is defined only for the Production System; no service levels are defined for Non-Production Systems.

The volumes, hours of operations and maximum load or capacity to which the Customer is entitled in production is documented in the Nasdaq Non Functional Specification.

# B.    Service Levels

# 2    Services

## 2.1    Service Desk

2.1.1    The Service Desk shall be open for telephone support to the Customer during Support
Hours. The Service Desk is also open outside Support Hours for reporting by the Customer
in regards to Incidents on the Production System that are considered to be or might shortly
escalate to a Critical or Very High Incident.

*Table 5 - Support Hours*

| SUPPORT HOURS | COMMENTS |
|---|---|
| Trading Days during Monday – Friday, Normal trading hours 8:30am – 5:30pm | When the Customer has reduced market open time for the Customer Market on a Trading Day dependant on a public holiday, the same reduction time applies for the Support Hours accordingly. |

2.1.2    The Service Desk shall respond to inquiries in accordance with the table below.

*Table 6 - Service Desk Service Levels*

| METRICS | VALUE | COMMENTS |
|---|---|---|
| Service Desk response time | 5 minutes | Max response time for phone calls to Service Desk during Support Hours. |

## 2.2    Online issue reporting system

The Customer will be provided with access to an online issue reporting and tracking
system, which will record and track all issues, incidents and problems related to the
Software product and related services. Both Nasdaq and the Customer will have access to
the system to enter and update issues.

The Customer will have access to data from the system to enable them to report on and
monitor the service levels provided by Nasdaq.

## 2.3    Incident Management

Incidents are handled according to the set priority level as follows:

*Table 7 - Priority Levels*

| PRIORITY | PRIORITY LEVEL | WORK WILL BE PERFORMED | WORK TO BE STARTED | FOLLOW UP | DEFINITION AND EXAMPLE OF TYPICAL INCIDENTS |
|---|---|---|---|---|---|
| 1 | Critical | 24/7 until solved | Immediate after response | Continuously and summaries every fifteen (15) minutes or as agreed | **Critical Incident** shall mean an Incident prevents all trading activity on the Customer Market. Nasdaq ME Examples: <br>• Material degradation affecting Customer Market administration <br>• Order handling failure <br>• Trade/Deal handling failure |

| PRIORITY | PRIORITY LEVEL | WORK WILL BE PERFORMED | WORK TO BE STARTED | FOLLOW UP | DEFINITION AND EXAMPLE OF TYPICAL INCIDENTS |
|---|---|---|---|---|---|
| | | | | | • Significant night batch delays with expected market impact during Trading Hours |
| | | | | | • Marketplace, interface or market operations connectivity problems including login |
| | | | | | • Price dissemination failure |
| | | | | | • Any other Incident that, in the reasonable opinion of the Customer, requires the Market to be halted in order to maintain a fair and orderly market. |
| | | | | | Nasdaq MS has no incident types that are classified in this category. |
| 2 | Very High | 24/7 until solved | Immediate after response | Every thirty (30) minutes or as agreed | **Very High Incident** shall mean an Incident materially affecting at least a significant proportion of the market, including: |
| | | | | | Nasdaq ME Examples: |
| | | | | | • One or more Participants have a complete connectivity failure preventing market access by their systems or individual end-users for the purpose of trading, and these Participants have in aggregate historically provided more than 10% of trading value, calculated as an average over the previous six (6) months. |
| | | | | | • More than 10% of individual end-users have a connectivity failure preventing market access for the purpose of trading |
| | | | | | • An asset class or market segment is materially affected and cannot be accessed for the purpose trading |
| | | | | | • A significant business function or feature is unavailable to Participants |
| | | | | | • System performance is materially degraded impacting Participants ability to trade |
| | | | | | • Redundancy problems of Production System – until redundancy is secured (e.g. back end node or central connectivity). |
| | | | | | Nasdaq MS has no incident types that are classified in this category. |
| 3 | High | During Nasdaq Working | Within sixty (60) minutes | Summary after forty five (45) | **High Incident** shall mean an Incident materially affecting a limited number of individual end-users or Participants or |

| PRIORITY | PRIORITY LEVEL | WORK WILL BE PERFORMED | WORK TO BE STARTED | FOLLOW UP | DEFINITION AND EXAMPLE OF TYPICAL INCIDENTS |
|---|---|---|---|---|---|
| | | Hours | from response during Nasdaq Working Hours. | minutes and again when solved | issues that cause inconvenience but do not prevent the fair and orderly operation of the Customer Market. Nasdaq ME Examples: <br><br> • One or more Participants have a complete connectivity failure preventing market access by their systems or individual end-users for the purpose of trading, and these Participants have in aggregate historically provided less than 10% of trading value, calculated as an average over the previous six (6) months. <br><br> • Less 10% of individual end-users have a connectivity failure preventing market access for the purpose of trading <br><br> • Missing/wrong market data that does not materially impact Participant's ability to trade. <br><br> Nasdaq MS Examples: <br><br> • A subset of data from any Data Source Interface are missing from the system, but are represented without error in the downstream data-feed <br><br> • Material Inconsistency in alerting results. |

| PRIORITY | PRIORITY LEVEL | WORK WILL BE PERFORMED | WORK TO BE STARTED | FOLLOW UP | DEFINITION AND EXAMPLE OF TYPICAL INCIDENTS |
|---|---|---|---|---|---|
| 4 | Medium | During Nasdaq Working Hours | Within next Nasdaq Working Day from response. | When solved | **Medium Incident** shall mean an Incident regarding individual user login problem, questions of next release and major Incidents in Non-Production Systems.<br><br>Nasdaq ME Examples:<br><br>• Non-material degradation of the functionality in the Production System affecting the commercial use of the system<br>• Investigations after a disturbance has occurred, e.g. trace on a production connection, closely look into log files<br>• All issues regarding the next release of the Software Product (if they cannot be answered immediately)<br>• Material Degradation in the Non-Production Systems.<br><br>Nasdaq MS Examples:<br><br>• Client application data filtering does not work, however there is a workaround allowing the data to be filtered via another method |
| 5 | Low | During Nasdaq Working Hours | Within one hundred and eighty (180) Nasdaq Working Days from response | When solved | **Low Incident** shall mean general questions and non-production problems that are not Medium Incidents.<br><br>Examples:<br><br>• General questions of the service<br>• Non-material degradation of the functionality of Production System not affecting the commercial use of the system<br>• Non-material degradation in test and training systems. |

## 2.4    Problem Resolution

Nasdaq shall, in all circumstances, use its reasonable endeavours to resolve Problems with the Software Product as soon as possible, taking account of the severity level of the Incident. However, and without limiting its obligations to handle Incidents set out in **Clause 2.3** above, Nasdaq does not represent that it will be able to resolve any Incident, Problem or performance deficiency of the Software Product within any specified time.

## C.      System and Software Product Capabilities

The following section describes the capabilities of the Software Product when verified in a
controlled test environment (e.g. production or production like configuration), with
specified load, from load generators in reproducible tests as stated in the Nasdaq Non
Functional Specification.

## 3      Volumetrics

The Nasdaq Matching Engine Non Functional Specification document describes the volumes,
hours of operations and maximum load or capacity to which the Customer is entitled in
production ("Volumetrics").

The Volumetrics constitute the circumstances such as maximum load under which Nasdaq
commits to uphold the agreed Service Levels. Consequently, the Customer acknowledges
that the Service Levels may not be upheld. Therefore, if the Volumetrics and Maximum
Load Profile is exceeded, the Service Levels will neither apply for the duration of that
excess, nor to the extent that it effects the relevant Service Level (which might be longer
than the actual duration of the excess). Nasdaq shall however continue to provide the
Services to the Customer even if the Maximum Load Profile is exceeded.

If any of the Parties becomes aware that a Maximum Load Profile parameter is being
exceeded or is likely to be exceeded, that Party shall inform the other Party without any
undue delay.

The Software Product shall conform to the requirement and performance levels required by
the Customer as described in the Nasdaq Non Functional Specification, provided that the
Customer Hardware Configuration fulfils the minimum hardware requirements described in
the Nasdaq Non Functional Specification. Verification of the Software Product capabilities
should be performed in controlled test environment where possible problems can be
systematically reproduced.

The Customer is responsible for the Customer External Systems and the Customer
Interfaces to be able to handle the data produced by the central system according to the
required load figures in this document.

No assumptions have been made, in this document, about the procedures and test cases
aimed to verify the performance and Service Levels. The parties will agree upon the way
measurements are done. Furthermore, the hardware and software environment where
benchmarks are executed must be set according to Nasdaq's directives as described in the
Nasdaq Non Functional Specification. Further, Nasdaq personnel have the right to attend
performance test preparation, execution and evaluation and any proposed benchmark has
to be previously agreed upon between the parties. The preferred measurement is via port
mirroring in the switch. Should any of these requirements not be met, the outcome of any
performance test shall be regarded as not valid, unless otherwise agreed by the Parties.

Any usage of the Software Product causing load in the system excess of the volumetric
stated in the tables below may adversely impact the ability of the system to meet the
performance levels.

In the event of any value of the Volumetrics is exceeded, a Support Meeting shall be
triggered in which to agree on a resolution, which shall include:

- Compensation on a time and materials basis for the effort in dealing with incidents
  caused by a Volumetrics breach

- Adjustment of the Support Services and Volumetrics to correspond to the usage of the Production System by the Customer, in accordance with the Change Procedure.

# IT SERVICES AGREEMENT SCHEDULE

Schedule 13      Change Procedure

# 1    Introduction

This **Schedule 13** (Change Procedure) describes the process to be applied where either Party would like to request a change to the Agreement, including changes to the Software Product and the Services.

# 2    Change Procedure

## 2.1    **Change Request Form**

2.1.1    Change Requests shall be documented using a change request form ("Change Request Form").

2.1.2    A Change Request Form template shall be maintained by Nasdaq and be provided to the Customer upon the Customer's request.

2.1.3    . Each Change Request Form shall be uniquely numbered to identify the Charge Request.

## 2.2    **Initial Proposal and Assessment**

2.2.1    A Change Request can be initiated by either Party (the "Proposing Party") by submitting a high-level outline of the proposed change to the other Party (the "Responding Party") in writing, using the Change Request Form.

2.2.2    Upon the submission, an initial assessment of the Change Request shall be made by the Responding Party to determine impact of the change.

2.2.3    The Responding Party shall, within ten (10) Working Days, provide the Proposing Party with a non-binding assessment of the time and cost of the proposed change and a binding cost for the further evaluation of the Change Request pursuant to **Section 2.3**.

2.2.4    The Responding Party shall not unreasonably refuse to agree to a Change Request, providing that:

    (a)    the proposed change is technically feasible and is an appropriate change within the general scope of the Project; and

    (b)    the effort to implement the Change Request is not unreasonably high such that the Responding Party would be constrained due to resource availability;

2.2.5    The Proposing Party shall be responsible for bearing its own costs and any time impact of any proposed Change Request.

## 2.3    **Evaluation**

2.3.1    The Proposing Party can elect to either proceed or terminate the Change Request based upon the initial assessment.

2.3.2    Where Proposing Party elects to proceed with the Change Request it shall be reported to the authorised officer as agreed between the Parties.

2.3.3    If a decision is made to proceed with the evaluation, the proposing Party shall instruct the Responding Party to evaluate the Change Request and to prepare a binding cost and time plan for the implementation of the Change Request

2.3.4    The cost and time impact and all legal and commercial impacts, including any increase to the support fee where applicable, shall be documented in an updated version of the Change Request Form.

2.3.5   The Proposing Party shall be liable for the costs of the Change Request evaluation pursuant to **Section 2.2.2**.

2.3.6   For the sake of clarity, the full cost of the implementation for any Change Request that is required due to a breach by a Party of the provisions of this Agreement shall be borne by that Party.

## 2.4   Decision

2.4.1   The Proposing Party may decide whether to accept or to reject the Change Request.

2.4.2   The Proposing Party shall record its decision on the change request form. Both Parties shall then sign the change request form.

2.4.3   The Proposing Party shall record its decision on the Change Request form. Both Parties shall then sign the change request form.

2.4.4   If the change request is made during the Project, the decision shall be reported to and recorded by the Joint Steering Committee.

## 2.5   Implementation

2.5.1   If the Change Request is agreed between the Parties, each Party shall plan and perform its respective obligations as defined in the change request form (and, if applicable, the appendices thereto).

2.5.2   Any Change Request agreed upon shall be priced on the basis of **Schedule 2** (Consideration and Payment Terms).

2.5.3   Nasdaq is responsible for managing all records of Change Requests, through the entire processing cycle, including after approval/rejection and during the implementation stage until completion and will send updates to Change Requests to the Customer.

 Nasdaq

# Change Request

## BCause

CR 001 OUCH Functionality



Revision 0.2
19 Oct 2018

© 2018 Nasdaq, Inc. All Rights Reserved.

Commercial in Confidence



Copyright © 2018, Nasdaq, Inc. All rights reserved.

All content in this document is owned, or licensed, by Nasdaq, Inc. or its affiliates ('Nasdaq'). Unauthorized use is prohibited without written permission of Nasdaq.

While reasonable efforts have been made to ensure that the contents of this document are accurate, the document is provided strictly "as is", and no warranties of accuracy are given concerning the contents of the information contained in this document, including any warranty that the document will be kept up to date. Nasdaq reserves the right to change details in this document without notice. To the extent permitted by law no liability (including liability to any person by reason of negligence) will be accepted by Nasdaq or its employees for any direct or indirect loss or damage caused by omissions from or inaccuracies in this document.

## Document History

| Revision | Published | Author(s) | Summary of Changes |
|----------|-----------|-----------|--------------------|
| 0.1 | 7 Oct 2018 | Kim Tang | First draft. |
| 0.2 | 19 Oct 2018 | Mark Driscoll | Final Draft |



# Table of Contents

1    Change Request Overview ........................................................................................ 4

  1.1    Description of required change ........................................................ 4

  1.2    Impact on Nasdaq systems ............................................................. 4

  1.3    Requirement supporting documentation ......................................... 4

  1.4    Functionality ................................................................................. 4

  1.5    CR Price Estimates ........................................................................ 5

  1.6    Impact on the Existing Contracts ................................................... 5

  1.7    Quote and Payment Terms ............................................................. 5

  1.8    CR Decision .................................................................................. 6

2    Change Request Solution ...................................................................................... 7

  2.1    Overall solution ............................................................................. 7

  2.2    Nasdaq ME solution – Change details ............................................ 7

    2.2.1    Side effects ......................................................................... 7

    2.2.2    Test coverage ...................................................................... 7

    2.2.3    Acceptance criteria ............................................................. 7

Revision 0.2 /
Commercial in Confidence

Nasdaq

# 1    Change Request Overview

| Change Request | Details |
|---|---|
| CR No/Title | CR 001 OUCH Functionality |
| Priority | High |
| Customer | BCause |
| Submitted by | Mark Driscoll |
| Submission date | 02 October 2018 |

## 1.1    Description of required change

Implementation of the OUCH protocol for Go Live.

The OUCH protocol is part of the Nasdaq ME offering the additional effort is for the testing and support.

There will be a 10 day delay in the project, please refer to the proposed new project plan.

## 1.2    Impact on Nasdaq systems

- ☑ Nasdaq ME
- ☐ SMARTS
- ☐ PCCP

## 1.3    Requirement supporting documentation

The following documentation supports the requirements of this CR.

| Supporting documentation |
|---|
| Nasdaq Solution BCause Master Time Schedule v0-44.mpp |

## 1.4    Functionality

To implement the OUCH protocol for Go Live as some brokers have requested this protocol.

 Nasdaq

## 1.5    CR Price Estimates

| CR Estimate | Estimated Price/Time |
| --- | --- |
| Price (Time-and-Materials or Fixed) for CR implementation | $24,263 |
| Estimated time required after approval to complete implementation of CR | To be discussed with BCause |

## 1.6    Impact on the Existing Contracts

| Impact | Details |
| --- | --- |
| Are there any contractual changes? | No |
| Change of contracted schedules | MTS Schedule 3 |
| Change of other contractual terms | No |
| Change of Maintenance Fee or other term of the License and Maintenance Agreement | No |

## 1.7    Quote and Payment Terms

| Terms | Details |
| --- | --- |
| Quote Valid Until | 1st December 2018 |
| Terms of Payment | 100% on Signing |
| | If acceptance is not given within 2 months of delivery, it will be taken as accepted. |
| Milestones | Delivery: No date agreed yet |

ⓘ **Note:** Prices may be subject to change if the quote is not accepted in writing by the Quote Valid Until Date.

Nasdaq

1.8    CR Decision

| | |
|---|---|
| Decision: | Yes |
| To Be Implemented | |

Fred Grede

Customer                                    Date: 12/19/18

Joel Kazis                                  Date:

Nasdaq          Lars Ottersgård,            24/12/18
                EVP, Market Technology,
                Nasdaq

# 2       Change Request Solution

## 2.1       Overall solution

## 2.2       Nasdaq ME solution – Change details

Implement the OUCH protocol.

### 2.2.1       Side effects

N/A

### 2.2.2       Test coverage

This quote assumes that the following test coverage will be applied by Nasdaq prior to release to the client:

* Unit testing of the change functionality
* System testing of the change functionality:
  * Functional Testing
  * Additional Regression Testing
  * Defect retesting – as required.

### 2.2.3       Acceptance criteria

New functionality will be part of the UAT acceptance process