# EXHIBIT B

## AMENDMENT TO THE IT SERVICES AGREEMENT

This Amendment (this "**Amendment**") to the IT Services Agreement, with an Effective Date of March 23, 2018, is made by and between Nasdaq Technology AB, ("**Nasdaq**"), and bcause LLC ("**BCause**") as amended, including through any Change Orders, and as further amended herein (the "**Agreement**"). Capitalized terms used in this Amendment not otherwise defined herein shall have the meanings as provided in the Agreement.

WHEREAS, BCause filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**" on April 12, 2019, in the United States Bankruptcy Court for the Northern District of Illinois (the "**Court**");

WHEREAS, BCause desires to assume and assign the Agreement pursuant to Section 365 of the Bankruptcy Code to BCause Secure LLC ("**BCause Secure**") (Nasdaq, BCause and BCause Secure, each individually a "**Party**" and collectively "**Parties**.");

WHEREAS, Nasdaq filed a proof of claim, as amended, in the amount of $985,320.14 (the "**Cure Amount**");

WHEREAS, Nasdaq agrees to the assumption and assignment of the Agreement as modified herein; and

WHEREAS, the Parties desire to further amend the Agreement as set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and premises contained herein, and for other good and valuable consideration, the receipt of which and sufficiency of which is hereby acknowledged, Nasdaq and Customer hereby agree as follows:

1. **Amendment Effective Date**. This Amendment shall become effective upon the entry of a final, non-appealable order entered by the Court approving the assumption and assignment of the Amended Agreement; however, such approval must be obtained no later than September 30, 2019. BCause and/or BCause Secure shall notify Nasdaq of such approval and shall provide supporting documentation. The Parties acknowledge and agree that Nasdaq shall not be required to perform any additional work under the Agreement until: (a) the Amendment Effective Date; and (b) Nasdaq receives payment of $146,947.50 (One hundred and forty six thousand nine hundred forty seven dollars and fifty cents) comprised of: (i) Initial Month project fee ($17,885); (ii) Initial quarterly license and support fee ($83,750); and (iii) initial quarterly Delivery Completion Payment ($45,312.50) (the "**First Payment**"). The First Payment shall reduce the Cure Amount. The balance of the Cure Amount shall be paid pursuant to Schedule 2.

2. **Assignment**. As of the Amendment Effective Date and receipt of the First Payment, the Agreement, including any and all liabilities and/or obligations of BCause, shall be assumed and assigned to BCause Secure and thereafter, BCause Secure shall be the Customer under the Agreement.

3. **Assumption.** As of the Amendment Effective Date, BCause Secure accepts assignment, conveyance, and transfer of all rights and obligations under, and interest in, the Agreement. After the Amendment Effective Date, "Parties" shall mean Nasdaq and BCause Secure.

4. **Suspension of Services**. Nasdaq may suspend supply of Services to the Customer if the Customer fails to pay any invoice when due or uses the Services in breach of the Agreement. Nasdaq will give notice before Nasdaq suspends, except where Nasdaq reasonably believes there is a need to suspend immediately.

5. **Limitation of Right to Claim**. The Limitation of Right to Claim in Section 19.9 of the Agreement shall not apply to any claim or action of Nasdaq that occurred or arose prior to the Amendment Effective Date.

6. **Schedule 2**. Schedule 2 shall be deleted in its entirety and replaced with Schedule 2, attached hereto.

7. **Order of Precedence**. The terms of this Amendment supersede provisions in the Agreement only to the extent that the terms of this Amendment and the Agreement expressly conflict. Unless expressly amended herein, all provisions of the Agreement remain intact and in full effect. Nothing in this Amendment should be interpreted as invalidating the Agreement.

8. **Counterparts**. This Amendment may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same document

IN WITNESS WHEREOF, the Parties have, through their duly authorized officers, executed this Amendment as of the Effective Date.

| **Bcause LLC** | **Nasdaq Technology AB ("Nasdaq")** |
|---|---|
| By: _____ | By: _(signature)_ |
| Name: _____ | Name: Lars Ottersgård |
| Title: _____ | Title: Executive Vice President |
| Date: _____ | Date: Aug 5, 2019 |

**Bcause secure LLC**

By: _____

Name: _____

Title: _____

Date: _____

# IT SERVICES AGREEMENT SCHEDULE

## SCHEDULE 2 - Consideration and Payment Terms

1. <u>Project, License and Service Fees and Payments</u>

1.1 **Outstanding Project and Other Fees Fee and Outstanding Fees Owed.**

The Customer shall pay the Project Fee and other fees to Nasdaq, in the amount of:

| ACTIVITY/COMPONENT | AMOUNT (USD) |
|---|---|
| Fees owed | $804,000 plus 12% interest for a 3 year payment period |

Commencing as of the Amendment Effective Date, the monthly Fee shall be paid in accordance with the below. First payment is expected to be on September 1, 2019.

| EVENT | MONTHLY PAYMENT (USD) | ANNUAL AMOUNT (USD) |
|---|---|---|
| Year 1 | $17,885 | $214,620 |
| Year 2 | $31,547 | $378,564 |
| Year 3 | $31,547 | $378,564 |
| Total 3 year payment due | | $804,000 |
| Total interest to be paid (12%) | | $167,748 |
| Total fee to be paid | | $971,748 |

1.2 **Annual License and Support Fee**

Commencing as of the Amendment Effective Date, Customer shall pay Nasdaq the combined Annual License and Annual Services Fee detailed below for the Nasdaq ME and Nasdaq MS for the Licensed Products detailed in Schedule 8. The Annual License Fee and Annual Services Fee shall be paid quarterly in advance. The expected first payment date is September 1, 2019.

| PERIOD | ANNUAL AMOUNT (USD) |
|---|---|
| Year 1 | $335,000 |
| Year 2 | $410,000 |
| Year 3 | $485,000 |
| Year 4 | $560,000 |
| Year 5 | $585,000 |

1.3 **Delivery Completion Fee**

Customer shall pay the Delivery Completion Fee detailed below. The Delivery Completion Fee shall be paid quarterly in advance commencing as of the Amendment Effective Date and on each quarterly anniversary of that date during year 1. The expected first payment date is September 1, 2019.

| ACTIVITY/COMPONENT | AMOUNT (USD) |
|---|---|
| Final Build Payment | $181,250 |

2. **Revenue Share**

2.1 Revenue Share

Customer shall pay Nasdaq an annual revenue share equal to two percent (2%) of the Gross Revenue in excess of seven million dollars (USD$7,000,000) in Gross Revenue during a given year. "Gross Revenue" shall mean aggregate amounts collected and recognized as revenue under generally accepted accounting principles by Customer derived from any use of the Nasdaq licensed technology including, but not limited to trading, clearing, and surveillance.

2.2 **Reports and Payment**

Within thirty (30) days after the end of each calendar year, Customer shall deliver to Nasdaq a written report setting forth Customer's Revenue including the Revenue Share amount that is payable to Nasdaq for the prior calendar year. Within forty-five (45) days after such written report, Customer shall pay Nasdaq the full Revenue Share amount due for that prior calendar year.

2.3 **Right to Audit Books and Records**

Customer shall keep complete and accurate books and records containing all information and data which may be necessary to ascertain and verify Nasdaq's Revenue Share. The Customer's books and records that solely relate to its calculation of Nasdaq's Revenue Share shall be open to examination at Nasdaq's prior written request (at least a week prior to examination) by Nasdaq or its designated auditor. Nasdaq may exercise its right of audit no more frequently than once per any calendar year during the Term unless the prior audit revealed an underpayment. The records for any given calendar year shall be preserved for a period of three (3) years from the end of that calendar year or such longer period as may be required by law. All information, documents, and records of Customer examined by the Auditor shall be treated as Confidential Information in accordance with the provisions of the underlying Agreement and, in the event Nasdaq uses a third party auditor, Customer shall have the right to require the Auditor to sign its standard non-disclosure agreement prior to receiving access to its records.

3. **Daily Rates**

The price of work performed by Nasdaq in addition to the Fees detailed in Section 1 and based upon agreed Change Requests will be on a time and materials basis and shall be calculated using the daily rates stated in this price list.

The daily rates are only valid for normal Nasdaq Working Days. If the Customer requests and Nasdaq agrees to perform work outside of Nasdaq Working Days, Nasdaq shall be entitled an additional charge of fifty percent (50%) of the above daily rates.

*Table 1 – Daily Rates*

| RATE | USD |
|---|---|
| Nasdaq Working Days | USD 2,300 |

### 4. Travel and Accommodation Expenses

Nasdaq shall be entitled to be reimbursed for reasonable travel, accommodation and daily allowance expenses incurred in the course of performing its obligations hereunder, as are reasonably evidenced by documentation. The expenses during the Project shall not exceed USD $200,000, unless approved in advance by the Customer. These expenses shall be invoiced monthly in arrears and are subject to an additional 5% administration fee.

Flights are to be business class if over four hours duration and accommodation is to be of four-star standard or above. For the avoidance of doubt, the parties agree that travel between Sydney and London is greater than four hours duration and accordingly flights will be in business class.

### 5. Indexation Formula

All fees and rates set out in this Schedule 2 shall be subject to an increase based upon the following Indexation Formula which will be applied on an annual basis on each anniversary of the Effective Date.

The increase shall be the lesser of:

5%, or the then current or most recently published Consumer Price Index,

except that under no circumstance shall the rates or fees be decreased.

### 6. Marketing

Upon mutual written agreement of the Parties, in the event that Customer meets its payment obligations for a continuous period of no less than twelve (12) months from the Amendment Effective Date, the Parties shall discuss in good faith a joint marketing plan in connection with Customer's public and private systems utilizing the Software provided under this Agreement. Any such marketing plan shall be mutually agreed upon in writing.