# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-10562 |
| BCause Mining LLC, | ) | Chapter 11 |
| Debtor. | ) | Honorable Janet S. Baer |

## SCHEDULING ORDER

This matter coming before the Court on the Debtor's Motion for Authority to File Combined Joint Plan of Reorganization and Disclosure Statement, (Docket No. 205),

IT IS HEREBY ORDERED THAT:

1. The United States Trustee's response is due to be filed on or before August 22, 2019.
2. The Debtor's reply is due to be filed on or before August 29, 2019.
3. This matter is set for status on September 4, 2019 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: August 8, 2019

ENTER:

_[signature]_

Honorable Janet S. Baer
United States Bankruptcy Judge