# EXHIBIT B

## Agay, David

| | |
|---|---|
| **From:** | Scott Clar <sclar@cranesimon.com> |
| **Sent:** | Monday, August 12, 2019 10:33 AM |
| **To:** | Agay, David |
| **Subject:** | Re: BCause |

I will be providing revised budgets which reflect a cash positive balance for the period referenced in your letter.. I plan on presenting the order as drafted and the revised budgets tomorrow at 9:30. Remain willing to talk, but will not enter into a protracted e-mail exchange like the one on Friday.

On 8/12/2019 9:17 AM, Agay, David wrote:
> Will you be providing any response?
>
> **David A. Agay**
> Member
>
> T: 312.642.2217
> C: 312-953-8516
> F: 312.280.8232
> dagay@mcdonaldhopkins.com
> www.mcdonaldhopkins.com
>
> 300 North LaSalle Street
> Suite 1400
> Chicago, IL 60654
>
> **McDonald Hopkins**
> A business advisory and advocacy law firm
>
> ---
>
> **From:** Scott Clar [mailto:sclar@cranesimon.com]
> **Sent:** Monday, August 12, 2019 10:01 AM
> **To:** Agay, David
> **Cc:** Carr, Maria
> **Subject:** Re: BCause
>
> I did. Thanks. Hope yours was great too. I am in the office if you want to talk.
>
> On 8/12/2019 9:03 AM, Agay, David wrote:
>> Scott, hope you had a great weekend.
>> Please advise where things stand.
>>
>> **David A. Agay**
>> Member
>>
>> T: 312.642.2217
>> C: 312-953-8516
>> F: 312.280.8232
>> dagay@mcdonaldhopkins.com
>> www.mcdonaldhopkins.com
>>
>> 300 North LaSalle Street
>> Suite 1400
>> Chicago, IL 60654

1

# McDonald Hopkins

A business advisory and advocacy law firm

**From:** Scott Clar [mailto:sclar@cranesimon.com]
**Sent:** Friday, August 09, 2019 6:39 PM
**To:** Agay, David
**Cc:** Carr, Maria
**Subject:** Re: BCause

Dave:
I am unfamiliar with the practice of a "letter" to the court and find it objectionable, particularly since we just had a 3 hour hearing. I will respond in kind.
Scott

On Fri, Aug 9, 2019 at 7:30 PM Agay, David <dagay@mcdonaldhopkins.com> wrote:

Scott, please see attached draft letter.

This letter remains subject to further review and comments by my client.

We are sending this in the hope the Debtors immediately address our concerns.

We will need a detailed written response to the issues raised in the letter by no later than 10 am ct on Monday morning.

Most importantly, we need to know the adequate protection proposed by the Debtors to remedy the diminution in our cash collateral.

Thanks, Dave.


**David A. Agay**
Member

T: 312.642.2217
C: 312-953-8516
F: 312.280.8232
dagay@mcdonaldhopkins.com
www.mcdonaldhopkins.com

300 North LaSalle Street
Suite 1400
Chicago, IL 60654

# McDonald Hopkins

A business advisory and advocacy law firm

2

CONFIDENTIALITY NOTICE:
THIS EMAIL IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE
UNDER APPLICABLE LAW.  IF THE READER OF THIS EMAIL IS NOT
THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY THE SENDER IMMEDIATELY VIA EMAIL OR BY TELEPHONE
AND DELETE THE EMAIL IMMEDIATELY.  THANK YOU.

--
Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
(312) 641-7114 (fax)
(312) 479-6937 (cell)

CONFIDENTIALITY NOTICE:
THIS EMAIL IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE
UNDER APPLICABLE LAW.  IF THE READER OF THIS EMAIL IS NOT
THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY THE SENDER IMMEDIATELY VIA EMAIL OR BY TELEPHONE
AND DELETE THE EMAIL IMMEDIATELY.  THANK YOU.

--
Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
(312) 641-7114 (fax)
(312) 479-6937 (cell)

CONFIDENTIALITY NOTICE:
THIS EMAIL IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE
UNDER APPLICABLE LAW.  IF THE READER OF THIS EMAIL IS NOT
THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY THE SENDER IMMEDIATELY VIA EMAIL OR BY TELEPHONE
AND DELETE THE EMAIL IMMEDIATELY.  THANK YOU.