# EXHIBIT D

# Agay, David

| | |
|---|---|
| **From:** | john@russelljohnsonlawfirm.com |
| **Sent:** | Friday, August 09, 2019 10:32 AM |
| **To:** | Scott Clar |
| **Cc:** | russell@russelljohnsonlawfirm.com; Agay, David; Fisher, J. Mark; Janczak, Elizabeth L.; Jason.Torf@icemiller.com; MaryJane Oberhausen; Nguyen, Ha (USTP); bshaw@foxrothschild.com; john@russelljohnsonlawfirm.com |
| **Subject:** | Re: BCause Mining/6th Cash Collateral Order |
| **Attachments:** | Cash Collateral - 6th.Ord - budgets.pdf; BCauseMining-8-9-19StipulationandOrder.doc; ProposedStipulation-211-1.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The proposed BCause Mining cash collateral budget has to be revised regarding advance payments to Dominion. The Debtors and Dominion recently agreed to reduce the estimated monthly utility charges from $660,000 to $610,000. As such, the proposed Stipulation (Docket No. 211-1)(attached) provided: (i) an advance payment of $132,000 by 8/15/19 ($176,000 payment made on 8/7/19 for a total of $308,000); and (ii) an advance payment of $302,000 by 8/22/19 ($308,000 + $302,000 = $610,000).

The incorrect proposed budgeted amount for Dominion is the $223,000 budgeted during the week of 8/23/19. The amount budgeted for the week of 8/23/19 should be $424,000, which is calculated as follows: (i) the proposed Stipulation (Docket No. 211-1) provided for an advanced payment of $302,000 by 8/22/19 for service through 9/5/19; and (ii) at the hearing yesterday, the Court agreed that the revised Stipulation (attached) can provide for advance payment of utility service through 9/11/19 (for a one-week period following the 9/4/19 hearing). Based upon the estimated reduced monthly amount of $610,000, the estimated daily utility usage is $20,333 for 9/6/19 to 9/11/19. $20,333 x 6 days = $122,000. $302,000 + $122,000 = $424,000.

The attached revised Stipulation also provides for a reconciliation of advance payments made for charges through 8/21/19, with any credit balance to be applied to the advance payment due on or before 8/22/19. As such, the actual advance payment to Dominion by 8/22/19 may be less than $424,000. Thank you, John Craig

John M. Craig
Law Firm of Russell R. Johnson III, PLC
14890 Washington Street
Haymarket, Virginia 20169
Telephone: (571) 261-5641
Facsimile: (571) 261-5642


-----Original Message-----
From: "Scott Clar" <sclar@cranesimon.com>
Sent: Thursday, August 8, 2019 9:06pm
To: "russell@russelljohnsonlawfirm.com" <russell@russelljohnsonlawfirm.com>
Cc: "Agay, David" <dagay@mcdonaldhopkins.com>, "Fisher, J. Mark" <mfisher@schiffhardin.com>, "Janczak, Elizabeth L." <ejanczak@freeborn.com>, "Jason.Torf@icemiller.com" <jason.torf@icemiller.com>, "John Craig" <john@russelljohnsonlawfirm.com>, "MaryJane Oberhausen" <mjoberhausen@cranesimon.com>, "Nguyen, Ha (USTP)" <ha.nguyen@usdoj.gov>, "bshaw@foxrothschild.com" <bshaw@foxrothschild.com>
Subject: Re: BCause Mining/6th Cash Collateral Order

1