IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-10562 |
| | ) | Jointly Administered |

## NOTICE OF AMENDED MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 21st day of August, 2019, at 9:30 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Amended Motion for Authority to Assume and Assign IT Services Agreement and for Other Relief,[1]** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., # 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Amended Motion to be served via the Court's Electronic Registration (ECF)/email (as indicated) on all parties listed on the attached Service List on the 12th day of August, 2019.

/s/Scott R. Clar

[1] The original motion was a motion to reject the IT Services Agreement (Docket No. 223), but the factual bases are identical.

**SERVICE LIST**

**Via Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Nasdaq
c/o Joel Kazis
Joel.kazis@nasdaq.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-10562 |
| | ) | Jointly Administered |

**AMENDED MOTION FOR AUTHORITY TO ASSUME AND ASSIGN IT SERVICES AGREEMENT AND FOR OTHER RELIEF[2]**

BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession herein ("Debtor"), by and through its attorneys, makes its Amended Motion for Authority to Reject IT Services Agreement and for Other Relief ("Motion"), pursuant to Section 365 of the Bankruptcy Code, and in support thereof, respectfully states as follows:

**INTRODUCTION**

1. On April 12, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

[2] The Debtor's original motion contemplated rejection of the IT Services Agreement, a concept that was at odds with Nasdaq's position (the "Original Nasdaq Motion"). The original Nasdaq Motion is to be heard on August 13, 2019, but the Debtor will request a continuance to allow parties to consider this amended motion.

5. The statutory predicate for the relief requested in this Motion is Section 365 of the Bankruptcy Code.

6. By this Motion, the Debtor requests that this Court authorize it to assume and assign to BCause Secure, LLC, a wholly owned subsidiary of the Debtor, a certain IT Services Agreement with Nasdaq Technology AB and the Debtor, for certain IT services (the "Nasdaq Agreement"). A copy of the Nasdaq Agreement is attached hereto as **Exhibit A**. In addition, the Debtor seeks authority, to the extent necessary, to assign any obligations under the Nasdaq Agreement to BCause Secure, under the terms of an amendment to the IT Services Agreement dated March 23, 2018, between the Debtor and Nasdaq (the "Amended Nasdaq Agreement"). A copy of the Amended Nasdaq Agreement is attached hereto as **Exhibit B**.

## Relevant Factual Background

7. The Debtor, BCause Mining LLC, is a limited liability company formed in the Commonwealth of Virginia in 2013. The Debtor, BCause LLC, is a holding company that wholly owns and is the only member of BCause Mining LLC ("Mining") (formed in 2017); BCause Spot LLC (2017); BCause Derivatives LLC (2017); BCause Clear LLC (2017); BCause Secure LLC (2018); and BCause Trust, Inc. (2018), each also formed in the Commonwealth of Virginia. Each entity is in good standing in Virginia. The Debtor has operations in Virginia Beach, VA and in Chicago, IL and employs 27 full-time and 4 part-time employees.

8. The Debtor is building a full-stack cryptocurrrency ecosystem which is intended to be a venue that will serve as a one-stop shop for all parts of the digital currency value chain. The various subsidiary entities are intended to serve professional

traders, institutional investors, retail traders, and bitcoin miners. No entity other than Mining and the Debtor are currently operating.

9. The Debtor provides a state of the art mining facility in Virginia Beach, Virginia, and formed and maintained offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661, and 192 Ballard Court, Virginia Beach, Virginia, both of which have been rejected by Order of this Court.

10. Both the Debtor and Mining's Chapter 11 filings were triggered by a judgment entered in favor of WESCO in the approximate amount of $1,300,000 and a garnishment of the Debtor's bank account, from which all of the Debtor's and Mining's bills are paid, including bills for utilities such as Dominion Energy, which had threatened a shut-off of Mining's utilities for non-payment, as of April 12, 2019.

**The Amended Nasdaq Agreement**

11. Under the Amended NASDAQ Agreement, the Debtor, Nasdaq and BCause Secure agree as follows:

a. NASDAQ agrees to assign the current amount owed by Holdings of $804,070.14 to BCause Secure;

b. NASDAQ agrees to relicense all of the software currently licensed by the Debtor to BCause Secure;

c. NASDAQ agrees to accept quarterly payments for the "payment due upon acceptance" from BCause Secure; and

d. NASDAQ agrees to accept quarterly payments from Secure for required support.

**Relief Requested**

12. Assumption and assignment of the Nasdaq Agreement to BCause Secure, and, to the extent necessary, authority to assign debts under the Nasdaq Agreement to BCause Secure will significantly reduce the Debtor's liabilities, both pre and post-petition.

13. The Debtor requests the entry of an order authorizing it to assume the Nasdaq Agreement, and assign the Nasdaq Agreement to BCause Secure, LLC, and, to the extent necessary, authorizing the Debtor to assign any and all obligations under the Nasdaq Agreement, pursuant to the Amended Nasdaq Agreement, to BCause Secure.

14. The Nasdaq Agreement represents an executory contract which may be assumed and assigned pursuant to Section 365 of the Bankruptcy Code.

15. Assumption and assignment of the Nasdaq Agreement is in the best interest of the Debtor's estate and its creditors for the reason that liabilities and expenses will be eliminated.

16. The Debtor is in default of the Nasdaq Agreement, but any defaults will be cured under the terms of the Amended Nasdaq Agreement by BCause Secure. As such, the Debtor has provided adequate assurance of future performance under the Amended Nasdaq Agreement.

WHEREFORE, BCause LLC, a Virginia limited liability company, debtor/debtor-in-possession, prays for the entry of an order rejecting the IT Services Agreement between BCause LLC and Nasdaq dated March 23, 2018, authorizing BCause LLC to assign any and all debts under the Nasdaq Agreement to BCause Secure, LLC, pursuant to the Amended Nasdaq Agreement, and granting such other relief as this Court deems just and equitable.

Respectfully submitted,

BCause LLC, a Virginia limited liability company,
By:/s/Scott R. Clar
One of its Attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\mjo2\BCause Mining LLC\Assume Assign IT Agreement.mot and NOM