# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: **JANET S. BAER**  
Hearing Date: 8/13/19

Bankruptcy Case No. 19-10562  
Adversary No.

Title of Case In re: Bcause Mining LLC, et al

**Brief Statement of Motion:** Continued Status on Debtors' Motion to Use Cash Collateral

**Names and Addresses of moving counsel:** See Attached Service List
Scott Clar, Crane Simon Clar & Dan

**Representing:** Debtors

## ORDER

**IT IS HEREBY ORDERED that:** immediately The Debtors are authorized to use cash collateral to pay the following expenses:

1) Dominion Energy in the amount of $132,000.

2) Silbar in the amount of $1,440.

3) Payroll in the amount $73,848, to the extent not already paid.

4) Insurance in the amount of $12,500, to the extent not already paid.

By: /s/ Janet S. Baer