## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-10562 |
|  | ) |  |
| BCause Mining LLC, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Honorable Janet S. Baer |
|  | ) |  |

## SCHEDULING ORDER

This matter coming before the Court on the Debtor's Motion to Reject Lease or Executory Contract, (Docket No. 223),

IT IS HEREBY ORDERED THAT:

1. Objections are due to be filed on or before August 21, 2019.
2. This matter is set for status on August 22, 2019 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: August 13, 2019

ENTER:

_Janet S. Baer_

_____
Honorable Janet S. Baer
United States Bankruptcy Judge

In re: BCause Mining LLC
Case No. 19-10562

## CERTIFICATE OF SERVICE

I, Alex Dragonetti, certify that on August 13, 2019 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654

Sarah K Angelino
J Mark Fisher
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

Jamie L Burns
Marc Ira Fenton
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602

Scott R Clar
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Russell R Johnson, III
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219

Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street, Ste 1600
Chicago, IL 60654

Brian L Shaw
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606