# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  BCause Mining LLC                    Case No. 19-10562

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC                          CB Critical Systems
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): N/A
should be sent:                               Amount of Claim:   USD$53,057.00
                                              Date Claim Filed: N/A
TRC MASTER FUND LLC
Attn: Terrel Ross                            Phone: (804) 482-0468
PO Box 633                                   Last four digits of Acct.#:  N/A
Woodmere, NY 11598
                                             Name and Current Address of Transferor:
Phone:  516-255-1801
Last four digits of Acct#:  N/A              CB Critical Systems
                                             11816 Mason Park Way
Name and address where transferee payments   Glen Allen, VA 23059
should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:   /s/Terrel Ross                         Date: August 15, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
         Northern District of Illinois (Illinois)
         Attention: Clerk

AND TO: BCause Mining LLC (Debtor)
         Case No. 19-10562

Claim #N/A

**CB Critical Systems,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and suffi-
ciency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to,
or arising under or in connection with its Claim in the amount of **USD$53,057.00** ("Claim"), as listed in the debtor's
schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and
the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be
prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy
rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy
Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole
owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to
the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the
Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14TH DAY OF
August , 2019.

ASSIGNOR: CB Critical Systems

_____
(Signature)

Gregory A. Crone
(Print Name)

Service Director / Owner
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number (if known) | 19-10562 |
| | Name | | |

**3.5** Nonpriority creditor's name and mailing address
BFPE International
7512 Connelley Dr.
Hanover, MD 21076

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$213,750.00

**3.6** Nonpriority creditor's name and mailing address
BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note Payable

Is the claim subject to offset? ■ No ☐ Yes

$3,898,377.00

**3.7** Nonpriority creditor's name and mailing address
Bruce Pollack
167 Park Ave.
Glencoe, IL 60022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan for Retainer

Is the claim subject to offset? ■ No ☐ Yes

$1,717.00

**3.8** Nonpriority creditor's name and mailing address
CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$53,057.00

**3.9** Nonpriority creditor's name and mailing address
Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290-0001

Date(s) debt was incurred _
Last 4 digits of account number  2860

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,459,267.38

**3.10** Nonpriority creditor's name and mailing address
Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Lawsuit Case No. 810CL19000594-00

Is the claim subject to offset? ■ No ☐ Yes

$52,923.55

**3.11** Nonpriority creditor's name and mailing address
Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,018.50