UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BCAUSE MINING LLC | ) | CASE NO. 19-10562 |
| BCAUSE LLC | ) | (JOINTLY ADMINISTERED) |
| | ) | |
| DEBTORS. | ) | HON. JANET S. BAER |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on August 22, 2019, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division the **UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR AUTHORITY TO FILE COMBINED JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT** [Dkt No. 243].

By: */s/ Ha M. Nguyen*
Ha M. Nguyen, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
312-886-3320

## CERTIFICATE OF SERVICE

I, Ha M. Nguyen, state that on August 22, 2019, I caused a copy of the **NOTICE OF FILING** and the **UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR AUTHORITY TO FILE COMBINED JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT** [Dkt No. 239] to be served on all parties identified as Registrants on the Court's Electronic Notice for Registrants and, as to all others, I caused a copy to be sent via First Class Mail.

**Registrants Served Through the Court's Electronic Notice:**

- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- Sarah K Angelino    sangelino@schiffhardin.com, edocket@schiffhardin.com
- Jamie L Burns    jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
- Maria G Carr    mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

- Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- Shara C Cornell    scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Jeffrey C Dan    jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Devon J Eggert    deggert@freeborn.com, bkdocketing@freeborn.com
- Marc Ira Fenton    mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
- J Mark Fisher    mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com
- Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jennifer M McLemore    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Brian L Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com
- Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
- Jason M Torf    jason.torf@icemiller.com

**Parties Served via First Class Mail:**

BCause Mining LLC
130 S. Jefferson St., #101
Chicago, IL  60661

John M. Craig
Law Firm of Russell R. Johnson III
14890 Washington Street
Haymarket, VA  20169

Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL 60606

Russell R Johnson
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

By: */s/ Ha M. Nguyen*
Ha M. Nguyen, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
312-886-3320