# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title:

In Re: BCause Mining LLC                            Plantiff(s)

FILED
AUG 2 3 2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VS.

Defendant(s)

Case Number: 19-10562        Judge: Hon. Janet S. Baer

I, Dennis T. Lewandowski hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Hoffland Properties Inc. by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Supreme Court of Virginia | 1982 |
| U.S. District Courts - Eastern and Western Districts of Virginia | 1982 |
| U.S. Bankruptcy Courts - Eastern and Western Districts of Virginia | 1982 |
| United States Bankruptcy Court - District of Nebraska | 2019 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
| --- | --- | --- |
|  | None |  |
|  |  |  |
|  |  |  |
|  |  |  |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 27 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?  Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☑ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

8/21/19
Date

S/ [signature]
Electronic Signature of Applicant

| Applicant's Name | Last Name<br>Dennis | First Name<br>Lewandowski | Middle Name/Initial<br>T. |
|---|---|---|---|
| Applicant's Law Firm | Kaufman & Canoles, P.C. | | |
| Applicant's Address | Street Address<br>150 West Main Street | | Room/Suite Number<br>Suite 2100 |
| | City<br>Norfolk | State<br>VA | ZIP Code<br>23510 | Work Phone Number<br>(757) 624.3252 |

(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

**PAID**
RECEIPT # 4624229004

AUG 23 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rev. 01/01/2018

August 22, 2019  Check Number 448919  Check Amount **150.00**
Clerk, US District Court Northern District of Illinois, 219 S. Dearborn, Chicago, IL 60604

| Invoice Date | Invoice # | Description |
| --- | --- | --- |
| 08/22/2019 | 0169146<br>08/22/219 | $150.00<br>Clerk, US District Court Northern District of Illinois - Payment of Pro Hac Vice filing fee, Matter No. 0169146 - $150.00 |

# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510

*Mailing Address*
Post Office Box 3037
Norfolk, VA 23514

Dennis T. Lewandowski
(757) 624.3252
dtlewand@kaufcan.com

T (757) 624.3000
F (888) 360.9092

kaufCAN.com

August 22, 2019

**VIA FEDERAL EXPRESS
(OVERNIGHT DELIVERY)**

US Bankruptcy Court
Eastern Division
219 S. Dearborn, Room 710
Chicago, IL 60604

Re:  **In Re: BCause Mining LLC
Case No. 19-10562
Our Matter No. 169146**

To Whom It May Concern:

Enclosed please find a Motion for Leave to Appear Pro *Hac Vice* for Dennis Lewandowski in the above-referenced matter. Also enclosed please find my firm's check number 448919 in the amount of $150.00 with regard to the filing fee of same.

Thank you in advance for your assistance and please do not hesitate to contact me should you have any questions.

Sincerely yours,

Dennis T. Lewandowski

DTL/jg
Enclosures

17717381v1