IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BCause Mining LLC, | ) |
| | ) Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) |
| | ) Case No. 19-10562 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 4th day of September, 2019, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by him as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of Debtor for Authority to Sell Assets Pursuant to Section 363(b) and (f) of the Bankruptcy Code and Shorten Notice,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., # 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration /email (as indicated) on the 30th day of August, 2019.

/s/Scott R. Clar

i

# SERVICE LIST

**Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

Alison.zizzo@mpopc.com
Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

gaylene.watson@dominionenergy.com
Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509

kristopher.c.russell@dominionenergy.com
Kristopher C. Russell
Key Account Manager
Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

l.cofield@coingeek.com
BMG Operations Ltd.
44 Church Street
St. John's
Antigua

cfomedia@cbp.dhs.gov
US Customs & Border Protection
6650 Telecom Drive, #100
CSC
3462 Solution Center
Chicago, IL 60677-3004

MarkWomble@alphacrafttech.com
AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Justice@prowindow1.com
Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

mkirsner@eckertseamans.com
Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

billm@bfpe.com
sflannery@bfpe.com
BFPE International
PO Box 791045
Baltimore, MD 21279-1045

mark@m3electric.com
Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

gcrone@CBcriticalsystems.com
CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

hross@horizonkinetics.com
HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016

ii

hross@horizonkinetics.com
Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016

arlemary@amazon.com
Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

kevin.fallon@bcause.com
EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Christy.Lohoski@silbarsecurity.com
Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

pkessler@solutrix.com
Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

james.foy@inateone.com
Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, *et al.* | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| Debtors/Debtors-in-Possession. | ) | (Jointly Administered) |

**MOTION FOR AUTHORITY TO SELL ASSETS PURSUANT TO
<u>SECTION 363(b) OF THE BANKRUPTCY CODE AND SHORTEN NOTICE</u>**

BCause LLC, Debtor/Debtor-in-Possession herein ("LLC"), by and through its attorneys, hereby presents its Motion for Authority to Sell Assets Pursuant to Section 363(b) and (f) of the Bankruptcy Code and Shorten Notice, and in support thereof, states as follows:

1.     On April 11, 2019, BCause Mining, LLC ("Mining") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On April 12, 2019, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("LLC Petition Date").

2.     Mining and LLC (collectively, "Debtors") are managing their financial affairs as debtors-in-possession. No trustee or examiner has been appointed. An Official Committee of Unsecured Creditors has been appointed to serve in these reorganization cases.

3.     On May 8, 2019, this Court entered an order providing for the joint administration of the Mining and LLC bankruptcy cases.

4.     Mining is in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners. Mining now mines itself, and is a service provider that hosts a

1

mining venue for its customers. Its mining facility is located in Virginia Beach, Virginia, and it formerly maintained offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

5. Mining is wholly owned by LLC.

6. Both Debtors' Chapter 11 filings were triggered by a judgment entered in favor of WESCO Distribution, Inc. in the approximate amount of $1,300,000 and a garnishment of LLC's bank account, from which all of the Debtors' bills are paid.

7. Among the assets of LLC is a 100% membership interest ("MI") in an entity entitled BCause Secure, LLC, a Virginia limited liability company ("Secure"). Secure is currently a dormant entity with no substantial assets of its own. LLC is in receipt of a Term Sheet proposal for the sale of 75% of the MI as detailed in the Term Sheet attached hereto as **Exhibit A** and incorporated by reference herein (the "Proposal").

8. Pursuant to the Proposal a group of investors ("Investors") shall purchase the MI in Secure as follows:

    A. After the Bankruptcy Court has approved assumption by Secure, of LLC's liabilities to Nasdaq Technology AB ("Nasdaq"),[1] Investors shall contribute a total of $390,000 to Secure to be used solely for the benefit of the operations of Secure, payable in three (3) installments as follows:

    i) upon payment of the first installment of $130,000, the Investors will receive 25% of the MI;

    ii) payment of the second installment of $130,000, shall be due and payable not later than thirty five (35) days after the successful launch of the Spot

---

[1] LLC has filed a motion to approve assumption and assignment of the Nasdaq IT Services Agreement, as amended (the "Nasdaq Motion")  The Nasdaq Motion is scheduled to be heard on September 4, 2019 at 10:00 a.m.

2

Exchange,[2] currently scheduled for September 18, 2019, and upon payment, the Investors will receive an additional 25% of the MI; and

iii) payment of the third installment of $130,000, shall be due and payable upon Secure reaching $225,000 in daily volume of trades for the preceding thirty (30) days, for a total of $6.75 million in total volume of trades over the preceding thirty (30) days (estimated to be December 21, 2019), and upon payment, Investors will receive the final 25% of the MI for a total of 75% of the MI;

B.     Holdings shall be entitled to the first $1,000,000 of cash flow from Secure's operations, which funds will be used to fund distributions to the Debtor's creditors.  Free cash flow is defined as the cash generated by Secure after payment of support expenses, and excludes non-cash expenses, but includes expenses for equipment and other assets.  So as to avoid doubt, the first $1,000,000 of the free cash flow from Secure's operations will be used to fund distributions to LLC's creditors, after which LLC will continue to receive 25% of Secure's cash flow until all creditors are paid in full under LLC's plan of reorganization.

C.     For purposes of clarity, this obligation shall remain at 25% of free cash flow generated by operations even if Secure raises additional capital that results in the further dilution of LLC's ownership interest in Secure.

9.     LLC is unaware of any party asserting a lien or security interest in the MI and accordingly, seeks authority to enter into an agreement, in form and substance substantially similar to the terms described in the Proposal, to sell the MI, free and clear of all interests, liens, claims and encumbrances pursuant to Section 363(f) of the Bankruptcy Code.

10.    While the Court must find a good business reason to authorize the sale, the Court may use its discretion in making that determination, via a flexible case by case approach.  *In re Efoora, Inc.,* 472 B.R. 481, 489 (Bkrtcy.N.D.Ill. 2012).  Once the Debtor has established a valid business justification for the proposed sale, the Business Judgment Rule creates a presumption that the business decision was based upon "an

---

[2] A spot exchange is akin to a money conversion facility in an airport.  In the case of BCause Secure, it is an online facility where people can convert national currencies to cryptocurrency, cryptocurrency from one form to another, and cryptocurrency back to national currency.

informed basis, in good faith and in the honest belief that the action was taken in the best interests of the company." *In re S.N.A. Nut Company*, 186 B.R. 98, 102 (Bkrtcy.N.D.Ill. 1995) (citing *Smith v. Van Gorkom,* 488 A.2d 858, 872 (Del. 1985)); *Official Committee of Subordinated Bondholders v. Integrated Resources, Inc. (In re Integrated Resources, Inc.),* 147 B.R. 650, 656 (S.D.N.Y. 1992). Good business reasons exist for the sale of the MI to the Investors.

11. The benefits to the LLC bankruptcy estate from this transaction include the following:

    A. LLC estate's creditors will be repaid 100% of their claims as a result of the transaction;

    B. Secure is assuming over $1 million of debt owed by LLC to Nasdaq; and

    C. LLC will significantly reduce its monthly expenses.

12. The Debtors request that notice given of this motion be deemed sufficient under the circumstances, since the intention is to launch the spot exchange by September 19, 2019, and notice has been given to all parties entitled to notice in this case. The Committee has been an active negotiator of the terms of the sale and the Proposal.

WHEREFORE, for the forgoing reasons, BCause LLC, Debtor/Debtor-in-Possession, prays for the entry of an Order as follows:

A. Authorizing BCause LLC to enter into and effectuate the terms of an agreement to sell 75% of its membership interest in BCause Secure, LLC, free and clear of all liens, claims and encumbrances, such agreement to be substantially similar in form and substance to the Proposal attached hereto as **Exhibit A**;

  B.  Deeming notice given of the motion to be sufficient; and

  C.  Granting such other relief as may be just and appropriate.

             BCause LLC,
             Debtor/Debtor-in-Possession,
            By: \s\ Scott R. Clar
              One of its attorneys

**BCAUSE LLC's COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Sell Assets.MOT

5