# TERM SHEET
### Sent for Settlement Purposes Only; Pursuant to Federal Rule of Evidence 408

This proposal (the "Proposal") sets forth the essential terms of an agreement between The Official Unsecured Creditors Committee ("Committee") of BCause LLC ("Holding") and a group of investors ("Investors") willing to make an equity investment in BCause Secure, LLC, a wholly owned subsidiary of Holding ("Secure") (together, "the Parties"), regarding the conditions under which the investors are willing to invest. The Proposal is not intended to be and shall not be construed as a binding agreement on the Parties. The agreement is subject to the approval of the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), and will provide as follows:

1. Investors shall contribute $390,000 to Secure as follows: the first 1/3 ($130,000), after the Bankruptcy Court has approved assumption of Holding's liabilities to Nasdaq Technology AB, to be used solely for the benefit of the operations of Secure, and the Investors will at that time receive 25% of the interest in Secure;

2. The next 1/3 ($130,000) shall be due and payable not later than thirty five (35) days after the successful launch of the Spot Exchange, currently scheduled for September 18, 2019, and upon payment, the Investors will receive an additional 25% of the interests in Secure;

3. The next 1/3 shall be due and payable upon Secure hitting $225,000 in daily volume of trades for the preceding thirty (30) days, for a total of $6.75 million in total volume of trades over the preceding thirty (30) days (estimated to be December 21, 2019), and upon payment, Investors will receive the final 25% interest in Secure;

4. Concurrent with the final transfer of funds referred in paragraph 3 above, BCause, LLC agrees to transfer ownership of 75% of the ownership of BCause Secure, LLC, to the investors.

5. BCause Secure acknowledges and pledges to pay Holdings $1,000,000 of the first free cash flow available from operations to satisfy Holding's debts. Free cash flow is defined as the cash generated by Secure after payment of support expenses, and excludes non-cash expenses, but includes expenses for equipment and other assets. So as to avoid doubt, the first $1,000,000 of the free cash flow from Secure's operations will be used to fund distributions to Holding's creditors, after which Holding will continue to receive 25% of Secure's cash flow until all creditors are paid in full under Holding's plan of reorganization.

6. For purposes of clarity, this obligation shall remain at 25% of free cash flow generated by operations even if BCause Secure, LLC raises additional capital that results in the further dilution of Holding's ownership interest in BCause Secure, LLC.

101304729.v1-8/29/19


EXHIBIT A