# EXHIBIT A

# BCause

Full Stack Cryptocurrency Ecosystem

September 4th, 2019



# Current Corporate Structure

**BCause, LLC**
- 100% Owner of all subsidiaries
- Shared Expenses
- EBITDA Flow up

- BCause Mining, LLC
- BCause Spot, LLC
- BCause Secure, LLC
- BCause Derivatives, LLC
- BCause Clear, LLC

Legend:
- Entity in Bankruptcy
- Entity in which creditor claims secured interest
- Not in bankruptcy and no creditor claims secured interest
- Dormant Entity

3

# Current Corporate Structure

**BCause, LLC**

- **BCause Mining, LLC**
  - Crypto Mining Hosting
  - Crypto Mining for Self
  - 13,500 Miners in operation
  - 50 MW capacity
  - 32,256 miner capacity
  - ~$1,000,000/mo. Revenue
  - ~$200,000/mo. EBITDA

- **BCause Spot, LLC**

- **BCause Secure, LLC**

- **BCause Derivatives, LLC**

- **BCause Clear, LLC**

Legend:
- Entity in Bankruptcy
- Entity in which creditor claims secured interest
- Not in bankruptcy and no creditor claims secured interest
- Dormant Entity

4







**Once Plan is Approved BCause Secure Agrees to Assume:**

The NASDAQ agreement – value to estate ~$986,070 ($804,070 liability and $182,000 delivery fee)

Ongoing support expenses – value to estate ($335,000 first year)

Hardware lease for computers – value to estate $19,000/mo. (first year value $228,000)

BCause, LLC personnel – value to estate $80,000/mo. (first year value $960,000)

**Total Value to Estate of Assumed Obligations: $2,509,070**

9

# The Goals



1. Better service debt load by expanding revenue/profit through a combination of cost reductions and expansion of customer base and product lines like self-mining and spot exchange operation.

2. Raise funds and launch BCause Secure exchange, allowing operating expenses to be properly allocated, freeing up additional free cash flow to pay creditors

3. Reduce debt burden through assumption by BCause Secure and amortization of remaining obligations on a reasonable timeline.

4. Work with customers to gain clarity regarding cash flow after 12/31/19

# A History of Outperformance Order #1-6



| | Approved for Disbursement | Actually Disbursed | Over/Under |
|---|---|---|---|
| Order 1 | $68,000.00 | $67,802.51 | ($197.49) |
| Order 2 | $751,906.00 | $748,121.14 | ($3,784.86) |
| Order 3 | $1,188,533.00 | $1,187,118.44 | ($1,414.56) |
| Order 4 | $445,768.00 | $432,973.94 | ($12,794.06) |
| Order 5 | $1,802,968.00 | $1,734,964.42 | ($68,003.58) |
| Order 6 | 133,440.00 | 133,440.00 | $0.00 |
| Order 6-2 | 835,318.00 | 313,395.67 | ($521,922.33) |
| | | Total (Over/Under) | ($608,116.88) |

8

| Billing Period | | Days | Bill Amount | Amt/Day |
|---|---|---|---|---|
| 4/11/2019 | 4/22/2019 | 11 | 238,588.48 | 21,689.86 |
| 4/22/2019 | 5/19/2019 | 27 | 592,557.76 | 21,946.58 |
| 5/19/2019 | 6/20/2019 | 32 | 657,080.68 | 20,533.77 |
| 6/20/2019 | 7/21/2019 | 31 | 525,917.70 | 16,965.09 |
| 7/21/2019 | 8/18/2019 | 28 | 449,804.08 | 16,064.43 |
| Average | | | 492,789.74 | |

Dominion's Projections:
June: $851,535
July: $822,324
Aug: $630,000



A History of Outperformance Electricity

# Deal Points with NASDAQ



**NASDAQ Agrees:**

- To assign current amount owed from BCause, LLC (which is in bankruptcy) of $804,070.14 to BCause Secure LLC. (which is not in bankruptcy)
- To re-license all of the software currently licensed to BCause, LLC. to BCause Secure LLC.
- Accept quarterly payments for the "Payment Due Upon Acceptance"
- Accept quarterly payments for required support

**BCause LLC Plans:**

- To transfer 75% of its ownership in BCause Secure, LLC to existing and new investors who will contribute sufficient new funds to launch the exchange
- To transfer all personnel, intellectual property and associated expenses to BCause Secure, LLC

**BCause Secure Agrees:**

- To pay the $181,000 delivery fee (amortized over one year)
- To pay the annual support fee in quarterly payments invoiced in the first month of the quarter paid net 30 in the second month of the quarter
- BCause Secure agrees to amortize the $804,070.14 over five years at 12% interest

10

Investors Agree to:
- Contribute sufficient fund in three tranches (August, October, December) to launch the exchange

BCause LLC Agrees to:
- To sell 75% of its ownership in BCause Secure to new investors
- To transfer all personnel, intellectual property and associated expenses and assets to BCause Secure, LLC
- To continue to fund shared expenses on a decreasing ramp until plan is approved by creditors and the court

BCause Secure Agrees:
- To execute a software licensing agreement with NASDAQ
- To assume and amortize the $804,070.14 over five years at 12% interest
- To pay delivery charge $183,000
- To pay support fee $75,000 per quarter
- To complete necessary software and other development
- Execute business plan as modeled



## Deal Points with Investors

11

# Effect of Investment on Estate Liabilities

|  | New Money | Rescue Round | Retainer |
|---|---|---|---|
| Michael Adolphi | $ 150,000 | $ 75,000 | $ 12,500 |
| Joe LaMontagne | $ 100,000 | $ - | $ 12,500 |
| Bob Fitzgerald | $ 25,000 | $ - | $ - |
| John Ashby | $ 40,000 | $ 150,000 | $ - |
| Karan Rai | $ 25,000 | $ 50,000 | $ - |
| Paul Wong | $ 19,500 | $ 75,000 | |
| Bruce Pollack | $ 12,000 | $ 25,000 | $ 1,700 |
| Thomas Flake | $ 25,000 | | $ - |
| **Total** | $ 396,500 | $ 375,000 | $ 26,700 |
| **Benefit to Estate** | | | $ 401,700 |
| **NASDAQ** | | | $ 985,320 |
| **Total Benefit** | | | $ 1,387,020 |

12

Because Secure will assume:

- Personnel Costs $70,000/mo.
- Server Leasing Costs $18,000/mo.



## Cost Shifts



# SBI Deal Points

**SBI Agrees to:**
- Finance rent to own of up to 3500 miners (est. 1500) value: ~$500,000

**Expected outcomes:**
- Immediately accretive to EBITDA (~$40K/mo.)
- After Machines are paid for accretive to bottom line (~$100,000/mo.)
- Provides template for replacing all SBI and BMG miners between now and end of year. (Need ~$1.8MM in additional financing)
- Self-Mining is subject to BTC exchange rate
- Self-Mining is not subject to contract expiration



# Mining Profitability at various Exchanges Rates and Difficulty Levels

| BTC/Month Exchange Rate | 0.0205 | 0.0189 | 0.0174 | 0.0162 | 0.0151 | 0.0142 | 0.0133 | 0.0126 | 0.0119 | 0.0113 | 0.0108 | 0.0103 | 0.0099 | 0.0095 | 0.0091 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,500 $0000-$3000 | $30.71 | $28.35 | $26.17 | $24.30 | $22.68 | $21.26 | $20.01 | $18.90 | $17.91 | $17.01 | $16.20 | $15.46 | $14.79 | $14.18 | $13.61 |
| 3,250 $3001-$3500 | $66.54 | $61.43 | $56.70 | $52.65 | $49.14 | $46.07 | $43.36 | $40.95 | $38.79 | $36.86 | $35.10 | $33.50 | $32.05 | $30.71 | $29.48 |
| 3,750 $3501-$4000 | $76.78 | $70.88 | $65.42 | $60.75 | $56.70 | $53.16 | $50.03 | $47.25 | $44.76 | $42.53 | $40.50 | $38.66 | $36.98 | $35.44 | $34.02 |
| 4,250 $4001-$4500 | $87.02 | $80.33 | $74.15 | $68.85 | $64.26 | $60.24 | $56.70 | $53.55 | $50.73 | $48.20 | $45.90 | $43.81 | $41.91 | $40.16 | $38.56 |
| 4,750 $4501-$5000 | $97.26 | $89.78 | $82.87 | $76.95 | $71.82 | $67.33 | $63.37 | $59.85 | $56.70 | $53.87 | $51.30 | $48.97 | $46.84 | $44.89 | $43.09 |
| 5,250 $5001-$5500 | $107.49 | $99.23 | $91.59 | $85.05 | $79.38 | $74.42 | $70.04 | $66.15 | $62.67 | $59.54 | $56.70 | $54.12 | $51.77 | $49.61 | $47.63 |
| 5,750 $5501-$6000 | $117.73 | $108.68 | $100.32 | $93.15 | $86.94 | $81.51 | $76.71 | $72.45 | $68.64 | $65.21 | $62.10 | $59.28 | $56.70 | $54.34 | $52.16 |
| 6,250 $6001-$6500 | $127.97 | $118.13 | $109.04 | $101.25 | $94.50 | $88.59 | $83.38 | $78.75 | $74.61 | $70.88 | $67.50 | $64.43 | $61.63 | $59.06 | $56.70 |
| 6,750 $6501-$7000 | $138.21 | $127.58 | $117.76 | $109.35 | $102.06 | $95.68 | $90.05 | $85.05 | $80.57 | $76.55 | $72.90 | $69.59 | $66.56 | $63.79 | $61.24 |
| 7,250 $7001-$7500 | $148.44 | $137.03 | $126.48 | $117.45 | $109.62 | $102.77 | $96.72 | $91.35 | $86.54 | $82.22 | $78.30 | $74.74 | $71.49 | $68.51 | $65.77 |
| 7,750 $7501-$8000 | $158.68 | $146.48 | $135.21 | $125.55 | $117.18 | $109.86 | $103.39 | $97.65 | $92.51 | $87.89 | $83.70 | $79.90 | $76.42 | $73.24 | $70.31 |
| 8,250 $8001-$8500 | $168.92 | $155.93 | $143.93 | $133.65 | $124.74 | $116.94 | $110.06 | $103.95 | $98.48 | $93.56 | $89.10 | $85.05 | $81.35 | $77.96 | $74.84 |
| 8,750 $8501-$9000 | $179.16 | $165.38 | $152.65 | $141.75 | $132.30 | $124.03 | $116.74 | $110.25 | $104.45 | $99.23 | $94.50 | $90.20 | $86.28 | $82.69 | $79.38 |
| 9,250 $9001-$9500 | $189.39 | $174.83 | $161.38 | $149.85 | $139.86 | $131.12 | $123.41 | $116.55 | $110.42 | $104.90 | $99.90 | $95.36 | $91.21 | $87.41 | $83.92 |
| 9,750 $9501-$10,000 | $199.63 | $184.28 | $170.10 | $157.95 | $147.42 | $138.21 | $130.08 | $122.85 | $116.38 | $110.57 | $105.30 | $100.51 | $96.14 | $92.14 | $88.45 |
| 10,250 $10,001-$10,500 | $209.87 | $193.73 | $178.82 | $166.05 | $154.98 | $145.29 | $136.75 | $129.15 | $122.35 | $116.24 | $110.70 | $105.67 | $101.07 | $96.86 | $92.99 |
| 10,750 $10,501-$11,000 | $220.11 | $203.18 | $187.55 | $174.15 | $162.54 | $152.38 | $143.42 | $135.45 | $128.32 | $121.91 | $116.10 | $110.82 | $106.00 | $101.59 | $97.52 |
| 11,250 $11,001-$11,500 | $230.34 | $212.63 | $196.27 | $182.25 | $170.10 | $159.47 | $150.09 | $141.75 | $134.29 | $127.58 | $121.50 | $115.98 | $110.93 | $106.31 | $102.06 |
| 11,750 $11,501-$12,000 | $240.58 | $222.08 | $204.99 | $190.35 | $177.66 | $166.56 | $156.76 | $148.05 | $140.26 | $133.25 | $126.90 | $121.13 | $115.87 | $111.04 | $106.60 |
| 12,250 $12,001-$12,500 | $250.82 | $231.53 | $213.72 | $198.45 | $185.22 | $173.64 | $163.43 | $154.35 | $146.23 | $138.92 | $132.30 | $126.29 | $120.80 | $115.76 | $111.13 |
| 12,750 $12,501-$13,000 | $261.06 | $240.98 | $222.44 | $206.55 | $192.78 | $180.73 | $170.10 | $160.65 | $152.19 | $144.59 | $137.70 | $131.44 | $125.73 | $120.49 | $115.67 |
| 13,250 $13,001-$13,500 | $271.29 | $250.43 | $231.16 | $214.65 | $200.34 | $187.82 | $176.77 | $166.95 | $158.16 | $150.26 | $143.10 | $136.60 | $130.66 | $125.21 | $120.20 |
| 13,750 $13,501-$14,000 | $281.53 | $259.88 | $239.88 | $222.75 | $207.90 | $194.91 | $183.44 | $173.25 | $164.13 | $155.93 | $148.50 | $141.75 | $135.59 | $129.94 | $124.74 |
| 14,250 $14,001-$14,500 | $291.77 | $269.33 | $248.61 | $230.85 | $215.46 | $201.99 | $190.11 | $179.55 | $170.10 | $161.60 | $153.90 | $146.90 | $140.52 | $134.66 | $129.28 |
| 14,750 $14,501-$15,000 | $302.01 | $278.78 | $257.33 | $238.95 | $223.02 | $209.08 | $196.78 | $185.85 | $176.07 | $167.27 | $159.30 | $152.06 | $145.45 | $139.39 | $133.81 |
| 15,250 $15,001-$15,500 | $312.24 | $288.23 | $266.05 | $247.05 | $230.58 | $216.17 | $203.45 | $192.15 | $182.04 | $172.94 | $164.70 | $157.21 | $150.38 | $144.11 | $138.35 |
| 15,750 $15,501-$16,000 | $322.48 | $297.68 | $274.78 | $255.15 | $238.14 | $223.26 | $210.12 | $198.45 | $188.01 | $178.61 | $170.10 | $162.37 | $155.31 | $148.84 | $142.88 |
| 16,250 $16,001-$16,500 | $332.72 | $307.13 | $283.50 | $263.25 | $245.70 | $230.34 | $216.79 | $204.75 | $193.97 | $184.28 | $175.50 | $167.52 | $160.24 | $153.56 | $147.42 |
| 16,750 $16,501-$17,000 | $342.96 | $316.58 | $292.22 | $271.35 | $253.26 | $237.43 | $223.46 | $211.05 | $199.94 | $189.95 | $180.90 | $172.68 | $165.17 | $158.29 | $151.96 |
| 17,250 $17,001-$17,500 | $353.19 | $326.03 | $300.95 | $279.45 | $260.82 | $244.52 | $230.14 | $217.35 | $205.91 | $195.62 | $186.30 | $177.83 | $170.10 | $163.01 | $156.49 |
| 17,750 $17,501-$18,000 | $363.43 | $335.48 | $309.67 | $287.55 | $268.38 | $251.61 | $236.81 | $223.65 | $211.88 | $201.29 | $191.70 | $182.99 | $175.03 | $167.74 | $161.03 |
| Difficulty | 6.00E+12 | 6.50E+12 | 7.00E+12 | 7.50E+12 | 8.00E+12 | 8.50E+12 | 9.00E+12 | 9.50E+12 | 1.00E+13 | 1.05E+13 | 1.10E+13 | 1.15E+13 | 1.20E+13 | 1.25E+13 | 1.30E+13 |
|  | 8% | | -8% | -7% | -7% | -6% | -6% | -6% | -5% | -5% | -5% | -5% | -4% | -4% | -4% |

15