# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: <u>BCause Mining LLC</u>     Case No. <u>19-10562</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>Crystal Clear Communications</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:   <u>USD$29,521.25</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(773) 929-9292</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>     Date: <u>September 3rd, 2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:  United States Bankruptcy Court ("Bankruptcy Court")
Northern District of Illinois (Illinois)
Attention: Clerk

AND TO: BCause LLC (Debtor)
Case No. 19-10731
(Jointly Administered under BCause Mining, LLC, et al. Case No. 19-10562)

Claim #N/A

**Crystal Clear Communications,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$29,521.25** ("Claim"), as listed in the debtor's schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3RD DAY OF SEPTEMBER, 2019.

| ASSIGNOR: Crystal Clear Communications | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| Ellen G. Resnick | Terrel Ross |
| (Print Name) | (Print Name) |
| PRESIDENT | Managing Member |
| (Title) | (Title) |

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address<br>Cox Business<br>Dept 781121<br>PO Box 78000<br>Detroit, MI 48278-1121 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.27 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number 2003 | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | Nonpriority creditor's name and mailing address<br>Cresce, Ann<br>5731 Hampton Dr.<br>Long Grove, IL 60047 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,615.68 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Employee services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.22 | Nonpriority creditor's name and mailing address<br>Crystal Clear Communications<br>3180 N. Lake Shore Drive, #20C<br>Chicago, IL 60657 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,521.25 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.23 | Nonpriority creditor's name and mailing address<br>Electronic Verification Systems<br>2500 Technology Drive<br>Louisville, KY 40299 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.87 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.24 | Nonpriority creditor's name and mailing address<br>Endurance IT Services<br>4756 Lodgepole Dr.<br>Virginia Beach, VA 23462 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,807.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.25 | Nonpriority creditor's name and mailing address<br>Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,321.28 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Employee services and expense claim<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.26 | Nonpriority creditor's name and mailing address<br>FIA<br>2001 Pennsylviani Ave. NW, #600<br>Washington, DC 20006 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |