# The Court Proposed Budget (Mining)

BCause Mining LLC Budget Through 11/1/2019

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minting | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec |
| Revenues | | | | | | | | | | | | | | | | | |
| Net BMG Settlement | | $ 425,000 | | | | | | | | | | | | | | | |
| Total Revenue | | | | | 835,904 | | | | 923,102 | | | | | 923,102 | | | |
| | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | |
| Day Customer Curtailment Credits | | | | | | | | | 28,000 | | | | | | | | |
| Alliance Material Handling | | | 1,402 | | | | 1,402 | | | | 1,402 | | | | 1,402 | | |
| CenturyLink | | | | 1,664 | | | | 1,664 | | | | 1,664 | | | | 1,664 | |
| Dominion Energy | | | 223,000 | | 308,000 | | 223,000 | | | 308,000 | | 223,000 | | 308,000 | | 155,000 | |
| Hogan Commercial Cleaning | | 500 | | | | 500 | | | | | 500 | | | | 500 | | |
| Offland Properties | 61,624 | | | | 61,624 | | | | 61,624 | | | | | 61,624 | | | |
| Tiner Rent to Own | 11,118 | | | | 11,118 | | | | 11,118 | | | | | 11,118 | | | |
| Insurance Group | 3,500 | | | | 3,500 | | | | 3,500 | | | | | 3,500 | | | |
| Rick Frost | | | 500 | | | 500 | | | | | 500 | | | | 500 | | |
| Maintenance & Repairs | | 15,000 | | | | 15,000 | | | | | 15,000 | | | | | 15,000 | |
| Miscellaneous Data Center Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Payroll | 18,016 | | 20,156 | | 20,156 | 20,156 | 20,156 | | 20,156 | | 20,156 | | 20,156 | | 20,156 | 20,156 | 20,156 |
| Ibar | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 | 1,440 |
| The Water H2ole | | 100 | | | | 100 | | | | 100 | | | | 100 | | | |
| Verizon | 1,420 | | | | 1,420 | | | | | 1,420 | | | | 1,420 | | | |
| Total Expenses | 97,318 | 17,240 | 246,698 | 3,304 | 407,459 | 17,240 | 246,698 | 3,304 | 126,039 | 311,160 | 39,198 | 226,304 | 21,796 | 387,402 | 24,198 | 158,304 | 36,796 |
| | | | | | | | | | | | | | | | | | |
| Net | (97,318) | 407,760 | (246,698) | (3,304) | 428,445 | (17,240) | (246,698) | (3,304) | 797,063 | (311,160) | (39,198) | (226,304) | (21,796) | 535,700 | (24,198) | (158,304) | (36,796) |

27



EXHIBIT A

# The Court Proposed Budget (Holding)

- If no further changes are made and beginning with the $914,00 available on 4/11 we project $1,354,669 an increase of $40,669 in cash over the period from 4/11 to 12/13

BCause LLC (Holding) Budget through 9/6/19

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holding | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec |
| Revenue | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | | | | | |
| Adequate Protection Payment | | 24,973 | | | | 24,973 | | | | 24,973 | | | | 24,973 | | | |
| Accounting Services | | 470 | | | | 3,000 | | | | 3,000 | | | | 3,000 | | | |
| BCause Bankruptcy Attorney Fees | | | 30,000 | | | | 30,000 | | | | 30,000 | | | | 30,000 | | |
| Bankruptcy Creditors Committee | | | 10,000 | | | | 10,000 | | | | 10,000 | | | | 10,000 | | |
| Bankruptcy Trustee Fee | | | | | | | | | 27,500 | | | | | | | | |
| Routine Operating Expenses | | | | | | | 71,250 | | | | | 71,250 | | | | 71,250 | |
| HFPE Fire Suppression | 18,096 | | | | | | | | | | | | | 9,048 | | | |
| CA Financial | | | | | | | | | 13,572 | | | | | | | | |
| Comcast | | | | | | | | | | | | | | | | | |
| ContEd | | 150 | | | | 150 | | | | 150 | | | | 150 | | | |
| Cox Communications | | 135 | | | | 135 | | | | 135 | | | | 135 | | | |
| Finality | | | | 380 | | | | 380 | | | | 380 | | | | 380 | |
| Google | | | | | | | | | | | | | | | | | |
| Insurance Group | 12,709 | | 850 | | 10,090 | | 850 | | 10,090 | | 850 | | | 7,47 | 850 | | |
| Liability Insurance | | | 550 | | | | 550 | | | | 550 | | | | 550 | | |
| Microsoft | | | 350 | | | | 350 | | | | 350 | | | | 350 | | |
| Paychex | 47,080 | | 63,071 | | 54,185 | | 54,185 | | 54,185 | | 54,185 | | 45,300 | | 45,300 | | 45,300 |
| Pinnacle Group | | | | | | | | 600 | | | | | | | | | |
| Rent Chicago Office | 6,300 | | | | 5,500 | | | | 5,500 | | | | 5,500 | | | | |
| Rent VB Corp Office | 3,000 | | | | 1,500 | | | | 1,500 | | | | 1,500 | | | | |
| Travel Expenses | | 1,250 | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,250 | | 1,500 |
| Miscellaneous Expenses | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 220 | 220 | 220 | 220 | 220 | 220 | 275 | 275 | 275 |
| **Total Expenses** | 87,460 | 27,253 | 106,346 | 655 | 86,373 | 28,533 | 168,710 | 1,255 | 113,818 | 28,478 | 97,405 | 71,850 | 48,270 | 50,497 | 88,675 | 71,905 | 48,325 |
| Beginning Cash Balance | ($1,175,125) | $990,347 | $1,213,354 | $785,809 | $781,850 | $1,431,923 | $1,193,650 | $1,001,241 | $646,682 | $1,329,928 | $1,123,290 | $986,687 | $631,533 | $561,466 | $1,354,669 | $1,014,396 | $939,187 |
| Mining Revenue | $0 | $425,000 | $0 | $0 | $835,904 | $0 | $0 | $0 | $923,102 | $0 | $0 | $0 | $0 | $923,102 | $0 | $0 | $0 |
| Mining Expenses | $97,318 | $174,740 | $321,198 | $3,304 | $99,459 | $209,740 | $23,698 | $353,304 | $126,039 | $178,160 | $339,198 | $283,304 | $21,796 | $79,402 | $251,698 | $3,304 | $36,796 |
| Holding Expenses | $87,460 | $27,253 | $106,346 | $655 | $86,373 | $28,533 | $168,710 | $1,255 | $113,818 | $28,478 | $97,405 | $71,850 | $48,270 | $50,497 | $88,575 | $71,905 | $48,325 |
| Ending Cash Balance | $990,347 | $1,213,354 | $785,809 | $781,850 | $1,431,923 | $1,193,650 | $1,001,241 | $646,682 | $1,329,928 | $1,123,290 | $986,687 | $631,533 | $561,466 | $1,354,669 | $1,014,396 | $939,187 | $854,066 |



EXHIBIT B