UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-10562 |
| BCAUSE MINING, LLC ) | (Jointly Administered) | |
| ) | Chapter: | 11 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER AUTHORIZING THE FILING OF COMBINED
## JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

THIS CAUSE COMING ON TO BE HEARD on the Motion of BCause Mining, LLC and BCause, LLC, debtors/debtors-in-possession herein ("Debtors"), for authority to file a Combined Joint Plan of Reorganization and Disclosure Statement, due and written notice having been given to all parties entitled hereto, no objections having been received, or the Court having overruled any objections, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Debtors, BCause Mining LLC and BCause LLC, are authorized to file a Combined Joint Plan of Reorganization and Disclosure Statement.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 04, 2019

**Prepared by:**

DEBTORS' COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
mjo/bcause mining/File Combined Plan and Disc Stmt.Ord