UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-10562
BCAUSE MINING, LLC )  (Jointly Administered)
) Chapter: 11
) Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER EXTENDING TIME TO ASSUME OR REJECT LEASE
FOR NON-RESIDENTIAL REAL ESTATE**

THIS CAUSE COMING ON TO BE HEARD on the Motion of BCause Mining, LLC, debtor/debtor-in-possession herein ("Debtor") for Extension of Time to Assume or Reject Lease for Non-Residential Real Estate, due and written notice having been given to all parties entitled hereto, no objections having been received, or the Court having overruled any objections, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the time by which BCause Mining LLC must assume or reject a certain Triple Net Lease between the Debtor and Hoffland Properties, Inc. dated November 1, 2017 is extended from August 9, 2019 through and including October 9, 2019.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 04, 2019

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777