IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
## FOR THE PERIOD ENDING JULY 31, 2019

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC          CASE NO. 19-10562

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 31, 2019

BEGINNING BALANCE IN ALL ACCOUNTS     $ _____

RECEIPTS:
   1. Receipts from operations              $ 638,156.09
   2. Other Receipts                        $ 24,179.61

DISBURSEMENTS:
   3. Net payroll:
      a. Officers                          $ _____
      b. Others                            $ _____

   4. Taxes
      a. Federal Income Taxes              $ _____
      b. FICA withholdings                 $ _____
      c. Employee's withholdings           $ _____
      d. Employer's FICA                   $ _____
      e. Federal Unemployment Taxes        $ _____
      f. State Income Tax                  $ _____
      g. State Employee withholdings       $ _____
      h. All other state taxes             $ _____

   5. Necessary expenses:
      a. Rent or mortgage payments(s)      $ 71,585.56
      b. Utilities                         $ 477,772.31
      c. Insurance                         $ 61,365.00
      d. Merchandise bought for manufacture or sale $ _____
      e. Other necessary expenses (specify)
        miscellaneous                     $ 21,586.39
        _____            $ _____

TOTAL DISBURSEMENTS                    $ 632,309.26

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 30,026.44

ENDING BALANCE IN _____     $ _____
          (Name of Bank)
ENDING BALANCE IN _____     $ _____
          (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS         $ _____

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

RECEIPTS LISTING

FOR MONTH ENDING July 31, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 7-2-19 | Irate One | 6,000.00 |
| 7-30-19 | SBI | 508,805.20 |
| 7-30-19 | HKCCM | 10,115.31 |
| 7-31-19 | BMG - Sale of Crypto | 113,235.58 |

TOTAL: 638,156.09

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause mining LLC   CASE NO.: 19-10562

DISBURSEMENT LISTING

FOR MONTH ENDING July 31, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 1300A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See attached -
Attachment 1

TOTAL: 632,309.26

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3



Attachment 1

# BCause Mining LLC
## Disbursements Listing
## July 2019

| Date | Num | Name | Memo/Description | Amount | Class |
|---|---|---|---|---:|---|
| 07/01/2019 | 1124 | Hoffland Properties, Inc. | | 71,585.56 | Rent |
| 07/01/2019 | EFT | Century Link | | 6,840.02 | Utilities |
| 07/01/2019 | EFT | Century Link | | 3,338.00 | Utilities |
| 07/02/2019 | EFT | The Water H2Ole, Inc. | | 66.10 | Misc |
| 07/05/2019 | 1126 | Silbar Security Corporation | | 1,440.00 | Misc |
| 07/05/2019 | 1127 | Jack Frost Enterprises | | 360.00 | Misc |
| 07/08/2019 | 1128 | Professional Heating & Cooling, Inc. | | 1,421.93 | Misc |
| 07/08/2019 | EFT | Century Link | | 1,653.84 | Utilities |
| 07/08/2019 | EFT | Century Link | | 1,600.39 | Utilities |
| 07/09/2019 | 1130 | Professional Heating & Cooling, Inc. | | 307.50 | Misc |
| 07/09/2019 | EFT | Verizon | | 1,429.31 | Utilities |
| 07/09/2019 | Cashiers Check | Mayo Insurance Agency Inc | | 61,365.00 | Insurance |
| 07/09/2019 | Wire | Dominion Energy Virginia - Billing | Outgoing Domestic Wire Transfer Debit WIRE TO BEN:DOMINION ENERGY | 308,000.00 | Utilities |
| 07/11/2019 | 1131 | Aarow Electrical Solutions LLC | | 1,350.00 | Misc |
| 07/12/2019 | 1133 | Silbar Security Corporation | | 1,440.00 | Misc |
| 07/12/2019 | EFT | Walmart | | 21.07 | Misc |
| 07/17/2019 | 1137 | Aarow Electrical Solutions LLC | | 7,962.23 | Misc |
| 07/18/2019 | 1138 | Professional Heating & Cooling, Inc. | | 2,169.50 | Misc |
| 07/18/2019 | EFT | Lowe's | | 40.26 | Misc |
| 07/23/2019 | EFT | The Water H2Ole, Inc. | | 9.01 | Misc |
| 07/23/2019 | EFT | The Water H2Ole, Inc. | | 66.10 | Misc |
| 07/24/2019 | Wire | Dominion Energy Virginia - Billing | Outgoing Domestic Wire Transfer Debit WIRE TO BEN:DOMINION ENERGY | 154,910.75 | Utilities |
| 07/25/2019 | EFT | Walmart | | 9.19 | Misc |
| 07/25/2019 | EFT | Walmart | | 5.00 | Misc |
| 07/26/2019 | 1140 | Alliance Material Handling, Inc | | 1,401.85 | Misc |
| 07/26/2019 | 1142 | G Hogan Commercial Cleaning | | 500.00 | Misc |
| 07/26/2019 | 1145 | Silbar Security Corporation | | 2,936.00 | Misc |
| 07/30/2019 | EFT | Lakeside Bank | Incoming Wire Fee | 15.00 | Misc |
| 07/31/2019 | EFT | Walmart | | 65.65 | Misc |

632,309.26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC   CASE NO.: 19-10562

FOR MONTH ENDING July 31, 2019

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ |
| Payroll taxes due but unpaid | $ |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Hosfland Properties Inc. | 7-1-19 | 71,585.56 | 0 | 0 |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC    CASE NO.: 19-10562

FOR MONTH ENDING July 31, 2019

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance     $ 266,791.43

Add: sales on account          $ 977,282.24

Less: collections              $ (638,156.09)

End of month balance           $ 605,917.58

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $452,361.73 | $149,584.35 | $ | $3,971.50 | $605,917.58 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance     $ 41,173.93

Add: credit extended           $ 160,292.97

Less: payments of account      $ (156,436.38)

End of month balance           $ 45,030.52

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $18,570.41 | $15,334.82 | $9,861.29 | $1,264.00 | $45,030.52 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause Mining LLC    CASE NO.: 19-10562

FOR MONTH ENDING July 31, 2019

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Tax | Yes | No | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | |
| 2. | FICA withholdings | Yes ( ) | No ( ) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | N/A |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Thomas G. Flake__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

__Thomas Flake__
__Treasurer__

DATED: __8-28-19__