IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
(BCAUSE LLC)
FOR THE PERIOD ENDING JULY 31, 2019**

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC          CASE NO. 19-10731

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 31, 2019

BEGINNING BALANCE IN ALL ACCOUNTS      $ 1,036,418.37

RECEIPTS:
   1. Receipts from operations      $ —
   2. Other Receipts                $ —

DISBURSEMENTS:
   3. Net payroll:
      a. Officers      $ 5,400.00
      b. Others        $ 96,360.45

   4. Taxes
      a. Federal Income Taxes         $ 13,005.21
      b. FICA withholdings            $ 9,491.14
      c. Employee's withholdings      $
      d. Employer's FICA              $ 9,491.14
      e. Federal Unemployment Taxes   $
      f. State Income Tax             $ 5,645.05
      g. State Employee withholdings  $ 76.43
      h. All other state taxes        $ 1,007.59

   5. Necessary expenses:
      a. Rent or mortgage payments(s)      $ 14,086.62
      b. Utilities                         $ 353.33
      c. Insurance                         $ 17,832.33
      d. Merchandise bought for manufacture or sale   $
      e. Other necessary expenses (specify)
         Subscriptions        $ 1,748.52
         miscellaneous        $ 110,124.05

TOTAL DISBURSEMENTS      $ 284,621.86

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 284,621.86

ENDING BALANCE IN Lakeside Bank      $ 782,022.95
   (Name of Bank)

ENDING BALANCE IN _____      $
   (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS      $ 782,022.95

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC    CASE NO.: 19-10731

RECEIPTS LISTING

FOR MONTH ENDING July 31, 2019

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | N/A | |

TOTAL: _____

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC   CASE NO.: 19-10731

DISBURSEMENT LISTING

FOR MONTH ENDING July 31, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson, Ste 130A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See attached - Attachment 1

TOTAL: 284,621.86

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

# BCause LLC
## Disbursements Listing
## July 2019



Attachment 1

| Date | Num | Name | Memo/Description | Amount | Category |
|---|---|---|---|---|---|
| 07/01/2019 | 1123 | Greenwich Centre Investors, L.C. | Rent VB Office | 3,751.62 | Rent |
| 07/01/2019 | 1125 | W-R2 Jefferson Owner VIII, L.L.C. | Rent Chicago Office | 10,335.00 | Rent |
| 07/01/2019 | EFT | CCA Financial | Server Lease Payment | 18,096.17 | Misc |
| 07/01/2019 | EFT | Health Equity, Inc. | HSA PD 6/28/19 | 773.44 | Insurance |
| 07/01/2019 | Wire | The Northern Trust Company | Creditor's Committee Fee | 10,000.00 | Misc |
| 07/01/2019 | EFT | Google | Cloud Storage | 316.29 | Subscription |
| 07/01/2019 | EFT | Stamps.com | Postage Subscription | 17.99 | Subscription |
| 07/01/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| 07/02/2019 | EFT | CCA Financial | Server Lease Payment | 18,096.17 | Misc |
| 07/02/2019 | EFT | WebEx | Cisco WebEx Meetings Subscription | 18.95 | Subscription |
| 07/03/2019 | EFT | GoDaddy.com | Domain Name Fees | 28.16 | Subscription |
| 07/09/2019 | EFT | IL Department of Revenue | Tax Payment for Period: 06/01/2019-06/30/2019 | 541.95 | P/R Tax Payment |
| 07/16/2019 | EFT | IL Director of Employment Security | Tax Payment for Period: 04/01/2019-06/30/2019 | 73.57 | P/R Tax Payment |
| 07/03/2019 | EFT | IRS | Tax Payment for Period: 06/26/2019-06/28/2019 | 10,400.53 | P/R Tax Payment |
| 07/05/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 20.00 | Insurance |
| 07/08/2019 | 1129 | Legal Resources | Co ID's 3924 & 3925 | 100.00 | Insurance |
| 07/08/2019 | EFT | Cox Business | Internet Service VB Office | 150.27 | Utilities |
| 07/08/2019 | EFT | CMS Website Services LLC | SSL - qa.backoffice.bcausespot.com | 53.90 | Subscription |
| 07/09/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 200.00 | Insurance |
| 07/17/2019 | EFT | IRS | Tax Payment for Period: 07/10/2019-07/12/2019 | 10,841.41 | P/R Tax Payment |
| 07/10/2019 | EFT | United HealthCare | Health Insurance | 12,987.84 | Insurance |
| 07/11/2019 | EFT | UNUM - Dental | Dental Insurance | 1,080.50 | Insurance |
| 07/11/2019 | EFT | UNUM- LTD/B Life | LTD/Basic Life Insurance | 579.34 | Insurance |
| 07/11/2019 | EFT | UNUM - STD | STD Insurance | 248.42 | Insurance |
| 07/11/2019 | EFT | UNUM - Vision | Vision Insurance | 173.00 | Insurance |
| 07/11/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| 07/12/2019 | DD | SUB - Tom Flake | Pay Period: 06/22/2019-07/05/2019 | 5,400.00 | Officer GP |
| 07/12/2019 | DD | SUB - Bruce Pollack | Pay Period: 06/22/2019-07/05/2019 | 5,029.22 | Guaranteed Payment |
| 07/12/2019 | DD | SUB - Sean Ristau | Pay Period: 06/22/2019-07/05/2019 | 5,182.79 | Guaranteed Payment |
| 07/12/2019 | DD | SUB - Mike Shen | Pay Period: 06/22/2019-07/05/2019 | 6,296.39 | Guaranteed Payment |
| 07/12/2019 | 1132 | Sun Life Financial | Voluntary Life Insurance | 445.26 | Insurance |
| 07/12/2019 | 1134 | Law Office of Joel Ankney, PC | Registered Agent Fees | 100.00 | Misc |
| 07/12/2019 | 1135 | Veritext, LLC | Bankrupcy Transcription Services | 1,827.80 | Misc |
| 07/31/2019 | EFT | IRS | Tax Payment for Period: 07/24/2019-07/26/2019 | 10,745.55 | P/R Tax Payment |
| 07/12/2019 | EFT | Paychex | 401K Plan Administration Fees | 362.72 | Misc |
| 07/12/2019 | DD | *Kristin E. Werner | Pay Period: 06/22/2019-07/05/2019 | 14.79 | Payroll |
| 07/12/2019 | DD | Marysa N. Hilton | Pay Period: 06/22/2019-07/05/2019 | 1,340.70 | Payroll |
| 07/12/2019 | DD | Daniel R. Schak | Pay Period: 06/22/2019-07/05/2019 | 2,059.62 | Payroll |
| 07/12/2019 | DD | Kenneth H. Jensen | Pay Period: 06/22/2019-07/05/2019 | 1,351.64 | Payroll |
| 07/12/2019 | DD | Christina M. Vaassen | Pay Period: 06/22/2019-07/05/2019 | 2,745.76 | Payroll |
| 07/12/2019 | DD | Alan M. Snow | Pay Period: 06/22/2019-07/05/2019 | 1,241.94 | Payroll |
| 07/12/2019 | DD | Tiffany L. Nieves | Pay Period: 06/22/2019-07/05/2019 | 501.62 | Payroll |
| 07/12/2019 | DD | Brent C. Myers | Pay Period: 06/22/2019-07/05/2019 | 948.11 | Payroll |
| 07/12/2019 | DD | *Alexander N. Larkin | Pay Period: 06/22/2019-07/05/2019 | 263.64 | Payroll |
| 07/12/2019 | DD | Shawn T. Dailey | Pay Period: 06/22/2019-07/05/2019 | 3,450.15 | Payroll |
| 07/12/2019 | DD | Rhys A. Dailey | Pay Period: 06/22/2019-07/05/2019 | 361.47 | Payroll |
| 07/12/2019 | DD | Terrance M. Holley | Pay Period: 06/22/2019-07/05/2019 | 1,119.68 | Payroll |
| 07/12/2019 | DD | Kaynon B. Hoggan | Pay Period: 06/22/2019-07/05/2019 | 932.68 | Payroll |
| 07/12/2019 | DD | Jacob H. Jennings | Pay Period: 06/22/2019-07/05/2019 | 545.33 | Payroll |
| 07/12/2019 | DD | Steven J. Nadal | Pay Period: 06/22/2019-07/05/2019 | 892.59 | Payroll |
| 07/12/2019 | DD | Erica J. Sanford | Pay Period: 06/22/2019-07/05/2019 | 1,951.59 | Payroll |
| 07/12/2019 | DD | Dawn L. Chapman | Pay Period: 06/22/2019-07/05/2019 | 3,863.93 | Payroll |
| 07/12/2019 | DD | Brian P. Sayler | Pay Period: 06/22/2019-07/05/2019 | 2,157.13 | Payroll |
| 07/12/2019 | DD | Christopher S. Ruvolo | Pay Period: 06/22/2019-07/05/2019 | 4,389.20 | Payroll |
| 07/12/2019 | DD | Jennifer S. Nicely | Pay Period: 06/22/2019-07/05/2019 | 882.75 | Payroll |
| 07/12/2019 | DD | Timothy L. Brown | Pay Period: 06/22/2019-07/05/2019 | 379.12 | Payroll |
| 07/12/2019 | DD | *Kristin E. Werner | Pay Period: 06/22/2019-07/05/2019 | 1,240.49 | Payroll |

| Date | Num | Name | Memo/Description | Amount | Category |
|---|---|---|---|---|---|
| 07/15/2019 | EFT | Health Equity, Inc. | HSA PD 7/12/19 | 774.09 | Insurance |
| 07/15/2019 | EFT | Fonality | Telephone Service Chicago Office | 135.97 | Utilities |
| 07/15/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 20.00 | Subscription |
| 07/16/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 420.44 | Insurance |
| 07/16/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 30.00 | Insurance |
| 07/03/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 06/23/2019-06/29/2019 | 426.58 | P/R Tax Payment |
| 07/17/2019 | EFT | ComEd | Electric Service Chicago Office | 67.09 | Utilities |
| 07/17/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 07/07/2019-07/13/2019 | 426.58 | P/R Tax Payment |
| 07/31/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 07/21/2019-07/27/2019 | 426.58 | P/R Tax Payment |
| 07/18/2019 | EFT | State of New Jersey NJ-927 | Tax Payment for Period: 04/01/2019-06/30/2019 | 517.40 | P/R Tax Payment |
| 07/12/2019 | 1136 | Tax - Treasurer of Virginia | Holley Garnishment Payment | 124.60 | Misc |
| 07/23/2019 | Wire | WESCO Distribution, Inc. | Outgoing Domestic Wire Transfer Debit WIRE TO BEN:WESCO - Adequate Protection Payment July 2019 | 24,973.00 | Misc |
| 07/26/2019 | 1141 | Tax - Treasurer of Virginia | Holley Garnishment Payment | 124.60 | Misc |
| 07/22/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| 07/25/2019 | EFT | Intuit | Quickbooks Subscription | 179.00 | Subscription |
| 07/26/2019 | DD | EE Flake, Thomas | Travel Expense Reimbursement | 3,989.72 | Misc |
| 07/26/2019 | DD | SUB - Bruce Pollack | Pay Period: 07/06/2019-07/19/2019 | 5,029.22 | Guaranteed Payment |
| 07/26/2019 | DD | SUB - Sean Ristau | Pay Period: 07/06/2019-07/19/2019 | 5,182.79 | Guaranteed Payment |
| 07/26/2019 | DD | SUB - Mike Shen | Pay Period: 07/06/2019-07/19/2019 | 6,296.39 | Guaranteed Payment |
| 07/26/2019 | 1139 | Aon Risk Services Northeast, Inc | Bond | 300.00 | Misc |
| 07/26/2019 | 1143 | State of New Jersey NJ-927 | 2018 P/R Tax Deficit Payment | 15.47 | P/R Tax Payment |
| 07/03/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 06/26/2019-06/28/2019 | 1,285.07 | P/R Tax Payment |
| 07/26/2019 | 1144 | Pinnacle Group | 401K Plan Administration Fees | 600.00 | Misc |
| 07/26/2019 | 1146 | US Trustees, US Department of Justice | Case #521-19-10731 Trustee Fees | 4,875.00 | Misc |
| 07/26/2019 | 1147 | US Trustees, US Department of Justice | Case #521-19-10562 Trustee Fees | 14,465.00 | Misc |
| 07/26/2019 | EFT | Microsoft | Office 365 Subscription | 437.50 | Subscription |
| 07/26/2019 | EFT | Microsoft | Office 365 Subscription | 252.00 | Subscription |
| 07/26/2019 | EFT | Microsoft | Office 365 Subscription | 7.20 | Subscription |
| 07/26/2019 | DD | EE Dailey, Shawn | Exense Reimbursement | 68.43 | Misc |
| 07/26/2019 | DD | Brent C. Myers | Pay Period: 07/06/2019-07/19/2019 | 946.71 | Payroll |
| 07/26/2019 | DD | Kaynon B. Hoggan | Pay Period: 07/06/2019-07/19/2019 | 944.64 | Payroll |
| 07/26/2019 | DD | Steven J. Nadal | Pay Period: 07/06/2019-07/19/2019 | 1,005.61 | Payroll |
| 07/26/2019 | DD | Jacob H. Jennings | Pay Period: 07/06/2019-07/19/2019 | 324.12 | Payroll |
| 07/26/2019 | DD | Christina M. Vaassen | Pay Period: 07/06/2019-07/19/2019 | 2,745.75 | Payroll |
| 07/26/2019 | DD | Jennifer S. Nicely | Pay Period: 07/06/2019-07/19/2019 | 840.95 | Payroll |
| 07/26/2019 | DD | Brian P. Sayler | Pay Period: 07/06/2019-07/19/2019 | 2,157.12 | Payroll |
| 07/26/2019 | DD | Shawn T. Dailey | Pay Period: 07/06/2019-07/19/2019 | 3,450.15 | Payroll |
| 07/26/2019 | DD | Dawn L. Chapman | Pay Period: 07/06/2019-07/19/2019 | 3,863.92 | Payroll |
| 07/26/2019 | DD | Rhys A. Dailey | Pay Period: 07/06/2019-07/19/2019 | 66.03 | Payroll |
| 07/26/2019 | DD | Kenneth H. Jensen | Pay Period: 07/06/2019-07/19/2019 | 1,044.37 | Payroll |
| 07/26/2019 | DD | Alan M. Snow | Pay Period: 07/06/2019-07/19/2019 | 1,432.16 | Payroll |
| 07/26/2019 | DD | Christopher S. Ruvolo | Pay Period: 07/06/2019-07/19/2019 | 4,389.20 | Payroll |
| 07/26/2019 | DD | Erica J. Sanford | Pay Period: 07/06/2019-07/19/2019 | 1,951.58 | Payroll |
| 07/26/2019 | DD | *Alexander N. Larkin | Pay Period: 07/06/2019-07/19/2019 | 263.62 | Payroll |
| 07/26/2019 | DD | Marysa N. Hilton | Pay Period: 07/06/2019-07/19/2019 | 1,213.13 | Payroll |
| 07/26/2019 | DD | Terrance M. Holley | Pay Period: 07/06/2019-07/19/2019 | 1,034.65 | Payroll |
| 07/26/2019 | DD | Timothy L. Brown | Pay Period: 07/06/2019-07/19/2019 | 399.54 | Payroll |
| 07/26/2019 | DD | Tiffany L. Nieves | Pay Period: 07/06/2019-07/19/2019 | 576.85 | Payroll |
| 07/26/2019 | DD | Daniel R. Schak | Pay Period: 07/06/2019-07/19/2019 | 2,059.62 | Payroll |
| 07/29/2019 | EFT | Public Storage | Chicago Storage Facility | 295.84 | Misc |
| 07/29/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 18.00 | Subscription |
| 07/29/2019 | EFT | Intuit | ATM POS Debit INTUIT *QB ONLINE 800-286-6800 CA - Quickbooks Subscription | 40.00 | Subscription |
| 07/29/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| 07/30/2019 | 1148 | Kay Movers, Inc. | Chicago Office Movers | 1,825.00 | Misc |
| 07/30/2019 | EFT | Google | Cloud Storage Subscription | 299.57 | Subscription |
| 07/31/2019 | Wire | The Northern Trust Company | Creditor's Committee Fee | 10,000.00 | Misc |
| 07/17/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 07/10/2019-07/12/2019 | 1,252.59 | P/R Tax Payment |
| 07/31/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 07/24/2019-07/26/2019 | 1,285.70 | P/R Tax Payment |
| 07/19/2019 | EFT | VA Employment Commission | Tax Payment for Period: 04/01/2019-06/30/2019 | 477.58 | P/R Tax Payment |
| | | | | 284,621.86 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC    CASE NO.: 19-10731

FOR MONTH ENDING July 31, 2019

### STATEMENT OF INVENTORY

Beginning inventory $ _____
Add: purchases $ _____
Less: goods sold (cost basis) $ _____
Ending inventory $ _____

### PAYROLL INFORMATION STATEMENT

Gross payroll for this period $ 126,106.51
Payroll taxes due but unpaid $ 0

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Wesco | 7-23-19 | 24,973.00 | 0 | 0 |
| CCA Financial | 7-1-19 | 18,096.17 | 0 | 0 |
| Greenwich Centre Investors | 7-1-19 | 3,751.62 | 0 | 0 |
| W-R2 Jefferson Owner VIII | 7-1-19 | 10,335.00 | 0 | 0 |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC     CASE NO.: 19-10731

FOR MONTH ENDING July 31, 2019

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance     $ _____
Add: sales on account          $ _____
Less: collections              $ _____
End of month balance           $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance     $ 46,344.70
Add: credit extended           $ 98,946.21
Less: payments of account      $ (117,511.36)
End of month balance           $ 27,779.55

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $10,485.06 | $8,696.08 | $8,598.41 | $ | $27,779.55 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC     CASE NO.: 19-10731

FOR MONTH ENDING July 31, 2019

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes        Yes (✓)    No ( )
2. FICA withholdings           Yes (✓)    No ( )
3. Employee's withholdings     Yes (✓)    No ( )
4. Employer's FICA             Yes (✓)    No ( )
5. Federal Unemployment Taxes  Yes (✓)    No ( )
6. State Income Tax            Yes (✓)    No ( )
7. State Employee withholdings Yes (✓)    No ( )
8. All other state taxes       Yes (✓)    No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Thomas G. Flake__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

__Thomas Flake__
__Treasurer__

DATED: __8-28-19__

OPERATING REPORT Page 9