BCause LLC (Holding) Budget through 12/27/19

| Holding | 4<br>6-Sep | 5<br>13-Sep | 6<br>20-Sep | 7<br>27-Sep | 8<br>4-Oct | 9<br>11-Oct | 10<br>18-Oct | 11<br>25-Oct | 12<br>1-Nov | 13<br>8-Nov | 14<br>15-Nov | 15<br>22-Nov | 16<br>29-Nov | 17<br>6-Dec | 18<br>13-Dec | 19<br>20-Dec | 20<br>27-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | | | | | |
| Adequate Protection Payment | $ 35,000 | $ 24,973 | | | | $ 24,973 | | | | $ 24,973 | | | | $ 24,973 | | | |
| Accounting Services | | $ 470 | | | | $ 3,000 | | | | $ 3,000 | | | | $ 3,000 | | | |
| BCause Bankruptcy Attorney Fees | | | $ 30,000 | | | | $ 30,000 | | | | $ 30,000 | | | | $ 30,000 | | |
| Bankruptcy Creditors Committee | | | $ 10,000 | | | | $ 10,000 | | | | $ 10,000 | | | | $ 10,000 | | |
| Bankruptcy Trustee Fee | | | | | | | | | $ 27,500 | | | | | | | | |
| Routine Operating Expenses | | | | | | | | | | | | | | | | | |
| BFPE Fire Suppression | | | | | | | $ 71,250 | | | | | $ 71,250 | | | | $ 71,250 | |
| CCA Financial | $ 18,096 | | | | $ 13,572 | | | | $ 13,572 | | | | | $ 9,048 | | | |
| Comcast | | | | | | | | | | | | | | | | | |
| ComEd | | | | | | | | | | | | | | | | | |
| Cox Communications | | $ 150 | | | | $ 150 | | | | $ 150 | | | | $ 150 | | | |
| Fonality | | $ 135 | | | | $ 135 | | | | $ 135 | | | | $ 135 | | | |
| Google | | | | $ 380 | | | | $ 380 | | | | $ 380 | | | | $ 380 | |
| Insurance Group | $ 12,709 | | $ 850 | | $ 10,090 | | $ 850 | | $ 10,090 | | $ 850 | | | $ 7,471 | $ 850 | | |
| Liability Insurance | | | | | | | | | | | | | | | | | |
| Microsoft | | | $ 550 | | | | $ 550 | | | | $ 550 | | | | $ 550 | | |
| Paychex | | | $ 350 | | | | $ 350 | | | | $ 350 | | | | $ 350 | | |
| Payroll | $ 47,080 | | $ 63,071 | | $ 54,185 | | $ 54,185 | | $ 54,185 | | $ 54,185 | | $ 45,300 | | $ 45,300 | | $ 45,300 |
| Pinnacle Group | | | | | | | | | | | | | | | | | |
| Rent Chicago Office | $ 6,300 | | | | $ 5,500 | | | | $ 5,500 | | | | | $ 5,500 | | | |
| Rent VB Corp Office | $ 3,000 | | | | $ 1,500 | | | $ 600 | $ 1,500 | | | | $ 1,500 | | | | $ 1,500 |
| Travel Expenses | | $ 1,250 | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 |
| Miscellaneous Expenses | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 275 | $ 275 | $ 275 |
| Total Expenses | $ 122,460 | $ 27,253 | $ 106,346 | $ 655 | $ 86,373 | $ 28,533 | $ 168,710 | $ 1,255 | $ 113,818 | $ 28,478 | $ 97,405 | $ 71,850 | $ 48,270 | $ 50,497 | $ 88,575 | $ 71,905 | $ 48,325 |
| | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $931,424 | $730,216 | $510,723 | $403,179 | $399,220 | $1,049,293 | $811,020 | $618,611 | $264,052 | $947,298 | $740,660 | $604,056 | $248,902 | $178,836 | $972,039 | $631,766 | $556,557 |
| Mining Revenue | $0 | $0 | $0 | $0 | $835,904 | $0 | $0 | $0 | $923,102 | $0 | $0 | $0 | $0 | $923,102 | $0 | $0 | $0 |
| Mining Expenses | 97,118 | $192,240 | $426,198 | $3,304 | $99,459 | $209,740 | $23,698 | $353,304 | $126,039 | $178,160 | $339,198 | $283,304 | $21,796 | $79,402 | $251,698 | $3,304 | $36,796 |
| Holding Expenses | $104,089 | $27,253 | $106,346 | $655 | $86,373 | $28,533 | $168,710 | $1,255 | $113,818 | $28,478 | $97,405 | $71,850 | $48,270 | $50,497 | $88,575 | $71,905 | $48,325 |
| Ending Cash Balance | $730,216 | $510,723 | $403,179 | $399,220 | $1,049,293 | $811,020 | $618,611 | $264,052 | $947,298 | $740,660 | $604,056 | $248,902 | $178,836 | $972,039 | $631,766 | $556,557 | $471,436 |

Blumberg No. 5118



EXHIBIT A

BCause Mining LLC Budget Through 12/27/2019

| Mining | 4<br>6-Sep | 5<br>13-Sep | 6<br>20-Sep | 7<br>27-Sep | 8<br>4-Oct | 9<br>11-Oct | 10<br>18-Oct | 11<br>25-Oct | 12<br>1-Nov | 13<br>8-Nov | 14<br>15-Nov | 15<br>22-Nov | 16<br>29-Nov | 17<br>6-Dec | 18<br>13-Dec | 19<br>20-Dec | 20<br>27-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | | | | | | | | | | |
| Net BMG Settlement | | | $ 425,000 | | | | | | | | | | | | | | |
| Total Revenue | | | | | $ 835,904 | | | | $ 923,102 | | | | | $ 923,102 | | | |
| | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | | | | | | $ - | | | |
| Alliance Material Handling | | | $ 1,402 | | | | $ 1,402 | | | | $ 1,402 | | | | $ 1,402 | | |
| CenturyLink | | | | $ 1,664 | | | | $ 1,664 | | | | $ 1,664 | | | | $ 1,664 | |
| Dominion Energy | | $ 175,000 | $ 402,500 | | | $ 192,500 | | $ 350,000 | | $ 175,000 | | $ 280,000 | | | $ 227,500 | | |
| G Hogan Commercial Cleaning | | $ 500 | | | | $ 500 | | | | | $ 500 | | | | $ 500 | | |
| Hoffland Properties | $ 61,624 | | | | $ 61,624 | | | | $ 61,624 | | | | | $ 61,624 | | | |
| Miner Rent to Own | $ 11,118 | | | | $ 11,118 | | | | $ 11,118 | | | | | $ 11,118 | | | |
| Insurance Group | $ 3,500 | | | | $ 3,500 | | | | $ 3,500 | | | | | $ 3,500 | | | |
| Jack Frost | | | $ 500 | | | | $ 500 | | | | $ 500 | | | | $ 500 | | |
| Maintenance & Repairs | | $ 15,000 | | | | $ 15,000 | | | | | $ 15,000 | | | | | | $ 15,000 |
| Miscellaneous Data Center Supplies | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Payroll | $ 18,016 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 |
| Silbar | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 |
| The Water H2ole | | $ 100 | | | | $ 100 | | | | $ 100 | | | | $ 100 | | | |
| Verizon | $ 1,420 | | | | $ 1,420 | | | | | $ 1,420 | | | | $ 1,420 | | | |
| Total Expenses | $ 97,318 | $ 192,240 | $ 426,198 | $ 3,304 | $ 99,459 | $ 209,740 | $ 23,698 | $ 353,304 | $ 126,039 | $ 178,160 | $ 39,198 | $ 283,304 | $ 21,796 | $ 79,402 | $ 251,698 | $ 3,304 | $ 36,796 |
| | | | | | | | | | | | | | | | | | |
| Net | $ (97,318) | $ (192,240) | $ (426,198) | $ (3,304) | $ 736,445 | $ (209,740) | $ (23,698) | $ (353,304) | $ 797,063 | $ (178,160) | $ (39,198) | $ (283,304) | $ (21,796) | $ 843,700 | $ (251,698) | $ (3,304) | $ (36,796) |



EXHIBIT B