NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

BCause Mining LLC, a Virginia limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661
SSN: EIN: 82−2810783

Case No. : 19−10562
Chapter : 11
Judge : Janet S. Baer

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Crystal Clear Communications

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to TRC Master Fund LLC of your claim in the above matter, designated Claim No. 18 .   If no objections are filed by you on or before September 24, 2019 the Court shall substitute TRC Master Fund LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: September 4, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-10562-JSB
BCause Mining LLC, a Virginia limited li                                Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2              Date Rcvd: Sep 04, 2019
                              Form ID: ntcasclm         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db              +BCause Mining LLC, a Virginia limited liability co,   130 S. Jefferson St., #101,
                  Chicago, IL 60661-3502
28166452        +Crystal Clear Communications,    3180 N Lake Shore Dr # 20C,   Chicago, IL 60657-4852

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
      Arthur G Simon    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
        asimon@cranesimon.com,    sclar@cranesimon.com;slydon@cranesimon.com
      Arthur G Simon    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
        asimon@cranesimon.com,    sclar@cranesimon.com;slydon@cranesimon.com
      Brian L Shaw    on behalf of Creditor    BMG Operations Ltd. bshaw@foxrothschild.com,
        cknez@foxrothschild.com
      Christina Sanfelippo    on behalf of Creditor    BMG Operations Ltd. csanfelippo@foxrothschild.com,
        orafalovsky@foxrothschild.com
      David A Agay    on behalf of Defendant    WESCO Distribution, Inc. dagay@mcdonaldhopkins.com,
        mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
      David A Agay    on behalf of Defendant    Wesco Distribution, Inc. dagay@mcdonaldhopkins.com,
        mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
      Devon J Eggert    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
        deggert@freeborn.com,    bkdocketing@freeborn.com
      Elizabeth L Janczak    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
        ejanczak@freeborn.com,    bkdocketing@freeborn.com
      Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov,
        USTP.region11.es.ecf@usdoj.gov
      J Mark Fisher    on behalf of Creditor    Hoffland Properties, Inc mfisher@schiffhardin.com,
        edocket@schiffhardin.com;sricciardi@schiffhardin.com
      Jamie L Burns    on behalf of Creditor    W-R2 Jefferson Owner VIII, LLC jburns@lplegal.com,
        rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
      Jason M Torf    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion Energy
        Virginia jason.torf@icemiller.com
      Jeffrey C Dan    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
        jdan@cranesimon.com,    sclar@cranesimon.com;mjoberhausen@cranesimon.com
      Jeffrey C Dan    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
        jdan@cranesimon.com,    sclar@cranesimon.com;mjoberhausen@cranesimon.com
      Jennifer M McLemore    on behalf of Creditor    BMG Operations Ltd. jmclemore@williamsmullen.com,
        avaughn@williamsmullen.com
      Marc Ira Fenton    on behalf of Creditor    W-R2 Jefferson Owner VIII, LLC mfenton@lplegal.com,
        skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
      Maria G Carr    on behalf of Creditor    Wesco Distribution, Inc. mcarr@mcdonaldhopkins.com,
        bkfilings@mcdonaldhopkins.com
      Maria G Carr    on behalf of Defendant    WESCO Distribution, Inc. mcarr@mcdonaldhopkins.com,
        bkfilings@mcdonaldhopkins.com
      Micah E. Marcus    on behalf of Defendant    WESCO Distribution, Inc. mmarcus@mcdonaldhopkins.com,
        kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1           User: froman               Page 2 of 2                   Date Rcvd: Sep 04, 2019
                               Form ID: ntcasclm          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sarah K Angelino   on behalf of Creditor   Hoffland Properties, Inc sangelino@schiffhardin.com, edocket@schiffhardin.com

        Scott R Clar   on behalf of Plaintiff   BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Scott R Clar   on behalf of Jointly Administered Debtor   BCause LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Scott R Clar   on behalf of Debtor 1   BCause LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Scott R Clar   on behalf of Debtor 1   BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Shara C Cornell   on behalf of Defendant   WESCO Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

        Shara C Cornell   on behalf of Creditor   Wesco Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

        Shelly A. DeRousse   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

        TOTAL: 28