# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: BCause Mining LLC                                Case No. 19-10562

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | Capitol Counsel, LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A |
| | Amount of Claim: USD$45,500.00 |
| | Date Claim Filed: N/A |
| TRC MASTER FUND LLC | |
| Attn: Terrel Ross | Phone: (202) 861-3211 |
| PO Box 633 | Last four digits of Acct.#: N/A |
| Woodmere, NY 11598 | |
| | Name and Current Address of Transferor: |
| Phone: 516-255-1801 | |
| Last four digits of Acct#: N/A | Capitol Counsel, LLC |
| | 700 13th St NW 2nd Floor |
| Name and address where transferee payments should be sent (if different from above): | Washington DC 20005 |
| | |
| Phone: N/A | |
| Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                Date: September 9th, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of Illinois (Illinois)
Attention: Clerk

AND TO: BCause LLC (Debtor)
Case No. 19-10731

### Claim #N/A

**Capitol Counsel, LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$45,500.00** ("Claim"), as listed in the debtor's schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th DAY OF September, 2019.

| ASSIGNOR: Capitol Counsel, LLC | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| _(Signature)_ | _(Signature)_ |
| De'Ana H. Dow (Print Name) | Terrel Ross (Print Name) |
| Partner & GC (Title) | Managing Member (Title) |

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Asgard Partners & Co, LLC<br>12 East 49th St.<br>New York, NY 10017 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $441.26 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>BitGo, Inc.<br>2443 Ash Street<br>Palo Alto, CA 94306 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Boyk, William<br>982 Dakota Circle<br>Naperville, IL 60563 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,744.31 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Expense Claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>Brian Sayler<br>48 Bensam Place<br>Haledon, NJ 07508 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,235.67 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>Brian Sayler<br>48 Bensam Place<br>Haledon, NJ 07508 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,568.79 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>Capital Counsel, L.L.C.<br>700 13th Street, NW, 2nd Floor<br>Washington, DC 20005 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Century Link<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,615.42 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **WCDF** | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |