IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BCause Mining LLC, | ) |
| | ) Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) |
| | ) Case No.  19-10562 |
| | ) Jointly Administered |
| | ) **Hearing**: 9/25/19 @ 10:00 a.m. |
| | ) **Objection Date**:  9/18/19 |

**NOTICE OF MOTION**

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 25th day of September, 2019, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure on Shortened Notice,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., # 3705
Chicago, Illinois 60603
(312) 641-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via the Court's Electronic Registration (ECF)/email (as indicated) on all parties listed on the attached Service List on the 9th day of September, 2019, and via First Class mail (where indicated) on the 10th day of September, 2019.

/s/Scott R. Clar

## SERVICE LIST

**Via Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com

FIRST CLASS MAIL

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BCause LLC
2800 252nd Ave
Salem, WI 53168-9239

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

CSC
3462 Solution Center
Chicago, IL 60677-3004

Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington DC 20005-3956

Charles Chuck Mackie
4827 N Hamilton
Chicago, Il 60625-1405

Crystal Clear Communications
3180 N Lake Shore Dr # 20C
Chicago, IL 60657-4852

Crystal Clear Communications
Ellen Resnick, President
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666

EE Flake, Thomas
709 Roosevelt Ave.
Virginia Beach, VA 23452-4019

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Eli Robbins
Harrison Law Group
40 W. Chesapeake Ave.
Suite 600
Towson, MD 21204-4891

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

| | | |
|---|---|---|
| FRMO Corporation<br>One North Lexington Ave., #12-C<br>White Plains, NY 10601-1721 | Fallon Kevin<br>2800 252nd Ave.<br>Salem WI 53168-9239 | Fidelity Labs LLC<br>200 Seaport Boulevard<br>Boston, MA 02210-2000 |
| Flake Thomas<br>709 Roosevelt Ave.<br>Virginia Beach VA 23452-4019 | G Hogan Commercial Cleaning<br>645 Estates Way<br>Chesapeake, VA 23320-6758 | HK Cryptocurrency Mining LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 |
| Hoffland Properties Inc.<br>5400 Virginia Beach Blvd<br>Virginia Beach VA 23462-1724 | Hoffland Properties, Inc.<br>c/o Dennis T. Lewandowski<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 | Horizon Kinetics LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 |
| Image 360<br>118 Pennsylvania Ave.<br>Virginia Beach, VA 23462-2512 | Inate One LLC<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455-5523 | Jack Frost Enterprises<br>3168 Holland Road<br>Virginia Beach, VA 23453-2612 |
| John Ashby<br>1440 West Little Neck Road<br>Virginia Beach, VA 23452-4763 | Johns Brothers Security<br>310 E. Street<br>Hampton, VA 23661-1210 | Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive<br>Suite 190<br>Virginia Beach, VA 23462-4376 |
| Joseph LaMontagne<br>582 Lynnhaven Parkway<br>Virginia Beach, VA 23452-7366 | Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 | Lease of Parcel and Improvements<br>5465 Greenwich Rd.<br>Virginia Beach VA 23462-6511 |
| Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219-4624 | Michael Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 |
| Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 | Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 |
| Pro Window, Inc.<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23454-4631 | Professional Heating & Cooling, Inc<br>3306 Arizona Ave.<br>Norfolk, VA 23513-4115 | Seth A. Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., Ste. 1010<br>Arlington, VA 22201-5786 |
| Silbar Security Corporation<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320-5980 | Solutrix<br>5469 Greenwich Road<br>Virginia Beach, VA 23462-6511 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 |

| | | |
|---|---|---|
| The Water H2Ole, Inc.<br>1444 Southern Blvd., #C2-A<br>Virginia Beach, VA 23454-4881 | Thomas Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Timothy L Brown<br>804 Rutherford Dr<br>Chesapeake, VA 23322-7739 | US Customs & Border Protection<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278-2010 | Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 |
| W. Greer McCreedy<br>413 West York Street<br>Norfolk, VA 23510-1114 | WESCO Distribution, Inc.<br>David A Agay<br>300 North LaSalle Street, Suite 1400<br>Chicago IL 60654-3474 | Wesco Distribution Inc.<br>PO Box 530409<br>Atlanta, GA 30353-0409 |
| Zhouyang (Mason) Song<br>Harry A Readshaw<br>600 Grant Street 44th Floor<br>Pittsburgh Pa 15219-2713 | | |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455-1638

Ann M. Cresce
5731 Hampton Drive
Long Grove, IL 60047-5050

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017-1028

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306-1845

Boyk, William
982 Dakota Circle
Naperville, IL 60563-9308

Brian Sayler
48 Bensam Place
Haledon, NJ 07508-3009

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005-3960

Capitol Counsel, LLC
700 13th St NW 2nd Floor
Washington, DC 20005-3956

Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607-4630

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321-1265

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625-1405

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510-1813

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr.
Long Grove, IL 60047-5050

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

| | | |
|---|---|---|
| Dawn L. Chapman<br>2324 Treesong Trail<br>Virginia Beach, VA 23456-6721 | Electronic Verification Systems<br>2500 Technology Drive<br>Louisville, KY 40299-6421 | Endurance Network Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 |
| FIA<br>2001 Pennsylviani Ave. NW, #600<br>Washington, DC 20006-1823 | FIS Systems International LLC<br>601 Riverside Ave.<br>Jacksonville, FL 32204-2901 | FIS Systems International, LLC<br>FIS Legal<br>11601 Roosevelt Blvd., TA-41<br>Attn: Lauren M. Pizzo, Esq.<br>St. Petersburg, FL 33716-2202 |
| Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239 | Frederick J Grede<br>500 North Lake Shore Drive<br>3314<br>Chicago, IL 60611-5143 | Frederick J. Grede<br>500 N. Lake Shore Drive, Unit 3314<br>Chicago, IL 60611-5143 |
| GA Secretary of State - Corp. Div.<br>2 Martin Luther King Jr Drive SE<br>Suite 313 West Tower<br>Atlanta, GA 30334-1505 | Grede, Fred<br>500 N. Lake Shore Drive, Unit 3314<br>Chicago, IL 60611-5143 | Greenhouse Software, Inc.<br>PO Box 392683<br>Pittsburgh, PA 15251-9683 |
| Greenwich Centre Investors, L.C.<br>c/o Robinson Development Group<br>150 W. Main St., #1100<br>Norfolk, VA 23510-1682 | Health Equity, Inc.<br>15 W. Scenic Pointe Drive, #100<br>Draper, UT 84020-6120 | HireRight, LLC<br>PO Box 847891<br>Dallas, TX 75284-7891 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Jeff Brandt<br>601 Tradewind Circle<br>Newport News, VA 23602-6324 | John Ashby<br>1440 W. Little Neck Road<br>Virginia Beach, VA 23452-4763 |
| Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive, #190<br>Virginia Beach, VA 23462-4376 | Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 | Justin Taylor<br>7507 S. Morgan St.<br>Chicago, IL 60620-2845 |
| K&L Gates LLP<br>PO Box 844255<br>Boston, MA 02284-4255 | Karan Rai<br>921 Atlantic Avenue, #1401<br>Virginia Beach, VA 23451-3581 | Kathleen Miller<br>Smith, Katzenstein & Jenkins LLP<br>PO Box 410<br>United States<br>Wilmington, DE 19899-0410 |
| Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Kristin Joyce-Werner<br>14159 Camden Dr<br>Orland Park, IL 60462-2385 | LeClairRyan<br>4405 Cox Road, #200<br>Glen Allen, VA 23060-3395 |
| Legal Resources<br>2877 Guardian Lane, #101<br>Virginia Beach, VA 23452-7330 | Level 3 Communications, LLC<br>CenturyLink Communications<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8254 | MA Commonwealth<br>William Francis Galvin<br>One Ashburton Place, Room 1717<br>Boston, MA 02108-1512 |

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611-4458

Mary Grace Fajardo
6024 N. Kimball Ave.
Chicago, IL 60659-2310

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23454-4283

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Nasdaq
805 King Farm Blvd.
Rockville, MD 20850-6162

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006-1405

PACIFIC LIAISON SERVICES INC
C/O HAYAMI SHIRAISHI
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630

PATRICK CHILDRESS
701 S WELLS ST APT 2001
CHICAGO, IL 60607-4630

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607-4630

Paul Bozych
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex of New York LLC
8215 Forest Point Blvd., #150
Charlotte, NC 28273-0219

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452-6767

Pollack, Bruce
167 Park Ave.
Glencoe, IL 60022-1351

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Thomas G. Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606-2800

UNUM - Dental
PO Box 406990
Atlanta, GA 30384-6990

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455

UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

W-R2 Jefferson Owner VII, L.L.C.
2 N. La Salle Street, Suite 1300
Chicago, Il 60602-3709

W-R2 Jefferson Owner VII, LLC.
Marc I Fenton Esq
2 N LaSalle St Suite 1300
Chicago, IL 60602-3709

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642-2732

Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474

William Boyk
982 Dakota circle
Naperville, IL 60563-9308

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 19-10562 |
| ) | |
| BCause Mining, LLC, et al. ) | Judge Janet S. Baer |
| ) | Jointly Administered |
| Debtors/Debtors-in-Possession. ) | Chapter 11 |
| ) | |

**MOTION FOR APPROVAL OF SETTLEMENT PURSUANT
TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE ON SHORTENED NOTICE**

BCause Mining, LLC ("Mining"), and BCause LLC ("LLC"), Debtors/ Debtors-in-Possession (collectively, "Debtors") in the above-captioned Chapter 11 cases, by and through their attorneys, Scott R. Clar and the law firm of Crane, Simon, Clar & Dan, and for their Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure on Shortened Notice ("Motion"), state as follows:

**I. Introduction**

1. On April 11, 2019, Mining filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. Mining has been managing its financial affairs as debtor-in-possession since the Petition Date. No trustee or examiner has been appointed to serve in this reorganization case. An Official Committee of Unsecured Creditors was appointed on April 24, 2019, and is represented by counsel.

3. Mining is in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners. Mining is a service provider that hosts a mining venue for its

-1-

customers via a state of the art mining facility in Virginia Beach, Virginia, and maintains offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

4. Mining is wholly owned by LLC, which is a limited liability holding company also formed in Virginia.

5. Mining's Chapter 11 filing was triggered by a judgment entered in favor of WESCO Distribution, Inc. in the approximate amount of $1,300,000 and a garnishment of LLC's bank account, from which all of Mining's bills were paid, including bills for utilities such as Dominion Energy, which threatened a shut-off of Mining's utilities for non-payment, as of April 12, 2019.

6. LLC itself filed a Chapter 11 case on April 12, 2019, which case is pending before this Court as a related case under Case No. 19-10731. The Mining and LLC Chapter 11 cases are being jointly administered pursuant to the Order of this Court entered on May 8, 2019.

7. Mining and BMG Operations Ltd. ("BMG") entered into a Hosting Services Agreement on November 30, 2017 (the "Hosting Agreement"), pursuant to which Mining agreed to provide services and to host BMG's crypto currency mining computer equipment units (collectively, "Miners"), at Mining's datacenter in Virginia Beach, Virginia (the "Facility"). As consideration for Mining's Hosting Services, BMG agreed to pay in advance a monthly hosting fee (the "Monthly Hosting Fee").

8. In addition, BMG advanced to the Debtors in excess of $7,749,000 (the "Advance"). BMG is the largest general unsecured creditor in the Debtors' Chapter 11 cases.

9.  BMG also advanced $750,000 to the Debtors to pay for $746,531.94 in fees imposed by US Customs and Border Protection ("USCBP") on account of the importation of BMG's Miners (the "Customs Advance"). The Customs Advance has not been repaid.

**BMG's Motion for Relief from Stay and Mining's Counterclaims**

10.  Mining experienced an electrical issue at the Facility on June 9, 2019 (the "Surge Event"), as a result of which 177 Miners were destroyed and another 148 Miners were damaged. BMG has asserted administrative claims against Mining in excess of $250,000 for the destruction of and damage to the Miners (the "Administrative Claims").

11.  As a result of the Administrative Claims, BMG withheld its July 2019 Hosting Fees, in the approximate amount of $250,000 (the "First Unpaid Hosting Fee"). As of September 1, 2019, there are now three (3) monthly payments withheld by BMG in the total amount of $750,000 (the "Unpaid Monthly Hosting Fees").

12.  In response to the First Unpaid Hosting Fee, Mining disconnected BMG's remaining operational Miners at the facility, and Mining reconnected BMG's remaining operational Miners to Mining's own mining software and has mined bitcoin using BMG's Miners (the "BMG Funds"). Mining retains the BMG Funds in Bitcoin form.

13.  On or about July 15, 2019, BMG filed its Motion for Relief from the Automatic Stay (the "Motion") [docket no. 184], seeking the entry of an Order granting BMG relief from the automatic stay to: i) allow BMG to immediately terminate the Hosting Agreement with Mining, or, in the alternative, ii) permit BMG to immediately remove the Miners from

the Facility and issue a notice of non-renewal of the Hosting Agreement, and iii) permit BMG to set off its damages caused by the Surge Event against the Monthly Hosting Fees.

14. On July 30, 2019, Mining filed its response to BMG's Motion [docket no. 198], disputing most, if not all of BMG's allegations, and asserting claims of its own against BMG under the Hosting Agreement, pursuant to Paragraph 3.7, 3.9, 9.2(b), 9.3, App B.10, and App C.5 of the Hosting Agreement (the "Counterclaims").

**Settlement Agreement Between BMG and Mining**

15. BMG and Mining have agreed to a settlement of, *inter alia*, the Unpaid Monthly Hosting Fees, the Administrative Claims, the Customs Advance, turnover of the BMG Funds, the relief requested in BMG's Motion, and the Counterclaims, which settlement is memorialized in the Settlement Agreement attached hereto as **Exhibit A** (the "Agreement").[1] The Agreement provides as follows:

A. Mining will provide BMG with an accounting of the BMG Funds that it has mined in Bitcoin since Mining took over the Miners on July 7, 2019;

B. Mining will restore to BMG control over the Miners;

C. The Hosting Agreement will terminate on October 31, 2019, and on or after November 1, 2019, BMG shall be permitted to remove all of the Miners, at BMG's expense;

D. Within five (5) business days after the Effective Date (defined in the Agreement as when this Court's Order approving this Agreement becomes final and non-

---

1 As of the filing of this Motion, the parties had not executed the Agreement, but were in agreement as to all of the terms.

appealable), Mining shall transfer to BMG all of the BMG Funds.  BMG shall transfer to Mining the Unpaid Monthly Hosting Fees.  Alternatively, the parties may agree to a single transfer between the Parties in an amount that reflects the net of the obligations between the Parties, consisting of the BMG Funds and Unpaid Hosting Fees which will be $400,000;

E.     BMG's proof of claim will be allowed in the amount of $7,558,599.64 (Claim No. 17).  Claim No. 17 will be increased from the originally filed amount to include the Customs Advance, and Claim No. shall be reduced dollar for dollar by any plan payment paid to USCBP on account of USCBP's separate claim;

F.     BMG agrees to vote in favor of the Debtors' currently pending Plan of Reorganization (the "Plan"), provided that a) the terms of the Plan are consistent with the terms of the Agreement; b) BMG's Claim No. 17 is treated in the same manner of the claims of all other general unsecured creditors under the Plan; and c) the Plan provides for not less than 80% distribution to general unsecured creditors on account of their allowed claims, with such payments to be completed in four (4) years of less.

G.     The Agreement also contains mutual releases between the Debtors and BMG.

**Standards for Approving Settlements Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure**

16.     Approval of a proposed settlement is within the discretion of the Court. *In re Del Grosso,* 106 B.R. 165, 167 (Bankr. N.D.Ill. 1989) (Squires, J.). Generally, courts approve settlements and compromises if such are in the best interest of the estate. *Id.,* 106 B.R. at 167. The Seventh Circuit Court of Appeals has adopted a two-step method

for determining whether a proposed settlement is in the estate's best interest. *In re Telesphere Communications, Inc.*, 179 B.R. 544, 554 (Bankr. N.D.Ill. 1994) (citing *In re Energy Co-op, Inc.*) 886 F.2d 921 (7th Cir. 1989) and *In re American Reserve Corp.* 841 F.2d 159 (7th Cir. 1987). A court must first compare the terms of the settlement with the probable costs and benefits of litigation, and then determine whether the settlement falls within the reasonable range of litigation possibilities. The latter determination is to be weighted in favor of settlement, since a challenged settlement fails the test only if it falls below the lowest point in the range of reasonableness. *Telesphere,* 179 B.R. 544, 553.

17.    The proposed settlement with BMG is in the best interests of Mining's estate, its creditors and other parties in interest. The proposed settlement will result in net funds to Mining's estate, and will bolster Mining's current cashflow. Further fees and costs with respect to litigation with BMG will be avoided. The uncertainty of the outcome of the litigation between the parties will also be avoided.

18.    Pursuant to this Court's directive on September 4, 2019, notice of the settlement described in the Motion is shortened to fourteen (14) days, which notice is deemed sufficient.

WHEREFORE, BCause Mining LLC, Debtor/Debtor-in-Possession herein, prays for the entry of an Order as follows:

A)    The Settlement Agreement between Mining and BMG is approved; and

B)  Notice given of the Motion is deemed sufficient.

BCause Mining LLC, and BCause LLC
Debtors/Debtors-in-Possession

By: /s/ Scott R. Clar
One of their attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com
W:\MJO2\BCause Mining LLC\Approve Settlement with BMG.mot and NOM.docx