UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

**Jeffrey P. Allsteadt,** Bankruptcy Clerk

TO: Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington, DC 20005

In Re: BCause Mining LLC

Case No: 19-10562

## NOTICE TO ASSIGNOR OF FILING OF CHAPTER 11 TRANSFER OF CLAIM

Pursuant to Bankruptcy Rule 3001(e), I hereby advise you that there has been filed in this office an assignment to TRC Master Funding LLC (Assignee) of your claim in the above matter.

If no objections are filed by you on or before 9/30/2019 (Date) the court shall substitute TRC Master Funding LLC (Assignee) in your place and stead as the claimant.

If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

Date: 9/10/2019

Catherine Mendoza
Case Administrator

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing Notice of Assignor of Filing of Assignment of Claim pursuant to F.F.B.P. 3001(e) to the persons listed, by placing same in properly addressed envelope and deposited it in the U.S. Mail.

Date: 9/10/2019

Catherine Mendoza
Case Administrator

Revised 9/14/2018BB