Case 19-10562   Doc 277   Filed 09/10/19   Entered 09/10/19 14:49:49   Desc Main
Document      Page 1 of 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCause Mining LLC,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-10562<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Janet S. Baer |

## SEVENTH INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of BCause Mining LLC and BCause LLC, Debtors/Debtors-in-Possession herein ("Debtors"), for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001 (b) of the Federal Rules of Bankruptcy Procedure having been provided; the Court having granted the Debtors' Motion for Joint Administration; the Court having previously overruled in part and continuing to overrule in part and sustain in part the objections to the Motion by WESCO Distribution, Inc. ("WESCO") for the reasons stated on the record at the hearings on May 8, 2019, June 5, 2019 and June 21, June 24, August 8, August 20, and September 4, 2019 in connection with the use of cash collateral through and including October 7, 2019 (the "Extended Interim Period"); the Court having found that the Debtors have currently provided adequate protection to WESCO for the limited period covered by this Seventh Interim Order; the Court having previously heard testimony of the Debtors in support of the Motion; the Court having previously permitted the Debtors' use of cash collateral through and including October 7, 2019, pending a further hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) In addition to the payments allowed pursuant to the First Interim Order, Second Interim Order, Third Interim Order, Fourth Interim Order, Fifth Interim Order and Sixth Interim Order, all Authorizing Use of Cash Collateral, the Debtors are authorized to immediately use cash collateral for the Extended Interim Period (i.e. through October 7, 2019), solely to pay the expenses (each, an "Expense" and collectively, the "Expenses") set forth, and in accordance with, the budgets attached hereto as Exhibits A and B (the "Budgets"); provided, however, (a) for any individual line item in the Budget, the Debtors may exceed any individual budgeted Expense by no greater than 10% of the budgeted amount; and (b) the Debtors may not exceed the aggregate budgeted Expenses for the Interim Cash Collateral Period by greater than 10% of the budgeted amount; and the Debtors may not pay any Expense that was not set forth on previous budgets submitted to the Court in connection with the First Interim Order, Second Interim Order, Third Interim Order, Fourth Interim Order, Fifth Interim Order, Sixth Interim Order and Seventh Interim Order; and

B) As adequate protection for the Debtors' use of cash collateral and the stay of action against the Debtors and WESCO's collateral under Bankruptcy Code Section 362, WESCO is granted the following in accordance with Bankruptcy Code Sections 361 and 363(e):

1. The Debtors will permit WESCO to inspect, upon reasonable notice and within reasonable

business hours, the Debtors' books and records, and also to inspect WESCO's cash and other collateral;

2. The Debtors shall maintain and pay premiums for insurance to cover WESCO's collateral from fire, theft, water, and other damage or harm;

3. The Debtors shall, upon reasonable request, make available to WESCO, records and other evidence relating to WESCO's collateral and proceeds of WESCO's collateral, and also produce an itemized statement identifying the equipment, inventory, and other collateral of WESCO and the location of such collateral;

4. The Debtors will properly maintain WESCO's collateral in good repair and properly manage the Collateral;

5. WESCO is granted additional replacement liens on all pre-petition and post-petition assets of the Debtors and all proceeds thereof, including cash, cash equivalents, accounts receivable and other accounts, and all tangible and intangible assets of the Debtors, to the same extent, validity and priority that WESCO possessed in such assets on the Debtors' bankruptcy petition date, and to the extent or amount of any decrease in the value of WESCO's interest in the collateral on account of the pendency of this bankruptcy case provided, however, the Debtors and the Committee reserve the right to argue that WESCO's replacement liens should be reduced by the Adequate Protection Payments;

6. The Debtors shall continue to make payments to WESCO of $24,973.00 per month plus an additional $35,000, as set forth in the Budgets with the $35,000 payment to be paid no later than September 6, 2019 (the "Adequate Protection Payments"); provided, however, if it is ultimately determined by entry of a final order by a court of competent jurisdiction that WESCO's claim be reduced or is not secured, the Debtors reserve the right to seek repayment of the Adequate Protection Payments to the extent appropriate;

7. During the Extended Interim Cash Collateral Period, the Debtors shall inform WESCO of their efforts to reduce the Expenses set forth in the Budgets;

8. The Debtors will provide immediate notice to WESCO and counsel for the Official Unsecured Creditors' Committee in the event (i.e., within 24 hours), "A" day customer curtailment credits are greater than budgeted, a customer exercises its right to terminate a hosting agreement or other agreement with the Debtors, revenues are less than budgeted, and/or in the event of a power outage, or power surge, or other customer device interruption; and

9. The Debtors (specifically BCause LLC) will send a report, including the Debtor's bank statements on Monday, Wednesday and Friday during each week between the entry of this Order and the expiration of the period covered by the Budgets, which report will set forth the Debtors' cash holdings at Lakeside Bank or otherwise held by the Debtors as of the date such report is sent, and both Debtors will provide a weekly budget to actual report of cash, revenue and expenses on Friday of each week covered by the Budget.

C) Lakeside Bank is authorized and directed to immediately release all sums necessary in the BCause LLC bank account to pay all of the expenditures contained in the Budgets (plus 10% as noted above) from the entry of this Order through and including October 7, 2019; and

D) A continued hearing in connection with the Motion will be held on October 7, 2019 at 9:30 a.m.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **10 SEP 2019**

**Prepared by:**
DEBTORS' COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
MJO/BCause Mining/Cash Collateral - 7th.Ord - rev2

Rev: 20170105_bko

BCause LLC (Holding) Budget through 12/27/19

| Holding | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | |
| Exceptional and One Time Costs | | | | | | | | | | | | | | | | | |
| Adequate Protection Payment | $ 35,000 | $ 24,973 | | | | $ 24,973 | | | | $ 24,973 | | | | $ 24,973 | | | |
| Accounting Services | | $ 470 | | | | $ 3,000 | | | | $ 3,000 | | | | $ 3,000 | | | |
| BCause Bankruptcy Attorney Fees | | | $ 30,000 | | | | $ 30,000 | | | | $ 30,000 | | | | $ 30,000 | | |
| Bankruptcy Creditors Committee | | | $ 10,000 | | | | $ 10,000 | | | | $ 10,000 | | | | $ 10,000 | | |
| Bankruptcy Trustee Fee | | | | | | | | | $ 27,500 | | | | | | | | |
| Routine Operating Expenses | | | | | | | | | | | | | | | | | |
| BFPE Fire Suppression | | | | | | | $ 71,250 | | | | | $ 71,250 | | | | $ 71,250 | |
| CCA Financial | $ 18,096 | | | | $ 13,572 | | | | $ 13,572 | | | | | | | | |
| Comcast | | | | | | | | | | | | | | | | | |
| ComEd | | | | | | | | | | | | | | | | | |
| Cox Communications | | $ 150 | | | | $ 150 | | | | $ 150 | | | | $ 150 | | | |
| Fonality | | $ 135 | | | | $ 135 | | | | $ 135 | | | | $ 135 | | | |
| Google | | | | $ 380 | | | | $ 380 | | | | $ 380 | | | | $ 380 | |
| Insurance Group | $ 12,709 | | $ 850 | | $ 10,090 | | $ 850 | | $ 10,090 | | $ 850 | | | $ 7,471 | $ 850 | | |
| Liability Insurance | | | | | | | | | | | | | | | | | |
| Microsoft | | | $ 550 | | | | $ 550 | | | | $ 550 | | | | $ 550 | | |
| Paychex | | | $ 350 | | | | $ 350 | | | | $ 350 | | | | $ 350 | | |
| Payroll | $ 47,080 | | $ 63,071 | | $ 54,185 | | $ 54,185 | | $ 54,185 | | $ 54,185 | | $ 45,300 | | $ 45,300 | | $ 45,300 |
| Pinnacle Group | | | | | | | | $ 600 | | | | | | | | | |
| Rent Chicago Office | $ 6,300 | | | | $ 5,500 | | | | $ 5,500 | | | | | $ 5,500 | | | |
| Rent VB Corp Office | $ 3,000 | | | | $ 1,500 | | | | $ 1,500 | | | | $ 1,500 | | | | $ 1,500 |
| Travel Expenses | | $ 1,250 | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 |
| Miscellaneous Expenses | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 220 | $ 275 | $ 275 | $ 275 |
| Total Expenses | $ 122,460 | $ 27,253 | $ 106,346 | $ 655 | $ 86,373 | $ 28,533 | $ 168,710 | $ 1,255 | $ 113,818 | $ 28,478 | $ 97,405 | $ 71,850 | $ 48,270 | $ 50,497 | $ 83,575 | $ 71,905 | $ 48,325 |
| | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $931,424 | $730,216 | $510,723 | $403,179 | $399,220 | $1,049,293 | $811,020 | $618,611 | $264,052 | $947,298 | $740,660 | $604,056 | $248,902 | $178,836 | $972,039 | $631,766 | $556,557 |
| Mining Revenue | $0 | $0 | $425,000 | $0 | $835,904 | $0 | $0 | $0 | $923,102 | $0 | $0 | $0 | $0 | $923,102 | $0 | $0 | $0 |
| Mining Expenses | 97,118 | $192,240 | $426,198 | $3,304 | $99,459 | $209,740 | $23,698 | $353,304 | $126,039 | $178,160 | $39,198 | $283,304 | $21,796 | $79,402 | $251,698 | $3,304 | $36,796 |
| Holding Expenses | $104,089 | $27,253 | $106,346 | $655 | $86,373 | $28,533 | $168,710 | $1,255 | $113,818 | $28,478 | $97,405 | $71,850 | $48,270 | $50,497 | $88,575 | $71,905 | $48,325 |
| Ending Cash Balance | $730,216 | $510,723 | $403,179 | $399,220 | $1,049,293 | $811,020 | $618,611 | $264,052 | $947,298 | $740,660 | $604,056 | $248,902 | $178,836 | $972,039 | $631,766 | $556,557 | $471,436 |



EXHIBIT A

BCause Mining LLC Budget through 12/27/2019

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mining | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec |
| Revenues | | | | | | | | | | | | | | | | | |
| Net BMG Settlement | | | $ 425,000 | | | | | | | | | | | | | | |
| Total Revenue | | | | | $ 835,904 | | | | $ 923,102 | | | | | $ 923,102 | | | |
| | | | | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | | | | |
| A Day Customer Curtailment Credits | | | | | | | | | $ 28,000 | | | | | | | | |
| Alliance Material Handling | | | $ 1,402 | | | | $ 1,402 | | | | $ 1,402 | | | $ - | $ 1,402 | | |
| CenturyLink | | | | $ 1,664 | | | | $ 1,664 | | | | $ 1,664 | | | | $ 1,664 | |
| Dominion Energy | | $ 175,000 | $ 402,500 | | | $ 192,500 | | $ 350,000 | | $ 175,000 | | $ 280,000 | | | $ 227,500 | | |
| G Hogan Commercial Cleaning | | $ 500 | | | | $ 500 | | | | | $ 500 | | | | $ 500 | | |
| Hoffland Properties | $ 61,624 | | | | $ 61,624 | | | | $ 61,624 | | | | | $ 61,624 | | | |
| Miner Rent to Own | $ 11,118 | | | | $ 11,118 | | | | $ 11,118 | | | | | $ 11,118 | | | |
| Insurance Group | $ 3,500 | | | | $ 3,500 | | | | $ 3,500 | | | | | $ 3,500 | | | |
| Jack Frost | | | $ 500 | | | | $ 500 | | | | $ 500 | | | | $ 500 | | |
| Maintenance & Repairs | | $ 15,000 | | | | $ 15,000 | | | | | $ 15,000 | | | | | | $ 15,000 |
| Miscellaneous Data Center Supplies | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Payroll | $ 18,016 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 | | $ 20,156 |
| Sitbar | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 | $ 1,440 |
| The Water H2ole | | $ 100 | | | | $ 100 | | | | $ 100 | | | | $ 100 | | | |
| Verizon | $ 1,420 | | | | $ 1,420 | | | | | $ 1,420 | | | | $ 1,420 | | | |
| Total Expenses | $ 97,318 | $ 192,240 | $ 426,198 | $ 3,304 | $ 99,459 | $ 209,740 | $ 23,698 | $ 353,304 | $ 126,039 | $ 178,160 | $ 39,198 | $ 283,304 | $ 21,796 | $ 79,402 | $ 251,698 | $ 3,304 | $ 36,796 |
| | | | | | | | | | | | | | | | | | |
| Net | $ (97,318) | $ (192,240) | $ (426,198) | $ (3,304) | $ 736,445 | $ (209,740) | $ (23,698) | $ (353,304) | $ 797,063 | $ (178,160) | $ (39,198) | $ (283,304) | $ (21,796) | $ 843,700 | $ (251,698) | $ (3,304) | $ (36,796) |



EXHIBIT B