EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | Judge Janet S. Baer |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Case No. 19-10562 |
| | ) | |

### STIPULATION BETWEEN THE DEBTOR AND VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA PARTIALLY RESOLVING THE OBJECTION OF VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA TO THE MOTION TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT FOR CONTINUED UTILITY SERVICE
[Relates to Docket Nos. 4 and 7)

The Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia

("Dominion")(the Debtor and Dominion collectively, the "Parties"), as reflected by the

signatures of their respective undersigned counsel below, hereby agree and stipulate to partially

resolve the *Objection of Virginia Electric and Power Company d/b/a Dominion Energy Virginia*

*To the Motion to Provide Adequate Assurance of Payment For Continued Utility Service* (the

"Objection") (Docket No. 7), as follows:

### Recitals

1.      On January 17, 2019, the Debtor entered into an Agreement for Electric Service

with DEV (the "Agreement") under which the Debtor will be billed under Schedule 10 of DEV's

Terms and Conditions ("Schedule 10").

2

2.    On April 11, 2019 (the "Petition Date"), the Debtor commenced its case under

Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") that is now pending

with this Court.  The Debtor continues to operate its business and manage its properties as a

debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3.    On the Petition Date, the Debtor filed the *Motion to Provide Adequate Assurance*

*of Payment For Continued Utility Service* (the "Utility Motion")(Docket No. 4).

4.    On April 16, 2019, Dominion filed the Objection (Docket No. 7).

5.    On April 23, 2019, Dominion issued a bill to the Debtor in the amount of

$238,588.48 for the service period of April 11, 2019 to April 22, 2019.

6.    On May 6, 2019, the Debtor sent a payment to Dominion in the amount of

$660,000 as an estimated payment for charges from the Petition Date to May 11, 2019, which

Dominion has received.

7.    On May 22, 2019, the Debtor sent a payment to Dominion in the amount of $700,000

via wire transfer tender as an estimated advance payment for post-petition charges incurred by the

Debtor from Dominion from May 12, 2019 to June 10, 2019, which Dominion received and applied

to the Debtor's outstanding invoices leaving a credit of $528,853.76 on the Debtor's account with

Dominion for billed charges through May 19, 2019.

8.    Based on the Debtor's daily usage, Dominion believed the Debtor's charges through

June 10, 2019 would be in amount equal to the $528,853.76 credit.

9.    On June 4, 2019, the Debtor and Dominion submitted a proposed *Order*

*Approving Stipulation Between The Debtor And Virginia Electric And Power Company, d/b/a*

*Dominion Energy Virginia* [Docket No. 115] (the "June 4 Stipulation").  At the June 5, 2019

hearing in this case, the Court did not approve the June 4 Stipulation, but instead ordered the

3

Debtor to tender a $308,000 payment to Dominion as an estimated advance payment for

Dominion's charges to the Debtor from June 10, 2019 to June 24, 2019.

10.     On June 14, 2019, the Debtor tendered to Dominion a payment in the amount of

$308,000 via wire transfer tender as an estimated advance payment for post-petition charges

incurred by the Debtor from Dominion from June 10, 2019 to June 24, 2019.

11.     Dominion issued a post-petition bill to the Debtor on June 25, 2019 for charges

from May 19, 2019 to June 20, 2019.  The total current charges on the foregoing invoice were

$657,080.68.

12.     On July 1, 2019, the Court entered the *Order Approving Stipulation Between the*

*Debtor and Virginia Electric and Power Company d/b/a Dominion Energy Virginia* (the "7/1/19

Order Approving Stipulation")(Docket No. 178) that approved the Stipulation attached at Exhibit

"A" thereto regarding the Debtor's advance payments for post-petition utility charges incurred

by the Debtor from Dominion to August 15, 2019.

13.     On July 1, 2019, the Debtor tendered to Dominion a payment in the amount of

$235,227 via wire transfer that, along with a $116,773 credit on the Debtor's account ($235,227

wire transfer + $116,773 credit = $352,000), covered the estimated charges incurred by the

Debtor from Dominion from June 24, 2019 to July 9, 2019.

14.     On July 10, 2019, the Debtor tendered to Dominion a payment in the amount of

$308,000 via wire transfer as an estimated advance payment for post-petition charges incurred by

the Debtor from Dominion from July 9, 2019 to July 22, 2019.

15.     On July 25, 2019, the Debtor tendered to Dominion a payment in the amount of

$154,910.75 via wire transfer that, along with a $197,089.25 credit on the Debtor's account

4

($154,910.75 wire transfer + $197,089.25 credit = $352,000), covered the estimated charges incurred by the Debtor from Dominion from July 23, 2019 to August 7, 2019.

16.     Pursuant to Paragraph 16 of the Stipulation attached to the 7/1/19 Order Approving Stipulation, on or before August 7, 2019, the Debtor tendered to Dominion a payment in the amount of $176,000 via wire transfer as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from August 8, 2019 to August 15, 2019.

17.     On August 12, 2019, the Debtor and Dominion submitted a proposed Stipulation and Order to the Court. The Court did not enter an order approving the Stipulation.

18.     On August 22, 2019, the Court entered the Sixth Interim Order Authorizing Use Of Cash Collateral And Granting Related Relief [Docket No. 242](the "6th Interim Cash Collateral Order"). Pursuant to the 6th Interim Cash Collateral Order, the Debtor obtained authority to tender the following payments to Dominion: (A) $132,000 during the week ending August 16, 2019; (B) $212,000 for the week ending August 23, 2019; and (C) $212,000 for the week ending August 30, 2019.

19.     On August 16, 2019, the Debtor tendered to Dominion a payment in the amount of $132,000 via wire transfer as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from August 16, 2019 to August 21, 2019.

20.     On August 23, 2019, the Debtor tendered to Dominion a payment in the amount of $212,000 via wire transfer as an estimate advance payment for post-petition charges incurred by the Debtor from Dominion from August 22, 2019 to September 11, 2019.

21.     On August 23, 2019, Dominion issued an invoice to the Debtor in the amount of $449,804.08 for charges through August 18, 2019. Based on prior advance payments and the $212,000 payment tendered on August 23, 2019 there was a credit on the account for charges

5

through August 18, 2019 in the amount of $422,195.92. Based on the Debtor's reduced usage, Dominion informed the Debtor that it did not need to tender the $212,000 payment due on or before August 30, 2019 because the foregoing credit would cover estimated charges through September 11, 2019.

## Stipulation

22.  On or before September 9, 2019, the Debtor shall tender to Dominion a payment in the amount of $175,000 (10 days x $17,500 per day) via wire transfer tender as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from September 12, 2019 to September 21, 2019.

23.  The Debtor and Dominion agree to reconcile advance payments made for charges through September 21, 2019 against actual charges in the bill to be issued in September 2019. If there is a credit balance in the favor of the Debtor, that credit balance can be applied to the payment due on or before September 20, 2019 as set forth herein. If the advance payments made to date are less than actual charges through the bill to be issued in September 2019, the Debtor agrees to pay those charges within five (5) days of receipt of the invoice.

24.  On or before September 20, 2019, the Debtor shall tender to Dominion a payment in the amount of $402,500 (23 days x $17,500 per day) via wire transfer as an estimated advance payment for post-petition charges incurred by the Debtor from Dominion from September 22, 2019 to October 14, 2019.

25.  The Debtor represents and agrees that it shall reduce its usage to 500 kW on peak-hours on Day A Classification days as that term is defined in the parties Agreement for Electric Service dated January 17, 2019 and Schedule 10 to Dominion's Terms and Conditions ("Peak A Days").

26.     If the Debtor fails to tender a payment required by this agreement, Dominion can terminate service to the Debtor after providing the Debtor and their counsel with written notice of the payment default and three (3) business days to cure the default (the "Cure Period"). If the Debtor cures the payment default within the Cure Period, Dominion cannot terminate service for the payment default. The notices required by this paragraph shall be sent via email to:

A.     Scott R. Clar, Esq./Jeffrey C. Dan, Esq.
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Email: sclar@cranesimon.com, jdan@cranesimon.com

B.     Thomas Flake
BCause LLC
5469 Greenwich Road
Virginia Beach, VA 23462
Email: t.g.flake@bcause.com

27.     The Debtor represents that all post-petition payments made to Dominion are authorized pursuant to the terms and conditions governing the Debtors' use of cash collateral or any budgets in connection with the foregoing.

28.     This Stipulation may be executed in identical counterparts, any of which may be transmitted by facsimile or email, and each of which shall constitute an original and all of which taken together shall constitute one and the same instrument.

29.     This Stipulation may not be amended, supplemented or otherwise altered except by written agreement of the Parties.

**Agreed To As To Form And Substance:**

/s/ Russell R Johnson III
Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com

*Counsel for Virginia Electric and Power Company d/b/a Dominion Energy Virginia*


/s/ Jeffrey C. Dan
Scott R. Clar, Esq.
Jeffrey C. Dan, Esq.
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Email: sclar@cranesimon.com, jdan@cranesimon.com

*Debtor's Counsel*