# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: <u>BCause Mining LLC</u>                                    Case No. <u>19-10562</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>                          <u>Charles Chuck Mackie</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>21</u>
should be sent:                                     Amount of Claim:   <u>USD$12,400.00</u>
                                                    Date Claim Filed: <u>8/01/2019</u>
TRC MASTER FUND LLC
Attn: Terrel Ross                                   Phone: <u>(312) 282-8540</u>
PO Box 633                                          Last four digits of Acct.#:  <u>N/A</u>
Woodmere, NY 11598
                                                    Name and Current Address of Transferor:
Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>                  Charles Chuck Mackie
                                                    4827 N. Hamilton
Name and address where transferee payments          Chicago, IL 60625
should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                              Date: <u>September 11th, 2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit A to Assignment of Claim</u>

TO: United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
Northern District of Illinois (Illinois)
Attention: Clerk

AND TO: BCause Mining LLC (Debtor)
Case No. 19-10562

<u>Claim #21</u>

**Charles Chuck Mackie**, its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("<u>Assignee</u>"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$12,400.00** ("<u>Claim</u>"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th DAY OF September, 2019.

**ASSIGNOR: Charles Chuck Mackie**
_____
(Signature)

Charles Mackie
(Print Name)

Principal
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**
_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Creditor: (28071881)<br>Charles Chuck Mackie<br>4827 N Hamilton<br>Chicago, Il 60625 | Claim No: 21<br>Original Filed Date: 08/01/2019<br>Original Entered Date: 08/02/2019 | Status:<br>Filed by: CR<br>Entered by: Felipe Roman<br>Modified: |
|---|---|---|

Amount claimed: $12400.00

History:

| Details | 21-1 | 08/01/2019 | Claim #21 filed by Charles Chuck Mackie, Amount claimed: $12400.00 (Roman, Felipe) |
|---|---|---|---|

Description:

Remarks: