NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

BCause Mining LLC, a Virginia limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661
SSN: EIN: 82–2810783

Case No. : 19–10562
Chapter : 11
Judge : Janet S. Baer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Charles Chuck Mackie

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to TRC Master Fund LLC of your claim in the above matter, designated Claim No. 21 .   If no objections are filed by you on or before October 2, 2019 the Court shall substitute TRC Master Fund LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: September 12, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court