NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

BCause Mining LLC, a Virginia limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661
SSN: EIN: 82−2810783

Case No. : 19−10562
Chapter : 11
Judge : Janet S. Baer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Charles Chuck Mackie

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to TRC Master Fund LLC of your claim in the above matter, designated Claim No. 21 .   If no objections are filed by you on or before October 2, 2019 the Court shall substitute TRC Master Fund LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: September 12, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-10562-JSB
BCause Mining LLC, a Virginia limited li                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2            Date Rcvd: Sep 12, 2019
                              Form ID: ntcasclm         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +BCause Mining LLC, a Virginia limited liability co,   130 S. Jefferson St., #101,
                 Chicago, IL 60661-3502
28071881       +Charles Chuck Mackie,   4827 N Hamilton,   Chicago, Il 60625-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Arthur G Simon    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
               asimon@cranesimon.com,    sclar@cranesimon.com;slydon@cranesimon.com
              Arthur G Simon    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
               asimon@cranesimon.com,    sclar@cranesimon.com;slydon@cranesimon.com
              Brian L Shaw    on behalf of Creditor    BMG Operations Ltd. bshaw@foxrothschild.com,
               cknez@foxrothschild.com
              Christina Sanfelippo    on behalf of Creditor    BMG Operations Ltd. csanfelippo@foxrothschild.com,
               orafalovsky@foxrothschild.com
              David A Agay    on behalf of Defendant    WESCO Distribution, Inc. dagay@mcdonaldhopkins.com,
               mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
              David A Agay    on behalf of Creditor    Wesco Distribution, Inc. dagay@mcdonaldhopkins.com,
               mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
              Devon J Eggert    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               deggert@freeborn.com,    bkdocketing@freeborn.com
              Elizabeth L Janczak    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               ejanczak@freeborn.com,    bkdocketing@freeborn.com
              Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov,
               USTP.region11.es.ecf@usdoj.gov
              J Mark Fisher    on behalf of Creditor    Hoffland Properties, Inc mfisher@schiffhardin.com,
               edocket@schiffhardin.com;sricciardi@schiffhardin.com
              Jamie L Burns    on behalf of Creditor    W-R2 Jefferson Owner VIII, LLC jburns@lplegal.com,
               rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
              Jason M Torf    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion Energy
               Virginia jason.torf@icemiller.com
              Jeffrey C Dan    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
               jdan@cranesimon.com,    sclar@cranesimon.com;mjoberhausen@cranesimon.com
              Jeffrey C Dan    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
               jdan@cranesimon.com,    sclar@cranesimon.com;mjoberhausen@cranesimon.com
              Jennifer M McLemore    on behalf of Creditor    BMG Operations Ltd. jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Marc Ira Fenton    on behalf of Creditor    W-R2 Jefferson Owner VIII, LLC mfenton@lplegal.com,
               skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
              Maria G Carr    on behalf of Creditor    Wesco Distribution, Inc. mcarr@mcdonaldhopkins.com,
               bkfilings@mcdonaldhopkins.com
              Maria G Carr    on behalf of Defendant    WESCO Distribution, Inc. mcarr@mcdonaldhopkins.com,
               bkfilings@mcdonaldhopkins.com
              Micah E. Marcus    on behalf of Defendant    WESCO Distribution, Inc. mmarcus@mcdonaldhopkins.com,
               kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: froman              Page 2 of 2                  Date Rcvd: Sep 12, 2019
                              Form ID: ntcasclm         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Sarah K Angelino    on behalf of Creditor    Hoffland Properties, Inc sangelino@schiffhardin.com, edocket@schiffhardin.com

         Scott R Clar    on behalf of Plaintiff    BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com,  mjoberhausen@cranesimon.com;asimon@cranesimon.com

         Scott R Clar    on behalf of Jointly Administered Debtor    BCause LLC, a Virginia limited liability company sclar@cranesimon.com,  mjoberhausen@cranesimon.com;asimon@cranesimon.com

         Scott R Clar    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company sclar@cranesimon.com,  mjoberhausen@cranesimon.com;asimon@cranesimon.com

         Scott R Clar    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com,  mjoberhausen@cranesimon.com;asimon@cranesimon.com

         Shara C Cornell    on behalf of Defendant    WESCO Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

         Shara C Cornell    on behalf of Creditor    Wesco Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

         Shelly A. DeRousse    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors sderousse@freeborn.com,  bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

                                                                                                                                                                                      TOTAL: 28