IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, *et al.* | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| Debtors/Debtors-in-Possession. | ) | (Jointly Administered) |
| | ) | **Hearing**: **9/25/19@ 10:00 a.m.** |

**REPLY OF DEBTOR TO RESPONSE OF HOFFLAND PROPERTIES TO
MOTION FOR AUTHORITY TO SELL ASSETS PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE ON SHORTENED NOTICE**

BCause Mining, LLC ("Mining"), by and through its attorneys, files this Reply in support of its Motion for Authority to Sell Assets Pursuant to Section 363(b) of the Bankruptcy Code on Shortened Notice (the "Motion") (ECF 250), and in reply to the Response of Hoffland Properties to the Motion (Docket No. 286), states as follows:

1. On April 11, 2019, BCause Mining, LLC ("Mining") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On April 12, 2019, BCause LLC ("LLC" filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("LLC Petition Date").

2. Mining and LLC (collectively, "Debtors") are managing their financial affairs as debtors-in-possession. No trustee or examiner has been appointed. An Official Committee of Unsecured Creditors has been appointed to serve in these reorganization cases.

3. On May 8, 2019, this Court entered an order providing for the joint administration of the Mining and LLC bankruptcy cases.

4. Mining is in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners. Mining now mines itself, and is a service provider that hosts a mining venue for its customers. Its mining facility is located in Virginia Beach, Virginia, and LLC formerly maintained offices located

at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661, and has a motion pending to enter into a lease for office space at 318 W. Adams St., Chicago, Illinois ("the "New Chicago Premises").

5. Mining is wholly owned by LLC.

6. Among the other assets of LLC is a 100% membership interest ("MI") in an entity entitled BCause Secure, LLC, a Virginia limited liability company ("Secure").

7. On August 30, 2019, the Debtor filed the Motion, seeking to sell Secure's 75% of the Secure MI to certain investors (the "Equity Sale"). The Equity Sale is intended to facilitate the launch of a Spot Exchange, and is projected to accelerate payment to creditors of Mining and LLC.

8. On September 16, 2019, Hoffland Properties, Inc. ("Hoffland"), the Debtor's landlord for the premises located at Unit B, 5465 Greenwich Road, Virginia Beach, Virginia (the "Leased Premises") filed a response to the Motion (the "Response").

**The Hoffland Response**

9. Hoffland's Response is irrelevant to the Motion for the following reasons:

A) Mining's continued possession of the Leased Premises is not essential to consummation of the Equity Sale. The Secure Spot Exchange will be operated from the New Chicago Premises, not Virginia Beach;

B) The cure of any alleged defaults (and Mining does not admit to and, upon information and belief, has never been formally notified of any defaults) under the Lease Premises is not an underlying premise of the Debtor's completion of its obligations under the Motion;

C) Cure of any alleged defaults for the Leased Premises are not necessary for the Motion to be approved;

D) The Debtor has remained current on payment of rent to Hoffland throughout its occupation of the Leased Premises;

E) The Equity Sale would result in approximately $90,000 of monthly cost savings to the Debtor's estate, and the repayment of creditors would take place in one-half the amount of time, as opposed to reliance purely on self-mining and hosting revenues.

11.     After tripartite negotiations with the Committee and WESCO, the Debtor has agreed to a marketing process whereby Committee's counsel is monitoring a website set up by Committee counsel, and into which any offers will be placed.  The Debtor has placed the approved notice in two (2) industry publications, "Coindesk" and "Lothian" to be run several times weekly over the next two (2) weeks.

Wherefore, BCause Mining, LLC, prays for the entry of an Order approving the Motion for Authority to Sell Assets Pursuant to Section 363(b) of the Bankruptcy Code on Shortened Notice, and for such other relief as may be just and appropriate.

BCause Mining, LLC

By:  \s\ Scott R. Clar
       One of its attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com
W:\MJO2\BCause Mining LLC\Resp of Hoffland to Motion to Sell.rply.docx