# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al*. | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

## NOTICE OF FILING

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **September 23, 2019** the undersigned caused to be filed the **Supplement To BMG Operations Ltd.'s Motion For Relief From The Automatic Stay And Modified Request For Relief** with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a true copy of which is herewith served upon you.

Dated: September 23, 2019

Respectfully submitted,

BMG Operations, Ltd.

By: */s/ Christina M. Sanfelippo*
One Of Its Attorneys

Christina M. Sanfelippo
Brian L. Shaw
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 517-9200

*Counsel to BMG Operations, Ltd.*

187326\00001\102483607.v1

**CERTIFICATE OF SERVICE**

      Christina M. Sanfelippo, an attorney, certifies that she caused to be served a true copy of the above and foregoing notice and attached pleading upon the Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means or First Class U.S. Mail, as indicated, on September 23, 2019.

                                                    */s/ Christina M. Sanfelippo*

**Mailing Information for Case 19-10562**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- Sarah K Angelino    sangelino@schiffhardin.com, edocket@schiffhardin.com
- Jamie L Burns    jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
- Maria G Carr    mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- Shara C Cornell    scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Jeffrey C Dan    jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Devon J Eggert    deggert@freeborn.com, bkdocketing@freeborn.com
- Marc Ira Fenton    mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
- J Mark Fisher    mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com
- Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Micah E. Marcus    mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- Jennifer M McLemore    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
- Ha M Nguyen    ha.nguyen@usdoj.gov, USTP.region11.es.ecf@usdoj.gov
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Brian L Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com
- Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
- Jason M Torf    jason.torf@icemiller.com

**Parties Served Via United States First Class Mail**

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169

Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL 60606

Russell R Johnson
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103

Dennis T Lewandowski
Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510