# EXHIBIT A




September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

***Statement No.*** ***100357465***

***Re:*** ***Representation of the Unsecured Creditors Committee of BCause Mining LLC and BCause LLC***
***Client Matter ID No. 33143-0001***

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH AUGUST 31, 2019:

| | |
|---|---|
| ***FEES FOR THIS STATEMENT*** | ***$30,206.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | ***30,206.00*** |
| ***BALANCE DUE*** | ***$30,206.00*** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***



FREEBORN & PETERS LLP



Statement No: 100357465

For professional services rendered with regard to:

Re: Representation of the Unsecured Creditors Committee of BCause Mining LLC and BCause LLC

| | | | |
|---|---|---|---|
| Apr 25, 2019 | ELJ | Conference with Shelly DeRousse and Devon Eggert regarding initial case open items including Committee bylaws and UCC searches (0.3); conference with Bianca Ciarroni regarding initial committee items including bylaws and retention application (0.1); review docket for initial case issues (0.2). | 0.60 |
| Apr 25, 2019 | JEH | Draft appearances for Shelly DeRousse, Devon Eggert, and Elizabeth Janczak in both bankruptcy cases (0.6); e-mail correspondence with working group regarding same (0.1); file same (0.3); review case dockets for upcoming hearings and deadlines (0.5); e-mail correspondence with working group regarding same (0.1). | 1.60 |
| Apr 25, 2019 | SAD | Conference with Devon Eggert and Elizabeth Janczak regarding initial case strategy (0.3); telephone conference with Scott Clar and Elizabeth Janczak regarding case status (0.3); review both case dockets and all pending motions and orders entered (1.1). | 1.70 |
| Apr 25, 2019 | SAD | Multiple e-mail correspondence to committee to set up initial meeting (0.3). | 0.30 |
| Apr 29, 2019 | ELJ | Review Wesco's motion for relief from stay (0.3). | 0.30 |
| Apr 29, 2019 | SAD | Review WESCO motion to dismiss and attachments thereto (1.5). | 1.50 |
| Apr 29, 2019 | SAD | Telephone conference with Scott Clar regarding various case issues and status (0.4). | 0.40 |



FREEBORN & PETERS LLP



| | | | |
|---|---|---|---|
| Apr 30, 2019 | DJE | Review WESCO motion to dismiss or for relief from the automatic stay (0.4); review and revise draft response to same (0.4); e-mail correspondence with Shelly DeRousse and Elizabeth Janczak regarding same (0.1); conference with Shelly DeRousse regarding initial case issues (0.2). | 1.10 |
| Apr 30, 2019 | SAD | Review and revise objection to WESCO's motion to dismiss (0.7); conference with Devon Eggert regarding initial case issues (0.2). | 0.90 |
| Apr 30, 2019 | ELJ | Draft preliminary objection to Wesco's motion to dismiss or relief from stay (1.8). | 1.80 |
| May 2, 2019 | ELJ | Review and revise preliminary objection to motion to dismiss cases (0.1). | 0.10 |
| May 3, 2019 | ELJ | Finalize objection to WESCO motion to dismiss and review notice of same (0.1). | 0.10 |
| May 3, 2019 | JEH | Review objection to motion to dismiss (0.1); draft notice of filing and certificate of service regarding same (0.4); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file same (0.2). | 0.80 |
| May 6, 2019 | ELJ | Review Dominion's joinder to motion to dismiss cases (0.2). | 0.20 |
| May 7, 2019 | ELJ | Telephone conference with Shelly DeRousse and Scott Clar regarding case open items including Dominion issues and cash collateral (0.1); review WESCO's limited objection to retention applications and motion to compel rent payment (0.2). | 0.30 |
| May 8, 2019 | ELJ | Review and prepare for hearing on various motions including cash collateral, motion for relief from stay, and professional retentions (0.7); attend hearing on same, including evidentiary hearing on cash collateral (4.9). | 5.60 |
| May 15, 2019 | ELJ | Attend debtors section 341 meeting of creditors (1.6); review and prepare for same (0.2). | 1.80 |
| May 17, 2019 | SAD | Telephone conference with Scott Clar and Art Simon regarding motion to dismiss (0.5); review and revise motion to extend time to respond to motion to dismiss (0.5). | 1.00 |



FREEBORN & PETERS LLP



| | | | |
|---|---|---|---|
| May 17, 2019 | SAD | E-mail correspondence with David Agay regarding motion to extend time to respond to motion to dismiss (0.2). | 0.20 |
| May 20, 2019 | SAD | Review WESCO's response to motion to extend time to respond to motion to dismiss (0.4); review WESCO's response to BMG's motion for 2004 discovery (0.4). | 0.80 |
| May 21, 2019 | SAD | Prepare for hearing (0.5); attend hearing on motion to extend time to respond to WESCO motion (1.3); telephone conference with Devon Eggert regarding hearing (0.1); prepare response to motion to dismiss (3.6); telephone conference with Art Simon and Scott Clar regarding motion to dismiss (0.3). | 5.80 |
| May 21, 2019 | JEH | Download and save WESCO production documents (0.2); e-mail correspondence with Shelly DeRousse regarding same (0.1); download and save schedules and related docket entries (0.3); e-mail correspondence with Shelly DeRousse regarding same (0.1). | 0.70 |
| May 22, 2019 | SAD | Draft objection to motion to dismiss (1.3). | 1.30 |
| May 24, 2019 | SAD | Research regarding motion to dismiss (0.2); e-mail correspondence to Scott Clar regarding information needed from debtors (0.1); draft response to motion to dismiss (0.7). | 1.00 |
| May 28, 2019 | ELJ | Conference with Shelly DeRousse regarding production from WESCO and response to WESCO's motion to dismiss or lift stay (0.3); review and revise objection to WESCO's motion to dismiss or lift stay (2.5); research case law relating to same (0.8); review documents produced by WESCO in connection with same (0.5). | 4.10 |
| May 28, 2019 | SAD | Various office conferences with Elizabeth Janczak regarding motion to dismiss (0.3); draft response to motion to dismiss (2.7); review final draft of response to motion to dismiss (0.5); review debtor's response to motion to dismiss (0.3). | 3.80 |



FREEBORN & PETERS LLP



| | | | |
|---|---|---|---|
| May 28, 2019 | JEH | Review objection to WESCO motion to dismiss and lift stay (0.1); draft notice and certificate of service regarding same (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file same (0.1). | 0.40 |
| May 29, 2019 | ELJ | Review recent Dominion invoice and compare to budget (0.1); review debtors' objection to WESCO's motion to dismiss or lift stay (0.3); conference call with Committee and BMG working group regarding open case issues, including WESCO liens and case status (0.6). | 1.00 |
| May 29, 2019 | SAD | Review response of Debtors to WESCO's motion to dismiss and restructuring plan (1.0); various teleconferences with Scott Clar regarding motion to dismiss (0.4); review BMG's response to motion to dismiss (0.5); teleconference with Chrissy Sanfillipo; Brian Show and Jennifer McClemore regarding motion to dismiss (0.8). | 2.70 |
| May 30, 2019 | ELJ | Telephone conferences with Scott Clar and David Agay regarding cash collateral issues and rescheduling hearing on WESCO's motion to dismiss or lift stay (0.2). | 0.20 |
| May 30, 2019 | SAD | Telephone conferences with Scott Clar regarding hearing on motion to dismiss (0.4); multiple e-mail correspondence with Scott Clar and David Agay regarding hearing date (0.4); review debtor's restructuring plan documents (1.0). | 1.80 |
| Jun 3, 2019 | SAD | Telephone conference with Art Simon regarding meeting with debtors (0.4); e-mail correspondence to Art Simon, Tom Flake, Scott Clar and Elizabeth Janczak regarding meeting with debtors (0.1). | 0.50 |
| Jun 4, 2019 | ELJ | Conference with Tom Flake, Art Simon, and Shelly DeRousse regarding Debtors' business plan and possible reorganization options (2.2). | 2.20 |
| Jun 4, 2019 | SAD | Conference with Tom Flake, Art Simon and Elizabeth Janczak regarding debtors' operations and possible plan (2.2); telephone conference with Scott Clar regarding deposition of Tom Flake (0.4). | 2.60 |






| | | | |
|---|---|---|---|
| Jul 1, 2019 | ELJ | Telephone conference with Scott Clar regarding July 2nd hearing and open case issues (0.1); conference with Shelly DeRousse regarding same (0.1). | 0.20 |
| Jul 2, 2019 | ELJ | Conference with Tom Flake, Scott Clar, and Shelly DeRousse regarding case status, chapter 11 plan issues, and insurance issues (1.7). | 1.70 |
| Jul 2, 2019 | SAD | Multiple e-mail correspondence with Art Simon and Scott Clar regarding meeting with Tom Flake (0.2); attend meeting with Tom Flake, Scott Clar and Elizabeth Janczak regarding open case items (1.7); review and prepare for same (0.3). | 2.20 |
| Jul 3, 2019 | SAD | E-mail correspondence with Jason Reid regarding cryptocurrency (0.1); review insurance quotes (0.4); e-mail correspondence to Elizabeth Janczak regarding insurance issues (0.3). | 0.80 |
| Jul 8, 2019 | SAD | E-mail correspondence from Scott Clar regarding insurance (0.1). | 0.10 |
| Jul 12, 2019 | SAD | Telephone conference with Scott Clar regarding BMG (0.3). | 0.30 |
| Jul 15, 2019 | ELJ | E-mail correspondence from Scott Clar regarding July revenue issues and BMG failure to pay (0.1); telephone conference with Brian Shaw regarding BMG service and monthly fee issues (0.2); conference with Shelly DeRousse regarding same (0.2). | 0.50 |
| Jul 15, 2019 | SAD | Review multiple e-mail correspondence regarding BMG claim and WESCO issues (0.4); conference with Elizabeth Janczak regarding BMG payment issues (0.2). | 0.60 |
| Jul 16, 2019 | ELJ | Review and analyze BMG's motion for relief from stay (0.7); telephone conference with Shelly DeRousse regarding same (0.1); attend hearing on case status and motion to reject executory contract (1.0). | 1.80 |
| Jul 16, 2019 | SAD | Telephone conference with Scott Clar regarding relief from stay hearing (0.2). | 0.20 |



FREEBORN & PETERS LLP



| | | | |
|---|---|---|---|
| Jul 23, 2019 | ELJ | Telephone conference with Scott Clar regarding BMG contract and claims issues (0.1); lengthy e-mail correspondence to Scott Clar regarding same (0.3). | 0.40 |
| Jul 23, 2019 | SAD | E-mail correspondence from Elizabeth Janczak to Scott Clar regarding BMG claim issues (0.3). | 0.30 |
| Jul 26, 2019 | ELJ | Telephone conference with Shelly DeRousse regarding debtors' plan proposal and SBI rent-to-own agreement (0.1); e-mail correspondence to Scott Clar regarding same (0.1); telephone conference with Scott Clar regarding same (0.1). | 0.30 |
| Jul 26, 2019 | SAD | Telephone conference with Elizabeth Janczak regarding SBI's motion (0.1); review open items relating to same (0.3). | 0.40 |
| Jul 29, 2019 | ELJ | Review e-mail correspondence from Scott Clar regarding BMG motion for relief from stay and damages under mining contract (0.3); review WESCO's objection to BMG's motion for relief from stay (0.1). | 0.40 |
| Jul 30, 2019 | ELJ | Draft objection to BMG's motion for relief from stay, including research of case law for same (1.9); telephone conference with Shelly DeRousse regarding same (0.1); telephone conference with Art Simon regarding same (0.1); review Debtor's response to BMG's motion for relief from stay (0.1). | 2.20 |
| Jul 30, 2019 | JEH | Review objection to BMG motion for relief from stay (0.1); draft notice and certificate of service regarding same (0.2); file same (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.50 |
| Jul 31, 2019 | JEH | File proofs of claim for various claimants (0.5); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.60 |






| | | | |
|---|---|---|---|
| Aug 7, 2019 | ELJ | Telephone conference with Dave Agay regarding August 8th hearing on motion to dismiss and potential chapter 11 plan (0.2); review BMG's reply in support of motion for relief from stay (0.3); review and prepare for August 8th hearing on multiple motions (0.3); telephone conference with Chrissy Sanfelippo regarding same (0.3). | 1.10 |
| Aug 8, 2019 | ELJ | Review and prepare for hearing on multiple motions including cash collateral, lease rejection, and motion for relief from stay (0.2); attend contested evidentiary hearing on WESCO motion for relief from stay and additional motions (4.0). | 4.20 |
| Aug 9, 2019 | ELJ | Telephone conferences with Scott Clar regarding cash collateral and lease rejection issues (0.3); e-mail correspondence to Scott Clar regarding NASDAQ Agreement and issues relating to BCause Secure (0.1). | 0.40 |
| Aug 9, 2019 | SAD | Review court orders and minute orders from August 8th hearing (0.4). | 0.40 |
| Aug 12, 2019 | ELJ | Conference with Shelly DeRousse regarding case status including cash collateral and plan issues (0.5); telephone conference with Scott Clar regarding same (0.2); review draft stipulation and order with Dominion (0.1). | 0.80 |
| Aug 13, 2019 | ELJ | Telephone conferences with Shelly DeRousse regarding cash collateral and NASDAQ lease issues (0.2). | 0.20 |
| Aug 13, 2019 | SAD | Conference with Elizabeth Janczak cash collateral and NASDAQ issues (0.2). | 0.20 |
| Aug 20, 2019 | SAD | Review BMG proposed settlement agreement (0.5). | 0.50 |
| Aug 22, 2019 | ELJ | Attend hearing on BMG motion for relief from stay and motion to assume and assign NASDAQ agreement (0.8); conferences with Scott Clar regarding same, proposed sale of BCause Secure equity and plan issues (0.3); conference with Shelly DeRousse regarding equity sale and plan issues (0.1). | 1.20 |
| Aug 26, 2019 | ELJ | Telephone conference with Scott Clar regarding equity sale and plan projections (0.1). | 0.10 |



FREEBORN & PETERS LLP



| | | | |
|---|---|---|---|
| Aug 29, 2019 | ELJ | Telephone conferences with Scott Clar regarding claims analysis and sale of BCause Secure equity (0.4); conference with Shelly DeRousse regarding case status (0.2). | 0.60 |
| Aug 29, 2019 | SAD | Cconference with Elizabeth Janczak regarding case status (0.2). | 0.20 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 1.10 | 450.00 | $495.00 |
| Janczak, Elizabeth L. | 34.40 | 370.00 | $12,728.00 |
| DeRousse, Shelly A. | 32.50 | 490.00 | $15,925.00 |
| Hazdra, Jacqueline E. | 4.60 | 230.00 | $1,058.00 |
| TOTAL HOURS | 72.60 | | |
| TOTAL FEES | | | $30,206.00 |

**TOTAL FEES AND DISBURSEMENTS** **$30,206.00**

c:\bills\868338.bil