# EXHIBIT B



**Freeborn**
FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

*Statement No.   100349080*

*Re:*   *Litigation*
       *Client Matter ID No. 33143-0002*

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| **FEES FOR THIS STATEMENT** | **$16,972.00** |
| **DISBURSEMENTS** | **<u>0.00</u>** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | 16,972.00 |
| **BALANCE DUE** | <u>$16,972.00</u> |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



**Freeborn**
FREEBORN & PETERS LLP

2                                                                                         September 17, 2019

Statement No: 100349080

For professional services rendered with regard to:

Re:  <u>Litigation</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Jun 3, 2019 | ELJ | Conference with Shelly DeRousse regarding potential resolution of issues with WESCO and WESCO's deposition of Debtor representative (0.1); attend deposition of Thomas Flake in connection with WESCO's motion to dismiss (5.6). | 5.70 |
| Jun 12, 2019 | JEH | Download WESCO regulatory documents (0.3); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.40 |
| Jun 17, 2019 | ELJ | Attend deposition of Fred Grede in connection with motion to dismiss (3.5); review and prepare for same (0.5); attend deposition of Carl Lane in connection with motion to dismiss (2.9); review Debtors' revised business plan and budget projections in preparation for same (0.9). | 7.80 |
| Jun 18, 2019 | ELJ | Review budgets and financials in preparation for evidentiary hearing on WESCO's motion to dismiss (1.1); e-mail correspondence to Devon Eggert regarding same (0.1); telephone conference with Scott Clar regarding same (0.2). | 1.40 |
| Jun 19, 2019 | ELJ | Continue reviewing Debtors' budgets and financials in preparation for evidentiary hearing on motion to dismiss (1.4); review WESCO's reply in support of motion to dismiss (0.8); telephone conferences with Scott Clar regarding WESCO evidentiary hearing issues and complaint against WESCO (0.4); conferences with Devon Eggert regarding same (0.9); draft complaint against WESCO challenging the validity of liens and claim amounts (4.8); draft joinder to WESCO and Debtors witness and exhibit lists (0.2); review WESCO and Debtors' witness and exhibit lists (0.1). | 8.60 |


FREEBORN & PETERS LLP

               3               September 17, 2019

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jun 19, 2019 | DJE | E-mail correspondence with Elizabeth Janczak regarding preparation for hearing on motion to dismiss (0.2); conferences with Elizabeth Janczak regarding same (0.9); review exhibit and witness lists in connection with same (0.2). | 1.30 |
| Jun 19, 2019 | JEH | Review and file joinder to debtors' and WESCO's witness and exhibit lists (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.20 |
| Jun 20, 2019 | ELJ | Review and revise complaint against WESCO (0.2); review and prepare for evidentiary hearing on WESCO motion to dismiss (1.6); telephone conferences with Scott Clar regarding same (0.2); telephone conferences with Brian Shaw and Jen McLemore (counsel for BMG) regarding same (1.0); telephone conferences with Scott Clar and Tom Flake regarding same (1.2). | 4.20 |
| Jun 20, 2019 | DJE | Review and revise draft WESCO complaint (0.4). | 0.40 |
| Jun 21, 2019 | ELJ | Review and prepare for evidentiary hearing on WESCO motion to dismiss (0.9); attend same (6.9). | 7.80 |
| Jun 24, 2019 | ELJ | Review and prepare for continued evidentiary hearing on WESCO motion to dismiss (0.5); attend same (6.8). | 7.30 |
| Jun 25, 2019 | ELJ | E-mail correspondence with Scott Clar regarding extension of time for WESCO to respond to complaint (0.1). | 0.10 |
| Jun 25, 2019 | SAD | Conference with Elizabeth Janczak regarding WESCO motion to dismiss and hearing (0.4). | 0.40 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 1.70 | 450.00 | $765.00 |
| Janczak, Elizabeth L. | 42.90 | 370.00 | $15,873.00 |
| DeRousse, Shelly A. | 0.40 | 490.00 | $196.00 |
| Hazdra, Jacqueline E. | 0.60 | 230.00 | $138.00 |
| TOTAL HOURS | 45.60 | | |
| TOTAL FEES | | | $16,972.00 |



4                                                                September 17, 2019

**TOTAL FEES AND DISBURSEMENTS**                    **$16,972.00**

c:\bills\859953.bil