# EXHIBIT C



**Freeborn**
FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No.   100357466

Re:   *Creditor Inquiries and Negotiations*
      *Client Matter ID No. 33143-0003*

Chicago
Springfield
Richmond
New York
Tampa

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| **FEES FOR THIS STATEMENT** | **$651.00** |
| **DISBURSEMENTS** | **_0.00_** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | *651.00* |
| **BALANCE DUE** | **_$651.00_** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*


FREEBORN & PETERS LLP

                2              September 17, 2019

Statement No: 100357466

For professional services rendered with regard to:

Re: Creditor Inquiries and Negotiations

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jun 5, 2019 | ELJ | Conference with Patrick Childress (former employee) regarding case status (0.3). | 0.30 |
| Jun 12, 2019 | ELJ | Telephone conference with Jennifer Kimball (representing Silbar) regarding case status and open case issues (0.3). | 0.30 |
| Jul 2, 2019 | ELJ | E-mail correspondence with Shelly DeRousse regarding creditor inquiry relating to proof of claim (0.1). | 0.10 |
| Jul 30, 2019 | JEH | File proofs of claim for various claimants (0.6). | 0.60 |
| Jul 31, 2019 | ELJ | Coordinate e-filings of creditor proofs of claim (0.1); telephone conference with Ann Cresce regarding filing former employee claim (0.1). | 0.20 |
| Aug 1, 2019 | ELJ | E-mail correspondence and telephone conferences with Ann Cresce regarding filing creditor claim (0.1). | 0.10 |
| Aug 1, 2019 | JEH | File proofs of claim for various claimants (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.30 |
| Aug 2, 2019 | ELJ | Telephone conference with creditor regarding submission of claim and bar date (0.1); e-mail correspondence to creditor regarding same (0.1). | 0.20 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 1.20 | 370.00 | $444.00 |
| Hazdra, Jacqueline E. | 0.90 | 230.00 | $207.00 |
| TOTAL HOURS | 2.10 | | |
| TOTAL FEES | | | $651.00 |


FREEBORN & PETERS LLP

                                3                          September 17, 2019

**TOTAL FEES AND DISBURSEMENTS**                          **$651.00**

c:\bills\868339.bil