# EXHIBIT D



# Freeborn

FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.**   *100357467*

**Re:**        ***Secured Creditor Issues***
           ***Client Matter ID No.  33143-0004***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---|
| **FEES FOR THIS STATEMENT** | **$10,737.00** |
| **DISBURSEMENTS** | **0.00** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | *10,737.00* |
| **BALANCE DUE** | **$10,737.00** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



**Freeborn**

FREEBORN & PETERS LLP

2                              September 17, 2019

Statement No: 100357467

For professional services rendered with regard to:

Re:  Secured Creditor Issues

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| Apr 25, 2019 | ELJ | Review Wesco cash collateral objection and security issues relating to same (0.4). | 0.40 |
| Apr 26, 2019 | ELJ | Continue reviewing Wesco cash collateral objection and potential issues with secured position (0.2); e-mail correspondence to Shelly DeRousse and Devon Eggert summarizing same (0.2). | 0.40 |
| May 2, 2019 | SAD | Telephone conference with Scott Clar regarding negotiations with WESCO (0.4); conference with Devon Eggert regarding issues with WESCO claim (0.3). | 0.70 |
| May 7, 2019 | SAD | Review objections filed by WESCO (0.4); telephone conference with Scott Clar regarding cash collateral budget (0.3). | 0.70 |
| May 9, 2019 | ELJ | Review proposed third interim cash collateral order and draft proposed revisions to same (0.2). | 0.20 |
| May 10, 2019 | ELJ | Review WESCO's proof of claim and supporting documentation in connection with lien analysis (0.4); conference with Shelly DeRousse regarding same (0.2); telephone conference with Devon Eggert regarding same (0.1); research case law regarding enforceability of liens and confession of judgment (0.5); multiple e-mail correspondence with debtors and parties in interest regarding proposed cash collateral order (0.3); telephone conference with Dave Agay regarding Committee document requests to WESCO and cash collateral issues (0.2). | 1.70 |
| May 10, 2019 | SAD | Conference with Elizabeth Janczak regarding cash collateral order (0.2); research lien issues (2.2); review various versions of the cash collateral order (0.4); e- mail correspondence from David Agay regarding cash collateral order (0.2). | 3.00 |



Freeborn & Peters LLP

3               September 17, 2019

| Date | Initials | Description | Hours |
|---|---|---|---|
| May 13, 2019 | ELJ | E-mail correspondence with working group regarding revisions to cash collateral order (0.1); telephone conference with Scott Clar regarding same (0.1); e-mail correspondence with David Agay regarding supporting information requested from WESCO (0.1); telephone conference with Shelly DeRousse regarding same (0.1); telephone conference with Chrissy Sanfelippo (BMG) regarding documents requested from WESCO and issues relating to same (0.2). | 0.60 |
| May 13, 2019 | SAD | Review e-mail correspondence between David Agay and Scott Clar regarding cash collateral order (0.3); telephone conference with Scott Clar regarding cash collateral order (0.2); e-mail correspondence to Elizabeth Janczak regarding motion for derivative standing (0.1); telephone conference with Elizabeth Janczak regarding calculation of WECO's claim (0.1); research regarding Article 9-3321 (1.6). | 2.30 |
| May 14, 2019 | ELJ | Conference with Shelly DeRousse regarding WESCO lien issues (0.1). | 0.10 |
| May 17, 2019 | SAD | Review e-mail correspondence regarding documents from Bcause relating to WESCO claim (0.2). | 0.20 |
| May 21, 2019 | SAD | Telephone conference with Jacqueline Hazdra regarding WESCO document production (0.1); review documents produced by WESCO (0.6). | 0.70 |
| May 23, 2019 | SAD | Telephone conference with Art Simon regarding WESCO's liens (0.1); research regarding WESCO's liens (1.5). | 1.90 |
| May 29, 2019 | SAD | Teleconference with David Agay regarding proposed WESCO compromise (0.4). | 0.40 |
| Jun 4, 2019 | SAD | Review cash collateral budget and motion (0.4); e-mail correspondence with Brian Shaw regarding cash collateral hearing (0.2). | 0.60 |
| Jun 5, 2019 | ELJ | Attend continued hearing on cash collateral (1.1). | 1.10 |
| Jun 17, 2019 | SAD | Review multiple e-mail correspondence with David Agay and Scott Clar regarding evidence for adequate protection hearing (0.5); review notice of deposition by Carl Lange (0.1). | 0.60 |



Freeborn
FREEBORN & PETERS LLP

4                                September 17, 2019

| Date | TK | Description | Hours |
|------|-----|-------------|-------|
| Jun 24, 2019 | SAD | Review adversary complaint against WESCO and exhibits thereto (1.0). | 1.00 |
| Jun 25, 2019 | ELJ | Review and comment upon proposed cash collateral order (0.1). | 0.10 |
| Jul 2, 2019 | SAD | Prepare for hearing on property insurance and adequate protection (0.6); attend hearing on same (1.2). | 1.80 |
| Jul 3, 2019 | ELJ | Multiple e-mail correspondence with Scott Clar regarding property insurance quotes in connection with adequate protection of WESCO collateral (0.1); review same (0.1); attend status hearing on same (0.7). | 0.90 |
| Aug 8, 2019 | ELJ | Multiple e-mail correspondence with working group regarding proposed cash collateral order and budget (0.1). | 0.10 |
| Aug 12, 2019 | ELJ | Review revised cash collateral order and budget (0.1); e-mail correspondence to Scott Clar regarding same (0.1); review letter from WESCO regarding adequate protection issues (0.2). | 0.40 |
| Aug 13, 2019 | SAD | Prepare for hearing regarding cash collateral issues (0.7); attend hearing regarding cash collateral use (1.1). | 1.80 |
| Aug 14, 2019 | ELJ | Review proposed cash collateral budget through September 6th (0.1); telephone conference with Scott Clar regarding same (0.1). | 0.20 |
| Aug 16, 2019 | ELJ | Telephone conference with Scott Clar and Shelly DeRousse regarding revised cash collateral budget (0.2). | 0.20 |
| Aug 16, 2019 | SAD | Telephone conference with Scott Clar and Elizabeth Janczak regarding cash collateral budget (0.2). | 0.20 |
| Aug 19, 2019 | SAD | Review proposed cash collateral budget (0.5). | 0.50 |
| Aug 20, 2019 | ELJ | Attend continued cash collateral hearing (0.9). | 0.90 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|------------|-------|------|------|
| Janczak, Elizabeth L. | 7.30 | 370.00 | $2,701.00 |



FREEBORN & PETERS LLP

5                              September 17, 2019

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DeRousse, Shelly A. | 16.40 | 490.00 | $8,036.00 |
| TOTAL HOURS | 23.70 | | |
| TOTAL FEES | | | $10,737.00 |

**TOTAL FEES AND DISBURSEMENTS**                **$10,737.00**

c:\bills\868340.bil