# EXHIBIT E



**FREEBORN & PETERS LLP**

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.**   *100357468*

**Re:**   <u>**F&P Retention and Fee Applications**</u>
*Client Matter ID No.  33143-0005*

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| **FEES FOR THIS STATEMENT** | **$1,956.00** |
| **DISBURSEMENTS** | <u>***0.00***</u> |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | *1,956.00* |
| **BALANCE DUE** | <u>**$1,956.00**</u> |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



FREEBORN & PETERS LLP

2                                                                September 17, 2019

Statement No: 100357468

For professional services rendered with regard to:

Re:  F&P Retention and Fee Applications

| Apr 25, 2019 | BEC | Begin drafting of Freeborn's retention application (0.1). | 0.10 |
| Apr 26, 2019 | BEC | Draft and revise Freeborn's retention application, proposed order and declaration (1.3); multiple e-mail correspondence with Elizabeth Janczak regarding same (0.2). | 1.50 |
| Apr 26, 2019 | ELJ | Multiple e-mail correspondence with Bianca Ciarroni regarding retention application issues (0.1); review and revise Freeborn retention application, declaration, and proposed order (0.6). | 0.70 |
| May 3, 2019 | JEH | Review application to employ Freeborn & Peters LLP (0.1); draft notice of motion and certificate of service regarding same (0.4); review proposed order and exhibit regarding same (0.2); e-mail correspondence with Bianca Ciarroni regarding same (0.1); file same (0.2). | 1.00 |
| May 3, 2019 | ELJ | Review revisions to Freeborn retention application (0.1). | 0.10 |
| May 3, 2019 | BEC | Revise Freeborn's retention application, declaration and proposed order for same (0.2); coordinate filing of same (0.1). | 0.30 |
| May 3, 2019 | SAD | Review and revise retention application (0.5); review and revise DeRousse declaration (0.4); e-mail correspondence with Elizabeth Janczak regarding retention application (0.1). | 1.00 |
| May 9, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.2). | 0.20 |
| Jun 11, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.2). | 0.20 |
| Jul 10, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.3). | 0.30 |
| Jul 12, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.1). | 0.10 |



FREEBORN & PETERS LLP

3                           September 17, 2019

| Aug 12, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.2). | 0.20 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 1.80 | 370.00 | $666.00 |
| DeRousse, Shelly A. | 1.00 | 490.00 | $490.00 |
| Ciarroni, Bianca E. | 1.90 | 300.00 | $570.00 |
| Hazdra, Jacqueline E. | 1.00 | 230.00 | $230.00 |
| TOTAL HOURS | 5.70 | | |
| TOTAL FEES | | | $1,956.00 |

**TOTAL FEES AND DISBURSEMENTS**                           **$1,956.00**

c:\bills\868341.bil