# EXHIBIT F



**FREEBORN & PETERS LLP**

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.  100345281**

**Re:**    **<u>Other Professional Retention</u>**
           ***Client Matter ID No.  33143-0006***

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| ***FEES FOR THIS STATEMENT*** | ***$294.00*** |
| ***DISBURSEMENTS*** | ***<u>0.00</u>*** |
| *TOTAL AMOUNT OF CURRENT STATEMENT* | *294.00* |
| ***BALANCE DUE*** | ***<u>$294.00</u>*** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



FREEBORN & PETERS LLP

        2        September 17, 2019

Statement No: 100345281

For professional services rendered with regard to:

Re: Other Professional Retention

| Date | TK | Description | Hours |
|---|---|---|---|
| May 20, 2019 | SAD | Review multiple exhibits to Crane Simon retention application (0.6). | 0.60 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DeRousse, Shelly A. | 0.60 | 490.00 | $294.00 |
| TOTAL HOURS | 0.60 | | |
| TOTAL FEES | | | $294.00 |

**TOTAL FEES AND DISBURSEMENTS**      **$294.00**

c:\bills\856154.bil