# EXHIBIT G



FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.**   *100357469*

**Re:**   **Plan and Disclosure Statement**
*Client Matter ID No.  33143-0007*

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| **FEES FOR THIS STATEMENT** | *$15,027.00* |
| **DISBURSEMENTS** | *0.00* |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | *15,027.00* |
| **BALANCE DUE** | *$15,027.00* |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



FREEBORN & PETERS LLP

                                 2                        September 17, 2019

Statement No: 100357469

For professional services rendered with regard to:

Re:  <u>Plan and Disclosure Statement</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Jul 26, 2019 | ELJ | Review outline of Debtors' business plan in connection with possible chapter 11 plan (0.2). | 0.20 |
| Aug 4, 2019 | ELJ | Review Debtors' slide deck of proposed chapter 11 plan (0.6). | 0.60 |
| Aug 5, 2019 | ELJ | Telephone conferences with Scott Clar regarding debtors' proposed chapter 11 plan (0.5); continue reviewing and analyzing Debtors' proposed chapter 11 plan terms (2.6); conference with Devon Eggert regarding same (0.6); telephone conference with Scott Clar and Tom Flake regarding proposed chapter 11 plan and financial projections (1.4). | 5.10 |
| Aug 5, 2019 | DJE | Conference with Elizabeth Janczak regarding plan issues (0.6); review motion to file joint plan and disclosure statement in connection with same (0.1). | 0.70 |
| Aug 6, 2019 | ELJ | Telephone conference with Scott Clar regarding chapter 11 plan status and next steps (0.1); telephone conference with Mark Fisher regarding chapter 11 plan issues (0.3); begin reviewing draft of combined plan and disclosure statement (0.4). | 0.80 |
| Aug 6, 2019 | DJE | Multiple e-mail correspondence with Elizabeth Janczak regarding plan status and committee update for same (0.3). | 0.30 |
| Aug 7, 2019 | ELJ | Review and provide comments to draft plan and disclosure statement (1.7); e-mail correspondence to Scott Clar regarding same (0.1). | 1.80 |
| Aug 12, 2019 | SAD | Conference with Elizabeth Janczak regarding plan of reorganization (0.4); review plan (1.0). | 1.40 |
| Aug 14, 2019 | SAD | Review plan of reorganization (0.9). | 0.90 |
| Aug 15, 2019 | ELJ | Begin reviewing and revising draft chapter 11 plan (2.0); conference with Shelly DeRousse regarding same (0.5). | 2.50 |
| Aug 15, 2019 | SAD | Conference with Elizabeth Janczak regarding plan terms and strategy (0.5). | 0.50 |



**FREEBORN & PETERS LLP**

                3           September 17, 2019

| Date | Initials | Description | Hours |
|---|---|---|---|
| Aug 16, 2019 | ELJ | Telephone conference with Scott Clar, Shelly DeRousse, and Tom Flake regarding plan issues and proposed treatment of creditors (1.2); conference with Shelly DeRousse regarding same (0.5). | 1.70 |
| Aug 16, 2019 | SAD | Prepare for call with debtors regarding plan issues (0.5); telephone conference with Tom Flake, Scott Clar and Elizabeth Janczak regarding plan strategy (1.2); conference with Elizabeth Janczak regarding plan strategy (0.5). | 2.20 |
| Aug 19, 2019 | SAD | Conference with Elizabeth Janczak regarding plan strategy (0.2). | 0.20 |
| Aug 20, 2019 | SAD | Telephone conference with Scott Clar, Tom Flake and Elizabeth Janczak regarding chapter 11 plan issues (0.7). | 0.70 |
| Aug 20, 2019 | ELJ | Telephone conference with Scott Clar, Shelly DeRousse, and Tom Flake regarding revisions to chapter 11 plan and concept (0.7); e-mail correspondence with working group regarding BCause Secure equity issues relating to same (0.2). | 0.90 |
| Aug 21, 2019 | ELJ | Begin substantial revisions to draft chapter 11 plan (3.7); conferences with Shelly DeRousse regarding same (0.5). | 4.20 |
| Aug 21, 2019 | SAD | Conferences with Elizabeth Janczak regarding plan terms (0.5); review potential plan terms for WESCO negotiations (0.5). | 1.00 |
| Aug 22, 2019 | ELJ | Continue revising Debtors' proposed chapter 11 plan (1.4). | 1.40 |
| Aug 22, 2019 | SAD | Telephone conference with David Agay regarding potential plan terms (0.4). | 0.40 |
| Aug 26, 2019 | ELJ | Continue reviewing and revising Debtor's proposed chapter 11 plan (2.6); e-mail correspondence to Scott Clar regarding same (0.1). | 2.70 |
| Aug 26, 2019 | SAD | Conference with Elizabeth Janczak regarding plan issues (0.1); review debtor's draft plan (1.2). | 1.30 |
| Aug 27, 2019 | ELJ | Multiple e-mail correspondence with Scott Clar regarding Debtors' comments to proposed revisions to Chapter 11 plan (0.3). | 0.30 |
| Aug 29, 2019 | SAD | Review debtor's financial projections in connection with plan (0.5). | 0.50 |



**FREEBORN & PETERS LLP**

                                            4                          September 17, 2019

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| Aug 29, 2019 | SAD | Review proposed plan terms (0.5); review e-mail correspondence from Tom Flake regarding plan (0.4). | 0.90 |
| Aug 30, 2019 | ELJ | Review and revise Debtors' proposed chapter 11 plan (1.4); e-mail correspondence to Scott Clar regarding same (0.2); telephone conferences with Scott Clar regarding same (0.2); telephone conference with Shelly DeRousse regarding same (0.3). | 2.10 |
| Aug 30, 2019 | SAD | Multiple e-mail correspondence between Elizabeth Janczak and Scott Clar regarding plan projections (0.1). | 0.10 |
| Aug 30, 2019 | SAD | Review draft plan (1.0); telephone conference with Elizabeth Janczak regarding plan issues (0.3). | 1.30 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 1.00 | 450.00 | $450.00 |
| Janczak, Elizabeth L. | 24.30 | 370.00 | $8,991.00 |
| DeRousse, Shelly A. | 11.40 | 490.00 | $5,586.00 |
| TOTAL HOURS | 36.70 | | |
| TOTAL FEES | | | $15,027.00 |

**TOTAL FEES AND DISBURSEMENTS**      **$15,027.00**

c:\bills\868342.bil