# EXHIBIT H



**FREEBORN & PETERS LLP**

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

*Statement No.  100357470*

*Re:*    *Executory Contracts and Unexpired Leases*
         *Client Matter ID No.  33143-0008*

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| *FEES FOR THIS STATEMENT* | *$3,259.00* |
| *DISBURSEMENTS* | *0.00* |
| *TOTAL AMOUNT OF CURRENT STATEMENT* | 3,259.00 |
| *BALANCE DUE* | *$3,259.00* |

*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



**FREEBORN & PETERS LLP**

2                                                                                      September 17, 2019

Statement No: 100357470

For professional services rendered with regard to:

Re:  <u>Executory Contracts and Unexpired Leases</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| May 3, 2019 | SAD | Review motion to compel payment of rent (0.5). | 0.50 |
| May 13, 2019 | SAD | Review motion to compel debtor to pay rent (0.1). | 0.10 |
| May 31, 2019 | SAD | Review lease rejection motion (0.4). | 0.40 |
| Jun 27, 2019 | ELJ | Attend hearing on stipulation with Dominion as to utility payments under Schedule 10 (0.8); review motion to enter into Chicago lease (0.1); telephone conference and e-mail correspondence with Scott Clar regarding same (0.1). | 1.00 |
| Jul 26, 2019 | ELJ | Review motion to approve rent-to-own agreement with SBI (0.3). | 0.30 |
| Jul 29, 2019 | ELJ | Conference with Shelly DeRousse regarding motion to enter into lease-to-own agreement with SBI (0.2); telephone conference with Shelly DeRousse, Scott Clar, and Tom Flake regarding same (0.4); draft proposed language for revised SBI order (0.3); telephone conferences with Mark Fisher (Hoffland) regarding same (0.2). | 1.10 |
| Jul 29, 2019 | SAD | Telephone conference with Scott Clar, Tom Flake and Elizabeth Janczak regarding SBI rent-to-own agreement (0.4). | 0.40 |
| Jul 29, 2019 | SAD | Conferences with Elizabeth Janczak regarding lease issues (0.2); review equipment lease terms (0.5). | 0.70 |
| Jul 30, 2019 | ELJ | Review and prepare for hearing on motion to approve rent-to-own agreement with SBI including review of revised version of agreement (0.5); conference with Shelly DeRousse regarding same (0.1); attend hearing on same (0.8); Review and revise proposed changes to rental agreement (0.2). | 1.60 |


FREEBORN & PETERS LLP

                                                   3                    September 17, 2019

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jul 31, 2019 | ELJ | E-mail correspondence and telephone conference with Scott Clar regarding revisions to rent-to-own agreement with SBI (0.2); multiple e-mail correspondence with case working group regarding same (0.2). | 0.40 |
| Aug 1, 2019 | ELJ | Multiple e-mail correspondence with working group regarding revisions to SBI rent-to-own agreement (0.1). | 0.10 |
| Aug 2, 2019 | ELJ | Review revised SBI rent-to-own agreement (0.1). | 0.10 |
| Aug 5, 2019 | SAD | Review Hoffman Properties response to motion to extend deadline to assume lease (0.4); review debtor's withdrawal of motion to extend time for lease rejection (0.1). | 0.50 |
| Aug 15, 2019 | ELJ | Review revised order assuming and assigning NASDAQ agreement (0.1); multiple e-mail correspondence with working group regarding same (0.1). | 0.20 |
| Aug 19, 2019 | SAD | Review order for motion to assume NASDAQ contract (0.2). | 0.20 |
| Aug 23, 2019 | ELJ | E-mail correspondence to Scott Clar regarding order on assignment of NASDAQ agreement (0.1). | 0.10 |
| Aug 26, 2019 | ELJ | E-mail correspondence with working group regarding NASDAQ assumption and assignment order (0.1); review motion to enter into Virginia Beach lease (0.1). | 0.20 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 5.10 | 370.00 | $1,887.00 |
| DeRousse, Shelly A. | 2.80 | 490.00 | $1,372.00 |
| TOTAL HOURS | 7.90 | | |
| TOTAL FEES | | | $3,259.00 |

**TOTAL FEES AND DISBURSEMENTS**                         $3,259.00