# EXHIBIT I



FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.** *100357471*

**Re:**  *Committee Meetings and Governance*
        *Client Matter ID No. 33143-0009*

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| *FEES FOR THIS STATEMENT* | *$5,747.00* |
| *DISBURSEMENTS* | *0.00* |
| *TOTAL AMOUNT OF CURRENT STATEMENT* | 5,747.00 |
| *BALANCE DUE* | *$5,747.00* |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



**Freeborn**
FREEBORN & PETERS LLP

2                                                                                          September 17, 2019

Statement No: 100357471

For professional services rendered with regard to:

Re:  Committee Meetings and Governance

| Date | Atty | Description | Hours |
|---|---|---|---|
| Apr 25, 2019 | BEC | Draft of contact list (0.3); draft Committee's By-Laws (0.2). | 0.50 |
| Apr 26, 2019 | BEC | Draft and revise contact list (0.3); draft and revise Committee's By-Laws (0.5). | 0.80 |
| Apr 26, 2019 | ELJ | Review and revise Committee bylaws and contact list (0.3). | 0.30 |
| Apr 29, 2019 | ELJ | E-mail correspondence to Committee regarding bylaws and contact list (0.1); conferences with Shelly DeRousse regarding preparation for Committee call (0.2); review and prepare for same (0.2); attend conference call with Committee (0.5); revise Committee bylaws (0.1); e-mail correspondence to Committee regarding bylaws and next steps in case (0.2). | 1.30 |
| Apr 29, 2019 | SAD | Prepare for committee call (0.5); attend committee call (0.5). | 1.00 |
| May 9, 2019 | ELJ | Attend conference call with Committee regarding case open items (0.6); follow up e-mail correspondence to De'Ana Dow regarding Committee bylaws (0.1). | 0.70 |
| May 9, 2019 | SAD | Prepare for committee call (0.3); attend committee call (0.6). | 0.90 |
| Jun 3, 2019 | SAD | E-mail correspondence with Wayne Pehrson regarding committee call (0.1); conference with Elizabeth Janczak regarding committee call (0.1). | 0.20 |
| Jun 4, 2019 | ELJ | Attend Committee conference call regarding case status and next steps (0.6); follow-up e-mail correspondence to Committee regarding same (0.1). | 0.70 |
| Jun 4, 2019 | SAD | Prepare for committee call (0.4); attend committee call (0.6); review open items based upon same (0.9). | 1.90 |
| Jun 6, 2019 | ELJ | Telephone conference with Wayne Pehrson regarding case status update (0.3). | 0.30 |


FREEBORN & PETERS LLP

            3            September 17, 2019

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jun 21, 2019 | ELJ | E-mail correspondence to Committee regarding status update on WESCO trial (0.1). | 0.10 |
| Jun 25, 2019 | ELJ | Draft lengthy e-mail correspondence to Committee regarding evidentiary hearing on WESCO motion to dismiss and current case status (0.7). | 0.70 |
| Jun 26, 2019 | SAD | Review e-mail correspondence to committee (0.3); telephone conference with Elizabeth Janczak regarding e-mail correspondence to committee (0.2). | 0.50 |
| Jul 9, 2019 | ELJ | E-mail correspondence to Committee regarding case status including claims bar date and insurance issues (0.2). | 0.20 |
| Jul 23, 2019 | ELJ | E-mail correspondence to Committee regarding case status including claims bar date and BMG issues (0.3). | 0.30 |
| Jul 23, 2019 | SAD | Review e-mail correspondence to committee regarding case update (0.2). | 0.20 |
| Aug 6, 2019 | ELJ | Draft lengthy e-mail correspondence to Committee regarding plan discussions and case status (0.4). | 0.40 |
| Aug 9, 2019 | SAD | Review and revise proposed e-mail correspondence from Elizabeth Janczak to committee regarding case status (0.4); review multiple e-mail correspondence from committee members and Elizabeth Janczak regarding potential plan (0.4). | 0.80 |
| Aug 29, 2019 | ELJ | Draft lengthy summary to Committee regarding status of WESCO motion to dismiss, BMG settlement, sale of BCause Secure equity, and chapter 11 plan (1.4). | 1.40 |
| Aug 29, 2019 | SAD | Review draft e-mail to committee (0.4); multiple e-mail correspondence with committee members (0.2). | 0.60 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 6.40 | 370.00 | $2,368.00 |
| DeRousse, Shelly A. | 6.10 | 490.00 | $2,989.00 |


FREEBORN & PETERS LLP

                                      4                          September 17, 2019

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Ciarroni, Bianca E. | 1.30 | 300.00 | $390.00 |
| TOTAL HOURS | 13.80 | | |
| TOTAL FEES | | | $5,747.00 |

**TOTAL FEES AND DISBURSEMENTS**　　　　　　　　**$5,747.00**

c:\bills\868344.bil