# EXHIBIT J



**FREEBORN & PETERS LLP**

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

    **Statement No.**   *100357472*

    **Re:**    <u>*Investigation of Operations*</u>
            *Client Matter ID No.  33143-0010*

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| *FEES FOR THIS STATEMENT* | *$74.00* |
| *DISBURSEMENTS* | *<u>0.00</u>* |
| *TOTAL AMOUNT OF CURRENT STATEMENT* | 74.00 |
| *BALANCE DUE* | *<u>$74.00</u>* |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



FREEBORN & PETERS LLP

                                       2                          September 17, 2019

Statement No: 100357472

For professional services rendered with regard to:

Re: <u>Investigation of Operations</u>

| Apr 26, 2019 | ELJ | Telephone conference with Scott Clar regarding BCause's business operations and background information (0.2). | 0.20 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 0.20 | 370.00 | $74.00 |
| TOTAL HOURS | 0.20 | | |
| TOTAL FEES | | | <u>$74.00</u> |

**TOTAL FEES AND DISBURSEMENTS**         **$74.00**

c:\bills\868345.bil