# EXHIBIT K



**FREEBORN & PETERS LLP**

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.   100357473**

**Re:**           **<u>Asset Sales</u>**
                 **Client Matter ID No. 33143-0011**

*Chicago*
*Springfield*
*Richmond*      FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
*New York*      THROUGH AUGUST 31, 2019:
*Tampa*

| | |
|---|---:|
| ***FEES FOR THIS STATEMENT*** | *$702.00* |
| ***DISBURSEMENTS*** | *<u>0.00</u>* |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | *702.00* |
| ***BALANCE DUE*** | *<u>$702.00</u>* |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



FREEBORN & PETERS LLP

                  2                September 17, 2019

Statement No: 100357473

For professional services rendered with regard to:

Re: Asset Sales

| Date | TK | Description | Hours |
|---|---|---|---|
| Aug 21, 2019 | ELJ | Multiple e-mail correspondence with working group regarding potential sale of BCause Secure equity (0.3). | 0.30 |
| Aug 26, 2019 | ELJ | Review term sheet regarding proposal to purchase BCause Secure equity (0.2); telephone conference with Scott Clar regarding same (0.1); conference with Shelly DeRousse regarding same (0.2); e-mail correspondence to Scott Clar regarding revisions to proposed terms and issues relating to same (0.2). | 0.70 |
| Aug 29, 2019 | ELJ | Review revised term sheet regarding sale of BCause Secure equity (0.2). | 0.20 |
| Aug 29, 2019 | SAD | Review sale motion (0.3). | 0.30 |
| Aug 30, 2019 | ELJ | Review draft motion to sell BCause Secure equity interests (0.1); telephone conferences with Scott Clar regarding same (0.2). | 0.30 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 1.50 | 370.00 | $555.00 |
| DeRousse, Shelly A. | 0.30 | 490.00 | $147.00 |
| TOTAL HOURS | 1.80 | | |
| TOTAL FEES | | | $702.00 |

**TOTAL FEES AND DISBURSEMENTS**                   **$702.00**

c:\bills\868346.bil