# EXHIBIT L



FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.** *100345285*

**Re:** **<u>Schedules and Reports</u>**
*Client Matter ID No. 33143-0012*

Chicago
Springfield
Richmond
New York
Tampa

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| ***FEES FOR THIS STATEMENT*** | ***$333.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | *333.00* |
| ***BALANCE DUE*** | ***$333.00*** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



FREEBORN & PETERS LLP

                       2               September 17, 2019

Statement No: 100345285

For professional services rendered with regard to:

Re:  Schedules and Reports

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| May 14, 2019 | ELJ | Review BCause LLC and Mining schedules and statements of financial affairs (0.9). | 0.90 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 0.90 | 370.00 | $333.00 |
| TOTAL HOURS | 0.90 | | |
| TOTAL FEES | | | $333.00 |

**TOTAL FEES AND DISBURSEMENTS**          **$333.00**

c:\bills\856158.bil