# EXHIBIT M



**FREEBORN & PETERS LLP**

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.  100357474**

**Re:**    <u>**Claims Analysis**</u>
       ***Client Matter ID No.  33143-0013***

*Chicago*
*Springfield*
*Richmond*
*New York*
*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---:|
| ***FEES FOR THIS STATEMENT*** | *$1,923.00* |
| ***DISBURSEMENTS*** | <u>*0.00*</u> |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | *1,923.00* |
| ***BALANCE DUE*** | <u>***$1,923.00***</u> |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



**Freeborn**
FREEBORN & PETERS LLP

2                                                                                          September 17, 2019

Statement No: 100357474

For professional services rendered with regard to:

Re:  <u>Claims Analysis</u>

| Date | TK | Description | Hours |
|---|---|---|---|
| Aug 16, 2019 | ELJ | Draft template for claims summary and analysis (0.2); conference with Jacqueline Hazdra regarding same (0.1). | 0.30 |
| Aug 16, 2019 | JEH | Conference with Elizabeth Janczak regarding claims review (0.2); draft spreadsheet regarding details of same (1.9). | 2.10 |
| Aug 19, 2019 | JEH | Continue preparing claims review spreadsheet (2.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 2.20 |
| Aug 20, 2019 | ELJ | Review and analyze claims filed against debtors for potential objections (1.1). | 1.10 |
| Aug 20, 2019 | JEH | Telephone conference with Elizabeth Janczak regarding claims review spreadsheet (0.1). | 0.10 |
| Aug 29, 2019 | ELJ | Review and revise analysis of claims against Debtors (0.2); multiple e-mail correspondence with Scott Clar regarding same (0.1). | 0.30 |
| Aug 29, 2019 | SAD | Review Tom Flake's claim analysis (0.4); e-mail correspondence to Scott Clar regarding claims spreadsheet (0.1). | 0.50 |
| Aug 30, 2019 | ELJ | Review debtors' proposed claims reconciliation (0.1). | 0.10 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 1.80 | 370.00 | $666.00 |
| DeRousse, Shelly A. | 0.50 | 490.00 | $245.00 |
| Hazdra, Jacqueline E. | 4.40 | 230.00 | $1,012.00 |
| TOTAL HOURS | 6.70 | | |
| TOTAL FEES | | | <u>$1,923.00</u> |



FREEBORN & PETERS LLP

                 3                 September 17, 2019

**TOTAL FEES AND DISBURSEMENTS**                 $1,923.00

c:\bills\868347.bil