# EXHIBIT N



# Freeborn

FREEBORN & PETERS LLP

September 17, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.    100353661**

**Re:          *Expenses*
            *Client Matter ID No.  33143-0015***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2019:

| | |
|---|---|
| **FEES FOR THIS STATEMENT** | **$0.00** |
| **DISBURSEMENTS** | **12.35** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **12.35** |
| **BALANCE DUE** | **$12.35** |



*PAYMENT DUE UPON RECEIPT,
INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



# Freeborn

FREEBORN & PETERS LLP

2                                September 17, 2019

Statement No: 100353661

For professional services rendered with regard to:

Re:  Expenses

## DISBURSEMENTS

| May 9, 2019 | ELJ | Telephone | 6.70 |
| | | Conference call 11543020 | |
| Jun 4, 2019 | ELJ | Telephone | 5.65 |
| | | Conference call 11563215 | |

## DISBURSEMENT SUMMARY

|  | | |
| --- | --- | --- |
| Telephone | | 12.35 |
| | TOTAL DISBURSEMENTS | $12.35 |

**TOTAL FEES AND DISBURSEMENTS**              **$12.35**

c:\bills\864534.bil