UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING BMG OPERATIONS LTD.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This cause coming on to be heard on the motion ("Motion" and all capitalized terms not defined herein shall have the meanings ascribed to them in the Motion) of BMG Operations LTD. ("BMG") and the subsequently filed supplement thereto seeking the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d)(1); the Court having considered the responses filed in opposition of the Motion and BMG's Supplement to the Motion; due and proper notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The automatic stay is modified to allow BMG to immediately terminate, and to deem terminated, its Hosting Agreement with BCause Mining LLC, and to immediately retrieve its Miners from the Debtors' Facility. The Debtors are directed to reasonably cooperate with BMG to facilitate such removal.

3. Any and all claims arising out of the Hosting Agreement and or the business relationship between the Debtors and BMG, and any and all defenses thereto, are hereby preserved.

4. The stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall be effective immediately upon entry.

Enter:  *Janet S. Baer*
Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  **SEP 2 6 2019**

**Prepared by:**
Christina M. Sanfelippo
Fox Rothschild LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
tel: (312) 541-0151
csanfelippo@foxrothschild.com