IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
(BCAUSE LLC)
FOR THE PERIOD ENDING AUGUST 31, 2019**

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC         CASE NO. 19-10731

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending August, 2019

BEGINNING BALANCE IN ALL ACCOUNTS         $782,022.95

RECEIPTS:
  1. Receipts from operations         $ ―
  2. Other Receipts                    $ ―

DISBURSEMENTS:
  3. Net payroll:
     a. Officers                       $ 15,400.00
     b. Others                         $ 99,971.24

  4. Taxes
     a. Federal Income Taxes           $ 9,572.30
     b. FICA withholdings              $ 5,986.52
     c. Employee's withholdings        $
     d. Employer's FICA                $ 5,986.52
     e. Federal Unemployment Taxes     $
     f. State Income Tax               $ 3,781.14
     g. State Employee withholdings    $
     h. All other state taxes          $

  5. Necessary expenses:
     a. Rent or mortgage payments(s)   $ 3,126.62
     b. Utilities                      $ 641.57
     c. Insurance                      $ 23,464.67
     d. Merchandise bought for manufacture or sale   $
     e. Other necessary expenses (specify)
        Subscriptions                  $ 1,101.98
        Miscellaneous                  $ 62,111.32

TOTAL DISBURSEMENTS                    $ 220,145.88

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 220,145.88

ENDING BALANCE IN Lakeside Bank Operating   $ 234,814.41
              (Name of Bank)
ENDING BALANCE IN Lakeside Bank money mkt   $ 480,000.00
              (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS         $ 714,814.41

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC    CASE NO.: 19-10731

RECEIPTS LISTING

FOR MONTH ENDING August, 2019

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130 A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | N/A | |
| | TOTAL: | |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC  CASE NO.: 19-10731

DISBURSEMENT LISTING

FOR MONTH ENDING August, 20 19

Bank: Lakeside Bank

Location: 141 W. Jackson Blvd, Ste 130A, Chicago, IL 60604

Account Name: BCause LLC

Account No.: 5000102961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See Attached - Attachment 1

TOTAL: 220,145.88

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

# BCause LLC
## Disbursements Listing
## August 2019

| Date | Num | Name | Memo/Description | Amount | Category |
|---|---|---|---|---|---|
| 08/01/2019 | 1149 | Greenwich Centre Investors, L.C. | Rent VB Office | 3,126.62 | Rent |
| 08/01/2019 | EFT | CCA Financial | Server Lease Payment | 18,096.17 | Misc |
| 08/01/2019 | EFT | Health Equity, Inc. | HSA PD 7/26/19 | 772.67 | Insurance |
| 08/01/2019 | EFT | Expedia | T. Flake Travel | 262.00 | Misc |
| 08/01/2019 | EFt | Expedia | T. Flake Travel | 219.30 | Misc |
| 08/01/2019 | 1151 | Legal Resources | Co ID's 3924 & 3925 | 100.00 | Insurance |
| 08/01/2019 | 1152 | Sun Life Financial | Client #905626 | 445.26 | Insurance |
| 08/01/2019 | EFT | Stamps.com | ATM POS Debit STAMPS.COM 855-608-2677 CA | 17.99 | Misc |
| 08/02/2019 | 1153 | Veritext, LLC | Bankruptcy Transcription Services | 199.50 | Misc |
| 08/02/2019 | EFT | WebEx | Cisco WebEx Meetings Subscription | 18.95 | Misc |
| 08/05/2019 | DD | SUB - Mike Adolphi | August CFO Services | 10,000.00 | Officer GP |
| 08/05/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 1,012.00 | Insurance |
| 08/05/2019 | EFT | Comcast | Final Payment - Chicago Office Internet | 314.73 | Utilities |
| 08/05/2019 | EFT | Tax - WA SOS | WA Registration Fee | 60.00 | Misc |
| 08/07/2019 | EFT | United HealthCare | Health Insurance | 17,221.66 | Insurance |
| 08/07/2019 | EFT | UNUM - Dental | Dental Insurance | 1,186.40 | Insurance |
| 08/07/2019 | EFT | UNUM- LTD/B Life | LTD/Basic Life Insurance | 618.77 | Insurance |
| 08/07/2019 | EFT | UNUM - STD | STD Insurance | 190.56 | Insurance |
| 08/07/2019 | EFT | UNUM - Vision | Vision Insurance | 185.92 | Insurance |
| 08/07/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 20.00 | Subscription |
| 08/08/2019 | EFT | IL Department of Revenue | Tax Payment for Period: 07/01/2019-07/31/2019 | 513.02 | P/R Tax Payment |
| 08/09/2019 | DD | SUB - Pollack, Bruce | Pay Period: 07/20/2019-08/02/2019 | 5,029.22 | Guaranteed Payment |
| 08/09/2019 | DD | SUB - Mike Shen | Pay Period: 07/20/2019-08/02/2019 | 6,296.39 | Guaranteed Payment |
| 08/09/2019 | DD | SUB - Sean Ristau | Pay Period: 07/20/2019-08/02/2019 | 5,182.79 | Guaranteed Payment |
| 08/09/2019 | DD | SUB - Tom Flake | Pay Period: 07/20/2019-08/02/2019 | 5,400.00 | Officer GP |
| 08/09/2019 | 1159 | Tax - Treasurer of Virginia | Terrance Holley DCSE #0005123933 | 124.60 | Misc |
| 08/09/2019 | DD | *Steven J. Nadal | Pay Period: 07/20/2019-08/02/2019 | 131.57 | Payroll |
| 08/09/2019 | DD | Erica J. Sanford | Pay Period: 07/20/2019-08/02/2019 | 1,951.60 | Payroll |
| 08/09/2019 | DD | Kenneth H. Jensen | Pay Period: 07/20/2019-08/02/2019 | 1,222.99 | Payroll |
| 08/09/2019 | DD | Christopher S. Ruvolo | Pay Period: 07/20/2019-08/02/2019 | 4,389.20 | Payroll |
| 08/09/2019 | DD | Jennifer S. Nicely | Pay Period: 07/20/2019-08/02/2019 | 851.41 | Payroll |
| 08/09/2019 | DD | Marysa N. Hilton | Pay Period: 07/20/2019-08/02/2019 | 1,302.64 | Payroll |
| 08/09/2019 | DD | Alan M. Snow | Pay Period: 07/20/2019-08/02/2019 | 1,409.79 | Payroll |
| 08/09/2019 | DD | Terrance M. Holley | Pay Period: 07/20/2019-08/02/2019 | 1,279.15 | Payroll |
| 08/09/2019 | DD | Tiffany L. Nieves | Pay Period: 07/20/2019-08/02/2019 | 437.82 | Payroll |
| 08/09/2019 | DD | Brent C. Myers | Pay Period: 07/20/2019-08/02/2019 | 1,001.26 | Payroll |
| 08/09/2019 | DD | Christina M. Vaassen | Pay Period: 07/20/2019-08/02/2019 | 2,745.74 | Payroll |
| 08/09/2019 | DD | Dawn L. Chapman | Pay Period: 07/20/2019-08/02/2019 | 3,863.92 | Payroll |
| 08/09/2019 | DD | Daniel R. Schak | Pay Period: 07/20/2019-08/02/2019 | 2,059.62 | Payroll |
| 08/09/2019 | DD | Shawn T. Dailey | Pay Period: 07/20/2019-08/02/2019 | 3,450.15 | Payroll |
| 08/09/2019 | DD | Rhys A. Dailey | Pay Period: 07/20/2019-08/02/2019 | 524.79 | Payroll |
| 08/09/2019 | DD | Brian P. Sayler | Pay Period: 07/20/2019-08/02/2019 | 2,157.13 | Payroll |
| 08/09/2019 | DD | Kaynon B. Hoggan | Pay Period: 07/20/2019-08/02/2019 | 1,007.29 | Payroll |
| 08/12/2019 | EFT | Health Equity, Inc. | HSA PD 8/9/19 | 779.99 | Insurance |
| 08/12/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| 08/12/2019 | EFT | BCause Flexible Spending Account | Employee FSA Reimbursement | 200.00 | Insurance |
| 08/13/2019 | EFT | Fonality | Data Center Telephone Service | 97.68 | Utilities |
| 08/14/2019 | EFT | IRS | Tax Payment for Period: 08/07/2019-08/09/2019 | 10,490.19 | P/R Tax Payment |
| 08/14/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 08/07/2019-08/09/2019 | 1,248.81 | P/R Tax Payment |
| 08/14/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 08/04/2019-08/10/2019 | 426.58 | P/R Tax Payment |
| 08/15/2019 | EFT | Microsoft | Office 365 Subscription | 312.50 | Subscription |
| 08/15/2019 | EFT | Microsoft | Office 365 Subscription | 134.83 | Subscription |
| 08/15/2019 | EFT | Microsoft | Office 365 Subscription | 32.90 | Subscription |
| 08/15/2019 | EFT | Microsoft | Office 365 Subscription | 4.00 | Subscription |
| 08/16/2019 | EFT | Paychex | 401K Plan Administration Fees | 348.40 | Misc |
| 08/22/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| 08/23/2019 | DD | SUB - Pollack, Bruce | Pay Period: 08/03/2019-08/16/2019 | 5,029.22 | Guaranteed Payment |
| 08/23/2019 | DD | SUB - Mike Shen | Pay Period: 08/03/2019-08/16/2019 | 6,296.39 | Guaranteed Payment |
| 08/23/2019 | DD | SUB - Sean Ristau | Pay Period: 08/03/2019-08/16/2019 | 3,105.67 | Guaranteed Payment |
| 08/23/2019 | DD | SUB - Kim Tang Consulting | Pay Period: 08/10/19-08/23/19 | 4,000.00 | Misc |
| 08/23/2019 | 1167 | EE Flake, Thomas | Travel Expense Reimbursement | 3,072.51 | Misc |
| 08/23/2019 | 1168 | Tax - Treasurer of Virginia | Terrance Holley DCSE #0005123933 | 124.60 | Misc |
| 08/23/2019 | Wire | The Northern Trust Company | Creditor's Committee Fee | 10,000.00 | Misc |
| 08/23/2019 | DD | Shawn T. Dailey | Pay Period: 08/03/2019-08/16/2019 | 3,450.14 | Payroll |
| 08/23/2019 | DD | Kenneth H. Jensen | Pay Period: 08/03/2019-08/16/2019 | 1,228.40 | Payroll |

1 of 2

| Date | Num | Name | Memo/Description | Amount | Category |
|---|---|---|---|---|---|
| 08/23/2019 | DD | Erica J. Sanford | Pay Period: 08/03/2019-08/16/2019 | 1,951.58 | Payroll |
| 08/23/2019 | DD | Brent C. Myers | Pay Period: 08/03/2019-08/16/2019 | 976.08 | Payroll |
| 08/23/2019 | DD | Christina M. Vaassen | Pay Period: 08/03/2019-08/16/2019 | 2,745.75 | Payroll |
| 08/23/2019 | DD | Tiffany L. Nieves | Pay Period: 08/03/2019-08/16/2019 | 576.85 | Payroll |
| 08/23/2019 | DD | Alan M. Snow | Pay Period: 08/03/2019-08/16/2019 | 1,309.07 | Payroll |
| 08/23/2019 | DD | Rhys A. Dailey | Pay Period: 08/03/2019-08/16/2019 | 529.76 | Payroll |
| 08/23/2019 | DD | Daniel R. Schak | Pay Period: 08/03/2019-08/16/2019 | 2,059.61 | Payroll |
| 08/23/2019 | DD | Marysa N. Hilton | Pay Period: 08/03/2019-08/16/2019 | 1,213.12 | Payroll |
| 08/23/2019 | DD | Brian P. Sayler | Pay Period: 08/03/2019-08/16/2019 | 2,157.12 | Payroll |
| 08/23/2019 | DD | Terrance M. Holley | Pay Period: 08/03/2019-08/16/2019 | 1,034.65 | Payroll |
| 08/23/2019 | DD | Dawn L. Chapman | Pay Period: 08/03/2019-08/16/2019 | 3,863.93 | Payroll |
| 08/23/2019 | DD | Kaynon B. Hoggan | Pay Period: 08/03/2019-08/16/2019 | 950.60 | Payroll |
| 08/23/2019 | DD | Christopher S. Ruvolo | Pay Period: 08/03/2019-08/16/2019 | 4,389.21 | Payroll |
| 08/23/2019 | DD | Jennifer S. Nicely | Pay Period: 08/03/2019-08/16/2019 | 809.62 | Payroll |
| 08/23/2019 | Wire | WESCO Distribution, Inc. | Outgoing Domestic Wire TO BEN:WESCO | 24,973.00 | Misc |
| 08/26/2019 | EFT | Health Equity, Inc. | HSA PD 8/23/19 | 753.44 | Insurance |
| 08/26/2019 | EFT | Cox Business | Internet Service VB Office | 150.27 | Utilities |
| 08/26/2019 | EFT | ComEd | Electric Service Chicago Office | 78.89 | Utilities |
| 08/26/2019 | EFT | Career Builder LLC | Job Posting/Tracking Subscription | 375.00 | Misc |
| 08/26/2019 | EFT | Expedia | T. Flake Travel | 219.30 | Misc |
| 08/27/2019 | EFT | Intuit | ATM POS Debit INTUIT *PAYROLL SUBSCRIPTION | 181.50 | Subscription |
| 08/27/2019 | EFT | Intuit | ATM POS Debit INTUIT *QB ONLINE SUBSCRIPTION | 40.00 | Subscription |
| 08/27/2019 | EFT | Atlassian Pty Ltd | Cloud Storage Subscription | 16.00 | Subscription |
| 08/28/2019 | EFT | IRS | Tax Payment for Period: 08/21/2019-08/23/2019 | 10,055.15 | P/R Tax Payment |
| 08/28/2019 | EFT | VA Department of Taxation | Tax Payment for Period: 08/21/2019-08/23/2019 | 1,166.15 | P/R Tax Payment |
| 08/28/2019 | EFT | State of New Jersey - GIT | Tax Payment for Period: 08/18/2019-08/24/2019 | 426.58 | P/R Tax Payment |
| 08/29/2019 | EFT | Google | Cloud Storage Subscription | 315.28 | Subscription |
| 08/29/2019 | EFT | ADOBE | ATM POS Debit ADOBE *ACROPRO SUBSCRIPTION | 14.99 | Subscription |
| | | | | 220,145.88 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC    CASE NO.: 19-10731

FOR MONTH ENDING August, 2019

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 128,952.91 |
| Payroll taxes due but unpaid | $ |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Wesco | 8-23-19 | 24,973.00 | 0 | 0 |
| CCA Financial | 8-1-19 | 18,096.17 | 0 | 0 |
| Greenwich Centre Investors | 8-1-19 | 3,126.62 | 0 | 0 |

* Include only post-petition payments.

OPERATING REPORT Page 4

Document Page 8 of 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC  CASE NO.: 19-10731

FOR MONTH ENDING August, 2019

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance $ _____

Add: sales on account $ _____

Less: collections $ _____

End of month balance $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance $ 27,779.55

Add: credit extended $ 62,672.17

Less: payments of account $ (89,361.86)

End of month balance $ 1,089.86

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 528.33 | $ | $ 88.95 | $ 472.58 | $ 1,089.86 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: BCause LLC     CASE NO.: 19-10731

FOR MONTH ENDING August, 2019

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes         Yes (✓)   No ( )
2. FICA withholdings            Yes (✓)   No ( )
3. Employee's withholdings      Yes (✓)   No ( )
4. Employer's FICA              Yes (✓)   No ( )
5. Federal Unemployment Taxes   Yes (✓)   No ( )
6. State Income Tax             Yes (✓)   No ( )
7. State Employee withholdings  Yes (✓)   No ( )
8. All other state taxes        Yes (✓)   No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, __Thomas G. Flake__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

__Thomas Flake__
__Treasurer__

DATED: __9-27-19__

OPERATING REPORT Page 9