IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BCause Mining LLC, | ) |
| | ) Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) |
| | ) Case No. 19-10562 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 16th day of October, 2019, at 9:30 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by him as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **First Interim Fee Application of Crane, Simon, Clar & Dan on Shortened Notice,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., # 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration /email (as indicated) on the 1st day of October, 2019.

/s/Scott R. Clar

i

## SERVICE LIST

**Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva & Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

ii

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Application: <u>CRANE, SIMON, CLAR & DAN, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtors</u>

Date of Order
Authorizing Employment: <u>May 24, 2019</u>

Period for Which Compensation
Is Sought:   From: <u>April 11, 2019 through September 23, 2019</u>

Amount of Fees Sought: <u>$213,992.00</u>

Amount of Expense
Reimbursement Sought: <u>$724.97</u>

This is a(n) Interim Application <u>X</u>   Final Application __
If this is not the first Application filed herein by this professional, disclose as to all prior fee application:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is $46,101.38 (Retainer) ($24,101.38 Mining and $22,000 LLC)

Date: <u>October 1, 2019</u>     Applicant:     Scott R. Clar and the firm
Crane, Simon, Clar & Dan

By: <u>/s/Scott R. Clar</u>
Debtors' Counsel

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 19-10562 |
| ) | |
| BCause Mining, LLC, *et al.* ) | Judge Janet S. Baer |
| ) | Chapter 11 |
| Debtors/Debtors-in-Possession. ) | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF THE FIRM
OF CRANE, SIMON, CLAR & DAN ON SHORTENED NOTICE**

NOW COMES, the law firm of Crane, Simon, Clar & Dan, and for its First Interim Fee Application pursuant to Section 331 of the Bankruptcy Code on Shortened Notice, respectfully states as follows:

**Introduction**

1. On April 11, 2019, BCause Mining, LLC ("Mining") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On April 12, 2019, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("LLC Petition Date").

2. Mining and LLC (collectively, "Debtors") are managing their financial affairs as debtors-in-possession. No trustee or examiner has been appointed. An Official Committee of Unsecured Creditors has been appointed to serve in these reorganization cases.

3. On May 8, 2019, this Court entered an order providing for the joint administration of the Mining and LLC bankruptcy cases.

4. Mining is in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners. Mining now mines itself, and is a service provider that hosts a

1

mining venue for its customers. Its mining facility is located in Virginia Beach, Virginia, and it formerly maintained offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

5. Mining is wholly owned by LLC.

6. Both Debtors' Chapter 11 filings were triggered by a judgment entered in favor of WESCO Distribution, Inc. in the approximate amount of $1,300,000 and a garnishment of LLC's bank account, from which all of the Debtors' bills are paid.

7. On August 7, 2019, the Debtors filed their Joint Combined Plan of Reorganization and Disclosure Statement ("Plan"), which Plan is currently pending before the Court.

8. The next significant date in the Debtors' Chapter 11 cases is October 3, 2019, at which time WESCO's Motion to Dismiss or for Relief from Stay and the Debtors' Motion for Use of Cash Collateral are scheduled to be heard.

**Employment of CSCD**

9. On or about May 3, 2019, the Debtors' presented their motions to employ CSCD as the Debtors' bankruptcy counsel, and on May 23, 2019, Orders were entered by this Court granting the Motions to Employ. CSCD received a $25,000 retainer to represent each of the Debtors, as is detailed in CSCD's Motions to Employ (Docket No. 52), and affidavits in connection therewith.

10. By this Motion, CSCD requests an allowance of interim compensation and reimbursement of expenses in the amounts of $213,992 and $724.97, respectively for the period commencing April 11, 2019 through and including September 23, 2019, and a

direction for the Debtors to pay fees and expenses allowed in excess of the pre-petition retainer.

11. The Debtors' Chapter 11 cases have progressed to the point of consideration of the Plan. In addition, LLC is seeking to launch the Spot Exchange, and has successfully solicited investors (the "Exchange Launch") to facilitate the launch. The Exchange Launch is dependent upon the sale of LLC's equity in BCause Secure, LLC ("Secure"), and assumption and assignment of an IT Services Agreement with Nasdaq, and is an important component of the Debtors' Plan. Motions are pending for both of those issues.

**CSCD Biographical Information**

12. CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of six (6) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar and Jeffrey C. Dan the members of the law firm who have rendered the majority of the services in the Debtor's Chapter 11 case.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Simon, Clar & Dan, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtors in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September,

1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC and CSCD, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar, and he is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

Mr. Clar has been recognized as a "Leading Lawyer" in the field of Bankruptcy and Workout Law: Commercial by the Illinois Leading Lawyers publication.

**JEFFREY C. DAN**

Jeffrey C. Dan is a member of CSCD and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy litigation as well as State Court litigation that arises in insolvency matters. Mr. Dan is admitted to practice in the United States Court of Appeals for the Seventh Circuit and the Third Circuit, and the United States District Courts for the Northern and Central Districts of Illinois, Northern District of Indiana, and the Eastern District of Wisconsin, and is a member of the Federal Trial Bar. He has served as a member of the Illinois State Bar Association Commercial

4

Banking and Bankruptcy Law Section Council and has lectured on bankruptcy topics for the American Bankruptcy Institute and Chicago Volunteer Legal Services.

13. The hourly rates charged by CSCD for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2019 Rate |
|---|---|
| Eugene Crane ("EC") | $520.00 |
| Arthur G. Simon ("AGS") | $520.00 |
| Scott R. Clar ("SRC") | $520.00 |
| Karen R. Goodman ("KRG") | $520.00 |
| Jeffrey C. Dan ("JCD") | $480.00 |
| John H. Redfield ("JHR") (of counsel) | $400.00 |

These hourly rates are the customary and usual rates which CSCD charges clients on matters of this nature.

14. The total time expended by CSCD attorneys in connection with this Chapter 11 case during the period commencing April 11, 2019 through and including September 23, 2019 is as follows:

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Arthur G. Simon (AGS) | 28.6 | $ 14,872 |
| Scott R. Clar (SRC) | 328.8 | 179,264 |
| Jeffrey C. Dan (JCD) | 54.1 | 18,336 |
| John H. Redfield (JHR) | 3.8 | 1,520 |
| **Total** | **415.3** | **$213,992** |

## LEGAL SERVICES RENDERED

Legal services rendered by CSCD, as more fully described in **Exhibits A through I**, have been divided into the following categories:

5

A. **General Administration**

Legal services rendered in this case category include the preparation and motions with respect to administration of the case, including employment motions, utility and payroll motions, and appearances in court regarding the same, preparation of schedules and statement of financial affairs, attendance at meetings at the United States Trustee's office in dealing with creditor calls and other administrative matters.

Total Time Expended:    56.4 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 5.2 | $ 2,704.00 |
| Scott R. Clar ("SRC") | 50.8 | 26,416.00 |
| Jeffrey C. Dan ("JCD") | .4 | 192.00 |
| **Total** | **56.4** | **$29,312.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B. **Cash Collateral and Issues Pertaining to WESCO**

CSCD spent a considerable amount of time in connection with the use of WESCO's purported cash collateral, WESCO's motion to dismiss and/or relief from stay and numerous reporting requirements in connection with the seven (7) cash collateral orders entered in the Debtors' Chapter 11 case.

Total Time Expended:    216.7 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 31.7 | $ 7,124.00 |
| Scott R. Clar ("SRC") | 179.4 | 93,288.00 |
| Jeffrey C. Dan ("JCD") | 19.8 | 9,504.00 |
| John H. Redfield ("JHR") | 3.8 | 1,520.00 |
| **Total** | **216.7** | **$111,436.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **Lease and Executive Issues**

CSCD spent time in connection with the Debtors' real estate leases in Chicago and Virginia Beach, in part consisting of motions to extend time to assume or reject some leases and to reject others.

Total Time Expended: 26.7 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 1.9 | $ 988.00 |
| Scott R. Clar ("SRC") | 23.8 | 12,376.00 |
| Jeffrey C. Dan ("JCD") | 1.0 | 480.00 |
| **Total** | **26.7** | **$13,844.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **Sale of Equity in Secure**

CSCD expended time in connection with the sale of the equity in Secure, including presentation to the Court, and matters dealing with the marketing and sale of the Secure interest.

Total Time Expended: 14.7 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | .8 | $ 416.00 |
| Scott R. Clar ("SRC") | 13.7 | 7,124.00 |
| Jeffrey C. Dan ("JDC") | .2 | 96.00 |
| **Total** | **14.7** | **$ 7,636.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E. **Utilities**

The major issue in Mining's Chapter 11 case is energy usage and dealing with Dominion Energy of Virginia, the Debtors' main power

7

source provider. Several stipulations and agreed orders were entered in connection with payments made pursuant to Section 366(b) of the Bankruptcy Code.

Total Time Expended:   27.6 hours

| Attorney | 2019 Hours | Amount |
| --- | --- | --- |
| Arthur G. Simon ("AGS") | 2.3 | $ 1,196.00 |
| Scott R. Clar ("SRC") | 8.5 | 4,420.00 |
| Jeffrey C. Dan ("JCD") | 16.8 | 8,064.00 |
| **Total** | **27.6** | **$13,680** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F. **Plan**

CSCD expended a considerable amount of time drafting, reviewing and revising the Plan, along with negotiations with the Committee regarding the Plan, and issues connected to the Plan such as the sale of the Secure Interest and assumption and assignment of the Nasdaq IT Agreement.

Total Time Expended:   25.3 hours

| Attorney | 2019 Hours | Amount |
| --- | --- | --- |
| Arthur G. Simon ("AGS") | 2.4 | $ 1,248 |
| Scott R. Clar ("SRC") | 22.9 | 20,176 |
| **Total** | **25.3** | **$21,424** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

G. **BMG**

BMG Operations, Ltd. is the Debtors' single largest unsecured creditor, with a claim of approximately $6.8 million. BMG is also a large customer of hosting services for Mining. BMG alleged damage to its miners during a power surge in July 2019, and filed a motion

8

for relief from stay (the "BMG Stay Motion"). Miner filed a response to the BMG Stay Motion. The Debtor and BMG engaged in extensive settlement negotiations, resulting in a motion to compromise with BMG (the "BMG Settlement"), which motion was pending before the Court to be heard on September 25, 2019, before being withdrawn.

Total Time Expended:    18.7 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Arthur G. Simon ("AGS") | 2.3 | $1,196.00 |
| Scott R. Clar ("SRC") | 16.4 | 8,528.00 |
| **Total** | **18.7** | **$9,724.00** |

Attached to this Motion as Exhibit "G" is an itemization of the legal services rendered in this category.

H. **SBI Rent To Own**

CSCD facilitated Mining's transition from primarily hosting revenue based to partially self-mining based through the presentation of a motion to approve a rent to own agreement with SBI Crypto Co., Ltd., whereby Mining leases to own approximately 3,500 miners in order to mine bitcoin itself providing revenue for the Debtors under the Plan.

Total Time Expended:    8.3 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 8.3 | $4,316.00 |
| **Total** | **8.3** | **$4,316.00** |

Attached to this Motion as Exhibit "H" is an itemization of the legal services rendered in this category.

I. **Fee Motion**

CSCD expended time in connection with preparation of this Motion.

9

Total Time Expended:  5.0 hours

| Attorney | 2019 Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 5.0 | $2,620.00 |
| **Total** | **5.0** | **$2,620.00** |

Attached to this Motion as Exhibit "I" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

15. During the course of the representation of the Debtors, CSCD has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing April 11, 2019 through and including September 23, 2019 is $724.27. Attached to this motion as Exhibit J is an itemization of the expenses incurred.

16. The Debtors request that notice given of this Motion be deemed sufficient (20 days).

## CONCLUSION

16. Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CSCD by any person, firm or entity.

17. CSCD asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CSCD further asserts that the cost of

10

legal services rendered for and on behalf of the Debtors are comparable to the cost of similar services in matters other than under the Bankruptcy Code.

18. CSCD asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtors.

WHEREFORE, for the foregoing reasons, BCause LLC and BCause Mining, LLC, Debtors/Debtors-in-Possession, pray for the entry of an Order as follows:

A. Allowing interim compensation and reimbursement of expenses to CSCD in the amounts of $213,992.00 and $724.27, respectively, for services provided from the period commencing April 11, 2019 through and including September 23, 2019;

B. Shortening notice to twenty (20) days; and

C. Granting such other relief as may be just and equitable.

BCause LLC and BCause Mining, LLC
Debtors/Debtors-in-Possession,

By: \s\ Scott R. Clar
One of its attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Pay CSCD.mot and NOM

11