IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

**SUPPLEMENT TO WESCO DISTRIBUTION'S MOTION (I) TO DISMISS THE
DEBTORS' BANKRUPTCY CASES, OR, IN THE ALTERNATIVE,
(II) FOR RELIEF FROM THE AUTOMATIC STAY**

As the Court knows, on April 26, 2019, WESCO Distribution, Inc. ("WESCO") filed its motion (the "Motion"), pursuant to sections 105(a), 1112(b) and 362(d)(1)&(2) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 1017, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois for an order: (a) (i) dismissing the chapter 11 cases of BCause Mining LLC ("BCause Mining") (Case No. 19-10562) and its parent, BCause LLC ("BCause LLC" and together with BCause Mining, the "Debtors") (Case No. 19-10731 and together with Case No. 19-10562, the "Chapter 11 Cases") or, in the alternative, (ii) granting relief from the automatic stay pursuant to section 362(d); and (b) granting WESCO such other and further relief as is just and proper [D.I. 35].

The parties have heavily litigated the Motion throughout these cases. WESCO will not recount the record with respect to the Motion other than to note that the Court has adjourned and continued the Motion, to allow the Debtors to attempt a reorganization. The Court also has stated that if appropriate, the Court preferred conversion to chapter 7 and not dismissal or lifting of the stay.

{8371249:3 }

In advance of the currently scheduled October 3, 2019 hearing date, WESCO files this supplement to the Motion to formally request that the Court convert these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code.

As should be apparent to the Court and other parties in this case, there is no hope of reorganization. The Debtors are depleting WESCO's collateral daily. Absent the Court taking action, the Debtors will continue running these Chapter 11 Cases until no cash remains in the Debtors' estates. As of the date hereof, among other things, the Debtors: (a) are not in compliance the Seventh Interim Order Authorizing Use of Cash Collateral and Granting Related Relief, and the budget attached thereto [D.I. 277], and have regularly failed to comply with the cash collateral orders in these cases and abide by their budgets; (b) have not filed a confirmable chapter 11 plan and have not filed a motion to commence a solicitation process; (c) on account of misrepresentations and operational failures, do not have the $425,000.00 promised under the BMG settlement; and (d) have customer contracts that start expiring (and have not been renewed) next month, thereby eliminating most of the Debtors' monthly revenues. In the face of all these challenges, the Debtors most recently sought to quickly sell their interests in BCause Secure to insiders of the Debtors without any marketing or auction process and without customary protections and consideration for the estates. More problematically – and perhaps sensing conversion on the horizon – the professionals for the Debtors and the Committee now are seeking payment of over $300,000.00 in fees, which the Debtors never budgeted in these cases. If allowed, the payment of these fees could further deplete WESCO's cash collateral and recovery in these cases and potentially cut the Debtors' current cash in half.

In sum, the Court needs to end these Chapter 11 Cases before more damage is done. To the extent the Court does not believe dismissal or lifting the stay is appropriate, the Court should convert these cases to chapter 7.

*[Remainder of page intentionally blank; signature page follows]*

Dated:  October 2, 2019    /s/  David A. Agay
David A. Agay (ARDC No. 6244314)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
mcarr@mcdonaldhopkins.com