UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| | ) | |
| BCause Mining LLC, et al. | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONVERTING CASES TO CHAPTER 7

This matter coming before the Court on the motions of WESCO Distribution Inc. and the United States Trustee to convert the Debtors' related chapter 11 cases to cases under chapter 7, due notice having been given, and for the reasons stated on the record during the hearing on this matter held on October 8, 2019;

IT IS HEREBY ORDERED THAT:

The Debtors' cases are converted to chapter 7.

Enter: *Janet S. Baer*

Dated: 10/8/19

United States Bankruptcy Judge

Rev: 20130104_bko