# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

## NOTICE OF WESCO DISTRIBUTION'S MOTION TO EXTEND TIME TO OBJECT TO FEE APPLICATIONS OF DEBTORS' COUNSEL AND COMMITTEE COUNSEL

To:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on October 16, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or any Judge who may be sitting in her stead, and shall present the attached WESCO Distribution's Motion to Extend Time to Object to Fee Applications of Debtors' Counsel and Committee Counsel, a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Dated:  October 9, 2019 | /s/  David A. Agay |
| | David A. Agay (ARDC No. 6244314) |
| | Shara Cornell (ARDC No. 6319099) |
| | McDONALD HOPKINS LLC |
| | 300 North LaSalle Street, Suite 1400 |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 280-0111 |
| | Facsimile:  (312) 280-8232 |
| | dagay@mcdonaldhopkins.com |
| | scornell@mcdonaldhopkins.com |
| | |
| | -and- |
| | |
| | Maria G. Carr (OH 0092412) (admitted *pro hac vice*) |
| | McDONALD HOPKINS LLC |
| | 600 Superior Avenue, E., Suite 2100 |
| | Cleveland, OH 44114 |
| | Telephone:  (216) 348-5400 |
| | Facsimile:   (216) 348-5474 |
| | mcarr@mcdonaldhopkins.com |

{8389718: }

# **CERTIFICATE OF SERVICE**

  I, David A. Agay, hereby certify that, on October 9, 2019, I caused a copy of WESCO Distribution's Motion to Extend Time to Object to Fee Applications of Debtors' Counsel and Committee Counsel to be electronically filed with the Clerk of Court using the Electronic Case Filing System, and be served via the CM/ECF system or U.S. mail on the following interested parties:

**Via ECF:**

David A Agay on behalf of Creditor Wesco Distribution, Inc.
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Jamie L Burns on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com

Scott R Clar on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

Shara C Cornell on behalf of Creditor Wesco Distribution, Inc.
scornell@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

Jeffrey C Dan on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com

Shelly A. DeRousse on behalf of Creditor Committee Official Committee Of Unsecured Creditors
sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Devon J. Eggert on behalf of Creditor Committee Official Committee Of Unsecured Creditors
deggert@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ejanczak@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Marc Ira Fenton on behalf of Creditor W-R2 Jefferson Owner VIII, LLC
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

Marc Ira Fenton on behalf of Debtor 1 BCause LLC, a Virginia limited liability company
mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Via Regular Mail**

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Alison Zizzo
Midgett-Pret-Olansen
2901 S. Lynnhaven Rd., Ste. 120
Virginia Beach, VA 23452

Gaylene Watson
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA. 23509
Kristopher C. Russell
Key Account Manager

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C Chicago, IL 60657

FIS Systems International LLC 601 Riverside Ave.
Jacksonville, FL 32204

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190 Virginia Beach, VA 23462

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Paychex of New York LLC 8215 Forest Point Blvd., #150 Charlotte, NC 28273
Adam.bleifeld@softvision.com

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

HK Cryptocurrency Mining LLC
470 Park Avenue South

Customer Service and Strategic Partnerships
Dominion Energy Virginia
2700 Cromwell Drive
Norfolk, VA 23509

BMG Operations Ltd.
44 Church Street
St. John's, Antigua

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Tradehelm, Inc.
27 N. Wacker Dr., 103
Chicago, IL 60606

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

New York, NY 10016

US Customs & Border Protection
6650 Telecom Drive, #100
6650 Telecom Drive, #100
Indianapolis, IN 46278

CSC
3462 Solution Center
Chicago, IL 60677-3004

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592

Pro Window, Inc.
Attn: Justice White, Mgr.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Matthew B. Kirsner
Eckert Seamans
919 East Main St., Ste. 1300
Richmond, VA 23219

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320

CB Critical Systems
Attn: Gregory Crone
11816 Mason Park Way
Glen Allen, VA 23059

Professional Heating & Cooling, Inc.
3306 Arizona Avenue
Norfolk, VA 23513

United HealthCare
PO Box 94107
Palatine, IL 60094

/s/ David A. Agay

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

**WESCO DISTRIBUTION'S MOTION TO EXTEND TIME TO OBJECT TO FEE
APPLICATIONS OF DEBTORS' COUNSEL AND COMMITTEE COUNSEL**

WESCO Distribution, Inc. ("WESCO") respectfully requests that this Court enter an order extending the objection deadline for WESCO and other parties in interest to file objections to the first interim fee applications filed by Crane, Simon, Clar & Dan [D.I. 309] (the "Debtor Application"), counsel for the above-captioned debtors (the "Debtors"), and Freeborn & Peters LLP, counsel for the official committee of unsecured creditors in these cases [D.I. 304] (the "Committee Application" and collectively with the Debtor Application, the "Applications"). The Debtors originally noticed the objection deadline for the Debtor Application as October 9, 2019 at 4:30 p.m. [D.I. 305], but this Court converted the above-captioned cases to cases under chapter 7 of the Bankruptcy Code per this Court's order on October 8, 2019 [D.I. 319]. WESCO understands that the Applications are still up for hearing on October 16, 2019 at 9:30 a.m. Given the recently changed direction of the Debtors' cases, and out of an abundance of caution, WESCO respectfully requests that this Court enter an order extending the objection deadline for the Applications from October 9, 2019, through and including October 15, 2019, to allow WESCO and other parties in interest to review the Applications in light of the recent conversion of the Debtors' cases. This request is not made for the purpose of delay, and no party will be harmed by a brief extension of the objection deadline for the Applications.

**WHEREFORE**, WESCO requests that the Court enter an order, substantially in the form of the attached hereto, granting the Motion, and extending the objection deadline for the Applications from October 9, 2019, at 4:30 p.m. through and including October 15, 2019, and providing any other relief the Court deems just and proper.

Dated: October 9, 2019

/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
mcarr@mcdonaldhopkins.com