UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| | ) | |
| BCause Mining LLC, et al. | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER SETTING MATTERS FOR POST-CONVERSION STATUS**

On October 8, 2019, the Debtors' related chapter 11 cases were converted to chapter 7. IT IS HEREBY ORDERED that all other matters that are pending in the above-captioned cases are continued for post-conversion status to October 16, 2019 at 10:00 a.m.

Enter: *Janet S. Baer*

Dated: 10/8/19

United States Bankruptcy Judge

Rev: 20130104_bko