# EXHIBIT A

## POLLICK & SCHMAHL, LLC
## LAW OFFICES

| | |
|---|---|
| John F. Pollick, P.C. | Michael M. Schmahl, P.C. |
| 2336 Fir Street | 200 E. Randolph, Suite 5100 |
| Glenview, Illinois 60025 | Chicago, Illinois 60601 |
| (847) 602-9243 | (312) 235-3296 |
| jfpollick@pollickschmahl.com | mschmahl@pollickschmahl.com |

October 8, 2019

**SENT VIA EMAIL TO rmason@mcguirewoods.com**

Richard J. Mason, not personally but solely as the Chapter 7 Trustee of the Jointly Administered Bankruptcy Estates of BCause Mining LLC and BCause LLC
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Re: Engagement Agreement

Dear Mr. Mason:

Thank you for the opportunity to represent you as the Chapter 7 Trustee of the Bankruptcy Estates (the "Estates") of BCause Mining LLC and BCause LLC (collectively, the "Debtors") in the jointly administered bankruptcy case captioned *In re BCause Mining LLC, et al.* (Case No. 19-10562), pending in the U.S. Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court").  This letter agreement confirms the financial terms and the scope and limitations of our retention and is subject to the Court's approval.

We will represent you generally with respect to the administration of the Estates, including, without limitation, filing or responding to any appropriate motions or proceedings filed in the Court, evaluating and responding to any proofs of claim that may be filed against the Estates, appearing in Court, and otherwise representing you with respect to the administration of the Estates.  Additionally, we will represent you in connection with the investigation, evaluation and, if appropriate, prosecution of any claims the Estates related to the Debtors' former businesses and any other potential matters that may be appropriate. Subject to the Bankruptcy Court's approval, our retention shall be *nunc pro tunc* to October 8, 2019, the date that we began working on this matter.

In consideration for our services, you agree that P&S will charge for its services at its normal and customary hourly rates of $350.00 per hour for each of its partners, Michael M. Schmahl and John F. Pollick, subject to any changes to these standard rates that may be made in the ordinary course of P&S' business (the "Fees").  While our fees are not contingent on any

particular result, P&S understands and agrees that it will only be able to receive payment of any fees in the event that the Estates obtains liquid assets from which such fees can be paid.

In the event that we incur actual expenses in connection with our services in connection with this representation (collectively, "Expenses"), the Estate shall reimburse the actual amount of these Expenses. As with any Fees, the reimbursement of any Expenses will be dependent on the Estates first acquiring liquid assets from which any such reimbursement may be made.

We will prepare an appropriate motion and other papers sufficient to seek the Court's approval of this engagement. Additionally, P&S will prepare and file any petitions seeking payment of any Fees and reimbursement of any Expenses as may be required by the Bankruptcy Code.

Finally, we have reviewed the list of creditors in these cases and are not aware of any actual or potential conflicts related to the representation of you in these matters. As such, we believe that we are disinterested within the meaning of the Bankruptcy Code. In the event that a conflict becomes known in the future we will promptly disclose such conflict to you, the Court and any other parties as may be required by the Bankruptcy Code.

Please do not hesitate to contact me with any questions you may have concerning this agreement.

If the foregoing correctly reflects your understanding of the terms and conditions of our representation of you as counsel, please indicate your acceptance by signing where indicated below.

We are very pleased to have the opportunity to serve you and look forward to working with you on this matter.

Very truly yours,
Pollick & Schmahl, LLC


Michael M. Schmahl

AGREED AND ACCEPTED:

_____
Richard J. Mason, not personally, but solely as the Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC

3