# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 19-10562 |
| **BCause Mining LLC,** *et al.* ) | |
| ) | Hon. Janet S. Baer |
| Debtors. ) | |
| ) | |
| ) | |

### DECLARATION OF MICHAEL M. SCHMAHL

I, MICHAEL M. SCHMAHL, state that, to the best of my knowledge, information, and belief, the following is true and correct:

1. I am the 100% shareholder and the president of Michael M. Schmahl, P.C. ("Schmahl P.C.").

2. Schmahl P.C. is a member in the law firm Pollick & Schmahl, LLC ("P&S").

3. To the best of my knowledge, information and belief, after due inquiry and consultation with the other lawyers in P&S, none of P&S, Schmahl P.C., or I or any of its attorneys have any connection with either of the debtors in the above-captioned, jointly administered bankruptcy cases (the "Debtors"), the Debtors' creditors, their respective attorneys, the United States Trustee or any person employed in the office of the United States Trustee, except for the following, none of which are in any way adverse to or in conflict with these bankruptcy estates:

    (a) I along with other attorneys of P&S have extensive acquaintances and friendships with members of the Bar and the legal profession in various parts of the United States of America and serve and meet with many of such attorneys at various meetings of professional organizations and in many instances are socially friendly with other attorneys and their families, any one or more of whom may ultimately represent one or more parties in interest in this case.

(b)     I previously worked as an attorney for McGuireWoods, LLP, the law firm in which the Richard J. Mason, the Trustee in this case (the "Trustee"), is a partner and worked for and am friends with the Trustee personally.  Additionally, P&S and I are representing the Trustee in bankruptcy cases other than the above-captioned bankruptcy case and have represented the Trustee in prior bankruptcy cases.  The Trustee has also referred clients to me and to P&S in unrelated matters.

(c)     John F. Pollick, an attorney at P&S and the president and 100% shareholder of John F. Pollick, P.C., a member in P&S.  Pollick is a former partner at McGuireWoods and worked with and is friends with the Trustee personally.  Mr. Pollick has also represented and is currently representing the Trustee in bankruptcy cases other than this bankruptcy case.  Mr. Pollick previously represented either the Trustee, personally, or Millenium Trust Company LLC as the custodian for the benefit of the Trustee's individual retirement account (the "IRA") in three separate matters related to the purchase or attempted sale of three different condominiums in Chicago.  In each case, P&S and Mr. Pollick charged the Trustee at Mr. Pollick's normal rates for such services, which we believe are market rates.  Additionally, Mr. Pollick is currently representing the Trustee with respect to the sale of his home at his normal rates for such services, which we believe are market rates.  The Trustee has also referred clients to Mr. Pollick and P&S in unrelated matters.

(d)     The Trustee has informed Mr. Pollick and I that he has informed McGuireWoods, LLP, that he intends to leave McGuireWoods, LLP, around the end of 2019.  Each of Mr. Pollick and myself have discussed with the Trustee the possibility of the Trustee joining P&S or otherwise forming a new firm with Mr. Pollick and myself in the future.  At this time, no such agreements have been reached or commitments have been made.

(e) Based on an analysis of each of the Debtors' schedules filed in this jointly administered case against P&S' records, it appears to me that P&S is not representing any of the parties in interest in this case.

(f) Based on a review of P&S' records, P&S does not represent and has no connections with any of the parties listed as having filed proofs of claim against either of the Debtors in this jointly administered case.

(g) Attorneys at P&S may also hold, directly or indirectly, shares of certain of the Debtor's creditors' stock. However, the shares so held would not be effected in any significant degree by any loss incurred because of the above-captioned bankruptcy case or any order entered therein.

4. Based on the foregoing, it is my conclusion and the conclusion of Schmahl P.C. that all of P&S, Schmahl P.C., John F. Pollick and I are disinterested within the meaning of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 9, 2019                           ___/s/ Michael M. Schmahl_____
                                                 Michael M. Schmahl

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph
Suite 5100
Chicago, IL 60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Proposed Counsel to the Trustee*