## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 19-10562 |
| **BCause Mining LLC,** *et al.* ) | |
| ) | Hon. Janet S. Baer |
| **Debtors.** ) | |
| ) | |
| ) | |

### REVISED NOTICE OF MOTION

**TO: PERSONS LISTED ON THE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE THAT** on **Wednesday, October 16, 2019,** at the hour of **9:30 a.m.**, the undersigned shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in her stead, at 219 S. Dearborn Street, Courtroom 615, Chicago, Illinois, and shall then and there present the **TRUSTEE'S MOTION TO RETAIN COUNSEL *NUNC PRO TUNC* TO OCTOBER 8, 2019, PURSUANT TO 11 U.S.C. § 327 AND FOR RELATED RELIEF (the "Motion")**, a copy of which was previously served upon you.

**PLEASE NOTE: This Revised Notice of Motion corrects a prior Notice of Motion that mistakenly stated that the undersigned will present the Motion on October 15, 2019. The Motion will be presented to the Court on October 16, 2019, at 9:30 A.M., not on October 15, 2019.  Please contact the undersigned if you have any questions.**

Dated:  October 10, 2019  
                                            Richard J. Mason, Chapter 7 Trustee of the Bankruptcy Estates BCause Mining LLC and BCause LLC

                                            By: /s/ Michael M. Schmahl  
                                                   Michael M. Schmahl

Michael M. Schmahl  
POLLICK & SCHMAHL, LLC  
200 E. Randolph, Suite 5100  
Chicago, Illinois  60601  
(312) 235-3296  
mschmahl@pollickschmahl.com  
*Proposed Counsel to the Trustee*

# CERTIFICATE OF SERVICE

I, Michael M. Schmahl, do hereby certify that, on this 10TH day of October, 2019, I caused the above described **Revised Notice of Motion** related to the previously served **TRUSTEE'S MOTION TO RETAIN COUNSEL *NUNC PRO TUNC* TO OCTOBER 8, 2019, PURSUANT TO 11 U.S.C. § 327 AND FOR RELATED RELIEF,** to be served on the individuals listed on the below Service List through the Court's electronic filing system provided that individuals listed on the below Service List as having been served "via e-mail" have been served at the email address indicated.

/s/   Michael M. Schmahl

## SERVICE LIST

Richard J. Mason
McGuireWoods LLP
77 W. Wacker
Suite 4100
Chicago, IL 60601
rmason@mcguirewoods.com
*Trustee*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com

*Counsel for WESCO Distribution, Inc.*

J Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
*Counsel for Hoffland Properties, Inc.*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com
*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*
*Via e-mail*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

Russell R Johnson, III
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
804-749-8861
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*