

**UNITED STATES DEPARTMENT OF JUSTICE**

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

---

*219 S. Dearborn Street*     Main     *(312) 886-5785*
*Room 873*                   Fax      *(312) 886-5794*
*Chicago, IL 60604*

October 8, 2019

Richard J. Mason, Esq.
McGuireWoods
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818

**Case Nos. 19-10731 and 19-10562**
**Case Names: BCause LLC and BCause Mining LLC**

Dear Mr. Mason,

On October 8, 2018, Judge Janet Baer entered an order converting the above cases from Chapter 11 to Chapter 7 of the Bankruptcy Code. You are hereby appointed to serve as trustee in this matter. Bond is fixed and approved as the blanket bond.

If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

Sincerely,

Patrick S. Layng
United States Trustee

**ADAM BRIEF** Digitally signed by ADAM BRIEF
Date: 2019.10.08 16:19:49 -05'00'

Adam G. Brief
Assistant United States Trustee

Rejected: _____
Signature

Date
AGB:bj