| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | BCause Mining LLC, a Virginia limited liability company<br>Name | EIN | 82–2810783 |
| United States Bankruptcy Court  Northern District of Illinois | | Date case filed in chapter  11 | 4/11/19 |
| Case number:  19–10562 | | Date case converted to chapter  7 | 10/8/19 |

Official Form 309C (For Corporations or Partnerships)

### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | BCause Mining LLC, a Virginia limited liability company | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 130 S. Jefferson St., #101<br>Chicago, IL 60661 | |
| 4. | **Debtor's attorney**<br>Name and address | Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603 | Contact phone 312 641–6777<br>Email: sclar@cranesimon.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard J Mason<br>McGuire Woods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601 | Contact phone 312 750–3527 Ext. 3527<br>Email: rmason@mcguirewoods.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 10/11/19 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 26, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page **1**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 19-10562-JSB
BCause Mining LLC, a Virginia limited li                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: evelyng              Page 1 of 3              Date Rcvd: Oct 11, 2019
                              Form ID: 309C              Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db            +BCause Mining LLC, a Virginia limited liability co,    130 S. Jefferson St., #101,
               Chicago, IL 60661-3502
aty           +Arthur G Simon,    Crane, Simon, Clar & Dan,    135 S Lasalle St Suite 3705,
               Chicago, IL 60603-4101
aty           +Jeffrey C Dan,    Crane, Simon, Clar & Dan,    135 S Lasalle St Ste 3705,
               Chicago, IL 60603-4101
aty           +Michael M Schmahl,    Pollick & Schmahl, LLC,    1319 N. Wood Street,    Suite 3B,
               Chicago, IL 60622-1184
tr            +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,    Suite 4100,
               Chicago, IL 60601-1818
27741881       Alliance Material Handling, Inc.,    PO Box 62050,    Baltimore, MD 21264-2050
27741882      +AlphaCraft Technologies, LLC,    601 Railroad Ave.,    South Boston, VA 24592-3619
27771388       American Alternative Insurance Corporation,    Roanoke Group,    Roanoke Woodfield Rd #500,
               Schaumburg IL 60173
27839466      +BCause Clear LLC,    130 S. Jefferson St., #101,    Chicago IL 60661-3502
27839467      +BCause Derivatives Exchange LLC,    130 S. Jefferson St #101,    Chicago IL 60661-3502
28062332      +BCause LLC,    2800 252nd Ave,    Salem, WI 53168-9239
27839468      +BCause Spot LLC,    130 S Jefferson St #101,    Chicago IL 60661-3502
27839470      +BCause Trust Inc.,    192 Ballard Court, #303,    Virginia Beach, VA 23462-6538
27839461      +BFPE International,    7512 Connelley Dr.,    Hanover MD 21076-1688
27741885       BFPE International,    PO Box 791045,    Baltimore, MD 21279-1045
27741886       BMG Operations Ltd.,    44 Church Street,    St. John's,    Antigua
27741884      +Bay Technologies,    4501 Bainbridge Blvd., #200,    Chesapeake, VA 23320-6303
27741887      +Bruce Pollack,    807 Davis St #306,    Evanston, IL 60201-4472
27741888      +CB Critical Systems,    11816 Mason Park Way,    Glen Allen, VA 23059-5828
27741889       CSC,    3462 Solution Center,    Chicago, IL 60677-3004
28010991      +Capitol Counsel LLC,    700 13th St NW 2nd Floor,    Washington DC 20005-3956
28071881      +Charles Chuck Mackie,    4827 N Hamilton,    Chicago, Il 60625-1405
28166452      +Crystal Clear Communications,    3180 N Lake Shore Dr # 20C,    Chicago, IL 60657-4852
28068878      +Crystal Clear Communications,    Ellen Resnick, President,    3180 N Lake Shore Dr #20C,
               Chicago, IL 60657-4852
27741890     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,      PO Box 26666,
               Bankkruptcy Dept 10th Floor,    Richmond, VA 23261)
27741891      +EE Flake, Thomas,    709 Roosevelt Ave.,    Virginia Beach, VA 23452-4019
27741892      +EF Fallon, Kevin,    2800 252nd Ave.,    Salem, WI 53168-9239
27973490      +Eli Robbins,    Harrison Law Group,    40 W. Chesapeake Ave.,    Suite 600,
               Towson, MD 21204-4891
27741893      +Endurance IT Services, LLC,    295 Bendix Road, #300,    Virginia Beach, VA 23452-1295
27741895      +FRMO Corporation,    One North Lexington Ave., #12-C,    White Plains, NY 10601-1721
27839462      +Fallon Kevin,    2800 252nd Ave.,    Salem WI 53168-9239
27741894      +Fidelity Labs LLC,    200 Seaport Boulevard,    Boston, MA 02210-2000
27839463      +Flake Thomas,    709 Roosevelt Ave.,    Virginia Beach VA 23452-4019
27741896      +G Hogan Commercial Cleaning,    645 Estates Way,    Chesapeake, VA 23320-6758
27741897      +HK Cryptocurrency Mining LLC,    470 Park Avenue South,    New York, NY 10016-6819
27839464      +Hoffland Properties Inc.,    5400 Virginia Beach Blvd,    Virginia Beach VA 23462-1724
28044595      +Hoffland Properties, Inc.,    c/o Dennis T. Lewandowski,    Kaufman & Canoles, P.C.,
               150 West Main Street, Suite 2100,    Norfolk, VA 23510-1681
27741898      +Horizon Kinetics LLC,    470 Park Avenue South,    New York, NY 10016-6819
27741899      +Image 360,    118 Pennsylvania Ave.,    Virginia Beach, VA 23462-2512
27741900      +Inate One LLC,    1083 Independence Blvd., #206,    Virginia Beach, VA 23455-5523
27741901      +Jack Frost Enterprises,    3168 Holland Road,    Virginia Beach, VA 23453-2612
28065945      +John Ashby,    1440 West Little Neck Road,    Virginia Beach, VA 23452-4763
27741902      +Johns Brothers Security,    310 E. Street,    Hampton, VA 23661-1210
28061693       Jones, Madden & Council, PLC,    5029 Corporate Woods Drive,    Suite 190,
               Virginia Beach, VA 23462-4376
27741903      +Joseph LaMontagne,    582 Lynnhaven Parkway,    Virginia Beach, VA 23452-7366
28063471      +Joseph LaMontagne,    607 Lynnhaven Pkwy,    Virginia Beach, VA 23452-7382
28219559      +Katten Munchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL 60661-3693
27839465      +Lease of Parcel and Improvements,    5465 Greenwich Rd.,    Virginia Beach VA 23462-6511
27741904      +Matthew B. Kirsner,    Eckert Seamans Cherin & Mellott LLC,    919 E. Main St., #1300,
               Richmond, VA 23219-4624
27741905      +Michael Adolphi,    4404 Muddy Creek Road,    Virginia Beach, VA 23457-1574
28059000      +Michael D. Adolphi,    4404 Muddy Creek Road,    Virginia Beach, VA 23457-1574
27741906      +Midgett Preti Olansen PC,    Attn: Alison R. Zizzo,    2901 Lynnhaven Rd., #120,
               Virginia Beach, VA 23452-8505
27741907      +Paul Bozych,    Nielsen, Zehe & Antas, P.C.,    55 W. Monroe St., #1800,    Chicago, IL 60603-5037
28059011      +Paul K. Wong,    4020 Church Point Road,    Virginia Beach, VA 23455-7038
28216481      +Paychex, Inc.,    Bond, Schoeneck & King, PLLC,    350 Linden Oaks, Third Floor,
               Rochester, NY 14625-2807
27741908      +Pro Window, Inc.,    1604 Virginia Beach Blvd.,    Virginia Beach, VA 23454-4631
27741909      +Professional Heating & Cooling, Inc,    3306 Arizona Ave.,    Norfolk, VA 23513-4115
27741910      +Seth A. Robbins,    Robbins Law Group,    1100 N. Glebe Rd., Ste. 1010,
               Arlington, VA 22201-5786
```

```
District/off: 0752-1           User: evelyng               Page 2 of 3                   Date Rcvd: Oct 11, 2019
                               Form ID: 309C               Total Noticed: 74

27741911       +Silbar Security Corporation,    1508 Technology Drive, #101,    Chesapeake, VA 23320-5980
27741912       +Solutrix,    5469 Greenwich Road,    Virginia Beach, VA 23462-6511
27741913       +The Water H2Ole, Inc.,    1444 Southern Blvd., #C2-A,    Virginia Beach, VA 23454-4881
28063519       +Thomas Flake,    709 Roosevelt Avenue,    Virginia Beach, VA 23452-4019
28063520       +Thomas G. Flake,    709 Roosevelt Avenue,    Virginia Beach, VA 23452-4019
28069349        Timothy L Brown,    804 Rutherford Dr,    Chesapeake, VA 23322-7739
28226287       +U.S. Customs and Border Protection,    Attn: Revenue Division, Bankruptcy Team,
                 6650 Telecom Dr., Suite 100,    Indianapolis, In 46278-2010
27741914       +US Customs & Border Protection,    6650 Telecom Drive, #100,    Indianapolis, IN 46278-2010
27741915        Verizon,    PO Box 15043,    Albany, NY 12212-5043
28040720       +W. Greer McCreedy,    413 West York Street,    Norfolk, VA 23510-1114
27741916       +WESCO Distribution, Inc.,    David A Agay,    300 North LaSalle Street, Suite 1400,
                 Chicago IL 60654-3474
27839460        Wesco Distribution Inc.,    PO Box 530409,    Atlanta, GA 30353-0409
27741917       +Zhouyang (Mason) Song,    Harry A Readshaw,    600 Grant Street 44th Floor,
                 Pittsburgh Pa 15219-2713
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sclar@cranesimon.com Oct 12 2019 02:29:27      Scott R Clar,
                 Crane, Simon, Clar & Dan,    135 S Lasalle Suite 3705,    Chicago, IL  60603
27741883        E-mail/Text: bankruptcynotices@amazon.com Oct 12 2019 02:36:18      Amazon Web Services, Inc.,
                 410 Terry Avenue North,    Seattle, WA 98109-5210
28111470       +E-mail/Text: tross@trcmllc.com Oct 12 2019 02:36:21      TRC Master Fund LLC,    PO Box 633,
                 Woodmere, NY 11598-0633
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27839469*      +BCause Spot LLC,    130 S. Jefferson St., #101,    Chicago IL 60661-3502
28111468*      +CB Critical Systems,    11816 Mason Park Way,    Glen Allen, VA 23059-5828
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
          Arthur G Simon    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
           asimon@cranesimon.com,    sclar@cranesimon.com;slydon@cranesimon.com
          Arthur G Simon    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
           asimon@cranesimon.com,    sclar@cranesimon.com;slydon@cranesimon.com
          Brian L Shaw    on behalf of Creditor    BMG Operations Ltd. bshaw@foxrothschild.com,
           cknez@foxrothschild.com
          Christina Sanfelippo    on behalf of Creditor    BMG Operations Ltd. csanfelippo@foxrothschild.com,
           orafalovsky@foxrothschild.com
          David A Agay    on behalf of Creditor    Wesco Distribution, Inc. dagay@mcdonaldhopkins.com,
           mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
          David A Agay    on behalf of Defendant    WESCO Distribution, Inc. dagay@mcdonaldhopkins.com,
           mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
          Devon J Eggert    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           deggert@freeborn.com,    bkdocketing@freeborn.com
          Elizabeth L Janczak    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           ejanczak@freeborn.com,    bkdocketing@freeborn.com
          Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov,
           USTP.region11.es.ecf@usdoj.gov
          J Mark Fisher    on behalf of Creditor    Hoffland Properties, Inc mfisher@schiffhardin.com,
           edocket@schiffhardin.com;sricciardi@schiffhardin.com
          Jamie L Burns    on behalf of Creditor    W-R2 Jefferson Owner VIII, LLC jburns@lplegal.com,
           rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
```

```
District/off: 0752-1          User: evelyng              Page 3 of 3              Date Rcvd: Oct 11, 2019
                              Form ID: 309C              Total Noticed: 74
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jason M Torf   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion Energy Virginia jason.torf@icemiller.com
          Jeffrey C Dan   on behalf of Debtor 1   BCause LLC, a Virginia limited liability company jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
          Jeffrey C Dan   on behalf of Debtor 1   BCause Mining LLC, a Virginia limited liability company jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
          Jennifer M McLemore   on behalf of Creditor   BMG Operations Ltd. jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Marc Ira Fenton   on behalf of Creditor   W-R2 Jefferson Owner VIII, LLC mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
          Maria G Carr   on behalf of Creditor   Wesco Distribution, Inc. mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
          Maria G Carr   on behalf of Defendant   WESCO Distribution, Inc. mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
          Micah E. Marcus   on behalf of Defendant   WESCO Distribution, Inc. mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
          Michael M Schmahl   on behalf of Trustee Richard J. Mason mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Trustee Richard J Mason mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard J Mason   rmason@mcguirewoods.com, IL54@ecfcbis.com
          Sarah K Angelino   on behalf of Creditor   Hoffland Properties, Inc sangelino@schiffhardin.com, edocket@schiffhardin.com
          Scott R Clar   on behalf of Debtor 1   BCause LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
          Scott R Clar   on behalf of Debtor 1   BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
          Scott R Clar   on behalf of Plaintiff   BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
          Scott R Clar   on behalf of Jointly Administered Debtor   BCause LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
          Shara C Cornell   on behalf of Creditor   Wesco Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
          Shara C Cornell   on behalf of Defendant   WESCO Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
          Shelly A. DeRousse   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors sderousse@freeborn.com, bkdocketing@freeborn.com

                                                                                                                                                                                                                TOTAL: 31