IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 19-10562 |
| **BCause Mining LLC,** *et al.* | ) |
| | ) Hon. Janet S. Baer |
| Debtors. | ) |
| | ) |
| | ) |

### SUPPLEMENTAL DECLARATION OF MICHAEL M. SCHMAHL

I, MICHAEL M. SCHMAHL, state that, to the best of my knowledge, information, and belief, the following is true and correct:

1. I am the 100% shareholder and the president of Michael M. Schmahl, P.C. ("Schmahl P.C.").

2. Schmahl P.C. is a member in the law firm Pollick & Schmahl, LLC ("P&S").

3. Following the appointment of Alex Moglia (the "Trustee") as the chapter 7 trustee in these cases and his decision to adopt the pending application to retain P&S and its attorneys as counsel for the Trustee, I made further inquiry with P&S and its attorneys and confirmed that, to the best of my knowledge, information and belief, none of P&S, Schmahl P.C., or I or any of its attorneys have any connection with either of the debtors in the above-captioned, jointly administered bankruptcy cases (the "Debtors"), the Trustee, the Debtors' creditors, their respective attorneys, the United States Trustee or any person employed in the office of the United States Trustee, except as stated in my previously filed Declaration and as supplemented by the following, none of which are in any way adverse to or in conflict with these bankruptcy estates:

(a) John F. Pollick, an attorney at P&S and the president and 100% shareholder of John F. Pollick, P.C., a member in P&S is friends with the Trustee personally and

1

represented the Trustee in an unrelated matter approximately 14 years ago when Mr. Pollick was employed by another law firm.

4.  Based on the foregoing, it is my conclusion and the conclusion of Schmahl P.C. that all of P&S, Schmahl P.C., John F. Pollick and I are disinterested within the meaning of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 15, 2019                                              ___/s/ Michael M. Schmahl_____
                                                                                        Michael M. Schmahl


Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph
Suite 5100
Chicago, IL 60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Proposed Counsel to the Trustee*