**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | **Case No. 19-10562** |
| **BCause Mining LLC,** *et al.* | ) | |
| | ) | **Hon. Janet S. Baer** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

### NOTICE OF FILING

TO:    PERSONS LISTED ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on **October 15, 2019,** the undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) located at 219 S. Dearborn Street, Chicago, Illinois, the **SUPPLEMENTAL DECLARATION OF MICHAEL M. SCHMAHL** (the "**Supplemental Declaration**") in further support of the previously-filed **TRUSTEE'S MOTION TO RETAIN COUNSEL *NUNC PRO TUNC* TO OCTOBER 8, 2019, PURSUANT TO 11 U.S.C. § 327 AND FOR RELATED RELIEF**, a copy of which was previously served upon you.

Dated:  October 15, 2019                    Alex Moglia, Chapter 7 Trustee of the
                                            Bankruptcy Estates BCause Mining LLC and
                                            BCause LLC


                                            By: /s/ Michael M. Schmahl
                                                Michael M. Schmahl


Michael M. Schmahl
POLLICK & SCHMAHL, LLC
200 E. Randolph, Suite 5100
Chicago, Illinois  60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Proposed Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I, Michael M. Schmahl, do hereby certify that, on this 15TH day of October, 2019, I caused the above described **Notice of Filing** and the**,** to be served on the individuals listed on the below Service List through the Court's electronic filing system provided that individuals listed on the below Service List as having been served "via e-mail" were served at the email address indicated.

/s/   Michael M. Schmahl

## SERVICE LIST

Richard J. Mason
McGuireWoods LLP
77 W. Wacker
Suite 4100
Chicago, IL 60601
rmason@mcguirewoods.com
*Trustee*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

| | |
|---|---|
| J Mark Fisher<br>Sarah K Angelino<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 7100<br>Chicago, IL 60606<br>(312) 258-5861<br>mfisher@schiffhardin.com<br>sangelino@schiffhardin.com<br>*Counsel for Hoffland Properties, Inc.* | Russell R Johnson, III<br>Law Firm of Russell R Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin Sabot, VA 23103<br>804-749-8861<br>russell@russelljohnsonlawfirm.com<br>*Counsel for Dominion Energy Virginia*<br>*Via e-mail* |
| Marc Ira Fenton<br>Jamie L Burns<br>Levenfeld Pearlstein LLC<br>2 N Lasalle St Ste 1300<br>Chicago, IL 60602<br>312-346-8380<br>mfenton@lplegal.com<br>jburns@lplegal.com<br>*Counsel for W-R2 Jefferson Owner VIII, LLC* | Brian L Shaw<br>Christina Sanfelippo<br>Fox Rothschild LLP<br>321 N Clark Street<br>Suite 1600<br>Chicago, IL 60654<br>312-517-9200<br>312-517-9201 (fax)<br>bshaw@foxrothschild.com<br>csanfelippo@foxrothschild.com<br>*Counsel for BMG Operations Ltd.* |
| Jennifer M McLemore<br>Williams Mullen<br>200 South 10th Street<br>Richmond, VA 23219<br>(804)420-6330<br>jmclemore@williamsmullen.com<br>*Counsel for BMG Operations Ltd.*<br>*Via e-mail* | Jason M Torf<br>Ice Miller LLP<br>200 W. Madison St.<br>Suite 3500<br>Chicago, IL 60606<br>312-726-6244<br>312-726-6214 (fax)<br>jason.torf@icemiller.com<br>*Counsel for Dominion Energy Virginia* |
| Jason M Torf<br>Ice Miller LLP<br>200 W. Madison St.<br>Suite 3500<br>Chicago, IL 60606<br>312-726-6244<br>312-726-6214 (fax)<br>jason.torf@icemiller.com<br>*Counsel for Dominion Energy Virginia* | |