UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| BCause Mining LLC, et al., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING WESCO DISTRIBUTION'S MOTION TO EXTEND TIME TO OBJECT TO FEE APPLICATIONS OF DEBTORS' COUNSEL AND COMMITTEE COUNSEL**

This matter coming on the motion (the "Motion") of WESCO Distribution, Inc. pursuant to section 105(a) of the Bankruptcy Code for an order extending the objection deadline for objections to the first interim fee applications filed by Crane, Simon, Clar & Dan [ECF #309] (the "Debtor Application"), counsel for the above-captioned debtors (the "Debtors"), and Freeborn & Peters LLP, counsel for the official committee of unsecured creditors in these cases [ECF #304] (the "Committee Application" and collectively with the Debtor Application, the "Applications"), as more fully set forth in the Motion; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and proper notice of the Motion having been provided; such notice being adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

3. Notice of the Motion was proper, timely, adequate, and sufficient under the circumstances.

4. The objection deadline for the Applications is extended from October 9, 2019 at 4:30 p.m. to and including October 15, 2019.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 16, 2019

**Prepared by:**

David A. Agay (ARDC No. 6244314)
Shara Cornell (ARDC No. 6319099)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

-and-

Maria G. Carr (OH 0092412) (admitted pro hac vice)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
mcarr@mcdonaldhopkins.com