UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION TO RETAIN POLLICK & SCHMAHL, LLC AS COUNSEL TO THE TRUSTEE NUNC PRO TUNC TO OCTOBER 8, 2019, PURSUANT TO 11 U.S.C. § 327

This matter coming before the Court on the Trustee's Application to Retain Counsel Nunc Pro Tunc to October 8, 2019, Pursuant to 11 U.S.C. § 327 (the "Application"); the Court being advised in the premises and having reviewed the Application and the Exhibits thereto, and due notice having been provided to those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) The Application is granted as set forth herein;

2) The Trustee is authorized to retain the law firm of Pollick & Schmahl, LLC, and its attorneys, including Michael M. Schmahl and John F. Pollick, as the Trustee's counsel in these jointly-administered cases pursuant to the terms provided for in the Engagement Agreement attached as Exhibit A to the Application;

3) The Trustee is authorized to enter into an engagement agreement in the form of the Engagement Agreement attached as Exhibit A to the Application; and

4) The retention of Pollick & Schmahl, LLC, and its attorneys is authorized and approved nunc pro tunc to October 8, 2019.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 16, 2019

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860