**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

BCause Mining LLC, a Virginia limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661
SSN: EIN: 82–2810783

Case No. : 19–10562
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
Scott R Clar
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603

312 641–6777

Trustee:
Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173

847 884–8282

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

December 4, 2019 , 01:00 PM
219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604

For the Court,

Dated: October 17, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court