UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-10562 |
| | ) | |
| BCause Mining LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## SCHEDULING ORDER

This matter coming before the Court on the First Interim Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors and Request for Approval of Limited Notice, (Docket No. 304),

IT IS HEREBY ORDERED that:

1. Movant's final fee application is due to be filed on or before October 30, 2019.
2. Wesco Distribution, Inc.'s supplemental objection and the Chapter 7 Trustee's objection are due to be filed on or before November 27, 2019.
3. Responses are due to be filed on or before December 11, 2019.
4. This matter is set for status on January 8, 2020 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: October 16, 2019

ENTER:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge