# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-10562 |
| BCause Mining LLC, | ) | Chapter 7 |
| Debtor. | ) | Honorable Janet S. Baer |

## SCHEDULING ORDER

This matter coming before the Court on the First Interim Fee Application of the firm of Crane, Simon, Clar & Dan on Shortened Notice, (Docket No. 309),

IT IS HEREBY ORDERED that:

1. Movant's final fee application is due to be filed on or before October 30, 2019.
2. Wesco Distribution, Inc.'s supplemental objection and the Chapter 7 Trustee's objection are due to be filed on or before November 27, 2019.
3. Responses are due to be filed on or before December 11, 2019.
4. This matter is set for status on January 8, 2020 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: October 16, 2019

ENTER:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge