Form ren341

# United States Bankruptcy Court
*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

BCause Mining LLC, a Virginia limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661
SSN: EIN: 82–2810783

Case No. : 19–10562
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
Scott R Clar
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603

312 641–6777

Trustee:
Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173

847 884–8282

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

December 4, 2019 , 01:00 PM
219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604

For the Court,

Dated: October 17, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                          Case No. 19-10562-JSB
BCause Mining LLC, a Virginia limited li                        Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1         User: evelyng              Page 1 of 3              Date Rcvd: Oct 17, 2019
                             Form ID: ren341            Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db             +BCause Mining LLC, a Virginia limited liability co,    130 S. Jefferson St., #101,
                 Chicago, IL 60661-3502
27741881        Alliance Material Handling, Inc.,    PO Box 62050,    Baltimore, MD 21264-2050
27741882       +AlphaCraft Technologies, LLC,    601 Railroad Ave.,    South Boston, VA 24592-3619
27771388        American Alternative Insurance Corporation,    Roanoke Group,    Roanoke Woodfield Rd #500,
                 Schaumburg IL 60173
27839466       +BCause Clear LLC,    130 S. Jefferson St., #101,    Chicago IL 60661-3502
27839467       +BCause Derivatives Exchange LLC,    130 S. Jefferson St #101,    Chicago IL 60661-3502
28062332       +BCause LLC,    2800 252nd Ave,    Salem, WI 53168-9239
27839468       +BCause Spot LLC,    130 S Jefferson St #101,    Chicago IL 60661-3502
27839470       +BCause Trust Inc.,    192 Ballard Court, #303,    Virginia Beach, VA 23462-6538
27839461       +BFPE International,    7512 Connelley Dr.,    Hanover MD 21076-1688
27741885        BFPE International,    PO Box 791045,    Baltimore, MD 21279-1045
27741886        BMG Operations Ltd.,    44 Church Street,    St. John's,   Antigua
27741884       +Bay Technologies,    4501 Bainbridge Blvd., #200,    Chesapeake, VA 23320-6303
27741887       +Bruce Pollack,    807 Davis St #306,    Evanston, IL 60201-4472
27741888       +CB Critical Systems,    11816 Mason Park Way,    Glen Allen, VA 23059-5828
27741889        CSC,    3462 Solution Center,    Chicago, IL 60677-3004
28010991       +Capitol Counsel LLC,    700 13th St NW 2nd Floor,    Washington DC 20005-3956
28071881       +Charles Chuck Mackie,    4827 N Hamilton,    Chicago, Il 60625-1405
28166452       +Crystal Clear Communications,    3180 N Lake Shore Dr # 20C,    Chicago, IL 60657-4852
28068878       +Crystal Clear Communications,    Ellen Resnick, President,    3180 N Lake Shore Dr #20C,
                 Chicago, IL 60657-4852
27741890      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,   RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    PO Box 26666,
                 Bankkruptcy Dept 10th Floor,    Richmond, VA 23261)
27741891       +EE Flake, Thomas,    709 Roosevelt Ave.,    Virginia Beach, VA 23452-4019
27741892       +EF Fallon, Kevin,    2800 252nd Ave.,    Salem, WI 53168-9239
27973490       +Eli Robbins,    Harrison Law Group,    40 W. Chesapeake Ave.,    Suite 600,
                 Towson, MD 21204-4891
27741893       +Endurance IT Services, LLC,    295 Bendix Road, #300,    Virginia Beach, VA 23452-1295
27741895       +FRMO Corporation,    One North Lexington Ave., #12-C,    White Plains, NY 10601-1721
27839462       +Fallon Kevin,    2800 252nd Ave.,    Salem WI 53168-9239
27741894       +Fidelity Labs LLC,    200 Seaport Boulevard,    Boston, MA 02210-2000
27839463       +Flake Thomas,    709 Roosevelt Ave.,    Virginia Beach VA 23452-4019
27741896       +G Hogan Commercial Cleaning,    645 Estates Way,    Chesapeake, VA 23320-6758
27741897       +HK Cryptocurrency Mining LLC,    470 Park Avenue South,    New York, NY 10016-6819
27839464       +Hoffland Properties Inc.,    5400 Virginia Beach Blvd,    Virginia Beach VA 23462-1724
28044595        Hoffland Properties, Inc.,    c/o Dennis T. Lewandowski,    Kaufman & Canoles, P.C.,
                 150 West Main Street, Suite 2100,    Norfolk, VA 23510-1681
27741898       +Horizon Kinetics LLC,    470 Park Avenue South,    New York, NY 10016-6819
27741899       +Image 360,   118 Pennsylvania Ave.,    Virginia Beach, VA 23462-2512
27741900       +Inate One LLC,    1083 Independence Blvd., #206,    Virginia Beach, VA 23455-5523
27741901       +Jack Frost Enterprises,    3168 Holland Road,    Virginia Beach, VA 23453-2612
28065945       +John Ashby,    1440 West Little Neck Road,    Virginia Beach, VA 23452-4763
27741902       +Johns Brothers Security,    310 E. Street,    Hampton, VA 23661-1210
28061693        Jones, Madden & Council, PLC,    5029 Corporate Woods Drive,    Suite 190,
                 Virginia Beach, VA 23462-4376
27741903       +Joseph LaMontagne,    582 Lynnhaven Parkway,    Virginia Beach, VA 23452-7366
28063471       +Joseph LaMontagne,    607 Lynnhaven Pkwy,    Virginia Beach, VA 23452-7382
28219559       +Katten Munchin Rosenman LLP,    525 W. Monroe St.,    Chicago, IL 60661-3693
27839465       +Lease of Parcel and Improvements,    5465 Greenwich Rd.,    Virginia Beach VA 23462-6511
27741904       +Matthew B. Kirsner,    Eckert Seamans Cherin & Mellott LLC,    919 E. Main St., #1300,
                 Richmond, VA 23219-4624
27741905       +Michael Adolphi,    4404 Muddy Creek Road,    Virginia Beach, VA 23457-1574
28059000       +Michael D. Adolphi,    4404 Muddy Creek Road,    Virginia Beach, VA 23457-1574
27741906       +Midgett Preti Olansen PC,    Attn: Alison R. Zizzo,    2901 Lynnhaven Rd., #120,
                 Virginia Beach, VA 23452-8505
27741907       +Paul Bozych,    Nielsen, Zehe & Antas, P.C.,    55 W. Monroe St., #1800,    Chicago, IL 60603-5037
28059011       +Paul K. Wong,    4020 Church Point Road,    Virginia Beach, VA 23455-7038
28216481       +Paychex, Inc.,    Bond, Schoeneck & King, PLLC,    350 Linden Oaks, Third Floor,
                 Rochester, NY 14625-2807
27741908       +Pro Window, Inc.,    1604 Virginia Beach Blvd.,    Virginia Beach, VA 23454-4631
27741909       +Professional Heating & Cooling, Inc,    3306 Arizona Ave.,    Norfolk, VA 23513-4115
27741910       +Seth A. Robbins,    Robbins Law Group,    1100 N. Glebe Rd., Ste. 1010,
                 Arlington, VA 22201-5786
27741911       +Silbar Security Corporation,    1508 Technology Drive, #101,    Chesapeake, VA 23320-5980
27741912       +Solutrix,    5469 Greenwich Road,    Virginia Beach, VA 23462-6511
27741913       +The Water H2Ole, Inc.,    1444 Southern Blvd., #C2-A,    Virginia Beach, VA 23454-4881
28063519       +Thomas Flake,    709 Roosevelt Avenue,    Virginia Beach, VA 23452-4019
28063520       +Thomas G. Flake,    709 Roosevelt Avenue,    Virginia Beach, VA 23452-4019
28069349        Timothy L Brown,    804 Rutherford Dr,    Chesapeake, VA 23322-7739
28226287       +U.S. Customs and Border Protection,    Attn: Revenue Division, Bankruptcy Team,
                 6650 Telecom Dr., Suite 100,    Indianapolis, In 46278-2010
```

```
District/off: 0752-1           User: evelyng               Page 2 of 3                   Date Rcvd: Oct 17, 2019
                               Form ID: ren341             Total Noticed: 69


27741914      +US Customs & Border Protection,    6650 Telecom Drive, #100,    Indianapolis, IN 46278-2010
27741915       Verizon,   PO Box 15043,    Albany, NY 12212-5043
28040720      +W. Greer McCreedy,    413 West York Street,    Norfolk, VA 23510-1114
27741916      +WESCO Distribution, Inc.,    David A Agay,   300 North LaSalle Street, Suite 1400,
                Chicago IL 60654-3474
27839460       Wesco Distribution Inc.,    PO Box 530409,   Atlanta, GA 30353-0409
27741917      +Zhouyang (Mason) Song,    Harry A Readshaw,   600 Grant Street 44th Floor,
                Pittsburgh Pa 15219-2713
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27741883       E-mail/Text: bankruptcynotices@amazon.com Oct 18 2019 02:28:34      Amazon Web Services, Inc.,
                410 Terry Avenue North,    Seattle, WA 98109-5210
28111470      +E-mail/Text: tross@trcmllc.com Oct 18 2019 02:28:39      TRC Master Fund LLC,   PO Box 633,
                Woodmere, NY 11598-0633
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            John F Pollick
aty            Michael Schmahl
aty            Pollick & Schmahl, LLC
27839469*     +BCause Spot LLC,    130 S. Jefferson St., #101,    Chicago IL 60661-3502
28111468*     +CB Critical Systems,    11816 Mason Park Way,    Glen Allen, VA 23059-5828
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              Alex D Moglia, ESQ    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
              Arthur G Simon    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
               asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
              Arthur G Simon    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
               asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
              Brian L Shaw    on behalf of Creditor    BMG Operations Ltd. bshaw@foxrothschild.com,
               cknez@foxrothschild.com
              Christina Sanfelippo    on behalf of Creditor    BMG Operations Ltd. csanfelippo@foxrothschild.com,
               orafalovsky@foxrothschild.com
              David A Agay    on behalf of Creditor    Wesco Distribution, Inc. dagay@mcdonaldhopkins.com,
               mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
              David A Agay    on behalf of Defendant    WESCO Distribution, Inc. dagay@mcdonaldhopkins.com,
               mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
              Devon J Eggert    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               deggert@freeborn.com, pfoster@bcblaw.net
              Elizabeth L Janczak    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               ejanczak@freeborn.com, bkdocketing@freeborn.com
              Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov,
               USTP.region11.es.ecf@usdoj.gov
              J Mark Fisher    on behalf of Creditor    Hoffland Properties, Inc mfisher@schiffhardin.com,
               edocket@schiffhardin.com;sricciardi@schiffhardin.com
              Jamie W Burns    on behalf of Creditor    W-R2 Jefferson Owner VIII, LLC jburns@lplegal.com,
               rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
              Jason M Torf    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion Energy
               Virginia jason.torf@icemiller.com
              Jeffrey C Dan    on behalf of Debtor 1    BCause Mining LLC, a Virginia limited liability company
               jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
              Jeffrey C Dan    on behalf of Debtor 1    BCause LLC, a Virginia limited liability company
               jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
```

```
District/off: 0752-1          User: evelyng                Page 3 of 3                  Date Rcvd: Oct 17, 2019
                              Form ID: ren341              Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jennifer M McLemore   on behalf of Creditor   BMG Operations Ltd. jmclemore@williamsmullen.com, avaughn@williamsmullen.com

        Marc Ira Fenton   on behalf of Creditor   W-R2 Jefferson Owner VIII, LLC mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com

        Maria G Carr   on behalf of Defendant   WESCO Distribution, Inc. mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

        Maria G Carr   on behalf of Creditor   Wesco Distribution, Inc. mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

        Micah E. Marcus   on behalf of Defendant   WESCO Distribution, Inc. mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

        Michael M Schmahl   on behalf of Trustee Alex D Moglia, ESQ mschmahl@pollickschmahl.com, mmsfiling@gmail.com

        Michael M Schmahl   on behalf of Trustee Richard J Mason mschmahl@pollickschmahl.com, mmsfiling@gmail.com

        Michael M Schmahl   on behalf of Trustee Richard J. Mason mschmahl@pollickschmahl.com, mmsfiling@gmail.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Sarah K Angelino   on behalf of Creditor   Hoffland Properties, Inc sangelino@schiffhardin.com, edocket@schiffhardin.com

        Scott R Clar   on behalf of Debtor 1   BCause LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Scott R Clar   on behalf of Debtor 1   BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Scott R Clar   on behalf of Jointly Administered Debtor   BCause LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Scott R Clar   on behalf of Plaintiff   BCause Mining LLC, a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

        Shara C Cornell   on behalf of Defendant   WESCO Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

        Shara C Cornell   on behalf of Creditor   Wesco Distribution, Inc. scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com

        Shelly A. DeRousse   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors sderousse@freeborn.com, bkdocketing@freeborn.com

        TOTAL: 32