UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:
BCause Mining, LLC, et al.

)  BK No.: 19-10562
)  (Jointly Administered)
)
)  Chapter: 7
)
)  Honorable Janet S. Baer

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 22 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Zhuoyang (Mason) Song, a creditor in the above-referenced bankruptcy proceeding, has changed his address and requests that service of any pleadings, distributions, notices, or correspondence in this matter be sent to the new address listed below, effective immediately.

| Previous Address: | New Address: |
| --- | --- |
| Zhuoyang (Mason) Song<br>2930 Barnard Street, #7204<br>San Diego, CA 92110 | Zhuoyang (Mason) Song<br>6540 Reflection Drive, #1225<br>San Diego, CA 92124 |

Dated: October 17, 2019

Respectfully submitted,

Harry A. Readshaw
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*Authorized Agent for Creditor,*
*Zhuoyang (Mason) Song*