**EXHIBIT A**

**OCTOBER BUDGET**

| Through 10/31: Additional Hours for Independent Contractors | Hourly Rate | Additional Hours | Total |
|---|---|---|---|
| Shawn Dailey | $66.25 | 80 Hours | $5,300.00 |
| Marysa Hilton | $22.00 | 72 hours | $1,584.00 |
| Brent Myers | $20.00 | 72 hours | $1,440.00 |
| Terrance Holley | $21.00 | 72 hours | $1,512.00 |
| Nieves, Tiffany | $15.00 | 72 hours | $1,080.00 |
| Christi Vaassen | $54.35 | 40 hours | $2,174.00 |
| Dawn Chapman | $71.39 | 40 hours | $2,855.60 |
| | | | **$15,945.60** |

| Lump Sum Payments for Services Provided to Date in October | |
|---|---|
| Shawn Work post-conversion: | $4,400 |
| Marysa Hilton | $528 |
| Brent Myers | $1,089 |
| Terrance Holley | $1,108 |
| Nieves, Tiffany | $673 |
| Christi Vaassen | $3,479 |
| Dawn Chapman | $4,569 |
| | **$15,845** |

| Fire Watch Bonus | |
|---|---|
| Marysa Hilton | $1,180 |
| Brent Myers | $1,359 |
| Terrance Holley | $1,216 |
| Nieves, Tiffany | $405 |
| | **$4,160** |

| **Silber: Night/Weekend Monitor Service** | **$8,000** |
|---|---|