UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

BCause Mining LLC, et al.

Debtor(s)

BK No.: 19-10562
(Jointly Administered)
Chapter: 7
Honorable Janet S. Baer

## ORDER EXTENDING TIME TO ASSUME OR REJECT
## LEASE OF NON-RESIDENTIAL REAL ESTATE

This matter having come before the Court for a hearing on the Debtors' Second Motion for Extension of Time to Assume or Reject Lease for Non-Residential Real Estate (the "Motion"); Hoffland Properties, Inc. (the "Hoffland"), and the Debtors having agreed to the relief requested in the Motion; the Court having previously orally granted the Motion at an earlier hearing; and the Court having determined that this is a core matter and that due notice has been provided to all those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) the Motion is Granted as provided in this Order;
2) the Debtors' time to assume or reject the Triple Net Lease (with Rider) for a commercial warehouse condominium located at 5465 Greenwich Road, Virginia Beach, Virginia (the "Lease") is extended until and including November 7, 2019; and
3) this Order is without prejudice to and does not modify in any way the rights granted to the Chapter 7 Trustee in these cases under the Bankruptcy Code, including Sections 348 and 365.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 25, 2019

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860