UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-10562 |
|---|---|---|
| | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**ORDER DIRECTING TURNOVER OF POST-PETITION PAYMENTS
TO CHAPTER 7 TRUSTEE**

This matter having come before the Court for a hearing on the initial presentment of the First Interim Fee Application of Freeborn & Peters LLP ("Committee Counsel") As Counsel to the Official Committee of Unsecured Creditors and Request for Approval of Limited Notice (the "Application"); Committee Counsel having received payments from the Debtors' totaling $50,000 (the "$50,000 Payments") prior to the conversion of this case to a case under Chapter 7 of the Bankruptcy Code that is currently in Committee Counsel's client trust account; and Alex Moglia having been appointed as the Chapter 7 Trustee of these estates (the "Trustee");

IT IS HEREBY ORDERED THAT:

1) Committee Counsel shall turnover the $50,000 Payments to the Trustee; and
2) This Order is entered without prejudice to consideration of Committee Counsel's request for allowance and payment of compensation and reimbursement of expenses in the Application and any objections that may be filed related thereto.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 25, 2019

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860