UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-10562 |
|---|---|---|
|  | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter: 7 |
|  | ) | Honorable Janet S. Baer |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

## ORDER GRANTING TRUSTEE'S MOTION TO USE CASH COLLATERAL ON AN INTERIM BASIS AND GRANTING RELATED RELIEF

This matter having come before the Court for an initial hearing on the Trustee's Motion to Use Cash Collateral Outside the Ordinary Course of Business and For Related Relief (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion and the budget attached thereto, determines that this is a core matter and that adequate notice has been provided under the circumstances; and that the amounts listed in the attached budget for the Month of October, 2019 (the "October Budget") are actual and necessary expenses of preserving the Debtors' estates and that such expenses are in the best interests of the creditors and these estates. Therefore, pending a final hearing on the Motion;

IT IS HEREBY ORDERED THAT:

1) the Motion is granted on an interim basis as provided in the this Order;
2) the Trustee is authorized to retain the following individuals as independent contractors at the following hourly rates Shawn Dailey ($66.25/hour); Marysa Hilton ($22.00/hour); Brent Myers ($20.00/hour); Terrance Holley ($21.00/hour); and Tiffany Nieves ($20.00/hour) (collectively, the "Independent Contractors");
3) the Trustee is further authorized to pay such Independent Contractors lump sum payments totaling a combined amount of not more than $7,800.00 which amounts shall be paid as indicated on the October Budget attached hereto;
4) the Trustee is further authorized to pay such Independent Contractors for additional services performed through October 31, 2019, on an hourly basis at the hourly rates indicated above provided that the total amount of such payments does not exceed $11,276.00, irrespective as to how much is paid to any individual Independent Contractor or whether the ultimate amount owed to any individual Independent Contractor vary from the amount listed in the October Budget;
5) the Trustee is further authorized to pay additional lump sums as "Fire Watch Bonuses" as described in the Motion totaling a combined amount of $4,160.00 to Marysa Hilton ($1,180.00); Brent Myers ($1,359.00); Terrance Holley ($1,216.00); and Tiffany Nieves ($405.00) as indicated in the October Budget;
6) the Trustee is authorized to pay Silbar up to $8,000.00;
7) all of the above payments by the Trustee are allowed as chapter 7 administrative expenses pursuant to Section 503 of the Bankruptcy Code;
8) as adequate protection for the Trustee's use of Cash Collateral pursuant to Sections 361, 362, and 363 of the Bankruptcy Code, the Trustee shall pay $25,000 [handwritten] to WESCO, provided however, that such payment is subject to avoidance and repayment to the Trustee by WESCO in the event that the Trustee

is successful in challenging WESCO's asserted liens on the Cash Collateral; and
9) a further hearing on the Motion will be held on ___Nov 6___, 2019 at 10:00 A.M.

Enter:

*[signature]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **OCT 28 2019**

**Prepared by:**
Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860

**EXHIBIT A**

**OCTOBER BUDGET**
**Through 10/31: Additional Hours for Independent Contractors: NOTE ACTUAL AMOUNTS PAID TO ANY INDIVIDUAL MAY VARY**

|  | Hourly Rate | Additional Hours | Total |
|---|---|---|---|
| Shawn Dailey | $66.25 | 80 Hours | $5,300.00 |
| Marysa Hilton | $22.00 | 72 hours | $1,584.00 |
| Brent Myers | $20.00 | 72 hours | $1,440.00 |
| Terrance Holley | $21.00 | 72 hours | $1,512.00 |
| Nieves, Tiffany | $20.00 | 72 hours | $1,440.00 |
|  |  |  | **$11,276.00** |

**Lump Sum Payments for Services Previously Provided**

| | |
|---|---|
| Shawn Work post-conversion: | $4,400 |
| Marysa Hilton | $528 |
| Brent Myers | $1,089 |
| Terrance Holley | $1,108 |
| Nieves, Tiffany | $673 |
|  | **$7,798** |

**Fire Watch Bonus**

| | |
|---|---|
| Marysa Hilton | $1,180 |
| Brent Myers | $1,359 |
| Terrance Holley | $1,216 |
| Nieves, Tiffany | $405 |
|  | **$4,160** |

| | |
|---|---|
| **Silber: Night/Weekend Monitor Service** | **$8,000** |