## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>BCAUSE MINING LLC, et al.,<br><br><div align="center">Debtors/Debtors-in-possession.</div> | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Honorable Janet S. Baer<br><br>Hearing Date: January 8, 2020 at 10:00 a.m.<br><br>Objection Deadline: November 27, 2019 at 4:00 p.m. (CT) |

## <u>NOTICE OF HEARING ON FEE APPLICATION</u>

**PLEASE TAKE NOTICE** that on **January 8, 2020 at 10:00 a.m.**, the undersigned shall appear before the Honorable Janet S. Baer in Courtroom 615, or whomever may be sitting in her place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and will then and there present the *Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors*, a copy of which is attached hereto and herewith served upon you. An order approving the Application may be entered without a hearing unless an objection is timely filed and served.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Application must be filed with the Court by **November 27, 2019** and served so to be actually received before such deadline.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings by visiting the Court's website at http://www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 30, 2019

**FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
      One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:     312.360.6000
Fax:    312.360.6520
Email:  sderousse@freeborn.com
        ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>BCAUSE MINING LLC, et al.,<br><br>Debtors/Debtors-in-possession. | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Honorable Janet S. Baer<br><br>Hearing Date: January 8, 2020 at 10:00 a.m.<br><br>Objection Deadline: November 27, 2019 at 4:00 p.m. (CT) |

## CERTIFICATE OF SERVICE

I, Elizabeth L. Janczak, an attorney, hereby certify that on October 30, 2019, I caused a true and correct copy of the attached *Notice of Motion* and *Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* to be filed with the Court and served upon the CM/ECF Service List and the *Notice of Motion* and *Coversheet for Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* served via U.S. Mail upon the U.S. Mail Service List.

/s/ Elizabeth L. Janczak

**CM/ECF Service List**

David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
Debra Devassy Babu    ddevassy@askounisdarcy.com
Jamie L Burns    jburns@lplegal.com, rwilliamson@lplegal.com; ikropiewnicka@lplegal.com
Maria G Carr    mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
Shara C Cornell    scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
Jeffrey C Dan    jdan@cranesimon.com, sclar@cranesimon.com; mjoberhausen@cranesimon.com
Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com
Devon J Eggert    deggert@bcblaw.net, pfoster@bcblaw.net
Marc Ira Fenton    mfenton@lplegal.com, skiolbasa@lplegal.com; ikropiewnicka@lplegal.com
Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Alex D Moglia    amoglia@mogliaadvisors.com, IL31@ecfcbis.com

Arthur G Simon     asimon@cranesimon.com, sclar@cranesimon.com; slydon@cranesimon.com

**U.S. Mail Service List**

See attached mailing matrix.

Label Matrix for local noticing
0752-1
Case 19-10731
Northern District of Illinois
Eastern Division
Wed Oct 30 10:07:08 CDT 2019

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

David A Agay
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654-3474

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455-1638

Ann M. Cresce
5731 Hampton Drive
Long Grove, IL 60047-5050

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017-1028

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611-3906

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306-1845

Boyk, William
982 Dakota Circle
Naperville, IL 60563-9308

Brian Sayler
48 Bensam Place
Haledon, NJ 07508-3009

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602-3709

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005-3960

Capitol Counsel, LLC
700 13th St NW 2nd Floor
Washington, DC 20005-3956

Maria G Carr
McDonald Hopkins LLC
600 Superior Avenue,
Suite 2100
Cleveland, OH 44114-2653

Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607-4630

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321-1265

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625-1405

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510-1813

Scott R Clar
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603-4101

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Sharon D. Cornell
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654-3474

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr.
Long Grove, IL 60047-5050

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle St Ste 3705
Chicago, IL 60603-4101

Dawn L. Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Devon J Eggert
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Ave.
Milwaukee, WI 53202-3170

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299-6421

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006-1823

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204-2901

FIS Systems International, LLC
FIS Legal
11601 Roosevelt Blvd., TA-41
Attn: Lauren M. Pizzo, Esq.
St. Petersburg, FL 33716-2202

Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Marc Ira Fenton
Levenfeld Pearlstein
2 N. La Salle
Suite 1300
Chicago, IL 60602-3709

Frederick J Grede
500 North Lake Shore Drive
3314
Chicago, IL 60611-5143

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

Freeborn & Peters LLP
311 South Wacker Drive  Suite 3000
Chicago, IL 60606-6679

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334-1505

Grede, Fred
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510-1682

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020-6120

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Elizabeth L Janczak
Freeborn & Peters LLP
311 S. Wacker Drive Suite 3000
Chicago, IL 60606-6679

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452-4763

Jones Madden & Council PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620-2845

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karan Rai
921 Atlantic Avenue, #1401
Virginia Beach, VA 23451-3581

Kathleen Miller
Smith, Katzenstein & Jenkins LLP
PO Box 410
United States
Wilmington, DE 19899-0410

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Kristin Joyce-Werner
14159 Camden Dr
Orland Park, IL 60462-2385

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060-3395

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452-7330

Level 3 Communications, LLC
CenturyLink Communications
Attn: Legal - BKY
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

MA Commonwealth
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611-4458

Mary Grace Fajardo
6024 N. Kimball Ave.
Chicago, IL 60659-2310

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23454-4283

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Nasdaq
805 King Farm Blvd.
Rockville, MD 20850-6162

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006-1405

PACIFIC LIAISON SERVICES INC
C/O HAYAMI SHIRAISHI
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630

PATRICK CHILDRESS
701 S WELLS ST APT 2001
CHICAGO, IL 60607-4630

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607-4630

Paul Bozych
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex of New York LLC
8215 Forest Point Blvd., #150
Charlotte, NC 28273-0219

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452-6767

Pollack, Bruce
167 Park Ave.
Glencoe, IL 60022-1351

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022


Arthur G Simon
Crane, Simon, Clar & Dan
135 S Lasalle St Suite 3705
Chicago, IL 60603-4101

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381


TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Thomas G. Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606-2800


UNUM - Dental
PO Box 406990
Atlanta, GA 30384-6990

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455


UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

W-R2 Jefferson Owner VII, L.L.C.
2 N. La Salle Street, Suite 1300
Chicago, Il 60602-3709


W-R2 Jefferson Owner VII, LLC.
Marc I Fenton Esq
2 N LaSalle St Suite 1300
Chicago, IL 60602-3709

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642-2732

Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474


William Boyk
982 Dakota circle
Naperville, IL 60563-9308


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CCA Financial, LLC

(d)Crystal Clear Communications
3180 N. Lake Shore Drive, #20C
Chicago, IL 60657-4852

(u)Official Committee Of Unsecured Creditors


(u)Bruce Pollack

(u)TR Capital Management LLC
US

(u)W-R2 Jefferson Owner VIII, LLC

(u)Wesco Distribution, Inc.

End of Label Matrix
Mailable recipients    108
Bypassed recipients      7
Total                  115

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

BCAUSE MINING LLC, et al.,

      Debtors/Debtors-in-possession.

Chapter 7

Case No. 19-10562
(Jointly Administered)

Honorable Janet S. Baer

Hearing Date: January 8, 2020 at 10:00 a.m.

**COVERSHEET FOR SECOND AND FINAL FEE APPLICATION OF
FREEBORN & PETERS LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

Name of Applicant:                    Freeborn & Peters LLP

Authorized to provide
professional services to:             Official Committee of Unsecured Creditors

Date of retention:                    May 8, 2019 *nunc pro tunc* to April 25, 2019
Period for which
compensation and
reimbursement is sought:              April 25, 2019 through October 8, 2019

Amount of compensation
sought as actual,
reasonable and necessary:             $118,311.50

Amount of reimbursement
sought as actual,
reasonable and necessary:             $46.45

This is an ____ interim__X__ final application

Prior Fee Applications Filed by Applicant:          Yes

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 9/25/2019 | 4/25/2019-8/31/2019 | $87,893.35 | Application pending | $0.00 |

Dated: October 30, 2019

**FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
      One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:     312.360.6000
Fax:    312.360.6520
Email:  sderousse@freeborn.com
        ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| In re: | Chapter 7 |
| BCAUSE MINING LLC, et al., | Case No. 19-10562<br>(Jointly Administered) |
|  | Honorable Janet S. Baer |
| Debtors/Debtors-in-possession. | Hearing Date: January 8, 2020 at 10:00 a.m. |

**SECOND AND FINAL FEE APPLICATION OF FREEBORN & PETERS LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Freeborn & Peters LLP ("*Freeborn*"), counsel to the Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-captioned cases of BCause Mining LLC ("*Mining*") and BCause LLC ("*BCause*" together with Mining, the "*Debtors*"), hereby submits this application for compensation (the "*Application*") which seeks: (i) final approval of compensation in the amount of $118,311.50 for services rendered and $46.45 for reimbursement of expenses incurred for the period of April 25, 2019 through October 8, 2019; and (ii) payment of $118,357.95 to Freeborn, representing the compensation and expenses requested herein.  In support hereof, Freeborn states as follows:

**JURISDICTION AND VENUE**

1.     The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.     The statutory predicates for the relief requested herein are sections 330, 331, 503(b) and 507(a)(1) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## BACKGROUND

1.     On April 11, 2019, Mining filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").

2.     On April 12, 2019, BCause filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

3.     The Debtors' cases are currently jointly administered under Case No. 19-10562. (ECF No. 72).

4.     On April 24, 2019, the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee and its members as an official committee to represent the interests of the unsecured creditors of the Debtors pursuant to section 1102 of the Bankruptcy Code and that same day, the U.S. Trustee filed a notice of appointment of the Committee.

3.     On May 8, 2019, the Court entered an order approving Freeborn's employment *nunc pro tunc* to April 25, 2019.

4.     On September 25, 2019, Freeborn filed its first interim application for compensation (the "*First Interim Fee Application*") requesting interim allowance and payment of $87,881.00 in fees and $12.35 in expenses incurred for the period of April 25, 2019 through August 31, 2019 as chapter 11 administrative expenses of the Debtors' estates.  The First Interim Fee Application is pending before the Court and has not yet been ruled upon.

- 4 -

5.     On October 8, 2019, the Court entered an order converting the Debtors'
bankruptcy cases from chapter 11 to cases under chapter 7 of the Bankruptcy Code.

## RELIEF REQUESTED

6.     Freeborn rendered services on behalf of the Committee from April 25, 2019
through October 8, 2019 (the "*Fee Application Period*"), for which Freeborn seeks allowance, on
a final basis, of compensation in the amount of $118,311.50 and reimbursement of expenses in
the amount of $46.45 for a total of $118,357.95.  Freeborn also seeks payment of the requested
amounts from available funds in the Debtors' estates.

## DISCUSSION

7.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

[T]he court may award . . . reasonable compensation for actual, necessary services
rendered by the . . . attorney and by any paraprofessional person . . . and . . .
reimbursement for actual, necessary expenses. . . .  In determining the amount of
reasonable compensation to be awarded, the court shall consider the nature, the
extent, and the value of such services, taking into account all relevant factors,
including – (A) the time spent on such services; (B) the rates charged for such
services; (C) whether the services were necessary to the administration of, or
beneficial at the time at which the service was rendered toward the completion of,
a case under [the Bankruptcy Code]; (D) whether the services were performed
within a reasonable amount of time commensurate with the complexity,
importance, and nature of the problem, issue, or task addressed; and (E) whether
the compensation is reasonable, based on the customary compensation charged by
comparably skilled practitioners in cases other than cases under this title.

8.     The Seventh Circuit Court of Appeals has stated that:

The computation of hourly fees depends on the number of hours "reasonably"
expended, the hourly rate of each [professional], the calculation of the time value
of money (to account for delay in payment), potential increases and decreases to
account for risk and the results obtained, and a complex of other considerations
under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986).  Additionally, other courts of appeal have
recognized that:

- 5 -

> [I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation. It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

9.     In reviewing the Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.")

10.     In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

11.     In evaluating the Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of

other employment caused by Freeborn's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

12.     Freeborn's hourly rates of compensation for those attorneys and para-professionals during the Fee Application Period range from $125 to $1,015 (however, no professional with an hourly rate in excess of $490 has performed services herein). Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise and standing for similar services in this jurisdiction. Freeborn consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient and practical manner possible.

13.     A summary of the compensation requested herein regarding each of Freeborn's professionals and para-professionals is set forth below:

| Timekeeper | Title | Year of Illinois Bar Admission | Rate | Hrs. | Total |
|---|---|---|---|---|---|
| Ciarroni, Bianca E. | Associate | 2018 | $ 300.00 | 7.3 | $ 2,190.00 |
| Costanzo, Adriano | Litigation Technology | N/A | $ 290.00 | 0.2 | $ 58.00 |
| DeRousse, Shelly A. | Partner | 2001 | $ 490.00 | 106.8 | $ 52,332.00 |
| Eggert, Devon J. | Partner | 2006 | $ 450.00 | 3.8 | $ 1,710.00 |
| Hazdra, Jacqueline | Paralegal | N/A | $ 230.00 | 14.0 | $ 3,220.00 |
| Isenberg, Shira R. | Senior Counsel | 2003 | $ 455.00 | 0.1 | $ 45.50 |
| Janczak, Elizabeth L. | Partner | 2010 | $ 370.00 | 158.8 | $ 58,756.00 |
| | | | **Totals** | **291.00** | **$ 118,311.50** |
| | | | | **Blended Rate:** | **$ 406.57** |

14.     No agreement or understanding exists between Freeborn and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Rules.

15.     Freeborn reserves the right to correct, amend or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

## SERVICES PERFORMED

16.     This Application sets forth in detail the work performed by Freeborn and the time spent during the Fee Application Period.   Freeborn's billing statements for the period of September 1, 2019 through October 8, 2019 are attached here as <u>Group Exhibit A</u>.   Freeborn incorporates by reference the billing statements attached to its First Interim Fee Application.

**A.     General                                                $47,805.00**

17.     Freeborn spent 113.90 hours at a cost of $47,805.00 on general matters.   This category primarily includes time spent reviewing incoming pleadings and drafting responses to the same, reviewing correspondence and notices, preparing for and attending Court hearings on general case matters, corresponding with parties in interest concerning general case matters and performing necessary administrative tasks typically associated with a committee representation. Among other things, time in this category includes time spent with respect to BMG Operations Ltd.'s ("*BMG*") motion for relief from stay, the Debtors' proposed settlement with BMG, negotiations regarding a potential orderly liquidation process, and other services that cannot be classified in one discrete category, or time relating to general case administration matters.

**B.     Litigation                                               $17,805.00**

18.     Freeborn spent 47.30 hours at a cost of $17,805.00 on general litigation matters. This category primarily includes time spent reviewing and responding to the motion to dismiss

filed by the Debtors' purported secured lender, Wesco Distribution, Inc. ("*Wesco*"), preparing for and attending several depositions of the Debtors' representatives in connection with the same, preparing for and attending evidentiary hearings on Wesco's motion to dismiss, and assisting in preparing a complaint against Wesco challenging the validity of liens and claim amounts.

**C.      Creditor Inquiries and Negotiations                          $651.00**

19.      Freeborn spent 2.1 hours at a cost of $651.00 on creditor inquiries and negotiations.  This category primarily includes time spent corresponding with creditors regarding case status and questions as well as filing proofs of claim on behalf of various claimants.

**D.      Secured Creditor Issues                                   $12,652.00**

20.      Freeborn spent 28.0 hours at a cost of $12,652.00 on secured creditor issues.  This category primarily includes time spent analyzing the Debtors' motion to use cash collateral and Wesco's objection to the same, attending various hearings on cash collateral, reviewing and revising proposed cash collateral budgets and orders, conferring and negotiating with the Debtors' and Wesco regarding the terms of cash collateral orders and budgets, and discussions with parties-in-interest regarding the extend, validity, and priority of Wesco's alleged liens.

**E.      Freeborn Retention and Fee Applications                     $4,077.00**

21.      Freeborn spent 12.7 hours at a cost of $4,077.00 on Freeborn retention and fee application matters.   This category includes time spent preparing Freeborn's retention application, reviewing monthly fee statements to ensure compliance with time detail requirements, and preparing and filing the First Interim Fee Application.

**F.      Other Professional Retention                                $294.00**

22.     Freeborn spent 0.6 hours at a cost of $294.00 on other professional retention matters. This category includes time spent reviewing various exhibits to the retention application of Crane, Simon, Clar & Dan, the Debtors' counsel.

**G.     Plan and Disclosure Statement                    $15,432.00**

23.     Freeborn spent 37.6 hours at a cost of $15,432.00 on plan and disclosure statement matters. This category primarily includes time spent reviewing and revising the Debtors' proposed chapter 11 plan of reorganization, communicating with parties in interest regarding the proposed plan and reviewing the Debtors' financial projections.

**H.     Executory Contracts and Unexpired Leases          $3,737.00**

24.     Freeborn spent 8.9 hours at a cost of $3,737.00 on executory contract and unexpired lease issues. This category includes time spent reviewing various motions, including the motion compel the Debtors to pay rent, lease rejection motion and the motion to assume NASDAQ contract. This category also includes time relating to the motion to enter into rent-to-own agreement with SBI Crypto Co., Ltd. and the Debtors' motion to extend time to assume or reject its lease with Hoffland Properties.

**I.     Committee Meetings and Governance                 $7,970.00**

25.     Freeborn spent 18.9 hours at a cost of $7,970.00 on Committee meetings and governance issues. This category primarily consists of time spent preparing the Committee's contact list and bylaws, conducting meetings of the Committee, updating the Committee regarding the status of the case, and addressing inquiries from individual Committee members.

**J.     Investigation of Operations                        $74.00**

26.     Freeborn spent 0.2 hours at a cost of $74.00 on issues relating to examining and investigating the Debtors' operations. This category includes time spent communicating with counsel for the Debtors regarding BCause's business operations and background information.

- 10 -

**K.**     **Asset Sales**                                                   **$4,772.50**

27.     Freeborn spent 11.4 hours at a cost of $4,772.50 on asset sale issues. This category includes time spent reviewing the Debtors' motion to sell BCause Secure equity and the "Spot Exchange", negotiating proposed terms with a proposed buyer, and revising term sheets for the same.  Additionally, Freeborn assisted the Debtors in auctioning the BCause Secure equity and "Spot Exchange", including setting up a dedicated e-mail address for expressions of interest and proposed term sheets, preparing due diligence packages for potential bidders, and communicating with various parties in interest regarding the same.

**L.**     **Schedules and Reports**                                        **$1,021.00**

28.     Freeborn spent 2.5 hours at a cost of $1,021.00 on schedules and reports. This category includes time spent reviewing the Debtors' schedules and statements of financial affairs.

**M.**     **Claims Analysis**                                             **$2,021.00**

29.     Freeborn spent 6.9 hours at a cost of $2,021.00 on claims analysis, which consisted of reviewing and analyzing claims asserted by the Debtors' creditors as well as reviewing the Debtors' proposed claims reconciliation.

<u>**REASONABLE EXPENSES INCURRED**</u>

30.     Expenses during the Fee Application Period totaling $46.45 were incurred as follows:

(a)     <u>Teleconferencing Expenses</u>:  Freeborn incurred expenses in the amount of $46.45 for teleconferencing fees.  Where multiple outside parties participate in a telephone conference, Freeborn uses an outside teleconferencing provider to efficiently conduct teleconferences.  These teleconferencing services were necessary to confer with the Committee.

- 11 -

31.     All expenses incurred were ordinary and necessary expenses.  All expenses billed to the Committee were billed in the same manner as Freeborn bills non-bankruptcy clients.

32.     Freeborn does not bill its clients or seek compensation in this Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services and facsimile transmissions.  Such expenses are factored into Freeborn's hourly rates.  Freeborn has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

## BENEFIT TO THE ESTATES

33.     Freeborn has remained active on all matters in its representation of the Committee as counsel during the chapter 11 cases.  Freeborn submits that the services set forth herein benefitted the estates and their creditors by ensuring that the Debtors' assets were properly preserved, administered and that they gained the highest value under the circumstances to maximize the potential recovery for general unsecured creditors.  In particular, Freeborn assisted the Debtors in preparing a complaint against Wesco seeking to avoid and objecting to the extent validity, and priority of their alleged liens, which litigation the chapter 7 trustee continues to pursue.  Freeborn also assisted in marketing the equity in BCause Secure LLC and the "Spot Exchange", which yielded two offers to purchase the assets and which Freeborn understands will result in a substantial benefit to the Debtors' estates.

## CONCLUSION

34.     Based on the foregoing, Freeborn requests that the Court allow Freeborn, on a final basis, $118,311.50 in compensation and $46.45 in expenses for the Fee Application Period as a chapter 11 administrative expenses of the Debtors estates. Freeborn also seeks payment of the requested amounts from available funds in the Debtors' estates.

35.

**WHEREFORE**, Freeborn respectfully requests that the Court enter an order:

(a)      allowing Freeborn, on a final basis, $118,311.50 in compensation for the Fee Application Period as a chapter 11 administrative expense of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b)      allowing Freeborn, on a final basis, $46.45 in reimbursable expenses for the Fee Application Period as a chapter 11 administrative expense of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c)      authorizing payment to Freeborn of $118,357.95 from the Debtors' estates, representing all unpaid amounts owing to Freeborn on account of the Application; and

(d)      granting such other and further relief as the Court deems just and proper.

Dated: October 30, 2019

**FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
          One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:   312.360.6520
Email:  sderousse@freeborn.com
         ejanczak@freeborn.com

*Counsel for Official Committee of Unsecured Creditors of BCause Mining LLC and BCause LLC*