# GROUP EXHIBIT A



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.   *100362415***

**Re:**          ***Representation of the Unsecured Creditors Committee of BCause***
                 ***Mining LLC and BCause LLC***
                 ***Client Matter ID No.  33143-0001***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| ***FEES FOR THIS STATEMENT*** | ***$17,599.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | ***17,599.00*** |
| ***BALANCE DUE*** | ***$17,599.00*** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*

5067288v1/33143-0001

2                                    October 22, 2019

Statement No: 100362415

For professional services rendered with regard to:

Re:  Representation of the Unsecured Creditors Committee of BCause Mining LLC and BCause
LLC

| Sep 3, 2019 | ELJ | Telephone conference with Shelly DeRousse regarding September 4th hearing, Committee update, and chapter 11 plan (0.2). | 0.20 |
|---|---|---|---|
| Sep 4, 2019 | ELJ | Lengthy e-mail correspondence to Shelly DeRousse regarding issues for September 4th hearing on cash collateral, sale motion, and WESCO motion to dismiss (0.3). | 0.30 |
| Sep 4, 2019 | SAD | Review multiple exhibits, motions and objections and prepare for hearing (2.5);  attend hearing on lift stay and various other motions (4.0); conferences with Scott Clar regarding resolution of various issues (0.6). | 7.10 |
| Sep 4, 2019 | JEH | Pull plan and disclosure statement for Shelly DeRousse (0.2). | 0.20 |
| Sep 9, 2019 | SAD | Review Dominion Energy stipulation (0.4); review BMG settlement (0.4); e-mail correspondence to Scott Clar regarding BMG settlement (0.1); e-mail correspondence to Scott Clar regarding potential investor (0.1). | 0.90 |
| Sep 10, 2019 | ELJ | Review motion to approve settlement with BMG (0.2); e-mail correspondence with Shelly DeRousse regarding same (0.1); strategy conference with Shelly DeRousse regarding plan, sale, and other case issues (0.5). | 0.80 |
| Sep 10, 2019 | SAD | Conference with Elizabeth Janczak regarding plan, sale and other issues (0.5); telephone conference with Scott Clar regarding case progress (0.2). | 0.70 |

3                                    October 22, 2019

| Sep 11, 2019 | ELJ | Telephone conference with Scott Clar, Tom Flake, and Shelly DeRousse regarding BMG settlement, chapter 11 plan mechanics, and sale of BCause Secure equity (0.7); review and prepare for same (0.3); e-mail correspondence to Scott Clar requesting information in connection with BMG settlement (0.1). | 1.10 |
|---|---|---|---|
| Sep 11, 2019 | SAD | Telephone conference with Scott Clar and Tom Flake regarding various case issues, sale of assets and plan issues (0.7). | 0.70 |
| Sep 12, 2019 | ELJ | Review background documents relating to BMG settlement and alleged loan (0.2). | 0.20 |
| Sep 13, 2019 | ELJ | Review documents and correspondence relating to BMG debt in connection with proposed settlement (0.6). | 0.60 |
| Sep 16, 2019 | ELJ | Review additional background information relating to BMG relationship in connection with proposed BMG settlement (0.4); multiple e-mail correspondence with Scott Clar regarding same (0.3); telephone conferences with Scott Clar regarding BMG settlement and BCause Secure equity sale (0.4). | 1.10 |
| Sep 16, 2019 | SAD | Review BMO account reconciliation (0.4). | 0.40 |
| Sep 17, 2019 | ELJ | Telephone conference with Scott Clar, Jennifer McLemore, and Brian Shaw regarding BMG settlement and claim reconciliation (0.3). | 0.30 |
| Sep 17, 2019 | JEH | Coordinate creation of mailing list for potential bid e-mails (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 0.30 |
| Sep 19, 2019 | SAD | Review BMG settlement terms (0.4). | 0.40 |
| Sep 23, 2019 | ELJ | Telephone conferences with Scott Clar regarding BMG settlement and BCause Secure sale (0.2); conference with Shelly DeRousse regarding same (0.2). | 0.40 |
| Sep 23, 2019 | SAD | Telephone conference with unsecured creditor regarding various case issues (0.5). | 0.50 |
| Sep 23, 2019 | SAD | Review bank balance and debtor's budget and financial records (0.7). | 0.70 |

4                                October 22, 2019

| | | | |
|---|---|---|---|
| Sep 24, 2019 | ELJ | Review BMG's supplement to motion for relief from stay (0.1); telephone conferences with Scott Clar regarding issues relating to same (0.1); conference with case working group including Tom Flake and counsel for Debtors, WESCO, and BMG regarding potential resolution of BMG motion for relief from stay, 9019 motion, and related case issues (2.0); prepare for same (0.3). | 2.50 |
| Sep 24, 2019 | SAD | Telephone conference with Scott Clar regarding global case issues (0.3); conference with Scott Clar, Micah Marca, Tom Marcus, Brian Shaw and Elizabeth Janczak regarding global case resolution (2.0). | 2.30 |
| Sep 25, 2019 | ELJ | Attend status hearing on various motions including BMG motion for relief from stay and executory contracts motions (1.0); review proposed order on BMG motion for relief from stay (0.1). | 1.10 |
| Sep 26, 2019 | SAD | Review budgeted disbursements (0.4); e-mail correspondence from Elizabeth Janczak regarding breakdown of budget to actual expenses (0.2). | 0.60 |
| Oct 1, 2019 | ELJ | Telephone conference with Scott Clar regarding upcoming hearing on cash collateral and status of plan revisions (0.1). | 0.10 |
| Oct 2, 2019 | ELJ | Telephone conference with Scott Clar regarding proposed cash collateral order, WESCO supplement to motion to dismiss, and October 3rd hearing issues (0.5); e-mail correspondence to Shelly DeRousse regarding same (0.2); review Debtors' monthly operating reports and Dominion stipulation in connection with preparation for October 3rd hearing (0.4); conference with Shelly DeRousse regarding same (0.2). | 1.30 |
| Oct 2, 2019 | SAD | Telephone conferences and multiple e-mail correspondence to David Agay regarding open case issues (0.2); conference with Elizabeth Janczak regarding motion to convert (0.2). | 0.40 |

| Oct 3, 2019 | ELJ | Telephone conferences with Scott Clar regarding October 3rd hearing on motion to dismiss and cash collateral (0.4); review and prepare for same (0.2); attend same (1.9); conferences with Shelly DeRousse regarding same and orderly liquidation proposal to Debtors and Wesco (0.9); review debtors' hosting agreements in connection with possible liquidation issues (0.9); review and analyze financial projections, Wesco claim, Debtors' schedules, and potential wind-down expenses in connection with proposed liquidation (1.5). | 5.80 |
| Oct 3, 2019 | SAD | Review correspondence from Scott Clar regarding proposed liquidation (0.5); telephone conference with David Agay regarding liquidation (0.2); telephone conferences with Scott Clar regarding proposed terms (0.5); strategy meeting with Elizabeth Janczak regarding case resolution (0.9). | 2.10 |
| Oct 4, 2019 | ELJ | Draft and finalize letter to Scott Clar and Dave Agay regarding proposed orderly liquidation logistics and timing (1.6); multiple e-mail correspondence with Scott Clar regarding same (0.2); telephone conference with Dave Agay regarding same (0.1). | 1.90 |
| Oct 4, 2019 | SAD | Review and revise draft correspondence regarding orderly liquidation (0.8); conferences with Elizabeth Janczak regarding same (0.1). | 0.90 |
| Oct 7, 2019 | ELJ | Telephone conference with Scott Clar and Art Simon regarding WESCO lien issues, cash collateral, and inquiries regarding sale of BCause Secure (0.2); conferences with Shelly DeRousse regarding same (0.5); multiple e-mail correspondence with Scott Clar and Shelly DeRousse regarding orderly liquidation logistics and issues (0.3); telephone conference with Debtors and Committee working group regarding same (0.6). | 1.60 |

6                                          October 22, 2019

| Oct 7, 2019 | SAD | Conference with Elizabeth Janczak regarding potential orderly liquidation (0.5); telephone conferences with Scott Clar, Art Simon and Tom Flake regarding liquidation (1.2); multiple e-mail correspondence with Scott Clar regarding liquidation (0.5). | 2.20 |
| Oct 8, 2019 | ELJ | Telephone conference with Debtors' and Committee working group regarding orderly liquidation and timing of same (0.3); review and prepare for hearing on orderly liquidation (0.2); attend same (1.1). | 1.60 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 20.90 | 370.00 | $7,733.00 |
| DeRousse, Shelly A. | 19.90 | 490.00 | $9,751.00 |
| Hazdra, Jacqueline E. | 0.50 | 230.00 | $115.00 |
| | | | |
| TOTAL HOURS | 41.30 | | |
| | | | |
| TOTAL FEES | | | $17,599.00 |

**TOTAL FEES AND DISBURSEMENTS**             **$17,599.00**

c:\bills\873288.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

### *Statement No.    100362416*

**Re:**            *Litigation*
                   *Client Matter ID No.  33143-0002*

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| ***FEES FOR THIS STATEMENT*** | ***$833.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | ***833.00*** |
| ***BALANCE DUE*** | ***$833.00*** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***

2                                    October 22, 2019

Statement No: 100362416

For professional services rendered with regard to:

Re:  Litigation

| | | | |
|---|---|---|---|
| Sep 25, 2019 | SAD | Review WESCO's motion to dismiss complaint (0.9); conference with Art Simon and Scott Clar regarding motion to dismiss (0.5); review motion for leave to amend (0.2); e-mail correspondence retarding motion for leave to amend (0.1). | 1.70 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DeRousse, Shelly A. | 1.70 | 490.00 | $833.00 |
| | | | |
| TOTAL HOURS | 1.70 | | |
| | | | |
| TOTAL FEES | | | $833.00 |

**TOTAL FEES AND DISBURSEMENTS**        **$833.00**

c:\bills\873289.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.   *100362418***

**Re:**        ***Secured Creditor Issues***
             ***Client Matter ID No.  33143-0004***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| ***FEES FOR THIS STATEMENT*** | ***$1,915.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | ***1,915.00*** |
| ***BALANCE DUE*** | ***$1,915.00*** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***

5067297v1/33143-0004

2                                    October 22, 2019

Statement No: 100362418

For professional services rendered with regard to:

Re:  <u>Secured Creditor Issues</u>

| | | | |
|---|---|---|---|
| Sep 3, 2019 | SAD | Telephone conference with Scott Clar regarding hearing on WESCO lift stay motion (0.5). | 0.50 |
| Sep 4, 2019 | ELJ | E-mail correspondence from case working group regarding cash balance and WESCO cash collateral issues (0.2). | 0.20 |
| Sep 4, 2019 | SAD | Telephone conference with David Agay regarding resolution of WESCO objection (0.4). | 0.40 |
| Sep 5, 2019 | SAD | Review e-mail correspondence with David Agay regarding settlement (0.3); review WESCO's comments to cash collateral order (0.4); review revised budget and cash collateral order (0.3). | 1.00 |
| Sep 6, 2019 | ELJ | Review proposed seventh interim cash collateral order (0.1). | 0.10 |
| Sep 17, 2019 | SAD | Telephone conference with David Agay regarding hearing on cash collateral motion (0.2); review multiple e-mail correspondence with Scott Clar and David Agay regarding cash collateral hearing and timing (0.3). | 0.50 |
| Sep 19, 2019 | SAD | Telephone conference with Scott Clar regarding lift stay hearing (0.3). | 0.30 |
| Sep 23, 2019 | ELJ | Review report of BCause bank balances (0.1). | 0.10 |
| Oct 2, 2019 | ELJ | Review proposed cash collateral order and budget (0.3). | 0.30 |
| Oct 3, 2019 | ELJ | Review proposed cash collateral order and budget (0.3). | 0.30 |
| Oct 4, 2019 | ELJ | Telephone conference with Art Simon and Jen McLemore regarding WESCO liens and judgment issues (0.6). | 0.60 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 1.60 | 370.00 | $592.00 |

3                              October 22, 2019

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DeRousse, Shelly A. | 2.70 | 490.00 | $1,323.00 |
| TOTAL HOURS | 4.30 | | |
| TOTAL FEES | | | $1,915.00 |

**TOTAL FEES AND DISBURSEMENTS**                    **$1,915.00**

c:\bills\873291.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.    *100362419***

**Re:        *F&P Retention and Fee Applications*
        *Client Matter ID No.  33143-0005***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| **FEES FOR THIS STATEMENT** | **$2,121.00** |
| **DISBURSEMENTS** | **0.00** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **2,121.00** |
| **BALANCE DUE** | **$2,121.00** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*

2                                    October 22, 2019

Statement No: 100362419

For professional services rendered with regard to:

Re:  F&P Retention and Fee Applications

| Sep 6, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.2). | 0.20 |
|---|---|---|---|
| Sep 11, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.2). | 0.20 |
| Sep 12, 2019 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.1). | 0.10 |
| Sep 12, 2019 | BEC | Multiple e-mail correspondence with Elizabeth Janczak regarding drafting first interim fee application of Freeborn & Peters (0.1); coordinate final bills for same (0.2). | 0.30 |
| Sep 13, 2019 | BEC | Begin drafting Freeborn & Peters first interim fee application (1.0). | 1.00 |
| Sep 13, 2019 | JEH | Forward mailing matrix to Bianca Ciarroni for review (0.2). | 0.20 |
| Sep 16, 2019 | BEC | Continue to draft first interim fee application of Freeborn & Peters (0.1). | 0.10 |
| Sep 17, 2019 | BEC | Continue drafting Freeborn's first interim fee application (2.5). | 2.50 |
| Sep 18, 2019 | ELJ | Review first interim fee application (0.3). | 0.30 |
| Sep 18, 2019 | JEH | Review first interim fee application (0.1); review and revise notice of motion and certificate of service regarding same (0.2). | 0.30 |
| Sep 18, 2019 | BEC | Review notice of motion and certificate of service for Freeborn & Peters first interim fee application (0.1); coordinate filing of same (0.1). | 0.20 |
| Sep 20, 2019 | ELJ | Revise first interim fee application and order (0.2). | 0.20 |
| Sep 25, 2019 | ELJ | Finalize first interim fee application and order (0.5). | 0.50 |
| Sep 25, 2019 | JEH | Coordinate filing of Freeborn & Peters LLP first interim fee application (0.8). | 0.80 |
| Oct 7, 2019 | ELJ | Review exhibits to interim fee application to ensure compliance with time detail requirements (0.1). | 0.10 |

3                                October 22, 2019

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 1.60 | 370.00 | $592.00 |
| Ciarroni, Bianca E. | 4.10 | 300.00 | $1,230.00 |
| Hazdra, Jacqueline E. | 1.30 | 230.00 | $299.00 |
| TOTAL HOURS | 7.00 | | |
| TOTAL FEES | | | $2,121.00 |

**TOTAL FEES AND DISBURSEMENTS**              **$2,121.00**

c:\bills\873292.bil



FREEBORN & PETERS LLP

October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.   100362421**

**Re:         *Plan and Disclosure Statement*
             *Client Matter ID No.  33143-0007***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| **FEES FOR THIS STATEMENT** | **$405.00** |
| **DISBURSEMENTS** | **0.00** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **405.00** |
| **BALANCE DUE** | **$405.00** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*

5067303v1/33143-0007

2                                      October 22, 2019

Statement No: 100362421

For professional services rendered with regard to:

Re:  <u>Plan and Disclosure Statement</u>

| Sep 3, 2019 | ELJ | Review amended chapter 11 plan and plan projections (0.3). | 0.30 |
| Sep 11, 2019 | SAD | Review proposed revised plan terms (0.6). | 0.60 |

**<u>FEE SUMMARY</u>**

| <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEES</u> |
|---|---|---|---|
| Janczak, Elizabeth L. | 0.30 | 370.00 | $111.00 |
| DeRousse, Shelly A. | 0.60 | 490.00 | $294.00 |
| TOTAL HOURS | 0.90 | | |
| TOTAL FEES | | | <u>$405.00</u> |

**TOTAL FEES AND DISBURSEMENTS**              **$405.00**

c:\bills\873294.bil



FREEBORN & PETERS LLP

October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.   *100362422***

**Re:**        ***Executory Contracts and Unexpired Leases***
             ***Client Matter ID No.  33143-0008***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

**FEES FOR THIS STATEMENT**                                  *$478.00*
**DISBURSEMENTS**                                             *0.00*

**TOTAL AMOUNT OF CURRENT STATEMENT**                        *478.00*

**BALANCE DUE**                                              *$478.00*



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***

2                                October 22, 2019

Statement No: 100362422

For professional services rendered with regard to:

Re:  Executory Contracts and Unexpired Leases

| Sep 5, 2019 | SAD | Multiple e-mail correspondence with David Agay and Scott Clar regarding lease for secure location (0.2); review lease assumption motion (0.4). | 0.60 |
| Sep 17, 2019 | SAD | Telephone conference with Scott Clar regarding lease issues (0.2). | 0.30 |
| Sep 20, 2019 | ELJ | Review motion to extend deadline to assume or reject Hoffland lease (0.1). | 0.10 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 0.10 | 370.00 | $37.00 |
| DeRousse, Shelly A. | 0.90 | 490.00 | $441.00 |
| TOTAL HOURS | 1.00 | | |
| TOTAL FEES | | | $478.00 |

**TOTAL FEES AND DISBURSEMENTS**                **$478.00**

c:\bills\873295.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.  *100362423***

**Re:**      ***Committee Meetings and Governance***
***Client Matter ID No.  33143-0009***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH OCTOBER 22, 2019:

**FEES FOR THIS STATEMENT**                          *$2,223.00*
**DISBURSEMENTS**                                       *0.00*

**TOTAL AMOUNT OF CURRENT STATEMENT**         *2,223.00*

**BALANCE DUE**                                   *$2,223.00*



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*

5067309v1/33143-0009

2                                October 22, 2019

Statement No: 100362423

For professional services rendered with regard to:

Re:  <u>Committee Meetings and Governance</u>

| | | | |
|---|---|---|---|
| Sep 3, 2019 | ELJ | Telephone conference with Shelly DeRousse regarding preparation for Committee call (0.2); telephone conference with Committee regarding September 4th hearing, chapter 11 plan, and motion to sell equity of BCause Secure (0.8). | 1.00 |
| Sep 3, 2019 | SAD | Telephone conference with Elizabeth Janczak regarding preparation for committee call (0.3); prepare for committee call (1.1); attend committee call (0.8). | 2.20 |
| Sep 10, 2019 | ELJ | E-mail correspondence to Committee regarding resignation of Capitol Counsel (0.2). | 0.20 |
| Sep 10, 2019 | SAD | Conference with Ha Nguyen regarding resignation of committee member (0.2). | 0.10 |
| Sep 16, 2019 | ELJ | E-mail correspondence with Wayne Pehrson (Committee chair) regarding case status (0.1). | 0.10 |
| Sep 18, 2019 | ELJ | Multiple e-mail correspondence with Committee regarding proposed BMG settlement (0.4). | 0.40 |
| Sep 19, 2019 | ELJ | E-mail correspondence with Committee members regarding BMG proposed settlement and Spot Exchange sale (0.1). | 0.10 |
| Sep 19, 2019 | SAD | Review e-mail correspondence between committee member and Elizabeth Janczak regarding settlement with BMG (0.2). | 0.20 |
| Sep 24, 2019 | ELJ | E-mail correspondence to Committee regarding status of BMG motion for relief from stay and settlement (0.2). | 0.20 |
| Oct 2, 2019 | ELJ | E-mail correspondence to Committee regarding October 3rd hearing and case status (0.1). | 0.10 |
| Oct 2, 2019 | SAD | Review draft e-mail correspondence to committee regarding conversion motion (0.2); e-mail correspondence from James Burns regarding conversion (0.1). | 0.30 |

3                                October 22, 2019

| | | | |
|---|---|---|---|
| Oct 3, 2019 | ELJ | E-mail correspondence to Committee regarding<br>October 3rd hearing and possible liquidation (0.2). | 0.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 2.30 | 370.00 | $851.00 |
| DeRousse, Shelly A. | 2.80 | 490.00 | $1,372.00 |
| | | | |
| TOTAL HOURS | 5.10 | | |
| | | | |
| TOTAL FEES | | | <u>$2,223.00</u> |

**TOTAL FEES AND DISBURSEMENTS**                **$2,223.00**

c:\bills\873296.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.    *100362425***

**Re:**        **<u>Asset Sales</u>**
            ***Client Matter ID No.  33143-0011***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| **FEES FOR THIS STATEMENT** | **$4,070.50** |
| **DISBURSEMENTS** | **<u>0.00</u>** |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **4,070.50** |
| **BALANCE DUE** | **<u>$4,070.50</u>** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***

2                                              October 22, 2019

Statement No: 100362425

For professional services rendered with regard to:

Re:  <u>Asset Sales</u>

| | | | |
|---|---|---|---|
| Sep 4, 2019 | ELJ | Review WESCO's objection to sale motion (0.1). | 0.10 |
| Sep 12, 2019 | ELJ | Review BCause Secure operating agreement to evaluate implications of potential sale (0.2); telephone conference with Scott Clar regarding sale issues (0.1); conferences with Shelly DeRousse regarding same (0.2); draft proposed sale procedures for same (0.6). | 1.10 |
| Sep 12, 2019 | JEH | Conference with Elizabeth Janczak regarding creating separate e-mail or mailing list (0.1); conference with technology service desk and Smith Samaharn regarding same (0.3). | 0.40 |
| Sep 12, 2019 | SAD | Telephone conference with David Agay regarding asset sale (0.4); telephone conference with Scott Clar regarding asset sale (0.4); multiple e-mail correspondence with Scott Clar regarding asset sale (0.2); e-mail correspondence with David Agay regarding asset sale (0.2); conference with Elizabeth Janczak regarding asset sale (0.2). | 1.40 |
| Sep 13, 2019 | ELJ | Conference with Shelly DeRousse regarding equity sale process (0.1). | 0.10 |

3                                October 22, 2019

| Date | | Description | |
|------|------|-------------|------|
| Sep 13, 2019 | SAD | Telephone conference with Scott Clar regarding equity sale terms (0.3); e-mail correspondence from Scott Clar to David Agay regarding sale (0.1); review e-mail correspondence between Scott Clar and potential purchaser (0.1); conference with Jacqueline Hazdra and Elizabeth Janczak regarding sale notice e-mail addresses (0.2); telephone conference with David Agay regarding sale process (0.2); e-mail correspondence to Scott Clar regarding sale process (0.3); multiple e-mail correspondence with Scott Clar and David Agay regarding timing of sale and hearing (0.2); revise sale notice (0.4); telephone conference with Scott Clar regarding sale notice (0.2); draft and revise sale notice (1.0); e-mail correspondence to Scott Clar and David Agay regarding sale notice (0.2). | 3.20 |
| Sep 13, 2019 | JEH | Determine best practice for establishing mailing list regarding auction documents to be received (0.3). | 0.30 |
| Sep 17, 2019 | ELJ | Review Hoffland's objection to sale motion (0.1); multiple e-mail correspondence with Scott Clar and Dave Agay regarding publication of auction (0.2); telephone conference with Shelly DeRousse regarding same (0.1). | 0.40 |
| Sep 17, 2019 | SAD | Telephone conference with Scott Clar regarding sale timing (0.2). | 0.20 |
| Sep 17, 2019 | SAD | Telephone conference with Elizabeth Janczak regarding sale issues (0.2). | 0.20 |
| Sep 20, 2019 | ELJ | Review reply in support of sale motion (0.1). | 0.10 |
| Sep 20, 2019 | SRI | Review e-mail correspondence from potential purchaser (0.1). | 0.10 |
| Sep 22, 2019 | ELJ | E-mail correspondence from Scott Clar and Tom Flake regarding information to provide to interested buyers (0.1). | 0.10 |
| Sep 23, 2019 | ELJ | Prepare package of due diligence documents to interested buyer for BCause Secure (0.3); e-mail correspondence with Scott Clar regarding same (0.1); e-mail correspondence to interested buyer regarding due diligence information (0.2). | 0.60 |
| Sep 23, 2019 | AC | Prepare due diligence documents for external access (0.2). | 0.20 |

4                                  October 22, 2019

| Sep 23, 2019 | SAD | Review e-mail correspondence between Elizabeth Janczak and Tom Flake regarding sale information (0.2). | 0.20 |
| Oct 1, 2019 | ELJ | Multiple e-mail correspondence with Scott Clar regarding information requested by potential bidder for BCause Secure (0.2). | 0.20 |
| Oct 2, 2019 | ELJ | Prepare due diligence package for potential bidder and e-mail correspondence to same (0.3). | 0.30 |
| Oct 7, 2019 | ELJ | Review answers from Debtors in response to inquiry into sale of BCause Secure (0.2); e-mail correspondence to interested potential bidder including responses to questions and due diligence information (0.2). | 0.40 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 3.40 | 370.00 | $1,258.00 |
| DeRousse, Shelly A. | 5.20 | 490.00 | $2,548.00 |
| Isenberg, Shira R. | 0.10 | 455.00 | $45.50 |
| Hazdra, Jacqueline E. | 0.70 | 230.00 | $161.00 |
| Costanzo, Adriano | 0.20 | 290.00 | $58.00 |
| TOTAL HOURS | 9.60 | | |
| TOTAL FEES | | | $4,070.50 |

**TOTAL FEES AND DISBURSEMENTS**          **$4,070.50**

c:\bills\873298.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.    *100362426***

**Re:            *Schedules and Reports*
                *Client Matter ID No.  33143-0012***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| ***FEES FOR THIS STATEMENT*** | ***$688.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | ***688.00*** |
| ***BALANCE DUE*** | ***$688.00*** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***

2                                    October 22, 2019

Statement No: 100362426

For professional services rendered with regard to:

Re:  <u>Schedules and Reports</u>

| | | | |
|---|---|---|---|
| Sep 6, 2019 | ELJ | Review Debtors' monthly operating reports (0.1). | 0.10 |
| Sep 20, 2019 | ELJ | Multiple e-mail correspondence from Dave Agay and Scott Clar regarding weekly cash reporting and variance reports (0.2). | 0.20 |
| Sep 26, 2019 | ELJ | Review debtors' cash balance report (0.1); e-mail correspondence to Scott Clar regarding same (0.2); telephone conferences with Scott Clar regarding same (0.1). | 0.40 |
| Sep 27, 2019 | SAD | Review debtor's variance reports (0.4). | 0.40 |
| Sep 30, 2019 | ELJ | Review report of bank balances and cash equivalents (0.1). | 0.10 |
| Sep 30, 2019 | SAD | Review debtor's cash statement (0.2). | 0.20 |
| Oct 2, 2019 | SAD | Review debtor's cash balance reports (0.2). | 0.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 0.80 | 370.00 | $296.00 |
| DeRousse, Shelly A. | 0.80 | 490.00 | $392.00 |
| TOTAL HOURS | 1.60 | | |
| TOTAL FEES | | | <u>$688.00</u> |

**TOTAL FEES AND DISBURSEMENTS**          **$688.00**

c:\bills\873299.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.    100362427**

**Re:**          *Claims Analysis*
                 ***Client Matter ID No.  33143-0013***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 22, 2019:

| | |
|---|---|
| ***FEES FOR THIS STATEMENT*** | ***$98.00*** |
| ***DISBURSEMENTS*** | ***0.00*** |
| ***TOTAL AMOUNT OF CURRENT STATEMENT*** | ***98.00*** |
| ***BALANCE DUE*** | ***$98.00*** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***

2                                 October 22, 2019

Statement No: 100362427

For professional services rendered with regard to:

Re:  Claims Analysis

Sep 13, 2019     SAD        Review documents related to BMG claim (0.2).              0.20

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DeRousse, Shelly A. | 0.20 | 490.00 | $98.00 |
| TOTAL HOURS | 0.20 | | |
| TOTAL FEES | | | $98.00 |

**TOTAL FEES AND DISBURSEMENTS**          **$98.00**

c:\bills\873300.bil



October 22, 2019

FEIN #36-3238755

Wayne Pehrson
BCause Mining LLC and BCause LLC Creditors Committee
1604 Virginia Beach Blvd.
Virginia Beach, VA  23454

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

**Statement No.    *100362379***

**Re:**            ***Expenses***
                   ***Client Matter ID No.  33143-0015***

*Chicago*

*Springfield*

*Richmond*

*New York*

*Tampa*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 16, 2019:

**FEES FOR THIS STATEMENT**                              ***$0.00***
**DISBURSEMENTS**                                        ***34.10***

**TOTAL AMOUNT OF CURRENT STATEMENT**                   ***34.10***

**BALANCE DUE**                                         ***$34.10***



2                                     October 22, 2019

Statement No: 100362379

For professional services rendered with regard to:

Re:  <u>Expenses</u>

## **DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Aug 16, 2019 | ELJ | Telephone<br>Conference call 11612456 | 15.05 |
| Aug 20, 2019 | ELJ | Telephone<br>Conference call 11614260 | 8.20 |
| Sep 3, 2019 | SAD | Telephone<br>Conference call 11621014 | 10.85 |

## **DISBURSEMENT SUMMARY**

| | | |
|---|---|---|
| Telephone | | 34.10 |
| | TOTAL DISBURSEMENTS | <u>$34.10</u> |

|  |  |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$34.10** |

c:\bills\873252.bil