IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>BCause Mining LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Hon. Janet S. Baer |

### STIPULATION

Alex Moglia (the "Trustee"), not individually, but solely as trustee of the chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC[1] ("BC LLC" and collectively with Mining, the "Debtors"), and Hoffland Properties, Inc. ("Hoffland") stipulate as follows:

1.     BC Mining, as lessee, and Hoffland, as lessor, are parties to a certain Triple Net Lease (With Rider) (the "Lease"), dated November 1, 2017, pursuant to which BC Mining leases the nonresidential, real property commonly known as and located at 5465 Greenwich Road in Virginia Beach, Virginia 23462 (the "Property").

2.     The Lease has not yet expired.

3.     Solely for the month of November, 2019, any and all payment and financial obligations of the Trustee or BC Mining, as lessee, under the Lease for the month of November 2019, including without limitation, rent and any amounts that may be required for additional rent, real estate taxes, common area maintenance, and anything else ("Lease Obligations"), shall not come due or otherwise become payable under the Lease until and including November 7, 2019.

---

[1] BCause LLC is the debtor in bankruptcy case number 19-10731.

1

4.      Solely for the month of November, 2019, for all purposes under the Bankruptcy Code, including, without limitation, Section 365 of the Bankruptcy Code, any and all Lease Obligations for the month of November 2019 shall not come due under the Lease until and including November 7, 2019.

Stipulated and Agreed to by:

Dated: October 29, 2019

| /s/ *Michael M. Schmahl* | /s/ *Sarah K. Angelino* |
|---|---|
| Michael M. Schmahl | Sarah K. Angelino |
| Pollick & Schmahl, LLC | Schiff Hardin LLP |
| 200 E. Randolph, Suite 5100 | 233 South Wacker Drive, Suite 7100 |
| Chicago, IL 60601 | Chicago, IL 60606 |
| (312) 235-3296 | (312) 258-5861 |
| mschmahl@pollickschmahl.com | sangelin@schiffhardin.com |
| ARDC #6275860 | ARDC #6324613 |
| *Counsel for the Trustee* | *Counsel for Hoffland Properties, Inc.* |