**EXHIBIT A**

**Second Interim Budget**

**Up to a Total of $5,000 for Addition Services from the Below Independent Contractors at the following Hourly Rates**
NOTE: ULTIMATE PAYMENTS TO ANY INDIVIDUAL BASED ON ACTUAL HOURS WORKED

|  | Hourly Rate |
|---|---|
| Shawn Dailey | $66.25 |
| Marysa Hilton | $22.00 |
| Brent Myers | $20.00 |
| Terrance Holley | $21.00 |
| Nieves, Tiffany | $20.00 |

**Initial Payment of November Rent**          **$15,000.00**