# EXHIBIT 1

**Data Center Equipment**

| Vendor | Phase | Reference # | Quantity | Item Description | Manufacturer | Model # | In Use | Cost Per Unit | Total Cost |
|---|---|---|---|---|---|---|---|---|---|
| Abacus | N/A | Inv 7092750 | 1 | Cisco Nexus 3548 Switch - managed - 48x1 GB w/Peripherals | | | Yes | 12,704.00 | 12,704.00 |
| ABS | 1 | INV0029858 | 2 | Arista Networks 7150, 24 x 1/10G SFP + Rack Mountable Switch | Arista | | Yes | 11,409.44 | 22,818.88 |
| ABS | 1 | INV0029989 | 20 | Cisco Catalyst 2960 Switch | Cisco | | Yes | 1,842.95 | 36,859.00 |
| ABS | 1 | INV0029989 | 20 | Cisco Catalyst 2960-X FlexStack Plus Stacking Module | Cisco | | Yes | 489.95 | 9,799.00 |
| ABS | 1 | INV0029989 | 42 | Cisco SFP (MINI GBIC) Ethernet Transceiver Module 1X 1000BASE-SX | Cisco | | Yes | 205.00 | 8,610.00 |
| ABS | 1 | INV0030006 | 2 | Cisco ISR 4331 Routers w/IP Base License | Cisco | | Yes | 3,458.30 | 6,916.60 |
| ABS | 1 | INV0030022 | 1 | Cisco ASA 5516X Firewall | Cisco | | Yes | 3,072.95 | 3,072.95 |
| ABS | 1 | INV0030160 | 3 | Meraki MR74 Cloud Managed 802.11ac Wave Access Point + Meraki Dual Band Omni Antennas & 5YR Lic & Sup MR Enterprise | Cisco | | Yes | 1,267.26 | 3,801.78 |
| ABS | 1 | INV0030160 | 4 | Cisco Meraki MR33 Cloud Managed Acess Point + Meraki 1000Base SX Multi-Mode | Cisco | | Yes | 591.42 | 2,365.68 |
| ABS | 1 | INV0030160 | 3 | Cisco Meraki MS120 Cloud Managed 8 Port GigE Switch | Cisco | | Yes | 494.50 | 1,483.50 |
| ABS | 2 | INV0031310 | 19 | Cisco Catalyst 2960 Switch | Cisco | Catalyst c2960x | Yes | 1,842.95 | 35,016.05 |
| ABS | 2 | INV0031310 | 20 | Cisco Catalyst 2960-X FlexStack Plus Stacking Module | Cisco | | Yes | 489.95 | 9,799.00 |
| ABS | 2 | INV0031310 | 42 | Cisco SFP (MINI GBIC) Ethernet Transceiver Module 1X 1000BASE-SX | Cisco | | Yes | 205.00 | 8,610.00 |
| ABS | 2 | INV0031472 | 20 | Cisco Catalyst 2960 -XR 24 Port Switch | Cisco | | Yes | 226.40 | 4,528.00 |
| AlphaCraft | 1 | AC SOW Ph I | 5 | 3750 KVA Refurbished Pad Mounted Transformer | N/A | | Yes | 95,676.00 | 478,380.00 |
| AlphaCraft | 2 | AC SOW Ph II Equip Brkdown PH II | 4 | 3750 KVA Refurbished Pad Mounted Transformer | N/A | 1509HI | Yes | 97,599.20 | 390,396.80 |
| AlphaCraft | 2 | AC SOW Ph II Equip Brkdown PH II | 1 | 3750 KVA Refurbished Pad Mounted Transformer (Broken) | N/A | (no external identification) | No | 97,599.20 | 97,599.20 |
| AlphaCraft | 2 | AC SOW Ph II Equip Brkdown PH II | 1 | 35KV Switch | | | | 36,972.00 | 36,972.00 |
| AlphaCraft | 1 | CCN No 7 | 4 | 500 kVA Transformers (reconditioned) | N/A | (no external identification) | Yes | 7,000.00 | 28,000.00 |
| Bay Mechanical | 1 | Bay Mechanical Proposal #1 | 1 | 60Kw Backup Generator A054F821 | | | Yes | 34,181.00 | 34,181.00 |
| Bay Mechanical | 1 | Bay Mechanical Proposal #1 | 3 | Mitsubishi 3-3-ton P Series Split Systems Cooling PUY-A26NKA7 | | | Yes | 6,349.00 | 19,047.00 |
| Bay Technologies | 1 | BT Quote #17072R.5 | | (92) 12' Vertical Shelf end caps (2' wide), (576) 6' Horizontal Shelf crossmember IK27E F3M, (1152) 12' Horizontal Shelf crossmember, (2160) 2' x 4' wireshelves J2445-2-2 S-181-16G | N/A | (no external identification) | Yes | | 379,895.60 |
| Bay Technologies | 2 | BT Quote #18011 | | (74) 12' Vertical Shelf end caps (2' wide), (298) 12' Horizontal Shelf crossmember, (1152) 2'x4' wireshelves IK27E F3M, (30) 12' Vertical Shelf end caps J2445-2-2 S-181-16G (2' wide) (STILL ON PALLET), (566) 12' Horizontal Shelf crossmember (STILL ON PALLET), (811) 2' x 4' wireshelves J2445-2-2 S-181-16G (STILL ON PALLET) | N/A | | Yes | | 417,582.20 |
| Best Buy | N/A | BB Purch 1-31-18 | 2 | HP 750 Intel I5-7400 Desktop Computer | HP | 750-514 | Yes | 729.99 | 1,459.98 |
| Best Buy | N/A | BB Purch 1-31-18 | 4 | Dell Ultrasharp 25" Monitor | Dell | U2518D | Yes | 299.99 | 1,199.96 |
| Best Buy | N/A | BB Purch 2-2-18 | 4 | Dell Inspiron 7000 Laptop | Dell | 7573 | Yes | 949.99 | 3,799.96 |
| Best Buy | N/A | BB Purch 2-2-18 | 2 | Sony 42" TV (Monitoring) | Sony | KD-49X720E | Yes | 549.99 | 1,099.98 |
| Best Buy | N/A | BB Purch 2-2-18 | 2 | Samsung 28" UHD Monitor | Samsung | U28E590D | Yes | 339.99 | 679.98 |
| Best Buy | N/A | BB Purch 2-3-18 | | SONY XBR75X900E 4K HDR ULTRA HD TV + Wireless Speakers & Peripherals | Sony | | Yes | | 4,379.85 |
| CSC | 1 | Quote #524072 | 1320 | I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's | | MN01X8W1-24PBB8-6HW15A9BXX-S | Yes | 578.00 | 762,960.00 |
| CSC | 2 | CSC Ack #544382 | 792 | I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's | Geist | MN01X8W1-24PBB8-6PS15D0A10-S | Yes | 490.00 | 353,123.88 |
| CSC | 2 | CSC Ack #544382 | 520 | I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's (STILL IN BOX) | Geist | MN01X8W1-24PBB8-6PS15D0A10-S | No | 490.00 | 275,118.10 |
| CSC | 1 | Inv 532385 Inv 532386 | 8 | 500 kVA Transformers (reconditioned) | Eaton Corporation | (no external identification) | No | 7,287.50 | 58,300.00 |
| Endurance | 1 | Inv 27662 | 240 | D-Link Gigabit Switch | | | Yes | 358.00 | 85,920.00 |
| Endurance | 2 | Inv 28337 Inv 28343 | 226 | D-Link Gigabit Switch, (130) D-Link Gigabit Switch (STILL IN BOX) | D-Link | DGS-1210 | Yes | 333.50 | 75,371.00 |
| Network Outlet | N/A | | 2 | Cisco 10G fiber switches | Cisco | N3K-C3548P-10G | Yes | 8,500.00 | 17,000.00 |
| PHC | 1 | PHC Proposal Ph I | 20 | (40) Belt Drive Centrifugal Upblast Roof Exhauster TXB48, (20) Tubeaxial Fan 48" TCTA | | | Yes | | 592,781.00 |
| PHC | 2 | PHC Proposal Ph II | 20 | (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA, (30) Tubeaxial Fan 48" | Soler & Palau Ventilation Group | TXB48 | Yes | | 1,007,901.30 |
| Wesco | 1 | WESCO Quote #753778 | | (5) Pow-R Line C switchboards - PRL-C MRM0009013 , (5) PRL3 Switchboards  P3E250LT42CH01, (120) PRL2 Panelboards P2A600BT42CH01  (40) 500 kVA Transformers V48M28T5516M02 | Eaton Corporation | | Yes | | 770,000.00 |
| Wesco | 2 | Wesco Ack #798339 | 2 | (3) Pow-R Line C switchboards - PRL-C (MRM0009013), (120) PRL2 Panelboards P2A600BT42CH01 (NOTE: Many are missing 60amp breaker) (EZB2072R) | Eaton Corporation | MRM0009013 & EZB2072R | Yes | | 704,104.42 |
| Wesco | 2 | Wesco Ack #798339 | 28 | 500 kVA Transformers V48M28T5516M02 (reconditioned) | Eaton Corporation | V48M28T5516M02 | No | | 321,745.58 |
| Wesco | 2 | Wesco Ack #798339 | 5 | PRL3 Panelboards P3E250LT42CH01 | Eaton Corporation | P3E250LT42CH01 | Yes | 2,695.00 | 13,475.00 |

**Total Equipment**  7,098,858.23

SCHEDULE A/B

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

Schedule 4

BCause LLC Mining - Other Machinery, Fixtures and Equipment

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| (5) Pow-R Line C switchboards - PRL-C MRM0009013 , (5) PRL3 Panelboards P3E250LT42CH01, (120) PRL2 Panelboards P2A600BT42CH01 (40) 500 kVA Transformers V48M28T5516M02 | 803,375.24 | Book | Unknown |
| (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA | 677,661.75 | Book | Unknown |
| D-Link Gigabit Switch (240) | 76,513.46 | Book | Unknown |
| 110045L Basic, Upgradeable, 60A, 208V DELTA PDU's (1320) | 693,832.55 | Book | Unknown |
| (92) 12' Vertical Shelf end caps (2' wide), (576) 6' Horizontal Shelf crossmember IK27E F3M, (1152) 12' Horizontal Shelf crossmember, (2160) 2' x 4' wireshelves J2445-2-2 S-181-16G | 504,454.96 | Book | Unknown |
| 60Kw Backup Generator A054F821 , (3) Server Room Air Conditioner PUY-A36NKA7 | 63,484.93 | Book | Unknown |
| 3000 KVA Refurbished Pad Mounted Transformer (5) | 741,084.79 | Book | Unknown |
| Cisco 5516x Firewall, Meraki 24portSwitch DCS-7150S-24-F,Arista 24 Port fiberoptic switch(2),Cisco 4300Series Routers(2),Meraki 8port Switch(2),Meraki wirelessAP(7),Cisco Catalyst2960Switch(20) | 81,579.18 | Book | Unknown |
| (3) Pow-R Line C switchboards - PRL-C (MRM0009013), (120) PRL2 Panelboards P2A600BT42CH01 (NOTE: Many are missing 600amp breaker) (EZB2072R) | 559,623.01 | Book | Unknown |
| 110045L Basic, Upgradeable, 60A, 208V DELTA PDU's | 336,644.77 | Book | Unknown |
| 110045L Basic, Upgradeable, 60A, 208V DELTA PDU's (STILL IN BOX) | 262,279.26 | Book | Unknown |
| 3750 KVA Refurbished Pad Mounted Transformer | 374,313.75 | Book | Unknown |
| 3750 KVA Refurbished Pad Mounted Transformer (DEFECTIVE - OFFSITE FOR REPAIR) | 93,578.44 | Book | Unknown |
| (16) 500 kVA Transformers V48M28T5516M02 (reconditioned), (12) 500 kVA Transformers V48M28T5516 | 306,730.79 | Book | Unknown |
| 500 kVA Transformers (reconditioned) | 55579.33332 | Book | Unknown |
| (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA, (30) Tubeaxial Fan 48" | 1,372,665.58 | Book | Unknown |
| (74) 12' Vertical Shelf end caps (2' wide), (298) 12' Horizontal Shelf crossmember, (1152) 2'x4' wireshelves IK27E F3M, (30) 12' Vertical Shelf end caps J2445-2-2 S-181-16G (2' wide) (STILL ON PALLET), (566) 12' Horizontal Shelf crossmember (STILL ON PALLET), (811) 2' x 4' wireshelves J2445-2-2 S-181-16G (STILL ON PALLET) | 424,560.26 | Book | Unknown |
| (96) D-Link Gigabit Switch, (130) D-Link Gigabit Switch (STILL IN BOX) | 89,088.30 | Book | Unknown |
| Cisco Catalyst 2960 Switch | 58,433.99 | Book | Unknown |
| | 7,575,484.31 | | |