# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | **Case No. 19-10562** |
| **BCause Mining LLC,** *et al.* | ) | |
| | ) | **Hon. Janet S. Baer** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF ABANDONMENT

**PLEASE TAKE NOTICE THAT** on November 4, 2019, Alex Moglia, not personally, but solely as the Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC (the "Debtors"), filed his Notice and Motion for Order Abandoning the Equipment (the "Abandonment Notice") with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Bankruptcy Court") located at 219 S. Dearborn Street, Chicago, Illinois.

Pursuant to the Abandonment Notice, the Trustee is abandoning BCause Mining LLC's equipment and computers (the "Equipment") located at 5465 Greenwich Road in Virginia Beach, Virginia, that the Trustee believes to be burdensome on and of inconsequential value and benefit to the Debtors' bankruptcy estates.

**If you object to this abandonment, within 14 days of the mailing of this notice (or within any longer time the Bankruptcy Court may fix), you must object in writing and file your objection with the Court at 219 S. Dearborn Street, Chicago, Illinois 60604, and serve a copy of your written objection on the undersigned at the address listed in the below signature block.** If a timely objection is received, the Bankruptcy Court will set a hearing on the Abandonment Notice.

Please contact the undersigned immediately if you would like more information regarding the Equipment.

1

Dated:  November 4, 2019　　　　　　　Alex Moglia, Chapter 7 Trustee of the
　　　　　　　　　　　　　　　　　　　Bankruptcy Estates BCause Mining LLC and
　　　　　　　　　　　　　　　　　　　BCause LLC


　　　　　　　　　　　　　　　　　　　By: /s/ Michael M. Schmahl
　　　　　　　　　　　　　　　　　　　　　　Michael M. Schmahl


Michael M. Schmahl
POLLICK & SCHMAHL, LLC
200 E. Randolph, Suite 5100
Chicago, Illinois  60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Counsel to the Trustee*