# EXHIBIT 1

AGMT 20183

# Agreement for Electric Service

This Agreement, made this 17th day of January, 2019, by and between Virginia Electric and Power Company, a Virginia Corporation, doing business as Dominion Energy Virginia, (hereinafter called the Company), and BCause Mining, LLC, the bona fide owner or lessee of the premises described in Paragraph First, below (hereinafter called the Customer).

Witnesseth: That in consideration of the mutual covenants and agreements contained herein the parties hereto contract and agree with each other as follows:

First -- The Company shall furnish to the Customer, and the Customer shall purchase from the Company, at a mutually agreed upon Delivery Point, Electric Service required by the Customer upon the premises situated at 5465 Greenwich Road, Virginia Beach, Virginia, 23462, in the operation of a data center.

The term of this agreement shall be for an initial period ending ~~one year~~ **See Term of Agreement Schedule 10 Paragraph Second below** ~~after the commencement of the initial billing period hereunder and shall continue thereafter until either party gives the other ninety (90) days written notice of termination.~~ Notwithstanding this initial term, the Customer may discontinue purchasing Electricity Supply Service from the Company at any time in accordance with the Company's applicable rate schedules, Terms and Conditions, Virginia Law, and Commission rules for changing energy suppliers. Discontinuance of Electricity Supply Service from the Company does not relieve either party from the obligations under this agreement with respect to the Electric Delivery Service or other products and services as may be addressed herein.

The normal facilities providing Electric Service to the Customer shall have a capacity to serve a 30-minute mean load not to exceed 22,719 kVA. If Electric Service is provided hereunder through new service facilities, the parties hereto shall make every reasonable effort to commence to provide and to receive Electric Service not later than the --- of ---, ---. In the event that the Company is unable to provide Electric Service or the Customer is unable to receive Electric Service on this date, the date can be changed by mutual consent.

Second -- The characteristics of Electric Service hereunder, the voltage at which it will be metered and, where applicable, other special provisions, are as follows:

<u>Service Characteristics</u>

Electricity supplied will be three phase, four wire, wye connected at approximately 19,900/34,500 volts and 60 hertz through a Company owned primary metering cabinet. All transformers and interconnecting primary cable behind the metering cabinet will be installed, owned and maintained by the Customer.

<u>Metering Characteristics</u>

Electricity will be primary metered at approximately 19,900/34,500 volts.

<u>Service Voltage</u>

Service voltage is defined as Primary.

<u>Term of Agreement - Schedule 10</u>

The term of this agreement shall be for an initial period of one year (12 months) from the effective date hereof. For the first year of this agreement, service shall be provided under Schedule 10 - Large General Service. Service shall continue thereafter under Schedule 10 for additional one year periods unless either party requests discontinuation of

Customer_____            Company_____
                         Date Printed: 1/17/19
                         Page 1 of 5



AGMT 20183

the application to Schedule 10 by giving sixty days written notice of discontinuation prior to the end of the initial one year period or any successive one year period. In such case and upon discontinuation of the application of Schedule 10, purchases of electricity shall be made from the Company for the remainder of the initial period in accordance with the applicable schedule as may be selected by the Customer from time to time. Notwithstanding the provisions for the discontinuation of Schedule 10 as described herein, upon completion of the initial term, this agreement may be terminated by either party by giving the other ninety days written notice of termination.

### Availability – Schedule 10

This schedule is not available at a location until such time that the Company has installed all necessary metering equipment. This schedule is not available to Customers participating, either directly or indirectly through a third-party curtailment service provider, in any PJM Interconnection, LLC Demand Response Program or any Company-sponsored peak-shaving demand response program.

### Selection of Rate Schedule 10

The Customer agrees to assume the liability for the selection of Rate Schedule 10 in accordance with Section VIII, Paragraph C of the Company's Terms and Conditions.

### Demand Minimums

The Schedule 10 Contract Demand will be 22,680 kW, but shall be subject to change prior to the effective date of this agreement to equal any higher demand measured at this location, and thereafter shall be modified as provided in the rate schedule. At such time as the customer may elect billing under a schedule other than Schedule 10, the kW of demand used to determine any minimum charges shall not be less than 19,138 kW (the "Contract Minimum Demand"). When such other schedule includes a separately stated distribution demand charge, the only demand subject to this Contract Minimum Demand shall be the distribution demand.

Notwithstanding the initial term of this agreement as set forth in Paragraph "First" of this Agreement above, the Schedule 10 Contract Demand and/or the Contract Minimum Demand, as the case may be (the "Demand Minimums") shall be applicable throughout the term of this Agreement, and in any event for not less than 12 months from the effective date of such Demand Minimums.

Company and Customer agree that, in any and all events, the Demand Minimums shall survive the termination of this Agreement in accordance with the provisions of Paragraph "Second" of this Agreement above ("**Term of Agreement - Schedule 10**"), and shall remain in force and govern for as long as Customer purchases Electric Service from Company at and for the premises set forth in paragraph "First" of this agreement.

### Contract Dollar Minimum

The minimum charge shall be as provided for in the applicable rate schedule. However, effective with initial billing month after the effective date of this Agreement, the minimum charge – excluding charges for fuel and taxes – will not be less than $116,725 per billing month.

### Terms and Conditions and Rate Schedules

The Company's Terms and Conditions and Rate Schedules referenced in this Letter Supplement may be located in their entirety on the Company's internet web site at: **https://www.dominionenergy.com/large-business/rates-and-regulation**

Customer 

Company_____
Date Printed: 1/17/19
Page 2 of 5

Dominion Energy

AGMT 20183

**Customer Owned Generation**

Customer owned generators must be connected in accordance with Section 190 of the Company's "Information and Requirements for Electric Service".  Under no circumstance will parallel operation of the Customer's generator with the Company's system be allowed without prior written approval by the Company.  Only an open transition, break before make, transfer scheme is authorized.  Unapproved parallel operation may cause significant damage to Company and/or Customer owned equipment for which the Customer agrees to accept responsibility and liability

Third -- The sheets attached hereto are made a part hereof and are designated as follows:

Exhibit "A" -- One Line Diagram of Electric Service Facilities

Fourth -- In the event the Company is unable to secure and/or maintain adequate rights, easements, franchises and other necessary authorizations, the Company shall not be obligated to render service.

Fifth -- The provision of Electric Service under this agreement shall be subject to all applicable Terms and Conditions of service on file with the appropriate regulatory Commission and such Terms and Conditions are incorporated into this agreement by reference.  The provisions of this agreement, all rate schedules, and the Terms and Conditions of service are subject to modification at any time in the manner prescribed by law.  When the agreement is so modified, it shall supersede the provisions hereof and the rate schedules, if any, that are attached hereto and made a part hereof.

Sixth -- The Customer shall not assign this agreement without the express written consent of the Company.  The Company shall have the right to assign this agreement to any entity, including an affiliated entity, that acquires or otherwise succeeds to the Company's business.

Seventh -- This agreement and the applicable rate schedules and Terms and Conditions of the Company on file with the State Corporation Commission embody the entire agreement between the parties hereto and supersede all prior agreements and understandings, if any, relating to the subject matter hereof and thereof.  Any claim(s) which either party hereto may have or assert in any manner arising out of the provision of Electric Service prior to the date of this agreement at the premises specified in paragraph First of this agreement shall be decided without respect to this agreement.

Eighth -- This agreement shall be binding upon the Company only when accepted by its duly authorized agent and shall not be modified by any promise, agreement or representation of any agent or employee of the Company unless incorporated in writing in this agreement before such acceptance.

Ninth -- The Customer warrants that it is a legal business entity duly organized and existing under the laws of the Commonwealth of Virginia, and the individual executing this agreement on behalf of the Customer has been duly authorized to execute this agreement on the Customer's behalf.

Tenth -- In the event any provision, or any part or portion of any provision, of this agreement shall be declared by a court of competent jurisdiction to be unlawful, invalid, void or otherwise unenforceable, the remainder of this agreement shall be severable and remain enforceable.  Only the provision (or part or provision thereof) so declared shall be considered unlawful, invalid, or otherwise unenforceable.

Eleventh -- This agreement shall be governed by and constructed in accordance with the laws of the Commonwealth of Virginia, without regard to conflict of laws provisions.

Customer 

Company _____
Date Printed: 1/17/19
Page 3 of 5

Dominion Energy

AGMT 20183

| Customer's Full Name | Virginia Electric and Power Company, doing business as Dominion Energy Virginia |
|---|---|
| BCause Mining, LLC | |
| Customer's Federal Tax ID | By |
| 82-2810783 | |
| By | Typed or Printed Name of Person Signing |
| [signature] | Sue Gesling |
| Typed or Printed Name of Person Signing | Title |
| Thomas Flake | Customer Contracts Administrator II |
| Title | |
| CMO | |
| Mail Bill To: BCause Mining 192 Ballard Ct #303 Virginia Beach Virginia, 23462 | Initial Billing Period Shall Commence On<br><br>but not later than ninety (90) days after: 1) the date specified in Paragraph First or 2) the date the facilities are made available to the customer. |

Premise ID: 759057172
Account Number: 7591132860

Customer 

Company_____
Date Printed: 1/17/19
Page 4 of 5

Dominion Energy

AGMT 20183



Exhibit "A" — One Line Diagram of Electric Service Facilities, BCause Mining, LLC, 5465 Greenwich Road, Virginia Beach, VA 23462. Virginia Electric and Power Company doing business as Dominion Energy Virginia. DRW: SGG, DATE 01/17/2018, SCALE N.T.S. Date Printed: 1/17/19, Page 5 of 5.