IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCause Mining LLC, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No.  19-10562 |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 8th day of January, 2020, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Final Fee Application of Crane, Simon, Clar & Dan,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., # 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration /email (as indicated) with the Notice of Hearing served via first class mail (as indicated), on the 5th day of November, 2019.

/s/Scott R. Clar

i

## SERVICE LIST

**Court's Electronic Registration:**

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David A. Agay
Shara C. Cornell
MCDONALD HOPKINS LLC
300 North LaSalle Street, # 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com

Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue, #2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

Jamie L. Burns
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
jburns@lplegal.com

Marc I. Fenton
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
mfenton@lplegal.com

Devon J. Eggert
Shelly A. DeRousse
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, # 3000
Chicago, IL 60606
deggert@freeborn.com
sderousse@freeborn.com
ejanczak@freeborn.com

J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., #7100
Chicago, IL 60606
mfisher@schiffhardin.com
sangelino@schiffhardin.com

Brian L. Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N. Clark St., #1600
Chicago, IL 60654
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com

Jennifer McLain McLemore
Williams Mullen
200 S. 10th St., #1600
Richmond, VA 23219
Jmclemore@williamsmullen.com

Jason M. Torf
IceMiller
200 W. Madison Street Suite 3500
Chicago, IL 60606-3417
Jason.torf@icemiller.com

**VIA EMAIL**

George Bogris
Mintzer Sarowitz Zeris Ledva &
   Meyer
810 Gleneagles Court, #304
Towson, MD 21286
gbogris@defensecounsel.com

Paul Bozych
Nielsen, Zehe & Antas, P.C.
Wesco Distribution, Inc.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
pbozych@nzalaw.com

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201
srobbins@robbins-lawgroup.com

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

** First Class Mail

NOTICE ONLY.

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502

CCA Financial, LLC
Askounis & Darcy, PC
444 N Michigan Ave., Suite 3270
Chicago, IL 60611-3906

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BCause LLC
2800 252nd Ave
Salem, WI 53168-9239

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

CSC
3462 Solution Center
Chicago, IL 60677-3004

Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington DC 20005-3956

Charles Chuck Mackie
4827 N Hamilton
Chicago, Il 60625-1405

Crystal Clear Communications
3180 N Lake Shore Dr # 20C
Chicago, IL 60657-4852

Crystal Clear Communications
Ellen Resnick, President
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666

Eli Robbins
Harrison Law Group
40 W. Chesapeake Ave.
Suite 600
Towson, MD 21204-4891

AVERY 5160

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

FRMO Corporation
One North Lexington Ave., #12-C
White Plains, NY 10601-1721

Fallon Kevin
2800 252nd Ave.
Salem WI 53168-9239

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210-2000

Flake Thomas
709 Roosevelt Ave.
Virginia Beach VA 23452-4019

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA 23320-6758

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016-6819

Hoffland Properties Inc.
5400 Virginia Beach Blvd
Virginia Beach VA 23462-1724

Hoffland Properties, Inc.
c/o Dennis T. Lewandowski
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1681

Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016-6819

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462-2512

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455-5523

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA 23453-2612

John Ashby
1440 West Little Neck Road
Virginia Beach, VA 23452-4763

Johns Brothers Security
310 E. Street
Hampton, VA 23661-1210

Jones, Madden & Council, PLC
5029 Corporate Woods Drive
Suite 190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452-7366

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Lease of Parcel and Improvements
5465 Greenwich Rd.
Virginia Beach VA 23462-6511

Matthew B. Kirsner
Eckert Seamans Cherin & Mellott LLC
919 E. Main St., #1300
Richmond, VA 23219-4624

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Midgett Preti Olansen PC
Attn: Alison R. Zizzo
2901 Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Paul Bozych
Nielsen, Zehe & Antas, P.C.
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex, Inc.
Bond, Schoeneck & King, PLLC
350 Linden Oaks, Third Floor
Rochester, NY 14625-2807

Pro Window, Inc.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454-4631

Professional Heating & Cooling, Inc
3306 Arizona Ave.
Norfolk, VA 23513-4115

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201-5786

Étiquettes d'adresse Easy Peel
Repliez à la hachure afin de révéler le rebord Pop-up
Allez à avery.ca/gabarits
Utilisez le Gabarit Avery 5160
Pat: avery.com/patents

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320-5980

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462-6511

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

The Water H2Ole, Inc.
1444 Southern Blvd., #C2-A
Virginia Beach, VA 23454-4881

Timothy L Brown
804 Rutherford Dr
Chesapeake, VA 23322-7739

U.S. Customs and Border Protection
Attn: Revenue Division, Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, In 46278-2010

US Customs & Border Protection
6650 Telecom Drive, #100
Indianapolis, IN 46278-2010

Verizon
PO Box 15043
Albany, NY 12212-5043

W. Greer McCreedy
413 West York Street
Norfolk, VA 23510-1114

WESCO Distribution, Inc.
David A Agay
300 North LaSalle Street, Suite 1400
Chicago IL 60654-3474

Wesco Distribution Inc.
PO Box 530409
Atlanta, GA 30353-0409

Zhouyang (Mason) Song
6540 RFeflection Drive #1225
San Diego, CA 92124-5136

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455-1638

Ann M. Cresce
5731 Hampton Drive
Long Grove, IL 60047-5050

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017-1028

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306-1845

Boyk, William
982 Dakota Circle
Naperville, IL 60563-9308

Brian Sayler
48 Bensam Place
Haledon, NJ 07508-3009

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

Capitol Counsel, LLC
700 13th St NW 2nd Floor
Washington, DC 20005-3956

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607-4630

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321-1265

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625-1405

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510-1813

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Dawn L. Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299-6421

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006-1823

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204-2901

FIS Systems International, LLC
FIS Legal
11601 Roosevelt Blvd., TA-41
Attn: Lauren M. Pizzo, Esq.
St. Petersburg, FL 33716-2202

Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334-1505

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510-1682

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020-6120

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452-4763

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620-2845

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karan Rai
921 Atlantic Avenue, #1401
Virginia Beach, VA 23451-3581

Kathleen Miller
Smith, Katzenstein & Jenkins LLP
PO Box 410
United States
Wilmington, DE 19899-0410

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Kristin Joyce-Werner
14159 Camden Dr
Orland Park, IL 60462-2385

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060-3395

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452-7330

Level 3 Communications, LLC
CenturyLink Communications
Attn:  Legal - BKY
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

MA Commonwealth
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611-4458

Mary Grace Fajardo
6024 N. Kimball Ave.
Chicago, IL 60659-2310

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23454-4283

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Nasdaq
805 King Farm Blvd.
Rockville, MD 20850-6162

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006-1405

PACIFIC LIAISON SERVICES INC
C/O HAYAMI SHIRAISHI
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607-4630

Paul Bozych
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex of New York LLC
8215 Forest Point Blvd., #150
Charlotte, NC 28273-0219

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452-6767

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606-2800

UNUM - Dental
PO Box 406990
Atlanta, GA 30384-6990

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455

UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

W-R2 Jefferson Owner VII, L.L.C.
2 N. La Salle Street, Suite 1300
Chicago, Il 60602-3709

W-R2 Jefferson Owner VII, LLC.
Marc I Fenton Esq
2 N LaSalle St Suite 1300
Chicago, IL 60602-3709

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642-2732

Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474

William Boyk
982 Dakota circle
Naperville, IL 60563-9308

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |
| | ) | Hearing: 1/8/2020 @ 10:00 a.m. |
| | ) | Objection Deadline: 11/27/19 @ 4:00 p.m. |

**NOTICE OF HEARING ON FINAL
FEE APPLICATION TO DEBTORS' COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

PLEASE TAKE NOTICE that on November 5, 2019, Crane, Simon, Clar & Dan, Debtors' counsel, filed a Final Fee Application (the "Motion"), thereby requesting the sum of $229,876.00 for legal services rendered to the Debtors for the period commencing April 11, 2019, plus costs advanced for the same period in the sum of $1,230.97.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 on or before the hour **of 4:00 p.m. on the 27th day of November, 2019**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Simon, Clar & Dan, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, together with objections timely filed, if any, will be held before the Honorable Janet S. Baer, Bankruptcy Judge, Courtroom 615, 219 S. Dearborn Street, Chicago, Illinois, on the **8th day of January, 2020, at the hour of 10:00 a.m.**, at which time and place you may appear if you so see fit.

PLEASE TAKE FURTHER NOTICE that you may obtain copies of any pleadings by visiting the Court's website at: http://www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.

DATED:       November 5, 2019

**DEBTORS' COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtor/debtor-in-possession. | ) | (Jointly Administered) |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Application:  CRANE, SIMON, CLAR & DAN, Debtor's Counsel

Authorized to Provide
Professional Services to:  Debtors

Date of Order
Authorizing Employment:  May 24, 2019

Period for Which Compensation
Is Sought:   From:  April 11, 2019 through October 8, 2019

Amount of Fees Sought:  $229,876.00

Amount of Expense
Reimbursement Sought:  $1,230.97

This is a(n)  Interim Application ___    Final Application  X

If this is not the first Application filed herein by this professional, disclose as to all prior
fee application:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services
rendered and expenses herein is $46,101.38 (Retainer)
($24,101.38 Mining and $22,000 LLC)

Date:  November 5, 2019        Applicant:  Scott R. Clar and the firm
                                           Crane, Simon, Clar & Dan

                                    By:  /s/Scott R. Clar
                                         Debtors' Counsel

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10562 |
| | ) | |
| BCause Mining, LLC, *et al.* | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| Debtors/Debtors-in-Possession. | ) | (Jointly Administered) |

## FINAL FEE APPLICATION OF THE FIRM
## OF CRANE, SIMON, CLAR & DAN

NOW COMES, the law firm of Crane, Simon, Clar & Dan, and for its Final Fee Application pursuant to Sections 330 and 331 of the Bankruptcy Code[1], respectfully states as follows:

### Introduction

1.      On April 11, 2019, BCause Mining, LLC ("Mining") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  On April 12, 2019, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("LLC Petition Date").

2.      Mining and LLC (collectively, "Debtors") managed their financial affairs as debtors-in-possession until October 8, 2019, when the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code, and Alex D. Moglia was appointed Trustee on October 11, 2019 ("Trustee").  No trustee or examiner has been appointed.  An Official Committee of Unsecured Creditors has been appointed to serve in these reorganization cases.

---

[1] CSCD filed its First Interim Fee Application on October 1, 2019 (the "Interim Application") and was presented on October 16, 2019.  Upon conversion of the Debtor's Chapter 11 cases CSCD was directed to file a Final Fee Application.

3.      On May 8, 2019, this Court entered an order providing for the joint administration of the Mining and LLC bankruptcy cases.

4.      Mining was in the crypto currency mining business, which is the process of producing digital currency using cryptography and high-powered computers known as mining rigs, or miners.  Mining mined itself, and was a service provider that hosted a mining venue for its customers.  Its mining facility was located in Virginia Beach, Virginia, and it formerly maintained offices located at 130 S. Jefferson Street, Suite 101, Chicago, Illinois, 60661.

5.      Mining is wholly owned by LLC.

6.      Both Debtors' Chapter 11 filings were triggered by a judgment entered in favor of WESCO Distribution, Inc. in the approximate amount of $1,300,000 and a garnishment of LLC's bank account[2], from which all of the Debtors' bills are paid.

7.      On August 7, 2019, the Debtors filed their Joint Combined Plan of Reorganization and Disclosure Statement ("Plan").

**Employment of CSCD**

8.      On or about May 3, 2019, the Debtors' presented their motions to employ CSCD as the Debtors' bankruptcy counsel, and on May 23, 2019, Orders were entered by this Court granting the Motions to Employ.  CSCD received a $25,000 retainer to represent each of the Debtors, as is detailed in CSCD's Motions to Employ (Docket No. 52), and affidavits in connection therewith.

---

[2] CSCD firmly believes WESCO's pre-petition garnishment of LLC's bank account represented a wrongful garnishment, which ultimately forced the Debtors to file the Chapter 11 cases and is possibly actionable. CSCD appraised the trustee of this and other legal theories which could at least result in avoidance of WESCO's purported liens.

9.      By this Motion, CSCD requests an allowance of interim compensation and reimbursement of expenses in the amounts of $229,876 and $1,230.97, respectively for the period commencing April 11, 2019 (BCause Mining) and April 12, 2019 (BCause LLC) through and including October 8, 2019, and a direction for the Debtors to pay fees and expenses allowed in excess of the pre-petition retainer.

10.     CSCD kept time separately in each of the Debtors' Chapter 11 cases.

11.     The Debtors' Chapter 11 cases progressed to the point of consideration of the Plan.  In addition, LLC sought to launch the Spot Exchange, and had successfully solicited investors to facilitate the launch.  The launch was and is dependent upon the sale of LLC's equity in BCause Secure, LLC ("Secure"), and assumption and assignment of an IT Services Agreement with Nasdaq.  CSCD filed motions for both the sale and assumption and assignment, which are ready to be adopted by the Trustee for the benefit of the Debtors' creditors.

**CSCD Biographical Information**

12.     CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters.  The firm is comprised of six (6) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration.  The following is certain biographical information pertaining to Scott R. Clar and Jeffrey C. Dan the members of the law firm who have rendered the majority of the services in the Debtor's Chapter 11 case.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Simon, Clar & Dan, and has been a practicing attorney in the State of Illinois since 1982.  He has been primarily

3

responsible for the representation of the Debtors in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC and CSCD, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar, and he is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

Mr. Clar has been recognized as a "Leading Lawyer" in the field of Bankruptcy and Workout Law: Commercial by the Illinois Leading Lawyers publication.

**JEFFREY C. DAN**

Jeffrey C. Dan is a member of CSCD and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy litigation as well as State Court litigation that arises in insolvency matters. Mr. Dan is admitted to practice in the United States Court of Appeals for the Seventh Circuit and the Third Circuit, and the

4

United States District Courts for the Northern and Central Districts of Illinois, Northern

District of Indiana, and the Eastern District of Wisconsin, and is a member of the Federal

Trial Bar. He has served as a member of the Illinois State Bar Association Commercial

Banking and Bankruptcy Law Section Council and has lectured on bankruptcy topics for

the American Bankruptcy Institute and Chicago Volunteer Legal Services.

13.    The hourly rates charged by CSCD for legal services rendered in this

bankruptcy case are as follows:

| Attorney | 2019 Rate |
|---|---|
| Eugene Crane ("EC") | $520.00 |
| Arthur G. Simon ("AGS") | $520.00 |
| Scott R. Clar ("SRC") | $520.00 |
| Karen R. Goodman ("KRG") | $520.00 |
| Jeffrey C. Dan ("JCD") | $480.00 |
| John H. Redfield ("JHR") (of counsel) | $400.00 |

These hourly rates are the customary and usual rates which CSCD charges clients on

matters of this nature.

14.    The total time expended by CSCD attorneys in connection with this Chapter

11 case during the period commencing April 11, 2019 through and including October 8,

2019 is as follows:

| Attorney | Mining Hours | Holdings Hours | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | 24.7 | 8.8 | $ 17,420.00 |
| Scott R. Clar (SRC) | 192.2 | 177.8 | 192,400.00 |
| Jeffrey C. Dan (JCD) | 24.7 | 13.5 | 18,336.00 |
| John H. Redfield (JHR) | 3.8 | 0.5 | 1,720.00 |
| **Total** | **245.4** | **200.6** | **$229,876.00** |

## LEGAL SERVICES RENDERED

Legal services rendered by CSCD, as more fully described in **Exhibits A through**

I, have been divided into the following categories:[3]

A.    **General Administration**

Legal services rendered in this case category include the preparation and motions with respect to administration of the case, including employment motions, utility and payroll motions, and appearances in court regarding the same, preparation of schedules and statement of financial affairs, attendance at meetings at the United States Trustee's office in dealing with creditor calls and other administrative matters.

Total Time Expended:    <u>59.6</u> hours

| Attorney | Mining Hours | Holdings Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | 3.8 | 1.9 | $ 2,964.00 |
| Scott R. Clar ("SRC") | 29.5 | 24.0 | 27,820.00 |
| Jeffrey C. Dan ("JCD") | .2 | .2 | 192.00 |
| **Total** | **33.5** | **26.1** | **$30,976.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.    **Cash Collateral and Issues Pertaining to WESCO and Avi**

CSCD spent a considerable amount of time in connection with the use of WESCO's purported cash collateral, WESCO's motion to dismiss and/or relief from stay and numerous reporting requirements in connection with the seven (7) cash collateral orders entered in the Debtors' Chapter 11 case as well as a considerable amount of time in the preparation of an adversary complaint to avoid WESCO's purported liens, all of which time is contained in this category.

Total Time Expended:    <u>239.1</u> hours

---

[3] The application contains Exhibits A-I for each of the Debtors. Where services were provided for both Debtors, CSCD split the time evenly between the Debtors. Where services were clearly provided for one Debtor, the entry will only show for that Debtor.

| Attorney | Mining Hours | Holdings Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | 11.2 | 6.9 | $ 9,412.00 |
| Scott R. Clar ("SRC") | 101.3 | 95.6 | 111,800.00 |
| Jeffrey C. Dan ("JCD") | 10.3 | 9.5 | 9,504.00 |
| John H. Redfield ("JHR") | 3.8 | -0- | 1,520.00 |
| **Total** | **239.1** | | **$132,236.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **Lease and Executive Issues**

CSCD spent time in connection with the Debtors' real estate leases in Chicago and Virginia Beach, in part consisting of motions to extend time to assume or reject some leases and to reject others.

Total Time Expended:   26.7 hours

| Attorney | Mining Hours | Holdings Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | 1.9 | -0- | $ 988.00 |
| Scott R. Clar ("SRC") | 7.9 | 15.9 | 12,376.00 |
| Jeffrey C. Dan ("JCD") | 1.0 | -0- | 480.00 |
| **Total** | **26.7** | | **$13,844.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **Sale of Equity in Secure**

CSCD expended time in connection with the sale of the equity in Secure, including presentation to the Court, and matters dealing with the marketing and sale of the Secure interest.

Total Time Expended:   16.4 hours

| Attorney | Mining Hours | Holdings Hours | Amount |
|----------|-------------|----------------|--------|
| Arthur G. Simon ("AGS") | .8 | -0- | $    416.00 |
| Scott R. Clar ("SRC") | 3.0 | 12.4 | 8,008.00 |
| Jeffrey C. Dan ("JDC") | .2 | | 96.00 |
| **Total** | **16.4** | | **$  8,520.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E.    **Utilities**

A major issue in Mining's Chapter 11 case was energy usage and dealing with Dominion Energy of Virginia ("Dominion"), the Debtors' main power source provider.  Several stipulations and agreed orders were entered in connection with payments made pursuant to Section 366(b) of the Bankruptcy Code, and almost daily communication with Dominion's counsel took place.

Total Time Expended:    <u>28.3</u> hours

| Attorney | 2019 Mining Hours | Holdings Hours | Amount |
|----------|-------------------|----------------|--------|
| Arthur G. Simon ("AGS") | 2.3 | -0- | $  1,196.00 |
| Scott R. Clar ("SRC") | 7.6 | 1.6 | 4,784.00 |
| Jeffrey C. Dan ("JCD") | 13.2 | 3.6 | 8,064.00 |
| **Total** | **28.3** | | **$14,044.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F.    **Plan**

CSCD expended a considerable amount of time drafting, reviewing and revising the Plan, along with negotiations with the Committee regarding the Plan, and issues connected to the Plan such as the sale of the Secure Interest and assumption and assignment of the Nasdaq IT Agreement.

Total Time Expended:    <u>41.2</u> hours

8

| Attorney | Mining Hours | Holdings Hours | Amount |
|----------|-------------|----------------|--------|
| Arthur G. Simon ("AGS") | 2.4 | -0- | $ 1,248 |
| Scott R. Clar ("SRC") | 15.9 | 22.9 | 20,176 |
| **Total** | **41.2** | | **$21,424** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

G.   **BMG**

BMG Operations, Ltd. is the Debtors' single largest unsecured creditor, with a claim of approximately $6.8 million. BMG is also a large customer of hosting services for Mining. BMG alleged damage to its miners during a power surge in July 2019, and filed a motion for relief from stay (the "BMG Stay Motion"). Miner filed a response to the BMG Stay Motion. The Debtor and BMG engaged in extensive settlement negotiations, resulting in a motion to compromise with BMG (the "BMG Settlement"), which motion was pending before the Court to be heard on September 25, 2019, before being withdrawn.

Total Time Expended:      21.4 hours

| Attorney | Mining Hours | Holdings Hours | Amount |
|----------|-------------|----------------|--------|
| Arthur G. Simon ("AGS") | 2.3 | | $1,196.00 |
| Scott R. Clar ("SRC") | 16.5 | 2.6 | 8,528.00 |
| **Total** | **21.4** | | **$9,932.00** |

Attached to this Motion as Exhibit "G" is an itemization of the legal services rendered in this category.

H.   **SBI Rent To Own**

CSCD facilitated Mining's transition from primarily hosting revenue based to partially self-mining based through the presentation of a motion to approve a rent to own agreement with SBI Crypto Co., Ltd., whereby Mining leases to own approximately 3,500 miners in order to mine bitcoin itself providing revenue for the Debtors under the Plan.

Total Time Expended:      <u>8.3</u> hours

| Attorney | Mining Hours | Holdings Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 8.0 | .3 | <u>$4,316.00</u> |
| **Total** | **8.3** | | **$4,316.00** |

Attached to this Motion as Exhibit "H" is an itemization of the legal services rendered in this category.

I.     **Fee Motion**

CSCD expended time in connection with preparation of this Motion.

Total Time Expended:      <u>5.0</u> hours

| Attorney | Mining Hours | Holdings Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 2.5 | 2.5 | <u>$2,620.00</u> |
| **Total** | **5.0** | | **$2,620.00** |

Attached to this Motion as Exhibit "I" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

15.     During the course of the representation of the Debtors, CSCD has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing April 11, 2019 through and including October 8, 2019 is $1,230.97.  Attached to this motion as Exhibit J is an itemization of the expenses incurred.

10

## CONCLUSION

16.     Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.  No promises concerning compensation have been made to CSCD by any person, firm or entity.

17.     CSCD asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtors are comparable to the cost of similar services in matters other than under the Bankruptcy Code.

18.     CSCD asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtors.


WHEREFORE, for the foregoing reasons, BCause LLC and BCause Mining, LLC, Debtors/Debtors-in-Possession, pray for the entry of an Order as follows:

A.     Allowing final compensation and reimbursement of expenses to CSCD in the amounts of $229,876 and $1,230.97, respectively, for services provided from the period commencing April 11, 2019 (BCause Mining) and April 12, 2019 (BCause LLC) through and including October 8, 2019;

B.     Allowing any unpaid fees as a Chapter 11 administrative expense; and

11

C.      Granting such other relief as may be just and equitable.

BCause LLC and BCause Mining, LLC
Debtors/Debtors-in-Possession,

By:  \s\ Scott R. Clar
        One of its attorneys

**DEBTORS' COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\MJO2\BCause Mining LLC\Pay CSCD - Final.mot and NOM