UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>BCause Mining LLC, et al.<br><br>Debtor(s) | BK No.: 19-10562<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer |

## ORDER GRANTING TRUSTEE'S MOTION TO REJECT UNEXPIRED LEASE FOR NONRESIDENTIAL REAL PROPERTY WITH HOFFLAND PROPERTIES, INC.

This matter having come before the Court for a hearing on the Trustee's Motion to Reject Unexpired Lease of Nonresidential Real Property with Hoffland Properties, Inc. (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion and determined that this is a core matter and that due and adequate notice has been provided to all those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein;

2) The Triple Net Lease (With Rider) dated November 1, 2017, between BCause Mining LLC and Hoffland Properties, Inc., for the real property located at 5465 Greenwich Road in Virginia Beach, VA 23462 is rejected pursuant to section 365 of the Bankruptcy Code effective on November 6, 2019.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 06, 2019

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860