UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.:   19-10562 |
| ) | (Jointly Administered) |
| BCause Mining LLC, et al. ) | Chapter:  7 |
| ) | Honorable Janet S. Baer |
| ) | |
| ) | |
| Debtor(s) ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO USE CASH COLLATERAL ON AN INTERIM BASIS AND GRANTING RELATED RELIEF

This matter having come before the Court for a further interim hearing on the Trustee's Motion to Use Cash Collateral Outside the Ordinary Course of Business and For Related Relief (the "Cash Collateral Motion") and the Trustee's Motion to Amend the Interim Budget Related to the Cash Collateral Motion (the "Motion to Amend", and collectively with the Cash Collateral Motion, the "Motions"); the Court, having been advised in the premises and having reviewed the Motions and the Second Interim Budget attached to the Motion to Amend, determines that this is a core matter and that adequate notice has been provided under the circumstances; and that the amounts listed in the attached budget (the "Second Interim Budget") are actual and necessary expenses of preserving the Debtors' estates and that such expenses are in the best interests of the creditors and these estates. Therefore, pending a final hearing on the Cash Collateral Motion;

IT IS HEREBY ORDERED THAT:

1) the Trustee is authorized to use the Cash Collateral to pay the independent contractors listed on the Second Interim Budget at the hourly rates listed therein up to a total amount of $2,500; and
2) all amounts listed in the Second Interim Budget are allowed as chapter 7 administrative expenses pursuant to Section 503 of the Bankruptcy Code.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:   **NOV - 7 2019**

**Prepared by:**
Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860

**EXHIBIT A**

**Second Interim Budget**

**Up to a Total of $2,500 for Addition Services from the Below Independent Contractors at the following Hourly Rates**

|  | Hourly Rate |
|---|---|
| Shawn Dailey | $66.25 |
| Marysa Hilton | $22.00 |
| Brent Myers | $20.00 |
| Terrance Holley | $21.00 |
| Nieves, Tiffany | $20.00 |