Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.:  19-10562 |
| BCause Mining LLC, et al. | (Jointly Administered) |
| | Chapter: 7 |
| | Honorable Janet S. Baer |
| Debtor(s) | |

**ORDER GRANTING TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACT WITH VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA AND ANY OTHER RELATED ELECTRIC SERVICE**

This matter having come before the Court for a hearing on the Trustee's Motion to Reject Executory Contract with Virginia Electric and Power Company d/b/a Dominion Energy Virginia and Any other Related Electric Service (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion and determined that this is a core matter and that due and adequate notice has been provided to all those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) the Motion is granted;
2) the Agreement for Electric Service dated January 17, 2019, between BCause Mining LLC and Virginia Electric and Power Company d/b/a Dominion Energy Virginia ("Dominion") and any other electric service in the name of the Debtors' bankruptcy estates for electric power is rejected pursuant to Section 365 of the Bankruptcy Code.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  **NOV - 7 2019**

**Prepared by:**
Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860