Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S MOTION TO MOTION TO ABANDON EQUIPMENT AND LIMIT NOTICE

This matter having come before the Court for a hearing on the Trustee's Motion to Abandon Equipment and Limit Notice (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion and determined that this is a core matter and that due and adequate notice has been provided to all those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) the Motion is granted;
2) the form of notice sent to creditors is authorized and approved;
3) the limited notice as described in the Motion is authorized and approved; and
4) the equipment owned by the Debtors (the "Equipment") that is located in the warehouse previously operated as a data center, including that which is listed on Exhibit 1 hereto, located at 5465 Greenwich Road, Virginia Beach, Virginia 23462 is abandoned;
5) the Trustee, WESCO, and Hoffland (as to (ii) below only) reserve all of their rights, claims, and defenses: (i) related to the adversary proceeding currently pending before the Court as Adversary Number 19-769 against WESCO Distribution Inc.; and (ii) under applicable law related to any sale or liquidation of the Equipment by any party asserting a lien against the Equipment, including without limitation, the right to require any such sale or liquidation be done in a commercially reasonable manner and to receive any proceeds of such sale or liquidation that may remain after such lien has been satisfied.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **NOV - 7 2019**

**Prepared by:**
Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860

**EXHIBIT 1**

SCHEDULE A/B

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

Schedule 4
BCause LLC Mining - Other Machinery, Fixtures and Equipment

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| (5) Pow-R Line C switchboards - PRL-C MRM0009013 , (5) PRL3 Panelboards P3E250LT42CH01, (120) PRL2 Panelboards P2A600BT42CH01 (40) 500 kVA Transformers V48M28T5516M02 | 803,375.24 | Book | Unknown |
| (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA | 677,661.75 | Book | Unknown |
| D-Link Gigabit Switch (240) | 76,513.46 | Book | Unknown |
| I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's (1320) | 693,832.55 | Book | Unknown |
| (92) 12' Vertical Shelf end caps (2' wide), (576) 6' Horizontal Shelf crossmember IK27E F3M, (1152) 12' Horizontal Shelf crossmember, (2160) 2' x 4' wireshelves J2445-2-2 S-181-16G | 504,454.96 | Book | Unknown |
| 60Kw Backup Generator A054F821 , (3) Server Room Air Conditioner PUY-A36NKA7 | 63,484.93 | Book | Unknown |
| 3000 KVA Refurbished Pad Mounted Transformer (5) | 741,084.79 | Book | Unknown |
| Cisco 5516x Firewall, Meraki 24portSwitch DCS-7150S-24-F,Arista 24 Port fiberoptic switch(2),Cisco 4300Series Routers(2),Meraki 8port Switch(2),Meraki wirelessAP(7),Cisco Catalyst 2960Switch(20) | 81,579.18 | Book | Unknown |
| (3) Pow-R Line C switchboards - PRL-C (MRM0009013), (120) PRL2 Panelboards P2A600BT42CH01 (NOTE: Many are missing 600amp breaker) (EZB2072R) | 559,623.01 | Book | Unknown |
| I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's | 336,644.77 | Book | Unknown |
| I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's (STILL IN BOX) | 262,279.26 | Book | Unknown |
| 3750 KVA Refurbished Pad Mounted Transformer | 374,313.75 | Book | Unknown |
| 3750 KVA Refurbished Pad Mounted Transformer (DEFECTIVE - OFFSITE FOR REPAIR) | 93,578.44 | Book | Unknown |
| (16) 500 kVA Transformers V48M28T5516M02 (reconditioned), (12) 500 kVA Transformers V48M28T5516 500 kVA Transformers (reconditioned) | 306,730.79 | Book | Unknown |
| (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA, (30) Tubeaxial Fan 48" | 55579.33332 | Book | Unknown |
| (74) 12' Vertical Shelf end caps (2' wide), (298) 12' Horizontal Shelf crossmember, (1152) 2'x4' wireshelves IK27E F3M, (30) 12' Vertical Shelf end caps J2445-2-2 S-181-16G (2' wide) (STILL ON PALLET), (566) 12' Horizontal Shelf crossmember (STILL ON PALLET), (811) 2' x 4' wireshelves J2445-2-2 S-181-16G (STILL ON PALLET) | 1,372,665.58 | Book | Unknown |
| (96) D-Link Gigabit Switch, (130) D-Link Gigabit Switch (STILL IN BOX) | 424,560.26 | Book | Unknown |
| | 89,088.30 | Book | Unknown |
| Cisco Catalyst 2960 Switch | 58,433.99 | Book | Unknown |
| | 7,575,484.31 | | |