**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>BCAUSE MINING LLC, et al.,<br><br>Debtors/Debtors-in-possession. | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Honorable Janet S. Baer<br><br>Hearing Date: January 8, 2020 at 10:00 a.m. |

**NOTICE OF FILING**

     PLEASE TAKE NOTICE that on December 11, 2019, I filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of the *Reply in Support of Fee Applications of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors,* a copy of which is served upon you.

Dated: December 11, 2019        **FREEBORN & PETERS LLP**

                                        By: /s/ Elizabeth L. Janczak
                                             One of Its Attorneys

                                        Shelly A. DeRousse
                                        Elizabeth L. Janczak
                                        311 South Wacker Drive, Suite 3000
                                        Chicago, IL 60606
                                        Tel:    312.360.6000
                                        Fax:   312.360.6520
                                        Email:  sderousse@freeborn.com
                                                         ejanczak@freeborn.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

BCAUSE MINING LLC, et al.,

Debtors/Debtors-in-possession.

Chapter 7

Case No. 19-10562
(Jointly Administered)

Honorable Janet S. Baer

Hearing Date: January 8, 2020 at 10:00 a.m.

## CERTIFICATE OF SERVICE

I, Elizabeth L. Janczak, an attorney, hereby certify that on December 11, 2019, I caused a true and correct copy of the attached *Notice of Filing* and *Reply in Support of Fee Applications of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* to be filed with the Court and served upon the following parties by the manner listed.

/s/ Elizabeth L. Janczak

## Service List

## CM/ECF Service List

David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
Sarah K Angelino    sangelino@schiffhardin.com, edocket@schiffhardin.com
Debra Devassy Babu    ddevassy@askounisdarcy.com
Jamie L Burns    jburns@lplegal.com, rwilliamson@lplegal.com;ikropiewnicka@lplegal.com
Maria G Carr    mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
Shara C Cornell    scornell@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
Jeffrey C Dan    jdan@cranesimon.com, sclar@cranesimon.com; mjoberhausen@cranesimon.com
Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com
Devon J Eggert    deggert@bcblaw.net, pfoster@bcblaw.net
Marc Ira Fenton    mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com
J Mark Fisher    mfisher@schiffhardin.com, edocket@schiffhardin.com; sricciardi@schiffhardin.com
Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Micah E. Marcus    mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com

Jennifer M McLemore    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Alex D Moglia    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
Ha M Nguyen    ha.nguyen@usdoj.gov, USTP.region11.es.ecf@usdoj.gov
Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
Michael M Schmahl    mschmahl@pollickschmahl.com, mmsfiling@gmail.com
Brian L Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com
Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
Jason M Torf    jason.torf@icemiller.com