UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCAUSE MINING LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION OF
FREEBORN & PETERS LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

Upon the Second and Final Fee Application (the "Application") of Freeborn & Peters LLP ("Freeborn") as Counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases of BCause Mining LLC and BCause LLC (the "Debtors") for the period of April 25, 2019 through October 8, 2019 (the "Fee Application Period"); this Court having reviewed the Application; due and adequate notice having been given under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court hereby allows Freeborn, on a final basis, compensation in the amount of $118,311.50 for the Fee Application Period as a chapter 11 administrative expense of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

2. The Court hereby allows Freeborn, on a final basis, reimbursement of expenses in the amount of $46.45 for the Fee Application Period as a chapter 11 administrative expense of the Debtors' estates.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 08, 2020

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
ejanczak@freeborn.com