Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: <br> BCause Mining LLC <br><br><br> Debtor(s) | BK No.:   19-10562 <br><br> Chapter:  7 <br> Honorable Janet S. Baer |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL

THIS MATTER COMING TO BE HEARD on the Motion of Crane, Simon, Clar & Dan, counsel for debtors/debtors-in-possession herein, for allowance of final compensation and reimbursement of expenses to Crane, Simon, Clar & Dan ("CSCD") as Debtors' Counsel, pursuant to sections 330 and 331 of the Bankruptcy Code; proper notice having been provided; objections having been interposed and overruled; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1) CSCD are allowed final compensation and reimbursement of expenses for its representation of the Debtor during the period April 11, 2019 (BCause Mining) and April 12, 2019 (BCause LLC) through and including October 8, 2019, in the amounts of $224,156.00 and $1,230.97, respectively;

2) Notice given is deemed sufficient; and

3) CSCD is allowed a Chapter 11 administrative expense for unpaid fees,

Enter: *Janet S. Baer* AH

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  1/8/20

**Prepared by:**
CSCD's COUNSEL:
Scott R. Clar (Atty. No. 06183741)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
MJO\BCause Mining\Pay CSCD Final-rev.ORD