Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____BCause Mining, LLC_____ Case No. __19-10562__ Chapter __7__

All Cases: Moving Creditor _____Hoffland Properties, Inc._____ Date Case Filed __April 11, 2019__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☑ No-Asset Report not Filed, Date of Creditors Meeting ____November 26, 2019____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) _____N/A_____

2. Balance Owed as of Petition Date  $ _____57,570_____
   Total of all other Liens against Collateral $ _____N/A_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ _____N/A_____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $ _____
   
   b. ☑ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____    Amount $ _____
      
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid      Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) ___"cause" due to abandonment of property and rejection of lease___
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) _____Property Abandoned_____
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __January 17, 2020__         __Sarah K. Angelino__
                                      Counsel for Movant

(Rev. 12 /21/09)