## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-10562 |
| BCause Mining LLC, | ) | Chapter 7 |
| Debtor. | ) | Honorable Janet S. Baer |

## SCHEDULING ORDER

This matter coming before the Court on Hoffland Properties, Inc.'s Motion for Relief from Stay (Docket No. 400),

IT IS HEREBY ORDERED THAT:

1. Wesco Distribution, Inc.'s response is due to be filed on or before February 5, 2020.
2. The Movant's reply is due to be filed on or before February 12, 2020.
3. This matter is set for status on February 20, 2020 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

DATED: January 22, 2020

ENTER:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge