Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.:   19-10562
)    (Jointly Administered)
BCause Mining LLC, et al. )    Chapter: 7
)
)    Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER(i) AUTHORIZING THE TRUSTEE TO TO USE CASH COLLATERAL; (ii) AUTHORIZING THE TRUSTEE TO PAY CHRISTI VAASSEEN AS AN ADMINISTRATIVE EXPENSE; AND (iii) SHORTENING AND LIMITING NOTICE AND GRANTING RELATED RELIEF**

This matter having come before the Court for an initial hearing on the Trustee's Motion for Entry of an Order (i) Authorizing the Trustee to Use Cash Collateral; (ii) Authorizing the Trustee to Pay Christi Vaassen as an Administrative Expense; and (iii) Shortening and Limiting Notice and Granting Related Relief (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion, determines that this is a core matter and that adequate notice has been provided under the circumstances; and that consulting fee of $11,500 (the "Consulting Fee") proposed to be paid to Christi Vaassen ("Vaassen") under the consulting agreement between the Trustee and Vaassen (the "Consulting Agreement") is an actual and necessary expenses of preserving the Debtors' estates and that such expenses are in the best interests of these estates. Therefore, pending a final hearing on the Motion;

IT IS HEREBY ORDERED THAT:

1) the Motion is granted as provided in the this Order;
2) the releases and compromises in the Consulting Agreement are authorized and approved and the Trustee is authorized to enter into the Consulting Agreement pursuant to Rule 9019;
3) the Consulting Fee of $11,500 is allowed as a chapter 7 administrative expense under Section 503 of the Bankruptcy Code;
4) the Trustee is authorized to retain Vaassen pursuant to the Consulting Agreement and to pay the Consulting Fee of $11,500 to Vaassen pursuant to the terms of the Consulting Agreement without further hearing or order of the Court;
5) limited and shortened notice of the Motion as described in the Motion is appropriate and is authorized and approved; and
6) the Trustee shall inform WESCO's counsel after he has made a payment to Vaassen.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: 1/23/2020

**Prepared by:**
Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601

Form G5 (20170105_bko)

mschmahl@pollickschmahl.com
ARDC No. 6275860