# EXHIBIT 1

**Cheryl G. Wesler, CPA**
**TIBBLE & WESLER, CPA PC**

## ENGAGEMENT LETTER

January 27, 2020

Trustee Alex D. Moglia
C/O Attorney Michael M. Schmahl
200 E. Randolph Street
Suite 5100
Chicago, IL  60601

Re:  Bankruptcy Estates of BCause LLC; 19-10731 and BCause Mining LLC; 19-10562

Dear Trustee Moglia:

This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide to the Alex Moglia, not personally, but solely as the Chapter 7 Trustee of the bankruptcy estates of BCause LLC and BCause Mining LLC (collectively, the "Debtors"), whose bankruptcy cases are being jointly administered under the bankruptcy case captioned *In re BCause Mining LLC* (Case No. 19-10562), which is currently pending before the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court").  We understand that the Trustee's retention of our firm and this engagement agreement are expressly subject to the entry of an order by the Court approving our retention and this agreement pursuant to the terms of the Bankruptcy Code.

Commencing with the acceptance signature below, Tibble & Wesler, CPA PC will review the case documentation, prepared financials and other documentation in order to prepare and file the bankruptcy estate state and federal tax returns for BCause LLC and BCause Mining LLC, including all Form K1s and any other required forms and ancillary documents.   In addition to the bankruptcy estate tax returns, we will prepare and file all papers needed to obtain extensions of the deadline for filing such documents to enable completion of the Debtors' 2019 financials.

Our engagement cannot be relied upon to disclose errors, fraud, or illegal acts that may exist.  However, we will inform the Trustee of any material errors or any fraud or illegal acts that come to our attention.

Our fees for this engagement are not contingent on the results of our services but are subject to the Court's approval under the Bankruptcy Code.  Upon court approval, our fees for this engagement will be based on the following rates:  Cheryl Wesler, CPA and Thomas Tibble, CPA at an hourly rate of $275 and Support Staff hourly rate of $175, plus reimbursement of costs and expenses, including but not limited to, such fees as filing, and postage.  Based on our preliminary review, we estimate between 15 and 20 hours to complete and agree that our fees will be subject to a maximum amount of $6,000, exclusive of any reimbursement for any costs and expenses.

Thank you for your attention to this matter, and please contact me with any questions that you may have.

Very truly yours,

*Cheryl Wesler* (signature)

Cheryl G. Wesler, CPA PC
Partner

**ACCEPTED AND AGREED:**

Bankruptcy Estate of BCause Mining LLC and BCause LLC

_____     _____
By:   Alex D. Moglia, not personally, but solely         Date
As the Chapter 7 Trustee of the Bankruptcy Estates
Of BCause LLC and BCause Mining LLC