# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| | ) | Chapter 7 |
| In re: | ) | |
| | ) | Case No. 19-10562 |
| BCause Mining LLC, *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Janet S. Baer |
| | ) | |

## DECLARATION OF CHERYL WESLER

I, Cheryl Wesler, pursuant to 28 U.S.C. § 1746, hereby depose and state under the penalty of perjury, as follows:

1. I am a certified public accountant and a partner in Tibble & Wesler, CPA PC ("T&W"), which maintains an office at 2813 W. Main, Kalamazoo, MI 49006, and I am authorized to submit this Declaration in support of the Trustee's application to retain and employ T&W to prepare tax returns (the "Application") for the above-captioned Debtors.

2. T&W is a capable, licensed firm of certified public accountants who specialize in providing chapter 7 trustees efficient services in the preparation of tax returns for bankruptcy estates around the country. My professional biography is attached hereto.

3. My colleagues at T&W and I have experience with bankruptcy tax matters necessary to assist the Trustee in the preparation of federal and state income tax returns in these jointly administered bankruptcy cases and to provide advice regarding federal and state tax compliance.

1. As provided in T&W's proposed engagement agreement with the Trustee, T&W proposes to provide services to the Trustee at its normal hourly rates, subject to a maximum fee amount of $6,000, plus the reimbursement of expenses. T&W further understands that its compensation will be subject to further review and allowance under 11 U.S.C. § 328(a) pursuant to a separate fee application that it will file in the future.

2. T&W has not entered into any agreement to share such compensation as it may be awarded in connection with the Application except as permitted under 11 U.S.C. § 504(b).

3. In connection with this Declaration, I reviewed and compared T&W's client database against the Debtors' respective petitions for relief, bankruptcy schedules (including, without limitation, the schedules of the Debtors' creditors), and statements of financial affairs, in order to determine whether T&W has any connections with the Debtors or their affiliates, creditors and other parties-in-interest. Based on this conflicts search, T&W has determined that it has no connections with the Debtors, their creditors and affiliates, or any other party in interest herein and that it neither holds nor represents any adverse interest in connection with the matters upon which it is to be employed by the Trustee.

4. Therefore, to the best of my knowledge, information and belief, T&W is a "disinterested person" within the scope of 11 U.S.C. § 101(14) and as required pursuant to 11 U.S.C. § 327(a).

I state under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 27, 2020

*/s/ Cheryl Wesler*
Cheryl Wesler, CPA

# Cheryl G. Wesler, CPA

| | |
|---|---|
| E-mail : cheryl@tibblecpa.com | Website: www.trusteeresourcegroup.com, www.tibblecpa.com |
| Phone : 269-342-9482 ext 203 | Address: 2813 W Main Street Kalamazoo, MI 49006 |

## Qualifications

Licensed Certified Public Accountant, State of Michigan

## Work experience

**Tibble & Wesler CPA PC**  Jan 2009 — Present
Partner

- 20 years of tax and accounting experience.
- 8 years of bankruptcy estate tax and accounting experience under Chapter 7 and 11 nationwide including the Supreme Court case of Clark v. Rameker.
- Working relations with various insolvency contacts within the Internal Revenue Service.

## Education

**Master of Science in Accounting**  May 2010 — May 2012
Liberty University

**Bachelor of Science in Accounting**  August 1986 — May 1989
Liberty University

Graduated in three years

## Memberships

AICPA-American Institute of Certified Public Accountants
MICPA-Michigan Association of Certified Public Accountants
NABT-Tax Committee and member
IWIRC-International Women's Insolvency Restructuring Confederation
ABI-American Bankruptcy Institute
Michigan Women's Tax Association

## References

References available upon request.

Cheryl Wesler is a CPA with Trustee Resource Group (TRG) and partner with the regional tax firm of Tibble & Wesler. TRG is a bankruptcy firm that specializes in insurance, tax, and accounting for the insolvency industry.

Cheryl earned a BS and Masters in accounting. She has over twenty-five years of experience in both accounting and tax with ten years being in the insolvency industry. She routinely assist and guides insolvency professionals nationwide in determining the tax liability for their bankruptcy estates in both federal and multi-state matters including the preparation and filing of the tax returns and the prompt determinations.

Ms. Wesler was the accountant employed to advise and complete the bankruptcy estate tax returns for the Supreme Court case of Clark v. Rameker.

She is a member of International Women's Insolvency Restructuring Confederation (IWIRC) as well the co-chair of the Michigan network, National Association of Bankruptcy Trustees (NABT) and serves on the NABT tax committee, American Institute of CPAs, Michigan Association of CPAs and the Michigan Women's Tax Association.