UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>BCause Mining LLC, et al.<br><br>Debtor(s) | BK No.: 19-10562<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (i) AUTHORIZING THE TRUSTEE TO TO USE CASH COLLATERAL; (ii) AUTHORIZING THE TRUSTEE TO PAY CERTAIN FEES AND CHARGES OF UP TO $2,200 AS ADMINISTRATIVE EXPENSES;**
**AND (iii) SHORTENING AND LIMITING NOTICE AND GRANTING RELATED RELIEF**

This matter having come before the Court for hearing on the Trustee's Motion for Entry of an Order (i) Authorizing the Trustee to Use Cash Collateral; (ii) Authorizing the Trustee to Pay Certain Fees and Charges of up to $2,200 as Administrative Expenses; and (iii) Shortening and Limiting Notice and Granting Related Relief (the "Motion"); the Court being fully advised in the premises; it appearing that this is a core matter and that adequate notice has been provided under the circumstances; and it appearing that the fees and charges of up to $2,200 (the "Fees and Charges") proposed to be paid to Intuit Quickbooks are actual and necessary expenses of preserving the Debtors' estates and that such expenses are in the best interests of these estates;

IT IS HEREBY ORDERED THAT:

1) The Motion is granted on an interim basis as set forth herein;

2) The Trustee is authorized to pay the Fees and Charges of up to $2,200 to Intuit Quickbooks using his personal business credit card or Moglia Advisors business credit card;

3) The Fees and Charges of up to $2,200 are allowed as chapter 7 administrative expenses under section 503 of the Bankruptcy Code;

4) The Trustee is authorized to reimburse the Trustee or Moglia Advisors for the actual amount up to $2,200 of the Fees and Charges paid with the Trustee's personal business credit card or Moglia Advisors' credit card;

5) Limited and shortened notice of the Motion as described in the Motion is appropriate and is authorized and approved; and

6) A further hearing on the Motion will be held on February 11, 2020 at 10:00 A.M.

Enter: *(signed)* Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **JAN 3 0 2020**

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860