# EXHIBIT 1

SCHEDULE A/B

39. Office Furniture

Schedule 2

BCause Mining LLC - Office Furniture

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Workstation Tables (4), Round Table, Mobile Pedestals (5), Mesh Back Chairs (5) | 8,094.51 | Book | Uknown |
| Refrigerator | 560.00 | Book | Uknown |
| Lobby Chairs | 687.71 | Book | Uknown |
| Bathroom Cabinet | 137.79 | Book | Uknown |
| Reception Desk | 1,500.00 | Book | Uknown |
| Conference Room Table & Chairs | 5,900.00 | Book | Uknown |
| | **16,880.01** | | |