# EXHIBIT 2

Case 19-10562 Doc 412-2 Filed 02/05/20 Entered 02/05/20 15:59:23 Desc Exhibit 2--BC Holding Office Furniture Page 2 of 2

Case 19-10731 Doc 78 Filed 05/14/19 Entered 05/14/19 12:44:52 Desc Main Document Page 6 of 43

SCHEDULE A/B
39. Office Furniture

Schedule 2
BCause LLC - Office Furniture

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---:|:---:|:---:|
| Group Lacasse Cube Rectangular Coffee Table with Shelves Underneath Willow Gray Laminate | 385.00 | Book | Unknown |
| Group Lacasse Shifter Mesh Back Guest Chairs (2) | 390.00 | Book | Unknown |
| Group Lacasse Cube Square Side Table with Shelves Underneath Willow Gray Laminate | 310.00 | Book | Unknown |
| Group Lacasse Quorum Round Tuscany Laminate Meeting Table - Grede Office | 575.00 | Book | Unknown |
| Group Lacasse Concept 400E L-Shaped Desk w/Return Tuscany Walnut Laminate - Grede Office | 990.00 | Book | Unknown |
| Group Lacasse Shifter Mesh-back guest chair (6) | 1,170.00 | Book | Unknown |
| Group Lacasse Concept 400E L-Shaped Desks Tuscany Walnut Lamimate (3) | 4,665.00 | Book | Unknown |
| Desk Workstations for Chicago Office (11) | 6,050.00 | Book | Unknown |
| Executive Chair (8), Guest Chairs (2), Bar Stools (9), Side Chairs (8),Steelcase Leap Chairs (4), Tables (5), Lounge Chairs (2) | 12,210.94 | Book | Unknown |
| Conference Room Table - Chicago Office | 874.31 | Book | Unknown |
| Desk Workstations for Chicago Office (9) | 4,950.00 | Book | Unknown |
| "GROUPE LACASSE | CONCEPT 400E Straight desk includes: (1) 72"W x 42"D Bowfront desk with (1) Box/File pedestal. - Chicago Office" | 607.13 | Book | Unknown |
| Lobby Table & Chairs | 492.98 | Book | Unknown |
| Kitchen Table & Chairs | 316.92 | Book | Unknown |
| Conference Room Credenza | 315.88 | Book | Unknown |
| 2 Desks with Side tables, Printer Table, Confrence Room Table and Chairs | 9,372.99 | Book | Unknown |
| Used desk, Love seat, 4 x guest chairs, high back chair | 305.00 | Book | Unknown |
| White desk set x 5, 36" lateral file cabinet, vertical file cabinet | 450.00 | Book | Unknown |
| Refrigerator | 527.56 | Book | Unknown |
| | **44,958.71** | | |