**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re:**                                                )  | **Chapter 7** |
|                                                                 )  | **Case No. 19-10562** |
| **BCause Mining LLC,** *et al.*              )  | |
|                                                                 )  | **Hon. Janet S. Baer** |
| **Debtors.**                                          )  | |
|                                                                 )  | |
|                                                                 )  | |

## NOTICE OF ABANDONMENT

    **PLEASE TAKE NOTICE THAT** on February 5, 2020, Alex Moglia, not personally, but solely as the Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC (the "Debtors"), filed his Trustee's Notice and Motion for Order Abandoning Office Furniture and Related Personal Property (the "Abandonment Notice") with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Bankruptcy Court") located at 219 S. Dearborn Street, Chicago, Illinois.

    Pursuant to the Abandonment Notice, the Trustee is abandoning certain office furniture and related personal property (the "Office Furniture"), as more particularly specified in the Abandonment Notice, of BCause Mining LLC and BCause LLC located at 192 Ballard Court, Suite 303, in Virginia Beach, Virginia, 318W. Adams, Suite 1907, in Chicago, Illinois, and in a storage unit located at 2638 N. Pulaski Road in Chicago, Illinois, that the Trustee believes to be burdensome on and of inconsequential value and benefit to the Debtors' bankruptcy estates.

    **If you object to this abandonment, within 14 days of the mailing of this notice (or within any longer time the Bankruptcy Court may fix), you must object in writing and file your objection with the Court at 219 S. Dearborn Street, Chicago, Illinois 60604, and serve a copy of your written objection on the undersigned at the address listed in the below signature block.** If a timely objection is received, the Bankruptcy Court will set a hearing on the Abandonment Notice.

    Please contact the undersigned immediately if you would like more information regarding the Office Furniture.

Dated:  February 5, 2020					Alex Moglia, Chapter 7 Trustee of the
								Bankruptcy Estates BCause Mining LLC and
								BCause LLC


							By: /s/ Michael M. Schmahl
								Michael M. Schmahl


Michael M. Schmahl
POLLICK & SCHMAHL, LLC
200 E. Randolph, Suite 5100
Chicago, Illinois  60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Counsel to the Trustee*