IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| BCause Mining LLC, *et al.* ) | Case No. 19-10562 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hon. Janet S. Baer |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned, an attorney, states under penalty of perjury that he caused the parties listed on the attached Service List 1 to be served with a copy of: (i) the attached **NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING THE TRUSTEE TO CONSOLIDATE AND SELL CRYPTO CURRENCY FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS AND ENCUMBRANCES, TO LIMIT NOTICE AND FOR RELATED RELIEF** via first class U.S. mail, postage prepaid on February 4, 2020; and (ii) the attached ***CORRECTED*** **NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING THE TRUSTEE TO CONSOLIDATE AND SELL CRYPTO CURRENCY FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS AND ENCUMBRANCES, TO LIMIT NOTICE AND FOR RELATED RELIEF** via first class U.S. mail, postage prepaid on February 5, 2020.

Dated:  February 6, 2020

By: /s/ Michael M. Schmahl
Michael M. Schmahl

Michael M. Schmahl
POLLICK & SCHMAHL, LLC
200 E. Randolph, Suite 5100
Chicago, Illinois  60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Counsel to the Trustee*

1