# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BCause Mining LLC, *et al.* | ) Case No. 19-10562 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Janet S. Baer |
| | ) |

## SUPPLEMENTAL AND AMENDED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned, an attorney, states under penalty of perjury that he caused the attached **NOTICE OF ABANDONMENT**, which is related to the **TRUSTEE'S NOTICE AND MOTION TO ABANDON DEBTORS' OFFICE FURNITURE AND RELATED PERSONAL PROPERTY [Docket No. 412]** (the "Motion") to be served on the parties listed on the attached Service List 1 via first class U.S. mail, postage prepaid on February 5, 2020.  Additionally, the undersigned, an attorney, states under penalty of perjury that he caused a copy of the Motion to be served: (i) on the Parties listed on Service List 2 who are registered with the Court's electronic filing system via the Court's ECF system on February 5, 2020; and (ii) on the parties listed on Service List 2 who are listed as having been served via email on Service List 2, to be served via email on February 6, 2020, not on February 5, 2020, as mistakenly stated in the Certificate of Service attached to the Notice of Motion and the Motion filed on February 5, 2020, with the Court.

Dated:  February 6, 2020

                                                      By: /s/ Michael M. Schmahl
                                                          Michael M. Schmahl

Michael M. Schmahl
POLLICK & SCHMAHL, LLC
200 E. Randolph, Suite 5100
Chicago, Illinois  60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Counsel to the Trustee*

1