**SERVICE LIST 1**

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Andrew Cohen
3750 Jefferson Blvd.  Virginia Beach, VA 23455-1638

Department of the Treasury

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

Ann M. Cresce
5731 Hampton Drive
Long Grove, IL 60047-5050

Abacus Solutions, LLC

1190 Kennestone Circle NW, #120

Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

**SERVICE LIST 1**

| | |
|---|---|
| Aon Risk Services Northeast, Inc. PO Box 7247-73676<br>Philadelphia, PA 19170-7376 | BitGo, Inc.<br>2443 Ash Street<br>Palo Alto, CA 94306-1845 |
| William Boyk<br>982 Dakota Circle<br>Naperville, IL 60563-9308 | Brian Sayler<br>48 Bensam Place<br>Haledon, NJ 07508-3009 |
| Bruce Pollack<br>807 Davis St #306<br>Evanston, IL 60201-4472 | Capital Counsel, L.L.C.<br>700 13th Street, NW, 2nd Floor<br>Washington, DC 20005-3960 |
| Capitol Counsel, LLC<br>700 13th St NW 2nd Floor<br>Washington, DC 20005-3956 | Century Link<br>1025 Eldorado Blvd.<br>Arvada, CO 80001 |

**SERVICE LIST 1**

Childress, Patrick
701 S. Wells Street #2001
Chicago, IL 60607-4630

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006-1823

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204-2901

FIS Systems International, LLC
FIS Legal
11601 Roosevelt Blvd., TA-41
Attn: Lauren M. Pizzo, Esq.
St. Petersburg, FL 33716-2202

Cresce, Ann

5731 Hampton Dr.

Long Grove, IL 60047-5050

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

**SERVICE LIST 1**

Dawn L. Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299-6421

Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Frederick J Grede
500 North Lake Shore Drive
3314
Chicago, IL 60611-5143

Frederick J. Grede
500 N. Lake Shore Drive
Unit 3314
Chicago, IL 60611-5143

GA Secretary of State - Corp. Div. 2
Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334-1505

Grede, Fred
500 N. Lake Shore Drive,
Unit 3314
Chicago, IL 60611-5143

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

**SERVICE LIST 1**

Greenwich Centre Investors, L.C. c/o
Robinson Development Group

150 W. Main St., #1100

Norfolk, VA 23510-1682

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020-6120

Dawn L. Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-
6721

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

INTERNAL REVENUE
SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-
7346

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA
23452-4763

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462-4376

**SERVICE LIST 1**

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA
23452-7382

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620-2845

Greenwich Centre Investors,
L.C.

c/o Robinson Development
Group

150 W. Main St., #1100

Norfolk, VA 23510-1682

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020-6120

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karan Rai
921 Atlantic Avenue, #1401
Virginia Beach, VA 23451-3581

Kathleen Miller
Smith, Katzenstein &
Jenkins LLP
PO Box 410
Wilmington, DE 19899-
0410

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

**SERVICE LIST 1**

Kristin Joyce-Werner
14159 Camden Dr
Orland Park, IL 60462-2385

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060-3395

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452-7330

Level 3 Communications, LLC
CenturyLink Communications
Attn:  Legal - BKY
1025 Eldorado Blvd.  Broomfield, CO 80021-8254

MA Commonwealth

William Francis Galvin

One Ashburton Place, Room 1717
Boston, MA 02108-1512

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611-4458

Mary Grace Fajardo
6024 N. Kimball Ave.
Chicago, IL 60659-2310

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23454-4283

**SERVICE LIST 1**

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Nasdaq
805 King Farm Blvd.
Rockville, MD 20850-6162

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006-1405

PACIFIC LIAISON
SERVICES INC C/O
HAYAMI SHIRAISHI
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630

PATRICK CHILDRESS
701 S WELLS ST APT 2001
CHICAGO, IL 60607-4630

Patrick S. Childress

701 S. Wells St., #2001

Chicago, IL 60607-4630

Paul Bozych
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603-5037

**SERVICE LIST 1**

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA
23455-7038

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex of New York LLC
8215 Forest Point Blvd., #150
Charlotte, NC 28273-0219

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452-6767

Pollack, Bruce
167 Park Ave.
Glencoe, IL 60022-1351

RI Department of State Division of Business
Services 148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

**SERVICE LIST 1**

Sun Life Financial

PO Box 7247-0381

Philadelphia, PA 19170-0381

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Thomas G. Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606-2800

UNUM - Dental
PO Box 406990
Atlanta, GA 30384-6990

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM-STD
PO Box 406990
Virginia Beach VA 23455

UNUM – Vision
PO Box 406990
Eaton Park FL 33840

**SERVICE LIST 1**

W-R2 Jefferson Owner VII,
L.L.C.
2 N. La Salle Street, Suite 1300
Chicago, Il 60602-3709

W-R2 Jefferson Owner VII, LLC.
Marc I Fenton Esq
2 N LaSalle St Suite 1300
Chicago, IL 60602-3709

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch

Chicago, IL 60642-2732

Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474

William Boyk
982 Dakota circle
Naperville, IL 60563-9308

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Arthur G Simon
Crane, Simon, Clar & Dan
135 S Lasalle St Suite 3705
Chicago, IL 60603-4101

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

**SERVICE LIST 1**

Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle St Ste 3705
Chicago, IL 60603-4101

CCA FINANCIAL, LLC
ASKOUNIS & DARCY, PC
444 N MICHIGAN AVE, SUITE 3720
CHICAGO IL 60611-3906

Allice Material Handling, Inc
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave
South Boston, VA 24592-3619

Hoffland Properties, Inc

Hoffland Beverage Company

4105 S Military Highway

Chesapeake, VA 2331-2701

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, Il 60604-1702

Amazon Web Services, LLC
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfiled RD #500
Schaumburg IL 60173

**SERVICE LIST 1**

BCause Clear LLC

130 S Jefferson St #101

Chicago Il 60661-3502

BCause Derivative Exchange LLC

130 S. Jefferson St #101

Chicago Il 60661-3502

BCause LLC

2800 252ND Ave

Salem WI 60173

Bcause Spot LLC

130 S Jefferson St #101

Chicago Il 60661-3502

Bcause Trust Inc

192 Ballard Court #303

Virginia Beach VA 23462-6538

BFPE International

45401 Bainbridge Blvd #200

Chesapeake VA 23320-6303

Bruce Pollack

807 Davis St #306

Evanston IL 60201-4472

CB Critical Systems

11816 Mason Park Way

Glen Allen VA 23059-5828

**SERVICE LIST 1**

CSC

2462 Solution Center

Chicago IL 6067-3004

Capitol Counsel LLC

700 13th ST 2nd Floor

Washington DC 20005-3956

Charles Mackie

4827 N Hamilton

Chicago, IL 60625-1405

Crystal Clear Communications

3180 N Lake Shore Dr #20C

Chicago ILn60677-3004

Crystal Clear Communications

Ellen Resnick – President

3180 N Lake Shore Dr #20C

Chicago ILn60677-3004

DOMINION VIRGINIA POWER

PO BOX 26666

18TH Floor

Richmond VA 23261-6666

EE Flake, Thomas

709 Roosevelt Ave

Virginia Beach VA 23452-4019

EF Fallon, Kevin

2800 252nd Ave

Salem, WI 53168-9239

**SERVICE LIST 1**

Eli Robbins

Harrison Law Group

40 W. Chesapeake Ave

Suite 600

Towson, MD 21204-4891

Endurance IT Service, LLC

295 Bendix Road #300

Virginia Beach, VA 23452-1295

FRMO Corporation

One North Lexington Ave #12C

White Plains, NY 10601-1721

Fallon Kevin

2800 252ND Ave

Salem WI 53168-9239

Fidelity Labs LLC

200 Seaport Boulevard

Boston MA 02210-2000

Flake Thomas

709 Roosevelt Ave

Virginia Beach VA 23452-4019

G Hogan Commercial Cleaning

645 Estates Way

Chesapeake VA 23320-6758

HK Cryptocurrency Mining LLC

470 Park Avenue South

New York, NY 10016-6819

**SERVICE LIST 1**

Hoffland Properties Inc
5400 Virginia Beach Blvd
Virginia Beach VA 23462-1724

Hoffland Properties Inc
c/o Dennis T Lewandowski
Kaufman & Canoles, PC
150 West Main St Suite 2100
Norfolk, VA 23510-1681

Horizon Kinetics LLC
470 Park Avenue SOUTH
New York, NY 10016-6819

Image 360
118 Pennsylvania Ave
Virginia Beach VA 23462-5212

Inate One LLc
1083 Independence Blvd #206
Virginia Beach, VA 23455-5523

Jack Frost Enterprise
3168 Holland Road
Virginia Beach, VA 23453-2612

John Ashby
1440 West Little Neck Road
Virginia Beach VA 23452-4763

Johns Brothers Security
310 E Street
Hampton VA 23661-1210

**SERVICE LIST 1**

Jones, Madden & Council PLC
5029 Corporate Woods Drive
Suite 190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach VA 23452-7366

Joseph LaMontagne
607 Lynnhaven Parkway
Virginia Beach VA 23452-7382

Katten Munchin Roseman LLP
525 W Monroe Street
Chicago IL 60661-3693

Lease of Parcel and Improvements
5465 Greenwich Rd
Virginia Beach VA 23462-6511

Matthew B. Kirsner
Eckert Seamans Cherin & Mellot LLC
919 E Main Street #1300
Richmond VA 23219-4624

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach VA 23457-1574

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach VA 23457-1574

**SERVICE LIST 1**

Midget Preti Olansen PC
Attn: Alison R Zizzo
2901 Lynnhaven Rd #120
Virginia Beach VA 23452-8205

Paul Bozych
Nielsen, Zehe & Antas PC
55 W Monroe St #1800
Chicago Il 60603-5037

Paul K. Wong
4020 Church Point Rd
Virginia Beach VA 23455-7038

Paychex Inc
Bond, Schoeneck &King PLLC
350 Linden Oaks, 3rd Floor
Rochester NY 14625-2807

Pro Window Inc
1604 Virginia Beach Blvd
Virginia Beach VA 23454-4631

Professional Heating & Cooling Inc
3306 Arizona Ave
Norfolk VA 235133-4115

Seth A Robbins
Robbins Law Group
1100 N Glee RD Suite 1010
Arlington VA 22201-5786

Silbar Secuirty Corporation
1508 Technology Drive #101
Chesapeake VA 23320-5980

## SERVICE LIST 1

Solutrix
5469 Greenwich Road
Virginia Beach VA 23462-6511

TRC Master Fund LLC
PO Box 633
Woodmere NY 11598-0633

The Water H2ole Inc
144 Southern Blvd #C2-A
Virginia Beach, VA 23454-4881

Thomas Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Thomas G Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Timothy L Brown
804 Rutherford Drive
Chesapeake VA 23322-7739

U.S. Customs & Border Protection
Revenue Division – Bankruptcy Team
6650 Telecom Drive Suite 100
Indianapolis IN 46278-2010

U.S. Customs & Border Protection
6650 Telecom Drive Suite 100
Indianapolis IN 46278-2010

**SERVICE LIST 1**

Verizon
PO Box 15043
Albany NY 12212-5043

Zhouyang Mason Song
6450 Reflection Drive #1225
San Diego CA 92124-5136

WESCO Distribution Inc
PO Box 530409
Atlanta GA 30353-0409

W Greer McCreedy
413 West York Street
Norfolk VA 23510-1114

WESCO Distribution Inc
David A Agay
300 N LaSalle Street Suite 1400
Chicago IL 60654-3474

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd Suite H
Schaumburg IL 60173-4815

Arthur G Simon
Crane, Simon, Clar & Dan
135 S LaSalle St Suite 3705
Chicago IL 60603-4101

Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S LaSalle St Suite 3705
Chicago IL 60603-4101

**SERVICE LIST 1**

Patrick S Layng
Office of The U.S. Trustee, Region 11
219 S Dearborn St – Room 873
Chicago IL 60604-2027

Scott R Clar
Crane, Simon, Clar & Dan
135 S LaSalle St Suite 3705
Chicago IL 60603-4101

Verizon
PO Box 15043
Albany NY 12212-5043

Zhouyang Mason Song
6450 Reflection Drive #1225
San Diego CA 92124-5136

Dominion Virginia Power
PO Box 2666
Bankruptcy Dept 10th Floor
Richmond VA 23261

W Greer McCreedy
413 West York Street
Norfolk VA 23510-1114