UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCAUSE MINING, LLC<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-10562<br><br>Chapter: 7<br>Honorable Janet S. Baer |

## ORDER GRANTING HOFFLAND PROPERTIES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER coming on to be heard on the motion ("Motion" and all capitalized terms not defined herein shall have the meanings ascribed to them in the Motion) of Hoffland Properties, Inc. ("Hoffland") seeking the entry of an order modifying the automatic stay pursuant to 11 U.S.C. §362(d); the Court having considered the foregoing; due and proper notice having been given; the Debtor's Counsel and the Trustee's Counsel having consented to the relief requested in the Motion; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The automatic stay is modified to allow Hoffland and/or Wesco, to (i) as they shall agree or as otherwise determined by a court of competent jurisdiction, sell the previously abandoned equipment and fixtures of BCause Mining, LLC (the "Debtor") located at or around the premises owned by Hoffland at 5465 Greenwich Road, Virginia Beach, Virginia; (ii) assert their rights to receive the proceeds from such sale(s) pursuant to its rights under the Lease between the parties, Virginia law, or otherwise; and (iii) prosecute and defend any actions that may be filed relating to the foregoing and/or the ownership of any previously abandoned equipment located at or around the premises. Any notices that otherwise must be given to the Debtor under nonbankruptcy law in connection with the foregoing actions may be given by first class mail and email to counsel of record in this case for the Trustee.

3. The stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall be effective immediately upon entry.

Enter:

United States Bankruptcy Judge

Dated: 2/10/2020

**Prepared by:**
J. Mark Fisher
Sarah K. Angelino
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600

Rev: 20120501_bko

Chicago, IL 60606
312.258.5500
mfisher@schiffhardin.com
sangelino@schiffhardin.com