UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S NOTICE AND MOTION FOR ORDER ABANDONING OFFICE FURNITURE AND RELATED PERSONAL PROPERTY**

This matter having come before the Court for a hearing on the Trustee's Notice and Motion For Order Abandoning Office Furniture and Related Personal Property (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion and determined that this is a core matter and that due and adequate notice has been provided to all those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein;

2) The form of notice sent to creditors, attached as Exhibit 3 to the Motion, is authorized and approved;

3) The limited notice as described in the Motion is authorized and approved; and

4) BCause LLC's and BCause Mining LLC's respective office furniture listed in Exhibit 1 to this order, located in the warehouse previously operated as a data center located at located at 192 Ballard Court, Suite 303, in Virginia Beach, Virginia, 318 W. Adams, Suite 1907, in Chicago, Illinois, and in a storage unit located at 2638 N. Pulaski Road, in Chicago, Illinois, is abandoned.

Enter:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  February 13, 2020

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860