Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )   BK No.:  19-10562
                                          )   (Jointly Administered)
BCause Mining LLC, et al.                 )   Chapter: 7
                                          )
                                          )   Honorable Janet S. Baer
                                          )
                                          )
         Debtor(s)                        )

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING THE TRUSTEE TO CONSOLIDATE AND SELL CRYPTO CURRENCY FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS AND ENCUMBRANCES, TO SHORTEN AND LIMIT NOTICE AND FOR RELATED RELIEF**

This matter having come before the Court for on the Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing the Trustee to Consolidate and Sell Crypto Currency Free and Clear of Any and All Liens, Claims and Encumbrances, to Shorten and Limit Notice and for Related Relief (the "Motion"); the Court, having been advised in the premises and having reviewed the Application, determines that this is a core matter, that cause exists to limit and shorten notice as described in the Motion and that due and adequate notice has been provided under the circumstances; and WESCO Distribution, Inc. having consented to the proposed sale;

IT IS HEREBY ORDERED THAT:

1) the Motion is granted as provided in the this Order;
2) the Trustee is authorized move all of the Bitcoin and Bitcoin Cash in the BCause LLC bankruptcy estate (collectively, the "Cryptocurrency") into the estate's account at Prime Trust and to liquidate the Cryptocurrency with Prime Trust's assistance through one or more private markets for Cryptocurrency at the then market prices for Bitcoin and Bitcoin Cash on such private markets (the "Sale");
3) Prime Trust is authorized and directed to conduct the Sale and to liquidate the Cryptocurrency at the direction of the Trustee;
4) the Sale of the Cryptocurrency is and shall be free and clear of any and all liens, claims and encumbrances whatsoever pursuant to Section 363(f) of the Bankruptcy Code;
5) Prime Trust's fee of 1% of the gross sale value from the sale of the Cryptocurrency and reimbursement of any sale expenses is authorized and approved (collectively the "Prime Trust Fees");
6) Prime Trust shall pay the proceeds from the sale of the Cryptocurrency less the Prime Trust Fees (the "Net Sale Proceeds") to the Trustee for deposit into the BCause LLC estate bank account as directed by the Trustee;
7) the lien on the Cryptocurrency asserted by WESCO Distribution, Inc. ("WESCO") shall attach to the Net Sale Proceeds to the extent that WESCO's asserted lien is a valid and enforceable lien on the Cryptocurrency, subject to the Trustee's rights and claims to object to, challenge, seek to avoid, and otherwise dispute WESCO's asserted lien and claims;
8) the 14-day stay generally imposed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure on orders authorizing and approving sales of assets outside of the ordinary course of business is waived and this Order is and shall be final and immediately effective;
9) it is impracticable for the Trustee to prepare an itemized statement of the Sale under Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, and the Trustee shall only be obligated to file a statement listing the Net Sale Proceeds from the Sale of the Cryptocurrency;
10) the forms of the Creditor Notice and the Corrected Creditor Notice, copies of which are attached to

the Supplemental Certificate of Service[Docket No. 413] related to the Motion, is approved; and 11) cause exists to limit and shorten notice of the Motion and the shortened and limited notice as described in the Motion is authorized and approved.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: 2/13/2020

**Prepared by:**
Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860