# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BCAUSE MINING, LLC, et al.,** | **Case No.   19-10562** |
| **Debtors.** | **(Jointly Administered)** |
| | **Judge Janet S. Baer** |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Greenwich Centre Investors, L.C.                                                                                                         .

Date:   April 17, 2020

*/s/ Lindsey Conley*
*Attorney's signature*

Lindsey Conley – Bar No. 6317860
*Printed name and bar number*

Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
*Address*

lconley@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

(312) 704-3001
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **April 17, 2020,** I electronically filed the forgoing **APPEARANCE OF COUNSEL** with the Clerk of the U.S. Bankruptcy Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Date:   April 17, 2020

*/s/ Lindsey Conley*
*Attorney's signature*

Lindsey Conley – Bar No. 6317860
*Printed name and bar number*

1025486\305585720.v1