# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>BCAUSE MINING, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No.: 19-10562<br>(Jointly Administered)<br><br>Judge Janet S. Baer |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion (the "Motion") of Greenwich Centre Investors, L.C. ("Greenwich") for relief from the automatic stay in this proceeding to allow it to dispose of any and all personal property (the "Personal Property") of the Debtors and/or bankruptcy estate remaining in the premises located at Greenwich Centre, 192 Ballard Court, Suite 303, Virginia Beach, Virginia (the "Premises"), effectuate a setoff of the Security Deposit (as defined in the Motion) of any claim of Greenwich against the Debtor, to recover and take possession of the Premises and for such related relief. The Court being advised in the premises:

IT IS ORDERED that the automatic stay in this proceeding is hereby modified to allow Greenwich Centre Investors, L.C. to take any and all action permitted under the *Office Lease* dated as of February 22, 2018 between Greenwich and BCause LLC (the "Lease") and/or at law or in equity with regard to the Premises, the Personal Property, and the Security Deposit.

The Court orders that the fourteen (14) day stay period pursuant to Bankruptcy Rule 4001(a)(3) is waived.

DATED: April 29, 2020

ENTERED: *Janet S. Baer*
_____
United States Bankruptcy Judge

1025486\305384174.v1