UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 27 2020
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

In Re: )
)
BCause Mining LLC, a Virginia limited )
liability company )
)
)  Case Number 19-10562
)
)
)
Debtor(s) )

## NOTICE OF HEARING OF RULE TO SHOW CAUSE
(Electronic Filing of Bankruptcy Pleadings)

**To:** Michael M Schmahl
Mason Pollick & Schmahl, LLC
70 W. Hubbard, Suite 304
Chicago IL 60654

**Re: Docket Entry Number(s)** 432

**Re: Proof of Claim Number(s)**

It appearing to the Clerk of Court that (1) Notice Filed DOC#432

was not filed electronically as required by Federal Rule of Bankruptcy Procedure 5005 (a) (2) and Local Bankruptcy Rule 5005-1(B) and (2) that counsel failed to comply with these rules:

You are hereby directed to appear before the **Honorable Judge A. Benjamin Goldgar**, or any judge sitting in his place, in **Courtroom 642 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois at 10:00 a.m. on 06/10/2020, Wednesday**, to show cause why counsel should not be held in contempt of court. **Any failure to comply with this notice** may result in imposition of sanctions to enforce compliance (not to exceed $500 per day) or compensate the clerk of court for the additional expenses incurred as a result of the failure to file the pleading electronically.

Dated: May 27, 2020

Jeffrey P. Allsteadt
Clerk of the U. S. Bankruptcy Court

Last Updated: 09/17/2019 (SB)

## CERTIFICATE OF SERVICE

I certify that I caused to be served the attached **RULE TO SHOW CAUSE** to the party by First Class U.S. Mail.

**Date:** May 27, 2020  **Deputy Clerk:** Rosario Ruiz

Last Updated: 09/17/2019 (SB)