# MASON POLLICK & SCHMAHL, LLC
## LAW OFFICES

70 W. Hubbard Street
Suite 304
Chicago, Illinois 60654
(312) 312-3351

May 20, 2020

Alex Moglia, not personally but solely as chapter 7 Trustee for the bankruptcy estates of
BCause LLC and BCause Mining LLC

| | |
|---|---|
| Legal Fees Through 5/20/2020 | $148,610.00 |
| Expense Reimbursement | $ 1,191.38 |
| **TOTAL:** | **$149,801.38** |

**EXHIBIT A**

**Matter: Administrative**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 10/8/2019 | MMS | Draft application to retain Trustee's counsel (.9). | .9 |
| 10/9/2019 | MMS | Review docket for matters being heard on 10/16 and relevant motions (1.0); revise and finalize application to retain Trustee's counsel (.9); further revise declaration in support thereof (.3). | 2.2 |
| 10/10/2019 | MMS | Communications with the US Trustee re questions related to retention application (.2). | .2 |
| 10/15/2019 | MMS | Prepare for and call with the Trustee re the 10/16 hearing (.3); communications with US Trustee re pending fee applications of Debtors' and Committee's counsel (.1); communication with S. Dailey and T. Flake re customer equipment removal and safe guarding estate equipment (.3); review inventory of customer miners and work on plan to facilitate removal (.5). | 1.2 |
| 10/16/2019 | MMS | Prepare for and appear for the 10/16 hearing re all pending matters, includes post-hearing conferences with WESCO's counsel and BMG's counsel (1.1); prepare email to A. Moglia re the 10/16 hearing (.3); attention to communications from 2 creditors (.1). | 1.5 |
| 10/17/2019 | MMS | Prepare draft orders to follow from 10/16 hearing, including order re return of $50k from Committee counsel and email to all parties re same and email to counsel for the parties (.3); work on process for removal of customer miners/property and protecting estate assets (.4) and communications with BMG's counsel re same (.1). | .8 |
| 10/18/2019 | MMS | Communications with relevant parties re competing language related to draft order re return of $50k, review proposed language from Freeborn and WESCO and various comments to same (.2). | .2 |
| 10/22/2019 | MMS | Prepare second notice to customers re removal of any remaining customer property from data center, includes review of related materials and notes for relevant information (1.6). | 1.6 |
| 10/23/2019 | MMS | Attention to responses from several customers to notice (.6) and confer with Trustee re options in dealing with same as well as budgetary constraints (.3). | .9 |
| 10/24/2019 | MMS | Communications with relevant parties re draft order for return of $50k (.4) and propose new, compromising language for the draft order re return of | .6 |

| | | | |
|---|---|---|---|
| | | $50k (.1); review correspondence related to customer miners/equipment (.1). | |
| 10/28/2019 | MMS | Communications with Lakeside Bank and Trustee's office re status of return of $50k prior to hearing and prepare notes re post 10/3 transactions (.3); prepare and appear for the 10/28 hearing, including discussions with counsel for WESCO and BMG (.9); respond to inquiries from 4 creditors or parties in interest (.5). | 1.7 |
| 10/29/2019 | MMS | Confirm receipt of $50k with Trustee's office and Lakeside Bank (.1). | .1 |
| 11/1/2019 | MMS | Review materials from and communications with former customers or counsel for same (.5). | .5 |
| 11/3/2019 | MMS | Confer with A. Moglia re issues related to former customers (.4). | .4 |
| 11/6/2019 | MMS | Prepare for and appear for the 11/6 hearing (.8). | .8 |
| 11/7/2019 | MMS | Communications with counsel for a former customer and review materials from same (.3). | .3 |
| 11/13/2019 | MMS | Initial review of Committee Counsel's fee applications and related exhibits (.9).  Confer with Trustee re completing books and potential accountant (.2).  Call to Debtors' former tax accountant (.1). | 1.2 |
| 11/14/2019 | MMS | Further review of Freeborn's fee applications (1.3). Review of Debtors' counsel's fee applications (1.6). Confer with the Trustee re accountant and post-10/3 transfers (.3); call to Debtors' former tax accountant (.1) and calls to alternative potential accountants (.4). | 3.7 |
| 11/15/2019 | MMS | Review WESCO's objections to fee applications (.3), and confer with the Trustee re fee applications and questions (.4). | .7 |
| 11/20/2019 | MMS | Follow up calls to potential accountants (.3). | .3 |
| 11/21/2019 | MMS | Communications with C. Vaassen re potential independent contractor relationship (.2); call with potential accountant and the Trustee (.2). | .4 |
| 11/22/2019 | MMS | Call with C. Vaassen re independent contractor relationship, knowledge of prior tax returns, status of the books (.3); follow up with accountant (.1); review Trustee's questions related to the fee applications for Debtors' counsel and Committee counsel and add to follow up list (.2); calls to S. Clar and Freeborn (.1). | .7 |
| 11/25/2019 | MMS | Call with S. Clar re questions related to fee applications (.4); call with L. Janzcek re questions related to Freeborn & Peters' fee applications (.3); confer with A. Moglia re same (.2); call with Debtors' former accountant (.4). | 1.3 |

| | | | |
|---|---|---|---|
| 11/26/2019 | MMS | Call with C. Vaassen re initial questions potential accountants are asking (.1); communications with two potential accountants (.2). | .3 |
| 11/27/2019 | MMS | Call with the Trustee re potential accountants and other issues (.2). | .2 |
| 12/4/2019 | MMS | Work on independent contractor proposal to C. Vaassen (.4) and confer with Trustee's office re specific details (.3) and review email re same (.1). | .8 |
| 12/6/2019 | MMS | Confer with potential accountant re materials she would need former controller to complete (.3); communications with C. Vaassen (.1). | .4 |
| 12/8/2019 | MMS | Call with A. Moglia re status of multiple issues, including accountant, C. Vaassen, Bitcoin and other matters (.5). | .5 |
| 12/10/2019 | MMS | Call with E. Jones re tax returns (.3). | .3 |
| 12/16/2019 | MMS | Prepare response to questions from some of Debtors' equity holders (.2). | .2 |
| 12/17/2019 | MMS | Call to Debtors' former accountants (.1). | .1 |
| 12/18/2019 | MMS | Respond to Trustee re questions related to C. Vaassen, disputes related to same and planned independent contractor agreement (.2). | .2 |
| 1/3/2020 | MMS | Review proposal from Debtors' former accountants, Jones Madden Counsel (.2) and confer with the Trustee re this and other issues (.3); call to accountant re proposal (.1). | .6 |
| 1/8/2020 | MMS | Appear for the 1/8 hearing (.7); call with C. Vaassen and confirm agreement on terms (.2) and prepare draft independent contractor agreement (1.2). | 2.1 |
| 1/9/2020 | MMS | Call with alternative potential accountant, request for proposal (.2); call to Debtors' former accountant (.1). | .3 |
| 1/12/2020 | MMS | Prepare motion to use cash collateral in connection with tax preparations (.9). | .9 |
| 1/13/2020 | MMS | Revise and finalize motion to use cash collateral for tax prep and retain C. Vaassen (1.2); call to D. Agay re same (.1); follow up call with alternative accountant (.3). | 1.6 |
| 1/14/2020 | MMS | Call with Debtors' former accountant re proposal and work on modifications to same (.5). | .5 |
| 1/15/2020 | MMS | Call to WESCO's counsel re cash collateral request (.1); communications with former Debtors' accountant re modifications to his proposal and several issues (.4); prepare alternative proposed agreement (.4); call with M. Adolphi re prior accounting bills and work for Debtors (.3). | 1.2 |
| 1/16/2020 | MMS | Appear for the 1/16 hearing, includes conference with WESCO's counsel outside court (.7); communications | 1.4 |

|  |  |  |  |
|---|---|---|---|
|  |  | with new potential accountant (.5); call with M. Adolphi re obtaining contribution for tax prep from equity holders (.2). |  |
| 1/17/2020 | MMS | Review quote from new accountant and call with same (.2); confer with A. Moglia re new accountant, cash collateral motion and related issues (.3). | .5 |
| 1/18/2020 | MMS | Follow up with new accountant and provide materials for conflict check (.1). | .1 |
| 1/20/2020 | MMS | Communications with new accountant and confer with Trustee re same (.3). | .3 |
| 1/22/2020 | MMS | Appear for the 1/22 hearing (.6); prepare modified draft order re cash collateral and circulate (.2); review comments from WESCO's counsel and modify proposed order (.1); advise the Trustee re hearing results (.1) and subsequent call with C. Vaassen (.2). | 1.2 |
| 1/24/2020 | MMS | Communications with J. Niese and C. Vaassen re court approval, independent contractor agreement and immediate work (.2). | .2 |
| 1/27/2020 | MMS | Confer with the Trustee re Quickbooks issue and new accountant and proposed engagement agreement (.3) and prepare subsequent motion to use cash collateral (1.7); review proposed engagement agreement from new accountant (.1) and make proposed changes (.2). | 2.3 |
| 1/28/2020 | MMS | Finalize engagement agreement (.1), confer with the Trustee (.1) and prepare application to retain Cheryl Wesler as tax accountant (1.4). | 1.6 |
| 1/30/2020 | MMS | Appear for the 1/30 hearing on the motion to use cash collateral (.5); prepare summary for the Trustee (.2). | .7 |
| 2/11/2020 | MMS | Appear for the 2/11 hearing on the motion to use cash collateral and retention of accountant (.6); prepare summary for Trustee (.2); calls with C. Wesler (.1) and C. Vaassen (.1); communications with A. Moglia and his office re 401(k) plan and contradictory record (.3). | 1.3 |
| 2/13/2020 | MMS | Appear for the hearing on Bitcoin sale motion and abandonment of office furniture (.5). Confer with Trustee following hearing (.1). Call to Prime Trust (.1). | .7 |
| 2/15/2020 | MMS | Communications with Trustee re responses to inquiries from government offices (.4). | .4 |
| 2/18/2020 | MMS | Respond to former employee inquiry re W2 (.1). | .1 |
| 3/1/2020 | MMS | Respond to inquiry from equity holders of BC (.1). | .1 |
| 3/24/2020 | MMS | Review update from Trustee's office re 401(k) plan (.1) and call with same re next steps (.2). | .3 |
| 4/6/2020 | MMS | Call to D. Chapman re 401(k) (.1). | .1 |

| 4/23/2020 | MMS | Review correspondence from and call with Washington State Department of Financial Institutions to respond to inquiries from same (.5). | .5 |
| 5/5/2020 | MMS | Conference call with Trustee's office and an expert in closing 401(k) plans with experience related to Paychex (.6); subsequent call with J. Niese in Trustee's office re same (.2). | .8 |
| 5/7/2020 | MMS | Call with J. Niese re next steps (.1); call with D. Chapman re 401(k), termination letter and current status (.2). | .2 |
| 5/14/2020 | MMS | Review documents related to 401(k) plan (.5) and call with J. Niese and D. Chapman, administrator of the plan, re current status of 401(k) plan, prior directions to Paychex and related issues (.5). | 1.0 |
| 5/19/2020 | MMS | Calls (3) with J. Niese and D. Chapman re the 401(k) plan (.3). | .3 |
| 5/21/2020 | MMS | Conference call with J. Niese and D. Chapman re 401(k) (.5); review correspondence re 401(k) plan, termination letter, Paychex forms (.4) and subsequent call with J. Niese and ERISA expert re proposed path forward (.5). | 1.4 |

**Total Hours:**                                                                           **47.9 hours**

**FEES:**                                                                   **$16,765.00**
          Michael M. Schmahl (MMS): 47.9 Hours @ $350/hour      $ 16,765.00

**Matter: General Investigation**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 10/8/2019 | MMS | Review schedules, statement of financial affairs and various pleadings as well as the dockets (1.3); Meet with the Trustee (2.6); calls with Debtors' counsel (.3), BMG's counsel (.2), WESCO's counsel (.3), two different lawyers for the landlord (.3), and Debtors' CEO (1.5). | 6.5 |
| 10/9/2019 | MMS | Call with Christy Vaassen, Debtors' controller, re background facts and preparation for R. Mason's meetings in Virginia (.7). | .7 |
| 10/10/2019 | MMS | Review the various cash collateral orders and begin work on working budget (.7); call with the Trustee re meetings in Virginia with various of Debtors' former employees, issues related to equipment, data center, fire watch, and numerous other issues (.8). | 1.5 |
| 10/11/2019 | MMS | Multiple calls with R. Mason and A. Moglia re issues in the case, Mason's meetings with Debtors' former employees (.9); separate call with A. Moglia re next steps, WESCO's asserted liens, data center lease and other issues (1.1). | 2.0 |
| 10/12/2019 | MMS | Participate in conference call with R. Mason and A. Moglia re issues in case and clarification re R. Mason's discussions with various parties and former employees (1.1). | 1.1 |
| 10/14/2019 | MMS | Confer with A. Moglia re planned meetings with Debtors' former employees and information needed related to forming a budget (.5); brief communications with WESCO's counsel re intent and issues related to budget (.1); communications with T. Flake and S. Dailey re status of customers' equipment in the data center and related issues (.3); calls (2) with BMG's counsel re BMG miners in data center and removal of same (.3). | 1.2 |
| 10/15/2019 | MMS | Prepare long email to Trustee re multiple issues and information needed from his planned meetings with Debtors' former employees (1.4); call with Lake Side Bank re estate accounts (.2) | 1.6 |
| 10/17/2019 | MMS | Communications with C. Vaassen, Debtors' former controller, re purported upcoming payroll (.2) and call to Trustee re issues related to same (.1). | .3 |
| 10/18/2019 | MMS | Long call with A. Moglia re his meetings with various of Debtors' former employees, resources requirements for numerous potential strategies, open issues, and potential paths forward (1.5); subsequent call with | 2.9 |

| | | Trustee re apparent continued work by Debtor's former employees (.3) and call with S. Dailey re same (.4); review various emails related to potential continued work by some employees and subsequent call with Trustee re same, need for more clarity and additional response (.7). | |
| --- | --- | --- | --- |
| 10/19/2019 | MMS | Call with R. Mason re prior discussions with Debtors' former employees prior to resignation and review documents re same (.6); Call with the Trustee re same and next steps (.3). | .9 |
| 10/20/2019 | MMS | Calls re apparent continuing work by former employees with T. Flake (.5) and B. Pollack (.9); review email sent to employees and draft email for Trustee re unauthorized work and termination of employment (.7) and calls (3) with the Trustee re same (1.0). | 3.1 |
| 10/24/2019 | MMS | Review correspondence and materials from D. Agay, docket and orders for information related to apparent direction from Court re transfers between 10/3 and Trustee's appointment as well as bank records (.5); calls (2) with Lake Side Bank re obtaining additional detail (.4) prepare for update to Trustee re same (.3). | 1.2 |
| 10/25/2019 | MMS | Communications with Lakeside Bank re October transfers (.3) and review of records received (.8). | 1.1 |
| 10/28/2019 | MMS | Review additional records re post 10/3 transfers and communications with Lakeside Bank (.9). | .9 |
| 11/8/2019 | MMS | Confer with S. Clar re description of 10/3 hearing re payment of salaries and other items (.2); review email from T. Flake re same (.1) and prepare response (.3). | .6 |
| 11/13/2019 | MMS | Review information re unknown post 10/3 transfers (.2) and confer with A. Moglia re same (.4). | .6 |
| 11/15/2019 | MMS | Review Trustee's correspondence with bank re post-10/3 transfers (.1). | .1 |
| 11/29/2019 | MMS | Review schedules and statements of financial affairs and prepare for Section 341 meeting (3.3). | 3.3 |
| 12/2/2019 | MMS | Additional preparation for creditors meeting, including review of various documents and notes (1.0). | 1.0 |
| 12/3/2019 | MMS | Organize notes and various documents for 341 meeting (.9) review various Debtors' records in further preparation for 341 (.7); and call with A. Moglia re same (.2). | 1.8 |
| 12/4/2019 | MMS | Attend and conduct meeting of creditors, includes conferences with A. Moglia before and after meeting and with S. Clar after meeting (3.7). | 3.7 |
| 12/6/2019 | MMS | Investigate and work on Keystone NAP issues (.7). | .7 |

**Total Hours:**                                                           **36.8 hours**

**FEES:**                                               **$12,880.00**
      Michael M. Schmahl (MMS): 36.8 Hours @ $350/hour      $ 12,880.00

**Matter: Potential Asset Sales**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/13/2019 | MMS | Review documents related to the Flake Group Secure proposal and the Grede proposal as well as other relevant documents and pleadings (1.6); prepare memo re same and work on options for finalizing or improving the proposals (.9). | 2.5 |
| 10/14/2019 | MMS | Communications with three potential equipment purchasers (.4); review pleadings and documents re determining Debtors miners vs. customer miners (.5); call with NASDAQ's counsel re potential sale of BC Secure (.3) and review draft agreement re same prepared for the Debtors as well as portions of the original NASDAQ contract (.7); review emails from former committee counsel re Secure and initial review of "proposals" re potential sale of Secure (.4). | 2.3 |
| 10/15/2019 | MMS | Call with WESCO's counsel re potential path forward (.2); and review notes re need for fire patrol and call to fire marshall to request permission to drop fire patrol in light of conversion to Chatper 7 (.3); follow up with potential equipment purchaser (.1). | .6 |
| 10/16/2019 | MMS | Communications with S. Dailey re equipment and customers' property in the data center (.4); calls (3) with landlord's counsel re potential coordinated sale of the data center with all equipment as free-standing data center as well as piece meal equipment sale, landlord's claims and potential possession agreement to accommodate any sale process (.8); prepare for and call with F. Grede re potential cash sale for BC Secure (.7). | 1.9 |
| 10/17/2019 | MMS | Call with T. Flake re potential sale of BCause Secure and issues with the Flake Group's proposal and potential improvements and clarifications (.5); calls (3) with F. Grede (.2); conference call with F. Grede, K. Fallon and B. Pollack re BC Secure and separate call with F. Grede and K. Fallon re status of potential clarifications and time line (.9); separate email communications with S. Clar and T. Flake re status of BC Secure (.2); and review Debtors' prior responses to questions from F. Grede re status of BC Secure development issued prior to conversion (.3); calls (3) with landlord's various attorneys re potential equipment sale and possession agreement to accommodate such a sale (.7); calls with D. Agay re same and issues related to potential budget and time | 5.1 |

| | | | |
|---|---|---|---|
| | | line (.2); calls to potential auctioneers (.2); work on draft budget for asset sales (.6) and confer with the Trustee re same (.2); communications with S. Dailey re equipment and fire patrol (.3); subsequent call with a potential auctioneer (.4); respond to parties who expressed potential interest in the data center or unspecified equipment (.4). | |
| 10/18/2019 | MMS | Communications with S. Dailey re potential independent contractor relationship and requirements of fire patrol as well as other potential issues related to a potential sale of the equipment in the data center (.5); review Fire Marshall's order re fire patrol and call to fire marshall (.3); review information related to Bitcoin (.5) and call to Prime Trust (.3). | 1.6 |
| 10/19/2019 | MMS | Review updated information re weekend fire patrol and work on potential budget/timeline for equipment sale, including requirements for fire patrol, Silbar's schedule, and other potential needs (1.4) and multiple email and phone communications with S. Dailey re same (.3). | 1.7 |
| 10/20/2019 | MMS | Call with F. Grede re potential cash offer for Secure, timing and follow up after prior conference call (.5); subsequently review schedules, certain contracts and other records for information to address Grede's additional questions (.7); long calls with S. Dailey and C. Vaassen re equipment, information from auctioneers re potential requirements for a sale, and potential independent contractor agreements and staffing requirements (1.3); subsequently work on related budget, includes various scenarios (1.9). | 4.4 |
| 10/21/2019 | MMS | Prepare draft independent contractor agreement (.9); call with Trustee re budget for equipment and Secure sales and issues related to same (.3); review and respond to numerous emails from T. Flake and S. Clar re potential Secure sale (.4) and subsequent call with same (.2); review NASDAQ contract, prior proposed amendment and identify likely additional changes (.8); call to NASDAQ's counsel (.1); communications with multiple potentially interested buyers (1.1); calls (3) with potential auctioneers (.8); multiple communications with S. Dailey re independent contract relationships, budget and personalities for fire patrol and related issues (.6); call with D. Agay re status of budget and related issues (.3); and separate call with D. Agay, WESCO, and the Trustee re potential value of the equipment (.9). | 6.4 |

| | | | |
|---|---|---|---|
| 10/22/2019 | MMS | Review proposal from auctioneer in Virginia and follow up call with same (.5); modify budget and projections through end of October and November (1.0); confer with A. Moglia re same (.3); draft motion to use cash collateral (2.1) and call with D. Agay re budgeting and challenges encountered to date (.2); call with F. Grede re proposal (.2); call with S. Dailey re slush pool wallet and other wallets for Bitcoin (.4). | 4.7 |
| 10/23/2019 | MMS | Calls (3) with potential Virginia based auctioneer (.4); call to K. Fallon re miners and potential value of same (.5), review materials related to miners (.2) and research marketplaces for current value information (.9); call to additional potential auctioneer (.1); revise budget to adjust to change in circumstances (.3) and prepare explanatory email to and subsequent communications with WESCO's counsel re same (.3); revise draft cash collateral motion based on changes and prepare draft order (1.7); communications with the Trustee re changed circumstances, potential alternative courses, and potential substitutes for independent contractors (.5); calls (2) to fire marshall (.2). | 5.1 |
| 10/24/2019 | MMS | Communications with WESCO's counsel re budget and potential agreement re October (.3); review correspondence from T. Flake re cash collateral motion (.1) and call with S. Clar re same (.1); review separate correspondence from T. Flake re Secure proposal and call with same re apparent changes and clarifications (.5); call with Nasdaq's counsel (.3); call with counsel for CCA re server (.1) and review documents from same (.5); follow up with third potential party for Secure (.3); multiple communications with new potential auctioneer, including extended call re opinion of options for sale, timing, requirements and range of values (1.4); communications with parties re equipment in data center and one party who inquired about data center as going concern (.5); review and respond to questions from US Trustee re cash collateral motion, includes brief conference with Trustee re same (.3); call with data center landlord's counsel (.4) and review portions of the lease for data center (.5). | 5.3 |
| 10/25/2019 | MMS | Call with T. Flake re changes to his Secure proposal (.3) and review related materials (.5) and call with the Trustee re same (.2); communications with NASDAQ's counsel (.3); extended call with new potential take all purchaser, address numerous | 6.7 |

|  |  |  |  |
|---|---|---|---|
|  |  | questions (1.4) and send requested information to same (.2); communications with most likely auctioneers re ranges of value (.6); calls (2) with and prepare follow up email to data center landlord's counsel re numerous issues with sale options and request to move back due date for November rent (.5); multiple communications with D. Agay re potential agreement re cash collateral and revised budget (.8), revise draft cash collateral order and budget (.9) and prepare email to counsel for other parties re final agreed version (.2); call with A. Moglia re Secure, agreement re cash collateral, extension on rent, and discussion with potential new buyer, expected offer and responses to anticipated issues with same (.6); initial review of take all proposal from new buyer (.2). |  |
| 10/26/2019 | MMS | Call with T. Flake re specifics of his modified proposal, logistical problems related to certain assets and questions related to spot exchange (.5); review schedules, certain proofs of claim and relevant documents in connection with Flake revised proposal (1.4); review new proposal for potential purchase of substantially all assets and assumption of certain leases/contracts and prepare memo to A. Moglia re same (.5); prepare for and extended calls (3) with same related to issues with proposal and negotiate potential terms to address raised concerns and questions (3.4); research new potential buyer (1.3). | 7.1 |
| 10/27/2019 | MMS | Call with A. Moglia re modified Flake proposal and status of Secure discussions with other parties, and discussions re potential sale of all assets (.7); calls (4) with new potential buyer re questions, certain potential terms, and clarifications from prior calls, includes review of various documents in between calls (3.9); prepare materials and plan to respond to questions raised by potential buyer (2.0); review new estimated value range for equipment from one of the auctioneers (.2) and email same re clarifications (.1). | 6.9 |
| 10/28/2019 | MMS | Call from unknown, purported subtenant in the data center re purported property in same (.4); calls (3) with S. Dailey re 10/28 hearing, independent contractor payments, questions related to certain equipment, and purported subtenant, and potential call with party interested in all assets (.5); calls (3) with A. Moglia re alleged subtenant, the 10/28 hearing, and ongoing discussions with Flake, Grede and new potential take all buyer (.7); follow up call with purported subtenant | 5.6 |

|  |  |  |  |
|---|---|---|---|
|  |  | (.3); call with counsel for landlord for office in VA (.2); communications with potential buyer of all assets (.5), review revised proposal from same (.2), research potential cure claims and prepare for planned subsequent discussion (1.9); communications with T. Flake re proposal (.1); review email from F. Grede (.1); review correspondence from counsel for landlord of the former Chicago office, review Debtors' withdrawn motion re Chicago office (.3); confer with Trustee's office re WESCO adequate assurance payment (.1); call with B. Pollack re potential call with buyer for all assets (.2) and call to potential buyer (.1). |  |
| 10/29/2019 | MMS | Multiple communications with various independent contractors and review of time records (.7) and confer with Trustee's office re authorized payments to same (.4); review invoices received from Silbar and confer with Trustee re same (.3); discussion with employee in the Virginia Beach Fire Department re potential to rescind fire patrol order and how to reach Fire Marshall (.3); communications (3) with Hoffland Properties' counsel re possible resolution of competing claims between landlord and WESCO via an agreed sale, delaying due date for November rent and potential rent reduction (.9); communications with WESCO's counsel (.2); review UCC and Virginia law related to fixture filings and (.4); work on working model to analyze potential options re sale of equipment (1.7) and confer with the Trustee re same (.5); calls to and prepare email to potential purchaser of all assets re scheduled discussions and potential to interview S. Dailey and B. Pollack re questions raised by same (.4). | 5.8 |
| 10/30/2019 | MMS | Extended call with Virginia Beach Fire Marshall (.5) and prepare follow up correspondence to same re request to rescind the fire patrol order (.4); communications with Hoffland Properties re stipulation delaying November rent, potential disagreement re time to assume or reject data center lease and potential modified agreement re rent to accommodate a sale (.9), prepare stipulation (.3), and review Section 348 of the Bankruptcy Code and prepare stipulation and follow-up correspondence to landlord's counsel (.1); revise equipment sale model (.9) and review changes from A. Moglia (.3); communications with WESCO's counsel (.1); call to | 3.8 |

|  |  | potential purchaser of all assets (.1); call with F. Grede (.2). |  |
|---|---|---|---|
| 10/31/2019 | MMS | Call with potential purchaser of all assets (.3); communications with the Fire Marshall (.2), review new fire marshall report/order (.1), confer with the Trustee re same and end of fire patrol (.1); communications with Silbar and independent contractors re fire patrol and outstanding hours (.5); revise the equipment sale model (.3); calls and emails with D. Agay regarding model and options moving forward (.5); communications with Hoffland's various counsel (.4); finalize stipulation and prepare notice of filing re same (.3); review correspondence from F. Grede in place of expected offer (.1); confer with the Trustee re estate owned miners, including review of materials from S. Dailey and other relevant documents and correspondence and options re equipment and Secure (.7); call with S. Dailey re uncertainties, lack of agreement re budget for November and status re removal of customer equipment (.3). | 3.8 |
| 10/31/2019 | JFP | Study of proposed terms of potential sale of membership interests of Bcause Secure (.7). | .7 |
| 11/1/2019 | MMS | Email and telephone communications with WESCO's counsel re WESCO's view of potential value and model, follow up on potential purchaser of limited items known to WESCO, budget for November, and WESCO's conclusions following data center visit (.5); arrange access to data center for WESCO's employee to review equipment (.2); review email from and call with counsel for CCA re potential to lift stay re server and status of Secure discussions (.3); calls (3) with Hoffland's lead counsel re potential agreement on modified lease terms, further extension of due date for November rent, and potential for equipment sale (.5); call from Virginia based auctioneer (.4); follow up with potential purchasers (.4); communications with counsel for the landlord of the former Virginia office (.1); prepare second motion to use cash collateral in connection with potential sale and finalize budget to attach to the motion (2.3) and prepare motion to reject Hoffland Properties data center lease (.9). | 5.6 |
| 11/1/2019 | JFP | Review of prior motion for authority to sell interests in Secure and terms and issues regarding same (.8); telephone conference with trustee and T. Flake regarding terms of proposed sale of Bcause Secure interests (.6); preparation of list of terms of proposed | 6.4 |

|            |     | stock and asset sale (.3); work on draft sale agreement (4.7). | |
|------------|-----|----------------------------------------------------------------|-----|
| 11/4/2019  | MMS | Respond to inquiries from CCA's counsel re discussions related to Secure (.3); communications with Hoffland Properties' lead counsel re analysis of sale and potential lease modifications (.3); prepare motion to abandon the equipment in the data center and prepare creditor notice (2.4), review relevant rules and notice provisions (.2); call with the Trustee re final decision regarding abandonment of equipment (.3). | 3.5 |
| 11/4/2019  | JFP | Revise draft purchase agreement re stock and asset sale for Secure (3.8). | 3.8 |
| 11/5/2019  | MMS | Review communications with Hoffland's counsel re draft order to abandon equipment (.2); review inquiry from Freeborn re abandonment (.1); review WESCO's objection to cash collateral motion (.1); calls with counsel to NASDAQ (.2) and T. Flake (.1) re potential sale of Secure; confer with the Trustee re potential Secure sale (.3). | 1.0 |
| 11/6/2019  | MMS | Work with counsel for Hoffland and counsel for WESCO re revisions to draft equipment abandonment order and circulate same among all parties (.4). | .4 |
| 11/7/2019  | MMS | Prepare revised cash collateral order and circulate (.3); communications with WESCO's counsel re desired changes and respond to same (.1). | .4 |
| 11/8/2019  | MMS | Review T. Flake's desired changes to his proposal (.1) and confer with the Trustee re same and the potential sale based on changing circumstances (.2). | .3 |
| 11/9/2019  | MMS | Attention to communications from B. Pollack re office furniture and arrange for visit to storage unit and BC Secure's office (.3); call with the Trustee re Flake proposal, storage unit, and related matters (.2); follow up with F. Grede re status of funds and final proposal (.1). | .6 |
| 11/12/2019 | MMS | Calls with M. Adolphi re Bitcoin (.2; NOTE: does not include time discussing WESCO); call to Prime Trust (.3); call with S. Dailey re problems with Prime Trust and the other Bitcoin wallet (.4); subsequent call to C. Vaassen re Prime Trust (.2). | 1.1 |
| 11/13/2019 | MMS | Communications with counsel for CCA and NASDAQ re remaining potential interest in Secure (.3). Confer with Trustee re Bitcoin (.5). | .8 |
| 11/14/2019 | MMS | Call with the Trustee and estate bank re potential to assist with liquidation of Bitcoin (.6); call to Prime Trust (.1). | .7 |

| | | | |
|---|---|---|---|
| 11/26/2019 | MMS | Call with new potential buyer re Secure (.3); call with A. Moglia re Bitcoin (.5); call with a potential broker re process to sell Bitcoin (.3). | 1.1 |
| 12/4/2019 | MMS | Confer with Trustee's office re efforts to move Bitcoin (.3). | .3 |
| 12/5/2019 | MMS | Communications with CCA's counsel re status of potential Secure sale and anticipated motion to modify the stay related to server (.2) | .2 |
| 12/6/2019 | MMS | Communications with M. Adolphi re Bitcoin wallets and Prime Trust (.1); call to Prime Trust (.2); review slush pool account transactions (.3). | .6 |
| 12/9/2019 | MMS | Call with J. Niese and M. Adolphi re Bitcoin (.3). | .3 |
| 12/12/2019 | MMS | Confirm Bitcoin in Trustee's wallet (.1) respond to questions from J. Niese in Trustee's office re same (.2), and communications with Prime Trust and research re Slushpool (.3); calls (4) to potential brokers for sale of Bitcoin (.5). | 1.1 |
| 1/8/2020 | MMS | Call with PrimeTrust re escalation (.2); communications with counsel for Hoffland Properties (.1). | .3 |
| 1/13/2020 | MMS | Review Hoffland draft motion and order re lifting autormatic stay and exchange emails with counsel for Hoffland (.3). | .3 |
| 1/15/2020 | MMS | Multiple communications with PrimeTrust and its general counsel (.5) | .5 |
| 1/16/2020 | MMS | Communications with general counsel of PrimeTrust and provide bankruptcy documentation (.4); respond to Hoffland's counsel (.1). | .5 |
| 1/17/2020 | MMS | Review Hoffland Properties filed motion to lift the stay and draft order (.2). | .2 |
| 1/21/2020 | MMS | Communications with PrimeTrust (.2). | .2 |
| 1/22/2020 | MMS | Call with PrimeTrust re potential agreement to liquidate all Bitcoin, including Bitcoin held in Slushpool and the Trustee's wallet (.4); prepare email to Trustee re same (.2). | .6 |
| 1/23/2020 | MMS | Call with general counsel at PrimeTrust and work through resolution of issues (.3). | .3 |
| 1/28/2020 | MMS | Work with Prime Trust to clarify certain aspects of intended sale, including details related to Bitcoin Cash, confirmation of discounted rate and obtain additional information re PrimeTrust (.6) | .6 |
| 1/31/2020 | MMS | Follow up with PrimeTrust regarding the markets through which the cryptocurrency will be liquidated (.5); communications with WESCO re consent to Bitcoin sale free and clear (.1); communications with A. Moglia (.1). | .7 |

| Date | | Description | Hours |
|---|---|---|---|
| 2/3/2020 | MMS | Review Section 363 and relevant Bankruptcy Rules (.5); prepare motion to sell Bitcoin (2.9) and prepare creditor notice (.2). | 3.6 |
| 2/4/2020 | MMS | Revise and finalize Bitcoin sale motion and correct certain portions of the descriptions contained therein (1.6) and revise creditor notice (.1). Confer with A. Moglia re same and abandonment of office furniture (.3); review draft revised order re Hoffland's motion to lift stay and submit proposed changes (.1). | 2.1 |
| 2/5/2020 | MMS | Review documents to confirm details and prepare motion to abandon office furniture (1.2) and creditor notice (.1). | 1.3 |
| 2/6/2020 | MMS | Prepare amended creditor notice re Bitcoin sale motion and supplemental certificates of service for same and the office furniture abandonment (.5). | .5 |
| 2/15/2020 | MMS | Communications to PrimeTrust re sale (.3). | .3 |
| 2/17/2020 | MMS | Call to PrimeTrust general counsel (.1). | .1 |
| 2/19/2020 | MMS | Review and respond to email from PrimeTrust (.1). | .1 |
| 2/20/2020 | MMS | Call with Director of Operations at PrimeTrust (.3) and gather information needed and make arrangements with Trustee's office to access Bitcoin wallet (.4). | .7 |
| 2/21/2020 | MMS | Calls (4) and multiple emails with Prime Trust's director of operation related to the liquidation of the Bitcoin and Bitcoin Cash and verification of sale progress and coordinate with Trustee's office re access to Trustee's wallet (1.9). | 1.9 |
| 2/24/2020 | MMS | Call and subsequent email to PrimeTrust re wire of sale proceeds (.3). Communications with WESCO's counsel re sale (.1). | .4 |
| 2/26/2020 | MMS | Follow up with PrimeTrust (.1). | .1 |
| 2/27/2020 | MMS | Communications with Trustee's office and Prime Trust re paperwork to disburse the funds (.3). | .3 |
| 4/1/2020 | MMS | Review draft motion and call with Greenwich Capital's counsel re intent to file motion for relief from stay (.2). | .2 |
| 4/7/2020 | MMS | Review materials requested from Greenwich Capital (.1). | .1 |
| 4/10/2020 | MMS | Confer with A. Moglia re Greenwich Capital motion (.1). | .1 |
| 4/13/2020 | MMS | Communications with Greenwich Capital's counsel re planned motion (.1). | .1 |

**Total Hours:** 126.3
hours

**FEES:** $44,205.00
Michael M. Schmahl (MMS): 115.4 Hours @ $350/hour   $ 40,390.00

John F. Pollick (JFP): 10.9 Hours @ $350/hour          $   3,815.00

**Matter: WESCO Claims and Adversary Proceeding**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 10/9/2019 | MMS | Initial review of Debtors' complaint, WESCO's motion to dismiss, note and VA judgment (1.0); review certain sections of Virginia statutes re confessions of judgment (.5); prepare initial issues list (.1); communications with WESCO's counsel re briefing schedule on motion (.1); and confer with Trustee re same (.2). | 1.9 |
| 10/10/2019 | MMS | Review complaint and WESCO's memorandum (.6); call with WESCO's counsel re briefing schedule (.2); prepare motion to extend briefing schedule (.8). | 1.6 |
| 10/11/2019 | MMS | Revise motion to extend briefing (.4); confer with Trustee and finalize motion (.3). | .7 |
| 10/14/2019 | MMS | Review WESCO's proofs of claim and various documents attached thereto (2.2); communications with Debtor's counsel re same (.1). | 2.3 |
| 10/14/2019 | JFP | Research re perfection of security interest in deposit accounts and status re proceeds deposited into same (1.5). | 1.5 |
| 10/15/2019 | MMS | Review promissory note, judgment and garnishment papers (1.1); review docket in Illinois state court proceedings and Illinois statute re domestication of foreign judgments (.5); revise issues list and work on potential defenses/objections to claims (.6); and limited research re Virginia law re reasonableness of attorneys' fees (.4), construction of cognovit clauses generally (.7), and the confession of judgment statute (.8); work on issues list re WESCO claims (.2). | 4.3 |
| 10/16/2019 | MMS | Review portions of transcripts of depositions of T. Flake and F. Grede (1.0); brief research re fixture filings and UCC in Virginia (.8). | 1.8 |
| 10/16/2019 | JFP | Review WESCO purported liens and research re tracing and possible avoidance of liens (.8). | .8 |
| 10/18/2019 | MMS | Research re Virginia statutory requirements for confessions of judgment (.9) and re due process (.4); call with S. Clar re adversary proceeding (.2) and call with L. Janczak re same (.4); review documents attached to the complaint and the proofs of claim (.7). | 2.6 |
| 10/30/2019 | MMS | Legal research re *res judicata* (1.3); legal research re Virginia cases addressing notice issues (2.2); review WESCO memo re motion to dismiss (.5) Debtor's motion to amend complaint (.1) and WESCO objection to Debtor's prior motion (.2). | 4.3 |

| 11/7/2019 | MMS | Review cases cited in WESCO's motion to dismiss (.7); review VA confession of judgment statute (.3); legal research re VA cases re required notice (1.2), failure to provide post-entry notice (.9), general construction of confession of judgment statute (1.1), and process and standards applied in connection with motions to modify or vacate confessed judgments (1.3). | 5.5 |
|---|---|---|---|
| 11/8/2019 | MMS | Legal research re fraudulent incurrence of debt (.8); legal research re privity under doctrine of *res judicata* (1.4); review portions of VA limited liability company statute (.9) and review the Debtors' operating agreements (1.3); legal research re apparent authority (.8) and ultra vires (1.1). | 6.3 |
| 11/10/2019 | MMS | Review the promissory note and identify additional issues related to same (.5); legal research re VA rules of professional responsibility re "reasonable" fees (.3); legal research re enforceability of fee awards based on percentage of debt in VA (.9); research re VA law on enforceability of contractual penalties, given the two attorneys' fees provisions and multiple interest awards (1.5). | 3.2 |
| 11/12/2019 | MMS | Call with M. Adolphi re note, payments to WESCO, lien, and board knowledge re note, CSC as affiliate of WESCO, and related issues (.2; NOTE: entry does not include time re discussion of Bitcoin). | .2 |
| 11/14/2019 | MMS | Review Debtors' records re facts related to note, calculation of amounts under the note and in the confessed judgment and WESCO's proofs of claim (1.3); review Debtors' bank records re payments to WESCO and payment provisions in the note and work through potential conclusions based on ambiguities in same (1.1); review online state docket and records at Circuit Court of Arlington County, VA (.5) and calls (2) to clerk of same (.2). | 3.1 |
| 11/15/2019 | MMS | Research re motions to modify or vacate confessed judgments (.7); legal research re due process and cognovit clauses/statutes (1.7); review portions of complaint (.3) and various of Debtors' financial records and notes re capital infusion in December 2018 (.6). | 3.3 |
| 11/17/2019 | MMS | Review complaint, work on additional theories (.9); research re privity under res judicata in bankruptcy context (1.1); and review VA statutes and cases re final judgments, appeal process, and review related cases re jurisdictional issues (1.3). | 3.3 |

| 11/18/2019 | MMS | Consider potential res judicata application with respect to various claims and new claims, includes related research (1.6); review credit agreement (.2), certain hosting agreements with Debtor's customers (.4) and update UCC issues (.3); limited research re tracing (.6); work on statement of facts for response to motion to dismiss (.9). | 4.0 |
| 11/19/2019 | MMS | Confer with Trustee re issues related to WESCO and potential amended complaint (.3).  Work on draft amended complaint (2.0); legal research re sections 108(c) and 362 (.9); research re due process and *Overmeyer* (1.4). | 4.6 |
| 11/20/2019 | MMS | Review VA statutes (1.2), various Debtors' records, and note (.7); work on draft amended complaint (1.4); call with document service re retrieving case file from Arlington Couty Circuit Court (.2). | 3.5 |
| 11/21/2019 | JFP | Research regarding *res judicata*/collateral estoppel/issue preclusion issues relating to confessed judgment in favor of Wesco and re Article 9 and Bankruptcy Code (2.9). | 2.9 |
| 11/22/2019 | MMS | Calls (2) with VA document retrieval service re court file (.3); legal research re IL judgment domestication statute and potential challenges based on same (.6); research re IL garnishment statute and limitations on lien created thereunder (.9) and legal research re VA law re judgment lien and garnishment (.7); review emailed copy of VA case court file (.4) and various sections of VA confession of judgment statute (.5). | 3.4 |
| 11/24/2019 | MMS | Work on draft amended complaint (1.9). | 1.9 |
| 11/25/2019 | MMS | Legal research re jurisdictional challenges to confessed judgment in VA (1.8) and re res judicata under VA law (1.3). | 3.1 |
| 11/26/2019 | MMS | Work on draft amended complaint and refining various draft counts in same (1.4). | 1.4 |
| 11/26/2019 | JFP | Legal research re WESCO's asserted position that CSC debt is secured under the credit agreement (3.2). | 3.2 |
| 11/27/2019 | MMS | Legal research re avoidance of downstream guarantees as fraudulent transfers (2.7) and work on draft amended complaint (.9). | 3.6 |
| 12/1/2019 | MMS | Legal research re Section 502 (.8) and VA law re penalty provisions in contracts (1.3).  Revise draft amended complaint (1.1). | 3.2 |
| 12/2/2019 | MMS | Draft motion seeking leave to amend complaint (1.3); confer with A. Moglia re same (.2); work on draft amended complaint (.8). | 2.3 |

| | | | |
|---|---|---|---|
| 12/2/2019 | JFP | Further research of UCC re validity and perfection of security interests asserted by Wesco in bank account (.6) and on CSC debt (.9). | 1.5 |
| 12/3/2019 | MMS | Review cases related to WESCO's asserted security interest covering CSC debt (.6); review motion to dismiss (.5); work on amended complaint (1.3). | 2.4 |
| 12/4/2019 | MMS | Revise and finalize motion for leave to amend complaint (.8); revise draft amended complaint (.9), confer with A. Moglia re same (.3), and review comments from same and J. Pollick (.2). | 2.2 |
| 12/4/2019 | JFP | Review Debtors' original complaint (.9) and review and make comments to draft amended complaint (2.8). | 3.7 |
| 12/9/2019 | MMS | Review WESCO's objection to motion for leave to file amended complaint (.3); review various cases cited therein (1.0) and limited research re res judicata as affirmative defense (.8). | 2.1 |
| 12/10/2019 | MMS | Review WESCO objection prior to hearing (.2) and appear for the 12/10 hearing (.7); confer with A. Moglia following hearing (.2). | 1.1 |
| 12/11/2019 | MMS | Review WESCO motion to dismiss, Debtors' complaint and prepare initial outline of response (1.5); review summary judgment standard (.2) and plan evidence needed to address same, includes review of various documents (.9). | 2.6 |
| 12/13/2019 | MMS | Review bank records, note, confessed judgment and credit agreement (.5) and work on draft response (2.1); legal research re res judicata under VA law and VA Sup. Ct. Rule 1:6 containing current VA standard (1.3); review "final order", "identity of action" and identity of party cases cited by WESCO in objection and in motion to dismiss (1.1), review responsive cases and limited additional research re same and identify case resolving applicable standard (federal v. state) (.9). | 5.9 |
| 12/14/2019 | MMS | Review transcripts of deposition of F. Grede (1.3) and T. Flake (1.4) and transcripts from hearings in the chapter 11 case re WESCO asserted claims and other issues (1.9).  Work on response to motion to dismiss (3.3). | 7.9 |
| 12/15/2019 | MMS | Review VA cases re VA statutes 8.01-433 and -438 (1.3) and work on response to motion to dismiss (1.5); review minutes of multiple meetings of Debtors' board re WESCO and note (.7); call to Debtors' chairman re same (.2); and work on draft declaration from same (.4). | 4.1 |

| | | | |
|---|---|---|---|
| 12/16/2019 | MMS | Work on draft response to motion to dismiss (3.6). | 3.6 |
| 12/17/2019 | MMS | Review cases re VA statutes 8.01-432 and research construing grants of power of attorney in VA (1.2) and related review of the note, payments by Debtors, and timeline (.9).  Work on draft response to MTD (1.6); review cases re VA statute 8.01-433.1 (.5). | 4.2 |
| 12/18/2019 | MMS | Legal research re cases applying Twombly standard to avoidance actions (.6). Legal research re due process argument (3.2) and work on response (1.4). | 5.2 |
| 12/19/2019 | MMS | Review UCC cases and additional research re CSC security interest issue (1.3).  Review 108(c) cases (.4); additional research re Overmeyer line of cases (.8). Work on brief (2.0). | 4.5 |
| 12/20/2019 | MMS | Legal research re WESCO's "waiver" argument and review cited cases (.6); work on response (1.7). | 2.3 |
| 12/23/2019 | MMS | Work on response (1.0). | 1.0 |
| 12/29/2019 | MMS | Work on response (.9); revise draft Adolphi declaration (.2). | 1.1 |
| 12/30/2019 | MMS | Communications with Adolphi and finalize Adolphi declaration (.3); work on response (1.3). | 1.6 |
| 1/2/2020 | MMS | Revise, shorten response (2.4); Shepardize several citations (.9); review signed Adolphi declaration (.1). | 3.4 |
| 1/3/2020 | MMS | Finalize response and prepare notice (.9); organize exhibits supporting same (.4). | 1.3 |
| 1/5/2020 | MMS | Review filed response, prepare motion to substitute correct draft and file same (N/C). | 0.0 |
| 1/9/2020 | MMS | Appear for the hearing on the motion to substitute correct response (N/C). | 0.0 |
| 1/27/2020 | MMS | Initial review of WESCO's reply (.7). | .7 |
| 1/28/2020 | MMS | Prepare motion for leave to file sur-reply (.8). | .8 |
| 2/9/2020 | MMS | Review WESCO's reply and various cases cited therein (1.5); legal research re Rooker-Feldman doctrine (2.4). | 3.9 |
| 2/11/2020 | MMS | Research re "void ab initio" exception to Rooker-Feldman (1.8). | 1.8 |
| 2/16/2020 | MMS | Research re "final order" under VA law and appeal process, including 8.01-429 and 8.01-441 (.8); research re Rooker-Feldman re interlocutory orders (1.3); work on sur-reply (1.8). | 3.9 |
| 2/20/2020 | MMS | Work on sur-reply (2.2). | 2.2 |
| 2/21/2020 | MMS | Revise and finalize sur-reply (1.9). | 1.9 |
| 2/27/2020 | MMS | Appear for the 2/27 hearing on the motion to dismiss (.5); prepare summary of hearing for the Trustee (.3); call with a Virginia attorney re general positions (.2); review VA statute re modifying/vacating confessed judgment (.1) and related cases re evidentiary | 2.3 |

| | | standard to motions to vacate in VA (.4) and work through potential ramifications of abstention (.8). | |
|---|---|---|---|
| 2/28/2020 | MMS | Call with Virginia litigator with expertise in confessed judgments and familiarity with Circuit Court of Arlington County (.3); confer with A. Moglia (.4). | .7 |
| 3/2/2020 | MMS | Work on potential settlement options, issues list re potential settlement discussions, and potential outcomes of abstention (1.0). | 1.0 |
| 3/3/2020 | MMS | Research re multiple provisions in the UCC re: continuing lien on proceeds, "new debtor" language in statute, and tracing (1.7). | 1.7 |
| 3/4/2020 | MMS | Prepare email memo to A. Moglia (.5); follow up with A. Moglia re next steps/potential to make proposal to WESCO (.2); legal research re several sections of UCC including, 9-315, 9-233 and 9-332, among others (1.8); research re strong arm powers in connection with 9-332 (.9). | 3.4 |
| 3/5/2020 | MMS | Appear for the 3/5 hearing (.6); prepare for call with S. Harris (official reporter for the UCC) and call with same (1.2); review materials received from S. Harris (.9) and subsequent legal research (1.1). | 3.8 |
| 3/6/2020 | MMS | Legal research re potential perfection of security interest in Bitcoin and other crypto or digital currencies (1.1); review Delano Partners and Steirwalt decisions (.3) work on potential settlement proposal (.5). | 1.9 |
| 3/8/2020 | MMS | Research re security interests in Bitcoin, including review of Wyoming's unique statute re digital currency treatment under UCC, draft model statute proposed by drafters of UCC and subsequent drafts as well as commentary (2.2). | 2.2 |
| 3/9/2020 | MMS | Review Debtors' records re Bitcoin transactions, bank records, and terms of hosting agreements with certain customers (.8); continued research in apparent rift in UCC approaches to addressing Bitcoin between uniform law commission proposed statute (including commissions acknowledgement that has not been well received and notes re subsequent meetings with current proposals under consideration) and Wyoming approach (1.8). | 2.6 |
| 3/12/2020 | MMS | Work on potential tracing issues, including review of various financial records and cases (1.6). | 1.6 |
| 3/15/2020 | MMS | Prepare draft settlement proposal, including discussion of numerous issues (2.1). | 2.1 |

| 3/17/2020 | MMS | Revise draft settlement proposal (.9), and communications to A. Moglia re same (.4). | 1.3 |
| 3/18/2020 | MMS | Revise draft proposal (.8) and prepare email to the Trustee (.1); call with D. Agay re status and continuing 3/19 hearing (.1); exchange emails with chambers and WESCO counsel re continuing hearing (.1). | 1.1 |
| 3/20/2020 | MMS | Confer with A. Moglia re draft proposal, finalize same and send to WESCO's counsel (.3). | .3 |
| 3/24/2020 | MMS | Communications with WESCO's counsel and chambers re moving the 3/25 hearing (.1). | .1 |
| 3/26/2020 | MMS | Review WESCO's correspondence re counteroffer (.1); evaluate same (.5). | .6 |
| 3/27/2020 | MMS | Work on response to counteroffer, evaluate potential outcomes based on possible resolutions of different issues (.9). | .9 |
| 4/3/2020 | MMS | Work on potential response (.7); exchange emails with WESCO's counsel (.1). | .8 |
| 4/5/2020 | MMS | Review analysis of various issues, including UCC issues (.5); call with A. Moglia re response (.2) and prepare draft response (.2). | .9 |
| 4/6/2020 | MMS | Confer with Trustee (.1) and finalize response (.2). | .3 |
| 4/7/2020 | MMS | Communications with D. Agay and chambers re continuing 4/8 hearing (.2). | .2 |
| 4/10/2020 | MMS | Call with D. Agay re WESCO's response (.1); communications with potential local VA counsel (.3); call with A. Moglia (.2). | .6 |
| 4/15/2020 | MMS | Work on options to respond, including potential alternative proposals (.8). | .8 |
| 4/17/2020 | MMS | Refine alternative proposal approach, including review various VA rules and COVID impact on matters in Arlington County (1.1). | 1.1 |
| 4/19/2020 | MMS | Review certain terms of the credit application/security agreement (.1) and call with A. Moglia re options and discuss merits of different responses (.3). | .4 |
| 4/20/2020 | MMS | Call to D. Agay (.1). | .1 |
| 4/21/2020 | MMS | Call with D. Agay (.2) and subsequent emails with same and chambers (.1). | .3 |
| 4/23/2020 | MMS | Review WESCO response and notes (.4); confer with A. Moglia (.1). | .5 |
| 4/24/2020 | MMS | Work on potential VA local counsel (.2). | .2 |
| 5/1/2020 | MMS | Call to referral for VA local counsel (.1). | .1 |
| 5/2/2020 | MMS | Calls (2) with VA attorneys (.3). | .3 |
| 5/3/2020 | MMS | Calls (2) with likely local counsel, discuss framework for potential representation, confirm understanding of | 1.0 |

| | | VA practices and likely time line based on COVID (.5); revise alternative proposals offer and straight counter option(.2); call with A. Moglia re same (.2); exchange emails with D. Agay (.1). | |
|---|---|---|---|
| 5/4/2020 | MMS | Call with D. Agay re proposal and WESCO's response (.1); call with A. Moglia (.2). | .2 |
| 5/6/2020 | MMS | Calls (3) with D. Agay (.3); calls (2) with A. Moglia (.2); appear telephonically for the 5/6 hearing (.5); email correspondence with D. Agay (.2). | 1.2 |
| 5/7/2020 | MMS | Prepare draft settlement agreement (1.6); prepare emails to D. Agay (.1) and A. Moglia (.1) re same. | 1.8 |
| 5/10/2020 | MMS | Review and consider WESCO's proposed changes to draft agreement (.4). | .4 |
| 5/12/2020 | MMS | Prepare response to WESCO's proposed changes (.9). | .9 |
| 5/13/2020 | MMS | Further revisions to draft settlement agreement (1.1); telephone and email communications with the Trustee re same (.3). | 1.4 |
| 5/14/2020 | MMS | Call with A. Moglia re draft settlement agreement (.2); exchange emails with D. Agay re same (.1). | .3 |
| 5/15/2020 | MMS | Review WESCO's responsive comments (.1), call with D. Agay re same (.1) and work on further changes (.7). | .9 |
| 5/16/2020 | MMS | Revise draft settlement, including "springing claim" issue (1.4). | 1.4 |
| 5/19/2020 | MMS | Call with A. Moglia re expected final changes to draft agreement (.2); exchange emails with D. Agay re same (.2). | .4 |
| 5/20/2020 | MMS | Prepare 9019 motion to approve settlement agreement (2.5); prepare draft order (.2); prepare separate creditors' notice (.4); review latest COVID order re form notice and revise draft notice of motion and creditors' notice (.4); and attention to service of same (.2); prepare subsequent email to various counsel re motion (.2). | 3.9 |

**Total Hours:**                                                                      **208.7**
**hours**

**FEES:**                                                                              **$73,045.00**
    Michael M. Schmahl (MMS): 195.1 Hours @ $350/hour   $ 68,285.00
    John F. Pollick (JFP): 13.6 Hours @ $350/hour         $   4,760.00

**Matter: Dominion**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 11/1/2019 | MMS | Communications with Dominion's lead counsel (.1) and review Debtors' contract with same (.2). | .3 |
| 11/4/2019 | MMS | Prepare motion to reject Dominion contract and communications with counsel for same (.4). | .4 |
| 11/7/2019 | MMS | Communications with Dominion's counsel re refund (.1). | .1 |
| 11/8/2019 | MMS | Correspondence with Dominion's counsel and various WESCO counsel re refund (.2). | .2 |
| 11/19/2019 | MMS | Communications with Dominion's counsel re problems/delay with refund (.1). | .1 |
| 11/21/2019 | MMS | Review email from Dominion's counsel re same (.1). | .1 |
| 12/9/2019 | MMS | Communications with Dominion's counsel re refund (.1); review various Dominion records and notes from 341 meeting re Dominion (.5); initial legal research re potential issues (1.3). | 1.9 |

**Total Hours:**                                                                          **3.1 hours**

**FEES:**                                                                        **$1,085.00**

Michael M. Schmahl (MMS): 3.1 Hours @ $350/hour     $1,085.00

**Matter: BMG**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 11/6/2019 | MMS | Review various motions and documents related to BMG (1.1). | 1.1 |
| 2/13/2020 | MMS | Call with counsel for BMG re asserted claims (.4); review information from same (.1). | .5 |
| 2/19/2020 | MMS | Review supplemental information from counsel for BMG (.2). | .2 |

**Total Hours:**                                                                 **1.8 hours**

**FEES:**                                                          **$630.00**
       Michael M. Schmahl (MMS): 1.8 Hours @ $350/hour       $ 630.00