IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>BCause Mining LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Hon. Janet S. Baer |

**NOTICE OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
MASON POLLICK & SCHMAHL LLC AS COUNSEL TO THE TRUSTEE
AND REQUEST TO SHORTEN NOTICE**

PLEASE TAKE NOTICE that on June 4, 2020, Mason Pollick & Schmahl LLC ("MPS")[1], counsel for Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the First Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC as Counsel to the Trustee and Request to Shorten Notice (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to MPS in the amount of $148,610.00 (the "Compensation") for services performed for the Trustee during the period starting on October 8, 2019, and ending on May 20, 2020 (the "Compensation Period"); (ii) approving and allowing the reimbursement of expenses to MPS in the amount of $1,191.38 (the "Expense Reimbursement") during the Compensation Period; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to MPS out of the approximately $984,115.85 the Trustee is currently holding in the bankruptcy estate of BC Holding; (iv) shortening notice; and (v) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **June 24, 2020, at 1:00 P.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Application will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this Application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice

---

[1] Mason Pollick & Schmahl LLC is the same firm formerly known as Pollick & Schmahl, LLC.

EXHIBIT B

of Objection is timely filed, the Application will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the Application in advance without a hearing.

   PLEASE TAKE FURTHER NOTICE THAT a copy of the Application is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Application available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

                MASON POLLICK & SCHMAHL LLC
Dated: June 4, 2020

              By: /s/ Michael M. Schmahl
                Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT B