# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **BCause Mining LLC**, *et al.* | ) Case No. 19-10562 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Janet S. Baer |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned states that on May 20, 2020, he caused the NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH WESCO DISTRIBUTION, INC., AND COMMUNICATIONS SUPPLY CORP. PURSUANT TO RULE 9019 (the "Notice"), a copy of which is attached hereto as Exhibit A, to be served on the individuals listed on the attached service list via first class U.S. mail, postage prepaid.

Dated: June 9, 2020

Alex Moglia, Chapter 7 Trustee of the
Bankruptcy Estates of BCause Mining LLC
and BCause LLC


By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
POLLICK & SCHMAHL, LLC
200 E. Randolph, Suite 5100
Chicago, Illinois 60601
(312) 235-3296
mschmahl@pollickschmahl.com
*Counsel to the Trustee*

# SERVICE LIST

Bruce Pollack.
807 Davis St
Apartment 306
Evanston, IL 60201

**ADDITIONAL PARTIES LISTED ON SUBSEQUENT PAGES OF SERVICE LIST ATTACHED HERETO.**