```
Label Matrix for local noticing          BCause, LLC, a Virginia limited liability com      Department of the Treasury
0752-1                                   130 S. Jefferson St., #101                         Internal Revenue Service
Case 19-10731                            Chicago, IL 60661-3502                             P.O. Box 7346
Northern District of Illinois                                                               Philadelphia, PA 19101-7346
Eastern Division
Wed Oct 23 21:49:05 CDT 2019

Internal Revenue Service                 U.S. Bankruptcy Court                              Abacus Solutions, LLC
Mail Stop 5014CHI                        Eastern Division                                   1190 Kennestone Circle NW, #120
230 S. Dearborn Street, Room 2600        219 S Dearborn                                     Newborn, GA 30056
Chicago, IL 60604-1705                   7th Floor
                                         Chicago, IL 60604-1702

Adolphi, Michael                         Alison Zizzo                                       Amazon Web Services, Inc.
4404 Muddy Creek Rd.                     Midgett-Preti-Olansen                              410 Terry Avenue North
Virginia Beach, VA 23457-1574            2901 S. Lynnhaven Rd., #120                        Seattle, WA 98109-5210
                                         Virginia Beach, VA 23452-8505

Andrew Cohen                             Ann M. Cresce                                      Aon Risk Services Northeast, Inc.
3750 Jefferson Blvd.                     5731 Hampton Drive                                 PO Box 7247-73676
Virginia Beach, VA 23455-1638            Long Grove, IL 60047-5050                          Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC                BitGo, Inc.                                        Boyk, William
12 East 49th St.                         2443 Ash Street                                    982 Dakota Circle
New York, NY 10017-1028                  Palo Alto, CA 94306-1845                           Naperville, IL 60563-9308

Brian Sayler                             Bruce Pollack                                      Capital Counsel, L.L.C.
48 Bensam Place                          807 Davis St #306                                  700 13th Street, NW, 2nd Floor
Haledon, NJ 07508-3009                   Evanston, IL 60201-4472                            Washington, DC 20005-3960

Capitol Counsel, LLC                     Century Link                                       Century Link
700 13th St NW 2nd Floor                 1025 Eldorado Blvd.                                1025 Eldorado Blvd.
Washington, DC 20005-3956                Arvada, CO 80001                                   Broomfield, CO 80021-8254

Chaman, Dawn                             Childress, Patrick                                 Chris Sikes
2324 Treesong Trail                      701 S. Wells St., #2001                            1332 Creekview Drive
Virginia Beach, VA 23456-6721            Chicago, IL 60607-4630                             Chesapeake, VA 23321-1265

Chuck Mackie                             Ciniva, LLC                                        ComEd
4827 N. Hamilton                         251 Granby Street                                  P.O. Box 6111
Chicago, IL 60625-1405                   Norfolk, VA 23510-1813                             Carol Stream, IL 60197-6111

Comcast                                  Commonwealth Edison Company                        Cox Business
PO Box 70219                             Bankruptcy Department                              Dept 781121
Philadelphia, PA 19176-0219              1919 Swift Drive                                   PO Box 78000
                                         Oak Brook, IL 60523-1502                           Detroit, MI 48278-1121
```

| | | |
|---|---|---|
| Cresce, Ann<br>5731 Hampton Dr.<br>Long Grove, IL 60047-5050 | Crystal Clear Communications<br>3180 N Lake Shore Dr #20C<br>Chicago, IL 60657-4852 | Dawn L. Chapman<br>2324 Treesong Trail<br>Virginia Beach, VA 23456-6721 |
| Electronic Verification Systems<br>2500 Technology Drive<br>Louisville, KY 40299-6421 | Endurance Network Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 | FIA<br>2001 Pennsylviani Ave. NW, #600<br>Washington, DC 20006-1823 |
| FIS Systems International LLC<br>601 Riverside Ave.<br>Jacksonville, FL 32204-2901 | FIS Systems International, LLC<br>FIS Legal<br>11601 Roosevelt Blvd., TA-41<br>Attn: Lauren M. Pizzo, Esq.<br>St. Petersburg, FL 33716-2202 | Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239 |
| Frederick J Grede<br>500 North Lake Shore Drive<br>3314<br>Chicago, IL 60611-5143 | Frederick J. Grede<br>500 N. Lake Shore Drive, Unit 3314<br>Chicago, IL 60611-5143 | GA Secretary of State - Corp. Div.<br>2 Martin Luther King Jr Drive SE<br>Suite 313 West Tower<br>Atlanta, GA 30334-1505 |
| Grede, Fred<br>500 N. Lake Shore Drive, Unit 3314<br>Chicago, IL 60611-5143 | Greenhouse Software, Inc.<br>PO Box 392683<br>Pittsburgh, PA 15251-9683 | Greenwich Centre Investors, L.C.<br>c/o Robinson Development Group<br>150 W. Main St., #1100<br>Norfolk, VA 23510-1682 |
| Health Equity, Inc.<br>15 W. Scenic Pointe Drive, #100<br>Draper, UT 84020-6120 | HireRight, LLC<br>PO Box 847891<br>Dallas, TX 75284-7891 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Jeff Brandt<br>601 Tradewind Circle<br>Newport News, VA 23602-6324 | John Ashby<br>1440 W. Little Neck Road<br>Virginia Beach, VA 23452-4763 | Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive, #190<br>Virginia Beach, VA 23462-4376 |
| Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 | Justin Taylor<br>7507 S. Morgan St.<br>Chicago, IL 60620-2845 | K&L Gates LLP<br>PO Box 844255<br>Boston, MA 02284-4255 |
| Karan Rai<br>921 Atlantic Avenue, #1401<br>Virginia Beach, VA 23451-3581 | Kathleen Miller<br>Smith, Katzenstein & Jenkins LLP<br>PO Box 410<br>United States<br>Wilmington, DE 19899-0410 | Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 |
| Kristin Joyce-Werner<br>14159 Camden Dr<br>Orland Park, IL 60462-2385 | LeClairRyan<br>4405 Cox Road, #200<br>Glen Allen, VA 23060-3395 | Legal Resources<br>2877 Guardian Lane, #101<br>Virginia Beach, VA 23452-7330 |

| | | |
|---|---|---|
| Level 3 Communications, LLC<br>CenturyLink Communications<br>Attn:  Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8254 | MA Commonwealth<br>William Francis Galvin<br>One Ashburton Place, Room 1717<br>Boston, MA 02108-1512 | Marc Nagel<br>680 N. Lake Shore Drive, #419<br>Chicago, IL 60611-4458 |
| Mary Grace Fajardo<br>6024 N. Kimball Ave.<br>Chicago, IL 60659-2310 | Mayo Insurance Agency Inc.<br>1917 Laskin Road, #101<br>Virginia Beach, VA 23454-4283 | Meltwater News US Inc.<br>Dept LA 2372<br>Pasadena, CA 91185-3721 |
| Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Nasdaq<br>805 King Farm Blvd.<br>Rockville, MD 20850-6162 | Nasdaq<br>One Liberty Plaza, 50th Floor<br>New York, NY 10006-1405 |
| PACIFIC LIAISON SERVICES INC<br>C/O HAYAMI SHIRAISHI<br>701 S WELLS ST STE 2001<br>CHICAGO, IL 60607-4630 | PATRICK CHILDRESS<br>701 S WELLS ST APT 2001<br>CHICAGO, IL 60607-4630 | Patrick S. Childress<br>701 S. Wells St., #2001<br>Chicago, IL 60607-4630 |
| Paul Bozych<br>Nielsen, Zehe & Antas, PC<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paul Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 |
| Paychex of New York LLC<br>8215 Forest Point Blvd., #150<br>Charlotte, NC 28273-0219 | Pinnacle Group<br>208 Golden Oak Court, #121<br>Virginia Beach, VA 23452-6767 | Pollack, Bruce<br>167 Park Ave.<br>Glencoe, IL 60022-1351 |
| RI Department of State<br>Division of Business Services<br>148 W. River St.<br>Providence, RI 02904-2615 | Sayler, Brian<br>48 Bensam Place<br>Glencoe, IL 60022 | SoftVision Consulting LLC<br>Two Midtown Plaza<br>1349 W. Peachtree St., N.E., #1375<br>Atlanta, GA 30309 |
| Sun Life Financial<br>PO Box 7247-0381<br>Philadelphia, PA 19170-0381 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Tradehelm, Inc.<br>27 N. Wacker Dr., #103<br>Chicago, IL 60606-2800 | UNUM - Dental<br>PO Box 406990<br>Atlanta, GA 30384-6990 | UNUM - LTD/B Life<br>PO Box 406990<br>Atlanta, GA 30384-6990 |
| UNUM - STD<br>PO Box 406990<br>Virginia Beach, VA 23455 | UNUM - Vision<br>PO Box 406990<br>Eaton Park, FL 33840 | United HealthCare<br>PO Box 94017<br>Palatine, IL 60094-4017 |

| | | |
|---|---|---|
| W-R2 Jefferson Owner VII, L.L.C.<br>2 N. La Salle Street, Suite 1300<br>Chicago, Il 60602-3709 | W-R2 Jefferson Owner VII, LLC<br>Marc I Fenton Esq<br>2 N LaSalle St Suite 1300<br>Chicago, IL 60602-3709 | W-R2 Jefferson Owner VIII, L.L.C.<br>1200 North Branch<br>Chicago, IL 60642-2732 |
| Wesco Distribution, Inc.<br>David A Agay<br>300 N LaSalle St Ste 1400<br>Chicago, IL 60654-3474 | William Boyk<br>982 Dakota circle<br>Naperville, IL 60563-9308 | Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 |
| Arthur G Simon<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Suite 3705<br>Chicago, IL 60603-4101 | Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603-4101 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CCA Financial, LLC | (u)Official Committee Of Unsecured Creditors | (u)TR Capital Management LLC<br>US |
| (u)W-R2 Jefferson Owner VIII, LLC | (u)Wesco Distribution, Inc. | (d)Crystal Clear Communications<br>3180 N. Lake Shore Drive, #20C<br>Chicago, IL 60657-4852 |
| (u)Bruce Pollack | End of Label Matrix<br>Mailable recipients    99<br>Bypassed recipients     7<br>Total                 106 | |