IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| BCause Mining LLC, *et al.* | ) Case No. 19-10562 ) (Jointly Administered) |
| Debtors. | ) Hon. Janet S. Baer ) |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH WESCO DISTRIBUTION, INC., AND COMMUNICATIONS SUPPLY CORP. PURSUANT TO RULE 9019**

PLEASE TAKE NOTICE that on May 20, 2020, Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed a motion (the "Settlement Motion") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court approving a certain Settlement Agreement and Mutual General Release (the "Agreement") between the Trustee and WESCO Distribution, Inc. ("WESCO") and Communications Supply Corp. ("CSC", and, collectively with WESCO, the "WESCO Parties" and, collectively with the Trustee, the "Parties"), authorizing the Trustee and enter into and to perform his obligations under the Agreement, and granting related relief.

Subject to Court approval, the Agreement will settle and finally resolve the adversary proceeding captioned *Moglia v. WESCO Distribution, Inc.*, that is currently pending before the Court as Adversary No. 19-769 (the "Adversary Proceeding"), pursuant to which the Trustee principally seeks to[1]: (i) avoid certain judgment and garnishment liens WESCO asserts against some or all of the Debtors' assets (collectively, the "Judgment Liens"); (ii) avoid the Debtors' obligations under a certain Virginia Promissory and Confessed Judgment Note (the "Promissory Note") executed by BC Mining in favor of WESCO and by BC Holding as a guarantor; (iii) limit the security interest asserted by the WESCO Parties on substantially all of BC Mining's assets; and (iv) objects to WESCO's proofs of claim (the "Proofs of Claim") in which WESCO asserts secured claims totaling $1,915,137.77 against each of the Debtors' bankruptcy estates.

---

[1] The description of the Adversary Proceeding and the Proofs of Claim provided in this Notice is a summary only and is not intended to be exhaustive.  For a full and complete description of the allegations, claims, defenses and objections asserted in the Adversary Proceeding and the Proofs of Claim, you should review the documents, motions and pleadings filed in the Adversary Proceeding and the Proofs of Claim.  Subject to the terms of the Agreement, including the requirement of Court approval, the Trustee does not intend nor should any statement in this Notice be construed as a waiver, release, admission or limitation with respect to any of the rights, issues, arguments, allegations, claims, defenses and objections involved in the Adversary Proceeding or the Proofs of Claim, whether asserted by WESCO or the Trustee, or which the Trustee has or may have against the WESCO Parties.

EXHIBIT A

The principle terms of the Agreement generally provide as follows[2]:

- Trustee will pay a total of $625,000 (the "Settlement Payment") out of the funds currently held in the BC Holding's bankruptcy estate;
- WESCO will withdraw the any and all proofs of claim filed by either of the WESCO Parties, including the Proofs of Claim, subject to a limited right under the terms of the Agreement to re-file such claims under specific circumstances, provided that, in such eventuality, the Trustee would then retain his claims, defenses and objections;
- The Adversary Proceeding will be dismissed with prejudice;
- The WESCO Parties will waive and release any and all claims that they have or may have against the Trustee, the Debtors' bankruptcy estates, and the Trustee's counsel, including, without limitation, the Proofs of Claim;
- The Trustee on behalf of the Debtors' bankruptcy estates will waive and release any and all claims against WESCO and CSC and their respective officers, directors, employees and attorneys in the Bankruptcy Cases, including the claims in the Adversary Proceeding and any claim seeking to disgorge or return to the Debtors' bankruptcy estates the adequate assurance payments previously paid to WESCO in these bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that a hearing on the Settlement Motion has been scheduled to take place on **June 10 , 2020, at 1:00 P.M.** (the "Settlement Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Settlement Motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Settlement Motion and the Agreement is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Settlement Motion and the Agreement available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

---

[2] The description in this Notice of the Agreement and its terms is a summary only and is not intended to be exhaustive.  The actual terms of the Agreement as executed and approved by the Court shall control in the event of any discrepancy between those terms and the descriptions provided for in this Notice.

EXHIBIT A

Dated:  May 20, 2020

Alex Moglia, Chapter 7 Trustee of the
Bankruptcy Estates of BCause Mining LLC
and BCause LLC


By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT A