## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **BCause Mining LLC,** *et al.* | ) Case No. 19-10562 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Janet S. Baer |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned states that on June 4, 2020, he caused the NOTICE OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MASON POLLICK & SCHMAHL LLC AS COUNSEL TO THE TRUSTEE AND REQUEST TO SHORTEN NOTICE (the "Notice"), a copy of which is attached hereto as Exhibit A, to be served on the individuals listed on the attached service list via first class U.S. mail, postage prepaid.

Dated: June 9, 2020               Alex Moglia, Chapter 7 Trustee of the
                                   Bankruptcy Estates of BCause Mining LLC
                                   and BCause LLC

                                   By: /s/ Michael M. Schmahl
                                       Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

1

# SERVICE LIST

Bruce Pollack.
807 Davis St
Apartment 306
Evanston, IL 60201

**ADDITIONAL PARTIES LISTED ON SUBSEQUENT PAGES OF SERVICE LIST ATTACHED HERETO.**