| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-10562<br>Northern District of Illinois<br>Eastern Division<br>Wed Oct 23 21:50:16 CDT 2019 | BCause LLC, a Virginia limited liability com<br>130 S. Jefferson St., #101<br>Chicago, IL 60661-3502 | BCause Mining LLC, a Virginia limited liabil<br>130 S. Jefferson St., #101<br>Chicago, IL 60661-3502 |
| CCA Financial, LLC<br>Askounis & Darcy, PC<br>444 N Michigan Ave., Suite 3270<br>Chicago, IL 60611-3906 | Hoffland Properties, Inc<br>c/o Hoffland Beverage Company<br>4105 S Military Highway<br>Chesapeake, VA 23321-2701 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Alliance Material Handling, Inc.<br>PO Box 62050<br>Baltimore, MD 21264-2050 | AlphaCraft Technologies, LLC<br>601 Railroad Ave.<br>South Boston, VA 24592-3619 | Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| American Alternative Insurance Corporation<br>Roanoke Group<br>Roanoke Woodfield Rd #500<br>Schaumburg IL 60173 | BCause Clear LLC<br>130 S. Jefferson St., #101<br>Chicago IL 60661-3502 | BCause Derivatives Exchange LLC<br>130 S. Jefferson St #101<br>Chicago IL 60661-3502 |
| BCause LLC<br>2800 252nd Ave<br>Salem, WI 53168-9239 | BCause Spot LLC<br>130 S Jefferson St #101<br>Chicago IL 60661-3502 | BCause Trust Inc.<br>192 Ballard Court, #303<br>Virginia Beach, VA 23462-6538 |
| BFPE International<br>7512 Connelley Dr.<br>Hanover MD 21076-1688 | BFPE International<br>PO Box 791045<br>Baltimore, MD 21279-1045 | BMG Operations Ltd.<br>44 Church Street<br>St. John's<br>Antigua |
| Bay Technologies<br>4501 Bainbridge Blvd., #200<br>Chesapeake, VA 23320-6303 | Bruce Pollack<br>807 Davis St #306<br>Evanston, IL 60201-4472 | CB Critical Systems<br>11816 Mason Park Way<br>Glen Allen, VA 23059-5828 |
| CSC<br>3462 Solution Center<br>Chicago, IL 60677-3004 | Capitol Counsel LLC<br>700 13th St NW 2nd Floor<br>Washington DC 20005-3956 | Charles Chuck Mackie<br>4827 N Hamilton<br>Chicago, Il 60625-1405 |
| Crystal Clear Communications<br>3180 N Lake Shore Dr # 20C<br>Chicago, IL 60657-4852 | Crystal Clear Communications<br>Ellen Resnick, President<br>3180 N Lake Shore Dr #20C<br>Chicago, IL 60657-4852 | (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 |
| EE Flake, Thomas<br>709 Roosevelt Ave.<br>Virginia Beach, VA 23452-4019 | EF Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239 | Eli Robbins<br>Harrison Law Group<br>40 W. Chesapeake Ave.<br>Suite 600<br>Towson, MD 21204-4891 |

| | | |
|---|---|---|
| Endurance IT Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 | FRMO Corporation<br>One North Lexington Ave., #12-C<br>White Plains, NY 10601-1721 | Fallon Kevin<br>2800 252nd Ave.<br>Salem WI 53168-9239 |
| Fidelity Labs LLC<br>200 Seaport Boulevard<br>Boston, MA 02210-2000 | Flake Thomas<br>709 Roosevelt Ave.<br>Virginia Beach VA 23452-4019 | G Hogan Commercial Cleaning<br>645 Estates Way<br>Chesapeake, VA 23320-6758 |
| HK Cryptocurrency Mining LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Hoffland Properties Inc.<br>5400 Virginia Beach Blvd<br>Virginia Beach VA 23462-1724 | Hoffland Properties, Inc.<br>c/o Dennis T. Lewandowski<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 |
| Horizon Kinetics LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Image 360<br>118 Pennsylvania Ave.<br>Virginia Beach, VA 23462-2512 | Inate One LLC<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455-5523 |
| Jack Frost Enterprises<br>3168 Holland Road<br>Virginia Beach, VA 23453-2612 | John Ashby<br>1440 West Little Neck Road<br>Virginia Beach, VA 23452-4763 | Johns Brothers Security<br>310 E. Street<br>Hampton, VA 23661-1210 |
| Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive<br>Suite 190<br>Virginia Beach, VA 23462-4376 | Joseph LaMontagne<br>582 Lynnhaven Parkway<br>Virginia Beach, VA 23452-7366 | Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 |
| Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Lease of Parcel and Improvements<br>5465 Greenwich Rd.<br>Virginia Beach VA 23462-6511 | Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219-4624 |
| Michael Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 |
| Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paychex, Inc.<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Third Floor<br>Rochester, NY 14625-2807 |
| Pro Window, Inc.<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23454-4631 | Professional Heating & Cooling, Inc<br>3306 Arizona Ave.<br>Norfolk, VA 23513-4115 | Seth A. Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., Ste. 1010<br>Arlington, VA 22201-5786 |

| | | |
|---|---|---|
| Silbar Security Corporation<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320-5980 | Solutrix<br>5469 Greenwich Road<br>Virginia Beach, VA 23462-6511 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 |
| The Water H2Ole, Inc.<br>1444 Southern Blvd., #C2-A<br>Virginia Beach, VA 23454-4881 | Thomas Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Timothy L Brown<br>804 Rutherford Dr<br>Chesapeake, VA 23322-7739 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, In 46278-2010 | US Customs & Border Protection<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278-2010 |
| Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 | W. Greer McCreedy<br>413 West York Street<br>Norfolk, VA 23510-1114 | WESCO Distribution, Inc.<br>David A Agay<br>300 North LaSalle Street, Suite 1400<br>Chicago IL 60654-3474 |
| Wesco Distribution Inc.<br>PO Box 530409<br>Atlanta, GA 30353-0409 | Zhouyang (Mason) Song<br>6540 RFeflection Drive #1225<br>San Diego, CA 92124-5136 | Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 |
| Arthur G Simon<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Suite 3705<br>Chicago, IL 60603-4101 | Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603-4101 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dominion Virginia Power
PO Box 26666
Bankkruptcy Dept 10th Floor
Richmond, VA 23261

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMG Operations Ltd. | (u)Capitol Counsel LLC | (u)Official Committee Of Unsecured Creditors |
| (u)TR Capital Management LLC US | (u)Virginia Electric and Power Company d/b/a | (u)W-R2 Jefferson Owner VIII, LLC |
| (u)Wesco Distribution, Inc. | (d)BCause Spot LLC<br>130 S. Jefferson St., #101<br>Chicago IL 60661-3502 | (u)Bruce Pollack |
| (u)Song Mason Zhuoyang | End of Label Matrix<br>Mailable recipients    78<br>Bypassed recipients    10<br>Total                  88 | |