UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-10562
BCause Mining LLC, et al.  )  (Jointly Administered)
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
Debtor(s)  )

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH WESCO DISTRIBUTION, INC., AND COMMUNICATIONS SUPPLY CORP. PURSUANT TO RULE 9019

This matter having come before the Court for hearing on the Trustee's Motion to Approve Compromise and Settlement with WESCO Distribution, Inc., and Communications Supply Corp. Pursuant to Rule 9019 (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion, finds and determines that this is a core matter, that the compromise reflected in the Settlement Agreement and Mutual General Release (the "Agreement") attach as Exhibit 1 to the Motion was negotiated and entered into in good faith and is in the best interests of the Debtors' bankruptcy estates; and that the Creditor Notice attached as Exhibit 2 to the Motion complies with Rule 9019(a);

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein;

2) The Agreement is authorized and approved;

3) The Trustee is authorized to enter into, execute, and deliver the Agreement and to take any such further actions to implement and otherwise perform the Trustee's obligations under the Agreement in accordance with its terms; and

4) The form of the Creditor Notice is authorized and approved.

Enter: *[signature]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 10, 2020

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860