UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-10562 |
|---|---|---|
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MASON POLLICK & SCHMAHL LLC AS COUNSEL TO THE TRUSTEE AND REQUEST TO SHORTEN NOTICE**

This matter coming before the Court on the First Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC as Counsel to the Trustee and Request to Shorten Notice (the "Application"); the Court having reviewed the Application and being fully advised in the premises, and due and adequate notice having provided to all parties entitled thereto;

IT IS HEREBY ORDERED THAT:

1) Mason Pollick & Schmahl LLC is allowed interim compensation in the amount of $148,610 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $1,191.38 (the "Expense Reimbursement");

2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $148,610 and allowed Expense Reimbursement in the amount of $1,191.38 to Mason Pollick & Schmahl LLC from the funds currently held in the bankruptcy estate of BCause LLC;

3) Nothing herein shall prohibit Mason Pollick & Schmahl LLC from requesting additional compensation and expense reimbursement in the future;

4) The form of the notice is authorized and approved; and

5) Notice is shortened to that given.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 24, 2020

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860