Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                          )        BK No.:   19-10562
                                )        (Jointly Administered)
BCause Mining LLC               )        Chapter:  7
                                )        Honorable Janet S. Baer
                                )
                                )
            Debtor(s)           )

**AGREED ORDER DEEMING WESCO DISTRIBUTION, INC.'S PROOFS OF CLAIM WITHDRAWN**

This matter having come before the Court for status on the Trustee's Settlement Agreement (the "Settlement Agreement") with WESCO Distribution, Inc., and Communications Supply Corp. (collectively, "WESCO") previously approved by the Court; the Court, having been advised in the premises and WESCO and the Trustee having agreed to the entry of this Agreed Order pursuant to the Settlement Agreement;

IT IS HEREBY ORDERED THAT:

Subject to WESCO's and the Trustee's rights under Section 5 of the Settlement Agreement and the other terms of the Settlement Agreement, all proofs of claim filed by WESCO in these bankruptcy cases, including, without limitation, Claim Number 2-1 appearing on the Claims Register in Bankruptcy Case No. 19-10562 and Claim Number 1-1 appearing on the Claims Register in Bankruptcy Case No. 19-10731, are deemed withdrawn.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 17, 2020

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860