# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-10562 BSJ | **Trustee:** (330260)   ALEX D. MOGLIA |
| **Case Name:** BCAUSE MINING LLC, A VIRGINIA LIMIT | **Filed (f) or Converted (c):** 10/08/19 (c) |
| | **§341(a) Meeting Date:** 12/04/19 |
| **Period Ending:** 06/30/20 | **Claims Bar Date:** 08/01/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits, including security deposits and utlity deposits; See Attached | 1,637,200.21 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. | 1,022,673.00 | 0.00 | | 0.00 | FA |
| 3 | Office Furniture; See Attached.<br>Net Book value listed $16,880.01<br>Order abandoning docket #418 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Office fixtures See Attached<br>Net Book value listed at $13,853.64<br>Order abandoning docket #418 | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | Other machinery, fixtures and equipment<br>Net book value listed at $7,575,484.00<br>Order abandoning docket #386 | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Real Property located at<br>Virginia Beach Data Center, 5469 Greenwich Rd.,<br>Virginia Beach, VA  23462; Lease; | Unknown | 0.00 | | 0.00 | FA |
| 6 | **Assets**          **Totals** (Excluding unknown values) | **$3,659,873.21** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee believes that substantially all of the physical assets have been liquidated or abandoned and recently settled with the secured creditor.  Trustee's counsel is investigating the Trustee's potential claims and certain of the claims asserted against the estate.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-10562 BSJ | **Trustee:** (330260)    ALEX D. MOGLIA |
| **Case Name:** BCAUSE MINING LLC, A VIRGINIA LIMIT | **Filed (f) or Converted (c):** 10/08/19 (c) |
| | **§341(a) Meeting Date:** 12/04/19 |
| **Period Ending:** 06/30/20 | **Claims Bar Date:** 08/01/19 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  September 15, 2022          **Current Projected Date Of Final Report (TFR):**  September 15, 2022