**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BCause, LLC, a Virginia limited liability company | ) ) | Case No. 19-10562 |
| 130 S. Jefferson St., #101 | ) | |
| Chicago, IL  60661 | ) | |
| | ) | Judge Janet S. Baer |
| Debtor. | ) | |

**NOTICE OF MOTION**

To: see attached service list

**PLEASE TAKE NOTICE** that on **September 16, 2020** at **1:00 P.M.,** or as soon thereafter as counsel may be heard, we shall appear before the Presiding Judge Janet S. Baer , or any judge sitting in that judge's place, then and there present the attached **PS Illinois Trust's Motion for Relief from Bankruptcy Stay to Allow Lien Sale Proceedings**, a copy of which is attached and served upon you.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. to appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.court-solutions.com or by call court solutions at (917) 746-7476.

**If you object to this motion** and want it called n the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. if no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Brooke M. Rotstein, ARDC #6282903
Steven P. Slayden, ARDC #6321539
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300, Chicago, IL 60661
P: 312-345-1718 / F: 312-345-1778
Brooke.Rotstein@lewisbrisbois.com
Steven.Slayden@lewisbrisbois.com

**PROOF OF SERVICE**

I, a non-attorney, under penalties as provided by law pursuant to Sec. 1-109, hereby certify and state that the attached documents were sent to the designated parties listed on service list, via the CM/ECF notification and email system. Any non CM/ECF participants will receive a true and correct copy of the attached documents via U.S. mail, at or before the hour of 5:00 p.m. on this 3rd day of September,  2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bianca Shaffer*

4824-6502-0873.1

Service List

**Scott R Clar**
Crane, Simon, Clar & Dan
135 S Lasalle, Suite 3705
Chicago, IL 60603
sclar@cranesimon.com

**Jeffrey C Dan**
Goldstein & McClintock LLLP
111 West Washington, Suite 1221
Chicago, IL 60602
jeffd@goldmclaw.com

**Arthur G Simon**
Crane, Simon, Clar & Dan
135 S Lasalle St Suite 3705
Chicago, IL 60603
asimon@cranesimon.com
*Attorneys for Debtor*

**Jamie L Burns**
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
jburns@lplegal.com

**Marc Ira Fenton**
Levenfeld Pearlstein
2 N. La Salle, Suite 1300
Chicago, IL 60602
mfenton@lplegal.com
*Attorneys for W-R2 Jefferson Owner VIII, LLC*

**David A Agay**
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
dagay@mcdonaldhopkins.com

**Maria G Carr**
McDonald Hopkins LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
mcarr@mcdonaldhopkins.com

**Shara C Cornell**
McDonald Hopkins LLC
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
scornell@mcdonaldhopkins.com
*Attorneys for Wesco Distribution, Inc.*

**Abacus Solutions, LLC**
1190 Kennestone Circle NW, #120

**Patrick S. Layng**
Ustpregiona11.es.ecf@usdoj.gov
*U.S. Trustee*

**Alex D Moglia, ESQ**
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173
amoglia@mogliaadvisors.com
*Trustee*

**Shelly A. DeRousse**
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com

**Devon J Eggert**
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Ave.
Milwaukee, WI 53202
deggert@bcblaw.net

**Freeborn & Peters LLP**
311 South Wacker Drive Suite 3000
Chicago, IL 60606

**Elizabeth L Janczak**
Freeborn & Peters LLP
311 S. Wacker Drive Suite 3000
Chicago, IL 60606
ejanczak@freeborn.com
*Attorneys for Official Commintte of Unsecured Creditors*

**Adolphi, Michael**
4404 Muddy Creek Rd.

Newborn, GA 30056
*Creditor*

**Alison Zizzo**
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-5000
*Creditor*

**Andrew Cohen**
3750 Jefferson Blvd.
Virginia Beach, VA 23455
*Creditor*

**Aon Risk Services Northeast, Inc.**
PO Box 7247-73676
Philadelphia, PA 19170-7376
*Creditor*

**BitGo, Inc.**
2443 Ash Street
Palo Alto, CA 94306
*Creditor*

**Brian Sayler**
48 Bensam Place
Haledon, NJ 07508
*Creditor*

**Capital Counsel, L.L.C.**
700 13th Street, NW, 2nd Floor
Washington, DC 20005
*Creditor*

**Century Link**
1025 Eldorado Blvd.
Arvada, CO 80001
*Creditor*

**Childress, Patrick**
701 S. Wells St., #2001
Chicago, IL 60607
*Creditor*

**Chuck Mackie**
4827 N. Hamilton
Chicago, IL 60625
*Creditor*

**Comcast**
PO Box 70219
Philadelphia, PA 19176-0219
*Creditor*

Virginia Beach, VA 23457
*Creditor*

**Amazon Web Services, Inc.**
410 Terry Avenue North
Seattle, WA 98109-5210
*Creditor*

**Ann M. Cresce**
5731 Hampton Drive
Long Grove, IL 60047
*Creditor*

**Asgard Partners & Co, LLC**
12 East 49th St.
New York, NY 10017
*Creditor*

**Boyk, William**
982 Dakota Circle
Naperville, IL 60563
*Creditor*

**Bruce Pollack**
807 Davis St #306
Evanston, IL 60201
*Creditor*

**CCA Financial LLC**
**Askounis & Darcy PC**
444 N. Michigan Ave
Ste 3270
Chicago, IL 60-611
*Creditor*

**Chaman, Dawn**
2324 Treesong Trail
Virginia Beach, VA 23456
*Creditor*

**Chris Sikes**
1332 Creekview Drive
Chesapeake, VA 23321
*Creditor*

**Ciniva, LLC**
251 Granby Street
Norfolk, VA 23510
*Creditor*

**ComEd**
P.O. Box 6111
Carol Stream, IL 60197-6111
*Creditor*

4824-6502-0873.1

**Commonwealth Edison Company**
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523
*Creditor*

**Cresce, Ann**
5731 Hampton Dr.
Long Grove, IL 60047
*Creditor*

**Daniel Schak**
2319 N 77th Ave
ELMWOOD PARK, IL 60707-3042
*Creditor*

**Grede, Fred**
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611
*Creditor*

**Greenhouse Software, Inc.**
PO Box 392683
Pittsburgh, PA 15251-9683
*Creditor*

**Greenwich Centre Investors, L.C.**
**c/o Robinson Development Group**
150 W. Main St., #1100
Norfolk, VA 23510
*Creditor*

**Health Equity, Inc.**
15 W. Scenic Pointe Drive, #100
Draper, UT 84020
*Creditor*

**HireRight, LLC**
PO Box 847891
Dallas, TX 75284-7891
*Creditor*

**Illinois Department of Employment Security**
33 S State St., 10th Flr Coll. Bkry
Chicago, Illinois 60603
Attn. Amelia Yabes
*Creditor*

**Illinois Department of Revenue Bankruptcy Section**
PO Box 19035
Springfield, IL 62794-6279
*Creditor*

**INTERNAL REVENUE SERVICE**
PO BOX 7346
PHILADELPHIA, PA 19101

**Cox Business**
Dept 781121
PO Box 78000
Detroit, MI 48278-1121
*Creditor*

**Crystal Clear Communications**
3180 N. Lake Shore Drive, #20C
Chicago, IL 60657
*Creditor*

**Dawn L. Chapman**
2324 Treesong Trail
Virginia Beach, VA 23456
*Creditor*

**Electronic Verification Systems**
2500 Technology Drive
Louisville, KY 40299
*Creditor*

**Endurance Network Services, LLC**
295 Bendix Road, #300
Virginia Beach, VA 23452
*Creditor*

**Erica Sanford**
4500 south drexel apt 102
chicago, IL 60653-4381
*Creditor*

**Fallon, Kevin**
2800 252nd Ave.
Salem, WI 53168
*Creditor*

**FIA**
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006
*Creditor*

**FIS Systems International LLC**
601 Riverside Ave.
Jacksonville, FL 32204
*Creditor*

**FIS Systems International, LLC**
**FIS Legal**
11601 Roosevelt Blvd., TA-41
Attn: Lauren M. Pizzo, Esq.
St. Petersburg, FL 33716
*Creditor*

**Frederick J Grede**
500 North Lake Shore Drive
3314

*Creditor*

**Jeff Brandt**
601 Tradewind Circle
Newport News, VA 23602-6324
*Creditor*

**John Ashby**
1440 W. Little Neck Road
Virginia Beach, VA
*Creditor*

**Jones, Madden & Council, PLC**
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462
*Creditor*

**Joseph LaMontagne**
607 Lynnhaven Pkwy
Virginia Beach, VA 23452
*Creditor*

**Justin Taylor**
7507 S. Morgan St.
Chicago, IL 60620
*Creditor*

**K&L Gates LLP**
PO Box 844255
Boston, MA 02284-4255
*Creditor*

**Karan Rai**
921 Atlantic Avenue, #1401
Virginia Beach, VA 23451
*Creditor*

**Kathleen Miller**
Smith, Katzenstein & Jenkins LLP
PO Box 410
United States
Wilmington, DE 19899
*Creditor*

**Katten Munchin Rosenman LLP**
525 W. Monroe St.
Chicago, IL 60661
*Creditor*

**Kristin Joyce-Werner**
14159 Camden Dr
Orland Park, IL 60462
*Creditor*

**LeClairRyan**
4405 Cox Road, #200

Chicago, IL 60611
*Creditor*

**GA Secretary of State - Corp. Div.**
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334
*Creditor*

**Level 3 Communications, LLC**
CenturyLink Communications
Attn: Legal - BKY
1025 Eldorado Blvd.
Broomfield, CO 80021
*Creditor*

**MA Commonwealth**
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512
*Creditor*

**Marc Nagel**
680 N. Lake Shore Drive, #419
Chicago, IL 60611
*Creditor*

**Mary Grace Fajardo**
6024 N. Kimball Ave.
Chicago, IL 60659
*Creditor*

**Mayo Insurance Agency Inc.**
1917 Laskin Road, #101
Virginia Beach, VA 23450
*Creditor*

**Meltwater News US Inc.**
Dept LA 2372
Pasadena, CA 91185-3721
*Creditor*

**Michael D. Adolphi**
4404 Muddy Creek Road
Virginia Beach, VA 23457
*Creditor*

**Nasdaq**
805 King Farm Blvd.
Rockville, MD 20850
*Creditor*

**Nasdaq**
One Liberty Plaza, 50th Floor
New York, NY 10006
*Creditor*

4824-6502-0873.1

Glen Allen, VA 23060
*Creditor*

**Legal Resources**
2877 Guardian Lane, #101
Virginia Beach, VA 23452
*Creditor*

**Paychex of New York LLC**
8215 Forest Point Blvd., #150
Charlotte, NC 28273
*Creditor*

**Pinnacle Group**
208 Golden Oak Court, #121
Virginia Beach, VA 23452
*Creditor*

**Pollack, Bruce**
167 Park Ave.
Glencoe, IL 60022
*Creditor*

**RI Department of State**
**Division of Business Services**
148 W. River St.
Providence, RI 02904-2615
*Creditor*

**Sayler, Brian**
48 Bensam Place
Glencoe, IL 60022
*Creditor*

**SoftVision Consulting LLC**
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309
*Creditor*

**Sun Life Financial**
PO Box 7247-0381
Philadelphia, PA 19170-0381
*Creditor*

**Thomas G. Flake**
709 Roosevelt Avenue
Virginia Beach, VA 23452
*Creditor*

**PACIFIC LIAISON SERVICES INC**
**C/O HAYAMI SHIRAISHI**
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630 **Patrick S. Childress**
701 S. Wells St., #2001
Chicago, IL 60607
*Creditor*

**Paul Bozych**
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603
*Creditor*

**Paul Wong**
4020 Church Point Road
Virginia Beach, VA 23455
*Creditor*

**UNUM - Vision**
PO Box 406990
Eaton Park, FL 33840
*Creditor*

**Tradehelm, Inc.**
27 N. Wacker Dr., #103
Chicago, IL 60606
*Creditor*

**Tradehelm, Inc.**
R Scott Alsterda
70 West Madison
Suite 3500
Chicago, IL 60602
*Creditor*

**TRC Master Fund LLC**
PO Box 633
Woodmere, NY 11598
*Creditor*

**United HealthCare**
PO Box 94017
Palatine, IL 60094-4017
*Creditor*

**UNUM - Dental**
PO Box 406990
Atlanta, GA 30384
*Creditor*

4824-6502-0873.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BCause, LLC, a Virginia limited liability company | ) ) | Case No. 19-10562 |
| 130 S. Jefferson St., #101 | ) | |
| Chicago, IL 60661 | ) | |
| | ) | Judge Janet S. Baer |
| Debtor. | ) | |

**MOTION FOR RELIEF FROM BANKRUPTCY STAY**
**TO ALLOW LIEN SALE PROCEEDINGS**

PS ILLINOIS TRUST, ("Public Storage") by and through its undersigned counsel, hereby moves this Honorable Court pursuant to 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001 to enter an order lifting the automatic stay to allow Public Storage to enforce its lien rights and initiate lien sale proceedings against debtor BCause, LLC, a Virginia limited liability company. The lien sale proceedings seek to settle Debtor's outstanding account balance for BCause's rental of Public Storage location 2638 N. Pulaski Rd., Chicago, IL 60639 in the amount of $3,119.00 pursuant to BCause's contract with Public Storage. In support thereof, Public Storage files the attached Memorandum of Law.

        Respectfully submitted,

        LEWIS BRISBOIS BISGAARD & SMITH LLP

        By:   /s/ Brooke M. Rotstein
              *One of the Attorneys for PS Illinois Trust*

Brooke M. Rotstein, ARDC #6282903
Steven P. Slayden, ARDC #6321539
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300, Chicago, IL 60661
P: 312-345-1718 / F: 312-345-1778
Brooke.Rotstein@lewisbrisbois.com
Steven.Slayden@lewisbrisbois.com

4841-5368-6985.1