UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BCause Mining LLC, a Virginia limited liability company,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-10562<br><br>Chapter: 11<br>Honorable Janet S. Baer |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
TO ALLOW LIEN SALE PROCEEDINGS**

This matter coming before the Court on the motion of PS Illinois Trust for relief from the automatic stay, due notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

Movant PS ILLINOIS TRUST's motion for relief from the automatic stay to allow Movant to proceed with lien sale or to otherwise enforce its lien rights is granted.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 16, 2020

**Prepared by:**

Brooke M. Rotstein, ARDC #6282903
Steven P. Slayden, ARDC #6321539
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300, Chicago, IL 60661
P: 312-345-1718 / F: 312-345-1778
Brooke.Rotstein@lewisbrisbois.com
Steven.Slayden@lewisbrisbois.com