UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**In re**

**BCAUSE MINING, LLC, ET AL.**

**Debtor.**

_____/

CASE NO. 19-10562
(Jointly Administered)

CHAPTER 7

### DECLARATION OF ALEX D. MOGLIA PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY MOGLIA ADVISORS AS FINANCIAL ADVISORS AS OF OCTOBER 8, 2019

I, Alex D. Moglia, President of Moglia Advisors ("MA"), in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am the founder and president of MA, located at 1325 Remington Road, Suite H, Schaumburg, IL 60173.

2. Except as stated herein, MA (i) has no connection with the Debtor, its creditors, equity security holders, affiliates, insiders, or other parties-in-interest in this case; (ii) does not hold any interest adverse to the Debtor's estate; and (iii) believes it is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code.

3. I believe that MA has no connection with the Debtors' creditors, respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee, except that Alex D. Moglia serves as Chapter 7 Trustee in these cases as well as Chapter 11 and Chapter 7 trustee in other cases in this and other districts.

4. The factual statements set forth in this verified statement have been made based on a personal review by me and my staff of the list of creditors of the Debtors, the Debtors'

schedules and the proofs of claim filed in these cases, and said review did not reveal any conflicts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this 6th day of October, 2020.

Alex D. Moglia, President
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173
Telephone: 847-884-8282
Email: amoglia@mogliaadvisors.com