UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    19-10562 |
| | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO CONDUCT RULE 2004 EXAMINATION OF DOMINION ENERGY VIRGINIA**

This matter having come before the Court for a hearing on the initial presentment of the Trustee's Motion (the "Motion") to Conduct Rule 2004 Examination of Dominion Energy Virginia; the Court having reviewed the Motion and having determined that this is a core proceeding and that due and adequate notice having been provided to all those entitled to such notice;

IT IS HEREBY ORDERED THAT:

1) the Motion is granted;

2) the Trustee is authorized to conduct an examination of Virginia Electric and Power Company d/b/a Dominion Energy Virginia ("Dominion") on the topics listed in paragraph 3 of this Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure;

3) the Trustee is authorized to issue a subpoena to Dominion requiring the person most knowledgeable about Dominion's relationship and transactions with the Debtors, including the Debtor's pre-bankruptcy deposit (the "Deposit") with Dominion, to appear and answer questions at a deposition and to require Dominion to produce documents and records related to: (i) all contracts between Dominion and the Debtors and the relationship between Dominion and the Debtors; (ii) the Deposit, including, among other things, decisions made related to the Deposit, the manner in which the Deposit was held, any interest accrued thereon, and all transactions related to the Deposit; (iii) electricity or other goods or services provided by Dominion to the Debtors; (iv) the Debtors' use of electricity and the calculation of Dominion's electric bills and any estimated bills; and (v) all payments or other transfers Dominion received from the Debtors or any party making a payment or transfer on behalf of the Debtors and any claims Dominion may have against the Debtors;

4) the Trustee may use his discretion as to whether or not to actually conduct a deposition and any deposition may be done virtually or remotely through telephonic, video, zoom, or other virtual or remote means.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 14, 2020

**Prepared by:**
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304

Form G5 (20170105_bko)

Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860