UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY MOGLIA ADVISORS AS FINANCIAL ADVISORS AS OF OCTOBER 11, 2019

This matter having come before the Court for a hearing on the initial presentment of the Trustee's Application (the "Application") to Employ Moglia Advisors as Financial Advisors as of October 11, 2019; due and adequate notice having been provided to all those entitled to such notice; and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

1) The Application is granted as set forth herein;

2) The Trustee is authorized to retain and employ Moglia Advisors as the Trustee's financial advisors on the terms stated in the Application; and

3) The Trustee's retention of Moglia Advisors shall be effective as of October 11, 2019.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 14, 2020

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860