IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **BCause Mining LLC**, *et al.* | ) | Case No. 19-10562 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

## NOTICE OF MOTION

**TO:**   See attached list

PLEASE TAKE NOTICE that on **Wednesday, December 23, 2020**, at the hour of **1:00 p.m.**, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, and present the **APPLICATION OF TIBBLE & WESLER, CPA PC FOR COMPENSATION RELATED TO THE 2019 TAX RETURNS** (the "Motion"), a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted.  To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the password is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

| | |
|---|---|
| Dated:  December 2, 2020 | Alex Moglia, Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC |
| | By: /s/ Michael M. Schmahl |
| |      Michael M. Schmahl |

1

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois  60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

      The undersigned states under penalty of perjury that on December 2, 2020, he caused the above Notice of Motion and the Application to be served on the individuals listed on the below service list via the court's ECF system for those who are registered except for the individuals or entities that are identified to have been served by email who the undersigned caused to be served by email as indicated on the attached service list.  Additionally, the undersigned states under penalty of perjury that on December 2, 2020, he caused a copy of the Notice (in the form attached as Exhibit B to the Application) to be served by regular, first class mail, postage pre-paid on all creditors and other parties in interest and that he will file a supplemental certificate of service related thereto.

      By: /s/ Michael M. Schmahl
          Michael M. Schmahl

## SERVICE LIST

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

J Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
Dennis Lewandowski, via email sent to:
dtlewand@kaufcan.com
*Counsel for Hoffland Properties, Inc.*

Russell R. Johnson, III
John M. Craig
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
804-749-8861
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)

*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*
*Via e-mail*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*

bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

Lindsey Conley
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| BCause Mining LLC, *et al.* | Case No. 19-10562 (Jointly Administered) |
| Debtors. | Hon. Janet S. Baer |

## COVER SHEET FOR APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
## TIBBLE & WESLER, CPA PC
## AS ACCOUNTANTS TO THE TRUSTEE
## RELATED TO THE 2019 TAX RETURNS

| | |
|---|---|
| Name of Applicant: | Tibble & Wesler, CPA PC |
| Authorized to Provide Professional Services to: | Alex Moglia, not personally, but solely as the chapter 7 trustee of the bankruptcy estates of BCause LLC and BCause Mining LLC |
| Date of Order Authorizing Employment: | February 11, 2020 **[Docket No. 417]** |
| Period for which Compensation is Sought: | |
| From: | February 24, 2020 |
| Through: | September 17, 2020 |
| Amount of Fees Sought: | $6,000.00 |
| Amount of Expense Reimbursement: | $500.00 |
| This is an: | |
| Interim Application: NO | Final Application: YES (with respect to 2019 tax returns) |
| | **(The Trustee intends to retain T&W to do additional work pursuant to a separate engagement agreement for additional tax returns.)** |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |

State the aggregate amount of fees and reimbursement of expenses paid to Applicant as of the date of this Application: $0.00.

                                        MASON POLLICK & SCHMAHL LLC

Dated: December 2, 2020            /s/ Michael M. Schmahl
                                              Michael M. Schmahl
                                              Mason Pollick & Schmahl LLC
                                              70 W. Hubbard, Suite 304
                                              Chicago, IL 60654
                                              (312) 312-5531
                                              mschmahl@mps-law.com
                                              ARDC #6275860
                                              *Counsel for the Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) ) ) **Chapter 7** ) |
| **BCause Mining LLC,** *et al.* | ) **Case No. 19-10562** ) **(Jointly Administered)** ) |
| Debtors. | ) **Hon. Janet S. Baer** ) |

### APPLICATION OF TIBBLE & WESLER, CPA PC FOR COMPENSATION RELATED TO THE 2019 TAX RETURNS

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Tibble & Wesler, CPA PC ("T&W"), tax accountants for Alex Moglia (the "Trustee"), not individually, but solely as trustee of the chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC[1] ("BC Holding" and collectively with Mining, the "Debtors"), submits this Application for Allowance of Fees and Reimbursement of Expenses (the "Application") as tax accountants to the Trustee with respect to the preparation of the 2019 tax returns for services performed between February 24, 2020, through September 17, 2020 (the "Compensation Period") and requests the entry of an order allowing and authorizing the payment of compensation in the amount of $6,000.00 (the "Compensation") and reimbursement of expenses in the amount of $500.00 (the "Expense Reimbursement") for services provided and expenses incurred by T&W as accountants for the Trustee, and, in support thereof, respectfully states as follows:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334.

2. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

---

[1] BCause LLC is the debtor in bankruptcy case number 19-10731.

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

**Background**

4. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On or about April 12, 2019 (collectively with April 11, 2019, the "Petition Dates"), BC Holding filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

7. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code.

8. On or about October 11, 2019, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

9. On or about February 11, 2020, the Court entered an order [**Docket No. 417**], (the "Retention Order") authorizing the Trustee to retain T&W as his tax accountants to prepared tax returns for 2019.[2]

10. T&W has not previously requested nor been paid any compensation for its services to the Trustee.

**Relief Requested**

---

[2] The Trustee and T&W anticipate the Trustee seeking to retain T&W to prepare amended tax returns for 2019 and tax returns for 2020 pursuant to a separate engagement agreement. If an appropriate application has not been filed as of the filing of this Application, the Trustee and T&W anticipate that it will be filed shortly. Any ultimate compensation T&W may request in connection with such additional retention will be the subject of a separate fee application in the future and is not the subject of this Application.

11. Through this Application, T&W seeks the entry of an order, pursuant to Sections 330 and 331 of the Bankruptcy Code, approving and authorizing immediate payment of Compensation in the amount of $6,000.00 and the Expense Reimbursement of $500.00 incurred during the Compensation Period related to the 2019 tax returns.

12. A detailed abstract containing specific summaries of compensable services provided by MPS, including all fees charged and all expenses incurred, is attached hereto as Exhibit A. In its engagement agreement with the Trustee related to the 2019 tax returns (a copy of which is attached to the Retention Order), T&W agreed to cap the amount of its Compensation at $6,000.00 (the "Fee Cap") and Expense Reimbursement at $500.00 (the "Expense Cap") related to the 2019 tax returns. Although the abstract attached as Exhibit A reflects services and expenses exceeding the Fee Cap and the Expense Cap, T&W is only seeking Compensation in the amount of the Fee Cap and an Expense Reimbursement of $500.00.

13. BC Holding, as parent, owns all of the membership interests in BC Mining as well as several other non-debtor subsidiaries, including the non-debtor subsidiary known as BCause Secure LLC ("BC Secure" or "Secure"). They maintained consolidated financials and file consolidated tax returns.

14. Preparing the 2019 tax returns was fairly complicated and required significant time spent reviewing the Debtors' financial records due to the fact that, among other things, the Debtors books reflected significant amounts of deferred income and many adjustments.

15. Therefore, T&W also spent significant time interacting with and obtaining additional information from the Debtors' former controller, who prepared the Debtors' books.

16. Additionally, the Debtors have a fairly complicated equity structure with several individuals and entities owning the equity interests in BC Holding. Some of these equity

interests have rights, including distributional rights, that differ from others. Therefore, although the Debtors are limited liability companies, the equity structure is somewhat similar to a corporation with different classes of stock and preferred stock.

17. Finally, as pass through entities, significant work was required to prepare and distribute K-1s for the various equity holders.[3]

18. In total, T&W provided 44.83 hours of services preparing and filing the 2019 Tax Returns with a total value of $10,781.25. A detailed description of these services and the time spent on each is attached hereto as Exhibit A.

19. Below is a table of the professionals who provided the services, the numbers of hours worked by each, their rates and the values of these services.

| Name | Title | Hours | Hourly Rate | Value |
| --- | --- | --- | --- | --- |
| Cheryl Wesler | Partner | 29.16 | $275 | $8,019.00 |
| Kristin Salmon | Staff Accountant | 15.67 | $175 | $2,762.25 |

20. Nonetheless, consistent with its engagement agreement with the Trustee and the Retention Order, T&W is only seeking Compensation of $6,000.00.

21. Additionally, T&W incurred expenses totaling $696.97 comprised of postage ($270.93), filing charges ($205.12), and copying charges ($220.92). Consistent with the engagement agreement with the Trustee and the Retention Order, T&W is only seeking an Expense Reimbursement of $500.00.

---

[3] Subsequent to filing the 2019 tax returns, various equity holders raised issues with their K-1s. Following an investigation, it appears that certain of the Debtors' capitalization tables and equity holder lists had not been updated to reflect subsequent transactions. The Trustee is filing a separate application seeking to retain T&W to prepare amended 2019 tax returns to correct these issues as well as to prepare the 2020 tax returns.

22. All services performed by T&W for which compensation is being sought were performed for and on behalf of the Trustee.

23. This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

24. None of the payments received by T&W will be shared with any third party, nor are these payments subject to a sharing arrangement between T&W and any third party.

25. In accordance with Section 330 of the Bankruptcy Code, T&W asserts that the amount of fees and expenses is fair and reasonable given: (a) the complexities involved in these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

26. As the 2019 tax returns are consolidated tax returns and BC Holding owns BC Mining, T&W requests that the Court enter an order allowing Compensation in the amount of $6,000 and Expense Reimbursement in the amount of $500.00 and authorizing the Trustee to immediately pay T&W from the cash in the BC Holding estate.

**Request to Approve Notice**

27. Section 330 of the Bankruptcy Code requires notice and a hearing before any determination is made on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, a short form notice (the "Notice") of this Application has been mailed to all creditors and a full copy of this Application with all exhibits has been provided to all parties who have entered an appearance in these cases through the Court's ECF system. A copy of the Notice is attached hereto as Exhibit B. Additionally, a full copy of this Application with all

supporting exhibits will be made available to any party in interest that submits a written request to Michael M. Schmahl via mail to MPS at 70 W. Hubbard, Suite 304, Chicago, IL 60654, or via email sent to mschmahl@mps-law.com.

28.  T&W requests that the Court approve the form of the Notice as well.

WHEREFORE, T&W respectfully requests that this Court enter an order: (i) allowing T&W Compensation in the amount of $6,000.00; (ii) allowing the Expense Reimbursement in the amount of $500.00; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to T&W from the funds in the BC Holding estate; (iv) authorizing and approving the form of the Notice; and (v) granting such other and further relief as this Court deems just or appropriate.

Dated: December 2, 2020             /s/ Michael M. Schmahl
                                    Michael M. Schmahl
                                    Mason Pollick & Schmahl LLC
                                    70 W. Hubbard, Suite 304
                                    Chicago, IL 60654
                                    (312) 312-5531
                                    mschmahl@mps-law.com
                                    ARDC #6275860
                                    *Counsel for the Trustee*