**Statement of Services Rendered**
**BCause**

**EXHIBIT A**

| Category | Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Prepare Tax Returns | Preparation of the 2019 federal and state extensions | KS | 02/24/20 | 0.50 | ####### | $ 87.50 |
| | Review and response to Christi Vassen's questions via email | CW | 04/06/20 | 0.50 | ####### | $ 137.50 |
| | Review and response to Christi Vassen and Jill Niese's emails about unpaid wages | CW | 04/17/20 | 0.25 | ####### | $ 68.75 |
| | Input individual partner information into the tax software | KS | 04/20/20 | 1.50 | ####### | $ 262.50 |
| | Email to Jill Niese regarding 2019 financials | CW | 05/19/20 | 0.25 | ####### | $ 68.75 |
| | Preparation of income and expense worksheet | KS | 05/21/20 | 0.67 | ####### | $ 117.25 |
| | Preparation of income and expense worksheet | KS | 05/28/20 | 1.25 | ####### | $ 218.75 |
| | Preparation of the 2019 federal and state bankruptcy estate tax returns | KS | 06/05/20 | 3.00 | ####### | $ 525.00 |
| | Address deferred revenue and fixed asset listing issues | CW | 06/08/20 | 0.50 | ####### | $ 137.50 |
| | Email to Christi Vassen regarding grant income, deferred revenue, fixed asset listing, and health insur | KS | 06/08/20 | 0.25 | ####### | $ 43.75 |
| | Email to Jill Niese regarding receivables | KS | 06/09/20 | 0.20 | ####### | $ 35.00 |
| | Preparation of the 2019 federal and state bankruptcy estate tax returns | KS | 06/10/20 | 0.25 | ####### | $ 43.75 |
| | Email to Jill Niese, Michael Schmaal, and Alex Moglia regarding receivables and income | CW | 06/11/20 | 0.10 | ####### | $ 27.50 |
| | Email to Christi Vassen regarding 1099s, health insurance, and fixed asset schedule | KS | 06/12/20 | 0.20 | ####### | $ 35.00 |
| | Call with Christ Vassen regarding 1099s, health insurance and fixed asset schedule | KS | 06/12/20 | 0.30 | ####### | $ 52.50 |
| | Health insurance breakout for K-1s | KS | 06/12/20 | 0.75 | ####### | $ 131.25 |
| | Review of 2019 bankruptcy estate tax returns | CW | 06/12/20 | 2.00 | ####### | $ 550.00 |
| | Email to Jill Niese regarding liquidation of personal property | KS | 06/12/20 | 0.10 | ####### | $ 27.50 |
| | Health insurance breakouts for K-1s and add two year comparison to return | KS | 06/15/20 | 0.75 | ####### | $ 131.25 |
| | Email to Jill Niese requesting December bank statements | KS | 06/16/20 | 0.10 | ####### | $ 27.50 |
| | Email to Christi Vassen requesting W3 | KS | 06/06/20 | 0.10 | ####### | $ 17.50 |
| | Review and revise 2019 bankruptcy estate tax returns | CW | 06/16/20 | 8.00 | ####### | $ 2,200.00 |
| | Review and revise 2019 bankruptcy estate tax returns | CW | 06/17/20 | 8.00 | ####### | $ 2,200.00 |
| | Email to Jill Niese, Michael Schmaal, and Alex Moglia regarding BCause Secure | CW | 06/17/20 | 0.25 | ####### | $ 68.75 |
| | Email to Jill Niese and Christi Vassen regarding fire suppression system | CW | 06/17/20 | 0.10 | ####### | $ 27.50 |
| | Review and revise 2019 bankruptcy estate tax returns | CW | 06/18/20 | 4.00 | ####### | $ 1,100.00 |
| | Review of QuickBooks and additional support documentation | CW | 06/19/20 | 0.83 | ####### | $ 228.25 |
| | Phone call with Trustee Moglia, Jill Niese, and Michael Schmaal | CW | 07/28/20 | 1.17 | ####### | $ 321.75 |
| | Discussion with staff regarding BCause Secure | CW | 07/29/20 | 0.10 | ####### | $ 27.50 |
| | Preparation for phone call with bookkeeper-compile questions -email to team for verification | CW | 08/06/20 | 0.33 | ####### | $ 90.75 |
| | Phone call with Christi Vassen, Jill Niese, and Michael Schmaal | CW | 08/07/20 | 0.92 | ####### | $ 253.00 |
| | Email to Christi requesting copy of the Illinois State Tax Return | CW | 08/10/20 | 0.18 | ####### | $ 49.50 |
| | Email to Christi requesting confirmation of 4th quarter filing of payroll reports | CW | 08/26/20 | 0.25 | ####### | $ 68.75 |
| | Follow up on previous email to Christi Vassen | CW | 08/27/20 | 0.10 | ####### | $ 27.50 |
| | Phone call with Trustee Moglia, Jill Niese and Michael Schmaal to review tax return | CW | 08/27/20 | 0.58 | ####### | $ 159.50 |
| | Review of Wisconsin notice and QuickBooks reports | CW | 08/27/20 | 0.50 | ####### | $ 137.50 |
| | Email K-1s to various partners | KS | Various | 0.75 | ####### | $ 131.25 |
| | Email Virginia exemption statement and requested QuickBooks reports to Trustee and Attorneys | CW | 09/03/20 | 0.25 | ####### | $ 68.75 |
| | Preparation and mailing of K-1 letters for all shareholders | KS | 09/14/20 | 4.00 | ####### | $ 700.00 |
| | Preparation of fee statement | KS | 09/17/20 | 1.00 | ####### | $ 175.00 |
| | Mailing and Postage Fees | | | 44.83 | | $ 270.93 |
| | Software allocation and filing charges | | | | | $ 205.12 |
| | Copying @ .14/page | | | | | $ 220.92 |

**Breakdown**

| | | |
|---|---|---|
| Rendered Services | 44.83 | ########## |
| Discount | | ########## |
| Expenses | | $ 696.97 |
| Discount | | ($196.97) |
| **Total Due** | | **$ 6,500.00** |