IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| | ) | **Chapter 7** |
| **In re:** | ) | |
| | ) | **Case No. 19-10562** |
| **BCause Mining LLC,** *et al.* | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Hon. Janet S. Baer |
| | ) | |

### NOTICE OF APPLICATION OF TIBBLE & WESLER, CPA PC FOR COMPENSATION RELATED TO THE 2019 TAX RETURNS

PLEASE TAKE NOTICE that on December 2, 2020, Tibble & Wesler, CPA PC ("T&W"), tax accountants for Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the Application of Tibble & Wesler, CPA PC for of Compensation Related to the 2019 Tax Returns (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to T&W in the amount of $6,000.00 (the "Compensation") for services performed for the Trustee preparing the 2019 tax returns for these estates; (ii) approving and allowing the reimbursement of expenses to T&W in the amount of $500.00 (the "Expense Reimbursement"); (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to T&W out of the funds Trustee is currently holding in the bankruptcy estate of BC Holding; (iv) approving the form of this notice; and (v) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **December 23, 2020, at 1:00 P.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

EXHIBIT B

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Application is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Application available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

MASON POLLICK & SCHMAHL LLC

Dated: December 2, 2020

By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT B