# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **BCause Mining LLC,** *et al.* | ) | **Case No. 19-10562** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Hon. Janet S. Baer** |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned states that on December 2, 2020, he caused the NOTICE OF APPLICATION OF TIBBLE & WESLER, CPA PC FOR COMPENSATION RELATED TO THE 2019 TAX RETURNS (the "Notice"), a copy of which is attached hereto as Exhibit A, to be served on the individuals listed on the attached service list via first class U.S. mail, postage prepaid.

Dated: December 2, 2020

Alex Moglia, Chapter 7 Trustee of the
Bankruptcy Estates of BCause Mining LLC
and BCause LLC

By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

1

# SERVICE LIST

Bruce Pollack.
807 Davis St
Apartment 306
Evanston, IL 60201

**ADDITIONAL PARTIES LISTED ON SUBSEQUENT PAGES OF SERVICE LIST ATTACHED HERETO.**

```
Label Matrix for local noticing          BSauz, LLC, a Virginia limited liability co.   Department of the Treasury
0752-1                                    130 S. Jefferson St., #101                    Internal Revenue Service
Case 19-10731                             Chicago, IL 60661-3502                        P.O. Box 7346
Northern District of Illinois                                                           Philadelphia, PA 19101-7346
Eastern Division
Wed Oct 23 21:49:05 CDT 2019

Internal Revenue Service                  U.S. Bankruptcy Court                         Abacus Solutions, LLC
Mail Stop 5014CHI                         Eastern Division                              1190 Kennestone Circle NW, #120
230 S. Dearborn Street, Room 2600         219 S Dearborn                                Newborn, GA 30056
Chicago, IL 60604-1705                    7th Floor
                                          Chicago, IL 60604-1702

Adolphi, Michael                          Alison Zizzo                                  Amazon Web Services, Inc.
4404 Muddy Creek Rd.                      Midgett-Preti-Olansen                         410 Terry Avenue North
Virginia Beach, VA 23457-1574             2901 S. Lynnhaven Rd., #120                   Seattle, WA 98109-5210
                                          Virginia Beach, VA 23452-8505

Andrew Cohen                              Ann M. Cresce                                 Aon Risk Services Northeast, Inc.
3750 Jefferson Blvd.                      5731 Hampton Drive                            PO Box 7247-73676
Virginia Beach, VA 23455-1638             Long Grove, IL 60047-5050                     Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC                 BitGo, Inc.                                   Boyk, William
12 East 49th St.                          2443 Ash Street                               982 Dakota Circle
New York, NY 10017-1028                   Palo Alto, CA 94306-1845                      Naperville, IL 60563-9308

Brian Sayler                              Bruce Pollack                                 Capital Counsel, L.L.C.
48 Bensam Place                           807 Davis St #306                             700 13th Street, NW, 2nd Floor
Haledon, NJ 07508-3009                    Evanston, IL 60201-4472                       Washington, DC 20005-3960

Capitol Counsel, LLC                      Century Link                                  Century Link
700 13th St NW 2nd Floor                  1025 Eldorado Blvd.                           1025 Eldorado Blvd.
Washington, DC 20005-3956                 Arvada, CO 80001                              Broomfield, CO 80021-8254

Chaman, Dawn                              Childress, Patrick                            Chris Sikes
2324 Treesong Trail                       701 S. Wells St., #2001                       1332 Creekview Drive
Virginia Beach, VA 23456-6721             Chicago, IL 60607-4630                        Chesapeake, VA 23321-1265

Chuck Mackie                              Ciniva, LLC                                   ComEd
4827 N. Hamilton                          251 Granby Street                             P.O. Box 6111
Chicago, IL 60625-1405                    Norfolk, VA 23510-1813                        Carol Stream, IL 60197-6111

Comcast                                   Commonwealth Edison Company                   Cox Business
PO Box 70219                              Bankruptcy Department                         Dept 781121
Philadelphia, PA 19176-0219               1919 Swift Drive                              PO Box 78000
                                          Oak Brook, IL 60523-1502                      Detroit, MI 48278-1121
```

| | | |
|---|---|---|
| Cresce, Ann<br>5731 Hampton Dr.<br>Long Grove, IL 60047-5050 | Crystal Clear Communications<br>3180 N Lake Shore Dr #20C<br>Chicago, IL 60657-4852 | Dawn L. Chapman<br>2324 Treesong Trail<br>Virginia Beach, VA 23456-6721 |
| Electronic Verification Systems<br>2500 Technology Drive<br>Louisville, KY 40299-6421 | Endurance Network Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 | FIA<br>2001 Pennsylviani Ave. NW, #600<br>Washington, DC 20006-1823 |
| FIS Systems International LLC<br>601 Riverside Ave.<br>Jacksonville, FL 32204-2901 | FIS Systems International, LLC<br>FIS Legal<br>11601 Roosevelt Blvd., TA-41<br>Attn: Lauren M. Pizzo, Esq.<br>St. Petersburg, FL 33716-2202 | Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239 |
| Frederick J Grede<br>500 North Lake Shore Drive<br>3314<br>Chicago, IL 60611-5143 | Frederick J. Grede<br>500 N. Lake Shore Drive, Unit 3314<br>Chicago, IL 60611-5143 | GA Secretary of State - Corp. Div.<br>2 Martin Luther King Jr Drive SE<br>Suite 313 West Tower<br>Atlanta, GA 30334-1505 |
| Grede, Fred<br>500 N. Lake Shore Drive, Unit 3314<br>Chicago, IL 60611-5143 | Greenhouse Software, Inc.<br>PO Box 392683<br>Pittsburgh, PA 15251-9683 | Greenwich Centre Investors, L.C.<br>c/o Robinson Development Group<br>150 W. Main St., #1100<br>Norfolk, VA 23510-1682 |
| Health Equity, Inc.<br>15 W. Scenic Pointe Drive, #100<br>Draper, UT 84020-6120 | HireRight, LLC<br>PO Box 847891<br>Dallas, TX 75284-7891 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Jeff Brandt<br>601 Tradewind Circle<br>Newport News, VA 23602-6324 | John Ashby<br>1440 W. Little Neck Road<br>Virginia Beach, VA 23452-4763 | Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive, #190<br>Virginia Beach, VA 23462-4376 |
| Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 | Justin Taylor<br>7507 S. Morgan St.<br>Chicago, IL 60620-2845 | K&L Gates LLP<br>PO Box 844255<br>Boston, MA 02284-4255 |
| Karan Rai<br>921 Atlantic Avenue, #1401<br>Virginia Beach, VA 23451-3581 | Kathleen Miller<br>Smith, Katzenstein & Jenkins LLP<br>PO Box 410<br>United States<br>Wilmington, DE 19899-0410 | Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 |
| Kristin Joyce-Werner<br>14159 Camden Dr<br>Orland Park, IL 60462-2385 | LeClairRyan<br>4405 Cox Road, #200<br>Glen Allen, VA 23060-3395 | Legal Resources<br>2877 Guardian Lane, #101<br>Virginia Beach, VA 23452-7330 |

| | | |
|---|---|---|
| Level 3 Communications, LLC<br>CenturyLink Communications<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8254 | MA Commonwealth<br>Secretary of State<br>William Francis Galvin<br>One Ashburton Place, Room 1717<br>Boston, MA 02108-1512 | Marc Nagel<br>680 N. Lake Shore Drive, #419<br>Chicago, IL 60611-4458 |
| Mary Grace Fajardo<br>6024 N. Kimball Ave.<br>Chicago, IL 60659-2310 | Mayo Insurance Agency Inc.<br>1917 Laskin Road, #101<br>Virginia Beach, VA 23454-4283 | Meltwater News US Inc.<br>Dept LA 2372<br>Pasadena, CA 91185-3721 |
| Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Nasdaq<br>805 King Farm Blvd.<br>Rockville, MD 20850-6162 | Nasdaq<br>One Liberty Plaza, 50th Floor<br>New York, NY 10006-1405 |
| PACIFIC LIAISON SERVICES INC<br>C/O HAYAMI SHIRAISHI<br>701 S WELLS ST STE 2001<br>CHICAGO, IL 60607-4630 | PATRICK CHILDRESS<br>701 S WELLS ST APT 2001<br>CHICAGO, IL 60607-4630 | Patrick S. Childress<br>701 S. Wells St., #2001<br>Chicago, IL 60607-4630 |
| Paul Bozych<br>Nielsen, Zehe & Antas, PC<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paul Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 |
| Paychex of New York LLC<br>8215 Forest Point Blvd., #150<br>Charlotte, NC 28273-0219 | Pinnacle Group<br>208 Golden Oak Court, #121<br>Virginia Beach, VA 23452-6767 | Pollack, Bruce<br>167 Park Ave.<br>Glencoe, IL 60022-1351 |
| RI Department of State<br>Division of Business Services<br>148 W. River St.<br>Providence, RI 02904-2615 | Sayler, Brian<br>48 Bensam Place<br>Glencoe, IL 60022 | SoftVision Consulting LLC<br>Two Midtown Plaza<br>1349 W. Peachtree St., N.E., #1375<br>Atlanta, GA 30309 |
| Sun Life Financial<br>PO Box 7247-0381<br>Philadelphia, PA 19170-0381 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Tradehelm, Inc.<br>27 N. Wacker Dr., #103<br>Chicago, IL 60606-2800 | UNUM - Dental<br>PO Box 406990<br>Atlanta, GA 30384-6990 | UNUM - LTD/B Life<br>PO Box 406990<br>Atlanta, GA 30384-6990 |
| UNUM - STD<br>PO Box 406990<br>Virginia Beach, VA 23455 | UNUM - Vision<br>PO Box 406990<br>Eaton Park, FL 33840 | United HealthCare<br>PO Box 94017<br>Palatine, IL 60094-4017 |

| | | |
|---|---|---|
| W-R2 Jefferson Owner VII, L.L.C<br>2 N. La Salle Street, Suite 1300<br>Chicago, Il 60602-3709 | W-R2 Jefferson Owner VII, LLC<br>Marc I Fenton Esq<br>2 N LaSalle St Suite 1300<br>Chicago, IL 60602-3709 | W-R2 Jefferson Owner VIII, L.L.C.<br>1200 North Branch<br>Chicago, IL 60642-2732 |
| Wesco Distribution, Inc.<br>David A Agay<br>300 N LaSalle St Ste 1400<br>Chicago, IL 60654-3474 | William Boyk<br>982 Dakota circle<br>Naperville, IL 60563-9308 | Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 |
| Arthur G Simon<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Suite 3705<br>Chicago, IL 60603-4101 | Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603-4101 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CCA Financial, LLC | (u)Official Committee Of Unsecured Creditors | (u)TR Capital Management LLC<br>US |
| (u)W-R2 Jefferson Owner VIII, LLC | (u)Wesco Distribution, Inc. | (d)Crystal Clear Communications<br>3180 N. Lake Shore Drive, #20C<br>Chicago, IL 60657-4852 |
| (u)Bruce Pollack | End of Label Matrix<br>Mailable recipients    99<br>Bypassed recipients    7<br>Total    106 | |

```
Label Matrix for local noticing          BCause LLC, a Virginia limited liability co.   BCause Mining LLC, a Virginia limited liabil
0752-1                                   130 S. Jefferson St., #101                     130 S. Jefferson St., #101
Case 19-10562                            Chicago, IL 60661-3502                         Chicago, IL 60661-3502
Northern District of Illinois
Eastern Division
Wed Oct 23 21:50:16 CDT 2019

CCA Financial, LLC                       Hoffland Properties, Inc                       U.S. Bankruptcy Court
Askounis & Darcy, PC                     c/o Hoffland Beverage Company                  Eastern Division
444 N Michigan Ave., Suite 3270          4105 S Military Highway                        219 S Dearborn
Chicago, IL 60611-3906                   Chesapeake, VA 23321-2701                      7th Floor
                                                                                        Chicago, IL 60604-1702

Alliance Material Handling, Inc.         AlphaCraft Technologies, LLC                   Amazon Web Services, Inc.
PO Box 62050                             601 Railroad Ave.                              410 Terry Avenue North
Baltimore, MD 21264-2050                 South Boston, VA 24592-3619                    Seattle, WA 98109-5210


American Alternative Insurance Corporation  BCause Clear LLC                            BCause Derivatives Exchange LLC
Roanoke Group                               130 S. Jefferson St., #101                  130 S. Jefferson St #101
Roanoke Woodfield Rd #500                   Chicago IL 60661-3502                       Chicago IL 60661-3502
Schaumburg IL 60173


BCause LLC                                BCause Spot LLC                               BCause Trust Inc.
2800 252nd Ave                            130 S Jefferson St #101                       192 Ballard Court, #303
Salem, WI 53168-9239                      Chicago IL 60661-3502                         Virginia Beach, VA 23462-6538


BFPE International                        BFPE International                            BMG Operations Ltd.
7512 Connelley Dr.                        PO Box 791045                                 44 Church Street
Hanover MD 21076-1688                     Baltimore, MD 21279-1045                      St. John's
                                                                                        Antigua

Bay Technologies                          Bruce Pollack                                 CB Critical Systems
4501 Bainbridge Blvd., #200               807 Davis St #306                             11816 Mason Park Way
Chesapeake, VA 23320-6303                 Evanston, IL 60201-4472                       Glen Allen, VA 23059-5828


CSC                                       Capitol Counsel LLC                           Charles Chuck Mackie
3462 Solution Center                      700 13th St NW 2nd Floor                      4827 N Hamilton
Chicago, IL 60677-3004                    Washington DC 20005-3956                      Chicago, Il 60625-1405


Crystal Clear Communications              Crystal Clear Communications                  (p)DOMINION VIRGINIA POWER
3180 N Lake Shore Dr # 20C                Ellen Resnick, President                      PO BOX 26666
Chicago, IL 60657-4852                    3180 N Lake Shore Dr #20C                     18TH FLOOR
                                          Chicago, IL 60657-4852                        RICHMOND VA 23261-6666


EE Flake, Thomas                          EF Fallon, Kevin                              Eli Robbins
709 Roosevelt Ave.                        2800 252nd Ave.                               Harrison Law Group
Virginia Beach, VA 23452-4019             Salem, WI 53168-9239                          40 W. Chesapeake Ave.
                                                                                        Suite 600
                                                                                        Towson, MD 21204-4891
```

| | | |
|---|---|---|
| Endurance IT Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 | ESMO Corporation<br>One North Lexington Ave., #12-C<br>White Plains, NY 10601-1721 | Fallon Kevin<br>2800 252nd Ave.<br>Salem WI 53168-9239 |
| Fidelity Labs LLC<br>200 Seaport Boulevard<br>Boston, MA 02210-2000 | Flake Thomas<br>709 Roosevelt Ave.<br>Virginia Beach VA 23452-4019 | G Hogan Commercial Cleaning<br>645 Estates Way<br>Chesapeake, VA 23320-6758 |
| HK Cryptocurrency Mining LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Hoffland Properties Inc.<br>5400 Virginia Beach Blvd<br>Virginia Beach VA 23462-1724 | Hoffland Properties, Inc.<br>c/o Dennis T. Lewandowski<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 |
| Horizon Kinetics LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Image 360<br>118 Pennsylvania Ave.<br>Virginia Beach, VA 23462-2512 | Inate One LLC<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455-5523 |
| Jack Frost Enterprises<br>3168 Holland Road<br>Virginia Beach, VA 23453-2612 | John Ashby<br>1440 West Little Neck Road<br>Virginia Beach, VA 23452-4763 | Johns Brothers Security<br>310 E. Street<br>Hampton, VA 23661-1210 |
| Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive<br>Suite 190<br>Virginia Beach, VA 23462-4376 | Joseph LaMontagne<br>582 Lynnhaven Parkway<br>Virginia Beach, VA 23452-7366 | Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 |
| Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Lease of Parcel and Improvements<br>5465 Greenwich Rd.<br>Virginia Beach VA 23462-6511 | Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219-4624 |
| Michael Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 |
| Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paychex, Inc.<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Third Floor<br>Rochester, NY 14625-2807 |
| Pro Window, Inc.<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23454-4631 | Professional Heating & Cooling, Inc<br>3306 Arizona Ave.<br>Norfolk, VA 23513-4115 | Seth A. Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., Ste. 1010<br>Arlington, VA 22201-5786 |

| | | |
|---|---|---|
| Silbar Security Corporation<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320-5980 | Solutrix<br>5469 Greenwich Road<br>Virginia Beach, VA 23462-6511 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 |
| The Water H2Ole, Inc.<br>1444 Southern Blvd., #C2-A<br>Virginia Beach, VA 23454-4881 | Thomas Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Timothy L Brown<br>804 Rutherford Dr<br>Chesapeake, VA 23322-7739 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, In 46278-2010 | US Customs & Border Protection<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278-2010 |
| Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 | W. Greer McCreedy<br>413 West York Street<br>Norfolk, VA 23510-1114 | WESCO Distribution, Inc.<br>David A Agay<br>300 North LaSalle Street, Suite 1400<br>Chicago IL 60654-3474 |
| Wesco Distribution Inc.<br>PO Box 530409<br>Atlanta, GA 30353-0409 | Zhouyang (Mason) Song<br>6540 RFeflection Drive #1225<br>San Diego, CA 92124-5136 | Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 |
| Arthur G Simon<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Suite 3705<br>Chicago, IL 60603-4101 | Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603-4101 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dominion Virginia Power
PO Box 26666
Bankkruptcy Dept 10th Floor
Richmond, VA 23261

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMG Operations Ltd | (u)Capitol Counsel LLC | (u)Official Committee Of Unsecured Creditors |
| (u)TR Capital Management LLC US | (u)Virginia Electric and Power Company d/b/a | (u)W-R2 Jefferson Owner VIII, LLC |
| (u)Wesco Distribution, Inc. | (d)BCause Spot LLC 130 S. Jefferson St., #101 Chicago IL 60661-3502 | (u)Bruce Pollack |
| (u)Song Mason Zhuoyang | End of Label Matrix Mailable recipients 78 Bypassed recipients 10 Total 88 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Hon. Janet S. Baer |
| BCause Mining LLC, *et al.* |  |  |
| Debtors. |  |  |

**NOTICE OF APPLICATION OF TIBBLE & WESLER, CPA PC FOR
COMPENSATION RELATED TO THE 2019 TAX RETURNS**

  PLEASE TAKE NOTICE that on December 2, 2020, Tibble & Wesler, CPA PC ("T&W"), tax accountants for Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the Application of Tibble & Wesler, CPA PC for of Compensation Related to the 2019 Tax Returns (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to T&W in the amount of $6,000.00 (the "Compensation") for services performed for the Trustee preparing the 2019 tax returns for these estates; (ii) approving and allowing the reimbursement of expenses to T&W in the amount of $500.00 (the "Expense Reimbursement"); (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to T&W out of the funds Trustee is currently holding in the bankruptcy estate of BC Holding; (iv) approving the form of this notice; and (v) granting related relief.

  PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **December 23, 2020, at 1:00 P.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

  **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted.  To appear and be heard on the Motion you must do the following:

  **To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

  **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

EXHIBIT A

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the password is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Application is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Application available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

MASON POLLICK & SCHMAHL LLC

Dated:  December 2, 2020

By: /s/ Michael M. Schmahl
Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT A