**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

**NOTICE OF MOTION**

**TO:**   See attached list

PLEASE TAKE NOTICE that on **Wednesday, December 9, 2020**, at the hour of **1:00 p.m.**, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, and present the **TRUSTEE'S SECOND APPLICATION TO RETAIN TIBBLE & WESLER, CPA PC AS TAX ACCOUNTANT** (the "Motion"), a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted.  To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the password is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

| | |
|---|---|
| Dated:  December 2, 2020 | Alex Moglia, Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC |
| | By: /s/ Michael M. Schmahl |
| | Michael M. Schmahl |

1

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois  60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned states that on December 2, 2020, he caused the above Notice of Motion and the Motion to be served on the individuals listed on the below service list via the court's ECF system for those who are registered except for the individuals or entities that are identified to have been served by email who the undersigned caused to be served by email as indicated on the attached service list.


By: /s/ Michael M. Schmahl
      Michael M. Schmahl

**SERVICE LIST**

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*

J Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
Dennis Lewandowski, via email sent to:
dtlewand@kaufcan.com
*Counsel for Hoffland Properties, Inc.*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia
Via e-mail*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

Russell R. Johnson, III
John M. Craig
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
804-749-8861
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia
Via e-mail*

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)

4

*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*
*Via e-mail*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*

bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) ) Chapter 7 ) ) Case No. 19-10562 |
| BCause Mining LLC, *et al.* | ) (Jointly Administered) ) |
| Debtors. | ) Hon. Janet S. Baer ) |

### TRUSTEE'S SECOND APPLICATION TO RETAIN
### TIBBLE & WESLER, CPA PC AS TAX ACCOUNTANTS

Alex Moglia (the "Trustee"), not individually, but solely as trustee of the chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC[1] ("BC Holding" and collectively with Mining, the "Debtors"), requests entry of an Order authorizing the Trustee to employ, pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), Tibble & Wesler, CPA PC ("T&W") and Cheryl Wesler, a partner in T&W, to prepare amended tax returns for 2019 (the "2019 Amended Returns") and tax returns for 2020 (the "2020 Returns") for the Debtors' bankruptcy estates pursuant to the terms of the engagement agreement (the "Engagement Agreement") attached hereto as Exhibit 1, and in support thereof, the Trustee

---

[1] BCause LLC is the debtor in bankruptcy case number 19-10731.

respectfully states as follows:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334.

2. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

### Background

4. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On or about April 12, 2019, BC Holding filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

7. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code, and Richard J. Mason was appointed as the chapter 7 trustee of the Debtors' estates [**Docket No. 320**].

8. On or about October 11, 2019, Mr. Mason resigned as chapter 7 trustee due to a potential conflict that was not readily apparent. Later that day, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

9. The Debtors are limited liability companies. The membership interests of BC Holding are owned by a fairly large group of individuals and entities. BC Mining is a wholly owned subsidiary of BC Holding.

10. Pursuant to 11 U.S.C. § 346 and applicable tax law, the Trustee is obligated to prepare and file tax returns for each of the Debtors as well as IRS Forms K1, 1099s, and other similar forms.

11. On or about February 11, 2020, the Court entered an order [**Docket No. 417**] authorizing the Trustee to retain T&W to prepare tax returns for the estates for 2019.

12. T&W timely prepared and filed the 2019 returns based on the Debtors' records.

13. The Debtors' capitalization table is complicated because, the they raised capital by selling membership interests, many of these transactions occurred at different points in time, and certain equity holders had different or preferential rights. As a result, a single dilutive transaction would not necessarily have a uniform change on the distributional percentages of the other equity holders.

14. After the 2019 returns were filed[2], a group of equity holders contacted the Trustee and T&W asserting that there are inaccuracies in their respective K-1s. Following an investigation, the Trustee believes that the 2019 returns were prepared accurately based on the Debtors' records, however, certain of the Debtors' records were inaccurate. Specifically, among other things, the table of equity holders and distributional rights had not been kept up to date to reflect the last of the changes based on equity holders' investments. Based on a review of additional records obtained from a former member of the Debtors' board, the 2019 returns need to be amended.

15. Additionally, the Trustee will be required to file returns for 2020.

16. This Application seeks authority to retain T&W as the Trustee's tax accountants to prepare and file the 2019 Amended Returns and the 2020 Returns pursuant to the proposed engagement agreement.

---

[2] Due to the totality of circumstances, including the number of equity holders, the Trustee and T&W made efforts to avoid this type of problem by distributing drafts of portions of the tax filing in advance of filing.

**Proposed Employment of Accountant**

17. The Trustee, in the exercise of his business judgment, believes that it is necessary to retain T&W as his accountants to assist him in the preparation of the 2019 Amended Tax Returns and the 2020 Returns for the Debtors' estates.

18. T&W, and Cheryl Wesler, one of its partners, is a capable, licensed firm of certified public accountants who specialize in preparing tax returns for chapter 7 trustees in bankruptcy cases around the country. Attached hereto and made part hereof as Exhibit 2 is the Declaration of Cheryl Wesler pursuant to Fed. R. Bankr. P. 2014 (the "Declaration"). T&W and Wesler have experience with bankruptcy tax matters necessary to complete the Tax Returns, including preparing any Form K1s or other similar forms, and provide advice regarding federal and state tax compliance.

19. In the event that it may be necessary or appropriate to obtain extensions of the deadlines for filing the Tax Returns, T&W will also prepare and file all papers required to obtain such extensions. Further, since the Debtors are pass through entities, T&W will also prepare any forms K1 that may be necessary or appropriate.

20. As set forth in the Declaration, T&W has reviewed the Debtors' petitions for relief, schedules, and statements of financial affairs filed in these jointly administered cases and has not identified any potential conflicts of interest. As such, the Trustee believes that T&W is "disinterested" within the meaning of Section 101(14) of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtors or their bankruptcy estates.

**Proposed Compensation Terms**

21. Pursuant to the terms of the Engagement Agreement, T&W will prepare the 2019 Amended Returns and the 2020 Returns at the following hourly rates: i) $275 per hour for CPAs; and ii) $175 per hour for support staff. T&W's total fees will also be subject to a maximum or cap of $8,000.

22. Additionally, T&W will be entitled to reimbursement of its costs and expenses, including, without limitation, for postage, overnight delivery charges, and filing fees subject to a cap of $925.

23. T&W's compensation proposed herein is subject to review under 11 U.S.C. § 328(a) and T&W will seek approval of all fees and reimbursement of expenses pursuant to an appropriate fee application.

24. T&W has not entered into any agreement to share such compensation as it may be awarded in these cases, except as permitted under Section 504(b) of the Bankruptcy Code.

25. Accordingly, the Trustee submits that the proposed employment of T&W as his accountants is both necessary and appropriate under the circumstances.

WHEREFORE, the Trustee respectfully request that this Court enter an order: (i) authorizing the Trustee to employ T&W as the Trustee's tax accountants to prepare the 2019 Amended Returns and the 2020 Returns pursuant to the terms of the Engagement Agreement; (ii) approving the terms of the Engagement Agreement and authorizing the Trustee to enter into the Engagement Agreement; and (iii) granting such other and further relief as this Court deems just or appropriate.

Dated: December 2, 2020  /s/ Michael M. Schmahl
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*

11