**Cheryl G. Wesler, CPA**
**TIBBLE & WESLER, CPA PC**

December 1, 2020

Trustee Alex D. Moglia
c/o Attorney Michael M. Schmahl
70 W. Hubbard
Suite 304
Chicago, IL  60654

Re:  2020 Tax Returns, Amended 2019 Tax Returns, and related tax services for the Bankruptcy Estates of BCause LLC; 19-10731 and BCause Mining LLC; 19-10562

Dear Trustee Moglia:

This letter is a proposal of additional services that need to be completed along with their associated associated fees and estimated completion time.  This letter agreement is subject to approval of the bankruptcy court presiding over the above-referenced bankruptcy cases and any and all fees and expense reimbursements will be subject to authorization by the bankruptcy court and the provisions of the Bankruptcy Code.

Subject to the foregoing, Tibble & Wesler, CPA PC will complete the following:

1. Amend the 2019 tax return including the associated K-1s and the amended prompt determination request.  We will provide these services at our hourly rates referenced below subject to a cap on fees for these services of $2,500.
2. Prepare and file the 2020 tax return extension, prepare and file the 2020 return including the associated K-1s, prepare and file the prompt determination request, as well as any state employment or similar filings that may be necessary at our hourly rates subject to a cap on fees for these services of $5,500.

Our fees for this proposal are not contingent on the results of our services but are subject to approval of the bankruptcy court pursuant to the provisions of the Bankruptcy Code.  Our hourly rates are as follows:  Cheryl Wesler, CPA at an hourly rate of $275 and Support Staff hourly rate of $175.  Additionally, we will be entitled to reimbursement of our out-of-pocket expenses, including but not limited to, such fees as filing, and postage, which we agree to cap at $925.

Thank you for your attention to this matter, and please contact me with any questions that you may have.

Very truly yours,

*Cheryl G. Wesler*
Cheryl G. Wesler, CPA PC
Partner

**ACCEPTED AND AGREED:**
Bankruptcy Estate of BCause Mining LLC and BCause LLC

_____          _____
By:  Trustee Alex D. Moglia                                                Date

2813 W. Main Street • Kalamazoo, Michigan 49006-2901
(269) 342-9482 Ext. 2 • Fax (269) 342-9799
cheryl@tibblecpa.com