UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S SECOND APPLICATION TO RETAIN TIBBLE & WESLER, CPA PC AS TAX ACCOUNTANTS**

This matter having come before the Court on the Trustee's Second Application to Retain Tibble & Wesler, CPA PC ("T&W") as Tax Accountants to the Trustee (the "Application"); due notice having been given; and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

1) The Application is granted as provided in the this order;

2) The Trustee is authorized to retain and employ T&W, including Cheryl Wesler and its other professionals and employees, as the Trustee's tax accountants pursuant to the terms provided in the engagement agreement (the "Engagement Agreement") attached to the Application to prepare the amended 2019 tax returns, the 2020 tax returns and any potential state filings or related services;

3) The terms of the Engagement Agreement are approved and the Trustee is authorized to enter into the Engagement Agreement with T&W; and

4) Any compensation ultimately owed to T&W shall be subject to allowance by the Court in the future pursuant to section 328 and the other provisions of the Bankruptcy Code.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 09, 2020

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860