UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-10562
BCause Mining LLC, et al.  )  (Jointly Administered)
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
)
Debtor(s)  )

**ORDER GRANTING FEE APPLICATION OF TIBBLE & WESLER, CPA PC FOR COMPENSATION AND EXPENSE REIMBURSEMENT RELATED TO 2019 TAX RETURNS**

This matter coming before the Court for on the Application of Tibble & Wesler, CPA PC for Compensation and Expense Reimbursement Related to 2019 Tax Returns (the "Application"), due notice having been provided to all parties entitled thereto, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1) Tibble & Wesler, CPA PC is allowed compensation in the amount of $6,000 (the "Compensation") and reimbursement of expenses in the amount of $500.00 (the "Expense Reimbursement");

2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $6,000 and Expense Reimbursement in the amount of $500.00 to Tibble & Wesler, CPA PC from the funds currently held in the bankruptcy estate of BCause LLC;

3) Nothing herein shall prohibit Tibble & Wesler, CPA PC from requesting additional compensation and expense reimbursement in the future; and

4) The form of the notice, attached as Exhibit B to the Application, is authorized and approved.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  December 23, 2020

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860