Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

BCause Mining LLC, a Virginia limited liability company
130 S. Jefferson St., #101
Chicago, IL 60661
SSN: EIN: 82−2810783

Case No. : 19−10562
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603

312 641−6777

Trustee:
Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173

847 884−8282

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *April 11, 2019* .

1. *April 6, 2021* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 6, 2021* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: January 4, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                                                                                       Case No. 19-10562-JSB

BCause Mining LLC, a Virginia limited li                                       Chapter 7

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1                                      User: mgarcia1                                       Page 1 of 4

Date Rcvd: Jan 04, 2021                                Form ID: ntcftfc7                                     Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BCause Mining LLC, a Virginia limited liability co, 130 S. Jefferson St., #101, Chicago, IL 60661-3502 |
| 27741881 | | Alliance Material Handling, Inc., PO Box 62050, Baltimore, MD 21264-2050 |
| 27741882 | + | AlphaCraft Technologies, LLC, 601 Railroad Ave., South Boston, VA 24592-3619 |
| 27771388 | | American Alternative Insurance Corporation, Roanoke Group, Roanoke Woodfield Rd #500, Schaumburg IL 60173 |
| 27839466 | + | BCause Clear LLC, 130 S. Jefferson St., #101, Chicago IL 60661-3502 |
| 27839467 | + | BCause Derivatives Exchange LLC, 130 S. Jefferson St #101, Chicago IL 60661-3502 |
| 28062332 | + | BCause LLC, 2800 252nd Ave, Salem, WI 53168-9239 |
| 27839468 | + | BCause Spot LLC, 130 S Jefferson St #101, Chicago IL 60661-3502 |
| 27839470 | + | BCause Trust Inc., 192 Ballard Court, #303, Virginia Beach, VA 23462-6538 |
| 27741885 | | BFPE International, PO Box 791045, Baltimore, MD 21279-1045 |
| 27839461 | + | BFPE International, 7512 Connelley Dr., Hanover MD 21076-1688 |
| 27741886 | | BMG Operations Ltd., 44 Church Street, St. John's, Antigua |
| 27741884 | + | Bay Technologies, 4501 Bainbridge Blvd., #200, Chesapeake, VA 23320-6303 |
| 27741887 | + | Bruce Pollack, 807 Davis St #306, Evanston, IL 60201-4472 |
| 27741888 | + | CB Critical Systems, 11816 Mason Park Way, Glen Allen, VA 23059-5828 |
| 27741889 | | CSC, 3462 Solution Center, Chicago, IL 60677-3004 |
| 28010991 | | Capitol Counsel LLC, 700 13th St NW 2nd Floor, Washington DC 20005-3960 |
| 28071881 | + | Charles Chuck Mackie, 4827 N Hamilton, Chicago, Il 60625-1405 |
| 28166452 | + | Crystal Clear Communications, 3180 N Lake Shore Dr # 20C, Chicago, IL 60657-4852 |
| 28068878 | + | Crystal Clear Communications, Ellen Resnick, President, 3180 N Lake Shore Dr #20C, Chicago, IL 60657-4852 |
| 28394765 | + | Dawn L Chapman, 2324 Treesong Trail, Virginia Beach, VA 23456-6721 |
| 27741891 | + | EE Flake, Thomas, 709 Roosevelt Ave., Virginia Beach, VA 23452-4019 |
| 27741892 | + | EF Fallon, Kevin, 2800 252nd Ave., Salem, WI 53168-9239 |
| 27973490 | + | Eli Robbins, Harrison Law Group, 40 W. Chesapeake Ave., Suite 600, Towson, MD 21204-4891 |
| 27741893 | + | Endurance IT Services, LLC, 295 Bendix Road, #300, Virginia Beach, VA 23452-1295 |
| 28435754 | #+ | Erica Sanford, 4500 SOUTH DREXEL APT 102, Chicago, IL 60653-4381 |
| 27741895 | + | FRMO Corporation, One North Lexington Ave., #12-C, White Plains, NY 10601-1721 |
| 27839462 | + | Fallon Kevin, 2800 252nd Ave., Salem WI 53168-9239 |
| 27741894 | + | Fidelity Labs LLC, 200 Seaport Boulevard, Boston, MA 02210-2000 |
| 27839463 | + | Flake Thomas, 709 Roosevelt Ave., Virginia Beach VA 23452-4019 |
| 27741896 | + | G Hogan Commercial Cleaning, 645 Estates Way, Chesapeake, VA 23320-6758 |
| 27741897 | + | HK Cryptocurrency Mining LLC, 470 Park Avenue South, New York, NY 10016-6819 |
| 27839464 | + | Hoffland Properties Inc., 5400 Virginia Beach Blvd, Virginia Beach VA 23462-1724 |
| 28044595 | + | Hoffland Properties, Inc., c/o Dennis T. Lewandowski, Kaufman & Canoles, P.C., 150 West Main Street, Suite 2100, Norfolk, VA 23510-1681 |
| 27741898 | + | Horizon Kinetics LLC, 470 Park Avenue South, New York, NY 10016-6819 |
| 27741899 | + | Image 360, 118 Pennsylvania Ave., Virginia Beach, VA 23462-2512 |
| 27741900 | + | Inate One LLC, 1083 Independence Blvd., #206, Virginia Beach, VA 23455-5523 |
| 27741901 | + | Jack Frost Enterprises, 3168 Holland Road, Virginia Beach, VA 23453-2612 |
| 28065945 | + | John Ashby, 1440 West Little Neck Road, Virginia Beach, VA 23452-4763 |
| 27741902 | + | Johns Brothers Security, 310 E. Street, Hampton, VA 23661-1210 |
| 28061693 | | Jones, Madden & Council, PLC, 5029 Corporate Woods Drive, Suite 190, Virginia Beach, VA 23462-4376 |
| 28063471 | + | Joseph LaMontagne, 607 Lynnhaven Pkwy, Virginia Beach, VA 23452-7382 |

| District/off: 0752-1 | User: mgarcia1 | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: ntcftfc7 | Total Noticed: 72 |

| | | |
|---|---|---|
| 27741903 | + | Joseph LaMontagne, 582 Lynnhaven Parkway, Virginia Beach, VA 23452-7366 |
| 28219559 | + | Katten Munchin Rosenman LLP, 525 W. Monroe St., Chicago, IL 60661-3693 |
| 27839465 | + | Lease of Parcel and Improvements, 5465 Greenwich Rd., Virginia Beach VA 23462-6511 |
| 27741904 | + | Matthew B. Kirsner, Eckert Seamans Cherin & Mellott LLC, 919 E. Main St., #1300, Richmond, VA 23219-4624 |
| 27741905 | + | Michael Adolphi, 4404 Muddy Creek Road, Virginia Beach, VA 23457-1574 |
| 28059000 | + | Michael D. Adolphi, 4404 Muddy Creek Road, Virginia Beach, VA 23457-1574 |
| 27741906 | + | Midgett Preti Olansen PC, Attn: Alison R. Zizzo, 2901 Lynnhaven Rd., #120, Virginia Beach, VA 23452-8505 |
| 27741907 | + | Paul Bozych, Nielsen, Zehe & Antas, P.C., 55 W. Monroe St., #1800, Chicago, IL 60603-5037 |
| 28059011 | + | Paul K. Wong, 4020 Church Point Road, Virginia Beach, VA 23455-7038 |
| 28216481 | + | Paychex, Inc., Bond, Schoeneck & King, PLLC, 350 Linden Oaks, Third Floor, Rochester, NY 14625-2807 |
| 27741908 | + | Pro Window, Inc., 1604 Virginia Beach Blvd., Virginia Beach, VA 23454-4631 |
| 27741909 | + | Professional Heating & Cooling, Inc, 3306 Arizona Ave., Norfolk, VA 23513-4115 |
| 27741910 | + | Seth A. Robbins, Robbins Law Group, 1100 N. Glebe Rd., Ste. 1010, Arlington, VA 22201-5786 |
| 27741911 | + | Silbar Security Corporation, 1508 Technology Drive, #101, Chesapeake, VA 23320-5980 |
| 27741912 | + | Solutrix, 5469 Greenwich Road, Virginia Beach, VA 23462-6511 |
| 28661790 | + | St. bitts, LLC d.b.a Butcoin.com, Harry A. Readshaw, 600 Grant Street,44th Floor, Pittsburgh, PA 15219-2713 |
| 28063519 | + | Thomas Flake, 709 Roosevelt Avenue, Virginia Beach, VA 23452-4019 |
| 28063520 | + | Thomas G. Flake, 709 Roosevelt Avenue, Virginia Beach, VA 23452-4019 |
| 28069349 | | Timothy L Brown, 804 Rutherford Dr, Chesapeake, VA 23322-7739 |
| 28226287 | + | U.S. Customs and Border Protection, Attn: Revenue Division, Bankruptcy Team, 6650 Telecom Dr., Suite 100, Indianapolis, In 46278-2010 |
| 27741914 | + | US Customs & Border Protection, 6650 Telecom Drive, #100, Indianapolis, IN 46278-2010 |
| 27741915 | | Verizon, PO Box 15043, Albany, NY 12212-5043 |
| 28040720 | + | W. Greer McCreedy, 413 West York Street, Norfolk, VA 23510-1114 |
| 27741916 | + | WESCO Distribution, Inc., David A Agay, 300 North LaSalle Street, Suite 1400, Chicago IL 60654-3474 |
| 27839460 | | Wesco Distribution Inc., PO Box 530409, Atlanta, GA 30353-0409 |
| 27741917 | + | Zhouyang (Mason) Song, 6540 RFeflection Drive #1225, San Diego, CA 92124-5136 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 27741883 | Email/Text: bankruptcynotices@amazon.com | Jan 05 2021 00:46:00 | Amazon Web Services, Inc., 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 27741890 | Email/Text: DEbankruptcy@domenergy.com | Jan 05 2021 00:43:00 | Dominion Virginia Power, PO Box 26666, Bankkruptcy Dept 10th Floor, Richmond, VA 23261 |
| 28725541 | + Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Jan 05 2021 00:44:00 | Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604-2027 |
| 28111470 | + Email/Text: tross@trcmllc.com | Jan 05 2021 00:46:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598-0633 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Pollick & Schmahl, LLC |
| 27839469 | *+ | BCause Spot LLC, 130 S. Jefferson St., #101, Chicago IL 60661-3502 |
| 28111468 | *+ | CB Critical Systems, 11816 Mason Park Way, Glen Allen, VA 23059-5828 |
| 28394779 | *+ | Dawn L Chapman, 2324 Treesong Trail, Virginia Beach, VA 23456-6721 |
| 27741913 | ##+ | The Water H2Ole, Inc., 1444 Southern Blvd., #C2-A, Virginia Beach, VA 23454-4881 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-10562   Doc 466   Filed 01/06/21   Entered 01/06/21 23:20:39   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: mgarcia1 | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: ntcftfc7 | Total Noticed: 72 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex D Moglia, ESQ | amoglia@mogliaadvisors.com  IL31@ecfcbis.com |
| Arthur G Simon | on behalf of Debtor 1 BCause LLC  a Virginia limited liability company asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com |
| Brian L Shaw | on behalf of Creditor BMG Operations Ltd. bshaw@cozen.com  brian-shaw-5749@ecf.pacerpro.com;cknez@cozen.com |
| Christina Sanfelippo | on behalf of Creditor BMG Operations Ltd. csanfelippo@cozen.com PCarraway-Love@cozen.com;christina-sanfelippo-5069@ecf.pacerpro.com |
| David A Agay | on behalf of Creditor Wesco Distribution  Inc. dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com |
| Debra Devassy Babu | on behalf of Creditor CCA Financial  LLC ddevassy@askounisdarcy.com, zjohannsen@askounisdarcy.com |
| Devon J Eggert | on behalf of Creditor Committee Official Committee Of Unsecured Creditors deggert@bcblaw.net  pfoster@bcblaw.net |
| Elizabeth L Janczak | on behalf of Creditor Committee Official Committee Of Unsecured Creditors ejanczak@freeborn.com bkdocketing@freeborn.com |
| Ha M Nguyen | on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov  USTP.region11.es.ecf@usdoj.gov |
| J Mark Fisher | on behalf of Creditor Hoffland Properties  Inc mfisher@schiffhardin.com, edocket@schiffhardin.com;sricciardi@schiffhardin.com |
| Jamie L Burns | on behalf of Creditor W-R2 Jefferson Owner VIII  LLC jburns@lplegal.com, ikropiewnicka@lplegal.com;rwilliamson@lplegal.com |
| Jason M Torf | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia jason.torf@icemiller.com |
| Jeffrey C Dan | on behalf of Debtor 1 BCause LLC  a Virginia limited liability company jeffd@goldmclaw.com |
| Jennifer M McLemore | on behalf of Creditor BMG Operations Ltd. jmclemore@williamsmullen.com  avaughn@williamsmullen.com |
| John F. Pollick | on behalf of Trustee Alex D Moglia  ESQ johnfpollick@gmail.com |
| Lindsey Conley | on behalf of Creditor Greenwich Centre Investors  L.C. lconley@hinshawlaw.com, ihernandez@hinshawlaw.com |
| Marc Ira Fenton | on behalf of Creditor W-R2 Jefferson Owner VIII  LLC mfenton@lplegal.com, skiolbasa@lplegal.com;ikropiewnicka@lplegal.com |
| Maria G Carr | |

| | |
|---|---|
| District/off: 0752-1 | User: mgarcia1 | Page 4 of 4 |
| Date Rcvd: Jan 04, 2021 | Form ID: ntcftfc7 | Total Noticed: 72 |

| | |
|---|---|
| | on behalf of Creditor Wesco Distribution Inc. mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com |
| Micah E. Marcus | |
| | on behalf of Defendant WESCO Distribution Inc. mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com |
| Michael M Schmahl | |
| | on behalf of Accountant T&W mschmahl@mps-law.com mmsfiling@gmail.com |
| Patrick S Layng | |
| | USTPRegion11.ES.ECF@usdoj.gov |
| Richard S Lauter | |
| | on behalf of Creditor PS Illinois Trust Richard.Lauter@lewisbrisbois.com lbbscaesars@gmail.com |
| Sarah K Angelino | |
| | on behalf of Creditor Hoffland Properties Inc sangelino@schiffhardin.com, edocket@schiffhardin.com |
| Scott R Clar | |
| | on behalf of Debtor 1 BCause LLC a Virginia limited liability company sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com |
| Shara C Cornell | |
| | on behalf of Creditor Wesco Distribution Inc. scornell@mcdonaldhopkins.com |
| Shelly A. DeRousse | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors sderousse@freeborn.com bkdocketing@freeborn.com |

TOTAL: 26