2/4/2021                                         Moglia Advisors
12:11 PM                                         Slip Listing                                    Page        1

---

## Selection Criteria

---

Slip.Slip          Type        Time
Clie.Selection                 Include: BCause Moglia Advisors
Slip.Transaction Date          Earliest - 12/31/2020

---

Rate Info - identifies rate source and level

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting  Status | | Client | Est. Time | Bill  Status | |
| Description | | Reference | Variance | | |

**Nickname 1: Accounting/Auditing**

| 254591 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 5/12/2020 | | Reconcile | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| April bank statement. | | Accounting/Auditing | 0.00 | | |

| 255611 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
|---|---|---|---|---|---|
| 6/12/2020 | | Review | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Wesco settlement agreement and banking instructions.  Sent email to Schmahl re:  banking instructions on agreement redacted. | | Accounting/Auditing | 0.00 | | |

| 256714 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 7/21/2020 | | Review | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| and respond to email from M Springer re: additional information she needs for TIR. | | Accounting/Auditing | 0.00 | | |

| 256832 | TIME | Jill Niese | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 7/28/2020 | | t/c  w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| M Schmahl re: UST TIR info and discussed call from Verizon on outstanding bill.  Sent copy of bill to Schmahl to address if the need arises. | | Accounting/Auditing | 0.00 | | |

| 257080 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 8/11/2020 | | Prepare | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| July bank reconciliation | | Accounting/Auditing | 0.00 | | |

| 258215 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 10/14/2020 | | Prepare | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| September, 2020 Mechanics bank reconciliation. | | Accounting/Auditing | 0.00 | | |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page    2

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 258837          TIME 11/18/2020 WIP email to Lakeside Bank, Palmisano for explanation on the monthly bank analysis statement. | Jill Niese Sent BCause Moglia Advisor Accounting/Auditing | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 258845          TIME 11/20/2020 WIP email to Lakeside Bank, Palmisano to request paperwork sent to the Trustee to close the bank account. | Jill Niese Sent BCause Moglia Advisor Accounting/Auditing | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 259105          TIME 12/10/2020 WIP November, 2020 bank reconciliation. | Jill Niese Prepare BCause Moglia Advisor Accounting/Auditing | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 259352          TIME 12/29/2020 WIP check payable to Wesler for 2019 tax return preparation | Jill Niese Prepare BCause Moglia Advisor Accounting/Auditing | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |

Total: Jill Niese

| | | | | |
|---|---|---|---|---|
| | Billable | 1.70 | | 680.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 1.70 | | 680.00 |

Total: Accounting/Auditing

| | | | | |
|---|---|---|---|---|
| | Billable | 1.70 | | 680.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 1.70 | | 680.00 |

Nickname 1: Asset
Disposition  249810
TIME 11/26/2019
WIP
M. Adolphi re setup meeting to discuss Bitcoin business

| | Jill Niese t/c w/ BCause Moglia Advisor Asset Disposition | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
|---|---|---|---|---|

| 249814          TIME 11/27/2019 WIP Mike Adolphi and Moglia re Bitcoin conversion | Jill Niese t/c w/ BCause Moglia Advisor Asset Disposition | 0.40 0.00 0.00 0.00 | 400.00 T@9 | 160.00 |
|---|---|---|---|---|

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page      3

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 249930 | TIME | Jill Niese | 0.40 | 400.00 | 160.00 |
| 12/3/2019 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Schmahl and Moglia re Bitcoin conversion and hire Christi Vaasen | | Asset Disposition | 0.00 | | |
| 250105 | TIME | Jill Niese | 0.90 | 400.00 | 360.00 |
| 12/10/2019 | | Obtain | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| set up Bitcoin wallet on Block Chain | | Asset Disposition | 0.00 | | |
| 250107 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
| 12/11/2019 | | Obtain | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| access Bitcoin wallet on Block Chain to verify 2nd deposit of crypto currency sent over by Mike Adolphi | | Asset Disposition | 0.00 | | |
| 250942 | TIME | Jill Niese | 0.30 | 400.00 | 120.00 |
| 1/7/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| M. Schmahl re Christi Vaasen re Bitcoin conversion | | Asset Disposition | 0.00 | | |
| 251205 | TIME | Jill Niese | 0.30 | 400.00 | 120.00 |
| 1/13/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Mike Schmahl to discuss next steps with the Bitcoin transfer and working with Christi Vaasen | | Asset Disposition | 0.00 | | |
| 251210 | TIME | Jill Niese | 1.50 | 400.00 | 600.00 |
| 1/15/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| M. Schmahl and Christi Vaasen re Bitcoin wallets at PrimeTrust and Slush Pool | | Asset Disposition | 0.00 | | |
| 251211 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
| 1/15/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| M. Schmahl and Shawn Dailey re Slush Pool | | Asset Disposition | 0.00 | | |
| 251462 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
| 1/22/2020 | | Review | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email from Mike Schmahl re Christi Vaasen and Bitcoin conversion and responded | | Asset Disposition | 0.00 | | |
| 252313 | TIME | Jill Niese | 0.70 | 400.00 | 280.00 |
| 2/21/2020 | | Prepare | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page     4

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| transfer of Bitcoin and Bitcoin cash to Robb at Prime Trust | Asset Disposition | 0.00 | | |
| 252315            TIME 2/21/2020 WIP Robb Balaban and Mike Schmahl re transfer, had to pay small fee, slow in transferring | Jill Niese t/c w/ BCause Moglia Advisor Asset Disposition | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 252620            TIME 2/27/2020 WIP email to Rob Balaban at Prime Trust to revise the fund authorization documents | Jill Niese Sent BCause Moglia Advisor Asset Disposition | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 252625            TIME 2/28/2020 WIP M. Schmahl re Bitcoin conversion wire; Christi Vaasen and what she needs to complete | Jill Niese t/c w/ BCause Moglia Advisor Asset Disposition | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 252806            TIME 3/2/2020 WIP deposit of Bitcoin and Bitcoin cash wire | Jill Niese Prepare BCause Moglia Advisor Asset Disposition | 0.20 0.00 0.00 0.00 | 400.00 T@9 | 80.00 |
| Total: Jill Niese | Billable Unbillable Total | 5.90 0.00 5.90 | | 2360.00 0.00 2360.00 |
| Total: Asset Disposition | Billable Unbillable Total | 5.90 0.00 5.90 | | 2360.00 0.00 2360.00 |
| Nickname 1: Case Administration | | | | |
| 248298            TIME 10/18/2019 WIP Lakeside Bank new account applications form | Jill Niese Prepare BCause Moglia Advisor Case Administration | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 248693            TIME 10/30/2019 WIP and printed checks to be paid to Silbar and | Jill Niese Prepare BCause Moglia Advisor Case Administration | 1.50 0.00 0.00 0.00 | 400.00 T@9 | 600.00 |

2/4/2021                                              Moglia Advisors
12:11 PM                                              Slip Listing                                    Page        5

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| independent contractors and Wesco | | | | |
| 248694              TIME 10/30/2019 WIP Silbar to request W9 | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 249386              TIME 11/12/2019 WIP October bank statements | Jill Niese Reconcile BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 249397              TIME 11/13/2019 WIP October bank statements | Jill Niese Reconcile BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 249409              TIME 11/15/2019 WIP email to Allan Adaya at Lakeside Bank re questions about Oct. bank statement | Jill Niese Sent BCause Moglia Advisor Case Administration | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 249411              TIME 11/15/2019 WIP email to M. Schmahl re Dominion Energy refund | Jill Niese Sent BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 249811              TIME 11/26/2019 WIP Quickbooks to renew the accounting software subscription | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 249815              TIME 11/27/2019 WIP Quickbooks re correct renewal to online | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.40 0.00 0.00 0.00 | 400.00 T@9 | 160.00 |
| 249816              TIME 11/27/2019 WIP Quickbooks reporting | Jill Niese Prepare BCause Moglia Advisor Case Administration | 0.40 0.00 0.00 0.00 | 400.00 T@9 | 160.00 |
| 249934              TIME 12/4/2019 WIP to Moglia and Schmahl re estimate for work to be | Jill Niese Email BCause Moglia Advisor Case Administration | 0.50 0.00 0.00 0.00 | 400.00 T@9 | 200.00 |

2/4/2021                                    Moglia Advisors
12:11 PM                                    Slip Listing                                    Page      6

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| done by Christi Vaasen | | | | |
| 249944            TIME 12/6/2019 WIP Schmahl re various open items such as hiring Christi Vaasen, Bitcoin wallet and Dominion Energy | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.40 0.00 0.00 0.00 | 400.00 T@9 | 160.00 |
| 250099            TIME 12/10/2019 WIP November bank statements | Jill Niese Reconcile BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 250106            TIME 12/11/2019 WIP deposit for Dominion Energy check into Rabobank | Jill Niese Prepare BCause Moglia Advisor Case Administration | 0.20 0.00 0.00 0.00 | 400.00 T@9 | 80.00 |
| 251192            TIME 1/13/2020 WIP December 2019 bank reconciliations | Jill Niese Prepare BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 251464            TIME 1/24/2020 WIP Christi Vaasen re preparing W2s and 1099s | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.20 0.00 0.00 0.00 | 400.00 T@9 | 80.00 |
| 251557            TIME 1/27/2020 WIP M. Schmahl re certain administrative expenses | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.20 0.00 0.00 0.00 | 400.00 T@9 | 80.00 |
| 251722            TIME 1/30/2020 WIP left message with Denny Johnson at VA Employment Commission | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 251941            TIME 2/5/2020 WIP Christi Vaasen re cost for W2s | Jill Niese t/c w/ BCause Moglia Advisor Case Administration | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |
| 252294            TIME 2/17/2020 WIP check to Moglia Advisors for certain expenses | Jill Niese Prepare BCause Moglia Advisor Case Administration | 0.30 0.00 0.00 0.00 | 400.00 T@9 | 120.00 |

2/4/2021                                    Moglia Advisors
12:11 PM                                    Slip Listing                                    Page        7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| associated with QuickBooks, W2s and late IL SUI payment to Intuit | | | | |
| 252314              TIME<br>2/21/2020<br>WIP<br>email to First Century Link, debtors' internet provider | Jill Niese<br>Sent<br>BCause Moglia Advisor<br>Case Administration | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 160.00 |
| 252619              TIME<br>2/27/2020<br>WIP<br>left message for Dawna Greene at Century Link re cancel service and send invoices | Jill Niese<br>Phone Call<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 252621              TIME<br>2/27/2020<br>WIP<br>Century Link invoices and sent email to Mike Schmahl and Alex Moglia on next steps | Jill Niese<br>Review<br>BCause Moglia Advisor<br>Case Administration | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 280.00 |
| 253034              TIME<br>3/10/2020<br>WIP<br>February 2020 bank statements | Jill Niese<br>Reconcile<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 254613              TIME<br>5/13/2020<br>WIP<br>meeting invite to Mike Schmahl and Dawn Chapman to discuss 401k plan. | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 254621              TIME<br>5/14/2020<br>WIP<br>Schmahl to prep for meeting with Chapman re: 401K. | Jill Niese<br>t/conf. w/<br>BCause Moglia Advisor<br>Case Administration | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 254622              TIME<br>5/14/2020<br>WIP<br>Schmahl and Chapman re: 401K. | Jill Niese<br>t/conf. w/<br>BCause Moglia Advisor<br>Case Administration | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 160.00 |
| 254883              TIME<br>5/19/2020<br>WIP<br>and sent email to Vaasen and Wesler re: 2019 tax return supporting detail and documentation between Bcause financials and the Trustee's trust account | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 160.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 254884           TIME<br>5/19/2020<br>WIP<br>Schmahl, Chapman re: 401K wrap up<br>prep. Another meeting scheduled for<br>5/21/20. | Jill Niese<br>t/c  w/<br>BCause Moglia Advisor<br>Case Administration | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 254904           TIME<br>5/21/2020<br>WIP<br>Schmahl, Chapman next steps in wrapping up the<br>401K plan. | Jill Niese<br>t/c  w/<br>BCause Moglia Advisor<br>Case Administration | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 200.00 |
| 254905           TIME<br>5/21/2020<br>WIP<br>Schmahl and LeFoldt discussing 401(k) form from<br>Paychex | Jill Niese<br>t/c  w/<br>BCause Moglia Advisor<br>Case Administration | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 200.00 |
| 254914           TIME<br>5/22/2020<br>WIP<br>draft email to 401K plan participants | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 255586           TIME<br>6/10/2020<br>WIP<br>May 2020 bank reconciliation. | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 255984           TIME<br>6/26/2020<br>WIP<br>wire to Wesco for settlement of their claim | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 255985           TIME<br>6/26/2020<br>WIP<br>wire to Mason, Pollick & Schmahl for legal fees | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 256522           TIME<br>7/15/2020<br>WIP<br>June, 2020 bank reconciliation. | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 256532           TIME<br>7/15/2020<br>WIP<br>follow up email to D Chapman re:  wrap up of the<br>401k plan and confirming form 5500 was completed | Jill Niese<br>Sent<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |

2/4/2021                          Moglia Advisors
12:11 PM                          Slip Listing                                      Page        9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| and submitted on time | | | | |
| 256720            TIME<br>7/22/2020<br>WIP<br>Schmahl re:  status of 2019 tax returns and<br>outstanding issues we need to resolve to allow<br>Wesler to complete the returns. | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 256833            TIME<br>7/28/2020<br>WIP<br>sent to Tiana at Verizon re: sent bankruptcy notice<br>per her request. | Jill Niese<br>Email<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 256975            TIME<br>8/6/2020<br>WIP<br>with Nandapreecha several State employment<br>documents about which she will need to call and<br>get more information on why they were sent. | Jill Niese<br>Discuss<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 257223            TIME<br>8/20/2020<br>WIP<br>and downloaded 2019 Fed and state tax returns. | Jill Niese<br>Obtain<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 257427            TIME<br>8/25/2020<br>WIP<br>Schmahl re: discussed 2019 tax returns  and<br>expected fee applications. | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Case Administration | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 257636            TIME<br>9/8/2020<br>WIP<br>work on nunc pro tunc application for Moglia<br>Advisors | Jill Niese<br>Review<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 257641            TIME<br>9/9/2020<br>WIP<br>Wesler re IRS e-filing authorization | Jill Niese<br>Email<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 257642            TIME<br>9/9/2020<br>WIP<br>Schmahl with additional state of NJ employment | Jill Niese<br>Email<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |

2/4/2021                                   Moglia Advisors
12:11 PM                                   Slip Listing                                   Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| notice. | | | | |
| 257643              TIME<br>9/9/2020<br>WIP<br>Schmahl re: 2019 tax return, Dominion, and other issues | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 257726              TIME<br>9/14/2020<br>WIP<br>August 2020 Mechanics bank reconciliation. | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 257757              TIME<br>9/18/2020<br>WIP<br>w/Nandapreecha re: 2019 Census. | Jill Niese<br>Discuss<br>BCause Moglia Advisor<br>Case Administration | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 280.00 |
| 257823              TIME<br>9/23/2020<br>WIP<br>motion to hire Moglia Advisors nunc pro tunc. | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 257993              TIME<br>9/28/2020<br>WIP<br>and submitted 2019 census information related to BCause LLC. | Jill Niese<br>Prepare<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 258001              TIME<br>9/30/2020<br>WIP<br>Schmahl re:  Nunc Pro Tunc motion to employ Moglia Advisors.  Clarify information therein | Jill Niese<br>t/c  w/<br>BCause Moglia Advisor<br>Case Administration | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 258010              TIME<br>10/1/2020<br>WIP<br>rough draft of te Nunc Pro Tunc motion and provided edits | Jill Niese<br>Review<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 258012              TIME<br>10/2/2020<br>WIP<br>w/Moglia re: Nunc Pro Tunc motion reviewed Moglia and Niese's edits. | Jill Niese<br>Discuss<br>BCause Moglia Advisor<br>Case Administration | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |

2/4/2021                                      Moglia Advisors
12:11 PM                                        Slip Listing                                        Page      11

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 258355 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
| 10/22/2020 | | Review | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| letter received from Mechanics Bank re: bank error in processing two wires caused incorrect bank statements from June, 2020 through Sep, 2020. | | Case Administration | 0.00 | | |
| 258710 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
| 11/10/2020 | | Prepare | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Sep., 2020 Mechanics bank reconciliation. | | Case Administration | 0.00 | | |
| 259152 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
| 12/14/2020 | | Prepare | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Lakeside Bank account closing form to transfer funds to Metropolitan Bank account. | | Case Administration | 0.00 | | |

Total: Jill Niese

| | Billable | 14.50 | 5800.00 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 14.50 | 5800.00 |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 249821 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 11/27/2019 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice to creditor | | Case Administration | 0.00 | | |
| 249919 | TIME | Karen Nandapreecha | 0.20 | 150.00 | 30.00 |
| 12/3/2019 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notices to three creditors | | Case Administration | 0.00 | | |
| 250341 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 12/9/2019 | | Email | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice of bankruptcy to creditor | | Case Administration | 0.00 | | |
| 250343 | TIME | Karen Nandapreecha | 0.20 | 150.00 | 30.00 |
| 12/10/2019 | | t/c w/ | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| State of Illinois re worker's compensation | | Case Administration | 0.00 | | |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page    12

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 250345 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 12/11/2019 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice of bankruptcy to two creditors | | Case Administration | 0.00 | | |
| 250348 | TIME | Karen Nandapreecha | 0.20 | 150.00 | 30.00 |
| 12/12/2019 | | Sent | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice of bankruptcy to four creditors | | Case Administration | 0.00 | | |
| 250355 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 12/19/2019 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice of bankruptcy to two creditors | | Case Administration | 0.00 | | |
| 250955 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 1/6/2020 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| two notices of bankruptcy to creditors | | Case Administration | 0.00 | | |
| 250967 | TIME | Karen Nandapreecha | 0.20 | 150.00 | 30.00 |
| 1/12/2020 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| three notices of bankruptcy to creditors | | Case Administration | 0.00 | | |
| 251714 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 1/29/2020 | | Facsimile | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| bankruptcy information to VA Worker's Comp Commission | | Case Administration | 0.00 | | |
| 252123 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 2/11/2020 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice of bankruptcy to Cox Business | | Case Administration | 0.00 | | |
| 256412 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 7/15/2020 | | mail | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice to US Office of Personnel Management | | Case Administration | 0.00 | | |
| 257334 | TIME | Karen Nandapreecha | 0.20 | 150.00 | 30.00 |
| 8/20/2020 | | Facsimile | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice to BCPE; email notice to Hartford and Commissioner of Revenue | | Case Administration | 0.00 | | |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page    13

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 257761 | TIME | Karen Nandapreecha | 1.00 | 150.00 | 150.00 |
| 9/15/2020 | | Typing | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| motion to hire Moglia Advisors | | Case Administration | 0.00 | | |
| 257766 | TIME | Karen Nandapreecha | 0.70 | 150.00 | 105.00 |
| 9/18/2020 | | Discuss | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| with Niese re survey | | Case Administration | 0.00 | | |
| 257985 | TIME | Karen Nandapreecha | 0.50 | 150.00 | 75.00 |
| 10/2/2020 | | Typing | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| motion to employ Moglia Advisors | | Case Administration | 0.00 | | |
| 258917 | TIME | Karen Nandapreecha | 0.90 | 150.00 | 135.00 |
| 11/24/2020 | | Review & revise BCause | 0.00 | T@17 | |
| WIP | | Moglia Advisor Case | 0.00 | | |
| fee application | | Administration | 0.00 | | |
| 259083 | TIME | Karen Nandapreecha t/c | 0.20 | 150.00 | 30.00 |
| 12/11/2020 | | w/ | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| State of VA re company in bankruptcy; need to fill out form R3 | | Case Administration | 0.00 | | |
| 259230 | TIME | Karen Nandapreecha | 0.10 | 150.00 | 15.00 |
| 12/14/2020 | | Facsimile | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| notice to file claim to IDES | | Case Administration | 0.00 | | |
| 259231 | TIME | Karen Nandapreecha t/c | 0.20 | 150.00 | 30.00 |
| 12/14/2020 | | w/ | 0.00 | T@17 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| State of NJ re update bankruptcy dept | | Case Administration | 0.00 | | |
| 259300 | TIME | Karen Nandapreecha | 0.80 | 150.00 | 120.00 |
| 12/21/2020 | | Review & revise BCause | 0.00 | T@17 | |
| WIP | | Moglia Advisor Case | 0.00 | | |
| fee application | | Administration | 0.00 | | |

Total: Karen Nandapreecha

| | | |
|---|---|---|
| Billable | 6.20 | 930.00 |
| Unbillable | 0.00 | 0.00 |
| Total | 6.20 | 930.00 |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|

**Total: Case Administration**

| | Billable | 20.70 | | 6730.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 20.70 | | 6730.00 |

**Nickname 1: Employee Benefits/Pensions**

| 251208  TIME<br>1/14/2020<br>WIP<br>Christi Vaasen, left message re 401k | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 251209  TIME<br>1/14/2020<br>WIP<br>Mike Schmahl re 401k | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 252134  TIME<br>2/11/2020<br>WIP<br>email to Mike Schmahl and Moglia re 401k fee letter from Paychex | Jill Niese<br>Sent<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 253024  TIME<br>3/10/2020<br>WIP<br>Paychex re 401k plan | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.80<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 320.00 |
| 253857  TIME<br>4/6/2020<br>WIP<br>email to Mike Schmahl re: status on discussion with Dawn Chapman on 401k and the Lakeside bank acct. | Jill Niese<br>Sent<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 254051  TIME<br>4/13/2020<br>WIP<br>Mike Schmahl re:  401K plan and call to Dawn Chapman, Lakeside Bank acct. | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 254298  TIME<br>5/1/2020<br>WIP<br>email to Mike Schmahl re: Dawn Chapman and 401K plan | Jill Niese<br>Sent<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page     15

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 254299<br>5/1/2020<br>WIP<br>Mike Schmahl re 401k plan | TIME | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 254300<br>5/1/2020<br>WIP<br>Left message with Larry Lefoldt re Bcause 401K<br>plan. | TIME | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 254511<br>5/4/2020<br>WIP<br>re meeting between Larry Lefoldt, Jill Niese and<br>Michael Schmahl to discuss the  Bcause 401K plan. | TIME | Jill Niese<br>Correspondence<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 254520<br>5/7/2020<br>WIP<br>Larry Lefoldt and Candy Banks re: Bcause 401K<br>plan and the difficulty in getting information from the<br>plan provider Paychex. | TIME | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 200.00 |
| 254602<br>5/12/2020<br>WIP<br>email to Schmahl re: 401K discussion w/Dawn<br>Chapman, Wesco settlement payment. | TIME | Jill Niese<br>Sent<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 255085<br>5/27/2020<br>WIP<br>and sent email to Chapman Re: email to send to all<br>401K plan participants. | TIME | Jill Niese<br>Finalize<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.80<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 320.00 |
| 255405<br>6/1/2020<br>WIP<br>401K termination documentation | TIME | Jill Niese<br>Research<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 255968<br>6/23/2020<br>WIP<br>and respond to emails from Dawn Chapman<br>re: 401K final distribution. | TIME | Jill Niese<br>Review<br>BCause Moglia Advisor<br>Employee Benefits/Pen | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |

2/4/2021                                        Moglia Advisors
12:11 PM                                        Slip Listing                                        Page      16

| Slip ID | | User | | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | Activity | | DNB Time | Rate Info | |
| Posting Status | | Client | | Est. Time | Bill Status | |
| Description | | Reference | | Variance | | |
| 256372 | TIME | Jill Niese | | 0.10 | 400.00 | 40.00 |
| 7/8/2020 | | t/c w/ | | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | | 0.00 | | |
| M Schmahl re 401k | | Employee Benefits/Pen | | 0.00 | | |
| | | | | | | |
| 256707 | TIME | Jill Niese | | 0.10 | 400.00 | 40.00 |
| 7/21/2020 | | Email | | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | | 0.00 | | |
| Chapman regarding finalizing of the 2019 5500 form. | | Employee Benefits/Pen | | 0.00 | | |
| | | | | _____ | | _____ |
| Total: Jill Niese | | | | | | |
| | | Billable | | 4.10 | | 1640.00 |
| | | Unbillable | | 0.00 | | 0.00 |
| | | Total | | 4.10 | | 1640.00 |
| | | | | _____ | | _____ |
| ==Total: Employee Benefits/Pensions== | | | | | | |
| | | Billable | | 4.10 | | 1640.00 |
| | | Unbillable | | 0.00 | | 0.00 |
| | | Total | | ==4.10== | | ==1640.00== |
| | | | | | | |
| Nickname 1: Fee/Employment | | | | | | |
| Applications   258937 | TIME | Jill Niese | | 0.30 | 400.00 | 120.00 |
| 11/24/2020 | | Prepare | | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | | 0.00 | | |
| Moglia Advisors' fee app. | | Fee/Employment Appli | | 0.00 | | |
| | | | | | | |
| 259355 | TIME | Jill Niese | | 0.80 | 400.00 | 320.00 |
| 12/30/2020 | | Prepare | | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | | 0.00 | | |
| 1st M.A. fee application (continued) | | Fee/Employment Appli | | 0.00 | | |
| | | | | _____ | | _____ |
| Total: Jill Niese | | | | | | |
| | | Billable | | 1.10 | | 440.00 |
| | | Unbillable | | 0.00 | | 0.00 |
| | | Total | | 1.10 | | 440.00 |
| | | | | _____ | | _____ |
| ==Total: Fee/Employment Applications== | | | | | | |
| | | Billable | | 1.10 | | 440.00 |
| | | Unbillable | | 0.00 | | 0.00 |
| | | Total | | ==1.10== | | ==440.00== |
| | | | | | | |
| Nickname 1: Financing | | | | | | |
| 248689 | TIME | Jill | Niese | 0.30 | 400.00 | 120.00 |
| 10/29/2019 | | t/conf. w/ | | 0.00 | T@9 | |

Moglia Advisors
Slip Listing

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| WIP Michael Schmahl re customer issues and independent contractor payments | BCause Moglia Advisor Financing | 0.00 0.00 | | |
| 248690            TIME 10/29/2019 WIP Fanny Yuen of Lakeside Bank re wire funds to Mechanics Bank | Jill Niese t/c w/ BCause Moglia Advisor Financing | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 248691            TIME 10/29/2019 WIP court order docket #367 and M. Schmahl's email for payments | Jill Niese Review BCause Moglia Advisor Financing | 1.00 0.00 0.00 0.00 | 400.00 T@9 | 400.00 |
| 248695            TIME 10/30/2019 WIP Mechanics Bank to verify wire received | Jill Niese t/c w/ BCause Moglia Advisor Financing | 0.20 0.00 0.00 0.00 | 400.00 T@9 | 80.00 |
| 248696            TIME 10/30/2019 WIP email to Lakeside to verify wire sent | Jill Niese Sent BCause Moglia Advisor Financing | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |
| 251721            TIME 1/30/2020 WIP DE 409; trustee allowed to use cash collateral for certain expenses | Jill Niese Review BCause Moglia Advisor Financing | 0.10 0.00 0.00 0.00 | 400.00 T@9 | 40.00 |

Total: Jill Niese

| | | | | |
|---|---|---|---|---|
| | Billable | 1.80 | | 720.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 1.80 | | 720.00 |

Total: Financing

| | | | | |
|---|---|---|---|---|
| | Billable | 1.80 | | 720.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 1.80 | | 720.00 |

2/4/2021                                    Moglia Advisors
12:11 PM                                    Slip Listing                                    Page      18

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

**Nickname 1: Tax Issues**

| Slip | | User | Units | Rate | Value |
|---|---|---|---|---|---|
| 249553 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
| 11/22/2019 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| first potential accountant re 2019 tax returns | | Tax Issues | 0.00 | | |
| | | | | | |
| 249812 | TIME | Jill Niese | 0.70 | 400.00 | 280.00 |
| 11/26/2019 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| debtors' former CPA, who filed 2018 tax return and another accountant | | Tax Issues | 0.00 | | |
| | | | | | |
| 249933 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
| 12/4/2019 | | Sent | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email to potential accountant re estimate cost to do tax returns for 2019 | | Tax Issues | 0.00 | | |
| | | | | | |
| 251463 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
| 1/24/2020 | | Prepare | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| check to Christi Vaasen for 50% of fees allowed for accounting services | | Tax Issues | 0.00 | | |
| | | | | | |
| 251555 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
| 1/27/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Christi Vaasen re cancel BCause Secure 1099s | | Tax Issues | 0.00 | | |
| | | | | | |
| 251556 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
| 1/27/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| M. Schmahl re 1099s and W2s issue | | Tax Issues | 0.00 | | |
| | | | | | |
| 251558 | TIME | Jill Niese | 0.40 | 400.00 | 160.00 |
| 1/27/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| M. Schmahl re how to pay for 1099s, W2s | | Tax Issues | 0.00 | | |
| | | | | | |
| 251559 | TIME | Jill Niese | 0.50 | 400.00 | 200.00 |
| 1/28/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Ray Shaw at the Collection Agency re IL SUI taxes | | Tax Issues | 0.00 | | |
| | | | | | |
| 251953 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
| 2/7/2020 | | Review | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email from Donnie Johnson at VA VEC re Q4 2019 | | Tax Issues | 0.00 | | |

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

Page    19

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

filing; sent email to Vaasen to prepare the filing

| 252133 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 2/11/2020 | | Sent | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email to Christi V re  VEC Q4, 2019, report and letter in lieu of summons | | Tax Issues | 0.00 | | |

| 252624 | TIME | Jill Niese | 0.20 | 400.00 | 80.00 |
|---|---|---|---|---|---|
| 2/27/2020 | | Sent | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email to Christi Vaasen re status on year end tax preparation and 401k | | Tax Issues | 0.00 | | |

| 252833 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 3/6/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Virginia Dept of Taxation re missing W2/1099 for 2019 | | Tax Issues | 0.00 | | |

| 253858 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 4/6/2020 | | Sent | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email to Cheryl Wesler and Christi Vaasen on status of year end tax prep. | | Tax Issues | 0.00 | | |

| 254055 | TIME | Jill Niese | 0.30 | 400.00 | 120.00 |
|---|---|---|---|---|---|
| 4/14/2020 | | t/c w/ | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| Cheryl Wesler re:  Christi Vaasen's EOY accounting questions. | | Tax Issues | 0.00 | | |

| 254070 | TIME | Jill Niese | 2.40 | 400.00 | 960.00 |
|---|---|---|---|---|---|
| 4/17/2020 | | Review | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| claims register for employee unpaid wages claims for tax reporting and prepared file to send to Christi Vaasen and Cheryl Wesler with payments paid from the Trust in Oct and Nov 2019 to last few employees per court order | | Tax Issues | 0.00 | | |

| 255786 | TIME | Jill Niese | 0.10 | 400.00 | 40.00 |
|---|---|---|---|---|---|
| 6/16/2020 | | Sent | 0.00 | T@9 | |
| WIP | | BCause Moglia Advisor | 0.00 | | |
| email to Wesler re: provided Dec., 2019 Bank statement & BMS form 2. | | Tax Issues | 0.00 | | |

Moglia Advisors
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 255794　　　　　TIME<br>6/18/2020<br>WIP<br>Schmahl re: BCause Secure | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 255795　　　　　TIME<br>6/18/2020<br>WIP<br>Vaasen re: clarification re balance sheet | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 40.00 |
| 255796　　　　　TIME<br>6/18/2020<br>WIP<br>Wesler re: expense certain items | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 120.00 |
| 256831　　　　　TIME<br>7/28/2020<br>WIP<br>Moglia, Schmahl and Wesler re: 2019 tax return issues w/deferred revenue, prepaid,wip assets | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 1.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 480.00 |
| 256980　　　　　TIME<br>8/7/2020<br>WIP<br>Schmahl, Vassen, Wesler re: 2019 tax return questions | Jill Niese<br>t/conf. w/<br>BCause Moglia Advisor<br>Tax Issues | 0.80<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 320.00 |
| 257095　　　　　TIME<br>8/11/2020<br>WIP<br>Wesler re: clarifying Form 2 transactions for the preparation of the 2019 tax return. | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 257426　　　　　TIME<br>8/25/2020 WIP<br>2019 tax return | Jill Niese<br>Review<br>BCause Moglia Advisor<br>Tax Issues | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 80.00 |
| 257431　　　　　TIME<br>8/27/2020<br>WIP<br>Schmahl and Wesler re: reviewed the 2019 tax returns. | Jill Niese<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@9 | 160.00 |

Total: Jill Niese

| | Billable | 9.20 | | 3680.00 |
|---|---|---|---|---|

2/4/2021
12:11 PM

Moglia Advisors
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 9.20 | | 3680.00 |
| 249923          TIME<br>12/5/2019<br>WIP<br>NJ Dept of Treasury division of taxation re notice<br>received re payroll taxes | Karen Nandapreecha<br>t/c w/<br>BCause Moglia Advisor<br>Tax Issues | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>T@17 | 30.00 |
| Total: Karen Nandapreecha | Billable<br>Unbillable<br>Total | 0.20<br>0.00<br>0.20 | | 30.00<br>0.00<br>30.00 |
| Total: Tax Issues | Billable<br>Unbillable<br>Total | 9.40<br>0.00<br>9.40 | | 3710.00<br>0.00<br>3710.00 |
| Grand Total | Billable<br>Unbillable<br>Total | 44.70<br>0.00<br>44.70 | | 16280.00<br>0.00<br>16280.00 |