| 1/6/2021 | Moglia Advisors | |
|---|---|---|
| 4:06 PM | Slip Listing | Page 1 |

### Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: BCause Moglia Advisors |
| Slip.Transaction Date | Earliest - 12/31/2020 |
| Slip.Slip Type | Expense |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| **Activity: $Fax** | | | | | |
| 251727<br>1/30/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Fax<br>BCause Moglia Advisor | 4 | 1.00 | 4.00 |
| 253059<br>3/3/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Fax<br>BCause Moglia Advisor | 2 | 1.00 | 2.00 |
| 256222<br>6/29/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Fax<br>BCause Moglia Advisor | 2 | 1.00 | 2.00 |
| 257441<br>8/20/2020<br>WIP<br>410-768-5649 | EXP | Moglia Advisors<br>$Fax<br>BCause Moglia Advisor | 3 | 1.00 | 3.00 |
| 257921<br>9/3/2020<br>WIP<br>410-768-5649 | EXP | Moglia Advisors<br>$Fax<br>BCause Moglia Advisor | 3 | 1.00 | 3.00 |
| 257930<br>10/1/2020<br>WIP<br>217-557-1948 | EXP | Moglia Advisors<br>$Fax<br>BCause Moglia Advisor | 8 | 1.00 | 8.00 |

**Total: $Fax**

| | Billable | 0.00 | 22.00 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 22.00 |

| 1/6/2021 | Moglia Advisors | |
|---|---|---|
| 4:06 PM | Slip Listing | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Activity: $Federal Exp.** | | | | |
| 249157  EXP<br>10/31/2019<br>WIP<br>invoice dated 11/6/19 | Moglia Advisors<br>$Federal Exp.<br>BCause Moglia Advisor | 1 | 36.60 | 36.60 |
| 249158  EXP<br>10/31/2019<br>WIP<br>invoice dated 11/6/19 | Moglia Advisors<br>$Federal Exp.<br>BCause Moglia Advisor | 1 | 35.31 | 35.31 |
| 251591  EXP<br>1/27/2020<br>WIP<br>invoice dated 1/29/20 tracking # 813683271286 | Moglia Advisors<br>$Federal Exp.<br>BCause Moglia Advisor | 1 | 28.63 | 28.63 |
| **Total: $Federal Exp.** | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 100.54<br>0.00<br>**100.54** |
| **Activity: $Miscellaneous** | | | | |
| 249563  EXP<br>11/26/2019<br>WIP<br>November QuickBooks subscription renewal | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 250968  EXP<br>12/27/2019<br>WIP<br>December QuickBooks | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 252052  EXP<br>1/25/2020<br>WIP<br>Intuit Payroll 1099 | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 26.96 | 26.96 |
| 252053  EXP<br>1/26/2020<br>WIP<br>Intuit Payroll 1099 | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 46.91 | 46.91 |
| 252054  EXP<br>1/27/2020<br>WIP<br>Intuit QuickBooks | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |

1/6/2021     Moglia Advisors
4:06 PM     Slip Listing     Page 3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 251539<br>1/28/2020<br>WIP<br>delinquent IL SUI tax | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 803.97 | 803.97 |
| 251540<br>1/28/2020<br>WIP<br>2019 BCause Secure LLC 1099s | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 26.96 | 26.96 |
| 251541<br>1/28/2020<br>WIP<br>2019 BCause LLC 1099s | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 46.91 | 46.91 |
| 252055<br>1/28/2020<br>WIP<br>Late IL SUI | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 803.97 | 803.97 |
| 252911<br>2/27/2020<br>WIP<br>QuickBooks subscription | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 253895<br>4/15/2020<br>WIP<br>QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 254575<br>4/27/2020<br>WIP<br>QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 255688<br>5/27/2020<br>WIP<br>QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 256358<br>6/27/2020<br>WIP<br>QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 257047<br>7/27/2020<br>WIP<br>QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |

| 1/6/2021 | | Moglia Advisors | | | |
|---|---|---|---|---|---|
| 4:06 PM | | Slip Listing | | | Page    4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | User<br>  Activity<br>  Client<br>  Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 257634<br>  8/27/2020<br>  WIP<br>  Quick Books | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 258145<br>  9/27/2020<br>  WIP<br>  QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 258049<br>  10/8/2020<br>  WIP<br>  extend change of address | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 39.99 | 39.99 |
| 258738<br>  10/27/2020<br>  WIP<br>  QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |
| 259150<br>  11/27/2020<br>  WIP<br>  QuickBooks | EXP | Moglia Advisors<br>$Miscellaneous<br>BCause Moglia Advisor | 1 | 70.00 | 70.00 |

==Total: $Miscellaneous==

| | Billable | 0.00 | | 2705.67 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | ==2705.67== |

Activity: $Phone

| 250636<br>  11/26/2019<br>  WIP<br>  conference call invoice dated 12/23/19 | EXP | Moglia Advisors<br>$Phone<br>BCause Moglia Advisor | 1 | 22.68 | 22.68 |
|---|---|---|---|---|---|
| 250638<br>  11/27/2019<br>  WIP<br>  conference call invoice dated 12/23/19 | EXP | Moglia Advisors<br>$Phone<br>BCause Moglia Advisor | 1 | 9.36 | 9.36 |
| 252387<br>  1/15/2020<br>  WIP<br>  conference call invoice dated 2/23/20 | EXP | Moglia Advisors<br>$Phone<br>BCause Moglia Advisor | 1 | 60.16 | 60.16 |
| 254790<br>  5/5/2020<br>  WIP<br>  conference call invoice dated 5/23/2020 | EXP | Moglia Advisors<br>$Phone<br>BCause Moglia Advisor | 1 | 10.65 | 10.65 |

1/6/2021  
4:06 PM  
Moglia Advisors  
Slip Listing  
Page 5

| Slip ID / Dates and Time / Posting Status / Description | | User / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 256326<br>5/14/2020<br>WIP<br>conference call | EXP | Moglia Advisors<br>$Phone<br>BCause Moglia Advisor | 1 | 18.90 | 18.90 |
| 256331<br>5/21/2020<br>WIP<br>conference call | EXP | Moglia Advisors<br>$Phone<br>BCause Moglia Advisor | 1 | 14.10 | 14.10 |

Total: $Phone

| | | | | |
|---|---|---|---|---|
| Billable | 0.00 | | 135.85 |
| Unbillable | 0.00 | | 0.00 |
| Total | 0.00 | | 135.85 |

Activity: $Postage

| Slip ID / Dates and Time / Posting Status / Description | | User / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 250358<br>11/18/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 2 | 0.50 | 1.00 |
| 250360<br>11/25/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 250361<br>11/27/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 250362<br>12/3/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 3 | 0.50 | 1.50 |
| 250366<br>12/11/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 250369<br>12/12/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 250371<br>12/19/2019<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 2 | 0.50 | 1.00 |

| 1/6/2021 | | Moglia Advisors | | | |
| 4:06 PM | | Slip Listing | | | Page    6 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 250998<br>1/6/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 2 | 0.50 | 1.00 |
| 250999<br>1/12/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 2 | 0.50 | 1.00 |
| 252207<br>1/17/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 5 | 0.50 | 2.50 |
| 251725<br>1/21/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 251726<br>1/22/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 252222<br>2/11/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 253063<br>3/6/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 256597<br>7/15/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |
| 258737<br>10/8/2020<br>WIP<br>extend change of address for Mining | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 39.95 | 39.95 |
| 259358<br>12/29/2020<br>WIP<br>[No description] | EXP | Moglia Advisors<br>$Postage<br>BCause Moglia Advisor | 1 | 0.50 | 0.50 |

| | | | | |
|---|---|---|---|---|
| 1/6/2021 | | Moglia Advisors | | |
| 4:06 PM | | Slip Listing | | Page    7 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

**Total: $Postage**

| | | | |
|---|---|---|---|
| | Billable | 0.00 | 52.95 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 52.95 |

**Grand Total**

| | | | |
|---|---|---|---|
| | Billable | 0.00 | 3017.01 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 3017.01 |

Less pymt. made per Doc #409 - advance on expenses in the amount of:    (1087.84)

Net expenses to be reimbursed:    1929.17