# Receipts and Disbursements
## By Ledger Category

**Case:** BCAUSE LLC, A VIRGINIA LIMITED LIAB (19-10731)
**Trustee:** ALEX D. MOGLIA  (330260)
**Submitted:** 01/15/21
**Period:** Through 12/31/20

## Disbursements

**2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES**     12,677.99

| | | |
|---|---|---:|
| 2200-000 | Trustee Expenses | 1,087.84 |
| 2300-000 | Bond Payments | 254.71 |
| 2600-000 | Bank and Technology Services Fees | 11,335.44 |

**3000 CH. 7 PROFESSIONAL FEES AND EXPENSES**     216,477.88

| | | |
|---|---|---:|
| 3110-000 | Attorney for Trustee Fees (Trustee Firm) | 148,610.00 |
| 3120-000 | Attorney for Trustee Expenses (Trustee Firm) | 1,191.38 |
| 3410-580 | Special Accountant for Trustee Fees | 17,500.00 |
| 3420-590 | Special Accountant for Trustee Expenses | 500.00 |
| 3991-000 | Other Professional Fees | 48,676.50 |

**7000 GENERAL UNSECURED**     625,000.00

| | | |
|---|---|---:|
| 7100-000 | General Unsecured § 726(a)(2) | 625,000.00 |

| **Total Disbursements:** | **854,155.87** |
|---|---:|

| | |
|---|---:|
| Total Receipts: | 0.00 |
| Total Disbursements: | 854,155.87 |
| **Net Balance:** | **-854,155.87** |

**EXHIBIT A**

# Receipts and Disbursements
## By Ledger Category

**Case:** BCAUSE LLC, A VIRGINIA LIMITED LIAB (19-10731)
**Trustee:** ALEX D. MOGLIA (330260)
**Submitted:** 02/18/21
**Period:** Through 02/18/21

# Disbursements

## 2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES

### 2200-000 Trustee Expenses

| Date | Ref | Payee / Description | Amount |
|---|---|---|---|
| 02/17/20 | Check: 113 | Alex D. Moglia & Co. Inc. Per Doc 409 - Reimbursement for Qkbks monthly (11/19-1/20 $70/mo), 2019 1099 fees $73.87, Late pymt IL SUI $803.97 | 1,087.84 |

### 2300-000 Bond Payments

| Date | Ref | Payee / Description | Amount |
|---|---|---|---|
| 02/07/20 | Check: 112 | International Sureties, LTD BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2020 FOR CASE #19-10731 | 254.71 |

### 2600-000 Bank and Technology Services Fees

| Date | Ref | Payee / Description | Amount |
|---|---|---|---|
| 03/31/20 | Disb. Adj.: 3 | Mechanics Bank — Bank and Technology Services Fee | 771.75 |
| 04/30/20 | Disb. Adj.: 4 | Mechanics Bank — Bank and Technology Services Fee | 1,547.14 |
| 05/29/20 | Disb. Adj.: 5 | Mechanics Bank — Bank and Technology Services Fee | 1,493.56 |
| 06/30/20 | Disb. Adj.: 8 | Mechanics Bank — Bank and Technology Services Fee | 1,645.52 |
| 07/31/20 | Disb. Adj.: 9 | Mechanics Bank — Bank and Technology Services Fee | 1,591.38 |
| 08/31/20 | Disb. Adj.: 10 | Mechanics Bank — Bank and Technology Services Fee | 1,486.25 |
| 09/30/20 | Disb. Adj.: 11 | Mechanics Bank — Bank and Technology Services Fee | 1,637.63 |
| 10/30/20 | Disb. Adj.: 1 | Metropolitan Commercial Bank — Bank and Technology Services Fee | 541.78 |
| 11/30/20 | Disb. Adj.: 2 | Metropolitan Commercial Bank — Bank and Technology Services Fee | 283.46 |
| 12/31/20 | Disb. Adj.: 4 | Metropolitan Commercial Bank — Bank and Technology Services Fee | 336.97 |
| 01/29/21 | Disb. Adj.: 5 | Metropolitan Commercial Bank — Bank and Technology Services Fee | 304.04 |
|  |  |  | 11,639.48 |

**Total for 2000**     12,982.03

# Receipts and Disbursements
## By Ledger Category

Case: **BCAUSE LLC, A VIRGINIA LIMITED LIAB (19-10731)**
Trustee: **ALEX D. MOGLIA  (330260)**
Submitted: **02/18/21**
Period: **Through 02/18/21**

## 3000 CH. 7 PROFESSIONAL FEES AND EXPENSES

### 3110-000  Attorney for Trustee Fees (Trustee Firm)

| | | | |
|---|---|---|---|
| 06/26/20 | Disb. Memo: 7 | Mason Pollick & Schmahl - 1st Interim pymt of fees<br>Disb. Adj.: Mason Pollick &Schmahl, LLC<br>Doc 441 - Order granting 1st Interim Legal fees and Exp.<br>Disb. Adj. amount is 149,801.38 | 148,610.00 |

### 3120-000  Attorney for Trustee Expenses (Trustee Firm)

| | | | |
|---|---|---|---|
| 06/26/20 | Disb. Memo: 7 | Mason Pollick & Schmahl - 1st Interim pymt for expenses<br>Disb. Adj.: Mason Pollick &Schmahl, LLC<br>Doc 441 - Order granting 1st Interim Legal fees and Exp.<br>Disb. Adj. amount is 149,801.38 | 1,191.38 |

### 3410-580  Special Accountant for Trustee Fees

| | | | |
|---|---|---|---|
| 01/24/20 | Check: 111 | Christina M. Vaassen<br>Doc order 398 & 405 - 50% pymt for acctg services | 5,750.00 |
| 02/28/20 | Check: 114 | Christina M. Vaassen<br>Doc order 398 & 405 - Final 50% pymt for acctg services | 5,750.00 |
| 12/29/20 | Disb. Memo: 10115 | Doc #462 - Fees associated w/Preptn of  2019 income tax returns<br>Check: Tibble & Wesler CPA PC<br>Doc #462 approving pymt for preparation of 2019 income tax returns<br>Check amount is 6,500.00 | 6,000.00 |
| | | | 17,500.00 |

### 3420-590  Special Accountant for Trustee Expenses

| | | | |
|---|---|---|---|
| 12/29/20 | Disb. Memo: 10115 | Doc #462 - Exps associated w/Preptn of  2019 income tax returns<br>Check: Tibble & Wesler CPA PC<br>Doc #462 approving pymt for preparation of 2019 income tax returns<br>Check amount is 6,500.00 | 500.00 |

### 3991-000  Other Professional Fees

| | | | |
|---|---|---|---|
| 10/30/19 | Check: 101 | Silbar Security<br>Per Doc #367 - Ofc security pymt- Invces: #21857, 21858, 21859, 21860 - 10/07/19 - 10/31/19 | 4,736.00 |
| 10/30/19 | Check: 102 | Tiffany L. Nieves<br>Per Doc #367 - Contractor pymt 1st ck $673.00 plus Fire Watch bonus of $405.00 | 1,078.00 |
| 10/30/19 | Check: 103 | Terence M. Holley<br>Per Doc #367 - Contractor pymt 1st ck $1,108.00 plus Fire Watch bonus of $1,216.00 | 2,324.00 |
| 10/30/19 | Check: 104 | Brent C. Myers<br>Per Doc #367 - Contractor pymt 1st ck $1,089.00 plus Fire Watch bonus of $1,359.00.00 | 2,448.00 |
| 10/30/19 | Check: 105 | Marysa Hilton<br>Per Doc #367 - Contractor pymt 1st ck $528.00 plus Fire Watch bonus of $1,180.00 | 1,708.00 |
| 10/30/19 | Check: 106 | Shawn Dailey | 4,400.00 |

# Receipts and Disbursements
## By Ledger Category

**Case:** BCAUSE LLC, A VIRGINIA LIMITED LIAB (19-10731)
**Trustee:** ALEX D. MOGLIA (330260)
**Submitted:** 02/18/21
**Period:** Through 02/18/21

| Date | Ref | Payee / Description | Amount |
|---|---|---|---|
| | | Per Doc #367 - Contractor pymt 1st ck | |
| 10/30/19 | Disb. Adj.: 1 | Wesco Distribution, Inc. | 25,000.00 |
| | | Doc #367 electrical services payment | |
| 11/06/19 | Check: 107 | Shawn Dailey | 2,915.00 |
| | | Per Doc #367 - Contractor pymt 2nd Ck time pd from 10/19/19 - 11/1/19 | |
| 11/06/19 | Check: 108 | Marysa Hilton | 1,474.00 |
| | | Per Doc #367 - Contractor pymt 2nd Ck time pd from 10/19/19 - 11/1/19 | |
| 11/06/19 | Check: 109 | Brent Myers | 1,260.00 |
| | | Per Doc #367 - Contractor pymt 2nd Ck time pd from 10/19/19 - 11/1/19 | |
| 11/06/19 | Check: 110 | Terrence Holley | 1,333.50 |
| | | Per Doc #367 - Contractor pymt 2nd Ck time pd from 10/19/19 - 11/1/19 | |
| | | | 48,676.50 |
| | | **Total for 3000** | **216,477.88** |

### 7000 GENERAL UNSECURED

**7100-000 General Unsecured § 726(a)(2)**

| Date | Ref | Payee / Description | Amount |
|---|---|---|---|
| 06/26/20 | Disb. Adj.: 6 | Wesco Distribution Inc. | 625,000.00 |
| | | Doc 431 & 440 Final Settlement Agreement | |
| | | **Total for 7000** | **625,000.00** |
| | | **Total Disbursements:** | **854,459.91** |

| | |
|---|---:|
| Total Receipts: | 0.00 |
| Total Disbursements: | 854,459.91 |
| Net Balance: | -854,459.91 |