| | | |
|---|---|---|
| 1/15/2021 | **EXHIIBIT 2 - EXPENSES** | Moglia Advisors |
| 3:43 PM | | Slip Listing                    Page    1 |

## Selection Criteria

| | |
|---|---|
| Slip.Slip Type | Expense |
| Clie.Selection | Include: BCause |
| Slip.Transaction Date | Earliest - 12/31/2020 |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting  Status<br>  Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill  Status | Slip Value |
|---|---|---|---|---|---|
| **Activity: $Airfare** | | | | | |
| 248826<br>10/16/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Airfare<br>BCause | 1 | 396.30 | 396.30 |
| 248832<br>10/17/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Airfare<br>BCause | 1 | 288.10 | 288.10 |
| **Total: $Airfare** | | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 684.40<br>0.00<br>**684.40** |
| **Activity: $Hotel** | | | | | |
| 248834<br>10/17/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Hotel<br>BCause | 1 | 146.78 | 146.78 |
| **Total: $Hotel** | | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 146.78<br>0.00<br>**146.78** |
| **Activity: $Meals** | | | | | |
| 248833<br>10/16/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Meals<br>BCause | 1 | 13.05 | 13.05 |

1/15/2021  
3:43 PM

Moglia Advisors  
Slip Listing

Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 249177<br>10/16/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Meals<br>BCause | 1 | 15.38 | 15.38 |
| 248831<br>10/17/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Meals<br>BCause | 1 | 12.12 | 12.12 |

Total: $Meals

| | Billable | 0.00 | | 40.55 |
| --- | --- | --- | --- | --- |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 40.55 |

Activity: $Mileage

| Slip ID | | User/Activity/Client | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 259397<br>10/24/2018<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Mileage<br>BCause | 58 | 0.575 | 33.35 |
| 248825<br>10/16/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Mileage<br>BCause | 15 | 0.58 | 8.70 |
| 249094<br>11/6/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Mileage<br>BCause | 52 | 0.58 | 30.16 |
| 249323<br>11/12/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Mileage<br>BCause | 52 | 0.58 | 30.16 |

Total: $Mileage

| | Billable | 0.00 | | 102.37 |
| --- | --- | --- | --- | --- |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 102.37 |

| 1/15/2021 3:43 PM | | Moglia Advisors Slip Listing | | | Page 3 |
|---|---|---|---|---|---|
| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |

**Activity: $Parking**

| 259399 10/24/2018 WIP [No description] | EXP | Alex Moglia $Parking BCause | 1 | 40.00 | 40.00 |
| 248827 10/16/2019 WIP [No description] | EXP | Alex Moglia $Parking BCause | 1 | 53.33 | 53.33 |
| 248836 10/17/2019 WIP [No description] | EXP | Alex Moglia $Parking BCause | 1 | 80.00 | 80.00 |
| 249093 11/6/2019 WIP [No description] | EXP | Alex Moglia $Parking BCause | 1 | 25.00 | 25.00 |
| 249325 11/12/2019 WIP [No description] | EXP | Alex Moglia $Parking BCause | 1 | 20.00 | 20.00 |

**Total: $Parking**

| | | Billable | 0.00 | | 218.33 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 218.33 |

**Activity: $Rental Car**

| 248835 10/17/2019 WIP [No description] | EXP | Alex Moglia $Rental Car BCause | 1 | 69.56 | 69.56 |

**Total: $Rental Car**

| | | Billable | 0.00 | | 69.56 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 69.56 |

1/15/2021  
3:43 PM

Moglia Advisors  
Slip Listing

Page     4

| Slip ID<br> Dates and Time<br> Posting Status<br> Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Activity: $Tolls | | | | | |
| 259398<br>10/24/2018<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Tolls<br>BCause | 1 | 6.00 | 6.00 |
| 259400<br>2/6/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Tolls<br>BCause | 1 | 6.00 | 6.00 |
| 259401<br>7/16/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Tolls<br>BCause | 1 | 6.00 | 6.00 |
| 249324<br>11/12/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Tolls<br>BCause | 1 | 6.00 | 6.00 |
| 259402<br>12/17/2019<br>WIP<br>[No description] | EXP | Alex Moglia<br>$Tolls<br>BCause | 1 | 6.00 | 6.00 |
| Total: $Tolls | | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 30.00<br>0.00<br>30.00 |
| Grand Total | | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 1291.99<br>0.00<br>1291.99 |