**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | **Chapter 7**  <br><br>**Case No. 19-10562**  <br>**(Jointly Administered)**  <br><br>Hon. Janet S. Baer |
| **BCause Mining LLC,** *et al.* | | |
| Debtors. | | |

**NOTICE OF TRUSTEE'S FIRST INTERIM APPLICATION FOR COMPENSATION
AND TO SHORTEN NOTICE AND APPROVE FORM OF NOTICE**

PLEASE TAKE NOTICE that on February 18, 2021, Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the First Interim Application for Compensation and To Approve Notice (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing interim compensation to the Trustee in the amount of $45,957.79 (the "Compensation") for services performed for the Trustee during the period starting on October 11, 2019, and ending on December 31, 2020 (the "Compensation Period"); (ii) approving and allowing the reimbursement of expenses to the Trustee in the amount of $1,291.99 (the "Expense Reimbursement") during the Compensation Period; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to the Trustee out of the approximately $193,493.88 the Trustee is currently holding in the bankruptcy estate of BC Holding; (iv) shortening notice and approving the form of this notice; and (v) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **March 10, 2021, at 1:00 P.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Application will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

EXHIBIT C

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this Application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Application will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the Application in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a complete copy of the Application, including all exhibits, is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and will be made available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

MASON POLLICK & SCHMAHL LLC

Dated: February 18, 2021

By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT C