# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

BCause Mining LLC, *et al.*

           Debtors.

Case No. 19-10562
(Jointly Administered)
Chapter 7

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 2/18/2021, I did cause a copy of the following document, described below.

Notice of Trustee's First Interim Application for Compensation and to Shorten Notice and Approve Form of Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2021

*/s/ Michael M. Schmahl*
Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)
Chapter 7

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 2/18/2021, I did cause a copy of the following document, described below.

Notice of Trustee's First Interim Application for Compensation and to Shorten Notice and Approve Form of Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2021

Andrew Baldwin
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on February 18, 2021, I caused a copy of the Notice of Trustee's First Interim Application for Compensation and to Shorten Notice and Approve Form of Notice to be served by first class, United States mail service, with adequate postage to ensure delivery to:

CCA Financial, LLC
Askounis & Darcy, PC
444 N Michigan Ave., Suite 3270
Chicago, IL 60611-3906

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

BCause LLC
2800 252nd Ave
Salem, WI 53168-9239

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

CSC
3462 Solution Center
Chicago, IL 60677-3004

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

Crystal Clear Communications
3180 N Lake Shore Dr # 20C
Chicago, IL 60657-4852

Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington DC 20005-3956

Charles Chuck Mackie
4827 N Hamilton
Chicago, Il 60625-1405

EE Flake, Thomas
709 Roosevelt Ave.
Virginia Beach, VA 23452-4019

Crystal Clear Communications
Ellen Resnick, President
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666

| | | |
|---|---|---|
| Endurance IT Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 | FRMO Corporation<br>One North Lexington Ave., #12-C<br>White Plains, NY 10601-1721 | Fallon Kevin<br>2800 252nd Ave.<br>Salem WI 53168-9239 |
| Fidelity Labs LLC<br>200 Seaport Boulevard<br>Boston, MA 02210-2000 | Flake Thomas<br>709 Roosevelt Ave.<br>Virginia Beach VA 23452-4019 | G Hogan Commercial Cleaning<br>645 Estates Way<br>Chesapeake, VA 23320-6758 |
| HK Cryptocurrency Mining LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Hoffland Properties Inc.<br>5400 Virginia Beach Blvd<br>Virginia Beach VA 23462-1724 | Hoffland Properties, Inc.<br>c/o Dennis T. Lewandowski<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 |
| Horizon Kinetics LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Image 360<br>118 Pennsylvania Ave.<br>Virginia Beach, VA 23462-2512 | Inate One LLC<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455-5523 |
| Jack Frost Enterprises<br>3168 Holland Road<br>Virginia Beach, VA 23453-2612 | John Ashby<br>1440 West Little Neck Road<br>Virginia Beach, VA 23452-4763 | Johns Brothers Security<br>310 E. Street<br>Hampton, VA 23661-1210 |
| Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive<br>Suite 190<br>Virginia Beach, VA 23462-4376 | Joseph LaMontagne<br>582 Lynnhaven Parkway<br>Virginia Beach, VA 23452-7366 | Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 |
| Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Lease of Parcel and Improvements<br>5465 Greenwich Rd.<br>Virginia Beach VA 23462-6511 | Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219-4624 |
| Michael Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 |
| Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paychex, Inc.<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Third Floor<br>Rochester, NY 14625-2807 |
| Pro Window, Inc.<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23454-4631 | Professional Heating & Cooling, Inc<br>3306 Arizona Ave.<br>Norfolk, VA 23513-4115 | Seth A. Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., Ste. 1010<br>Arlington, VA 22201-5786 |

| | | |
|---|---|---|
| Silbar Security Corporation<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320-5980 | Solutrix<br>5469 Greenwich Road<br>Virginia Beach, VA 23462-6511 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 |
| The Water H2Ole, Inc.<br>1444 Southern Blvd., #C2-A<br>Virginia Beach, VA 23454-4881 | Thomas Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Timothy L Brown<br>804 Rutherford Dr<br>Chesapeake, VA 23322-7739 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, In 46278-2010 | US Customs & Border Protection<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278-2010 |
| Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 | W. Greer McCreedy<br>413 West York Street<br>Norfolk, VA 23510-1114 | WESCO Distribution, Inc.<br>David A Agay<br>300 North LaSalle Street, Suite 1400<br>Chicago IL 60654-3474 |
| Wesco Distribution Inc.<br>PO Box 530409<br>Atlanta, GA 30353-0409 | Zhouyang (Mason) Song<br>6540 RFeflection Drive #1225<br>San Diego, CA 92124-5136 | Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 |
| Arthur G Simon<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Suite 3705<br>Chicago, IL 60603-4101 | Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603-4101 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | **EF Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239** | **Eli Robbins<br>Harrison Law Group<br>40 W. Chesapeake Ave.<br>Suite 600<br>Towson, MD 21204-4891** |