UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>BCause Mining LLC, et al.<br><br><br>Debtor(s) | BK No.: 19-10562<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer |

**ORDER GRANTING FIRST INTERIM APPLICATION MOGLIA ADVISORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEE AND TO SHORTEN NOTICE AND APPROVE FORM OF NOTICE**

This matter having come before the Court for hearing on the First Interim Application of Moglia Advisors for Compensation and Reimbursement of Expenses as Financial Advisors to Chapter 7 Trustee and to Shorten Notice and Approve Form of Notice (the "Application"); the Court having been advised in the premises and having reviewed the Application; and with due notice having been given;

IT IS HEREBY ORDERED THAT:

1) Moglia Advisors is allowed interim compensation in the amount of $16,280 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $1,929.17 (the "Expense Reimbursement");

2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $16,280 and allowed Expense Reimbursement in the amount of $1,929.17 to Moglia Advisors from the funds currently held in the bankruptcy estate of BCause LLC;

3) Nothing herein shall prohibit the Trustee from requesting additional compensation and expense reimbursement in the future;

4) The form of the Notice, attached as Exhibit C to the Application, is authorized and approved; and

5) Shortened notice as described in the Application is authorized and approved.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 10, 2021

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860