UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-10562
BCause Mining LLC, et al. ) (Jointly Administered)
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER GRANTING TRUSTEE'S FIRST INTERIM APPLICATION FOR COMPENSATION AND TO SHORTEN NOTICE AND APPROVE FORM OF NOTICE**

This matter having come before the Court for hearing on the Trustee's First Interim Application for Compensation and to Shorten Notice and Approve Form of Notice (the "Application"); the Court having been advised in the premises and having reviewed the Application; and with due notice having been given;

IT IS HEREBY ORDERED THAT:

1) Alex Moglia, the chapter 7 Trustee in the above-captioned bankruptcy cases, is allowed interim compensation in the amount of $45,957.79 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $1,291.99 (the "Expense Reimbursement");

2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $45,957.79 and allowed Expense Reimbursement in the amount of $1,291.99 to himself from the funds currently held in the bankruptcy estate of BCause LLC;

3) Nothing herein shall prohibit the Trustee from requesting additional compensation and expense reimbursement in the future;

4) The form of the Notice, attached as Exhibit C to the Application, is authorized and approved; and

5) Shortened notice as described in the Application is authorized and approved.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 10, 2021

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860