EXHIBIT I

| Date | Transfer | Deposit Applied Plus Adjustments Under New Contract | Outstanding Debt Before Transfer | Outstanding Balance After Transfer and Daily Charge | Deposit Amount | Amount of Outstanding Balance Over/Under Deposit | Avg. Daily Charge | Bill Date | Billing Period | Current Bill Amount | Days in Billing Cycle | Avg. Daily Charge In Bill Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/19 | | | $2,363,106.24 | | $1,934,233.21 | ($428,873.03) | $25,126.00 | | | | | |
| 1/12/19 | | | $2,388,232.24 | | $1,934,233.21 | ($453,999.03) | $25,126.00 | | | | | |
| 1/13/19 | | | $2,413,358.23 | | $1,934,233.21 | ($479,125.02) | $25,126.00 | | | | | |
| 1/14/19 | | | $2,438,484.23 | | $1,934,233.21 | ($504,251.02) | $25,126.00 | | | | | |
| 1/15/19 | | | $2,463,610.23 | | $1,934,233.21 | ($529,377.02) | $25,126.00 | | | | | |
| 1/16/19 | | | $2,488,736.23 | | $1,934,233.21 | ($554,503.02) | $25,126.00 | | | | | |
| 1/17/19 | | | $2,513,862.22 | | $1,934,233.21 | ($579,629.01) | $25,126.00 | | | | | |
| 1/18/19 | | | $2,536,402.31 | | $1,934,233.21 | ($602,169.10) | $22,540.08 | | | | | |
| 1/19/19 | | | $2,558,942.39 | | $1,934,233.21 | ($624,709.18) | $22,540.08 | | | | | |
| 1/20/19 | | | $2,581,482.47 | | $1,934,233.21 | ($647,249.26) | $22,540.08 | | | | | |
| 1/21/19 | | | $2,604,022.56 | | $1,934,233.21 | ($669,789.35) | $22,540.08 | | | | | |
| 1/22/19 | | | $2,626,562.64 | | $1,934,233.21 | ($692,329.43) | $22,540.08 | | | | | |
| 1/23/19 | | | $2,649,102.73 | | $1,934,233.21 | ($714,869.52) | $22,540.08 | | | | | |
| 1/24/19 | $500,000.00 | | $2,671,642.81 | $2,171,642.81 | $1,934,233.21 | ($237,409.60) | $22,540.08 | | | | | |
| 1/25/19 | | | $2,194,182.89 | | $1,934,233.21 | ($259,949.68) | $22,540.08 | | | | | |
| 1/26/19 | | | $2,216,722.98 | | $1,934,233.21 | ($282,489.77) | $22,540.08 | | | | | |
| 1/27/19 | | | $2,239,263.06 | | $1,934,233.21 | ($305,029.85) | $22,540.08 | | | | | |
| 1/28/19 | | | $2,261,803.14 | | $1,934,233.21 | ($327,569.93) | $22,540.08 | | | | | |
| 1/29/19 | | $422,647.00 | $2,284,343.23 | $1,861,696.23 | $1,587,200.21 | ($274,496.02) | $22,540.08 | *1/29/2019 | 12/17/18 to 1/17/19 | 778,905.92 | 31 | 25,126.00 |
| 1/30/19 | | | $1,884,236.31 | | $1,587,200.21 | ($297,036.10) | $22,540.08 | | | | | |
| 1/31/19 | | | $1,906,776.39 | | $1,587,200.21 | ($319,576.18) | $22,540.08 | | | | | |
| 2/1/19 | | | $1,929,316.48 | | $1,587,200.21 | ($342,116.27) | $22,540.08 | | | | | |
| 2/2/19 | | | $1,951,856.56 | | $1,587,200.21 | ($364,656.35) | $22,540.08 | | | | | |
| 2/3/19 | | | $1,974,396.64 | | $1,587,200.21 | ($387,196.43) | $22,540.08 | | | | | |
| 2/4/19 | | | $1,996,936.73 | | $1,587,200.21 | ($409,736.52) | $22,540.08 | | | | | |
| 2/5/19 | | | $2,019,476.81 | | $1,587,200.21 | ($432,276.60) | $22,540.08 | | | | | |
| 2/6/19 | | | $2,042,016.89 | | $1,587,200.21 | ($454,816.68) | $22,540.08 | | | | | |
| 2/7/19 | | | $2,064,556.98 | | $1,587,200.21 | ($477,356.77) | $22,540.08 | | | | | |
| 2/8/19 | | | $2,087,097.06 | | $1,587,200.21 | ($499,896.85) | $22,540.08 | | | | | |
| 2/9/19 | | | $2,109,637.14 | | $1,587,200.21 | ($522,436.93) | $22,540.08 | | | | | |
| 2/10/19 | | | $2,132,177.23 | | $1,587,200.21 | ($544,977.02) | $22,540.08 | | | | | |
| 2/11/19 | | | $2,154,717.31 | | $1,587,200.21 | ($567,517.10) | $22,540.08 | | | | | |
| 2/12/19 | $500,000.00 | | $2,177,257.39 | $1,677,257.39 | $1,587,200.21 | ($90,057.18) | $22,540.08 | | | | | |
| 2/13/19 | | | $1,699,797.48 | | $1,587,200.21 | ($112,597.27) | $22,540.08 | | | | | |
| 2/14/19 | | | $1,722,337.56 | | $1,587,200.21 | ($135,137.35) | $22,540.08 | | | | | |
| 2/15/19 | | | $1,744,877.64 | | $1,587,200.21 | ($157,677.43) | $22,540.08 | | | | | |
| 2/16/19 | | | $1,767,417.73 | | $1,587,200.21 | ($180,217.52) | $22,540.08 | | | | | |
| 2/17/19 | | | $1,789,957.81 | | $1,587,200.21 | ($202,757.60) | $22,540.08 | | | | | |
| 2/18/19 | | | $1,812,497.89 | | $1,587,200.21 | ($225,297.68) | $22,540.08 | | | | | |
| 2/19/19 | | | $1,835,100.60 | | $1,587,200.21 | ($247,900.39) | $22,602.71 | | | | | |
| 2/20/19 | | | $1,857,703.31 | | $1,587,200.21 | ($270,503.10) | $22,602.71 | | | | | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Date2 | Period | Amount | Days | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/19 | $368,709.03 | $1,880,306.02 | $1,511,596.99 | $1,587,200.21 | $75,603.22 | $22,602.71 | | | | | |
| 2/22/19 | | $1,534,199.69 | | $1,587,200.21 | $53,000.52 | $22,602.71 | | | | | |
| 2/23/19 | | $1,556,802.40 | | $1,587,200.21 | $30,397.81 | $22,602.71 | | | | | |
| 2/24/19 | | $1,579,405.11 | | $1,587,200.21 | $7,795.10 | $22,602.71 | | | | | |
| 2/25/19 | | $1,602,007.82 | | $1,587,200.21 | ($14,807.61) | $22,602.71 | | | | | |
| 2/26/19 | | $1,624,610.53 | | $1,587,200.21 | ($37,410.32) | $22,602.71 | | | | | |
| 2/27/19 | | $1,647,213.23 | | $1,587,200.21 | ($60,013.02) | $22,602.71 | | | | | |
| 2/28/19 | | $1,669,815.94 | | $1,587,200.21 | ($82,615.73) | $22,602.71 | 2/27/19 | 1/17/19 to 2/18/19 | 721,282.67 | 32 | 22,540.08 |
| 3/1/19 | | $1,692,418.65 | | $1,587,200.21 | ($105,218.44) | $22,602.71 | | | | | |
| 3/2/19 | | $1,715,021.36 | | $1,587,200.21 | ($127,821.15) | $22,602.71 | | | | | |
| 3/3/19 | | $1,737,624.06 | | $1,587,200.21 | ($150,423.85) | $22,602.71 | | | | | |
| 3/4/19 | | $1,760,226.77 | | $1,587,200.21 | ($173,026.56) | $22,602.71 | | | | | |
| 3/5/19 | | $1,782,829.48 | | $1,587,200.21 | ($195,629.27) | $22,602.71 | | | | | |
| 3/6/19 | | $1,805,432.19 | | $1,587,200.21 | ($218,231.98) | $22,602.71 | | | | | |
| 3/7/19 | | $1,828,034.89 | | $1,587,200.21 | ($240,834.68) | $22,602.71 | | | | | |
| 3/8/19 | | $1,850,637.60 | | $1,587,200.21 | ($263,437.39) | $22,602.71 | | | | | |
| 3/9/19 | | $1,873,240.31 | | $1,587,200.21 | ($286,040.10) | $22,602.71 | | | | | |
| 3/10/19 | | $1,895,843.02 | | $1,587,200.21 | ($308,642.81) | $22,602.71 | | | | | |
| 3/11/19 | | $1,918,445.72 | | $1,587,200.21 | ($331,245.51) | $22,602.71 | | | | | |
| 3/12/19 | | $1,941,048.43 | | $1,587,200.21 | ($353,848.22) | $22,602.71 | | | | | |
| 3/13/19 | | $1,963,651.14 | | $1,587,200.21 | ($376,450.93) | $22,602.71 | | | | | |
| 3/14/19 | $500,000.00 | $1,986,253.85 | $1,486,253.85 | $1,587,200.21 | $100,946.36 | $22,602.71 | | | | | |
| 3/15/19 | | $1,508,856.55 | | $1,587,200.21 | $78,343.66 | $22,602.71 | | | | | |
| 3/16/19 | | $1,531,459.26 | | $1,587,200.21 | $55,740.95 | $22,602.71 | | | | | |
| 3/17/19 | | $1,554,061.97 | | $1,587,200.21 | $33,138.24 | $22,602.71 | | | | | |
| 3/18/19 | | $1,576,664.68 | | $1,587,200.21 | $10,535.53 | $22,602.71 | | | | | |
| 3/19/19 | | $1,599,267.38 | | $1,587,200.21 | ($12,067.17) | $22,602.71 | | | | | |
| 3/20/19 | | $1,622,133.74 | | $1,587,200.21 | ($34,933.53) | $22,866.35 | | | | | |
| 3/21/19 | | $1,645,000.09 | | $1,587,200.21 | ($57,799.88) | $22,866.35 | | | | | |
| 3/22/19 | | $1,667,866.44 | | $1,587,200.21 | ($80,666.23) | $22,866.35 | | | | | |
| 3/23/19 | | $1,690,732.79 | | $1,587,200.21 | ($103,532.58) | $22,866.35 | | | | | |
| 3/24/19 | | $1,713,599.14 | | $1,587,200.21 | ($126,398.93) | $22,866.35 | | | | | |
| 3/25/19 | | $1,736,465.49 | | $1,587,200.21 | ($149,265.28) | $22,866.35 | | | | | |
| 3/26/19 | | $1,759,331.85 | | $1,587,200.21 | ($172,131.64) | $22,866.35 | | | | | |
| 3/27/19 | $140,000.00 | $1,782,198.20 | $1,642,198.20 | $1,587,200.21 | ($54,997.99) | $22,866.35 | | | | | |
| 3/28/19 | | $1,665,064.55 | | $1,587,200.21 | ($77,864.34) | $22,866.35 | 3/28/19 | 2/18/19 to 3/19/19 | 655,478.52 | 29 | 22,602.71 |
| 3/29/19 | | $1,687,930.90 | | $1,587,200.21 | ($100,730.69) | $22,866.35 | | | | | |
| 3/30/19 | | $1,710,797.25 | | $1,587,200.21 | ($123,597.04) | $22,866.35 | | | | | |
| 3/31/19 | | $1,733,663.61 | | $1,587,200.21 | ($146,463.40) | $22,866.35 | | | | | |
| 4/1/19 | | $1,756,529.96 | | $1,587,200.21 | ($169,329.75) | $22,866.35 | | | | | |
| 4/2/19 | | $1,779,396.31 | | $1,587,200.21 | ($192,196.10) | $22,866.35 | | | | | |
| 4/3/19 | | $1,802,262.66 | | $1,587,200.21 | ($215,062.45) | $22,866.35 | | | | | |
| 4/4/19 | | $1,825,129.01 | | $1,587,200.21 | ($237,928.80) | $22,866.35 | | | | | |
| 4/5/19 | | $1,847,995.36 | | $1,587,200.21 | ($260,795.15) | $22,866.35 | | | | | |
| 4/6/19 | | $1,870,861.72 | | $1,587,200.21 | ($283,661.51) | $22,866.35 | | | | | |
| 4/7/19 | | $1,893,728.07 | | $1,587,200.21 | ($306,527.86) | $22,866.35 | | | | | |
| 4/8/19 | | $1,916,594.42 | | $1,587,200.21 | ($329,394.21) | $22,866.35 | | | | | |
| 4/9/19 | | $1,939,460.77 | | $1,587,200.21 | ($352,260.56) | $22,866.35 | | | | | |
| 4/10/19 | | $1,962,327.12 | | $1,587,200.21 | ($375,126.91) | $22,866.35 | | | | | |
| 4/11/19 | | $1,985,193.47 | | $1,587,200.21 | ($397,993.26) | $22,866.35 | 4/11/19 | 3/19/19-4/11/19 | 525,926.09 | 23 | 22,866.35 |