# Mason Pollick & Schmahl
#### LLC

70 West Hubbard, Suite 304, Chicago, IL 60654-4603

April 12, 2021

*SENT VIA EMAIL TO: amoglia@mogliaadvisors.com*

Alex D. Moglia, not personally but solely as the Chapter 7 Trustee of the Jointly Administered Bankruptcy Estates of BCause Mining LLC and BCause LLC
1325 Remington Road
Suite H
Schaumburg, IL 60173

Re: Contingent Fee Agreement Related to Adversary Proceeding Captioned Moglia v. Virginia Electric and Power Company (21-A-00055)

Dear Alex:

Thank you for the opportunity to represent you as the Chapter 7 Trustee of the Bankruptcy Estates (the "Estates") of BCause Mining LLC and BCause LLC (collectively, the "Debtors") in the jointly administered bankruptcy case captioned *In re BCause Mining LLC, et al.* (Case No. 19-10562), pending in the U.S. Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court").

This letter agreement modifies the terms of Mason Pollick & Schmahl LLC's ("we", "us", "our") engagement solely with respect to the Estates' preference claims against Virginia Electric and Power Company d/b/a Dominion Energy Virginia and d/b/a Dominion Power Virginia ("Dominion") as alleged in the adversary proceeding captioned *Moglia v. Dominion* (the "Dominion Adversary Proceeding") currently pending before the Court as Adversary Case No. 21-00055. Our mutual intent is to change the terms of our compensation related solely to our work on the Dominion Adversary Proceeding to a contingent fee arrangement.

Except as modified herein related to the Dominion Adversary Proceeding, the previously approved terms of our engagement remain unchanged as to our services with respect to all other matters related to the Estates. As such, we will be entitled, subject to the terms of the Bankruptcy Code, to compensation at our normal hourly rates for all services except those related to the Dominion Adversary Proceeding.

In consideration for all services both previously rendered and to be rendered related to the Dominion Adversary Proceeding, we shall, subject to the provisions of the Bankruptcy Code, be paid reimbursement of any Expenses (as that term is defined below) we incur and a sum equal to a percentage of the Proceeds (as that term is defined below) of the Dominion Adversary Proceeding as follows: (i) 33.33% of the Proceeds received in the event there are no appeals related to the

1
Michael M. Schmahl | mschmahl@mps-law.com | (312) 312-5531 (office) | (312) 498-1477 (cell)

Dominion Adversary Proceeding; (ii) 37.33% of the Proceeds in the event of any appeal to United States District Court (Eastern Division); (iii) 41.33% of the Proceeds in the event of any appeal to the United States Court of Appeals for the Seventh Circuit; and (iv) 45.33% in the event of any petition for a writ of *certiorari* is filed or granted (the "Contingent Fee").

As used herein, the term "Proceeds" shall mean any money or other consideration in any form, that may be recovered or received on account of or related to the Dominion Adversary Proceeding, whether as a result of litigation, judgment, settlement, or in any other manner.

As used herein the term "Expenses" shall mean any expenses actually incurred and paid related to the Dominion Adversary Proceeding, including, filing fees, court costs, copy and scanning charges, printing expenses, deposition and transcript costs, travel expenses, postage and delivery charges, expert witness fees, and any similar or other costs or expenses related to the Dominion Adversary Proceeding (the "Expenses").

You agree that we shall not be obligated to advance any Expenses on behalf of the Estates and that all Expenses shall be paid directly by the Estates. Nonetheless, to the extent that we may incur any Expenses or advance or pay any Expenses as a courtesy, you agree that we shall be entitled to reimbursement of the actual amount of any such Expenses (the "Expense Reimbursement"). You also agree that the Expense Reimbursement is not and shall not be contingent on any outcome in the Dominion Adversary Proceeding.

As you are aware, we have already performed substantial work on the claims in the Dominion Adversary Proceeding. We agree not seek any compensation for any of our services related to the Dominion Adversary Proceeding other than the Contingent Fee and Expense Reimbursement provided for herein.

You agree that the Contingent Fee is reasonable and appropriate.

This letter agreement is subject to the terms of the Bankruptcy Code and the approval of the Court.

We will prepare an appropriate motion and other papers sufficient to seek the Court's approval of the terms of this letter agreement, including the Contingent Fee and the Expense Reimbursement.

Please do not hesitate to contact me with any questions you may have concerning this agreement.

If the foregoing correctly reflects your understanding of the terms and conditions of our representation of you in the Dominion Adversary Proceeding, please indicate your acceptance by signing where indicated below.

We are very pleased to have the opportunity to serve you and look forward to working with you on this matter.

Very truly yours,
Mason Pollick & Schmahl LLC


Michael M. Schmahl

AGREED AND ACCEPTED:

_____
Alex D. Moglia, not personally, but solely as the Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC