# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-10562 |
| **BCause Mining LLC,** *et al.* | ) | |
| | ) | Hon. Janet S. Baer |
| Debtors. | ) | |
| | ) | |
| | ) | |

### DECLARATION OF MICHAEL M. SCHMAHL

I, MICHAEL M. SCHMAHL, state that, to the best of my knowledge, information, and belief, the following is true and correct:

1. I am the 100% shareholder and the president of Michael M. Schmahl, P.C. ("Schmahl P.C.").

2. Schmahl P.C. is a member in the law firm Mason Pollick & Schmahl LLC ("MPS").

3. To the best of my knowledge, information and belief, after due inquiry and consultation with the other lawyers in MPS, none of MPS, Schmahl P.C., or I or any of MPS' attorneys have any connection with either of the debtors in the above-captioned, jointly administered bankruptcy cases (the "Debtors"), the Debtors' creditors, their respective attorneys, the United States Trustee or any person employed in the office of the United States Trustee, except for the following, none of which are in any way adverse to or in conflict with these bankruptcy estates:

    (a) I along with other attorneys of MPS have extensive acquaintances and friendships with members of the Bar and the legal profession in various parts of the United States of America and serve and meet with many of such attorneys at various meetings of professional

organizations and in many instances are socially friendly with other attorneys and their families, any one or more of whom may ultimately represent one or more parties in interest in this case.

(b) Various of MPS' attorneys have represented the Trustee in bankruptcy cases other than the above-captioned bankruptcy case and have represented the Trustee in prior bankruptcy cases when such attorneys worked at other firms. The Trustee has also referred clients or potential clients to MPS in unrelated matters.

(c) Based on an analysis of the schedules filed by the Debtors, the proofs of claim and other motions and pleadings filed in this case against MPS' records, it appears to me that MPS is not representing any of the parties in interest in this case.

(d) Based on a review of MPS' records, MPS does not represent and has no connections with any of the parties listed as having filed proofs of claim against either of the Debtors.

(e) Attorneys at MPS may hold, directly or indirectly (such as through shares of mutual funds and other similar investment vehicles providing indirect ownership), publicly traded stock or bonds of certain of the Debtors' creditors. However, any such holdings, if any, would not be effected in any significant degree by any loss incurred because of the above-captioned bankruptcy case or any order entered therein.

4. Based on the foregoing, it is my conclusion and the conclusion of Schmahl P.C. that all of MPS, Schmahl P.C., Richard J. Mason, John F. Pollick and I have continued to be and are disinterested within the meaning of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 19, 2021                             ___/s/ Michael M. Schmahl_____

                                        Michael M. Schmahl

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard
Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*