UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-10562
BCause Mining LLC, et al.  )  (Jointly Administered)
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
)
Debtor(s)  )

**ORDER GRANTING MOTION TO MODIFY TERMS OF RETENTION OF MASON POLLICK & SCHMAHL LLC**
AS COUNSEL TO THE TRUSTEE WITH RESPECT TO ADVERSARY PROCEEDING
AND TO APPROVE RELATED CONTINGENT FEE AGREEMENT

This matter coming before the Court on the Trustee's motion to modify terms of Retention of Mason Pollick & Schmahl LLC as counsel to the Trustee with respect to adversary proceeding and to approve related contingent fee agreement (the "Motion"); the Court being advised in the premises, and due notice having been provided to those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein.

2) The Trustee is authorized to retain the law firm of Mason Pollick & Schmahl LLC and its attorneys, including Michael M. Schmahl, Richard J. Mason, and John F. Pollick (collectively, "MPS"), as the Trustee's counsel, pursuant to the terms provided for in the Contingent Fee Agreement attached as Exhibit 1 to the Motion with respect to the adversary proceeding captioned Moglia v. Virginia Electric and Power Company d/b/a Dominion Energy, et al. (Adv. No. 21-00055) (the "Dominion Adversary Proceeding").

3) The Trustee is authorized to enter into the Contingent Fee Agreement attached as Exhibit 1 to the Motion.

4) Neither this order nor the Contingent Fee Agreement alter the previously approved terms of MPS's employment as counsel to the Trustee with respect to any matter other than the Dominion Adversary Proceeding and any related appeals.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 26, 2021

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860