Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-10562 BSJ  
**Case Name:** BCAUSE MINING LLC, A VIRGINIA LIMIT  
**Period Ending:** 06/30/21

**Trustee:** (330260)   ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 10/08/19 (c)  
**§341(a) Meeting Date:** 12/04/19  
**Claims Bar Date:** 08/01/19

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits, including security deposits and utlity deposits; See Attached | 1,637,200.21 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. | 1,022,673.00 | 0.00 | | 0.00 | FA |
| 3 | Office Furniture; See Attached. Net Book value listed $16,880.01 Order abandoning docket #418 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Office fixtures See Attached Net Book value listed at $13,853.64 Order abandoning docket #418 | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | Other machinery, fixtures and equipment Net book value listed at $7,575,484.00 Order abandoning docket #386 | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Real Property located at Virginia Beach Data Center, 5469 Greenwich Rd., Virginia Beach, VA 23462; Lease; | Unknown | 0.00 | | 0.00 | FA |
| 6 Assets | Totals (Excluding unknown values) | $3,659,873.21 | $0.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Related case: Bcause, LLC, 19-10731. All of the physical assets have been liquidated or abandoned and settled with the secured creditor. Trustee's counsel investigated potential fraudulent and preferential transfers and two adversaries were filed April 10, 2021. Litigation continues in both adversaries.

Printed: 07/27/2021 11:39 AM   V.20.34

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 19-10562 BSJ | **Trustee:** (330260) ALEX D. MOGLIA |
| **Case Name:** BCAUSE MINING LLC, A VIRGINIA LIMIT | **Filed (f) or Converted (c):** 10/08/19 (c) |
| | **§341(a) Meeting Date:** 12/04/19 |
| **Period Ending:** 06/30/21 | **Claims Bar Date:** 08/01/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** September 15, 2022  **Current Projected Date Of Final Report (TFR):** September 15, 2022