IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) )  **Chapter 7** ) |
| **BCause Mining LLC,** *et al.* | )  **Case No. 19-10562** )  **(Jointly Administered)** ) |
| Debtors. | )  Hon. Janet S. Baer ) |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE AND
SETTLEMENT WITH BMG OPERATIONS LTD.
<u>PURSUANT TO RULE 9019</u>**

PLEASE TAKE NOTICE that on September 22, 2021, Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed a motion (the "Settlement Motion") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court approving a certain Settlement Agreement (the "Agreement") between the Trustee and BMG Operations Ltd. ("BMG" and, collectively with the Trustee, the "Parties"), authorizing the Trustee and enter into and to perform his obligations under the Agreement, and granting related relief.

Subject to Court approval, the Agreement will settle and finally resolve the adversary proceeding captioned *Moglia v. BMG Operations Ltd.*, that is currently pending before the Court as Adversary No. 21-56 (the "Adversary Proceeding") and various claims and defenses asserted by BMG.  BMG has filed a proof of claim that appears as Claim No. 17 ("Claim 17") on the claims docket in BM Mining's bankruptcy case, in which it generally asserts an unsecured claim for $6,812,051.64 and purports to reserve the right to increase the amount of that claim. Additionally, though no claim has been filed, BMG asserts a claim for chapter 11 administrative expenses totaling in excess of $1 million based on certain alleged damage, breach of contract and tort theories resulting from post-bankruptcy events related to BMG's computers in the Debtors' Virginia hosting facility (the "Asserted Ch. 11 Claim").  Finally, BMG asserts that its claims are valid claims against both Debtors' bankruptcy estates. [1]

---

[1] The descriptions of the Adversary Proceeding, Claim 17 and the Asserted Ch. 11 Claim provided in this Notice is a summary only and is not intended to be exhaustive.  For a full and complete description of the allegations, claims, defenses and objections asserted in the Adversary Proceeding and Claim 17, you should review the documents, motions and pleadings filed in the Adversary Proceeding and Claim 17.  Subject to the terms of the Agreement, including the requirement of Court approval, the Trustee does not intend nor should any statement in this Notice be construed as a waiver, release, admission or limitation with respect to any of the rights, issues, arguments, allegations, claims, defenses and objections involved in or related to the Adversary Proceeding, Claim 17 or the Asserted Ch. 11 Claims, whether asserted by BMG or the Trustee, or which the Trustee has or may have against BMG.

EXHIBIT 2

In the Adversary Proceeding, the Trustee principally seeks to avoid and recover certain alleged preferential transfers, fraudulent transfers, and post-bankruptcy transfers in amounts totaling in excess of $215,000 and $920,000 and objects to Claim 17.  Additionally, the Trustee disagrees with and has asserted defenses to the Asserted Ch. 11 Claim.

The principle terms of the Agreement generally provide as follows[2]:

- BMG will have a chapter 11 administrative claim of $275,000 as to which each of the Debtors' estates is jointly and severally liable.
- For the avoidance of doubt, BMG will collect the $275,000 only once out of the distributions paid by the Debtor's estates, and if the two estates are substantively consolidated, BMG shall have only one claim against the combined estates for $275,000.
- All other claims between and among the parties will be released.  ;

PLEASE TAKE FURTHER NOTICE that a hearing on the Settlement Motion has been scheduled to take place on **October 13, 2021, at 1:00 P.M.** (the "Settlement Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Settlement Motion will be presented and heard electronically using Zoom for Government**.  No personal appearance in court is necessary or permitted.  To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the password is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

---

[2] The description in this Notice of the Agreement and its terms is a summary only and is not intended to be exhaustive.  The actual terms of the Agreement as executed and approved by the Court shall control in the event of any discrepancy between those terms and the descriptions provided for in this Notice.

EXHIBIT 2

      PLEASE TAKE FURTHER NOTICE THAT a copy of the Settlement Motion and the Agreement is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Settlement Motion and the Agreement available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

Dated:  September 21, 2021

Alex Moglia, Chapter 7 Trustee of the
Bankruptcy Estates of BCause Mining LLC
and BCause LLC

By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT 2