# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)

Chapter 7

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 9/22/2021, I did cause a copy of the following document, described below

Notice of Trustee's Motion to Approve Compromise and Settlement with BMG Operations LTD. Pursuant to Rule 9019

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/22/2021

*/s/ Michael M. Schmahl*
Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)

Chapter 7

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 9/22/2021, I did cause a copy of the following document, described below

Notice of Trustee's Motion to Approve Compromise and Settlement with BMG Operations LTD. Pursuant to Rule 9019

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/22/2021

Andrew Baldwin
c/o Stretto
410 Exchange Ste
100  Irvine, CA 92602

I certify that on September 22, 2021, I caused a copy of Notice of Trustee's Motion to Approve Compromise and Settlement with BMG Operations LTD. Pursuant to Rule 9019 to be served by first class, United States mail service, with adequate postage to ensure delivery to:

CCA Financial, LLC
Askounis & Darcy, PC
444 N Michigan Ave., Suite 3270
Chicago, IL 60611-3906

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

PS Illinois Trust
Lewis Brisbois Bisgaard & Smith
550 W Adams St Ste 300
Chicago, IL 60661-3607

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BCause LLC
2800 252nd Ave
Salem, WI 53168-9239

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

CSC
3462 Solution Center
Chicago, IL 60677-3004

Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington DC 20005-3960

Charles Chuck Mackie
4827 N Hamilton
Chicago, Il 60625-1405

Crystal Clear Communications
3180 N Lake Shore Dr # 20C
Chicago, IL 60657-4852

Crystal Clear Communications
Ellen Resnick, President
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Dawn L Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

EE Flake, Thomas
709 Roosevelt Ave.
Virginia Beach, VA 23452-4019

| | | |
|---|---|---|
| EF Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239 | Eli Robbins<br>Harrison Law Group<br>40 W. Chesapeake Ave.<br>Suite 600<br>Towson, MD 21204-4891 | Endurance IT Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 |
| Erica Sanford<br>4500 SOUTH DREXEL APT 102<br>Chicago, IL 60653-4381 | FRMO Corporation<br>One North Lexington Ave., #12-C<br>White Plains, NY 10601-1721 | Fallon Kevin<br>2800 252nd Ave.<br>Salem WI 53168-9239 |
| Fidelity Labs LLC<br>200 Seaport Boulevard<br>Boston, MA 02210-2000 | Flake Thomas<br>709 Roosevelt Ave.<br>Virginia Beach VA 23452-4019 | Frederick J Grede<br>10223 Coconut Road<br>Unit 3701<br>Estero, FL 34135-8544 |
| G Hogan Commercial Cleaning<br>645 Estates Way<br>Chesapeake, VA 23320-6758 | HK Cryptocurrency Mining LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Hoffland Properties Inc.<br>5400 Virginia Beach Blvd<br>Virginia Beach VA 23462-1724 |
| Hoffland Properties, Inc.<br>c/o Dennis T. Lewandowski<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 | Horizon Kinetics LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Image 360<br>118 Pennsylvania Ave.<br>Virginia Beach, VA 23462-2512 |
| Inate One LLC<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455-5523 | Jack Frost Enterprises<br>3168 Holland Road<br>Virginia Beach, VA 23453-2612 | John Ashby<br>1440 West Little Neck Road<br>Virginia Beach, VA 23452-4763 |
| Johns Brothers Security<br>310 E. Street<br>Hampton, VA 23661-1210 | Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive<br>Suite 190<br>Virginia Beach, VA 23462-4376 | Joseph LaMontagne<br>582 Lynnhaven Parkway<br>Virginia Beach, VA 23452-7366 |
| Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 | Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Lease of Parcel and Improvements<br>5465 Greenwich Rd.<br>Virginia Beach VA 23462-6511 |
| Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219-4624 | Michael Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 |
| Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 | Office of the U.S. Trustee<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604-2027 | Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 |

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex, Inc.
Bond, Schoeneck & King, PLLC
350 Linden Oaks, Third Floor
Rochester, NY 14625-2807

Pro Window, Inc.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454-4631

Professional Heating & Cooling, Inc
3306 Arizona Ave.
Norfolk, VA 23513-4115

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201-5786

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320-5980

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462-6511

St. bitts, LLC d.b.a Butcoin.com
Harry A. Readshaw
600 Grant Street,44th Floor
Pittsburgh, PA 15219-2713

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

The Water H2Ole, Inc.
1444 Southern Blvd., #C2-A
Virginia Beach, VA 23454-4881

Thomas Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Thomas G. Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Timothy L Brown
804 Rutherford Dr
Chesapeake, VA 23322-7739

U.S. Customs and Border Protection
Attn: Revenue Division, Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, In 46278-2010

US Customs & Border Protection
6650 Telecom Drive, #100
Indianapolis, IN 46278-2010

Verizon
PO Box 15043
Albany, NY 12212-5043

W. Greer McCreedy
413 West York Street
Norfolk, VA 23510-1114

WESCO Distribution, Inc.
David A Agay
300 North LaSalle Street, Suite 1400
Chicago IL 60654-3474

Wesco Distribution Inc.
PO Box 530409
Atlanta, GA 30353-0409

Zhouyang (Mason) Song
6540 RFeflection Drive #1225
San Diego, CA 92124-5136

erica sanford
4737 S Ingleside Apt3A
Chicago, IL, IL 60615-1823

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Arthur G Simon
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

Jeffrey C Dan
Goldstein & McClintock LLLP
111 West Washington
Suite 1221
Chicago, IL 60602-3482

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502