UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH BMG OPERATIONS LTD. PURSUANT TO RULE 9019**

This matter coming to be heard on the trustee's Motion to Approve Compromise and Settlement with BMG Operations Ltd. Pursuant to Rule 9019 (the "Motion"), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) the Motion is granted as set forth herein;

2) the settlement agreement is authorized and approved;

3) the trustee is authorized to enter into, execute, and deliver the settlement agreement and to take any such further actions to implement and otherwise perform the trustee's obligations under the settlement agreement in accordance with its terms; and

4) the form of the creditor notice is approved.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 13, 2021

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860