**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| BCAUSE MINING, LLC, ET AL. | ) | | |
| | ) | Case No: | 19-10562 |
| | ) | | (jointly administered) |
| Debtors. | ) | Judge: | Honorable Janet S. Baer |

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale of cryptocurrency conducted on February 21, 2020, following the Trustee's Motion to Approve Sale of cryptocurrency, which was granted by Court Order dated February 13, 2020:

Property Sold:        Cryptocurrency - Bitcoin

Purchaser:           Prime Trust

Gross Sales Price:    $242,908.21

Closing Costs and Expenses:   $2,428.77

Total Net Proceeds paid to Bankruptcy Estate:        **$240,479.44**
   Dated this 2nd day of November, 2021.


By:   /s/ Alex D. Moglia
         Trustee

Alex D. Moglia, Trustee
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173
(847) 884-8282