UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCause Mining LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING ALLOWED CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM**

This matter coming to be heard on the trustee's motion to grant BMG Operations, Ltd. ("BMG") an allowed chapter 11 administrative expense claim, due notice having been given to all parties thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) BMG has an allowed chapter 11 administrative expense claim in the amount $275,000 for which the bankruptcy estates of BCause Mining LLC and BCause LLC are and shall be jointly and severally liable ("BMG's Allowed Claim");

2) BMG's Allowed Claim is and shall be a chapter 11 administrative claim that is subordinate to administrative expenses and claims arising in or related to the Debtors' chapter 7 bankruptcy cases and shall be payable on par with other chapter 11 administrative expenses or claims against the Debtors' estates. In the event that there are not sufficient resources in the Debtors' estates, including any substantively consolidated estate that may be created after the entry of this order, to pay all allowed chapter 11 administrative claims or expenses after paying all allowed chapter 7 administrative claims or expenses, then BMG's Allowed Claim shall be paid pro rata with other allowed chapter 11 claims or expenses;

3) After BMG receives one or more payments totaling $275,000 from either or both of the Debtors' bankruptcy estates or from any substantively consolidated estate of the Debtors that may be created after the entry of this order, then BMG's Allowed Claim shall be satisfied in full; and

4) Except for BMG's Allowed Claim, any and all other claims, proofs of claim, informal proofs of claim, and motions, applications, or other documents requesting or otherwise seeking the allowance, payment, or setoff of any claims or expenses pursuant to the provisions of the Bankruptcy Code filed or asserted by or on behalf of BMG, expressly including, but not limited to, the proof of claim previously filed by BMG and appearing as Proof of Claim No. 17-1 on the claims register of the above-captioned case, are expressly disallowed and denied.

Enter: *Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 10, 2021

**Prepared by:**

Michael M. Schmahl
Pollick & Schmahl, LLC
200 E. Randolph, Suite 5100
Chicago, IL 60601
mschmahl@pollickschmahl.com
ARDC No. 6275860