UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-10562
BCause Mining LLC, et al.,  )  (Jointly Administered)
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE TRUSTEE TO ENTER AGREEMENT WITH MEDIATOR, TO PAY MEDIATOR'S FEES AS ADMINISTRATIVE EXPENSE, AND TO SHORTEN NOTICE**

This matter coming to be heard on the Trustee's Motion Authorizing the Trustee to Enter Agreement with Mediator, to Pay Mediator's Fees as an Administrative Expense, and to Shorten Notice (the "Motion"), adequate notice having been given to all parties entitled thereto, and the Court having determined that the requested mediator's fees of up to $7,500.00 requested by the Trustee in the Motion are actual, necessary costs and expenses of preserving these estates under section 503 of the Bankruptcy Code,

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein;

2) The Trustee is authorized to enter into the Mediator's Agreement in a form substantially similar to that attached as Exhibit 1 to the Motion with Virginia Electric and Power Company d/b/a Dominion Energy Virginia ("Dominion") and Prof. Charles J. Tabb, or such other individual (the "Mediator"), as the Trustee and Dominion may agree to mediate their disputes in the adversary proceeding captioned Moglia v. Virginia Electric and Power Company (Adversary No. 21-00055);

3) The Trustee is authorized and directed to pay up to $7,500.00 to the Mediator for fees actually earned under the Mediator's Agreement (the "Mediator's Fees") and that such Mediator's Fees are allowed as administrative expenses under section 503 of the Bankruptcy Code;

4) The Trustee is authorized and directed to pay the Mediator's Fees out of the funds currently held in the bankruptcy estate of BCause LLC;

5) The Trustee may seek authority to pay additional fees to the Mediator under the Mediation Agreement if necessary or appropriate; and

6) Notice of the Motion is shortened to 19 days as described in the Motion.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 16, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860