Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
WESTERN DIVISION
327 S. Church Street, Room 1100, Rockford, IL 61101

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 21 2022

JEFFREY P. ALLSTEADT, CLERK

## CHANGE OF ADDRESS – CREDITOR

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: Bcause Mining LLC     Case Number: 19-10562
                             Chapter: 11

Check which type of address change is being requested:
☐ Notice only    ☐ Payment only    ☑ Notice & Payment

Creditor's Name: Bruce Pollack

Enter related claim number(s) if any:
18, 19 and 20

Dollar Amount: $

Previous Notice Address:
807 Davis St
Unit 306
Evanston, IL 60201

New Notice Address:
1426 Chicago Ave
Apt 2S
Evanston, IL 60201

Previous Payment Address:
807 Davis St
Unit 306
Evanston, IL 60201

New Payment Address:
1426 Chicago Ave
Apt 2S
Evanston, IL 60201

Change requested by:
(Printed name and title)

Bruce Pollack
Mailing Address
1426 Chicago Ave

03/15/2022

Evanston, IL 60201
Apt 2S

Creditor Phone Number: 312-459-7935
Creditor Email Address: bpollack17@gmail.com

Signature and Date

*Bruce Pollack*     03/15/2022

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19