Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
WESTERN DIVISION

327 S. Church Street, Room 1100, Rockford, IL 61101

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 21 2022

JEFFREY P. ALLSTEADT, CLERK

## CHANGE OF ADDRESS – CREDITOR

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: **Bcause Mining LLC**

Case Number: **19-10562**

Chapter: **11**

Check which type of address change is being requested:

☐ Notice only ☐ Payment only ☑ Notice & Payment

Creditor's Name: **Bruce Pollack**

Enter related claim number(s) if any:
#5

Dollar Amount: $ 1717.00

Previous Notice Address:
807 Davis St
Unit 306
Evanston, IL 60201

New Notice Address:
1426 Chicago Ave
Apt 2S
Evanston, IL 60201

Previous Payment Address:
807 Davis St
Unit 306
Evanston, IL 60201

New Payment Address:
1426 Chicago Ave
Apt 2S
Evanston, IL 60201

Change requested by:
(Printed name and title)

Bruce Pollack
Mailing Address
1426 Chicago Ave
Apt 2S
Evanston, IL 60201

03/15/2022

Creditor Phone Number: 312-459-7935
Creditor Email Address: bpollack17@gmail.com

Signature and Date

*[signature]* 03/15/2022

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19