# WESLER & ASSOCIATES
## CERTIFIED PUBLIC ACCOUNTANTS

February 10, 2022

Trustee Alex D. Moglia
Attorney Michael M. Schmahl
70 W. Hubbard
Suite 304
Chicago, IL  60654

Re:  Bankruptcy Estate of BCause LLC (19-10731)

Dear Trustee Moglia:

This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide.

Commencing with the acceptance signature below, Wesler & Associates, CPA PC will review the case documentation in order to prepare and file the bankruptcy estate tax returns for BCause LLC.  In addition to the bankruptcy estate tax returns, an extension will be filed if it is deemed necessary.

Our engagement cannot be relied upon to disclose errors, fraud, or illegal acts that may exist.  However, we will inform the Trustee of any material errors or any fraud or illegal acts that come to our attention.

Our fees for this engagement are not contingent on the results of our services.  Upon court approval, our fees for this engagement will be based on the following rates:  Cheryl Wesler, CPA at an hourly rate of $275 and support staff hourly rate of $175, plus costs, including but not limited to, such fees as filing, and postage.  Based on our preliminary review, we estimate between 5 and 10 hours to complete and have agreed to cap our fees at $2,500 plus expenses.

Thank you for your attention to this matter, and please contact me with any questions that you may have.

Very truly yours,

*Cheryl G. Wesler*

Cheryl G. Wesler, CPA PC
Partner

**ACCEPTED AND AGREED:**

Bankruptcy Estate of BCause LLC

_____    _____
By:  Trustee Alex D. Moglia                                   Date