UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> BCause Mining LLC, et al., <br><br><br><br> Debtor(s) <br><br><br> Plaintiff(s) <br><br><br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  19-10562 <br> (Jointly Administered) <br> Chapter:  7 <br> Honorable Janet S. Baer <br><br><br> Adv. No.: |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY WESLER & ASSOCIATES CPA PC**
**AS TAX ACCOUNTANTS AS OF FEBRUARY 1, 2022**

This matter coming to be heard on the Trustee's Application to Employ Wesler & Associates CPA PC ("W&A") as Tax Accountants to the Trustee (the "Application") as of February 1, 2022, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Application is granted as set forth herein;

2) The Trustee is authorized to retain and employ W&A, including Cheryl Wesler and its other professionals and employees, as the Trustee's tax accountants effective as of February 1, 2022, pursuant to the terms provided in the engagement agreement (the "Engagement Agreement") attached to the Application to prepare the 2021 tax returns and any potential state filings or related services;

3) The terms of the Engagement Agreement are approved and the Trustee is authorized to enter into the Engagement Agreement with W&A; and

4) Any compensation ultimately owed to W&A shall be subject to allowance by the Court in the future pursuant to section 328 and the other provisions of the Bankruptcy Code.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 06, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860