IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| BCause Mining LLC, *et al.* | Case No. 19-10562 (Jointly Administered) |
| Debtors. | Hon. Janet S. Baer |

*AMENDED AND RESTATED*[1] NOTICE OF SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MASON POLLICK & SCHMAHL LLC SOLELY AS CONTINGENT FEE COUNSEL TO THE TRUSTEE RELATED TO LITIGATION AGAINST DOMINION ENERGY

  PLEASE TAKE NOTICE that on June 2, 2020, Mason Pollick & Schmahl LLC ("MPS")[2], as contingent fee counsel for Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC Solely as Contingent Fee Counsel to the Trustee Related to Litigation Against Dominion Energy and Request to Shorten Notice (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to MPS in the amount of $232,188.90 (the "Compensation") for services performed for the Trustee related to the Adversary Proceeding captioned *Moglia v. Virginia Electric and Power Company d/b/a Dominion Energy Virginia*, that is currently pending before the Court as Adversary No. 21-55 (the "Adversary Proceeding") pursuant to a Contingent Fee Agreement between MPS and the Trustee; (ii) approving and allowing the reimbursement of expenses to MPS in the amount of $363.65 (the "Expense Reimbursement") related to the Adversary Proceeding; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to MPS out of the approximately $700,000.00 in settlement proceeds from Dominion in connection with a settlement of the Adversary Proceeding; (iv) shortening notice by one day; and (v) granting related relief.

---

[1] PLEASE NOTE: You previously received a prior version of this Notice that contained mathematical errors in the calculation of the amount of requested Compensation and Expense Reimbursement MPS seeks through the Application.  The amounts listed in this *Amended and Restated* Notice are correct.  Please disregarding the prior Notice. There are no other material changes in this *Amended and Restated* Notice.  Please contact the undersigned with any questions.
[2] Mason Pollick & Schmahl LLC is the same firm formerly known as Pollick & Schmahl, LLC.

EXHIBIT 1

PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **June 22, 2022, at 10:00 A.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Application will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Application with all attachments is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and MPS will make a copy of the Application with all attachments available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

|  |  |
|---|---|
| Dated: June 2, 2022 | Alex Moglia, Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC |
|  | By: /s/ Michael M. Schmahl<br>      Michael M. Schmahl |

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT 1

EXHIBIT 1