# EXHIBIT 1



Invoice submitted to:
**BCause**

May 27, 2022

**PRIVILEGED AND CONFIDENTIAL**

Invoice #12846
Terms: Due on receipt

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | Accounting/Auditing |  |  |
| 1/12/2021 JN | Prepare December 2020 bank reconciliation | 0.10 400.00/hr | 40.00 |
| 1/18/2021 JN | Prepare and completed 2020 1099s. | 1.00 400.00/hr | 400.00 |
| 3/8/2021 JN | Reconcile February, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 3/12/2021 JN | Prepare checks payable to Trustee and Moglia Advisors for approved fee applications. | 0.40 400.00/hr | 160.00 |
| 4/12/2021 JN | Reconcile March, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 6/10/2021 JN | Reconcile May, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 7/9/2021 JN | Reconcile June, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 8/10/2021 JN | Reconcile July, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 9/9/2021 JN | Reconcile Aug, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 10/12/2021 JN | Reconcile September 2021 bank statement | 0.10 400.00/hr | 40.00 |

**1325 Remington Road, Suite H, Schaumburg, IL 60173**
**(847) 884-8282  Fax:  (847) 884-1188**

BCause　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 10/29/2021 JN | Review and updated in Stretto Trustee Suite the deposit of the sale of cryptocurrency to reflect the 1% commission. | 0.20 400.00/hr | 80.00 |
| 11/9/2021 JN | Review various motions to check for specific direction indicated on which entity to pay fees and settlement from. | 0.20 400.00/hr | 80.00 |
| 11/11/2021 JN | Reconcile October 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 12/7/2021 JN | Reconcile Nov, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 1/12/2022 JN | Reconcile Dec, 2021 bank statement | 0.10 400.00/hr | 40.00 |
| 2/10/2022 JN | Reconcile Jan, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 3/8/2022 JN | Reconcile Feb, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 3/11/2022 JN | Prepare deposit of Dominion Energy small rate refund ck. | 0.10 400.00/hr | 40.00 |
| 4/12/2022 JN | Reconcile March, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| | SUBTOTAL: | [ 3.30 | 1,320.00] |

Case Administration

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 1/13/2021 KN | Email NJ DOJ re Brian Sayler unemployment | 0.10 175.00/hr | 17.50 |
| JN | Sent email with Moglia Advisors Fee and Exps. application to Schmahl re fee application | 0.10 400.00/hr | 40.00 |
| 1/27/2021 JN | Obtain access to debtor's Quickbooks online records and email with Schmahl and Moglia re same | 0.40 400.00/hr | 160.00 |
| 2/10/2021 MS | Review case; create claim for accountant | 0.60 400.00/hr | 240.00 |

BCause                                                                                                    Page    3

|            |                                                                                          | Hrs/Rate     | Amount |
|------------|------------------------------------------------------------------------------------------|--------------|--------|
| 2/18/2021 JN | Prepare detail total distribution report and sent to Schmahl.                          | 0.10 400.00/hr | 40.00  |
| JN         | t/c w/ Schmahl re: distributions in the case                                             | 0.10 400.00/hr | 40.00  |
| 2/25/2021 JN | Email Schmahl re fee applications                                                      | 0.10 400.00/hr | 40.00  |
| 4/28/2021 JN | Email Schmahl re: correspondence with debtor's equity holders and revised tax returns  | 0.10 400.00/hr | 40.00  |
| 5/10/2021 JN | Reconcile April, 2021 bank statement                                                   | 0.10 400.00/hr | 40.00  |
| 5/24/2021 JN | t/c w/ Mason re: BMG counter offer.                                                    | 0.10 400.00/hr | 40.00  |
| JN         | Review Moglia's email related to the BMG counter offer suggestion by Mason.              | 0.20 400.00/hr | 80.00  |
| JN         | t/c w/ Mason and Moglia re: BMG counter offer.                                           | 0.30 400.00/hr | 120.00 |
| 7/9/2021 MS | t/c w/ Mike Schmahl re: case status                                                    | 0.20 400.00/hr | 80.00  |
| 9/1/2021 JN | Review draft Dominion stipulation motion.                                               | 0.30 400.00/hr | 120.00 |
| 9/2/2021 JN | Review draft Dominion stipulation motion.                                               | 0.30 400.00/hr | 120.00 |
| 9/7/2021 JN | Sent email to Wesler w/ IRS 2019 return correction notice asking her to advise how to respond. | 0.10 400.00/hr | 40.00  |
| 9/8/2021 JN | Update Form 1 on Trustee Suite, Successor trustee memo.                                 | 0.30 400.00/hr | 120.00 |
| 9/15/2021 JN | Email Schmahl and Wesler re: debtor's Quickbooks data                                  | 0.10 400.00/hr | 40.00  |
| 9/16/2021 JN | Email Wesler to searching her files for F/Statements for 2017 and 2018.                | 0.10 400.00/hr | 40.00  |
| JN         | t/c w/ Schmahl discussing QBs data                                                       | 0.20 400.00/hr | 80.00  |

BCause    Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2021 | JN | ADMIN. MATTERS<br>Maintained access to QBks data | 0.30<br>400.00/hr | 120.00 |
| 9/20/2021 | JN | ADMIN. MATTERS<br>Check for QuickBooks access.  Wesler has access. | 0.30<br>400.00/hr | 120.00 |
| 9/21/2021 | JN | Review<br>and offered edits to Schmahl on the BMG settlement motion. | 0.20<br>400.00/hr | 80.00 |
| 10/29/2021 | JN | Prepare<br>edits to Report of Sale related to the sale of Cryptocurrency. | 0.20<br>400.00/hr | 80.00 |
| 11/1/2021 | JN | Review<br>BMG mediation agreement. | 0.40<br>400.00/hr | 160.00 |
| 11/2/2021 | MS | t/c w/<br>Niese re: no separate bank accounts and discuss same; talk with Tom Springer about same to verify need separate bank accounts | 0.90<br>400.00/hr | 360.00 |
| | JN | t/c w/<br>Schmahl re: filing of the report of sale for the bitcoin sale. | 0.20<br>400.00/hr | 80.00 |
| | JN | Email<br>Nandapreecha to go ahead and file report of sale for the bitcoin sale. | 0.10<br>400.00/hr | 40.00 |
| | JN | t/c w/<br>M Springer re: the two cases vs the reporting of the sale of the bitcoin. | 0.40<br>400.00/hr | 160.00 |
| | JN | Research<br>Bcause, LLC case vs BCause Mining LLC case and where to file the report of sale. | 1.00<br>400.00/hr | 400.00 |
| | KN | File<br>report of sale and email H2O To Go re bankruptcy | 0.20<br>175.00/hr | 35.00 |
| 11/3/2021 | JN | Review<br>all bank ledger transactions in the BCause, LLC case. | 0.50<br>400.00/hr | 200.00 |
| | JN | Discuss<br>w/Moglia re: bank ledger transactions | 0.20<br>400.00/hr | 80.00 |
| 11/5/2021 | JN | t/c w/<br>Moglia and Schmahl re: background information on BCause, LLC and BCause Mining, LLC a possible substantive consolidation | 1.10<br>400.00/hr | 440.00 |
| 11/11/2021 | JN | t/c w/<br>Moglia and M. Springer re: currently jointly administered and potential  to substantively consolidate. | 0.20<br>400.00/hr | 80.00 |

BCause                                                                                                                      Page     5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/13/2021<br>KN | Email<br>IDOL re notice for Kristin Joyce-Werner | 0.10<br>175.00/hr | 17.50 |
|  | SUBTOTAL: | [    10.20 | 3,990.00] |
|  | **Fee/Employment Applications** |  |  |
| 1/6/2021<br>JN | Prepare<br>BCause Moglia fee application. | 0.50<br>400.00/hr | 200.00 |
| 1/8/2021<br>KN | Typing<br>trustee and MA fee applications | 0.70<br>150.00/hr | 105.00 |
| 1/11/2021<br>KN | Review & revise<br>Moglia Advisors fee application | 0.80<br>175.00/hr | 140.00 |
| 1/12/2021<br>KN | Review & revise<br>trustee fee application | 1.20<br>175.00/hr | 210.00 |
| JN | Finalize<br>edits to Moglia Advisors fee application | 1.80<br>400.00/hr | 720.00 |
| 1/15/2021<br>JN | Prepare<br>edits to Trustee fee and exps. Application. | 1.10<br>400.00/hr | 440.00 |
| 1/18/2021<br>JN | Finalize<br>the Trustee fee application and sent email to Schmahl with draft for his review and filing. | 0.20<br>400.00/hr | 80.00 |
| 2/4/2021<br>JN | Review & revise<br>BCause Trustee's fee application. | 0.30<br>400.00/hr | 120.00 |
| JN | Review & revise<br>BCause Moglia Advisors' fee application. | 0.80<br>400.00/hr | 320.00 |
| 2/5/2021<br>JN | Reconcile<br>January, 2021 bank statement | 0.10<br>400.00/hr | 40.00 |
| 2/9/2021<br>JN | Finalize<br>preparations on fee application and emailed to Schmahl | 0.10<br>400.00/hr | 40.00 |
| JN | Finalize<br>preparations on fee application and emailed to Schmahl | 0.10<br>400.00/hr | 40.00 |
| 2/12/2021<br>JN | Email<br>Schmahl re: status of fee applications. | 0.10<br>400.00/hr | 40.00 |

BCause                                                                                                                  Page    6

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | SUBTOTAL: | [ 7.80 | 2,495.00] |

### Litigation

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/1/2021 | JN | Review draft BMG claims settlement motion. | 0.20 400.00/hr | 80.00 |
| 1/11/2022 | JN | t/c w/ Schmahl re: Dominion stipulation motion exhibit. | 0.30 400.00/hr | 120.00 |
|  | JN | Review Dominion stipulation motion exhibit. | 0.80 400.00/hr | 320.00 |
| 1/17/2022 | JN | t/c w/ Schmahl re: Dominion stipulation motion final draft, need to find a new mediator and schedule the mediation some time in Feb. | 0.10 400.00/hr | 40.00 |
| 1/18/2022 | JN | t/c w/ Moglia re: final Dominion stipulation motion | 0.20 400.00/hr | 80.00 |
| 1/31/2022 | JN | t/c w/ Moglia and Schmahl re: new mediator M. Tabb has possible conflicts, may need to switch to R Brubaker. | 0.20 400.00/hr | 80.00 |
| 2/24/2022 | JN | t/c w/ Schmahl re: needs quick turnaround from MA to review final draft of Dominion stipulation. | 0.10 400.00/hr | 40.00 |
| 3/18/2022 | JN | Review Doc #493 - Approving the Mediator for the Dominion settlement. | 0.50 400.00/hr | 200.00 |
| 4/20/2022 | JN | t/c w/ Schmahl and Moglia re: mediation strategy and counter offer to Dominion. | 0.10 400.00/hr | 40.00 |
|  | JN | Discuss w/Moglia and Schmahl during the Dominion Energy mediation settlement breakout time. | 0.20 400.00/hr | 80.00 |
|  |  | SUBTOTAL: | [ 2.70 | 1,080.00] |

### Tax Issues

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/18/2021 | JN | t/c w/ Wesler re: VA income tax notice and POA Alex needs to sign. | 0.10 400.00/hr | 40.00 |

BCause                                                                                                                Page      7

|            |                                                                                                   | Hrs/Rate     | Amount     |
|------------|---------------------------------------------------------------------------------------------------|--------------|------------|
| 2/22/2021 JN | Prepare 2020 forms 1 and 2 and sent to C Wesler for tax preparation.                            | 0.10 400.00/hr | 40.00 |
| JN         | t/c w/ 2019 revised tax returns.                                                                  | 0.20 400.00/hr | 80.00 |
| 4/8/2021 JN | t/conf. w/ Moglia, Schmahl and Wesler re: 2019 amended K-1s and the preparation of the 2020 tax return. | 0.80 400.00/hr | 320.00 |
| 4/27/2021 JN | Review tax returns - 2019 final revision and 2020 final.                                        | 0.10 400.00/hr | 40.00 |
| 1/12/2022 JN | Prepare and sent 2021 receipts and disbursements, Form 2 to Wesler for 2021 tax prep.           | 0.10 400.00/hr | 40.00 |
| 1/25/2022 JN | Review and respond to Wesler email re:2021 tax prep and 1099s.                                  | 0.10 400.00/hr | 40.00 |
| 3/2/2022 JN | Review 2021 tax return prepared by Wesler and gave to Moglia to review and sign.                 | 0.40 400.00/hr | 160.00 |
|            | SUBTOTAL:                                                                                         | [ 1.90       | 760.00] |
|            | For professional services rendered                                                                | 25.90        | $9,645.00 |

Additional Charges :

| 1/1/2021 MA   | $Miscellaneous QuickBooks                              |   | 70.00    |
|---------------|--------------------------------------------------------|---|----------|
| 9/16/2021 MA  | $Miscellaneous QuickBooks data service 1yr renewal fee |   | 1,649.95 |
|               | SUBTOTAL:                                              |   | [ 1,719.95] |

Case Administration

| 1/27/2021 MA | $Miscellaneous QuickBooks |   | 70.00 |
|--------------|---------------------------|---|-------|
|              | SUBTOTAL:                 |   | [ 70.00] |
|              | Total additional charges  |   | $1,789.95 |