IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) <br> ) Case No. 19-10562 <br> ) (Jointly Administered) <br> ) <br> ) Hon. Janet S. Baer <br> ) |
| BCause Mining LLC, *et al.* | |
| Debtors. | |

**NOTICE OF SECOND INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
<u>MOGLIA ADVISORS AS FINANCIAL ADVISOR TO CHAPTER 7 TRUSTEE</u>**

PLEASE TAKE NOTICE that on June 1, 2022, Moglia Advisors ("MA"), financial advisors for Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Moglia Advisors as Financial Advisors to Chapter 7 Trustee (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to MA in the amount of $9,645.00 (the "Compensation") for services performed for the Trustee during the period starting on January 1, 2021, and ending on April 12, 2022 (the "Compensation Period"); (ii) approving and allowing the reimbursement of expenses to MA in the amount of $1,789.95 (the "Expense Reimbursement") during the Compensation Period; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to MA out of the funds the Trustee is currently holding in the bankruptcy estate of BC Holding and the approximately $700,000 in settlement proceeds that the Trustee will receive from a settlement of an adversary proceeding against Virginia Electric and Power Company d/b/a Dominion Energy Virginia; (iv) approving the form of this Notice; and (v) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **June 22, 2022, at 10:00 A.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Application will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

EXHIBIT B

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the password is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Application with all attachments is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Application and all attachments available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

Dated:  June 1, 2022

Alex Moglia, Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC

By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT B