**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 7** |
| **BCause Mining LLC,** *et al.* | ) ) ) | **Case No. 19-10562** **(Jointly Administered)** |
| Debtors. | ) ) ) | Hon. Janet S. Baer |

**NOTICE OF MOTION OF TRUSTEE FOR SUBSTANTIVE CONSOLIDATION OF DEBTORS' ESTATES AND FOR RELATED RELIEF**

PLEASE TAKE NOTICE that Alex Moglia (the "Trustee"), the Trustee of the Chapter 7 bankruptcy estates of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding" and, collectively with BC Mining, the "Debtors"), filed a motion (the "Motion") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking to substantively consolidate the bankruptcy estates of BC Mining (Case No. 19-10562) and BC Holding (Case No. 19-10731) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been scheduled to take place on **July 13, 2022, at 10:00 A.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

**The Motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

EXHIBIT 1

      PLEASE TAKE FURTHER NOTICE THAT a copy of the Motion and all attachments is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Motion and all attachments available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

                                              Alex Moglia, Chapter 7 Trustee of the
                                              Bankruptcy Estates of BCause Mining LLC
                                              and BCause LLC

                                              By: /s/ Michael M. Schmahl
                                                      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT 1