**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)

Chapter 7

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 6/2/2022, I did cause a copy of the following document, described below.

Amended and Restated[1] Notice of Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC Solely as Contingent Fee Counsel to the Trustee Related to Litigation Against Dominion Energy

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2022

*/s/ Michael M. Schmahl*
Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
Tel: (312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

---

[1]PLEASE NOTE: You previously received a prior version of this Notice that contained mathematical errors in the calculation of the amount of requested Compensation and Expense Reimbursement MPS seeks through the Application. The amounts listed in this Amended and Restated Notice are correct. Please disregarding the prior Notice. There are no other material changes in this Amended and Restated Notice. Please contact the undersigned with any questions.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)

Chapter 7

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 6/2/2022, I did cause a copy of the following document, described below.

Amended and Restated[1] Notice of Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC Solely as Contingent Fee Counsel to the Trustee Related to Litigation Against Dominion Energy

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2022

Andrew Baldwin
c/o Stretto
410 Exchange Ste
100  Irvine, CA 92602

---

[1]PLEASE NOTE: You previously received a prior version of this Notice that contained mathematical errors in the calculation of the amount of requested Compensation and Expense Reimbursement MPS seeks through the Application. The amounts listed in this Amended and Restated Notice are correct. Please disregarding the prior Notice. There are no other material changes in this Amended and Restated Notice. Please contact the undersigned with any questions.

I certify that on June 2, 2022, I caused a copy of Amended and Restated Notice of Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC Solely as Contingent Fee Counsel to the Trustee Related to Litigation Against Dominion Energy to be served by first class, United States mail service, with adequate postage to ensure delivery to:

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455-1638

Ann M. Cresce
5731 Hampton Drive
Long Grove, IL 60047-5050

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017-1028

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306-1845

Boyk, William
982 Dakota Circle
Naperville, IL 60563-9308

Brian Sayler
48 Bensam Place
Haledon, NJ 07508-3009

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CCA Financial LLC
Askounis & Darcy PC
444 N. Michigan Ave
Ste 3270
Chicago, IL 60611-3906

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005-3960

Capitol Counsel, LLC
700 13th St NW 2nd Floor
Washington, DC 20005-3960

Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607-4630

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321-1265

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625-1405

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510-1813

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr.
Long Grove, IL 60047-5050

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Daniel Schak
2319 N 77th Ave
ELMWOOD PARK, IL 60707-3042

Dawn L. Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299-6421

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

Erica Sanford
4500 south drexel apt 102
chicago, IL 60653-4381

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006-1823

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204-2901

FIS Systems International, LLC
FIS Legal
11601 Roosevelt Blvd., TA-41
Attn: Lauren M. Pizzo, Esq.
St. Petersburg, FL 33716-2202

Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Frederick J Grede
500 North Lake Shore Drive
3314
Chicago, IL 60611-5143

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334-1505

Grede, Fred
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510-1682

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020-6120

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Illinois Department of Employment Security
33 S State St., 10th Flr Coll. Bkry
Chicago, Illinois 60603-2808
Attn. Amelia Yabes

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452-4763

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620-2845

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karan Rai
921 Atlantic Avenue, #1401
Virginia Beach, VA 23451-3581

Kathleen Miller
Smith, Katzenstein & Jenkins LLP
PO Box 410
United States
Wilmington, DE 19899-0410

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Kristin Joyce-Werner
14159 Camden Dr
Orland Park, IL 60462-2385

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060-3395

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452-7330

Level 3 Communications, LLC
CenturyLink Communications
Attn:  Legal - BKY
1025 Eldorado Blvd.
Broomfield, CO 80021-8254

MA Commonwealth
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611-4458

Mary Grace Fajardo
6024 N. Kimball Ave.
Chicago, IL 60659-2310

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23454-4283

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Nasdaq
805 King Farm Blvd.
Rockville, MD 20850-6162

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006-1405

PACIFIC LIAISON SERVICES INC
C/O HAYAMI SHIRAISHI
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630

PATRICK CHILDRESS
701 S WELLS ST APT 2001
CHICAGO, IL 60607-4630

PATRICK CHILDRESS
701 S WELLS ST UNIT 2001
CHICAGO, IL 60607-4630

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607-4630

Paul Bozych
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex Inc
220 Kenneth Drive
Rochester NY 14623-4292

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452-6767

Pollack, Bruce
167 Park Ave.
Glencoe, IL 60022-1351

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Thomas G. Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606-2800

Tradehelm, Inc.
R Scott Alsterda
70 West Madison
Suite 3500
Chicago, IL 60602-4224

UNUM - Dental
PO Box 406990
Atlanta, GA 30384-6990

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455

UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

United States Trustee
Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

W-R2 Jefferson Owner VII, L.L.C.
2 N. La Salle Street, Suite 1300
Chicago, Il 60602-3709

W-R2 Jefferson Owner VII, LLC.
Marc I Fenton Esq
2 N LaSalle St Suite 1300
Chicago, IL 60602-3709

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642-2732

Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474

William Boyk
982 Dakota circle
Naperville, IL 60563-9308

Wisconsin Department of Revenue
4-SPU Bankruptcy
PO Box 8901
m, WI 53708-8901

erica sanford
4737 S Ingleside APT 3A
Chicago, IL, IL 60615-1823

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Arthur G Simon
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

Jeffrey C Dan
Goldstein & McClintock LLLP
111 West Washington
Suite 1221
Chicago, IL 60602-3482

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502

CCA Financial, LLC
Askounis & Darcy, PC
444 N Michigan Ave., Suite 3270
Chicago, IL 60611-3906

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

PS Illinois Trust
Lewis Brisbois Bisgaard & Smith
550 W Adams St Ste 300
Chicago, IL 60661-3607

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BCause LLC
2800 252nd Ave
Salem, WI 53168-9239

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

Bruce Pollack
1426 Chicago Ave Apt 2S
Evanston, IL 60201-4795

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

CSC
3462 Solution Center
Chicago, IL 60677-3004

Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington DC 20005-3960

Charles Chuck Mackie
4827 N Hamilton
Chicago, Il 60625-1405

Crystal Clear Communications
3180 N Lake Shore Dr # 20C
Chicago, IL 60657-4852

Crystal Clear Communications
Ellen Resnick, President
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Dawn L Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Dominion Energy Virginia North Carolina
Po Box 26666
Richmond Va 23261-6666

EE Flake, Thomas
709 Roosevelt Ave.
Virginia Beach, VA 23452-4019

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Eli Robbins
Harrison Law Group
40 W. Chesapeake Ave.
Suite 600
Towson, MD 21204-4891

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

Erica Sanford
4500 SOUTH DREXEL APT 102
Chicago, IL 60653-4381

FRMO Corporation
One North Lexington Ave., #12-C
White Plains, NY 10601-1721

Fallon Kevin
2800 252nd Ave.
Salem WI 53168-9239

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210-2000

Flake Thomas
709 Roosevelt Ave.
Virginia Beach VA 23452-4019

Frederick J Grede
10223 Coconut Road
Unit 3701
Estero, FL 34135-8544

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA 23320-6758

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016-6819

Hoffland Properties Inc.
5400 Virginia Beach Blvd
Virginia Beach VA 23462-1724

Hoffland Properties, Inc.
c/o Dennis T. Lewandowski
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1681

Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016-6819

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462-2512

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455-5523

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA 23453-2612

John Ashby
1440 West Little Neck Road
Virginia Beach, VA 23452-4763

Johns Brothers Security
310 E. Street
Hampton, VA 23661-1210

Jones, Madden & Council, PLC
5029 Corporate Woods Drive
Suite 190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452-7366

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Lease of Parcel and Improvements
5465 Greenwich Rd.
Virginia Beach VA 23462-6511

Matthew B. Kirsner
Eckert Seamans Cherin & Mellott LLC
919 E. Main St., #1300
Richmond, VA 23219-4624

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Midgett Preti Olansen PC
Attn: Alison R. Zizzo
2901 Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

Paul Bozych
Nielsen, Zehe & Antas, P.C.
55 W. Monroe St., #1800
Chicago, IL 60603-5037

Paul K. Wong
4020 Church Point Road
Virginia Beach, VA 23455-7038

Paychex, Inc.
Bond, Schoeneck & King, PLLC
350 Linden Oaks, Third Floor
Rochester, NY 14625-2807

Pro Window, Inc.
1604 Virginia Beach Blvd.
Virginia Beach, VA 23454-4631

Professional Heating & Cooling, Inc
3306 Arizona Ave.
Norfolk, VA 23513-4115

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201-5786

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320-5980

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462-6511

St. bitts, LLC d.b.a Butcoin.com
Harry A. Readshaw
600 Grant Street,44th Floor
Pittsburgh, PA 15219-2713

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

The Water H2Ole, Inc.
1444 Southern Blvd., #C2-A
Virginia Beach, VA 23454-4881

Thomas Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Thomas G. Flake
709 Roosevelt Avenue
Virginia Beach, VA 23452-4019

Timothy L Brown
804 Rutherford Dr
Chesapeake, VA 23322-7739

U.S. Customs and Border Protection
Attn: Revenue Division, Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, In 46278-2010

US Customs & Border Protection
6650 Telecom Drive, #100
Indianapolis, IN 46278-2010

Verizon
PO Box 15043
Albany, NY 12212-5043

W. Greer McCreedy
413 West York Street
Norfolk, VA 23510-1114

WESCO Distribution, Inc.
David A Agay
300 North LaSalle Street, Suite 1400
Chicago IL 60654-3474

Wesco Distribution Inc.
PO Box 530409
Atlanta, GA 30353-0409

Zhouyang (Mason) Song
6540 RFeflection Drive #1225
San Diego, CA 92124-5136

erica sanford
4737 S Ingleside Apt3A
Chicago, IL, IL 60615-1823

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Arthur G Simon
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

Jeffrey C Dan
Goldstein & McClintock LLLP
111 West Washington
Suite 1221
Chicago, IL 60602-3482

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127