**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)

Chapter 7

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 6/1/2022, I did cause a copy of the following document, described below.

Notice of Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Moglia Advisors as Financial Advisor to Chapter 7 Trustee

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/1/2022

*/s/ Michael M. Schmahl*
Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
Tel: (312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

BCause Mining LLC, *et al.*

Debtors.

Case No. 19-10562
(Jointly Administered)

Chapter 7

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 6/1/2022, I did cause a copy of the following document, described below.

Notice of Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Moglia Advisors as Financial Advisor to Chapter 7 Trustee

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/1/2022

Andrew Baldwin
c/o Stretto
410 Exchange Ste
100  Irvine, CA 92602

I certify that on June 1, 2022, I caused a copy of Notice of Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Moglia Advisors as Financial Advisor to Chapter 7 Trustee to be served by first class, United States mail service, with adequate postage to ensure delivery to:

| | | |
|---|---|---|
| CCA Financial, LLC<br>Askounis & Darcy, PC<br>444 N Michigan Ave., Suite 3270<br>Chicago, IL 60611-3906 | Hoffland Properties, Inc<br>c/o Hoffland Beverage Company<br>4105 S Military Highway<br>Chesapeake, VA 23321-2701 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Alliance Material Handling, Inc.<br>PO Box 62050<br>Baltimore, MD 21264-2050 | AlphaCraft Technologies, LLC<br>601 Railroad Ave.<br>South Boston, VA 24592-3619 | Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| American Alternative Insurance Corporation<br>Roanoke Group<br>Roanoke Woodfield Rd #500<br>Schaumburg IL 60173 | BCause Clear LLC<br>130 S. Jefferson St., #101<br>Chicago IL 60661-3502 | BCause Derivatives Exchange LLC<br>130 S. Jefferson St #101<br>Chicago IL 60661-3502 |
| BCause LLC<br>2800 252nd Ave<br>Salem, WI 53168-9239 | BCause Spot LLC<br>130 S Jefferson St #101<br>Chicago IL 60661-3502 | BCause Trust Inc.<br>192 Ballard Court, #303<br>Virginia Beach, VA 23462-6538 |
| BFPE International<br>7512 Connelley Dr.<br>Hanover MD 21076-1688 | BFPE International<br>PO Box 791045<br>Baltimore, MD 21279-1045 | BMG Operations Ltd.<br>44 Church Street<br>St. John's<br>Antigua |
| Bay Technologies<br>4501 Bainbridge Blvd., #200<br>Chesapeake, VA 23320-6303 | Bruce Pollack<br>807 Davis St #306<br>Evanston, IL 60201-4472 | CB Critical Systems<br>11816 Mason Park Way<br>Glen Allen, VA 23059-5828 |
| CSC<br>3462 Solution Center<br>Chicago, IL 60677-3004 | Capitol Counsel LLC<br>700 13th St NW 2nd Floor<br>Washington DC 20005-3956 | Charles Chuck Mackie<br>4827 N Hamilton<br>Chicago, Il 60625-1405 |
| Crystal Clear Communications<br>3180 N Lake Shore Dr # 20C<br>Chicago, IL 60657-4852 | Crystal Clear Communications<br>Ellen Resnick, President<br>3180 N Lake Shore Dr #20C<br>Chicago, IL 60657-4852 | (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 |
| EE Flake, Thomas<br>709 Roosevelt Ave.<br>Virginia Beach, VA 23452-4019 | EF Fallon, Kevin<br>2800 252nd Ave.<br>Salem, WI 53168-9239 | Eli Robbins<br>Harrison Law Group<br>40 W. Chesapeake Ave.<br>Suite 600<br>Towson, MD 21204-4891 |

| | | |
|---|---|---|
| Endurance IT Services, LLC<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452-1295 | FRMO Corporation<br>One North Lexington Ave., #12-C<br>White Plains, NY 10601-1721 | Fallon Kevin<br>2800 252nd Ave.<br>Salem WI 53168-9239 |
| Fidelity Labs LLC<br>200 Seaport Boulevard<br>Boston, MA 02210-2000 | Flake Thomas<br>709 Roosevelt Ave.<br>Virginia Beach VA 23452-4019 | G Hogan Commercial Cleaning<br>645 Estates Way<br>Chesapeake, VA 23320-6758 |
| HK Cryptocurrency Mining LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Hoffland Properties Inc.<br>5400 Virginia Beach Blvd<br>Virginia Beach VA 23462-1724 | Hoffland Properties, Inc.<br>c/o Dennis T. Lewandowski<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 |
| Horizon Kinetics LLC<br>470 Park Avenue South<br>New York, NY 10016-6819 | Image 360<br>118 Pennsylvania Ave.<br>Virginia Beach, VA 23462-2512 | Inate One LLC<br>1083 Independence Blvd., #206<br>Virginia Beach, VA 23455-5523 |
| Jack Frost Enterprises<br>3168 Holland Road<br>Virginia Beach, VA 23453-2612 | John Ashby<br>1440 West Little Neck Road<br>Virginia Beach, VA 23452-4763 | Johns Brothers Security<br>310 E. Street<br>Hampton, VA 23661-1210 |
| Jones, Madden & Council, PLC<br>5029 Corporate Woods Drive<br>Suite 190<br>Virginia Beach, VA 23462-4376 | Joseph LaMontagne<br>582 Lynnhaven Parkway<br>Virginia Beach, VA 23452-7366 | Joseph LaMontagne<br>607 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7382 |
| Katten Munchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Lease of Parcel and Improvements<br>5465 Greenwich Rd.<br>Virginia Beach VA 23462-6511 | Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219-4624 |
| Michael Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 |
| Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paychex, Inc.<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Third Floor<br>Rochester, NY 14625-2807 |
| Pro Window, Inc.<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23454-4631 | Professional Heating & Cooling, Inc<br>3306 Arizona Ave.<br>Norfolk, VA 23513-4115 | Seth A. Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., Ste. 1010<br>Arlington, VA 22201-5786 |

| | | |
|---|---|---|
| Silbar Security Corporation<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320-5980 | Solutrix<br>5469 Greenwich Road<br>Virginia Beach, VA 23462-6511 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 |
| The Water H2Ole, Inc.<br>1444 Southern Blvd., #C2-A<br>Virginia Beach, VA 23454-4881 | Thomas Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Timothy L Brown<br>804 Rutherford Dr<br>Chesapeake, VA 23322-7739 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, In 46278-2010 | US Customs & Border Protection<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278-2010 |
| Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 | W. Greer McCreedy<br>413 West York Street<br>Norfolk, VA 23510-1114 | WESCO Distribution, Inc.<br>David A Agay<br>300 North LaSalle Street, Suite 1400<br>Chicago IL 60654-3474 |
| Wesco Distribution Inc.<br>PO Box 530409<br>Atlanta, GA 30353-0409 | Zhouyang (Mason) Song<br>6540 RFeflection Drive #1225<br>San Diego, CA 92124-5136 | Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 |
| Arthur G Simon<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Suite 3705<br>Chicago, IL 60603-4101 | Jeffrey C Dan<br>Crane, Simon, Clar & Dan<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603-4101 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane, Simon, Clar & Dan<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | BCause LLC, a Virginia limited liability com<br>130 S. Jefferson St., #101<br>Chicago, IL 60661-3502 | BCause Mining LLC, a Virginia limited liabil<br>130 S. Jefferson St., #101<br>Chicago, IL 60661-3502 |
| Dominion Virginia Power<br>PO Box 26666<br>Bankkruptcy Dept 10th Floor<br>Richmond, VA 23261 | Bruce Pollack<br>1426 Chicago Ave Apt 2S<br>Evanston, IL 60201 | Dawn L Chapman<br>2324 Treesong Trail<br>Virginia Beach, VA 23456 |
| Erica Sanford<br>4500 SOUTH DREXEL APT 102<br>Chicago, IL 60653-3481 | St. bitts, LLC d.b.a Butcoin.com<br>Harry A. Readshaw<br>600 Grant Street,44th Floor<br>Pittsburgh, PA 15219 | erica sanford<br>4737 S Ingleside Apt3A<br>Chicago, IL, IL 60615 |
| Frederick J Grede<br>10223 Coconut Road<br>Unit 3701<br>Estero, FL 34135 | | |

| | | |
|---|---|---|
| Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Abacus Solutions, LLC<br>1190 Kennestone Circle NW, #120<br>Newborn, GA 30056 |
| Adolphi, Michael<br>4404 Muddy Creek Rd.<br>Virginia Beach, VA 23457-1574 | Alison Zizzo<br>Midgett-Preti-Olansen<br>2901 S. Lynnhaven Rd., #120<br>Virginia Beach, VA 23452-8505 | Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| Andrew Cohen<br>3750 Jefferson Blvd.<br>Virginia Beach, VA 23455-1638 | Ann M. Cresce<br>5731 Hampton Drive<br>Long Grove, IL 60047-5050 | Aon Risk Services Northeast, Inc.<br>PO Box 7247-73676<br>Philadelphia, PA 19170-7376 |
| Asgard Partners & Co, LLC<br>12 East 49th St.<br>New York, NY 10017-1028 | BitGo, Inc.<br>2443 Ash Street<br>Palo Alto, CA 94306-1845 | Boyk, William<br>982 Dakota Circle<br>Naperville, IL 60563-9308 |
| Brian Sayler<br>48 Bensam Place<br>Haledon, NJ 07508-3009 | Bruce Pollack<br>807 Davis St #306<br>Evanston, IL 60201-4472 | Capital Counsel, L.L.C.<br>700 13th Street, NW, 2nd Floor<br>Washington, DC 20005-3960 |
| Capitol Counsel, LLC<br>700 13th St NW 2nd Floor<br>Washington, DC 20005-3956 | Century Link<br>1025 Eldorado Blvd.<br>Arvada, CO 80001 | Century Link<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8254 |
| Chaman, Dawn<br>2324 Treesong Trail<br>Virginia Beach, VA 23456-6721 | Childress, Patrick<br>701 S. Wells St., #2001<br>Chicago, IL 60607-4630 | Chris Sikes<br>1332 Creekview Drive<br>Chesapeake, VA 23321-1265 |
| Chuck Mackie<br>4827 N. Hamilton<br>Chicago, IL 60625-1405 | Ciniva, LLC<br>251 Granby Street<br>Norfolk, VA 23510-1813 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Cox Business<br>Dept 781121<br>PO Box 78000<br>Detroit, MI 48278-1121 |

```
Cresce, Ann                        Crystal Clear Communications       Dawn L. Chapman
5731 Hampton Dr.                   3180 N Lake Shore Dr #20C          2324 Treesong Trail
Long Grove, IL 60047-5050          Chicago, IL 60657-4852             Virginia Beach, VA 23456-6721


Electronic Verification Systems    Endurance Network Services, LLC    FIA
2500 Technology Drive              295 Bendix Road, #300              2001 Pennsylviani Ave. NW, #600
Louisville, KY 40299-6421          Virginia Beach, VA 23452-1295      Washington, DC 20006-1823


FIS Systems International LLC      FIS Systems International, LLC     Fallon, Kevin
601 Riverside Ave.                 FIS Legal                          2800 252nd Ave.
Jacksonville, FL 32204-2901        11601 Roosevelt Blvd., TA-41       Salem, WI 53168-9239
                                   Attn: Lauren M. Pizzo, Esq.
                                   St. Petersburg, FL 33716-2202


Frederick J Grede                  Frederick J. Grede                 GA Secretary of State - Corp. Div.
500 North Lake Shore Drive         500 N. Lake Shore Drive, Unit 3314 2 Martin Luther King Jr Drive SE
3314                               Chicago, IL 60611-5143             Suite 313 West Tower
Chicago, IL 60611-5143                                                Atlanta, GA 30334-1505


Grede, Fred                        Greenhouse Software, Inc.          Greenwich Centre Investors, L.C.
500 N. Lake Shore Drive, Unit 3314 PO Box 392683                      c/o Robinson Development Group
Chicago, IL 60611-5143             Pittsburgh, PA 15251-9683          150 W. Main St., #1100
                                                                      Norfolk, VA 23510-1682


Health Equity, Inc.                HireRight, LLC                     INTERNAL REVENUE SERVICE
15 W. Scenic Pointe Drive, #100    PO Box 847891                      PO BOX 7346
Draper, UT 84020-6120              Dallas, TX 75284-7891              PHILADELPHIA, PA 19101-7346


Jeff Brandt                        John Ashby                         Jones, Madden & Council, PLC
601 Tradewind Circle               1440 W. Little Neck Road           5029 Corporate Woods Drive, #190
Newport News, VA 23602-6324        Virginia Beach, VA 23452-4763      Virginia Beach, VA 23462-4376


Joseph LaMontagne                  Justin Taylor                      K&L Gates LLP
607 Lynnhaven Pkwy                 7507 S. Morgan St.                 PO Box 844255
Virginia Beach, VA 23452-7382      Chicago, IL 60620-2845             Boston, MA 02284-4255


Karan Rai                          Kathleen Miller                    Katten Munchin Rosenman LLP
921 Atlantic Avenue, #1401         Smith, Katzenstein & Jenkins LLP   525 W. Monroe St.
Virginia Beach, VA 23451-3581      PO Box 410                         Chicago, IL 60661-3693
                                   United States
                                   Wilmington, DE 19899-0410


Kristin Joyce-Werner               LeClairRyan                        Legal Resources
14159 Camden Dr                    4405 Cox Road, #200                2877 Guardian Lane, #101
Orland Park, IL 60462-2385         Glen Allen, VA 23060-3395          Virginia Beach, VA 23452-7330
```

| | | |
|---|---|---|
| Level 3 Communications, LLC<br>CenturyLink Communications<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8254 | MA Commonwealth<br>William Francis Galvin<br>One Ashburton Place, Room 1717<br>Boston, MA 02108-1512 | Marc Nagel<br>680 N. Lake Shore Drive, #419<br>Chicago, IL 60611-4458 |
| Mary Grace Fajardo<br>6024 N. Kimball Ave.<br>Chicago, IL 60659-2310 | Mayo Insurance Agency Inc.<br>1917 Laskin Road, #101<br>Virginia Beach, VA 23454-4283 | Meltwater News US Inc.<br>Dept LA 2372<br>Pasadena, CA 91185-3721 |
| Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 | Nasdaq<br>805 King Farm Blvd.<br>Rockville, MD 20850-6162 | Nasdaq<br>One Liberty Plaza, 50th Floor<br>New York, NY 10006-1405 |
| PACIFIC LIAISON SERVICES INC<br>C/O HAYAMI SHIRAISHI<br>701 S WELLS ST STE 2001<br>CHICAGO, IL 60607-4630 | PATRICK CHILDRESS<br>701 S WELLS ST APT 2001<br>CHICAGO, IL 60607-4630 | Patrick S. Childress<br>701 S. Wells St., #2001<br>Chicago, IL 60607-4630 |
| Paul Bozych<br>Nielsen, Zehe & Antas, PC<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paul Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 |
| Paychex of New York LLC<br>8215 Forest Point Blvd., #150<br>Charlotte, NC 28273-0219 | Pinnacle Group<br>208 Golden Oak Court, #121<br>Virginia Beach, VA 23452-6767 | Pollack, Bruce<br>167 Park Ave.<br>Glencoe, IL 60022-1351 |
| RI Department of State<br>Division of Business Services<br>148 W. River St.<br>Providence, RI 02904-2615 | Sayler, Brian<br>48 Bensam Place<br>Glencoe, IL 60022 | SoftVision Consulting LLC<br>Two Midtown Plaza<br>1349 W. Peachtree St., N.E., #1375<br>Atlanta, GA 30309 |
| Sun Life Financial<br>PO Box 7247-0381<br>Philadelphia, PA 19170-0381 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Tradehelm, Inc.<br>27 N. Wacker Dr., #103<br>Chicago, IL 60606-2800 | UNUM - Dental<br>PO Box 406990<br>Atlanta, GA 30384-6990 | UNUM - LTD/B Life<br>PO Box 406990<br>Atlanta, GA 30384-6990 |
| UNUM - STD<br>PO Box 406990<br>Virginia Beach, VA 23455 | UNUM - Vision<br>PO Box 406990<br>Eaton Park, FL 33840 | United HealthCare<br>PO Box 94017<br>Palatine, IL 60094-4017 |

```
W-R2 Jefferson Owner VII, L.L.C.        W-R2 Jefferson Owner VII, LLC       W-R2 Jefferson Owner VIII, L.L.C.
2 N. La Salle Street, Suite 1300        Marc I Fenton Esq                   1200 North Branch
Chicago, Il 60602-3709                  2 N LaSalle St Suite 1300           Chicago, IL 60642-2732
                                        Chicago, IL 60602-3709


Wesco Distribution, Inc.                William Boyk                        Alex D Moglia ESQ
David A Agay                            982 Dakota circle                   Moglia Advisors
300 N LaSalle St Ste 1400               Naperville, IL 60563-9308           1325 Remington Rd, Ste H
Chicago, IL 60654-3474                                                      Schaumburg, IL 60173-4815


Arthur G Simon                          Jeffrey C Dan                       Patrick S Layng
Crane, Simon, Clar & Dan                Crane, Simon, Clar & Dan            Office of the U.S. Trustee, Region 11
135 S Lasalle St Suite 3705             135 S Lasalle St Ste 3705           219 S Dearborn St
Chicago, IL 60603-4101                  Chicago, IL 60603-4101              Room 873
                                                                            Chicago, IL 60604-2027


Scott R Clar                            BCause LLC, a Virginia limited liability com   Department of the Treasury
Crane, Simon, Clar & Dan                130 S. Jefferson St., #101          Internal Revenue Service
135 S Lasalle Suite 3705                Chicago, IL 60661-3502              P.O. Box 7346
Chicago, IL 60603-4101                                                      Philadelphia, PA 19101-7346


Erica Sanford                           Daniel Schak                        Illinois Department of Revenue
4500 south drexel apt 102               2319 N 77th Ave                     Bankruptcy
chicago, IL 60653-4381                  ELMWOOD PARK, IL 60707-3042         Section
                                                                            PO Box 19035
                                                                            Springfield, IL 62794-6279


Tradehelm, Inc.                         CCA Financial LLC                   Illinois Department of Employment
R Scott Alsterda                        Askounis & Darcy PC                 Security
70 West Madison                         444 N. Michigan Ave                 33 S State St., 10th Flr Coll. Bkry
Suite 3500                              Ste 3270                            Chicago, Illinois 60603
Chicago, IL 60602                       Chicago, IL 60-611                  Attn. Amelia Yabes


Wisconsin Department of Revenue         erica sanford
4-SPU Bankruptcy                        4737 S Ingleside APT 3A
PO Box 8901                             Chicago, IL, IL 60615
m, WI 53708-8901
```