UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| BCause Mining LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA PURSUANT TO RULE 9019**

This matter coming to be heard on the Trustee's Motion to Approve Compromise and Settlement with Virginia Electric and Power Company d/b/a Dominion Energy Virginia ("Dominion") pursuant to Rule 9019 (the "Motion"), the Court, being fully advised in the premises and having reviewed the Motion, finds and determines that the compromise reflected in the Settlement Agreement attached as Exhibit 1 to the Motion (the "Agreement") was negotiated and entered into in good faith and is in the best interests of the Debtors' bankruptcy estates;

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth within;

2) The Agreement is authorized and approved;

3) The Trustee is authorized to enter into, execute, and deliver the Agreement and to take any such further actions to implement and otherwise perform the Trustee's obligations under the Agreement in accordance with its terms; and

4) The form of the Creditor Notice is authorized and approved.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 22, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860