UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
BCause Mining LLC, et al.,

Debtor(s)

BK No.: 19-10562  
(Jointly Administered)  
Chapter: 7  
Honorable Janet S. Baer

**ORDER GRANTING SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MASON POLLICK & SCHMAHL LLC AS COUNSEL TO THE TRUSTEE BUT SOLELY RELATED TO CONTINGENT FEE LITIGATION WITH DOMINION ENERGY AND REQUEST TO SHORTEN NOTICE**

This matter coming to be heard on the Second Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC ("MPS") as Counsel to the Trustee but Solely Related to the Contingent Fee Litigation with Dominion Energy ("Dominion") and Request to Shorten Notice (the "Application"), the Court having reviewed the Application and previously approved the terms of a Contingent Fee Agreement between the Trustee and MPS that established the terms governing the compensation for which MPS seeks approval in the Application under section 328(a) of the Bankruptcy Code, and being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) Mason Pollick & Schmahl LLC is allowed interim compensation in the amount of $232,188.90 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $363.65 (the "Expense Reimbursement");

2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $232,188.90 and the allowed Expense Reimbursement in the amount of $363.65 to Mason Pollick & Schmahl LLC from the $700,000 of settlement proceeds that the Trustee receives from Dominion;

3) Nothing herein shall prohibit Mason Pollick & Schmahl LLC from requesting additional compensation and expense reimbursement in the future;

4) The form of the Notice, attached as Exhibit 1 to the Application, is authorized and approved; and

5) The shortened notice as described in the Application is authorized and approved.

Enter: *Janet S. Baer*

Honorable Janet S. Baer  
United States Bankruptcy Judge

Dated: June 22, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860