UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )         BK No.:   19-10562
BCause Mining LLC, et al.,                 )         (Jointly Administered)
                                           )
                                           )         Chapter: 7
                                           )         Honorable Janet S. Baer
                                           )
                                           )
         Debtor(s)                         )

**ORDER GRANTING SECOND INTERIM APPLICATION MOGLIA ADVISORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEE AND TO SHORTEN NOTICE**

This matter coming to be heard on the Second Interim Application of Moglia Advisors ("MA") for Compensation and Reimbursement of Expenses as Financial Advisors to the Chapter 7 Trustee and to Shorten Notice (the "Application"), the Court being fully advised in the premises and having reviewed the Application,

IT IS HEREBY ORDERED THAT:

1) Moglia Advisors is allowed interim compensation in the amount of $9,645.00 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $1,789.95 (the "Expense Reimbursement");

2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $9,645.00 and allowed Expense Reimbursement in the amount of $1,789.95 to Moglia Advisors from the funds currently held in the bankruptcy estate of BCause LLC;

3) Nothing herein shall prohibit the Moglia Advisors from requesting additional compensation and expense reimbursement in the future;

4) The form of the notice, attached as Exhibit B to the Application, is authorized and approved; and

5) Shortened notice as described in the Application is authorized and approved.

Enter:  *Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 29, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860