UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| BCause Mining LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION OF TRUSTEE FOR SUBSTANTIVE CONSOLIDATION OF DEBTORS' ESTATES

This matter coming to be heard on the Motion of Trustee for Substantive Consolidation of the Debtors' Estates and for Related Relief (the "Motion"), the Court being fully advised in the premises, and due notice having been given to all parties entitled thereto,

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein;

2) The substance and form of the notice, a copy of which is attached as Exhibit 1 to the Motion, sent to creditors is authorized and approved; and

3) The bankruptcy estates of BCause Mining LLC and BCause LLC are substantively consolidated into a single, consolidated bankruptcy estate.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  July 13, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
77 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860