Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-10562 BSJ | **Trustee:** (330260) | ALEX D. MOGLIA |
| **Case Name:** BCAUSE MINING LLC, A VIRGINIA LIMIT | **Filed (f) or Converted (c):** 10/08/19 (c) | |
| | **§341(a) Meeting Date:** 12/04/19 | |
| **Period Ending:** 06/30/22 | **Claims Bar Date:** 08/01/19 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits, including security deposits and utlity deposits; See Attached | 1,637,200.21 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. | 1,022,673.00 | 0.00 | | 0.00 | FA |
| 3 | Office Furniture; See Attached.<br>Net Book value listed $16,880.01<br>Order abandoning docket #418 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Office fixtures See Attached<br>Net Book value listed at $13,853.64<br>Order abandoning docket #418 | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | Other machinery, fixtures and equipment<br>Net book value listed at $7,575,484.00<br>Order abandoning docket #386 | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Real Property located at<br>Virginia Beach Data Center, 5469 Greenwich Rd.,<br>Virginia Beach, VA  23462; Lease; | Unknown | 0.00 | | 0.00 | FA |
| 6 | **Assets**   **Totals** (Excluding unknown values) | **$3,659,873.21** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Related case: Bcause, LLC, 19-10731.  All of the physical assets have been liquidated or abandoned.  Trustee's counsel investigated potential fraudulent and preferential transfers and two adversaries were filed April 10, 2021.

UPDATE 7/15/2022:  Both adversaries have been resolved/settled.  Order entered 6/22/2022 approving settlement with Virginia Power and Electric for $700,000.  Order consolidating case was entered 7/13/2022.  Trustee to set Ch. 11 administrative claims bar date to verify that no other Ch. 11 administrative claims exist.  Trustee currently negotiating with one of the Ch. 11 administrative claimants.

## Form 1

Page: 2

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 19-10562 BSJ | **Trustee:** (330260) ALEX D. MOGLIA |
| **Case Name:** BCAUSE MINING LLC, A VIRGINIA LIMIT | **Filed (f) or Converted (c):** 10/08/19 (c) |
| | **§341(a) Meeting Date:** 12/04/19 |
| **Period Ending:** 06/30/22 | **Claims Bar Date:** 08/01/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** September 15, 2022      **Current Projected Date Of Final Report (TFR):** December 15, 2022