**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **BCause Mining LLC,** *et al.* | ) | Case No. 19-10562 |
| | ) | **(Substantively Consolidated)** |
| Debtors. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

## NOTICE OF MOTION

**TO:**  See attached list

PLEASE TAKE NOTICE that on **Wednesday, October 26, 2022**, at the hour of **10:00 a.m.**, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, and present the **SECOND APPLICATION OF WESLER & ASSOCIATES CPA, PC[1] FOR COMPENSATION RELATED TO THE AMENDED 2019 TAX RETURNS, 2020 TAX RETURNS AND 2021 TAX RETURNS** (the "Motion"), a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the Motion you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the password is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

---

[1] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W").  Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A").  The prior fee application was filed and granted under the T&W name.

|  |  |
|---|---|
| Dated:  October 5, 2022 | Alex Moglia, Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC |
|  | By: /s/ Michael M. Schmahl |
|  |     Michael M. Schmahl |

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois  60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

# CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that on October 5, 2022, he caused the above Notice of Motion and the Application to be served on the individuals listed on the below service list via the court's ECF system for those who are registered except for the individuals or entities that are identified to have been served by email who the undersigned caused to be served by email as indicated on the attached service list.  Additionally, the undersigned states under penalty of perjury that on October 5, 2022, he caused a copy of the Notice (in the form attached as Exhibit B to the Application) to be served by regular, first class mail, postage pre-paid on all creditors and will file a supplemental certificate of service related thereto.

By: /s/ Michael M. Schmahl
    Michael M. Schmahl

## SERVICE LIST

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*

J Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
Dennis Lewandowski, via email sent to:
dtlewand@kaufcan.com
*Counsel for Hoffland Properties, Inc.*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

Russell R. Johnson, III
John M. Craig
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
804-749-8861
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)

*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*
*Via e-mail*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*

bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

Lindsey Conley
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) <br> ) Case No. 19-10562 <br> ) <br> ) SUBSTANTIVELY <br> ) CONSOLIDATED <br> ) <br> ) Hon. Janet S. Baer |
| BCause Mining LLC, *et al.* | |
| Debtors. | |

COVER SHEET FOR SECOND APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
WESLER & ASSOCIATES CPA, PC[2] AS ACCOUNTANTS TO THE TRUSTEE
RELATED TO AMENDED 2019 TAX RETURNS, 2020 TAX RETURNS AND
<u>2021 TAX RETURNS</u>

| | |
|---|---|
| Name of Applicant: | Wesler & Associates CPA, PC (previously Tibble & Wesler, CPA PC) |
| Authorized to Provide Professional Services to: | Alex Moglia, not personally, but solely as the chapter 7 trustee of the substantively consolidated bankruptcy estate of BCause LLC and BCause Mining LLC |
| Date of Orders Authorizing Employment: | February 11, 2020 **[Docket No. 417]** (as Tibble & Wesler CPA, PC, with respect to 2019 Tax Returns) <br> December 9, 2020 **[Docket No. 461]** (as Tibble & Wesler CPA, PC, with respect to amended 2019 Tax Returns and 2020 Tax Returns) <br> April 6, 2022 **[Docket No. 502]** (as Wesler & Associates CPA, PC, with respect to 2021 Tax Returns) |
| Period for which Compensation is Sought: | |
| From: | December 9, 2020 |
| Through: | March 21, 2022 |
| Amount of Fees Sought: | $8,285.00 |
| Amount of Expense Reimbursement: | $1,080.31 |
| This is an: | |

---

[2] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W"). Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A"). The prior fee application was filed and granted under the T&W name.

1

| Interim Application: NO | Final Application: YES, with respect to Amended 2019 tax returns and 2020 and 2021 tax returns) |
|---|---|
| | **(The Trustee has entered into separate engagement agreements for each set of tax returns.)** |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| December 2, 2020 **[Docket No. 457]** | February 24, 2020 | September 17, 2020 | $6,500.00 **[Docket No. 462]** (related to 2019 tax returns— allowed for T&W) | $6,500.00 (paid to T&W) |
| | | | | |

State the aggregate amount of fees and reimbursement of expenses paid to Applicant as of the date of this Application: $6,500.00.

                                           MASON POLLICK & SCHMAHL LLC

Dated: October 5, 2022             /s/ Michael M. Schmahl
                                          Michael M. Schmahl
                                          Mason Pollick & Schmahl LLC
                                          70 W. Hubbard, Suite 304
                                          Chicago, IL 60654
                                          (312) 312-5531
                                          mschmahl@mps-law.com
                                          ARDC #6275860
                                          *Counsel for the Trustee*

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) <br> ) **Chapter 7** <br> ) <br> ) **Case No. 19-10562** <br> ) |
| **BCause Mining LLC,** *et al.* | ) <br> ) **SUBSTANTIVELY** |
| Debtors. | ) **CONSOLIDATED** <br> ) <br> ) **Hon. Janet S. Baer** |

**SECOND APPLICATION FOR COMPENSATION OF WESLER &
ASSOCIATES CPA, PC AS ACCOUNTANTS TO THE TRUSTEE RELATED TO
AMENDED 2019 TAX RETURNS, 2020 TAX RETURNS AND 2021 TAX RETURNS**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Wesler & Associates, CPA PC ("W&A")[3], tax accountants for Alex Moglia (the "Trustee"), not individually, but solely as trustee of the substantively consolidated chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding" and collectively with Mining, the "Debtors"), submits this Second Application for Allowance of Fees and Reimbursement of Expenses (the "Application") as tax accountants to the Trustee with respect to the preparation of the amended 2019 tax returns (the "Amended 2019 Returns"), the 2020 tax returns (the "2020 Returns") and the 2021 tax returns (the "2021 Returns" and, collectively with the Amended 2019 Returns and the 2020 Returns, the "Returns") and related services performed between December 9, 2020, through March 21, 2022 (the "Compensation Period") and requests the entry of an order allowing and authorizing the payment of compensation in the amount of $8,285.00 (the "Compensation") and reimbursement of expenses in the amount of $1,080.31 (the "Expense Reimbursement") for services provided and expenses

---

[3] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W"). Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A"). The prior fee application was filed and granted under the T&W name.

3

incurred by W&A as accountants for the Trustee, and, in support thereof, respectfully states as follows:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334.

2. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

### Background

4. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On or about April 12, 2019 (collectively with April 11, 2019, the "Petition Dates"), BC Holding filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

7. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code.

8. On or about October 11, 2019, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

9. On or about February 11, 2020, the Court entered an order [**Docket No. 417**], authorizing the Trustee to retain T&W as his tax accountants to prepared tax returns for 2019.

10. On or about December 9, 2020, the Court entered an order [**Docket No. 461**], authorizing the Trustee to retain T&W as his tax accountants to prepare the Amended 2019 Returns and the 2020 Returns.

4

11. As indicated above, due to a retirement of a principal at T&W, T&W subsequently became W&A.

12. On or about April 6, 2022, the Court entered an order [**Docket No. 502**] authorizing the Trustee to retain W&A as his tax accountants to prepare the 2021 Returns.

13. T&W previously requested and was allowed compensation and reimbursement of expenses totaling $6,500.00 for services related to the original 2019 tax returns. Through this Application, W&A does not seek any compensation or expense reimbursement for services related to the preparation of the original 2019 tax returns and no request in this Application is duplicative of any prior request.

## Relief Requested

14. Through this Application, W&A seeks the entry of an order, pursuant to Sections 330 and 331 of the Bankruptcy Code, approving and authorizing immediate payment of Compensation in the total amount of $8,325.00 and the Expense Reimbursement of $1,080.31 related to the Returns.

15. Detailed abstracts containing specific summaries of compensable services provided by W&A, including all fees charged and all expenses incurred, for each of the Returns are attached hereto as group Exhibit A.

16. BC Holding, as parent, owns all of the membership interests in BC Mining as well as several other non-debtor subsidiaries. They maintained consolidated financials and filed consolidated tax returns.

17. Preparing the Returns, and especially the Amended 2019 Returns, was fairly complicated and required significant time spent reviewing the Debtors' financial records due to the fact that, among other things, the Debtors' books contained certain discrepancies that needed

5

to be resolved and their capitalization tables do not appear to have been kept up to date. Therefore, W&A also spent significant time interacting with and obtaining additional information from the Debtors' former controller, who prepared the Debtors' books, and other parties.

18. Additionally, the Debtors have a fairly complicated equity structure with several individuals and entities owning the equity interests in BC Holding. Some of these equity interests have rights, including distributional rights, that differ from others. Therefore, although the Debtors are limited liability companies, the equity structure is somewhat similar to a corporation with different classes of stock and preferred stock.

19. Finally, as pass through entities, significant work was required to prepare and distribute K-1s for the various equity holders.

20. In total, W&A provided 34.8 hours of services preparing and filing the Returns with a total value of $8,285, including: (i) 17.25 hours totaling $4,268.75 on the 2019 Amended Returns; (ii) 9.65 hours totaling $2,323.75 on the 2020 Returns; and (iii) 7.9 hours totaling $1,692.50 on the 2021 Returns. A detailed description of these services (broken down by the specific return) and the time spent on each is attached hereto as Exhibit A.

21. Below is a table of the professionals who provided the services, the numbers of hours worked by each (both subtotals related to each of the individual Returns and grand totals by individual), their rates and the values of these services.

| Name | Title | Hours | Hourly Rate | Value |
|---|---|---|---|---|
| **Cheryl Wesler** | **Partner** | **21.95** | **$275** | **$6,036.25** |
| Subtotals | Amended 2019 Returns | 12.5 | | $3,437.50 |

|  | 2020 Returns | 6.35 |  | $1,746.25 |
|---|---|---|---|---|
|  | 2021 Returns | 3.1 |  | $852.50 |
| **Kristin Lytle f/k/a Kristin Salmon** | **Senior Staff Accountant** | **10.45** | **$175** | **$1,828.75** |
| Subtotals | Amended 2019 Returns | 3.75 |  | $656.25 |
|  | 2020 Returns | 2.1 |  | $367.50 |
|  | 2021 Returns | 4.6 |  | $805.00 |
| **Toney Simpkins** | **Staff** | **2.4** | **$175** | **$420.00** |
| Subtotals | Amended 2019 Returns | 1.0 |  | $175.00 |
|  | 2020 Returns | 1.2 |  | $210.00 |
|  | 2021 Returns | .2 |  | $35.00 |

22. Additionally, W&A incurred expenses totaling $1,080.31 in providing services related to the Returns that are comprised of postage ($175.09), filing charges ($418.72), and copying charges ($486.50). Individual breakdowns of each of these expenses by specific Return are included in Exhibit A, and the total expenses for each of the Returns are as follows: (i) 2019 Amended Returns: $269.05; (ii) 2020 Returns: $476.23; and (iii) 2021 Returns: $335.03.

23. All services performed by W&A for which compensation is being sought were performed for and on behalf of the Trustee.

24. This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

25. None of the payments received by W&A will be shared with any third party, nor are these payments subject to a sharing arrangement between W&A and any third party.

26. In accordance with Section 330 of the Bankruptcy Code, W&A asserts that the amount of fees and expenses is fair and reasonable given: (a) the complexities involved in these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

27. As the Returns are consolidated tax returns, W&A requests that the Court enter an order allowing Compensation in the amount of $8,285.00 and Expense Reimbursement in the amount of $1,080.31 for services related to the Returns and authorizing the Trustee to immediately pay W&A from the cash in the subsequently consolidated estate.

### Request to Approve Notice

28. Section 330 of the Bankruptcy Code requires notice and a hearing before any determination is made on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, a short form notice (the "Notice") of this Application has been mailed to all creditors and a full copy of this Application with all exhibits has been provided to all parties who have entered an appearance in these cases through the Court's ECF system. A copy of the Notice is attached hereto as Exhibit B. Additionally, a full copy of this Application with all supporting exhibits will be made available to any party in interest that submits a written request to Michael M. Schmahl via mail to MPS at 70 W. Hubbard, Suite 304, Chicago, IL 60654, or via email sent to mschmahl@mps-law.com.

29. W&A requests that the Court approve the form of the Notice as well.

WHEREFORE, W&A respectfully requests that this Court enter an order: (i) allowing W&A Compensation in the amount of $8,285.00; (ii) allowing the Expense Reimbursement in the amount of $1,080.31; (iii) authorizing the Trustee to immediately pay the Compensation and

Expense Reimbursement to W&A from the funds in the Debtors' substantively consolidated estate; (iv) authorizing and approving the form of the Notice; and (v) granting such other and further relief as this Court deems just or appropriate.

| | |
|---|---|
| Dated: October 5, 2022 | /s/ Michael M. Schmahl |
| | Michael M. Schmahl |
| | Mason Pollick & Schmahl LLC |
| | 70 W. Hubbard, Suite 304 |
| | Chicago, IL 60654 |
| | (312) 312-5531 |
| | mschmahl@mps-law.com |
| | ARDC #6275860 |
| | *Counsel for the Trustee* |

9