# EXHIBIT A



## WESLER & ASSOCIATES
### CERTIFIED PUBLIC ACCOUNTANTS

# INVOICE

**BILL TO**

Trustee Alex Moglia
Moglia Advisors
1325 Remington Road
Suite H
Schaumburg, IL  60173

**INVOICE #** 6131
**DATE** 06/29/2022
**DUE DATE** 07/29/2022
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/20/2021 | **Bankruptcy Estate Tax Return** Preparation of 2019 Amended Bankruptcy Estate Tax Returns for BCause, LLC (19-10731) | 1 | 4,537.80 | 4,537.80 |

Please note our new address and business name.

**BALANCE DUE** **$4,537.80**

Invoices that exceed 30 days will be subject to a 1.5% monthly interest charge.

PO Box 19016 - Kalamazoo, MI - 49019
269-482-1015
cheryl@weslercpa.com

## Statement of Services Rendered
## BCause
## Case No. 19-10731

| Category | Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Prepare Tax Returns | Various correspondence with shareholders regarding K-1s | KS | Various | 3.00 | $ 175.00 | $ 525.00 |
| | Preparation of response to Virginia Department of Taxation | KS | 01/21/21 | 0.75 | $ 175.00 | $ 131.25 |
| | Review of response to Virginia Department of Taxation | CW | 01/21/21 | 0.25 | $ 275.00 | $ 68.75 |
| | Call with Virginia Department of Taxation | CW | 01/28/21 | 0.25 | $ 275.00 | $ 68.75 |
| | Email to C. Vassen | CW | 02/18/21 | 0.25 | $ 275.00 | $ 68.75 |
| | Email to Jill Niese, Michael Schmaal, and Alex Moglia regarding 2019 amended return and 2020 return | CW | 02/19/21 | 0.40 | $ 275.00 | $ 110.00 |
| | Call with Virginia Department of Taxation | CW | 02/19/21 | 0.75 | $ 275.00 | $ 206.25 |
| | Call with Virginia Department of Taxation | CW | 02/24/21 | 0.50 | $ 275.00 | $ 137.50 |
| | Email to C. Vassen | CW | 02/24/21 | 0.25 | $ 275.00 | $ 68.75 |
| | Call to C. Vassen-left message | CW | 02/24/21 | 0.10 | $ 275.00 | $ 27.50 |
| | Draft and fax response letter to Virginia Department of Taxation | CW | 02/24/21 | 0.50 | $ 275.00 | $ 137.50 |
| | Review of updated form 2 | CW | 02/22/21 | 0.25 | $ 275.00 | $ 68.75 |
| | Review 2018 and 2019 for partner's percentages | CW | 02/25/21 | 2.00 | $ 275.00 | $ 550.00 |
| | Preparation of 2019 amended tax return | CW | 04/10/21 | 3.00 | $ 275.00 | $ 825.00 |
| | Review 2018 and 2019 for partner's percentages | CW | 04/22/21 | 1.00 | $ 275.00 | $ 275.00 |
| | Review 2018 and 2019 for partner's percentages | CW | 04/23/21 | 1.00 | $ 275.00 | $ 275.00 |
| | Preparation and mailing/emailing K-1s to shareholders | TS | 04/30/21 | 1.00 | $ 175.00 | $ 175.00 |
| | Review of shareholder K-1s | CW | 04/30/21 | 1.00 | $ 275.00 | $ 275.00 |
| Notices | Email Trustee regarding VA notice received, Review notice and respond | CW | 08/20/21 | 1.00 | $ 275.00 | $ 275.00 |
| | Mailing and Postage Fees | | | | | $ 59.05 |
| | Software allocation and filing charges | | | | | $ - |
| | Copying @ .14/page | | | | | $ 210.00 |

| | | | |
|---|---|---|---|
| **Breakdown** | | | |
| Rendered Services | 17.25 | | $ 4,268.75 |
| Expenses | | | $ 269.05 |
| **Total Due** | | | **$ 4,537.80** |



## WESLER & ASSOCIATES
### CERTIFIED PUBLIC ACCOUNTANTS

# INVOICE

**BILL TO**

Trustee Alex Moglia
Moglia Advisors
1325 Remington Road
Suite H
Schaumburg, IL  60173

**INVOICE #** 6132
**DATE** 06/29/2022
**DUE DATE** 07/29/2022
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/17/2021 | **Bankruptcy Estate Tax Return**<br>Preparation of 2020 Bankruptcy Estate Tax Returns for BCause, LLC (19-10731) (See Statement of Services Rendered for detail) | 1 | 2,799.98 | 2,799.98 |

Please note our new address and business name.

**BALANCE DUE** $2,799.98

PO Box 19016 - Kalamazoo, MI - 49019
269-482-1015
cheryl@weslercpa.com

## Statement of Services Rendered
## BCause
## Case No. 19-10731
## 2020 Tax Return

| Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| Preparation of 2020 bankruptcy estate tax returns | CW | 5/6/2021 | 3.00 | $275.00 | $825.00 |
| Review of shareholder K-1s and email to trustee regarding draft K-1s | CW | 5/10/2021 | 0.50 | $275.00 | $137.50 |
| Draft letter to accompany K-1s and mail and email K-1s to shareholders | TS | 5/10/2021 | 0.50 | $175.00 | $87.50 |
| Review letter and K-1s | CW | 5/10/2021 | 0.25 | $275.00 | $68.75 |
| Additional emails regarding shareholder K-1s | TS | 5/18/2021 | 0.50 | $175.00 | $87.50 |
| Compilation of tax returns for mailing | CW | 5/17/2021 | 2.00 | $275.00 | $550.00 |
| Access Quickbooks for older financial information per request of J. Niese | KS | 9/17/2021 | 0.50 | $175.00 | $87.50 |
| Emailing shareholder K-1 upon request | KS | 7/14/2021 | 0.20 | $175.00 | $35.00 |
| Email to shareholder regarding final K-1 | CW | 7/27/2021 | 0.10 | $275.00 | $27.50 |
| Review and respond to Virginia tax notice | CW | 8/13/2021 | 0.50 | $275.00 | $137.50 |
| Emailing shareholder K-1 upon request | KS | 10/13/2021 | 0.20 | $175.00 | $35.00 |
| Review and respond to Illinois tax notice | KS | 10/29/2021 | 0.50 | $175.00 | $87.50 |
| Call with Attorney Mike Schmahl regarding payroll reporting and email to him with requested documents | KS | 11/3/2021 | 0.40 | $175.00 | $70.00 |
| Various emails with J. Niese regarding updated case information and documents | KS | 1/12/2022 | 0.30 | $175.00 | $52.50 |
| Emailing shareholder K-1 upon request | TS | 1/17/2022 | 0.20 | $175.00 | $35.00 |
| | | | | | |
| Mailing and postage fees | | | | | $45.95 |
| Software allocation and filing charges | | | | | $209.36 |
| Copying @ 0.14/page | | | | | $220.92 |
| | | | | | |
| Total | | | | | $2,799.98 |

| Breakdown | | |
|---|---|---|
| Rendered Services | 9.65 | $2,323.75 |
| Expenses | | $476.23 |
| Total Due | | $2,799.98 |



## WESLER & ASSOCIATES
CERTIFIED PUBLIC ACCOUNTANTS

# INVOICE

**BILL TO**

Trustee Alex Moglia
Moglia Advisors
1325 Remington Road
Suite H
Schaumburg, IL  60173

**INVOICE #** 6133
**DATE** 06/29/2022
**DUE DATE** 07/29/2022
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/21/2022 | **Bankruptcy Estate Tax Return**<br>Preparation of 2021 Bankruptcy Estate Tax Returns for BCause, LLC (19-10731) (See Statement of Services Rendered for detail) | 1 | 2,027.53 | 2,027.53 |

Please note our new address and business name.

**BALANCE DUE** $2,027.53

PO Box 19016 - Kalamazoo, MI - 49019
269-482-1015
cheryl@weslercpa.com

**Statement of Services Rendered**
**BCause**
**Case No. 19-10731**
**2021 Tax Return**

| Category | Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Prepare Tax Returns | Preparation of 2021 bankruptcy estate tax returns | KS | 02/04/22 | 1.20 | $ 175.00 | $ 210.00 |
| | Review of bankruptcy estate returns and email to trustee's office regarding 2021 expenses | CW | 02/07/22 | 1.00 | $ 275.00 | $ 275.00 |
| | Preparation of 2021 bankruptcy estate tax returns | KS | 02/18/22 | 0.80 | $ 175.00 | $ 140.00 |
| | Preparation of supplemental statement | KS | 02/18/22 | 0.20 | $ 175.00 | $ 35.00 |
| | Preparation of prompt determination requests | KS | 02/18/22 | 0.50 | $ 175.00 | $ 87.50 |
| | Review of bankruptcy estate tax returns | CW | 02/18/22 | 0.50 | $ 275.00 | $ 137.50 |
| | Email to trustee's office regarding K-1s | CW | 02/18/22 | 0.10 | $ 275.00 | $ 27.50 |
| | Review of shareholder K-1s | CW | 02/24/22 | 1.00 | $ 275.00 | $ 275.00 |
| | Email to trustee's office regarding 2021 tax returns | KS | 03/04/22 | 0.10 | $ 175.00 | $ 17.50 |
| | Email to trustee's office regarding prompt determination requests | KS | 03/11/22 | 0.10 | $ 175.00 | $ 17.50 |
| | Review supplemental, prompt and K-1 letters | CW | 03/11/22 | 0.50 | $ 275.00 | $ 137.50 |
| | Draft letter to accompany K-1s and mail and email K-1s to shareholders | KS | 03/16/22 | 1.00 | $ 175.00 | $ 175.00 |
| | Compilation of tax returns for mailing | KS | 03/17/22 | 0.50 | $ 175.00 | $ 87.50 |
| | Emailing shareholder K-1 upon request | TS | 03/21/22 | 0.20 | $ 175.00 | $ 35.00 |
| | Emailing shareholder K-1 upon request | KS | 03/21/22 | 0.20 | $ 175.00 | $ 35.00 |
| | Mailing and Postage Fees | | | | | $ 70.09 |
| | Software allocation and filing charges | | | | | $ 209.36 |
| | Copying @ .14/page | | | | | $ 55.58 |

**Breakdown**
| | | |
|---|---|---|
| Rendered Services | 7.90 | $ 1,692.50 |
| Expenses | | $ 335.03 |
| **Total Due** | | **$ 2,027.53** |

| | |
|---|---|
| KS | 4.60 |
| TS | 0.20 |
| CW | 3.10 |
| | 7.90 |