UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-10562 |
| BCause Mining LLC, et al. ) | (Jointly Administered) | |
| ) | Chapter: 7 | |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO WESLER & ASSOCIATES CPA, PC, AS ACCOUNTANTS TO THE TRUSTEE, RELATED TO 2019 AMENDED TAX RETURNS, 2020 TAX RETURNS, AND 2021 TAX RETURNS**

This matter coming before the Court on the Second Application for Allowance of Compensation and Reimbursement of Expenses to Wesler & Associates CPA, PC ("Wesler"), as Accountants to the Trustee, Related to the Amended 2019 Tax Returns, the 2020 Tax Returns, and the 2021 Tax Returns (the "Application"); the Court being fully advised in the premises, and due notice having been provided to all parties entitled thereto;

IT IS HEREBY ORDERED THAT:

(1) Wesler is allowed compensation in the amount of $8,285.00 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $1,080.31 (the "Expense Reimbursement").

(2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $8,285.00 and allowed Expense Reimbursement in the amount of $1,080.31 to Wesler from the funds currently held in the Debtors' substantively consolidated bankruptcy estate.

(3) Nothing herein shall prohibit Wesler from requesting additional compensation and expense reimbursement in the future.

Enter: *Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 26, 2022

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860