IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **BCause Mining LLC**, *et al.*, ) | |
| ) | **Chapter 7** |
| **Debtors.** ) | |
| ) | **Case No. 19-10562** |
| Address: ) | |
| ) | **Hon. Janet S. Baer** |
| Last four digits of Social Security of Individual ) | |
| Tax-payer Identification No(s), if any: N/A ) | **SUBSTANTIVELY** |
| ) | **CONSOLIDATED** |
| Employer's Tax Identification (EIN) No(s), if ) | |
| any: BCause LLC-8579; BCause Mining LLC- ) | |
| 0783 ) | |

**NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 5-1 ON CLAIMS REGISTER OF BCAUSE MINING LLC FILED BY BRUCE POLLACK**

**TO:** **Bruce Pollack, 807 Davis Street, #306, Evanston, IL 60201**

**Bruce Pollack, 1426 Chicago Ave., Apt. 2S, Evanston, IL 60201**

Alex D. Moglia, not individually but solely as the chapter 7 trustee of the substantively consolidated bankruptcy estate of BCause Mining LLC and BCause LLC, has filed an Objection to your claim in this bankruptcy case (the "Objection").  A copy of the Objection is attached hereto and hereby served on you.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **February 20, 2023**, you or your lawyer must:

File with the court a notice of objection or written response to the objection, explaining your position at:

**U.S. Bankruptcy Court for the Northern District of Illinois
Eastern Division
219 S. Dearborn
Chicago, IL 60604**

1

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

**Michael M. Schmahl**
**Mason Pollick & Schmahl LLC**
**70 W. Hubbard, Suite 304**
**Chicago, IL 60654**
**T-(312) 312-5531**
**mschmahl@mps-law.com**

Attend the hearing on the objection, scheduled to be held on **Wednesday, February 22, 2023**, at **10:00 A.M.**

PLEASE TAKE NOTICE THAT on **February 22, 2023, at 10:00 A.M.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the Objection, a copy of which is attached hereto.

**All parties in interest, including the movant, may appear for the presentment of the Objection either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and Passcode**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page of the court's web site.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

If you dispute or disagree with the Objection and want it called on the presentment date above, you must file a written Notice of Objection or response to the Objection no later than **February 20, 2023**, two (2) business days before that date. If a Notice of Objection or written response is timely filed, the Objection will be called on the presentment date. If no Notice of Objection or other written response is timely filed, the court may grant or sustain the Objection in advance without calling it.

Dated:  January 18, 2023

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois  60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

Alex D. Moglia, Chapter 7 Trustee of the Substantively Consolidated Bankruptcy Estate of BCause Mining LLC and BCause LLC

By: /s/ Michael M. Schmahl
    Michael M. Schmahl

## CERTIFICATE OF SERVICE

I, Michael M. Schmahl, do hereby certify that, on this 18th day of January, 2023, I caused the above described **Notice of Objection** and the **Objection** to be served through the Court's electronic filing system on all persons who have consented to such service as listed below and via regular first-class mail and email on those individuals and entities listed below.

/s/   Michael M. Schmahl

## SERVICE LIST

Patrick S. Layng
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*United States Trustee*
*Via ECF*

Bruce Pollack
1426 Chicago Ave., Apt. 2S
Evanston, IL 60201
*Address Listed in Change of Address on Docket*
*Regular, First Class Mail, Postage Pre-Paid*

Bruce Pollack
807 Davis Street, #306
Evanston, IL 60201
*Notice Address on Proof of Claim*
*Regular, First Class Mail, Postage Pre-Paid*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) )  Chapter 7 ) |
| BCause Mining LLC, *et al.* | ) Case No. 19-10562 ) |
| Debtors. | ) SUBSTANTIVELY ) CONSOLIDATED ) |
| | ) Hon. Janet S. Baer |

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 5-1 ON CLAIMS REGISTER OF BCAUSE MINING LLC FILED BY BRUCE POLLACK**

Alex D. Moglia ("Trustee") not individually, but solely as trustee of the substantively consolidated chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC ("BCause" and, collectively with BC Mining, the "Debtors") in the above-captioned bankruptcy case (the "Bankruptcy Case"), by and through his undersigned counsel, objects to the proof of claim filed by Bruce Pollack ("Pollack"), which appears as claim number 5-1 on the BC Mining claims register (the "Proof of Claim"), a copy of which is attached hereto as Exhibit 1, solely to the extent that it purports to assert a secured claim, and, in support thereof, respectfully states as follows:

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334(a) and (b).

2. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2)(A),(E), (J) and (O).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. This Objection is brought under 11 U.S.C. §§ 327 and Rule 2014 of the Federal

1

Rules of Bankruptcy Procedure.

## BACKGROUND

5. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

6. On or about April 12, 2019, BCause filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

8. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code.

9. On or about October 11, 2019, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

## BRUCE POLLACK'S PROOF OF CLAIM AND TRUSTEE'S OBJECTION

10. On or about July 9, 2019, Pollack timely filed the Proof of Claim, which appears as claim number 5-1 on the Court's Claims Registry for BC Mining. In that Proof of Claim Pollack asserts a secured claim in the amount of $1,717.00 and lists "Bankruptcy Filing Fee" as the purported basis for the secured claim without identifying any collateral securing the asserted claim.

11. Attached to the Proof of Claim is a copy of a cashier's check (the "Check") made payable to "Crane, Simon, Clar & Dan," the Debtors' bankruptcy counsel, and a promissory note (the "Note") dated April 11, 2019, that is executed by BCause, and reflects a debt in the amount of $1,717.00 owed to Pollack.

12. Neither the Note nor the Check nor any other document contain a security

2

agreement or any grant of a security interest or lien in favor of Pollack to secure the debt evidenced by the Note.

13. Neither of the Debtors listed Pollack as a secured creditor in their respective bankruptcy schedules listing their respective assets and liabilities [Docket No. 82].

14. A search of the online records maintained by the Secretary of State of Illinois and the Secretary of State of Virginia do not reflect any financing statement having been filed by Pollack against either of the Debtors.

15. Therefore, the Trustee objects to Pollack's Proof of Claim (that appears as claim number 5-1 on the claims register of BC Mining) solely to the extent that it asserts a secured claim.

16. The Trustee reserves all of his rights to further object to Pollack's Proof of Claim on any other basis not asserted in this Objection.

WHEREFORE, the Trustee requests that the Court enter an order sustaining the Trustee's Objection and disallowing Pollack's Proof of Claim to the extent that it asserts any secured claims, preserving the Trustee's rights to object to Pollack's Proof of Claim on any other basis, and granting such other or further relief as the Court may determine to be just or appropriate.

Dated: January 18, 2023

/s/ Michael M. Schmahl
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*