# EXHIBIT 1

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT    Northern District of Illinois | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor:<br>BCause, LLC<br>BCause Mining, LLC | Case Number:<br>19-10731<br>19-10562 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Michael D. Adolphi

Name and address where notices should be sent:
Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, Va 23457

Telephone number: (757) 761-3669    email: mike@adolphi.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 135,667.49

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Unpaid compensation, business expenses, and loans
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>____ ____ ____ ____ | 3a. Debtor may have scheduled account as:<br>_____<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe:

Value of Property: $_____

Annual Interest Rate 8.000 % ☑ Fixed   or   ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ 12,500.00

Basis for perfection: Bankruptcy Filing Fee

Amount of Secured Claim:  $ 12,500.00

Amount Unsecured:  $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$ 12,475.00

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                                                2

### 7. Documents:
Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

### 8. Signature: (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Michael D. Adolphi**
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature)   07/29/2019 (Date)

Telephone number:          email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)

3

___DEFINITIONS___ ___INFORMATION___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

Case 19-10731 Claim 17 Filed 7/29/2019 Michael D. Adolphi

Unpaid Compensation: May-Oct 2018, $40,000

Unpaid Expenses: $8,167.49

Unpaid Loan : $75,000

Case 19-10562

Unpaid Expenses: $12,500 Bankruptcy Filing Fee

# PROMISSORY NOTE

Principal Amount: $12,500.00

April 11, 2019
Chicago, Illinois

BCause LLC ("Borrower"), hereby promises to pay upon demand to the order of Michael Adolphi ("Lender"), the principal amount of $12,500.00, with interest at the rate of eight percent (8.0%) per annum until paid.

Borrower shall make payments of principal and interest to Lender or the holder hereof at such time(s) and in such amount(s) as may be exclusively determined by Lender or the holder hereof. If not so paid, all principal and interest, at the option of the Lender or his assigns, shall become immediately due and payable.

Interest shall be computed on the basis of a 365-day year or 366-day year as may be then applicable, and actual days lapsed. Borrower shall have the privilege of prepaying the principal under this Promissory Note in whole or in part, without penalty or premium at any time. All payments hereunder shall be applied first to interest, then to principal, then to late charges.

The term of this Promissory Note shall be the earlier of (i) upon demand or (ii) one (1) year unless accelerated for any reason by Lender or the holder hereof, subject to subsequent renewal and extension by mutual agreement of the parties.

The payment due may be made, at the sole discretion of Lender, either in the form of cash or as convertible preferred equity in BCause LLC at a price of $0.0574 per unit at a discount of 20%. The payment may be made in full in either cash or the convertible preferred equity described herein, or as partial payments in both forms that totals the full amount due. Such choice is at the sole discretion of Lender.

Borrower shall pay upon demand any and all expenses, including reasonable attorneys' fees, incurred or paid by Lender without suit or action in attempting to collect funds due under this Promissory Note. In the event an action is instituted to enforce or interpret any of the terms of this Promissory Note including but not limited to any action or participation by Borrower in, or in connection with, a case or proceeding under the Bankruptcy Code or any successor statute, the prevailing party shall be entitled to recover all expenses reasonably incurred at, before and after trial, on appeal, and on review whether or not taxable as costs, including, without limitation, attorney fees, witness fees (expert and otherwise), deposition costs, copying charges and other expenses.

BCause LLC

By: _____
Ann M. Cresce, corporate secretary and general counsel

# Memorandum of Understanding

This Memorandum of Understanding ("MOU") is made between BCause, LLC ("BCause" or the "Company") and a group of BCause LLC Members ("Members") (each a "Party", collectively the "Parties") on December 21, 2018. Each of these Members wish to individually loan funds to Bcause to use for certain ongoing operational expenses, in exchange for which BCause, agrees to provide consideration in the form of equity in the Company. This MOU describes the common understandings of the terms of the transaction ("The Transaction") between BCause and the Members. In addition to executing this MOU, each Party to the Transaction which will describe the terms, rights and obligations of the Parties.

**Terms**

The Members agree to:
1. Provide $500,000 in funds not later than 12:00 noon Eastern Standard Time on December 21, 2018.
2. Individually execute this MOU and a related Promissory Note in the amounts listed below:
    a. John Ashby - $150,000
    b. Michael Adolphi - $75,000
    c. Paul Wong - $75,000
    d. Karan Rai - $50,000
    e. Fred Grede - $50,000
    f. Patrick Childress - $50,000
    g. Kevin Fallon - $25,000
    h. Bruce Pollack - $25,000

3. Review the business plan ("Plan") described below when presented by BCause.
4. Determine by January 10th 2019 whether to exercise the conversion right granted herein.

BCause, will do the following:
1. Close the previous Series B offering
2. Prepare and submit by January 4th, 2019 a Plan for BCause Mining, LLC ("Mining) and BCause Spot, LLC ("Spot") for approval by the Members.
    a. This Plan should include
        1. 3 Month detailed cash projections
        2. Revised/updated Financial Projections for Mining
        3. Revised/updated Financial Projections for Spot
        4. Detailed project plan for Mining and Spot, including deliverables
        5. A large decrease in payroll which maintains a focus on what is necessary to run Mining and to make Spot operational
        6. A plan to decrease electrical expenditures for Mining in order to reduce costs.
3. Propose the Plan with the goals to successfully maintain the operations of Mining and to launch Spot
4. Pursuant to the BCause LLC Operating Agreement, offer this same Transaction to all current BCause Members:
    a. The offer will state that no more than $750,000 is to be raised

b. Price per share is $0.0564/unit
c. Should this offering be oversubscribed, the provisions of Section 8.6(a)2 of the BCause LLC Operating Agreement regarding "Pro Rata Share", as defined therein, will apply.
d. The provisions of Section 8.7 of the BCause LLC Operating Agreement regarding anti-dilution rights will apply to this offer.

5. Offer an incentive to the Members listed herein a 20% discount on the share price should they choose to exercise their conversion rights in exchange for entering into this MOU.
6. Perform all necessary tasks pursuant to the BCause LLC Operating Agreement so that the offering made to all current BCause Members can be closed by January 7th, 2019.
7. Pay The Parties a premium of 3% of the loan value by January 10, 2019.
8. Should any of the Members listed herein choose not to exercise their conversion rights, the full amount such Member loaned to the Company shall be returned by January 12, 2019.

**AGREED as of the date listed above**

ON BEHALF of BCause LLC

*[signature]* 12/21/18
Thomas Flake
Tax Matters Partner and
Board Treasurer

For The Parties

| John O. Ashby | Michael Adolphi *[signature]* | Paul Wong |
| Karan Rai | Frederick G. Grede | Kevin Fallon |
| Patrick Childress | Bruce Pollak | |