IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | **Chapter 7** |
| **In re:** | ) | |
| | ) | **Case No. 19-10562** |
| **BCause Mining LLC,** *et al.* | ) | |
| | ) | **SUBSTANTIVELY** |
| **Debtors.** | ) | **CONSOLIDATED** |
| | ) | |
| | ) | **Hon. Janet S. Baer** |

**NOTICE OF DEADLINE OR BAR DATE TO FILE
PRE-CONVERSION CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS
UNDER SECTION 503 OF THE BANKRUPTCY CODE
OR ON ANY OTHER THEORY AND ALL OTHER CLAIMS**

**THIS IS AN OFFICIAL NOTICE TO YOU OF THE DEADLINE FOR FILING PROOFS OF CLAIM ASSERTING ANY CLAIMS YOU MAY HAVE AGAINST BCAUSE MINING LLC, BCAUSE LLC, OR THEIR SUBSTANTIVELY CONSOLIDATED BANKRUPTCY ESTATE, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS UNDER SECTION 503 OF THE BANKRUPTCY CODE OR ANY OTHER THEORY THAT AROSE DURING OR RELATE TO THE PERIOD FROM APRIL 11, 2019, THROUGH OCTOBER 8, 2019.**

**FAILURE TO COMPLY WITH THE DEADLINES STATED IN THIS NOTICE WILL RESULT IN ANY CLAIM OR CLAIMS YOU ASSERT BEING DEEMED DISALLOWED AND/OR UNTIMELY AND NO DISTRIBUTION WILL BE MADE TO YOU ON ACCOUNT OF SUCH CLAIM.**

On April 11 and 12, 2019 (the "Petition Dates"), respectively, each of BCause Mining LLC and BCause LLC (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") and thereby commenced their bankruptcy cases.

On October 8, 2019 (the "Conversion Date"), the Court entered an order converting the Debtors' bankruptcy cases to cases under Chapter 7 of the Bankruptcy Code. On July 13, 2022, the Court entered an order substantively consolidating the Debtors' bankruptcy estates into a single consolidated bankruptcy estate.

On January 4, 2021, the Clerk of the Court sent notice establishing April 6, 2021 (the "Claims Deadline"), as the last date for filing proofs of claim against the Debtors' bankruptcy estates.

On _____, 2023, the Court entered an order (the "Supplemental Bar Date Order") establishing **March 20, 2023, at 11:59 P.M. Prevailing Central Time** (the "Supplemental Bar Date"), as the

EXHIBIT 1

deadline for any party who asserts one or more claims for administrative expenses (or the equivalent), under Section 503(b) of the Bankruptcy Code or on any other basis or theory, that arose during or that relate to the time period from April 11, 2019, to October 8, 2019,  and further asserts that each such claim is or should be treated as timely (each, a "Potential Ch. 11 Claim") or any other claims against the Debtors or their substantively consolidated bankruptcy estate (collectively with and including Potential Ch. 11 Claims, the "Potential Claims") to file proofs of claim asserting any such Potential Claims against the Debtors or their substantively consolidated bankruptcy estate.

**PLEASE NOTE** that the Supplemental Bar Date Order does not extend the time for filing proofs of claim beyond the Claims Deadline of April 6, 2021, and is not a determination that any Potential Claim that may be filed by the Supplemental Bar Date is timely filed.  Any determination related to the timeliness of any such proof of claim will be determined after a ruling on an appropriate motion or an objection to such proof of claim at a future date.

**PLEASE FURTHER NOTE** that Alex D. Moglia (the "Trustee"), not individually or personally, but solely as the Chapter 7 Trustee of the Debtors' consolidated bankruptcy estate, retains all of his rights to challenge, object and otherwise assert any defense to any such proof of claim you may file on any basis, including, without limitation, that such proof of claim or proofs of claim are not timely even if filed on or before the Supplemental Bar Date.  All of the Trustee's rights to object and other defenses, including both procedural and substantive defenses and objections, to any such proof of claim are expressly reserved and may be asserted by the Trustee in response to any proof of claim you may file.

**FAILURE TO FILE A PROOF OF CLAIM ASSERTING ANY POTENTIAL CH. 11 CLAIM OR ANY OTHER POTENTIAL CLAIM ON OR BEFORE THE SUPPLEMENTAL BAR DATE WILL RESULT IN SUCH POTENTIAL CH. 11 CLAIM OR OTHER POTENTIAL CLAIM BEING DENIED AND/OR DISALLOWED AND NO DISTRIBUTION WILL BE MADE ON ACCOUNT OF SUCH POTENTIAL CH. 11 CLAIM OR OTHER POTENTIAL CLAIM.**

**IF YOU ASSERT ANY CLAIM AGAINST THE DEBTORS OR THEIR CONSOLIDATED BANKRUPTCY ESTATE THAT HAS NOT ALREADY BEEN FILED WITH THE COURT, YOU MUST:**

1)  Properly complete and sign one or more proofs of claim using Official Form B 410 asserting any and all Potential Ch. 11 Claims or other Potential Claims you may have;
2)  Include an explanation in any such proof of claim as to whether you ever received actual notice or became aware of the commencement of the Debtors' bankruptcy cases or the Claims Deadline and identify the date or dates on which you became aware of the Debtors' bankruptcy cases and/or the Claims Deadline; and
3)  File your proof of claim or proofs of claim with the Court so that all such proofs of claim ARE ACTUALLY RECEIVED BY THE COURT ON OR BEFORE THE SUPPLEMENTAL BAR DATE OF **MARCH 20, 2023, AT 11:59 P.M. PREVAILING CENTRAL TIME**.

EXHIBIT 1

A copy of Official Form B 410 is available on the Court's website www.ilnb.uscourts.gov using the "Forms" tab and selecting Form B 410 under the "National Forms" section.

ALL PROOFS OF CLAIM FILED BY ATTORNEYS MUST BE FILED ELECTRONICALLY USING THE COURT'S CM/ECF SYSTEM ON OR BEFORE THE SUPPLEMENTAL BAR DATE.

NON-ATTORNEYS MAY PERSONALLY DELIVER OR MAIL THEIR PROOFS OF CLAIM TO THE CLERK OF THE COURT SO THAT THEY ARE ACTUALLY RECEIVED BY THE CLERK OF THE COURT ON OR BEFORE THE SUPPLEMENTAL BAR DATE, SUBJECT TO THE CLERK'S NORMAL BUSINESS HOURS.

The Clerk of the Court's address is:
Clerk of the United States Bankruptcy Court for the Northern District of Illinois
Eastern Division
219 S. Dearborn
Chicago, IL 60604
(312) 408-5000

You may request a copy of the Supplemental Bar Date Order by contacting the Trustee's undersigned counsel at the contact information listed below.


Dated: _____, 2023

/s/ Michael M. Schmahl
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*


EXHIBIT 1