UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-10562
BCause Mining LLC, et al., )
) Chapter: 7
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER SUSTAINING OBJECTION TO CLAIM NO. 9-1

This matter coming before the Court on the Trustee's Objection to Proof of Claim No. 9-1 (the "Claim") Filed by Michael D. Adolphi (the "Objection"), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Objection is sustained as set forth herein;

2) Any secured claim asserted in the Claim is disallowed;

3) The unsecured claim asserted in the Claim is not disallowed; and

4) The Trustee reserves all of his rights to further object to the Claim on any other basis and may file additional or different objections to the Claim in the future.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 22, 2023

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860