# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **BCause Mining LLC,** *et al.* | ) | Case No. 19-10562 |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **Wednesday, March 22, 2023**, at the hour of **10:00 a.m.**, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **TRUSTEE'S SECOND APPLICATION TO EMPLOY WESLER & ASSOCIATES, CPA PC AS TAX ACCOUNTANTS AS OF FEBRUARY 24, 2023** (the "Application"), a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and password**.  The meeting ID for this hearing is 160 731 2971 and the passcode is 587656.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a he.

Dated: March 15, 2023

Alex Moglia, Chapter 7 Trustee of the
Bankruptcy Estates of BCause Mining LLC
and BCause LLC

By: /s/ Michael M. Schmahl
    Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

      I, Michael M. Schmahl, an attorney, certifies that on March 15, 2023, I caused the above Notice of Motion and the Application to be served on the individuals listed on the below service list via the Court's ECF system.

                                                By: /s/ Michael M. Schmahl
                                                        Michael M. Schmahl

## SERVICE LIST

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*
*Via ECF*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*
*Via ECF*

J. Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
Dennis Lewandowski, via email sent to:
dtlewand@kaufcan.com
*Counsel for Hoffland Properties, Inc.*
*Via ECF*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219

Russell R. Johnson
Law Firm of Russell R. Johnson
III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*
*Via e-mail*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Former Counsel for Creditors' Committee*
*Via ECF*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com
*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500

(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*
*Via e-mail*

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)
bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*
*Via ECF*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*
*Via ECF*

Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*
*Via ECF*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*
*Via ECF*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) <br> ) Case No. 19-10562 <br> ) (Jointly Administered) <br> ) <br> ) Hon. Janet S. Baer <br> ) |
| BCause Mining LLC, *et al.* | |
| Debtors. | |

### TRUSTEE'S SECOND APPLICATION TO EMPLOY
### WESLER & ASSOCIATES CPA PC AS TAX ACCOUNTANTS
### AS OF FEBRUARY 24, 2023

Alex Moglia (the "Trustee"), not individually, but solely as trustee of the substantively consolidated chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC[1] ("BC Holding" and collectively with Mining, the "Debtors"), requests entry of an Order authorizing the Trustee to employ, pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), Wesler & Associates, CPA PC ("W&A") and Cheryl Wesler, a partner in W&A, to prepare tax returns for 2022 (the "2022 Returns") and, if necessary, tax returns for 2023 (the "2023 Returns") for the Debtors' substantively consolidated bankruptcy estate, pursuant to the terms of the engagement agreement (the "Engagement Agreement") attached hereto as Exhibit 1, as of February 24, 2022, and in support thereof, the Trustee respectfully

---

[1] BCause LLC is the debtor in bankruptcy case number 19-10731.

states as follows:

## Jurisdiction and Venue

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334.

2. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

## Background

4. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On or about April 12, 2019, BC Holding filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

7. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code.

8. On or about October 11, 2019, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

9. On or about February 11, 2020, the Court entered an order [**Docket No. 417**] authorizing the Trustee to retain Tibble & Wesler CPA PC ("T&W") to prepare tax returns for the estates for 2019.

10. On or about December 9, 2020, the Court entered an order [**Docket No. 461**] authorizing the Trustee to retain T&W to prepare and file amended tax returns for 2019 (amended returns had been necessary due to certain discrepancies in certain of the Debtors' records related

7

to the Debtors' capitalization tables resulting in modifications to the distributive shares to their members) and tax returns for 2020.

11. On or about April 6, 2022, the Court entered an order [**Docket No. 502**] authorizing the Trustee to retain W&A to prepare tax returns for the Debtors' estates for 2021. It is the Trustee's understanding that W&A is a successor to T&W with the change made following the retirement of a previously named partner. The accountant principally responsible for preparing the estates' returns, Cheryl Wesler, has not changed.

12. On or about July 13, 2022, the Court entered an order [**Docket No. 518**] substantively consolidating the Debtors' estates into a single bankruptcy estate.

13. The Debtors are limited liability companies. The membership interests of BC Holding are owned by a fairly large group of individuals and entities. BC Mining is a wholly owned subsidiary of BC Holding.

14. Pursuant to 11 U.S.C. § 346 and applicable tax law, the Trustee is obligated to prepare and file tax returns for each of the Debtors as well as IRS Forms K1, 1099s, and other similar forms.

15. The Trustee is required to file returns for 2022. Although it is not yet known whether tax returns will be needed for 2023 (the Trustee is working to close this case as expeditiously as possible), the Trustee will be required to file them if they are or become necessary.

16. Cheryl Wesler was the primary accountant at T&W responsible for preparing the prior years' returns, and W&A is Wesler's current firm.

17. This Application seeks authority to retain W&A as the Trustee's tax accountants to prepare and file the 2022 Returns and, if necessary, the 2023 Returns pursuant to the proposed

Engagement Agreement.

### Proposed Employment of Accountant

18. The Trustee, in the exercise of his business judgment, believes that it is necessary to retain W&A as his accountants to assist him in the preparation of the 2022 Tax Returns and, if appropriate, the 2023 Tax Returns for the Debtors' estate.

19. W&A, and Cheryl Wesler, one of its partners, is a capable, licensed firm of certified public accountants who specialize in preparing tax returns for chapter 7 trustees in bankruptcy cases around the country. Attached hereto and made part hereof as Exhibit 2 is the Declaration of Cheryl Wesler pursuant to Fed. R. Bankr. P. 2014 (the "Declaration"). W&A and Wesler have experience with bankruptcy tax matters necessary to complete the 2022 Tax Returns and, if appropriate, 2023 Tax Returns, including preparing any Form K1s or other similar forms, and provide advice regarding federal and state tax compliance. Moreover, they are familiar with these estates from having prepared the prior years' returns.

20. As set forth in the Declaration, W&A has reviewed the Debtors' petitions for relief, schedules, and statements of financial affairs filed in these cases and has not identified any potential conflicts of interest. As such, the Trustee believes that W&A is "disinterested" within the meaning of Section 101(14) of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtors or their bankruptcy estates.

### Proposed Compensation Terms

21. Pursuant to the terms of the Engagement Agreement, W&A will prepare the 2021 at the following hourly rates: i) $295 per hour for Cheryl Wesler; and ii) $225 per hour for support staff. W&A's total fees for each tax year will also be subject to a maximum or cap of $3,500 for

9

each of the 2022 Tax Returns and, if appropriate, the 2023 Tax Returns.

22.  Additionally, W&A will be entitled to reimbursement of its costs and expenses, including, without limitation, for postage, overnight delivery charges, and filing fees.

23.  W&A's compensation proposed herein is subject to review under 11 U.S.C. § 328(a) and W&A will seek approval of all fees and reimbursement of expenses pursuant to an appropriate fee application.

24.  W&A has not entered into any agreement to share such compensation as it may be awarded in these cases, except as permitted under Section 504(b) of the Bankruptcy Code.

25.  Accordingly, the Trustee submits that the proposed employment of W&A as his accountants is both necessary and appropriate under the circumstances.

### REQUEST TO APPROVE W&A'S RETENTION AS OF FEBRUARY 24, 2023

26.  Section 327 of the Bankruptcy Code does not require prior-approval to retain professionals. *See In re Singson*, 41 F. 3d 316, 219-320 (7th Cir. 1994). Additionally, the Court has discretion to permit retention as of an earlier date under Rule 9006(b)(1). *See id.*; *In re Chardon, LLC*, 536 B.R. 791, 800 (Bankr. N.D. Ill. 2015)

27.  Wesler has provided certain services to the Trustee since approximately February 24, 2023. Although Wesler is not currently seeking approval of any fees.

WHEREFORE, the Trustee respectfully request that this Court enter an order: (i) authorizing the Trustee to employ W&A as the Trustee's tax accountants to prepare the 2022 Tax Returns and the 2023 Tax Returns pursuant to the terms of the Engagement Agreement as of February 24, 2023; (ii) approving the terms of the Engagement Agreement and authorizing the Trustee to enter into the Engagement Agreement; and (iii) granting such other and further relief

10

as this Court deems just or appropriate.

Dated: March 15, 2023  /s/ Michael M. Schmahl
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*