# EXHIBIT 1

February 1, 2023

Trustee Alex D. Moglia
Attorney Michael M. Schmahl
70 W. Hubbard
Suite 304
Chicago, IL  60654

Re:  Tax Returns for 2022 and 2023 for the Substantively Consolidated Bankruptcy Estate of BCause LLC (19-10731) and BCause Mining LLC (19-10562)

Dear Trustee Moglia:

This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide.

Commencing with the acceptance signature below, Wesler & Associates, CPA PC will review the case documentation in order to prepare and file the bankruptcy estate federal and state tax returns for BCause LLC and BCause Mining LLC for tax years 2022 and, to the extent necessary or appropriate, 2023 (each a "Tax Year"). In addition to the bankruptcy estate tax returns, extensions will be filed if it is deemed necessary.

Our engagement cannot be relied upon to disclose errors, fraud, or illegal acts that may exist.  However, we will inform the Trustee of any material errors or any fraud or illegal acts that come to our attention. In addition, the trustee will not be held personally liable for any tax liabilities.

Our fees for this engagement are not contingent on the results of our services.  Upon court approval, our fees for this engagement will be based on the following rates:  Cheryl Wesler, CPA at an hourly rate of $295 and support staff hourly rate of $225, plus costs, including but not limited to, such fees as filing, and postage.  Based on our preliminary review, we estimate between 5 and 10 hours to complete our work for each Tax Year and have agreed to cap our fees at no more than $3,500 plus expenses per Tax Year.

We understand that our services may not be required for both Tax Years.

Payment of our fees and reimbursement of expenses shall be subject to the approval of the Bankruptcy Court as required by the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.  Alex Moglia, personally, shall not have any obligations under this agreement and shall not be liable for any of our fees or expenses, and we shall solely look to the substantively consolidated bankruptcy estate of BCause Mining LLC and BCause LLC for payment.

Thank you for your attention to this matter, and please contact me with any questions that you may have.

Very truly yours,

*Cheryl G. Wesler*

Cheryl G. Wesler, CPA PC
President

**ACCEPTED AND AGREED:**
Bankruptcy Estate of BCause LLC

_____    _____
By:   Trustee Alex D. Moglia                                                    Date