# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**BCause Mining LLC**, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10562<br>(Jointly Administered)<br><br>Hon. Janet S. Baer |

## DECLARATION OF CHERYL WESLER

I, Cheryl Wesler, pursuant to 28 U.S.C. § 1746, hereby depose and state under the penalty of perjury, as follows:

1. I am a certified public accountant and a partner in Wesler & Associates, CPA PC ("W&A"), which maintains an office at 6523 Stadium Drive, Kalamazoo, MI 49009, and I am authorized to submit this Declaration in support of the Trustee's Second Application to Employ W&A as of February 24, 2023 (the "Application") for the above-captioned Debtors.

2. W&A is a capable, licensed firm of certified public accountants who specialize in providing chapter 7 trustees efficient services in the preparation of tax returns for bankruptcy estates around the country.

3. My colleagues at W&A and I have experience with bankruptcy tax matters necessary to assist the Trustee in the preparation of federal and state income tax returns in these jointly administered bankruptcy cases and to provide advice regarding federal and state tax compliance.

1. As provided in W&A's proposed engagement agreement with the Trustee, W&A proposes to provide services to the Trustee at its normal hourly rates, subject to a maximum fee per year of tax returns in the amount of $3,500, plus the reimbursement of expenses (i.e. a cap of $3,500 for each of the 2022 tax returns and the 2023 tax returns). W&A further understands that its compensation will be subject to further review and allowance under 11 U.S.C. § 328(a) pursuant to a separate fee application that it will file in the future.

2. W&A has not entered into any agreement to share such compensation as it may be awarded in connection with the Application except as permitted under 11 U.S.C. § 504(b).

3. In connection with this Declaration, I reviewed and compared W&A's client database against the Debtors' respective petitions for relief, bankruptcy schedules (including, without limitation, the schedules of the Debtors' creditors), and statements of financial affairs, in order to determine whether W&A has any connections with the Debtors or their affiliates, creditors and other parties-in-interest. Based on this conflicts search, W&A has determined that it has no connections with the Debtors, their creditors and affiliates, or any other party in interest herein and that it neither holds nor represents any adverse interest in connection with the matters upon which it is to be employed by the Trustee.

4. Therefore, to the best of my knowledge, information and belief, W&A is a "disinterested person" within the scope of 11 U.S.C. § 101(14) and as required pursuant to 11 U.S.C. § 327(a).

I state under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 15, 2023

_____
Cheryl Wesler, CPA