UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-10562
BCause Mining LLC, et al., ) (Jointly Administered)
) Chapter: 7
) Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER GRANTING TRUSTEE'S SECOND APPLICATION TO EMPLOY WESLER & ASSOCIATES CPA PC AS TAX ACCOUNTANTS AS OF FEBRUARY 24, 2023**

This matter coming before the Court for on the Trustee's Second Application to Employ Wesler & Associates CPA PC ("W&A") as Tax Accountants to the Trustee (the "Application") as of February 24, 2023, the Court being fully advised in the premises, and due notice having been given to all parties entitled thereto,

IT IS HEREBY ORDERED THAT:

1) The Application is granted as set forth herein;

2) The trustee is authorized to retain and employ W&A, including Cheryl Wesler and its other professionals and employees, as the trustee's tax accountants effective as of February 24, 2023, pursuant to the terms provided in the engagement agreement (the "Engagement Agreement") attached to the Application as Exhibit 1 to prepare the tax returns, including any potential state filings or related services, for 2022 and 2023;

3) The terms of the Engagement Agreement are approved and the trustee is authorized to enter into the Engagement Agreement with W&A; and

4) Any compensation ultimately owed to W&A shall be subject to allowance by the Court in the future pursuant to section 328 and the other provisions of the Bankruptcy Code.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 22, 2023

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860