**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **BCause Mining LLC, *et al.*** | ) | **Case No. 19-10562** |
| | ) | **(Substantively Consolidated)** |
| **Debtors.** | ) | |
| | ) | **Hon. Janet S. Baer** |
| | ) | |

# NOTICE OF MOTION

**TO: See attached list**

PLEASE TAKE NOTICE that on **Wednesday, August 2, 2023**, at the hour of **10:00 a.m.**, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **THIRD APPLICATION FOR COMPENSATION OF WESLER & ASSOCIATES CPA, PC AS ACCOUNTANTS TO THE TRUSTEE RELATED TO 2022 TAX RETURNS INCLUDING REQUEST TO EXCEED PRIOR LIMIT BY LESS THAN $1,000** (the "Motion"), a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to the link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: July 12, 2023

Alex Moglia, Chapter 7 Trustee of the Consolidated Bankruptcy Estate of BCause Mining LLC and BCause LLC

By: /s/ Michael M. Schmahl
Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

The undersigned states under penalty of perjury that on July 12, 2023, he caused the above Notice of Motion and the Application to be served on the individuals listed on the below service list via the court's ECF system for those who are registered.

By: /s/ Michael M. Schmahl
Michael M. Schmahl

**SERVICE LIST**

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

J Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
Dennis Lewandowski, via email sent to:
dtlewand@kaufcan.com
*Counsel for Hoffland Properties, Inc.*

Russell R. Johnson, III
John M. Craig
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
804-749-8861
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)

*Counsel for W-R2 Jefferson Owner VIII, LLC*

bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*

Lindsey Conley
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **BCause Mining LLC, *et al.*** | ) | **Case No. 19-10562** |
| **Debtors.** | ) | **SUBSTANTIVELY CONSOLIDATED** |
| | ) | **Hon. Janet S. Baer** |

**COVER SHEET FOR THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO WESLER & ASSOCIATES CPA, PC[1] AS ACCOUNTANTS TO THE TRUSTEE RELATED TO 2022 TAX RETURNS**
**INCLUDING REQUEST TO EXCEED PRIOR LIMIT BY LESS THAN $1,000**

| | |
|---|---|
| Name of Applicant: | Wesler & Associates CPA, PC (previously Tibble & Wesler, CPA PC) |
| Authorized to Provide Professional Services to: | Alex Moglia, not personally, but solely as the chapter 7 trustee of the substantively consolidated bankruptcy estate of BCause LLC and BCause Mining LLC |
| Date of Orders Authorizing Employment: | February 11, 2020 **[Docket No. 417]** (as Tibble & Wesler CPA, PC, with respect to 2019 Tax Returns)<br>December 9, 2020 **[Docket No. 461]** (as Tibble & Wesler CPA, PC, with respect to amended 2019 Tax Returns and 2020 Tax Returns)<br>April 6, 2022 **[Docket No. 502]** (as Wesler & Associates CPA, PC, with respect to 2021 Tax Returns)<br>March 22, 2023 [**Docket No. 534**] (as Wesler & Associates CPA, PC, with respect to 2022 Tax Returns and potentially 2023 Tax Returns) |
| Period for which Compensation is Sought: | |
| From: | February 24, 2023 |

[1] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W"). Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A"). The prior fee application was filed and granted under the T&W name.

| Through: | April 25, 2023 |
|---|---|
| Amount of Fees Sought: | $4,424.50 |
| Amount of Expense Reimbursement: | $301.90 |
| This is an: | |
| Interim Application: NO | Final Application: YES, with respect to 2022 tax returns) |
| | **(The Trustee has entered into separate engagement agreements for each set of tax returns.)** |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| December 2, 2020 **[Docket No. 457]** | 2019 Tax Returns | $6,500.00 | $6,500.00 **[Docket No. 462]** (related to 2019 tax returns—allowed for T&W) | $6,500.00 (paid to T&W) |
| October 5, 2022 [**Docket No. 521**] | Amended 2019, 2020, and 2021 Tax Returns | $9,365.31 | $9,365.31 [**Docket No. 522**] (related to Amended 2019, 2020 and 2021 tax returns) | $9,365.31 (paid to W&A) |

State the aggregate amount of fees and reimbursement of expenses paid to Applicant as of the date of this Application: $15,865.31.

MASON POLLICK & SCHMAHL LLC

Dated: July 12, 2023

/s/ Michael M. Schmahl
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **BCause Mining LLC, *et al.*** | ) | **Case No. 19-10562** |
| | ) | |
| **Debtors.** | ) | **SUBSTANTIVELY CONSOLIDATED** |
| | ) | |
| | ) | **Hon. Janet S. Baer** |

**THIRD APPLICATION FOR COMPENSATION OF WESLER & ASSOCIATES CPA, PC AS ACCOUNTANTS TO THE TRUSTEE RELATED TO 2022 TAX RETURNS INCLUDING REQUEST TO EXCEED PRIOR LIMIT BY LESS THAN $1,000**

Pursuant to 11 U.S.C. §§ 105, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Wesler & Associates, CPA PC ("W&A")[2], tax accountants for Alex Moglia (the "Trustee"), not individually, but solely as trustee of the substantively consolidated chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding" and collectively with Mining, the "Debtors"), submits this Third Application for Allowance of Fees and Reimbursement of Expenses (the "Application") as tax accountants to the Trustee with respect to the preparation and filing of the 2022 tax returns (the "2022 Returns") and related services performed between February 24, 2023, through April 25, 2023 (the "Compensation Period") and requests the entry of an order allowing and authorizing the payment of compensation in the amount of $4,424.50 (the "Compensation"), which, as discussed below, Compensation includes a request for approval of an additional $924.50 over a previously agreed $3,500.00 limit on fees related to returns for a single tax year, and reimbursement of expenses in the amount of $301.90 (the "Expense Reimbursement") for services provided and expenses

[2] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W"). Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A"). The prior fee application was filed and granted under the T&W name.

incurred by W&A as accountants for the Trustee for the preparation and filing of the 2022 Returns and related services, and, in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334.

2. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

**Background**

4. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On or about April 12, 2019 (collectively with April 11, 2019, the "Petition Dates"), BC Holding filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

7. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code.

8. On or about October 11, 2019, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

9. On or about February 11, 2020, the Court entered an order [**Docket No. 417**], authorizing the Trustee to retain T&W as his tax accountants to prepared tax returns for 2019.

10. On or about December 9, 2020, the Court entered an order [**Docket No. 461**], authorizing the Trustee to retain T&W as his tax accountants to prepare the Amended 2019 Returns and the 2020 Returns.

11. As indicated above, due to a retirement of a principal at T&W, T&W subsequently became W&A.

12. On or about April 6, 2022, the Court entered an order [**Docket No. 502**] authorizing the Trustee to retain W&A as his tax accountants to prepare the 2021 Returns.

13. On or about July 13, 2022, the Court entered an order [**Docket No. 518**] substantively consolidating the Debtors' bankruptcy estates.

14. On or about March 22, 2023, the Court entered an order [**Docket No. 534**] authorizing the Trustee to retain W&A as his tax accountants to prepare the 2022 Returns and any potential returns for 2023. The Trustee is hopeful to close this substantively consolidated estate this year and to avoid any need to prepare tax returns for 2023.

15. T&W and W&A previously requested and were allowed compensation and reimbursement of expenses totaling $15,865.31 for services related to the original 2019 tax returns, the Amended 2019 Returns, the 2020 Returns and the 2021 Returns (collectively, the "Prior Returns"). Through this Application, W&A does not seek any compensation or expense reimbursement for services related to the preparation of the Prior Returns and no request in this Application is duplicative of any prior request.

**Relief Requested**

16. Through this Application, W&A seeks the entry of an order, pursuant to Sections 105, 330 and 331 of the Bankruptcy Code, approving and authorizing immediate payment of Compensation in the total amount of $4,424.50 and the Expense Reimbursement of $301.90 related to the preparation of the 2022 Returns.

17. A detailed abstract containing specific summaries of compensable services provided by W&A, including all fees charged and all expenses incurred, for the 2022 Returns is attached hereto as Exhibit 1.

18. BC Holding, as parent, owns all of the membership interests in BC Mining as well as several other non-debtor subsidiaries. They maintained consolidated financials and filed consolidated tax returns.

19. Preparing the 2022 Returns was fairly complicated and required significant time spent reviewing the Debtors' financial records due to the fact that, among other things, that certain items in the Debtors' books appear to have not been kept up to date, including items that had not previously been identified (the "Unanticipated Accounting Issues").

20. At the Trustee's request, the 2022 Returns were prepared as "final" tax returns as it is the Trustee's intent to close these this year, requiring the Unanticipated Accounting Issues to be finally resolved. As a result of these, W&A also spent significant time interacting with the Trustee and his counsel and obtaining additional information from the Debtors' books and records.

21. Additionally, the Debtors are "pass through entities" that have a fairly complicated equity structure with several individuals and entities owning the equity interests in BC Holding. Some of these equity interests have rights, including distributional rights, that differ from others. Therefore, although the Debtors are limited liability companies, the equity structure is somewhat similar to a corporation with different classes of stock and preferred stock. These issues became more complicated due to the fact that the Trustee settled significant litigation in 2022. As a result, significant analysis had to be done related to the interaction of the Unanticipated Accounting Issues and these settlements in preparing K-1 forms and W&A was

required to assist the Trustee and his counsel in responding to inquiries from various equity holders.

22. In total, W&A provided 17.3 hours of services preparing and filing the 2022 Returns with a total value of $4,424.50. A detailed description of these services and the time spent on each is attached hereto as Exhibit 1.

23. Below is a table of the professionals who provided the services, the numbers of hours worked by each (both subtotals related to each of the individual Returns and grand totals by individual), their rates and the values of these services.

| Name | Title | Hours | Hourly Rate | Value |
|---|---|---|---|---|
| **Cheryl Wesler** | **Partner** | **7.6** | **$295** | **$2,242.00** |
| **Kristin Lytle f/k/a Kristin Salmon** | **Senior Staff Accountant** | **7.7** | **$225** | **$1,732.50** |
| **Kate Geissel** | **Staff** | **1.8** | **$225** | **$405.00** |
| **Toney Sonnevil f/k/a Toney Simpkins** | **Staff** | **.2** | **$225** | **$45.00** |

24. Additionally, W&A incurred expenses totaling $301.90 in providing services related to the 2022 Returns that are comprised of postage ($102.72), filing charges ($124.84), and copying charges ($74.34). Individual breakdowns of each of these expenses are included in Exhibit 1.

25. All services performed by W&A for which compensation is being sought were performed for and on behalf of the Trustee.

Request to Exceed $3,500 Annual Fee Cap

26. W&A previously agreed to limit its fees to $3,500.00 per tax year (the "Annual Fee Cap") for each of the 2022 Returns and any tax returns that may become necessary for 2023 (i.e. $7,000 if both sets of returns had to be prepared). This amount was based on an estimate of the amount of work needed to prepare and file tax returns for each tax year based on prior experience with the 2020 Returns and 2021 Returns.

27. As discussed above, this Annual Fee Cap was negotiated before the Unanticipated Accounting Issues had been identified, which also resulted in greater work required for the preparation of form K-1s and additional questions from some of the Debtors' equity holders. None of these issues had been anticipated when the Annual Fee Cap had been established.

28. As a result of these issues, W&A was required to perform more services than previously anticipated by either W&A or the Trustee resulting in W&A total fees exceeding the $3,500.00 Annual Fee Cap by $924.50.

29. The Trustee believes that this additional $924.50 of fees exceeding the Annual Fee Cap were due to unanticipated issues and should be approved as that work will assist the Trustee in reaching his intended goal of closing these cases in 2023 with the expectation of avoiding up to $3,500 in additional fees that would otherwise likely be incurred to prepare tax returns for 2023.

30. As a result, the Trustee submits that the additional $924.50 of fees benefit creditors and all other stakeholders and requests, to the extent needed, that the Court exercise its authority under Section 105 and approve all of the Compensation.

31. This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

32. None of the payments received by W&A will be shared with any third party, nor are these payments subject to a sharing arrangement between W&A and any third party.

33. In accordance with Section 330 of the Bankruptcy Code, W&A asserts that the amount of fees and expenses is fair and reasonable given: (a) the complexities involved in these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

34. As the Returns are consolidated tax returns, W&A requests that the Court enter an order allowing Compensation in the amount of $4,424.50 and Expense Reimbursement in the amount of $301.90 for services related to the Returns and authorizing the Trustee to immediately pay W&A from the cash in the subsequently consolidated estate.

**Request to Approve Notice**

35. Section 330 of the Bankruptcy Code requires notice and a hearing before any determination is made on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, a short form notice (the "Notice") of this Application has been mailed to all creditors and a full copy of this Application with all exhibits has been provided to all parties who have entered an appearance in these cases through the Court's ECF system. A copy of the Notice is attached hereto as Exhibit B. Additionally, a full copy of this Application with all supporting exhibits will be made available to any party in interest that submits a written request to Michael M. Schmahl via mail to MPS at 70 W. Hubbard, Suite 304, Chicago, IL 60654, or via email sent to mschmahl@mps-law.com.

36. W&A requests that the Court approve the form of the Notice as well.

WHEREFORE, W&A respectfully requests that this Court enter an order: (i) allowing W&A Compensation in the amount of $4,424.50, including $924.50 over the Annual Fee Cap; (ii) allowing the Expense Reimbursement in the amount of $301.90; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to W&A from the funds in the Debtors' substantively consolidated estate; (iv) authorizing and approving the form of the Notice; and (v) granting such other and further relief as this Court deems just or appropriate.

Dated: July 12, 2023

/s/ Michael M. Schmahl

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*