# EXHIBIT 1

**Statement of Services Rendered**
**BCause**
**Case No. 19-10731**
**2022 Tax Return**

| Category | Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Prepare Tax Returns | Rrequest updated case information for 2022 | KS | 02/24/23 | 0.10 | $ 225.00 | $ 22.50 |
| | Discussion on case with staff regarding entity consolidation | CW | 02/24/23 | 0.40 | $ 295.00 | $ 118.00 |
| | Assist Attorney M. Schmahl with employee and vendor reports | KG | 02/25/23 | 0.30 | $ 225.00 | $ 67.50 |
| | Various communications regarding entity consolidation | KS | 02/25/23 | 0.50 | $ 225.00 | $ 112.50 |
| | Discussion on entity consolidation with staff (Kristin Salmon) | CW | 02/25/23 | 0.30 | $ 295.00 | $ 88.50 |
| | Emails regarding tax return preparation in relation to entity consolidation | CW | 02/28/23 | 0.50 | $ 295.00 | $ 147.50 |
| | Creation of financial statements in furtherance of tax return preparation | KS | 02/28/23 | 1.00 | $ 225.00 | $ 225.00 |
| | Research on consolidation of entities and subsequent relationship to filing tax returns | KS | 02/28/23 | 0.50 | $ 225.00 | $ 112.50 |
| | Preparation of 2022 bankruptcy estate tax returns | KS | 03/01/23 | 2.50 | $ 225.00 | $ 562.50 |
| | Preparation of supplemental statement | KS | 03/01/23 | 0.30 | $ 225.00 | $ 67.50 |
| | Preparation of prompt determination requests | KS | 03/01/23 | 0.50 | $ 225.00 | $ 112.50 |
| | Research on settlement funds received by the bankruptcy estate | KS | 03/01/23 | 0.50 | $ 225.00 | $ 112.50 |
| | Review of bankruptcy estate tax returns | CW | 03/05/23 | 1.00 | $ 295.00 | $ 295.00 |
| | Email regarding balance sheet | CW | 03/05/23 | 0.20 | $ 295.00 | $ 59.00 |
| | Multiple phone call with attorney M. Schmahl and Jill Niese regarding balance sheet items | CW | Various | 1.50 | $ 295.00 | $ 442.50 |
| | Preparation of 2022 extension | KS | 03/10/23 | 0.50 | $ 225.00 | $ 112.50 |
| | Review and electronic filing of extension | CW | 03/10/23 | 0.20 | $ 295.00 | $ 59.00 |
| | Revisions to balance sheet | CW | 03/18/23 | 1.00 | $ 295.00 | $ 295.00 |
| | Electronic filing of 2022 bankruptcy estate tax returns | CW | 04/10/23 | 0.50 | $ 295.00 | $ 147.50 |
| | Faxing/mailing prompt determination request to IRS and state taxing authorities | KS | 04/11/23 | 1.30 | $ 225.00 | $ 292.50 |
| | Emailing K-1's to the 46 members of the partnership | CW | 04/12/23 | 2.00 | $ 295.00 | $ 590.00 |
| | Draft letter to accompany K-1s and mail and email K-1s to shareholders | KG | 04/18/23 | 1.50 | $ 225.00 | $ 337.50 |
| | Emailing shareholder K-1 upon request | TS | 04/25/23 | 0.20 | $ 225.00 | $ 45.00 |
| | Mailing and Postage Fees | | | | | $ 102.72 |
| | Software allocation and filing charges | | | | | $ 124.84 |
| | Copying @ .14/page | | | | | $ 74.34 |

| Breakdown | | |
|---|---|---|
| Rendered Services | 17.30 | $ 4,424.50 |
| Expenses | | $ 301.90 |
| **Total Due** | | **$ 4,726.40** |

| | |
|---|---|
| KS | 7.70 |
| KG | 1.80 |
| CW | 7.60 |
| TS | 0.20 |
| | 17.30 |