UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-10562 |
| BCause Mining LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT
WITH ST. BITTS, LLC D/B/A BITCOIN.COM PURSUANT TO RULE 9019**

This matter coming before the Court on the Trustee's Motion to Approve Compromise and Settlement with St. Bitts, LLC d/b/a Bitcoin.com Pursuant to Rule 9019 (the "Motion"); the Court being fully advised in the premises and having reviewed the Motion; and it appearing to the Court that this is a core matter, that the compromise reflected in the Settlement Agreement (the "Agreement") attached as Exhibit 1 to the Motion was negotiated and entered into in good faith and is in the best interests of the Debtors' bankruptcy estates, and that the Creditor Notice attached as Exhibit 2 to the Motion complies with Rule 9019(a);

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein.

2) The Agreement is authorized and approved.

3) The Trustee is authorized to enter into, execute, and deliver the Agreement and to take any such further actions to implement and otherwise perform the Trustee's obligations under the Agreement in accordance with its terms.

4) The form of the Creditor Notice is authorized and approved.

5) Proof of Claim No. 27-1 on the Claims Register for BCause Mining, LLC (Case No. 19-10562) ("Claim 27") filed by St. Bitts, LLC d/b/a Bitcoin.com ("St. Bitts") is deemed amended and superseded in its entirety by this order.

6) St. Bitts shall have an allowed claim (the "Allowed St. Bitts Ch. 11 Administrative Claim") that is entitled to the priority of an Administrative Expense Claim (as this term is defined below) that arose after the Petition Dates and before the Conversion Date in the amount of $120,000.00, and that: (i) is subordinate to Administrative Expense Claims that arose after the Conversion Date ("Chapter 7 Administrative Claims"); and (ii) shall be payable on par with allowed Administrative Expense Claims that arose during or relate to the period from the Petition Dates through the Conversion Date ("Chapter 11 Administrative Claims").  Further, in the event that there are not sufficient resources in the Estate to pay all allowed Chapter 11 Administrative Claims after paying all allowed Chapter 7 Administrative Claims, then the Allowed St. Bitts Ch. 11 Administrative Claim shall be paid pro rata with other allowed Chapter 11 Administrative Claims. The Allowed St. Bitts Ch. 11 Administrative Claim shall be the sole claim of St. Bitts allowed against the substantively consolidated bankruptcy estate of BCause

Mining LLC and BCause LLC.

      7) As used in this order, the term "Administrative Expense Claim" shall mean a claim under sections 503(b) and 326 through 333 of the Bankruptcy Code, expressly including, without limitation, claims of the Trustee and professionals representing or providing services to the Trustee, the Debtors, or the Official Committee of Unsecured Creditors of the Debtors for compensation for services provided or the reimbursement of expenses arising after the Petition Dates, that entitles the holder of such claim that is an allowed claim to priority distribution under sections 507(a)(2) and 348(d) but subject to section 726 of the Bankruptcy Code, including, without limitation, the limitations on priority provided for in section 726(b).

      8) Claim 27, as amended and superseded by this order, is allowed, and any other, different, or additional claims asserted or that may be asserted by St. Bitts in Claim 27 or otherwise are expressly disallowed.

      9) The Clerk of the Court is directed to add this order to Claim 27 on the Claims Register in the case captioned In re BCause Mining LLC (19-10562).

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 02, 2023

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860