UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-10562
BCause Mining LLC, et al.  )  (Jointly Administered)
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
Debtor(s)  )

**ORDER GRANTING THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO WESLER & ASSOCIATES CPA, PC, AS ACCOUNTANTS TO THE TRUSTEE RELATED TO 2022 TAX RETURNS INCLUDING REQUEST TO EXCEED PRIOR LIMIT BY LESS THAN $1,000**

This matter coming before the Court on the Third Application for Allowance of Compensation and Reimbursement of Expenses to Wesler & Associates CPA, PC ("Wesler") as Accountants to the Trustee Related to the 2022 Tax Returns Including a Request to Exceed Prior Limit by Less than $1,000 (the "Application"); the Court being fully advised in the premises and having reviewed the Application; it appearing to the Court that this is a core matter and that due and adequate notice has been provided to all parties entitled thereto; and it appearing to the Court, having noted that Wesler's compensation for preparing each of the anticipated tax returns for 2022 and 2023 was limited to $3,500 for each set of returns (the "Prior Limit"), that, for the reasons explained in the Application, cause exists to exceed the Prior Limit on Wesler's compensation for preparing the 2022 tax returns;

IT IS HEREBY ORDERED THAT:

1) Wesler is allowed compensation in the amount of $4,424.50 (the "Compensation"), including $924.50 over the Prior Limit, and allowed interim reimbursement of expenses in the amount of $301.90 (the "Expense Reimbursement");

2) The trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $4,424.50 and allowed Expense Reimbursement in the amount of $301.90 to Wesler from the funds currently held in the Debtors' substantively consolidated bankruptcy estate;

3) Nothing herein shall prohibit Wesler from requesting additional compensation and expense reimbursement in the future; and

4) The form of the notice, attached as Exhibit 2 to the Application, is authorized and approved.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 02, 2023

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860