# EXHIBIT 1



Invoice submitted to:
**BCause**

June 9, 2023

**PRIVILEGED AND
CONFIDENTIAL**

Invoice #12984

Terms: Due on receipt

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 5/31/2023 JN | Estimated prepare final distribution checks | 0.50 400.00/hr | 200.00 |
| KN | Estimated prepare mailing of distribution checks | 1.00 175.00/hr | 175.00 |
| JN | Estimated review TFR to be submitted to UST | 1.00 400.00/hr | 400.00 |
| KN | Estimated research assistance for any UST TFR audit inquiries | 2.00 175.00/hr | 350.00 |
| JN | Estimated research possible TFR audit questions posed by UST | 8.50 400.00/hr | 3,400.00 |
| | SUBTOTAL: | [   13.00 | 4,525.00] |
| | Accounting/Auditing | | |
| 5/12/2022 JN | Reconcile Apr., 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 6/13/2022 JN | Reconcile May, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 7/12/2022 JN | Reconcile June, 2022 bank statement | 0.10 400.00/hr | 40.00 |

**1325 Remington Road, Suite H, Schaumburg, IL  60173
(847) 884-8282  Fax:  (847) 884-1188**

BCause  Page 2

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 7/14/2022 JN | t/c w/ Schmahl re: Dominion's wire instruction forms that need to filled out and supporting documents sent. | 0.10 400.00/hr | 40.00 |
| JN | Prepare and send to Schmahl Dominion Energy settlement wire instruction confirmation forms. | 0.20 400.00/hr | 80.00 |
| 7/15/2022 JN | t/c w/ Moglia and Dominion representative re: confirming wire amt and payment instructions. | 0.10 400.00/hr | 40.00 |
| JN | Prepare payment to MA and Mason Polick and Schmahl.  Pymt to be made once Dominion settlement funds received. | 0.20 400.00/hr | 80.00 |
| JN | Prepare deposit for Dominion settlement asset. | 0.10 400.00/hr | 40.00 |
| 7/19/2022 JN | Prepare deposit Dominion settlement wire. | 0.10 400.00/hr | 40.00 |
| JN | Prepare MA and Mason, Pollick & Schmahl approved interim fee application payments. | 0.10 400.00/hr | 40.00 |
| 7/20/2022 JN | Email Stretto, Rathbun re: guidance on how to substantively consolidate the two BCause cases. | 0.10 400.00/hr | 40.00 |
| 7/25/2022 JN | t/c w/ Schmahl re: QuickBooks annual cloud subscription.  He negotiated a 6 month term. | 0.20 400.00/hr | 80.00 |
| 8/2/2022 JN | t/c w/ Schmahl re: Substantive consolidation. | 0.20 400.00/hr | 80.00 |
| JN | Prepare check payable for balance in BCause Mining LLC to BCause LLC to close out Mining and consolidate into the parent, BCause LLC. | 0.20 400.00/hr | 80.00 |
| JN | Review email sent by O. Alvarez at Stretto re: how to substantively consolidate the two cases in Trustee Suite. | 0.50 400.00/hr | 200.00 |
| 8/5/2022 JN | Email O Alvarez at Stretto re: substantive consolidation in Trustee suite. | 0.10 400.00/hr | 40.00 |

BCause                                                                                                          Page    3

|          |          |                                                                         | Hrs/Rate          | Amount   |
|----------|----------|-------------------------------------------------------------------------|-------------------|----------|
| 8/5/2022 | JN | Prepare deposit check in BCause LLC from BCause Mining LLC. | 0.20 400.00/hr | 80.00 |
| 8/8/2022 | JN | ADMIN. MATTERS<br>Closed BCause LLC bank acct. re substantively consolidating into BCause Mining LLC. | 0.10 400.00/hr | 40.00 |
| 8/9/2022 | JN | Reconcile July, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 8/10/2022 | JN | Email O Alvarez at Stretto conversion looks good to go. | 0.10 400.00/hr | 40.00 |
| 9/12/2022 | JN | Reconcile Aug, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 10/11/2022 | JN | Reconcile Sep, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 10/28/2022 | JN | Prepare check to pay Wesler and Associates 2nd Fee app. | 0.20 400.00/hr | 80.00 |
| 11/8/2022 | JN | Reconcile Oct, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 12/12/2022 | JN | Reconcile Nov, 2022 bank statement | 0.10 400.00/hr | 40.00 |
| 1/12/2023 | JN | Reconcile Dec, 2022 bank statement. | 0.10 400.00/hr | 40.00 |
| 2/9/2023 | JN | Reconcile Jan, 2023 bank statement. | 0.10 400.00/hr | 40.00 |
| 3/1/2023 | JN | Prepare deposit Dominion Energy small $1.72 rate refund check. | 0.10 400.00/hr | 40.00 |
| 3/16/2023 | JN | Reconcile Feb, 2023 bank statement. | 0.10 400.00/hr | 40.00 |
| 4/14/2023 | JN | Reconcile March 2023 bank statement. | 0.10 400.00/hr | 40.00 |
| 5/5/2023 | JN | Reconcile Apr., 2023 bank statement. | 0.10 400.00/hr | 40.00 |
|  |  | SUBTOTAL: | [     4.20 | 1,680.00] |

BCause   Page   4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | **Case Administration** |  |  |
| 5/3/2022 JN | Review Dominion settlement agreement and sent email to Schmahl w/small edit. | 0.30 400.00/hr | 120.00 |
| 6/28/2022 JN | Email Schmahl re: Dominion settlement funds and the payment of the Trustee and Mason Pollack on hold until settlement pymt received. | 0.10 400.00/hr | 40.00 |
| 7/7/2022 MS | Review court docket and look for settlements of adversaries | 0.60 400.00/hr | 240.00 |
| 7/8/2022 MS | Sent email to Michael Schmahl re: status | 0.20 400.00/hr | 80.00 |
| JN | t/c w/ Schmahl re: Dominion wiring instructions | 0.10 400.00/hr | 40.00 |
| JN | t/c w/ Schmahl re: Dominion wiring instructions (second call) | 0.10 400.00/hr | 40.00 |
| JN | Prepare banking/wire instruction documents for the Dominion settlement request. | 0.40 400.00/hr | 160.00 |
| 7/18/2022 MS | Review status from attorneys and edit and insert same into Form 1; update estimated TFR date; review Form 2 for last year | 0.70 400.00/hr | 280.00 |
| 7/26/2022 MS | Review chain of emails re consolidation; send email to wait until TIR's done | 0.20 400.00/hr | 80.00 |
| 8/10/2022 MS | Email re: consolidation | 0.20 400.00/hr | 80.00 |
| 8/12/2022 JN | Email Rathbun re: is a TFR necessary for BCause LLC since we have substantively consolidated? | 0.10 400.00/hr | 40.00 |
| JN | t/c w/ M Schmahl re claims analysis | 0.10 400.00/hr | 40.00 |
| 9/9/2022 KN | Search for and scan all tax authority correspondence and email to Schmahl | 2.00 175.00/hr | 350.00 |
| 10/12/2022 JN | ADMIN. MATTERS Set up proposed meeting w/Schmahl. | 0.10 400.00/hr | NO CHARGE |

BCause                                                                                                          Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 10/17/2022<br>JN | Meet<br>w/Moglia and Schmahl re: what are the next steps to move forward to the point of closing the case. | 0.50<br>400.00/hr | 200.00 |
| 10/24/2022<br>KN | Obtain<br>claims from docket | 0.20<br>175.00/hr | 35.00 |
| 10/25/2022<br>KN | Obtain<br>claims from docket | 3.00<br>175.00/hr | 525.00 |
| 10/26/2022<br>KN | Obtain<br>claims from docket | 0.30<br>175.00/hr | 52.50 |
| 1/17/2023<br>JN | Prepare<br>2022 form 2 and sent to Wesler for tax preparation. | 0.30<br>400.00/hr | 120.00 |
| 5/11/2023<br>KN | Obtain<br>and download claims | 0.30<br>175.00/hr | 52.50 |
|  | SUBTOTAL: | [      9.80 | 2,575.00] |

### Claims Administration & Objections

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 5/16/2022<br>JN | Email<br>Schmahl re: status of Dominion mediation agreement motion. | 0.10<br>400.00/hr | 40.00 |
| 5/18/2022<br>JN | Attend<br>Zoom meeting w/Moglia and Schmahl re: review of the Dominion settlement agreement motion and next steps. | 0.70<br>400.00/hr | 280.00 |
| 5/20/2022<br>JN | Prepare<br>and reviewed MA pre-bill and gave to Moglia to review. | 0.10<br>400.00/hr | 40.00 |
| 7/18/2022<br>JN | t/c w/<br>Stretto banking to confirm receipt of Dominion Energy settlement wire. | 0.10<br>400.00/hr | 40.00 |
| JN | Email<br>Schmahl re: Dominion settlement wire. | 0.10<br>400.00/hr | 40.00 |
| 8/15/2022<br>JN | t/c w/<br>Schmahl re: claims summary file. | 0.10<br>400.00/hr | 40.00 |
| JN | Prepare<br>claims summary from data in Stretto via excel file- Schmahl to update file with current status of each claim. | 0.90<br>400.00/hr | 360.00 |

BCause                                                                                                    Page     6

|            |                                                                                                                                 | Hrs/Rate          | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 9/1/2022<br>JN | Review<br>Schmahl's claim summary analysis file.                                                                            | 0.30<br>400.00/hr | 120.00   |
| 9/9/2022<br>JN | Meet<br>w/Nandapreecha re: tax notice files and have her send copies of notices to Schmahl so he can determine if he has all the taxing authority addresses for the claims bar notice. | 0.30<br>400.00/hr | 120.00   |
| <br>JN     | t/c w/<br>Schmahl re: duplicative claims and status of Schmahl's filing of an Administrative claims bar date.                   | 0.50<br>400.00/hr | 200.00   |
| 10/21/2022<br>JN | Review<br>various draft claims objections prepared by Schmahl.                                                            | 0.40<br>400.00/hr | 160.00   |
| <br>JN     | t/c w/<br>M Schmahl re: list of notices for the claims bar date motion.                                                         | 0.10<br>400.00/hr | 40.00    |
| 10/24/2022<br>JN | Review<br>Schmahl's draft claims objections and note suggested edits.                                                     | 0.40<br>400.00/hr | 160.00   |
| 10/28/2022<br>JN | Update<br>Admin claims.                                                                                                    | 0.70<br>400.00/hr | 280.00   |
| <br>JN     | Review<br>and update Secured, Priority and Unsecured claims.                                                                    | 4.10<br>400.00/hr | 1,640.00 |
| 11/1/2022<br>KN | t/c w/<br>left message for Jennifer of Virginia Beach re bill received                                                     | 0.10<br>175.00/hr | 17.50    |
| 11/4/2022<br>KN | t/c w/<br>Jennifer of Virginia Beach re to disregard invoice received                                                      | 0.10<br>175.00/hr | 17.50    |
| 11/8/2022<br>JN | Review<br>claims and updated claims listing in Trustee suite.                                                              | 1.20<br>400.00/hr | 480.00   |
| 11/9/2022<br>JN | Meet<br>w/Moglia and Schmahl re: claims objections to 5 secured claims and draft motion to submit the court for administrative claims bar date. | 0.50<br>400.00/hr | 200.00   |
| 11/10/2022<br>JN | Review<br>and provided edits to Schmahl on Administrative claims bar date draft motion. | 0.30<br>400.00/hr | 120.00   |
| <br>JN     | Review<br>and provided edits to Schmahl on the 5 secured claims objections.                                                     | 1.40<br>400.00/hr | 560.00   |
| 11/17/2022<br>JN | Review<br>final draft of the Supplemental Claims Bar motion prepared by Schmahl.                                         | 0.60<br>400.00/hr | 240.00   |

BCause  Page 7

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/29/2022 JN | t/c w/ M Schmahl re: Supplemental claims bar date motion, addtnl. edits. | 0.30 400.00/hr | 120.00 |
| 12/15/2022 JN | Review current drafts of the 5 secured claim objections and supplemental claims bar date motions prepared by Schmahl. | 0.70 400.00/hr | 280.00 |
| 12/19/2022 KN | Review & revise claims objections | 0.50 175.00/hr | 87.50 |
| 12/21/2022 KN | Review & revise claims objections | 0.30 175.00/hr | 52.50 |
| 12/28/2022 JN | Review final draft from Schmahl of the 5 secure claims objections and the final draft of the extension for the claims bar date. | 0.40 400.00/hr | 160.00 |
| 3/16/2023 JN | Meet w/Moglia re: status finalizing the 2022 federal tax return | 0.10 400.00/hr | 40.00 |
| 4/12/2023 JN | Meet w/Schmahl to discuss his claims analysis. | 0.30 400.00/hr | 120.00 |
| 5/4/2023 JN | t/c w/ A Moglia and M Schmahl re update on claims review and next steps to wrap up the claims process. | 0.70 400.00/hr | 280.00 |
| 5/8/2023 JN | Email to Schmahl re: status to claim review file. | 0.10 400.00/hr | 40.00 |
| 5/10/2023 JN | Review tax letter. | 0.10 400.00/hr | 40.00 |
| JN | Review draft M Schmahl prepared for w/drawl of claim #41. | 0.10 400.00/hr | 40.00 |
| 5/19/2023 JN | t/c w/ Moglia and Schmahl re: status of w/drawl of Horizon Kinetics claim w/stipulation and the status of the St Bitts claim settlement process. | 0.50 400.00/hr | 200.00 |
| 5/31/2023 JN | Meet w/Schmahl re: settlement talks w/St. Bitts. | 0.40 400.00/hr | 160.00 |
| | SUBTOTAL: | [ 17.60 | 6,815.00] |

BCause	Page    8

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|

### Fee/Employment Applications

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 5/24/2022 | JN | Prepare invoice for interim fee app for Moglia Advisors and sent to Schmahl. | 0.30<br>400.00/hr | 120.00 |
| 5/27/2022 | JN | Sent revised Moglia Advisors invoice for interim fee app. | 0.20<br>400.00/hr | 80.00 |
| 6/3/2022 | JN | t/c w/ Schmahl re: review of his firm's fee application filing. | 0.10<br>400.00/hr | 40.00 |
| 9/20/2022 | JN | Review Wesler & Associates fee app. | 0.40<br>400.00/hr | 160.00 |
| 5/10/2023 | JN | Review and respond to email from Schmahl re: preparing Wesler's interim fee application for tax preparation. | 0.10<br>400.00/hr | 40.00 |
| 5/11/2023 | JN | Review final draft of w/drawl motion for claim #41 prepared by Schmahl. | 0.10<br>400.00/hr | 40.00 |
|  |  | SUBTOTAL: | [     1.20 | 480.00] |

### Tax Issues

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/9/2023 | JN | Meet w/M. Schmahl and C. Wesler re: reviewing the 2022 tax returns. | 1.70<br>400.00/hr | 680.00 |
| 3/13/2023 | JN | Meet continued w/Schmahl and Wesler re: 2022 federal tax return and discussion on B/Sheet items to be written off or not. | 0.80<br>400.00/hr | 320.00 |
| 3/16/2023 | JN | Meet w/Schmahl and Wesler re: finalizing the 2022 federal tax return and the handling of the B/Sheet items and determining if this should be considered a final return. | 0.50<br>400.00/hr | 200.00 |
| 3/30/2023 | JN | t/c w/ Schmahl re: additional tax preparation questions brought up by Wesler | 0.10<br>400.00/hr | 40.00 |
|  | JN | Review and confirm that Wesler had been paid for her services for the preparation of the 2019, 2020 and 2012 tax returns. | 0.10<br>400.00/hr | 40.00 |
| 4/5/2023 | JN | Meet w/Schmahl and Wesler re: 2022 tax returns, final last tweaks related to the B/sheet adjustments. | 0.30<br>400.00/hr | 120.00 |

BCause                                                                                                       Page     9

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 4/6/2023<br>JN | Meet<br>w/Moglia to update him on the 2022 tax return final draft. | 0.10<br>400.00/hr | 40.00 |
| JN | Email<br>Schmahl re: filing fee application for Wesler's firm to get paid for preparing the 2022 tax returns. | 0.10<br>400.00/hr | 40.00 |
|  | SUBTOTAL: | [      3.70 | 1,480.00] |
|  | For professional services rendered | 49.40 | $17,555.00 |
|  | Additional Charges : |  |  |
| 5/31/2023<br>MA | $Miscellaneous<br> 3yr record storage cost |  | 84.50 |
| 5/31/2023<br>MA | $Miscellaneous<br>estimate of cost to mail and/or FedEx final distribution checks |  | 250.00 |
|  | SUBTOTAL: |  | [     334.50] |
|  | Case Administration |  |  |
| 1/25/2021<br>MA | $Postage |  | 1.53 |
| 2/27/2021<br>MA | $Miscellaneous<br>QuickBooks |  | 70.00 |
| 3/27/2021<br>MA | $Miscellaneous<br>QuickBooks |  | 70.00 |
| 4/27/2021<br>MA | $Miscellaneous<br>QuickBooks |  | 70.00 |
| 5/21/2021<br>MA | $Phone<br>conference call invoice dated 6/23/21 |  | 53.60 |
| 6/11/2021<br>MA | $Miscellaneous<br>QuickBooks |  | 70.00 |
| 6/27/2021<br>MA | $Miscellaneous<br>QuickBooks |  | 70.00 |

BCause   Page 10

|  |  | Amount |
|---|---|---:|
| 7/27/2021 MA | $Miscellaneous QuickBooks | 70.00 |
| 9/14/2021 MA | $Miscellaneous QuickBooks | 80.00 |
| 10/12/2021 MA | $Miscellaneous QuickBooks | 1,649.99 |
| MA | $Miscellaneous QuickBooks | 80.00 |
| 10/27/2021 MA | $Miscellaneous QuickBooks | 80.00 |
| 11/27/2021 MA | $Miscellaneous QuickBooks | 80.00 |
| 12/27/2021 MA | $Miscellaneous QuickBooks | 80.00 |
| 1/5/2022 MA | $Postage | 0.53 |
| 1/27/2022 MA | $Miscellaneous QuickBooks | 80.00 |
| 2/27/2022 ADM | $Miscellaneous Quick Books | 80.00 |
| 3/27/2022 MA | $Miscellaneous QuickBooks | 80.00 |
| 4/7/2022 MA | $Postage | 0.53 |
| 4/27/2022 MA | $Miscellaneous QuickBooks | 80.00 |
| 5/27/2022 MA | $Miscellaneous QuickBooks | 80.00 |
| 6/27/2022 MA | $Miscellaneous QuickBooks | 80.00 |
| 7/23/2022 MA | $Federal Exp. invoice dated 7/27/2022 tracking# 817260243739 | 44.98 |

BCause                                                                                                         Page    11

|            |                                                                |   Amount |
|------------|----------------------------------------------------------------|---------:|
| 7/27/2022 MA  | $Miscellaneous QuickBooks                                   | 80.00 |
| 8/27/2022 MA  | $Miscellaneous QuickBooks                                   | 80.00 |
| 9/27/2022 MA  | $Miscellaneous QuickBooks                                   | 80.00 |
| 10/27/2022 MA | $Miscellaneous QuickBooks                                   | 80.00 |
| 11/1/2022 MA  | $Federal Exp. invoice dated 11/9/2022 tracking# 817489649607 | 17.91 |
| 11/27/2022 MA | $Miscellaneous QuickBooks                                   | 85.00 |
| 12/27/2022 MA | $Miscellaneous Intuit                                       | 85.00 |
| 1/16/2023 MA  | $Postage                                                    | 1.71 |
| 1/27/2023 MA  | $Miscellaneous QuickBooks                                   | 85.00 |
| 2/9/2023 MA   | $Postage                                                    | 2.52 |
| 2/27/2023 MA  | $Miscellaneous QuickBooks                                   | 85.00 |
| 3/27/2023 MA  | $Miscellaneous QuickBooks                                   | 85.00 |
| 4/27/2023 MA  | $Miscellaneous QuickBooks                                   | 85.00 |

|                         |              |
|-------------------------|-------------:|
| SUBTOTAL:               | [   3,903.30] |
| Total additional charges | $4,237.80 |
| Total amount of this bill | $21,792.80 |

BCause                                                                                                                                    Page    12

|  | Amount |
|---|---:|
| Accounts receivable transactions | |
| 7/19/2022  Payment - thank you - Invce #12846. Check No. 10122 | ($11,434.95) |
| Total payments and adjustments | ($11,434.95) |
| Balance due | $21,792.80 |