IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | |
| Debtors. | ) | (Substantively Consolidated) |
| | ) | |
| | ) | Hon. Janet S. Baer |

**NOTICE OF WITHDRAWAL OF THIRD INTERIM AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MASON POLLICK & SCHMAHL LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

**TO:**   See attached list

PLEASE TAKE NOTICE that Mason Pollick & Schmahl LLC and the Trustee hereby withdraw the previously filed Third Interim and Final Application for Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC as Counsel to Chapter 7 Trustee [**Docket No. 541**] (the "Application") that was previously filed on October 6, 2023, and scheduled for a hearing on October 31, 2023, at 10:00 A.M.  Mason Pollick & Schmahl LLC and the Trustee expect to file an amended and superseding application in the future but withdraw and do not intend to move forward with that Application on October 31, 2023.

Dated:  October 16, 2023

Alex Moglia, Chapter 7 Trustee of the
Substantively Consolidated Bankruptcy Estate
of BCause Mining LLC and BCause LLC

By: /s/ Michael M. Schmahl
    Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois  60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

1

## **CERTIFICATE OF SERVICE**

    The undersigned states that on October 16, 2023, he caused the above Notice of Withdrawal to be served on the individuals listed on the below service list via the court's ECF system as indicated on the attached service list.

                             By: /s/Michael M. Schmahl
                                  Michael M. Schmahl

# SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>Ha M. Nguyen<br>Office of the U.S. Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604<br>Ha.nguyen@usdoj.gov<br>*United States Trustee* | John M Craig<br>Law Firm of Russell R Johnson III, PLC<br>14890 Washington Street<br>Haymarket, VA 20169<br>russell@russelljohnsonlawfirm.com<br>*Counsel for Dominion Energy Virginia*<br>*Via e-mail* |
| David A Agay<br>Maria G Carr<br>Shara C Cornell<br>McDonald Hopkins LLC<br>300 N. LaSalle<br>Chicago, IL 60654<br>312-280-0111<br>dagay@mcdonaldhopkins.com<br>mcarr@mcdonaldhopkins.com<br>scornell@mcdonaldhopkins.com<br>*Counsel for WESCO Distribution, Inc.* | Shelly A. DeRousse<br>Devon J Eggert<br>Elizabeth L Janczak<br>Freeborn & Peters LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>312-360-6315<br>312-360-6520 (fax)<br>sderousse@freeborn.com<br>deggert@freeborn.com<br>ejanczak@freeborn.com<br>*Counsel for Creditors' Committee* |
| J Mark Fisher<br>Sarah K Angelino<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 7100<br>Chicago, IL 60606<br>(312) 258-5861<br>mfisher@schiffhardin.com<br>sangelino@schiffhardin.com<br>Dennis Lewandowski, via email sent to:<br>dtlewand@kaufcan.com<br>*Counsel for Hoffland Properties, Inc.* | Russell R. Johnson, III<br>John M. Craig<br>Law Firm of Russell R Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin Sabot, VA 23103<br>804-749-8861<br>russell@russelljohnsonlawfirm.com<br>john@russelljohnsonlawfirm.com<br>*Counsel for Dominion Energy Virginia*<br>*Via e-mail* |
| Marc Ira Fenton<br>Jamie L Burns<br>Levenfeld Pearlstein LLC<br>2 N Lasalle St Ste 1300<br>Chicago, IL 60602<br>312-346-8380<br>mfenton@lplegal.com<br>jburns@lplegal.com | Brian L Shaw<br>Christina Sanfelippo<br>Fox Rothschild LLP<br>321 N Clark Street<br>Suite 1600<br>Chicago, IL 60654<br>312-517-9200<br>312-517-9201 (fax) |

*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*

Lindsey Conley
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606

bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

4