# EXHIBIT 1

# WESLER & ASSOCIATES

### CERTIFIED PUBLIC ACCOUNTANTS

January 2, 2024

Trustee Alex D. Moglia
Attorney Michael M. Schmahl
70 W. Hubbard
Suite 304
Chicago, IL  60654

Re:  2024 Bankruptcy Estate of BCause LLC (19-10731) Wage Claims

Dear Trustee Moglia:

This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide.

Commencing with the acceptance signature below, Wesler & Associates, CPA PC will review the case documentation in order to prepare and file the wage claim reports for BCause LLC and any related filings with any applicable state and federal tax or employment agencies as well as to assist the Trustee in calculating any withholdings and satisfying any other obligations the Trustee may have related to the payment of wage claims.

Our engagement cannot be relied upon to disclose errors, fraud, or illegal acts that may exist.  However, we will inform the Trustee of any material errors or any fraud or illegal acts that come to our attention. Our fees for this engagement are not contingent on the results of our services.  Upon court approval, our fees for this engagement will be based on the following rates:  Cheryl Wesler, CPA at an hourly rate of $325 and support staff hourly rate of $175, plus costs, including but not limited to, such fees as filing, and postage.  We have agreed to cap our fees at $6,500 plus our expenses of $500.

The trustee, Alex Moglia, is not personally liable for anything under this agreement.

Thank you for your attention to this matter, and please contact me with any questions that you may have.

Very truly yours,

*Cheryl G. Wesler*

Cheryl G. Wesler, CPA PC
President

**ACCEPTED AND AGREED:**
Bankruptcy Estate of BCause LLC

_____     _____

By:  Trustee Alex D. Moglia                                   Date