**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>BCause Mining LLC, et al.<br><br>Debtor(s) | Case No. 19-10562<br>(Jointly Administered)<br>Chapter 7<br>Hon. Janet S. Baer |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 1/9/2024, I did cause a copy of the following document, described below.

Notice Of Trustee's Motion to Approve Compromise and Settlement with Dawn Chapman Pursuant to Rule 9019

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/9/2024

/s/ Michael M. Schmahl
Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
Proposed Counsel to the Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
BCause Mining LLC, et al.

Debtor(s)

Case No. 19-10562
(Jointly Administered)
Chapter 7
Hon. Janet S. Baer

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 1/9/2024, I did cause a copy of the following document, described below.

Notice Of Trustee's Motion to Approve Compromise and Settlement with Dawn Chapman Pursuant to Rule 9019

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/9/2024

Antonio Rubio
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on January 9, 2024 I caused a copy of Notice Of Trustee's Motion to Approve Compromise and Settlement with Dawn Chapman Pursuant to Rule 9019 to be served by First 2023, Class, United States mail service, with adequate postage to ensure delivery to:

BCause LLC, a Virginia limited liability com
130 S. Jefferson St., #101
Chicago, IL 60661-3502

BCause Mining LLC, a Virginia limited liabil
130 S. Jefferson St., #101
Chicago, IL 60661-3502

CCA Financial, LLC
Askounis & Darcy, PC
444 N Michigan Ave., Suite 3270
Chicago, IL 60611-3906

Hoffland Properties, Inc
c/o Hoffland Beverage Company
4105 S Military Highway
Chesapeake, VA 23321-2701

PS Illinois Trust
Lewis Brisbois Bisgaard & Smith
550 W Adams St Ste 300
Chicago, IL 60661-3607

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Alliance Material Handling, Inc.
PO Box 62050
Baltimore, MD 21264-2050

AlphaCraft Technologies, LLC
601 Railroad Ave.
South Boston, VA 24592-3619

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Alternative Insurance Corporation
Roanoke Group
Roanoke Woodfield Rd #500
Schaumburg IL 60173

BCause Clear LLC
130 S. Jefferson St., #101
Chicago IL 60661-3502

BCause Derivatives Exchange LLC
130 S. Jefferson St #101
Chicago IL 60661-3502

BCause Spot LLC
130 S Jefferson St #101
Chicago IL 60661-3502

BCause Trust Inc.
192 Ballard Court, #303
Virginia Beach, VA 23462-6538

BFPE International
7512 Connelley Dr.
Hanover MD 21076-1688

BFPE International
PO Box 791045
Baltimore, MD 21279-1045

BMG Operations Ltd.
44 Church Street
St. John's
Antigua

Bay Technologies
4501 Bainbridge Blvd., #200
Chesapeake, VA 23320-6303

Bruce Pollack
1426 Chicago Ave Apt 2S
Evanston, IL 60201-4795

CB Critical Systems
11816 Mason Park Way
Glen Allen, VA 23059-5828

CSC
3462 Solution Center
Chicago, IL 60677-3004

Capitol Counsel LLC
700 13th St NW 2nd Floor
Washington DC 20005-3960

Charles Chuck Mackie
4827 N Hamilton
Chicago, Il 60625-1405

Ciniva LLC
223 East City Hall Avenue
#407
Norfok, VA 23510-1736

Crystal Clear Communications
3180 N Lake Shore Dr # 20C
Chicago, IL 60657-4852

Crystal Clear Communications
Ellen Resnick, President
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Dawn L Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

EE Flake, Thomas
709 Roosevelt Ave.
Virginia Beach, VA 23452-4019

EF Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Eli Robbins
Harrison Law Group
40 W. Chesapeake Ave.
Suite 600
Towson, MD 21204-4891

Endurance IT Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

Erica Sanford
4500 SOUTH DREXEL APT 102
Chicago, IL 60653-4381

FRMO Corporation
Horizon Kinetic LLc
470 PArk Ave S 8th Fl S
New York, NY 10016-6819

Fallon Kevin
2800 252nd Ave.
Salem WI 53168-9239

Fidelity Labs LLC
200 Seaport Boulevard
Boston, MA 02210-2000

Flake Thomas
709 Roosevelt Ave.
Virginia Beach VA 23452-4019

Frederick J Grede
10223 Coconut Road
Unit 3701
Estero, FL 34135-8544

G Hogan Commercial Cleaning
645 Estates Way
Chesapeake, VA 23320-6758

HK Cryptocurrency Mining LLC
470 Park Avenue South
New York, NY 10016-6819

Hoffland Properties Inc.
5400 Virginia Beach Blvd
Virginia Beach VA 23462-1724

Hoffland Properties, Inc.
c/o Dennis T. Lewandowski
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1681

Horizon Kinetics LLC
470 Park Avenue South  8th Fl S
New York, NY 10016-6819

Image 360
118 Pennsylvania Ave.
Virginia Beach, VA 23462-2512

Inate One LLC
1083 Independence Blvd., #206
Virginia Beach, VA 23455-5523

Jack Frost Enterprises
3168 Holland Road
Virginia Beach, VA 23453-2612

Jennifer M. McLemore, Esquire
200 South 10th Street, Suite 1600
Richmond, VA 23219-4061

John Ashby
1440 West Little Neck Road
Virginia Beach, VA 23452-4763

Johns Brothers Security
310 E. Street
Hampton, VA 23661-1210

Jones, Madden & Council, PLC
5029 Corporate Woods Drive
Suite 190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
582 Lynnhaven Parkway
Virginia Beach, VA 23452-7366

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Kevin Fallon
2800 252nd Ave
Salem, WI 53168-9239

Lease of Parcel and Improvements
5465 Greenwich Rd.
Virginia Beach VA 23462-6511

Matthew B. Kirsner
Eckert Seamans Cherin & Mellott LLC
919 E. Main St., #1300
Richmond, VA 23219-4624

Michael Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Michael D. Adolphi
4404 Muddy Creek Road
Virginia Beach, VA 23457-1574

Midgett Preti Olansen PC
Attn: Alison R. Zizzo
2901 Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

| | | |
|---|---|---|
| Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paychex, Inc.<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Third Floor<br>Rochester, NY 14625-2807 |
| Pro Window, Inc.<br>1604 Virginia Beach Blvd.<br>Virginia Beach, VA 23454-4631 | Professional Heating & Cooling, Inc<br>3306 Arizona Ave.<br>Norfolk, VA 23513-4115 | Ronald H Filler<br>12449 Lockford Ln<br>Naples FL 34120-4678 |
| Scott E. Early<br>1802 N. Lincoln Park West<br>Chicago, Il 60614-5308 | Seth A. Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., Ste. 1010<br>Arlington, VA 22201-5786 | Silbar Security Corporation<br>1508 Technology Drive, #101<br>Chesapeake, VA 23320-5980 |
| Solutrix<br>5469 Greenwich Road<br>Virginia Beach, VA 23462-6511 | St. bitts, LLC d.b.a Butcoin.com<br>Harry A. Readshaw<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219-2713 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 |
| The Water H2Ole, Inc.<br>1444 Southern Blvd., #C2-A<br>Virginia Beach, VA 23454-4881 | Thomas Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Timothy L Brown<br>804 Rutherford Dr<br>Chesapeake, VA 23322-7739 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, In 46278-2010 | US Customs & Border Protection<br>6650 Telecom Drive, #100<br>Indianapolis, IN 46278-2010 |
| Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 | W. Greer McCreedy<br>413 West York Street<br>Norfolk, VA 23510-1114 | WESCO Distribution, Inc.<br>David A Agay<br>300 North LaSalle Street, Suite 1400<br>Chicago IL 60654-3474 |
| Wesco Distribution Inc.<br>PO Box 530409<br>Atlanta, GA 30353-0409 | Zhouyang (Mason) Song<br>6540 RFeflection Drive #1225<br>San Diego, CA 92124-5136 | erica sanford<br>4737 S Ingleside Apt3A<br>Chicago, IL, IL 60615-1823 |
| Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 | Arthur G Simon<br>Crane, Simon, Clar & Goodman<br>135 S Lasalle St Suite 3950<br>Chicago, IL 60603-4127 | Jeffrey C Dan<br>Goldstein & McClintock LLLP<br>111 West Washington<br>Suite 1221<br>Chicago, IL 60602-3482 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Scott R Clar<br>Crane, Simon, Clar & Goodman<br>135 S Lasalle St Suite 3950<br>Chicago, IL 60603-4127 | BCause LLC, a Virginia limited liability com<br>130 S. Jefferson St., #101<br>Chicago, IL 60661-3502 |

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457-1574

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-8505

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455-1638

Ann M. Cresce
5731 Hampton Drive
Long Grove, IL 60047-5050

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017-1028

BMG Operations Ltd.
c/o Jennifer M. McLemore, Esquire
200 South 10th Street, Suite 1600
Richmond, VA 23219-4061

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306-1803

Boyk, William
982 Dakota Circle
Naperville, IL 60563-9308

Brian Sayler
48 Bensam Place
Haledon, NJ 07508-3009

Bruce Pollack
807 Davis St #306
Evanston, IL 60201-4472

CCA Financial LLC
Askounis & Darcy PC
444 N. Michigan Ave
Ste 3270
Chicago, IL 60611-3906

Capital Counsel, L.L.C.
700 13th Street, NW, 2nd Floor
Washington, DC 20005-3960

Capitol Counsel, LLC
700 13th St NW 2nd Floor
Washington, DC 20005-3960

Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021-8249

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607-4630

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321-1265

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625-1405

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510-1813

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr.
Long Grove, IL 60047-5050

Crystal Clear Communications
3180 N Lake Shore Dr #20C
Chicago, IL 60657-4852

Daniel Schak
2319 N 77th Ave
ELMWOOD PARK, IL 60707-3042

Dawn L. Chapman
2324 Treesong Trail
Virginia Beach, VA 23456-6721

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299-6421

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452-1295

Erica Sanford
4500 south drexel apt 102
chicago, IL 60653-4381

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006-1823

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204-2963

FIS Systems International, LLC
FIS Legal
11601 Roosevelt Blvd., TA-41
Attn: Lauren M. Pizzo, Esq.
St. Petersburg, FL 33716-2202

Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168-9239

Frederick J Grede
500 North Lake Shore Drive
3314
Chicago, IL 60611-5143

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334-1505

Grede, Fred
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611-5143

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510-1682

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020-6118

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Illinois Department of Employment Security
33 S State St., 10th Flr Coll. Bkry
Chicago, Illinois 60603-2808
Attn. Amelia Yabes

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452-4763

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462-4376

Joseph LaMontagne
607 Lynnhaven Pkwy
Virginia Beach, VA 23452-7382

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620-2845

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Karan Rai
921 Atlantic Avenue, #1401
Virginia Beach, VA 23451-3581

Kathleen Miller
Smith, Katzenstein & Jenkins LLP
PO Box 410
United States
Wilmington, DE 19899-0410

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Kristin Joyce-Werner
14159 Camden Dr
Orland Park, IL 60462-2385

| | | |
|---|---|---|
| LeClairRyan<br>4405 Cox Road, #200<br>Glen Allen, VA 23060-3395 | Legal Resources<br>2877 Guardian Lane, #101<br>Virginia Beach, VA 23452-7330 | Level 3 Communications, LLC<br>CenturyLink Communications<br>Attn:  Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021-8249 |
| MA Commonwealth<br>William Francis Galvin<br>One Ashburton Place, Room 1717<br>Boston, MA 02108-1512 | Marc Nagel<br>680 N. Lake Shore Drive, #419<br>Chicago, IL 60611-4458 | Mary Grace Fajardo<br>6024 N. Kimball Ave.<br>Chicago, IL 60659-2310 |
| Mayo Insurance Agency Inc.<br>1917 Laskin Road, #101<br>Virginia Beach, VA 23454-4283 | Meltwater News US Inc.<br>Dept LA 2372<br>Pasadena, CA 91185-3721 | Michael D. Adolphi<br>4404 Muddy Creek Road<br>Virginia Beach, VA 23457-1574 |
| Nasdaq<br>805 King Farm Blvd.<br>Rockville, MD 20850-6162 | Nasdaq<br>One Liberty Plaza, 50th Floor<br>New York, NY 10006-1405 | PACIFIC LIAISON SERVICES INC<br>C/O HAYAMI SHIRAISHI<br>701 S WELLS ST STE 2001<br>CHICAGO, IL 60607-4630 |
| PATRICK CHILDRESS<br>701 S WELLS ST APT 2001<br>CHICAGO, IL 60607-4630 | PATRICK CHILDRESS<br>701 S WELLS ST UNIT 2001<br>CHICAGO, IL 60607-4630 | Patrick S. Childress<br>701 S. Wells St., #2001<br>Chicago, IL 60607-4630 |
| Paul Bozych<br>Nielsen, Zehe & Antas, PC<br>55 W. Monroe St., #1800<br>Chicago, IL 60603-5037 | Paul K. Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 | Paul Wong<br>4020 Church Point Road<br>Virginia Beach, VA 23455-7038 |
| Paychex Inc<br>220 Kenneth Drive<br>Rochester NY 14623-4278 | Pinnacle Group<br>208 Golden Oak Court, #121<br>Virginia Beach, VA 23452-6767 | Pollack, Bruce<br>167 Park Ave.<br>Glencoe, IL 60022-1351 |
| RI Department of State<br>Division of Business Services<br>148 W. River St.<br>Providence, RI 02904-2615 | Sayler, Brian<br>48 Bensam Place<br>Glencoe, IL 60022 | SoftVision Consulting LLC<br>Two Midtown Plaza<br>1349 W. Peachtree St., N.E., #1375<br>Atlanta, GA 30309 |
| Sun Life Financial<br>PO Box 7247-0381<br>Philadelphia, PA 19170-0381 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Thomas G. Flake<br>709 Roosevelt Avenue<br>Virginia Beach, VA 23452-4019 |
| Tradehelm, Inc.<br>27 N. Wacker Dr., #103<br>Chicago, IL 60606-2800 | Tradehelm, Inc.<br>R Scott Alsterda<br>70 West Madison<br>Suite 3500<br>Chicago, IL 60602-4224 | UNUM - Dental<br>PO Box 406990<br>Atlanta, GA 30384-6990 |

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384-6990

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455

UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

United States Trustee
Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

W-R2 Jefferson Owner VII, L.L.C.
2 N. La Salle Street, Suite 1300
Chicago, Il 60602-3709

W-R2 Jefferson Owner VII, LLC.
Marc I Fenton Esq
2 N LaSalle St Suite 1300
Chicago, IL 60602-3709

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642-2701

Wesco Distribution, Inc.
David A Agay
300 N LaSalle St Ste 1400
Chicago, IL 60654-3474

William Boyk
982 Dakota circle
Naperville, IL 60563-9308

Wisconsin Department of Revenue
4-SPU Bankruptcy
PO Box 8901
m, WI 53708-8901

erica sanford
4737 S Ingleside APT 3A
Chicago, IL, IL 60615-1823

Alex D Moglia ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173-4815

Arthur G Simon
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

Jeffrey C Dan
Goldstein & McClintock LLLP
111 West Washington
Suite 1221
Chicago, IL 60602-3482

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127