UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| | ) | (Jointly Administered) |
| BCause Mining LLC, et al. | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING TRUSTEE'S THIRD APPLICATION TO EMPLOY WESLER & ASSOCIATES CPA PC AS TAX ACCOUNTANTS

This matter having come before the Court for on the Trustee's Third Application to Employ Wesler & Associates CPA PC ("W&A") as Tax Accountants (the "Application"); the Court, having been advised in the premises and having reviewed the Application, determines that this is a core matter and that adequate notice has been provided to all of those entitled thereto;

IT IS HEREBY ORDERED THAT:

1) the Application is granted;
2) the Trustee is authorized to retain and employ W&A, including Cheryl Wesler and its other professionals and employees, as the Trustee's tax accountants pursuant to the terms provided in the engagement agreement (the "Engagement Agreement") attached to the Application as Exhibit 1 to prepare and file any required wage claim reports and returns and any other required forms and documents that may be required under applicable state and federal law, the calculation and payment of any required withholdings and any other taxes related to any wage claims against the Debtors' consolidated estate, and otherwise advising the Trustee with respect to any distribution or payment on account of any allowed wage claims and any related obligations the estate may have related thereto ;
3) the terms of the Engagement Agreement are approved and the Trustee is authorized to enter into the Engagement Agreement with W&A; and
4) any compensation ultimately owed to W&A shall be subject to allowance by the Court in the future pursuant to the provisions of the Bankruptcy Code.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 16, 2024

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860