UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH DAWN CHAPMAN PURSUANT TO RULE 9019**

This matter having come before the Court on the Trustee's Motion to Approve Compromise and Settlement with Dawn Chapman ("Chapman") Pursuant to Rule 9019 (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion, finds and determines that this is a core matter, that the compromise reflected in the Settlement Agreement (the "Agreement") substantially in the form of that attached as Exhibit 1 to the Motion was negotiated and entered into in good faith and is in the best interests of the Debtors' bankruptcy estates; and that the Creditor Notice attached as Exhibit 2 to the Motion complies with Rule 9019(a);

IT IS HEREBY ORDERED THAT:

1) the Motion is granted;

2) the Agreement is authorized and approved;

3) the Trustee is authorized to enter into, execute and deliver the Agreement and to take any such further actions to implement and otherwise perform the Trustee's obligations under the Agreement in accordance with its terms;

4) the form of the Creditor Notice is authorized and approved;

5) Proof of Claim No. 24-1 on the Claims Register for BCause Mining, LLC (Case No. 19-10562) ("Claim 24") filed by Chapman is and shall be deemed amended and superseded in its entirety by this Order and, as so amended and superseded, shall be allowed as an authorized and allowed administrative expense under Section 503 that was incurred after the commencement of these bankruptcy cases and before the date on which these cases were converted to cases under Chapter 7 of the Bankruptcy Code (the "Conversion Date") in the amount of $3,415.68, provided that any payment or distribution on account thereof shall be: (i) made at the time final distributions are made from the Debtors' consolidated bankruptcy estate after approval of the Trustee's Final Report; (ii) subject to the provisions of the Bankruptcy Code, including, without limitation, the distribution priorities established under Sections 507 and 726 of the Bankruptcy Code; and (iii) subject to any employment taxes and any withholding or other similar obligations that may apply or be imposed under applicable law, including, without limitation, any applicable tax or employment law;

6) Proof of Claim No. 28-1 on the Claims Register for BCause LLC (Case No. 19-10731) ("Claim 28") is and shall be shall be allowed, subject to the provisions of the Bankruptcy Code, including, without limitation, the distribution priorities established under Sections 507 and 726 and subject to any

employment taxes and any withholding or other similar obligations that may apply or be imposed under applicable law, including, without limitation, any applicable tax or employment law;

7) Proof of Claim No. 25-1 on the Claims Register for BCause Mining LLC (Case No. 19-10562) is and shall be disallowed;

8) Except for Claim 24 and Claim 28, as modified by and allowed pursuant to the provisions of this Order, Chapman shall not receive any distribution or payment from the Debtors' consolidated estate and shall not have any claim under Section 503 for any amounts incurred by the Debtors, the Trustee or the Debtors' consolidated bankruptcy estate on or after the Conversion Date;

9) the Clerk of the Court is directed to add this Order to Claim 24 and Claim 25 on the Claims Register in the case captioned In re BCause Mining LLC (19-10562) and to Claim 28 on the Claims Register in the case captioned In re BCause LLC (19-10731); and

10) the Motion, the notice provided to creditors and parties in interest, and the hearing on the Motion satisfy the requirements for requesting and obtaining the Court's authorization for payment of an administrative expense under Section 503 of the Bankruptcy Code.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 30, 2024

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860