UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>BCause Mining LLC, et al.<br><br><br>Debtor(s) | BK No.:  19-10562<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH ERICA SANFORD PURSUANT TO RULE 9019**

This matter having come before the Court on the Trustee's Motion to Approve Compromise and Settlement with Erica Sanford ("Sanford") Pursuant to Rule 9019 (the "Motion"); the Court, having been advised in the premises and having reviewed the Motion, finds and determines that this is a core matter, that the compromise reflected in the Settlement Agreement (the "Agreement") substantially in the form of that attached as Exhibit 1 to the Motion was negotiated and entered into in good faith and is in the best interests of the Debtors' bankruptcy estates; and that the Creditor Notice attached as Exhibit 2 to the Motion complies with Rule 9019(a);

IT IS HEREBY ORDERED THAT:

1) the Motion is granted;

2) the Agreement is authorized and approved;

3) the Trustee is authorized to enter into, execute and deliver the Agreement and to take any such further actions to implement and otherwise perform the Trustee's obligations under the Agreement in accordance with its terms;

4) the form of the Creditor Notice attached as Exhibit 2 to the Motion is authorized and approved;

5) Proof of Claim No. 42-1 on the Claims Register for BCause LLC (Case No. 19-10731 ("Claim 42")) filed by Sanford is and shall be deemed amended and superseded in its entirety by this Order (as amended by this Order, the "Modified Claim 42") to only assert a request for allowance and payment of an administrative expense under Section 503 of the Bankruptcy Code in the amount of $1,773.85 incurred by the Debtors during the period from September 28, 2019, through October 7, 2019. Any payment or distribution on account of Modified Claim 42 shall be: (i) made at the time final distributions are made from the Debtors' consolidated bankruptcy estate after approval of the Trustee's Final Report; (ii) subject to the provisions of the Bankruptcy Code, including, without limitation, the distribution priorities established under Sections 507 and 726 of the Bankruptcy Code; and (iii) subject to any employment taxes and any withholding or other similar obligations that may apply or be imposed under applicable law, including, without limitation, any applicable tax or employment law;

6) Proof of Claim No. 34-1 on the Claims Register for BCause LLC (Case No. 19-10731) ("Claim 34") is and shall be disallowed and no distribution or payment shall be made on account of Claim 34;

7) Proof of Claim No. 26-1 ("Claim 26") and Proof of Claim 31-1 ("Claim 31") on the Claims

Register for BCause Mining LLC (Case No. 19-10562) are and shall be disallowed;

8) Except for Modified Claim 42, as allowed pursuant to the provisions of this Order, Sanford shall not receive any distribution or payment from the Debtors' consolidated estate;

9) the Clerk of the Court is directed to add this Order to Claim 34 and Claim 42 on the Claims Register for BCause LLC (Case No. 19-10731) and to Claim 26 and Claim 31 on the Claims Register for BCause Mining LLC (19-10562); and

10) the Motion, the notice provided to creditors and parties in interest, and the hearing on the Motion satisfy the requirements for requesting and obtaining the Court's authorization for payment of an administrative expense under Section 503 of the Bankruptcy Code.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  January 30, 2024

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860