UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.: 19-10562
BCause Mining LLC, )
) Chapter: 7
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 37-1 ON CLAIMS REGISTER OF BCAUSE MINING LLC

This matter coming before the Court for hearing on the Trustee's Objection to Proof of Claim No. 37-1 (the "Claim") on the Claims Register of BCause Mining, LLC Filed by Scott Early (the "Objection"); the Court having reviewed the Objection and having determined that this is a core proceeding and that due and adequate notice has been provided to all those entitled to such notice; and the Court having been advised in the premises;

IT IS HEREBY ORDERED THAT:

1) The Objection is sustained as set forth herein.

2) The Claim is disallowed.

3) The Trustee reserves all of his rights to further object to the Claim on any other basis and may file additional or different objections to the Claim in the future.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 19, 2024

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860