**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) ) ) **Chapter 7** ) |
| **BCause Mining LLC,** *et al.* | ) **Case No. 19-10562** ) **(Jointly Administered)** ) |
| Debtors. | ) **Hon. Janet S. Baer** ) ) |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH FREDERICK J. GREDE**
<u>**PURSUANT TO RULE 9019 AND TO SHORTEN NOTICE**</u>

PLEASE TAKE NOTICE that on March 22, 2024, Alex D. Moglia (the "Trustee"), the Trustee of the substantively consolidated Chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed a motion (the "Settlement Motion") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court approving a certain Settlement Agreement (the "Agreement") between the Trustee and Frederick J. Grede ("Grede" and, collectively with the Trustee, the "Parties"), authorizing the Trustee and enter into and to perform his obligations under the Agreement, shortening notice so that the Settlement Motion may be heard at a hearing on April 9, 2024, approving the form of this Notice, and granting related relief.

Subject to Court approval, the Agreement will settle and finally resolve all disputes related to the proofs of claim filed by Grede that appear as Claim No. 16-2 ("Claim 16") and Claim 17-1 ("Claim 17") on the Claims Register for BC Holding and the proof of claim filed by Grede that appears as Claim No. 32 ("Claim 32") on the Claims Register for BC Mining and the Trustee's pending objections to Claim 16, Claim 17 and Claim 32.

Subject to the Court's approval of the Agreement, the principal terms of the Agreement generally provide as follows[1]:

- Claim 32 will be allowed as an allowed pre-petition priority claim in the amount of $13,650.00 under Section 507(a)(4) of the Bankruptcy Code and an allowed general unsecured claim in the amount of $532,482.00 that shall not be entitled to any priority distribution under any section of the Bankruptcy Code whatsoever (the "Allowed Claim 32");
- Claim 16 and Claim 17 will be disallowed;

---

[1] The description in this Notice of the Agreement and its terms is a summary only and is not intended to be exhaustive. The actual terms of the Agreement as executed and approved by the Court shall control in the event of any discrepancy between those terms and the descriptions provided for in this Notice.

EXHIBIT 2

- Grede shall not file or otherwise assert any other claims, proofs of claim, or requests or rights to payment against the Trustee or the Debtors' consolidated bankruptcy estate. Except for the Allowed Claim 32 Grede expressly waives and releases any and all causes of action, actions, damages, liabilities, losses, rights to payments, and claims, of any kind or nature whatsoever, that Grede has, may have or may have ever had, whether sounding in tort or contract, known or unknow, fixed or contingent, liquidated or unliquidated, based on common law, statute, regulation, order, or any other applicable law whatsoever, against the Trustee or the Debtors' consolidated bankruptcy estate.

PLEASE TAKE FURTHER NOTICE that a hearing on the Settlement Motion has been scheduled to take place on **April 9, 2024, at 10:00 A.M.** (the "Settlement Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

The Settlement Motion will be presented **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically using Zoom for Government as described below.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to the link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Settlement Motion and the Agreement is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Settlement Motion and the Agreement available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

EXHIBIT 2

Dated:  March 22, 2024

Alex Moglia, Chapter 7 Trustee of the Substantively Consolidated Bankruptcy Estate of BCause Mining LLC and BCause LLC

By: /s/ Michael M. Schmahl
      Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT 2