**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BCause Mining LLC, *et al.* | ) | Case No. 19-10562 |
| | ) | (Substantively Consolidated) |
| Debtors. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **Tuesday, April 9, 2024**, at the hour of **10:00 a.m.**, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **FOURTH AND FINAL APPLICATION FOR COMPENSATION OF WESLER & ASSOCIATES CPA, PC AS ACCOUNTANTS TO THE TRUSTEE RELATED TO WAGE CLAIM SERVICES AND TO SHORTEN NOTICE** (the "Motion"), a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to the link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: March 22, 2024

Alex Moglia, Chapter 7 Trustee of the
Consolidated Bankruptcy Estate of BCause
Mining LLC and BCause LLC

                              By: /s/ Michael M. Schmahl
                                   Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

    The undersigned states under penalty of perjury that on March 22, 2024, he caused the above Notice of Motion and the Application to be served on the individuals listed on the below service list via the court's ECF system for those who are registered.


                              By: /s/ Michael M. Schmahl
                                 Michael M. Schmahl

# SERVICE LIST

Patrick S. Layng
Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Ha.nguyen@usdoj.gov
*United States Trustee*

David A Agay
Maria G Carr
Shara C Cornell
McDonald Hopkins LLC
300 N. LaSalle
Chicago, IL 60654
312-280-0111
dagay@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
scornell@mcdonaldhopkins.com
*Counsel for WESCO Distribution, Inc.*

J Mark Fisher
Sarah K Angelino
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5861
mfisher@schiffhardin.com
sangelino@schiffhardin.com
Dennis Lewandowski, via email sent to:
dtlewand@kaufcan.com
*Counsel for Hoffland Properties, Inc.*

Marc Ira Fenton
Jamie L Burns
Levenfeld Pearlstein LLC
2 N Lasalle St Ste 1300
Chicago, IL 60602
312-346-8380
mfenton@lplegal.com
jburns@lplegal.com

John M Craig
Law Firm of Russell R Johnson III, PLC
14890 Washington Street
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*

Shelly A. DeRousse
Devon J Eggert
Elizabeth L Janczak
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-360-6315
312-360-6520 (fax)
sderousse@freeborn.com
deggert@freeborn.com
ejanczak@freeborn.com
*Counsel for Creditors' Committee*

Russell R. Johnson, III
John M. Craig
Law Firm of Russell R Johnson III, PLC
2258 Wheatlands Drive
Manakin Sabot, VA 23103
804-749-8861
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com
*Counsel for Dominion Energy Virginia*

Brian L Shaw
Christina Sanfelippo
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200
312-517-9201 (fax)

Document Page 4 of 14

*Counsel for W-R2 Jefferson Owner VIII, LLC*

Jennifer M McLemore
Williams Mullen
200 South 10th Street
Richmond, VA 23219
(804)420-6330
jmclemore@williamsmullen.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
312-784-2410 (fax)
ddevassy@askounisdarcy.com
*Counsel for CCA Financial, LLC*

bshaw@foxrothschild.com
csanfelippo@foxrothschild.com
*Counsel for BMG Operations Ltd.*

Jason M Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
312-726-6244
312-726-6214 (fax)
jason.torf@icemiller.com
*Counsel for Dominion Energy Virginia*

Scott R Clar
Arthur G Simon
Jeffrey C Dan
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@cranesimon.com
asimon@cranesimon.com
jdan@cranesimon.com
*Counsel for the Debtors*

Lindsey Conley
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>BCause Mining LLC, *et al.*<br><br>Debtors. | ) <br>) Chapter 7<br>) <br>) Case No. 19-10562<br>) <br>) SUBSTANTIVELY<br>) CONSOLIDATED<br>) <br>) Hon. Janet S. Baer |

**COVER SHEET FOR FOURTH AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
WESLER & ASSOCIATES CPA, PC[1] AS ACCOUNTANTS TO THE TRUSTEE
RELATED TO WAGE CLAIM SERVICES AND TO SHORTEN NOTICE**

| Name of Applicant: | Wesler & Associates CPA, PC (previously Tibble & Wesler, CPA PC) |
|---|---|
| Authorized to Provide Professional Services to: | Alex Moglia, not personally, but solely as the chapter 7 trustee of the substantively consolidated bankruptcy estate of BCause LLC and BCause Mining LLC |
| Date of Orders Authorizing Employment: | February 11, 2020 **[Docket No. 417]** (as Tibble & Wesler CPA, PC, with respect to 2019 Tax Returns)<br>December 9, 2020 **[Docket No. 461]** (as Tibble & Wesler CPA, PC, with respect to amended 2019 Tax Returns and 2020 Tax Returns)<br>April 6, 2022 **[Docket No. 502]** (as Wesler & Associates CPA, PC, with respect to 2021 Tax Returns)<br>March 22, 2023 [**Docket No. 534]** (as Wesler & Associates CPA, PC, with respect to 2022 Tax Returns and potentially 2023 Tax Returns)<br>January 16, 2024 [**Docket No. 551**] (as Wesler & Associates CPA, PC, with respect to Wage Claim Services) |

---

[1] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W"). Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A"). The prior fee application was filed and granted under the T&W name.

1

| Period for which Compensation is Sought: | |
|---|---|
| From: | January 16, 2024 |
| Through: | After Final Distribution |
| Amount of Fees Sought: | $3,293.75 |
| Amount of Expense Reimbursement: | $414.50 |
| This is an: | |
| Interim Application: NO | Final Application: YES, with respect to Wage Claim Services |
| | **(The Trustee has entered into separate engagement agreements for each set of tax returns.)** |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| December 2, 2020 **[Docket No. 457]** | 2019 Tax Returns | $6,500.00 | $6,500.00 **[Docket No. 462]** (related to 2019 tax returns—allowed for T&W) | $6,500.00 (paid to T&W) |
| October 5, 2022 **[Docket No. 521]** | Amended 2019, 2020, and 2021 Tax Returns | $9,365.31 | $9,365.31 **[Docket No. 522]** (related to Amended 2019, 2020 and 2021 tax returns) | $9,365.31 (paid to W&A) |
| July 12, 2023 **[Docket No. 536]** | 2022 Tax Returns | $4,726.40 | $4,726.40 **[Docket No. 539]** | $4,726.40 (paid to W&A) |

2

State the aggregate amount of fees and reimbursement of expenses paid to Applicant as of the date of this Application: $20,591.71.

MASON POLLICK & SCHMAHL LLC

Dated: March 22, 2024

/s/ Michael M. Schmahl
Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
(312) 312-5531
mschmahl@mps-law.com
ARDC #6275860
*Counsel for the Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) | Chapter 7 |
|  |  | Case No. 19-10562 |
| BCause Mining LLC, *et al.* |  |  |
|  |  | **SUBSTANTIVELY** |
| Debtors. |  | **CONSOLIDATED** |
|  |  |  |
|  |  | Hon. Janet S. Baer |

**FOURTH AND FINAL APPLICATION FOR COMPENSATION OF WESLER &
ASSOCIATES CPA, PC AS ACCOUNTANTS TO THE TRUSTEE RELATED TO
WAGE CLAIM SERVICES AND TO SHORTEN NOTICE**

Pursuant to 11 U.S.C. §§ 105, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Wesler & Associates, CPA PC ("W&A")[2], tax accountants for Alex Moglia (the "Trustee"), not individually, but solely as trustee of the substantively consolidated chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding" and collectively with Mining, the "Debtors"), submits this Fourth and Final Application for Allowance of Fees and Reimbursement of Expenses (the "Application") as tax accountants to the Trustee with respect to services related to calculating and paying applicable employment and other taxes related to wage claims and preparing and filing or sending certain related forms, returns or filings, including form W-2s, with applicable taxing authorities and wage claim holders and related services (collectively the "Wage Claim Services") that cannot principally be performed or finalized until after the Trustee's final report has been approved and final distributions have been made and, therefore, requests the entry of an order allowing and authorizing the payment of compensation based on W&A's estimated fees in the amount of

---

[2] A prior fee application was filed under the name of Tibble & Wesler CPA, PC ("T&W"). Due to a retirement or other similar change at T&W, the name of the accounting firm is now Wesler & Associates CPA, PC ("W&A"). The prior fee application was filed and granted under the T&W name.

4

$3,293.75 (the "Compensation"), and reimbursement of W&A's estimated expenses in the amount of $414.50 (the "Expense Reimbursement") for services that will be principally provided and expenses incurred by W&A after final distributions have been made as accountants for the Trustee related to the Wage Claim Services, and, in support thereof, respectfully states as follows:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334.

2. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

### Background

4. On or about April 11, 2019, BC Mining filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On or about April 12, 2019 (collectively with April 11, 2019, the "Petition Dates"), BC Holding filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. On or about May 8, 2019, the Court entered an order [**Docket No. 72**] directing that the Debtors' bankruptcy cases be jointly administered under the above caption.

7. On or about October 8, 2019 (the "Conversion Date"), the Court entered an order [**Docket No. 319**] converting the Debtors' bankruptcy cases to cases under chapter 7 of the Bankruptcy Code.

8. On or about October 11, 2019, Mr. Moglia was appointed as the Trustee [**Docket No. 334**].

9. On or about February 11, 2020, the Court entered an order [**Docket No. 417**], authorizing the Trustee to retain T&W as his tax accountants to prepared tax returns for 2019.

5

10. On or about December 9, 2020, the Court entered an order [**Docket No. 461**], authorizing the Trustee to retain T&W as his tax accountants to prepare the Amended 2019 Returns and the 2020 Returns.

11. As indicated above, due to a retirement of a principal at T&W, T&W subsequently became W&A.

12. On or about April 6, 2022, the Court entered an order [**Docket No. 502**] authorizing the Trustee to retain W&A as his tax accountants to prepare the 2021 Returns.

13. On or about July 13, 2022, the Court entered an order [**Docket No. 518**] substantively consolidating the Debtors' bankruptcy estates.

14. On or about March 22, 2023, the Court entered an order [**Docket No. 534**] authorizing the Trustee to retain W&A as his tax accountants to prepare the 2022 Returns and any potential returns for 2023. The Trustee is hopeful to close this substantively consolidated estate this year and to avoid any need to prepare tax returns for 2023.

15. On or about January 16, 2024, the Court entered an order [**Docket No. 551**] authorizing the Trustee to retain W&A as his accountants to perform the Wage Claim Services.

16. T&W and W&A previously requested and were allowed compensation and reimbursement of expenses totaling $20,591.71 for services related to the original 2019 tax returns, the Amended 2019 Returns, the 2020 Returns, the 2021 Returns and the 2022 Returns (collectively, the "Prior Returns"). Through this Application, W&A does not seek any compensation or expense reimbursement for services related to the preparation of the Prior Returns and no request in this Application is duplicative of any prior request.

6

**Relief Requested**

17. Through this Application, W&A seeks the entry of an order, pursuant to Sections 105, 330 and 331 of the Bankruptcy Code, approving and authorizing immediate payment of Compensation in the total estimated amount of $3,293.75 and the Expense Reimbursement in the estimated amount of $414.50 related to the Wage Claim Services.

18. The Trustee has concluded that there will be allowed claims related to or based on unpaid wages, salary or compensation owed to the Debtors' former employees (including any amounts related to services provided after the Petition Dates) (the "Wage Claims") and expects that there will be partial distributions made on account of at least some of these Wage Claims.

19. Compensation and Expense Reimbursement are being requested in estimated amounts, because the overwhelming majority, if not all, of the Wage Claim Services cannot be done until after final distributions have been calculated and/or made to holders of allowed Wage Claims. The actual amounts of these distributions are used to calculate any applicable taxes and to prepare and file any related returns and forms, including W-2s, and to otherwise perform the Wage Claim Services.

20. W&A has made these estimates in good faith based on estimates of the number of Wage Claims that will become allowed Wage Claims and the amount of time W&A estimates it will need to devote to Wage Claim Services.

21. Further, W&A's estimated fees of $3,293.75 are approximately half of the $6,500.00 (approximately 50.7%) fee cap provided for in W&A's engagement agreement with the Trustee related to the Wage Claim Services. Similarly, W&A's estimated expenses of $414.50 are less than the $500.00 cap on expenses in that agreement.

7

22. Therefore, the Trustee and W&A request that the Court authorize and approve immediate payment of the requested the Compensation and Expense Reimbursement in the amounts estimated by W&A on a final basis.

23. A detailed abstract containing specific summaries of W&A's estimated compensable services, including all estimated time records and the calculation of estimated fees charged and all estimated expenses related to the Wage Claim Services is attached hereto as Exhibit 1.

24. In total, W&A estimates that it will provide a total of 16.25 hours of services with a total value of $3,293.75. A detailed description of these services and the time spent on each is also included in Exhibit 1.

25. Below is a table of the professionals, the numbers of hours of Wage Services for each, their rates and the values of these services based on the lodestar formula.

| Name | Title | Hours | Hourly Rate | Value |
|---|---|---|---|---|
| **Cheryl Wesler** | **Partner** | **3.0** | **$325** | **$975.00** |
| **Kate Geissel** | **Staff** | **13.25** | **$175** | **$2,318.75** |
| **Total** | | | | **$3,293.75** |

26. Additionally, W&A estimates expenses totaling $414.50 comprised of postage ($132.00), filing charges ($272.00), and copying charges ($10.50). Individual breakdowns of each of these expenses are included in Exhibit 1.

27. All services performed by W&A for which compensation is being sought have been and will be performed for and on behalf of the Trustee.

**Request to Approve Notice and Request to Shorten Notice**

28.  Section 330 of the Bankruptcy Code requires notice and a hearing before any determination is made on this Application.  In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, a short form notice (the "Notice") of this Application has been mailed to all creditors and a full copy of this Application with all exhibits has been provided to all parties who have entered an appearance in these cases through the Court's ECF system.  A copy of the Notice is attached hereto as Exhibit 2.  Additionally, a full copy of this Application with all supporting exhibits will be made available to any party in interest that submits a written request to Michael M. Schmahl via mail to MPS at 70 W. Hubbard, Suite 304, Chicago, IL 60654, or via email sent to mschmahl@mps-law.com.

29.  W&A requests that the Court approve the form of the Notice and shorten the length of advance notice to approximately 18 days so that this Application my be heard at a previously scheduled hearing on April 9, 2024.

WHEREFORE, W&A respectfully requests that this Court enter an order: (i) allowing W&A Compensation in the amount of $3,293.75 on a final basis; (ii) allowing the Expense Reimbursement in the amount of $414.50 on a final basis; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to W&A from the funds in the Debtors' substantively consolidated estate; (iv) authorizing and approving the form of the Notice; and (v) granting such other and further relief as this Court deems just or appropriate.

| | |
|---|---|
| Dated: March 22, 2024 | /s/ Michael M. Schmahl |
| | Michael M. Schmahl |
| | Mason Pollick & Schmahl LLC |
| | 70 W. Hubbard, Suite 304 |
| | Chicago, IL 60654 |
| | (312) 312-5531 |
| | mschmahl@mps-law.com |
| | ARDC #6275860 |
| | *Counsel for the Trustee* |