# EXHIBIT 1

**Estimated Statement of Services Rendered**
**BCause**
**Case No. 19-10731**
**Wage Claim**

| Category | Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|
|  | Determine necessary payroll reports & assemble needed information | KG |  | 3.00 | $ 175.00 | $ 525.00 |
| Prepare Wage Claim Reports | Prepare payroll calculations | KG |  | 1.50 | $ 175.00 | $ 262.50 |
|  | Prepare payroll reports (monthly, quarterly, annual reports) | KG |  | 3.00 | $ 175.00 | $ 525.00 |
|  | Close/reopen taxpayer payroll accounts, response to notice(s) | KG |  | 3.00 | $ 175.00 | $ 525.00 |
|  | Review payroll reports | CW |  | 2.00 | $ 325.00 | $ 650.00 |
|  | Prepare reports for mailing | KG |  | 1.25 | $ 175.00 | $ 218.75 |
|  | Prepare annual W-2(s) | KG |  | 1.50 | $ 175.00 | $ 262.50 |
|  | Review annual W-2(s) | CW |  | 1.00 | $ 325.00 | $ 325.00 |

| | | |
|---|---|---|
| Mailing and Postage Fees | | $ 132.00 |
| Software allocation and filing charges | | $ 272.00 |
| Copying @ .14/page | | $ 10.50 |

**Breakdown**

| | Hours | Total |
|---|---|---|
| Rendered Services | 16.25 | $ 3,293.75 |
| Expenses | | $ 414.50 |
| **Total Due** | | **$ 3,708.25** |

| | |
|---|---|
| KG | 13.25 |
| CW | 3.00 |
|  | 16.25 |