**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 ) ) Case No. 19-10562 |
| BCause Mining LLC, *et al.* | ) ) SUBSTANTIVELY |
| Debtors. | ) CONSOLIDATED ) ) Hon. Janet S. Baer |

**NOTICE OF FOURTH AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO WESLER & ASSOCIATES CPA, PC, AS ACCOUNTANTS TO THE TRUSTEE RELATED TO WAGE CLAIM SERVICES AND TO SHORTEN NOTICE**

PLEASE TAKE NOTICE that on March 19, 2024, Alex Moglia (the "Trustee"), the Trustee of the substantively consolidated Chapter 7 bankruptcy estate of BCause Mining LLC ("BC Mining") and BCause LLC ("BC Holding"), filed the Fourth and Final Application for Allowance of Compensation and Reimbursement of Expenses to Wesler & Associates CPA, PC (previously known as Tibble & Wesler CPA, PC) ("W&A"), as Accountants to the Trustee Related to Wage Claim Services (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to W&A in the estimated amount of $3,293.75 (the "Compensation") for services principally to be performed for the Trustee related to calculating and paying applicable taxes related to distributions made on account of allowed wage claims as well as preparing and filing required forms, returns and other related services on a final basis; (ii) approving and allowing the reimbursement of expenses to W&A in the estimated amount of $414.50 on a final basis (the "Expense Reimbursement"); (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to W&A out of the funds in the Debtors' substantively consolidated estate; (iv) approving the form of this Notice; (v) shortening notice; and (vi) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **April 9, 2024, at 10:00 A.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead).

The Application will be presented **either** in person in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically using Zoom for Government as described below.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

EXHIBIT 2

**To appear by Zoom using the internet**, go to the link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode**.  The meeting ID for this hearing is 160 731 2971 and the passcode is 587656.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this Application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Application with all attachments is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and MPS will make a copy of the Application with all attachments available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

Dated:  March 19, 2024

Alex Moglia, Chapter 7 Trustee of the Substantively Consolidated Bankruptcy Estate of BCause Mining LLC and BCause LLC

By: /s/ Michael M. Schmahl
    Michael M. Schmahl

Michael M. Schmahl
MASON POLLICK & SCHMAHL LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT 2