# EXHIBIT 1

# Mason Pollick & Schmahl LLC

**INVOICE**

70 W. Hubbard, Suite 304
Chicago, IL 60654
United States

Date: 03/20/2024

Alex Moglia

## 00008-Moglia

## BCause--Administrative

| Type | Date | Attorney | Notes | Quantity |
|------|------|----------|-------|----------|
| Service | 05/26/2020 | Michael Schmahl | Prepare email summary of MPS fees along with detail for the Trustee (.3). | 0.30 |
| Service | 05/27/2020 | Michael Schmahl | Review and revise draft correspondence to Debtors' 401(k) beneficiaries (to be sent by Dawn Chapman) (.5); prepare email to the Trustee re same (.2); review and respond to separate emails re MPS fees and issues related to planned fee application (.3). | 1.00 |
| Service | 05/28/2020 | Michael Schmahl | Review correspondence from M. Adolphi and T. Flake re the state administrative proceeding related to BC Secure in Washington (.1): communications with the Trustee re same (.1); and prepare response to M. Adolphi and T. Flake re same (.2). Review and respond to several subsequent emails from T. Flake re same (.2). | 0.60 |
| Service | 05/29/2020 | Michael Schmahl | Begin work on 1st interim fee application for MPS (.7); review and respond to subsequent email from M. Adolphi re State of Washington matter involving BC Secure (non-debtor subsidiary) (.2). | 0.90 |
| Service | 06/01/2020 | Michael Schmahl | Prepare draft MPS 1st fee app (2.1). | 2.10 |
| Service | 06/02/2020 | Michael Schmahl | Continued work on draft MPS fee app (1.6). | 1.60 |
| Service | 06/03/2020 | Michael Schmahl | Review time and revise draft MPS fee application (1.5). | 1.50 |
| Service | 06/04/2020 | Michael Schmahl | Finalize MPS fee application (.4); prepare draft order and short notice to creditors (.3); attention to service of short notice and file same (.2). | 0.90 |
| Service | 06/07/2020 | Michael Schmahl | Review Washington statute re BC Secure matter (.9); confer with the Trustee re same (.1). | 1.00 |
| Service | 06/09/2020 | Michael Schmahl | Exchange emails with counsel for WESCO re settlement (.1). | 0.10 |
| Service | 06/10/2020 | Michael Schmahl | Review WESCO settlement in advance of hearing (.1); appear for the hearing on the 9019 motion to approve the WESCO settlement (.4). | 0.50 |

| Service | 06/11/2020 | Michael Schmahl | Prepare email to Trustee re timing of payment to WESCO under the settlement agreement (.1). | 0.10 |
|---|---|---|---|---|
| Service | 06/22/2020 | Michael Schmahl | Review correspondence re status of Debtors' former employees removing funds from 401(k) to close plan and prepare email to Trustee re same (.2); exchange emails with WESCO's counsel re settlement payment (.1). | 0.30 |
| Service | 06/24/2020 | Michael Schmahl | Prepare for 6/24 hearing on fee app (.2); communications with the Trustee re same (.1). | 0.30 |
| Service | 06/25/2020 | Michael Schmahl | Exchange emails with WESCO's counsel re settlement payment (.1); prepare email to Trustee re same with instructions under settlement agreement (.1). | 0.20 |
| Service | 06/26/2020 | Michael Schmahl | Review several emails re closing of 401(k) (.1); obtain and forward WESCO W9 to Trustee and respond to WESCO's counsel (.2). | 0.30 |
| Service | 07/14/2020 | Michael Schmahl | Finalize agreed order dismissing WESCO adversary, including communications with WESCO's counsel (.2). | 0.20 |
| Service | 07/15/2020 | Michael Schmahl | Review email from WESCO's counsel re client approval of dismissal order and prepare "Draft Order to Follow" email to chambers with agreed draft order (.1). | 0.10 |
| Service | 07/31/2020 | Michael Schmahl | Call with M. Adolphi re certain tax issues (.2); confer with accountant (.1); prepare email to Trustee and accountant (.1). | 0.40 |
| Service | 08/03/2020 | Michael Schmahl | Call with M. Adolphi re certain tax issues and historical information, request to set up call with Debtors' former accountant (.3). | 0.30 |
| Service | 08/07/2020 | Michael Schmahl | Review issues list and related emails in preparation (.3) for call with accountant, Trustee and C. Vaassen re taxes and related issues in the Debtors' accounting and transactions (1.4). | 1.70 |
| Service | 08/25/2020 | Michael Schmahl | Call with M. Adolphi (.2); communications with C. Wesler (.2); further communications wiht the Trustee and C. Wesler (.1). | 0.50 |
| Service | 08/27/2020 | Michael Schmahl | Communications with C. Wesler and the Trustee re various accounting/tax issues and equityholders (.8). | 0.80 |
| Service | 09/01/2020 | Michael Schmahl | Communications with C. Wesler, accountant, re K1/equity holder issues (.2); review emails from equity holders (.1); communications with the Trustee re same (.1). | 0.40 |
| Service | 09/03/2020 | Michael Schmahl | Review motion to lift stay filed by Public Storage and confirm prior abandonment of relevant materials (.3); prepare email to the Trustee re same (.1). | 0.40 |
| Service | 09/09/2020 | Michael Schmahl | Calls to M. Adolphi (.1) and DeNardo (.1). | 0.20 |
| Service | 09/10/2020 | Michael Schmahl | Follow up call with M. Adolphi (.2); multiple email correspondence with C. Wesler and the Trustee (.3); follow up with M. Adolphi (.1); calls with 2 other equity holders (.3). | 0.90 |

| Service | 09/23/2020 | Michael Schmahl | Multiple emails with Trustee and accountant re K1 issues (.2); follow up with the equity holders in question or their accountants (.3). | 0.50 |
|---|---|---|---|---|
| Service | 09/30/2020 | Michael Schmahl | Prepare motion to retain Moglia Advisors (1.5); legal research re same (1.1); call with Trustee re same, BMG and other matters (.2). | 2.80 |
| Service | 10/06/2020 | Michael Schmahl | Confer with the Trustee re changes to application to retain Moglia Advisors (.2) and revise same (.2) and the draft declaration (.2). | 0.60 |
| Service | 10/14/2020 | Michael Schmahl | Communications with M. Adolphi re certain K1s and questions from equity holders (.2); review materials from same (.2); follow up with accountant (.2). | 0.60 |
| Service | 10/21/2020 | Michael Schmahl | Further emails with M. Adolphi and another equity holder (.1); review various documents and identify likely issue re missing information in Debtors' files (.4); confer with the Trustee and C. Wesler (.2). | 0.70 |
| Service | 11/05/2020 | Michael Schmahl | Email and phone communications with C. Wesler re apparent need to amend 2019 returns based on discrepancies in the records (.4); confer with the Trustee (.2). | 0.60 |
| Service | 11/24/2020 | Michael Schmahl | Prepare draft fee application for accountant (1.2). | 1.20 |
| Service | 11/29/2020 | Michael Schmahl | Prepare draft additional retention application for accountant for next set of returns (.9). | 0.90 |
| Service | 11/30/2020 | Michael Schmahl | Prepare fee application for accountant (.8); prepare draft exhibits (.4); communications with same re further retention (.3). | 1.50 |
| Service | 12/01/2020 | Michael Schmahl | Calls (3) with C. Wesler re time records for fee application, draft engagement agreement for second retention, and declaration re second retention (.5); prepare application to retain account (.7); revise draft accountant fee application (.9). | 2.40 |
| Service | 12/02/2020 | Michael Schmahl | Communications with C. Wesler re fee application and second engagement (.2); finalize time records and fee application for accountant (1.3); finalize draft second engagement agreement (.2); finalize application to retain accountant (.8); call with the Trustee re both applications and review of revised engagement agreement (.2); prepare supplemental certificate of service to creditors re accountant's fee application (.2). | 2.90 |
| Service | 12/03/2020 | Michael Schmahl | Communications with C. Wesler re obtaining another copy of declaration due to formatting issue preventing filing of same (.1). | 0.10 |
| Service | 12/09/2020 | Michael Schmahl | Prepare for and appear for the 12/9 hearing to retain accountant re amending 2019 and filing 2020 returns (.4); confer with the Trustee and accountant (.1). | 0.50 |
| Service | 01/25/2021 | Michael Schmahl | Review materials from Moglia Advisors (.5) and prepare draft | 2.10 |

| | | | 1st Interim Fee Application for same as financial advisor (1.1); prepare draft Trustee's first interim fee application for interim Trustee compensation (.9); prepare emails to Trustee re both drafts (.1). | |
|---|---|---|---|---|
| Service | 02/12/2021 | Michael Schmahl | Review Moglia Advisors changes to draft fee application and work on revisions to draft (.4). | 0.40 |
| Service | 02/16/2021 | Michael Schmahl | Revise Trustee's draft interim fee application (.5). | 0.50 |
| Service | 02/18/2021 | Michael Schmahl | Prepare short notices for each of the Moglia Advisor's and the Trustee's interim fee applications (.3); prepare draft orders (.1); file completed fee applications and attention to service of notices on creditors (.3). | 0.70 |
| Service | 03/01/2021 | Michael Schmahl | Call with C. Wesler (.3) and review various documents related to questions asked by same (.4). | 0.70 |
| Service | 03/08/2021 | Michael Schmahl | Call with C. Wesler (.2); call to M. Adolphi, chairperson of Debtors (.1) and prepare email to same (.1). | 0.40 |
| Service | 03/10/2021 | Michael Schmahl | Review Moglia Advisors and Trustee interim fee applications and prepare for potential questions (.4); confer with the Trustee (.2; NOTE THIS IS NOT DUPLICATIVE OF CONFERENCE WITH TRUSTEE RE BMG ON THIS DATE); Appear for the hearing on the two fee applications (.4). | 1.00 |
| Service | 03/15/2021 | Michael Schmahl | Call with M. Adolphi and C. Wesler (.4). | 0.40 |
| Service | 05/19/2021 | Michael Schmahl | Appear for hearing in BMG adversary proceeding (.3). | 0.30 |
| Service | 05/26/2021 | Michael Schmahl | Prepare for and appear for the 5/26 hearing to modify terms of engagement re Dominion (.5); confer with the Trustee following hearing (.1). | 0.60 |
| Service | 07/07/2021 | Michael Schmahl | Communications with the Trustee re correspondence to New Jersey (.2). | 0.20 |
| Service | 07/26/2021 | Michael Schmahl | Confer with C. Wesler re potential state tax claim issue (.3). | 0.30 |
| Service | 07/28/2021 | Michael Schmahl | Appear for the status hearing in the BMG adversary (.2). | 0.20 |
| Service | 10/13/2021 | Michael Schmahl | Appear for the hearing on the 9019 motion re BMG, including reviewing settlement prior to hearing (.4). | 0.40 |
| Service | 03/24/2022 | Michael Schmahl | Prepare Accountants' affidavit of disinterestedness for retention for 2021 returns and communications with same (.2). | 0.20 |
| Service | 03/30/2022 | Michael Schmahl | Draft application to retain accountants for the 2021 tax returns and draft order (.4). | 0.40 |
| Service | 03/31/2022 | Michael Schmahl | Prepare amended application to employ accountant (.2). | 0.20 |
| Service | 04/04/2022 | Michael Schmahl | Confer with the Trustee re accountant and related issues (.1); communications with C. Wesler (.3). | 0.40 |
| Service | 05/26/2022 | Michael Schmahl | Work on Moglia Advisors' second interim fee application (.5). | 0.50 |

| Service | 05/27/2022 | Michael Schmahl | Work on MPS contingent fee application (.8); review sections 327-330 and limited research re same (.9); add citations to draft fee app (.3). | 2.00 |
|---|---|---|---|---|
| Service | 06/01/2022 | Michael Schmahl | Finish Moglia Advisors' second interim fee application, including short notice and draft order (.9); work on draft of MPS Second interim fee app--Dominion Contingency Fee (.6). | 1.50 |
| Service | 06/02/2022 | Michael Schmahl | Finalize MPS contingent fee app and prepare the short notice and draft order (1.0); attention to service of short notices for both MPS' and Moglia Advisors' second interim fee apps (.3). | 1.30 |
| Service | 06/16/2022 | Michael Schmahl | Prepare initial draft of motion to substantively consolidate Debtors' bankruptcy estates (2.3). | 3.70 |
| Service | 06/17/2022 | Michael Schmahl | Review draft substantive consolidation motion and make revisions (.5). | 0.50 |
| Service | 06/19/2022 | Michael Schmahl | Prepare short notice for creditors of motion to substantively consolidate (.2). | 0.20 |
| Service | 06/20/2022 | Michael Schmahl | Confer with the Trustee re comments to the motion for substantive consolidation (.3); revise draft to including Trustee's comments and additional edits (.6); attention to service of short notice on creditors (.2). | 1.10 |
| Service | 06/22/2022 | Michael Schmahl | Appear for the 6/22 hearing on the second fee apps for Moglia Advisors and MPS and the Dominion 9019 motion (.3). Confer with A. Moglia after the hearing re the Court's question related to Moglia Advisors' second fee app (.2). | 0.50 |
| Service | 06/27/2022 | Michael Schmahl | Confer with A. Moglia re question raised by the Court re Moglia Advisors' second fee app and other matters (.2). | 0.20 |
| Service | 07/14/2022 | Michael Schmahl | Review entered order granting motion for substantive consolidation (.1). | 0.10 |
| Service | 09/13/2022 | Michael Schmahl | Review Wesler & Associates' time entries and prepare draft interim fee application (.7). | 0.70 |
| Service | 09/14/2022 | Michael Schmahl | Finalize draft interim fee app for accountants for the amended 1019 returns and 2020 and 2021 returns (.8); prepare short notice (.1); prepare email to Trustee re same (.1). | 1.00 |
| Service | 10/05/2022 | Michael Schmahl | Review comments to draft Wesler interim fee app and revise same and prepare draft order (.2); attention to service of short notice (.2). | 0.40 |
| Service | 02/22/2023 | Michael Schmahl | Appear for hearing on claims objections, includes review of claims before hearing (.3). | 0.30 |
| Service | 02/24/2023 | Michael Schmahl | Respond to questions related to BCause Secure from the accountants (.1) | 0.10 |
| Service | 03/09/2023 | Michael Schmahl | Participate in call with Trustee, J. Niese and S. Wesler re | 0.70 |

| | | | | |
|---|---|---|---|---|
| | | | issues need to address for 2022 tax return and potential impact on other matters, as well as equity holder questions (.7). | |
| Service | 03/13/2023 | Michael Schmahl | Review debtors' accounting records and prepare for conference call (.4); participate in subsequent call with J. Niese and C. Wesler to resolve issues related to 2022 returns and plan for balance of anticipated tax issues (including any impact on the estate) (.8); Revise Wesler engagement agreement (.1); exchange emails with Trustee and accountant (.1). | 1.40 |
| Service | 03/13/2023 | Michael Schmahl | Calls (3) with a fund to see if interest in potential remnant sale (.3) | 0.30 |
| Service | 03/14/2023 | Michael Schmahl | Prepare application to retain Wesler and Associates re 2023 and future potential returns (.5); prepare new draft affidavit of disinterestedness (.1). | 0.60 |
| Service | 03/16/2023 | Michael Schmahl | Call with second potential remnant purchaser (.2). | 0.20 |
| Service | 03/22/2023 | Michael Schmahl | Call to second potential remnant purchaser (.1). | 0.10 |
| Service | 03/28/2023 | Michael Schmahl | Respond to proposal related to finalizing tax return for "final' returns and addressing capital accounts, deferred income and equity holders (.1). | 0.10 |
| Service | 04/03/2023 | Michael Schmahl | Communications with second potential remnant purchaser, passed (.1). | 0.10 |
| Service | 04/05/2023 | Michael Schmahl | Participate in conference call with Trustee and C. Wesler re issues and options to make tax returns "final" and potentially avoid future returns (.4). | 0.40 |
| Service | 06/29/2023 | Michael Schmahl | Prepare draft fee application for Wesler & Associates for 2022 returns, includes review of contract and time sheets (.7). | 0.70 |
| Service | 07/06/2023 | Michael Schmahl | Address Trustee's comments/questions related to Wesler fee app and St. Bitts 9019 motion (.1); confer with C. Wesler re clarification of one issue raised by Trustee (.1); amend drafts, including draft notices (.1). | 0.30 |
| Service | 08/16/2023 | Michael Schmahl | Prepare MPS 3rd and final fee app (1.2); prepare Moglia Advisors final fee app (.9). | 2.10 |
| Service | 08/22/2023 | Michael Schmahl | Finalize MPS final fee app (.3); finalize Moglia Advisors final fee app (.7); prepare Trustee's final fee app (.9). | 1.90 |
| Service | 09/01/2023 | Michael Schmahl | Revise the draft Trustee's fee application and draft Moglia Advisors fee application based on comments and information from the Trustee and Moglia Advisors (.7). | 0.70 |
| Service | 10/16/2023 | Michael Schmahl | Prepare notices of withdrawal for both MA and MPS fee applicaitons (.2); email communications with the Trustee re same and next steps (.1). | 0.30 |
| Service | 11/14/2023 | Michael Schmahl | Review various Debtor records related to A/R, prior disputes, | 1.20 |

| | | | | |
|---|---|---|---|---|
| | | | and operating reports related to inquiries regarding A/R (1.2). | |
| Service | 11/17/2023 | Michael Schmahl | Prepare working memo to Trustee regarding various issues related to estate administration, including certain litigation and final review of various other issues (.9). | 0.90 |
| Service | 11/21/2023 | Michael Schmahl | Finish working memo for the Trustee (1.0); review certain of Debtor's customer contracts (.4); related accounting records (.5); payroll records (.3); and papers filed with the court during the ch. 11 portion of the case (.5). | 2.70 |
| Service | 12/26/2023 | Michael Schmahl | Review and revise draft engagement agreement with Wesler & Associates re payroll tax work (.2); and communications with C. Wesler re same (.1); communications with the Trustee re same (.1). | 0.40 |
| Service | 12/29/2023 | Michael Schmahl | Prepare draft application to employ Wesler related to payroll tax services (.7) and final revision to engagement agreement (.1); prepare email to C. Wesler re same (.1). | 0.90 |
| Service | 01/05/2024 | Michael Schmahl | Revise application to employ accountant re payroll tax issues (.3); prepare draft order and file (.1). | 0.40 |
| Service | 01/30/2024 | Michael Schmahl | Appear for the hearing on the motion to employ Wesler re withholding taxes/reporting on wage claims and the Chapman and Sanford settlement motions (.7). | 0.70 |
| Service | 02/27/2024 | Michael Schmahl | Call with C. Wesler re timing of remaining services and fee app in connection with services needed after final distributions/case close (.2); prepare email to and confer with the Trustee re same (.2). | 0.40 |
| Service | 03/15/2024 | Michael Schmahl | Review materials from C. Wesler and brief call with C. Wesler regarding same (.1); prepare fee application for Wesler & Associates for Wage Claim Services (.8) and prepare creditor notice (.1); prepare email to Trustee re same (.1). | 1.10 |
| Service | 03/20/2024 | Michael Schmahl | Confer with Trustee's office re plan forward, fee apps and TFR (.2); prepare MPS' third interim fee application (1.4); revise and finalize Wesler fee app and creditor notice (.2) and MPS fee app and creditor notice (.2). | 2.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Schmahl | 21.0 | $400.00 | $8,400.00 |
| Michael Schmahl | 56.0 | $350.00 | $19,600.00 |
| | | **Subtotal** | **$28,000.00** |
| | | **Total** | **$28,000.00** |

03/20/2024

# Mason Pollick & Schmahl LLC

**INVOICE**

70 W. Hubbard, Suite 304
Chicago, IL 60654
United States

Date: 10/06/2023

Alex Moglia

## 00009-Moglia

## BCause--BMG

| Type | Date | Attorney | Notes | Quantity |
|------|------|----------|-------|----------|
| Service | 06/09/2020 | Michael Schmahl | Communications with the Trustee re various accounting issues related to BMG and claims asserted by same (.2). | 0.20 |
| Service | 06/18/2020 | Michael Schmahl | Review various records related to BMG from Debtors' records (.7); review documents filed by Debtors' in Ch. 11 portion of the case related to BMG (1.4). | 2.10 |
| Service | 06/22/2020 | Michael Schmahl | Work on analysis of transactions and potential claims involving BMG (1.6). | 1.60 |
| Service | 06/25/2020 | Michael Schmahl | Call with C. Vaassen re BMG and Debtors' records related to same as well as various accounting entries related to same (.6); initial review of additional Debtors' records related to BMG (.9). | 1.50 |
| Service | 06/28/2020 | Michael Schmahl | Initial review of newly located Debtors' records related to BMG (1.7); review notes from prior conversations with C. Vaassen and Accountants re "deferred income" (.3); work on analysis of potential claims and defenses (.8). | 2.80 |
| Service | 07/29/2020 | Michael Schmahl | Communications with Accountants re BMG documents and issues related thereto (.1). | 0.10 |
| Service | 07/31/2020 | Michael Schmahl | Review C. Vaassen's initial answers to various BMG questions (.1). Legal research re economic loss doctrine (.9); legal research re tort claim as admin expense under section 503(b) (1.2). | 2.20 |
| Service | 08/07/2020 | Michael Schmahl | Call with C. Vaassen re accounting for certain transactions related to BMG (.5) (this is separate from the conference call recorded on same date in Administrative Matter and there is no duplication). | 0.50 |
| Service | 10/06/2020 | Michael Schmahl | Call with C. Vaassen re BMG transactions and subsequent agreements to recharacterize initial investment and offset against fees and related matters (.7). | 0.70 |
| Service | 11/11/2020 | Michael Schmahl | Continue to work on history of changes to characterizations and agreements between Debtors and BMG (.5); review | 2.20 |

| | | | accounting records from QuickBooks, Debtors' "deferred income" calculations related to BMG and records from Debtors' and BMG re attempted true up of initial investment and setoffs against hosting fees (1.7). | |
| --- | --- | --- | --- | --- |
| Service | 11/15/2020 | Michael Schmahl | Continued work on potential theories against BMG, including potential breach of contract, setoff, and avoidance theories (1.1). | 1.10 |
| Service | 11/23/2020 | Michael Schmahl | Update draft claim analysis and potential resolutions with BMG (.4); identify remaining open issues (.2). | 0.60 |
| Service | 12/02/2020 | Michael Schmahl | Work on potential post-petition theories against BMG (.7). Further research under section 503 re tort claims when contract in place (1.1); Confer with Trustee (.1). | 1.90 |
| Service | 12/07/2020 | Michael Schmahl | Communications with S. Clar re certain facts related to BMG (.1). | 0.10 |
| Service | 12/08/2020 | Michael Schmahl | Work on potential settlement strategies related to BMG (.5). | 0.50 |
| Service | 12/10/2020 | Michael Schmahl | Revise analysis of BMG claims (.8). | 0.80 |
| Service | 12/15/2020 | Michael Schmahl | Work on draft summary of BMG related matters for the Trustee (1.3). | 1.30 |
| Service | 12/17/2020 | Michael Schmahl | Review various historical records and Debtor-filed pleadings related to factual issues related to BMG's hosting agreement and potential claims related thereto (1.2). | 1.20 |
| Service | 12/18/2020 | Michael Schmahl | Review draft summary for the Trustee (.6). | 0.60 |
| Service | 01/07/2021 | Michael Schmahl | Revise draft summary of issues for the Trustee and prepare for call with same (.9). | 0.90 |
| Service | 01/11/2021 | Michael Schmahl | Communications with B. Shaw re BMG's claims and esate's claims against BMG (.1). | 0.10 |
| Service | 01/12/2021 | Michael Schmahl | Call with B. Shaw re BMG (.3); confer with the Trustee (.2). | 0.50 |
| Service | 01/15/2021 | Michael Schmahl | Communications with the Trustee (.2). | 0.20 |
| Service | 01/19/2021 | Michael Schmahl | Work on draft of long response and counter proposal to BMG (1.5). | 1.50 |
| Service | 01/20/2021 | Richard Mason | Reading draft of M. Schmahl long settlement proposal for BMG (.5); creating diagram with claims and counterclaims (.25); brief research on requirements for asserting an admin claim based on non-performance of an unassumed executory contract (.6); making revisions to settlement proposal (.5) | 1.85 |
| Service | 01/22/2021 | Michael Schmahl | Revise draft response and counter to BMG (.5); confer with the Trustee (.1). | 0.60 |
| Service | 01/25/2021 | Michael Schmahl | Finalize and send response and counteroffer to BMG's counsel (.3). | 0.30 |

| Service | 01/27/2021 | Michael Schmahl | Confer with the Trustee re status of BMG discussions (.1). | 0.10 |
| Service | 02/03/2021 | Michael Schmahl | Prepare for call with BMG (.5); and calls (2) with counsel for BMG (.6). | 1.10 |
| Service | 02/10/2021 | Michael Schmahl | Work on projections related to potential settlement with BMG and information requested by same (1.4). | 1.40 |
| Service | 02/17/2021 | Michael Schmahl | Work on projections and different scenarios related to BMG (3.9). | 3.90 |
| Service | 02/22/2021 | Michael Schmahl | Revise analysis in connection with potential settlement and work on materials related to same (4.4). | 4.40 |
| Service | 02/23/2021 | Michael Schmahl | Work on settlement proposal and related presentation materials, includes review of several claims and issues (1.7). | 1.70 |
| Service | 02/25/2021 | Michael Schmahl | Work on revised settlement proposal with related analysis and related exhibit (2.1); prepare for call with the Trustee (.3). | 2.40 |
| Service | 02/26/2021 | Michael Schmahl | Call with the Trustee (.3); revise proposal with BMG and modify related presentation (.9); prepare email to counsel for BMG (.1) and call to same (.1). | 1.40 |
| Service | 03/01/2021 | Michael Schmahl | Multiple communications with counsel for BMG (.3). | 0.30 |
| Service | 03/08/2021 | Michael Schmahl | Exchange multiple emails with counsel for BMG (.2); call to same (.1). | 0.30 |
| Service | 03/09/2021 | Michael Schmahl | Prepare for call with BMG counsel, including review of analysis and various documents (.4); call with same (.7); prepare email to Trustee re same (.1). | 1.20 |
| Service | 03/10/2021 | Michael Schmahl | Confer with the Trustee re discussions with BMG and next steps (.3). | 0.30 |
| Service | 03/12/2021 | Michael Schmahl | Exchange multiple emails with BMG's counsel (.1). | 0.10 |
| Service | 03/13/2021 | Michael Schmahl | Prepare for (.5) and call with counsel for BMG (.4). Work on preparing summary of certain issues BMG is considering in connection with current settlement proposal (.5). | 1.40 |
| Service | 03/16/2021 | Michael Schmahl | Finalize materials to send to BMG (.3) and send email to same (.1). | 0.40 |
| Service | 03/22/2021 | Michael Schmahl | Prepare and send additional information requested by BMG in evaluating current settlement proposal (.6); additional emails with same (.1). | 0.70 |
| Service | 03/23/2021 | Michael Schmahl | Call with counsel for BMG re proposed settlement (.4). | 0.40 |
| Service | 03/25/2021 | Michael Schmahl | Communications with counsel for BMG (.2). Legal research re tort vs. contract issue related to BMG's asserted Ch. 11 Admin claim (1.5). | 1.70 |
| Service | 03/31/2021 | Michael Schmahl | Communications with counsel for BMG (.1). | 0.10 |

10/06/2023

| | | | | |
|---|---|---|---|---|
| Service | 04/08/2021 | Michael Schmahl | Communications with BMG's counsel (.1). | 0.10 |
| Service | 04/09/2021 | Michael Schmahl | Call with BMG's counsel rejecting proposal and next steps (.3); multiple calls with S. Clar and former Committee counsel (.5) and the Trustee re same (.5); work on draft complaint against BMG (1.8). | 3.10 |
| Service | 04/10/2021 | Michael Schmahl | Substantially revise and finalize draft complaint against BMG, including checking all dates and amounts and other specifics against records (3.9). | 3.90 |
| Service | 04/11/2021 | Michael Schmahl | Review materials on potential service to BMG, a foreign entity located in the Caribbean with an European affiliate (1.5); calls to various services for potential quotes on service to same (.3). | 1.80 |
| Service | 04/12/2021 | Michael Schmahl | Follow up with services for potential foreign service on BMG and related information (.7); confer with the Trustee re filing of lawsuit and plan to see if we can resolve disputes (.2). | 0.90 |
| Service | 05/03/2021 | Richard Mason | Conferring with B. Shaw, counsel for BMG, re his settlement offer (.5) | 0.50 |
| Service | 05/03/2021 | Richard Mason | Conferring with B. Shaw re BMG offer of settlement. | 0.50 |
| Service | 05/04/2021 | Richard Mason | Reading various documents and sketching out a settlement proposal for BMG with estimates of what various administrative claims would be worth. | 1.40 |
| Service | 05/05/2021 | Richard Mason | First draft of alternate settlement proposals for BMG (1.2) | 1.20 |
| Service | 05/05/2021 | Richard Mason | Reading Quantum Foods decision on interplay between avoidance actions and admin claims(.40); revising draft settlement offer for BMG (.10) | 0.50 |
| Service | 05/10/2021 | Michael Schmahl | Work on potential settlement (.4). | 0.40 |
| Service | 05/11/2021 | Michael Schmahl | Work on counteroffer to BMG (.5). | 0.50 |
| Service | 05/22/2021 | Michael Schmahl | Call to the Trustee re BMG and counteroffer (.1). | 0.10 |
| Service | 05/24/2021 | Richard Mason | Conferring with A. Moglia re proposed settlement with BMG (.4) | 0.40 |
| Service | 05/24/2021 | Richard Mason | Conferring with J. Niese at Moglia Advisors re settlement proposals for BMG (.2); conferring with J. Niese and A. Moglia re same and getting approval to submit (.4); submitting same to B. Shaw, counsel for BMG (.1) | 0.70 |
| Service | 05/25/2021 | Richard Mason | Conferring with B. Shaw re settlement. | 0.40 |
| Service | 06/01/2021 | Richard Mason | Conferring with B. Shaw re settlement and his reading of Rule 1019 on time for filing admin claims(.25); reviewing materials on Rule 1019 and its various amendments (.25); drafting email to trustee re status of discussions (.10) | 0.60 |
| Service | 06/01/2021 | Michael Schmahl | Confer with the Trustee re status of settlement (.1). | 0.10 |

| Service | 06/09/2021 | Michael Schmahl | Review and evaluate proposal from BMG (.2). | 0.20 |
|---------|------------|-----------------|--------------------------------------------|------|
| Service | 06/10/2021 | Michael Schmahl | Work on potential settlement offer to BMG and revise based on prior discussions (.2) and revise correspondence to Trustee re same (.3). | 0.50 |
| Service | 06/14/2021 | Richard Mason | Conferring with Alex Moglia re authority to make new offer to BMG | 0.40 |
| Service | 06/15/2021 | Richard Mason | Drafting email offer to BMG | 0.50 |
| Service | 06/16/2021 | Richard Mason | Conferring with B. Shaw BMG's counter offer to settle. | 0.25 |
| Service | 06/17/2021 | Richard Mason | Drafting email to A. Moglia re BMG's latest offer and commenting on how he should respond. | 0.75 |
| Service | 07/03/2021 | Michael Schmahl | Communications with BMG's counsel and the Trustee re settlement (.2). | 0.20 |
| Service | 07/12/2021 | Richard Mason | Making further revisions to settlement agreement with BMG | 0.60 |
| Service | 07/12/2021 | Michael Schmahl | Finalize comments to draft settlement (.5); communications with Trustee re same (.2); communications with BMG's counsel (.2). | 0.90 |
| Service | 07/20/2021 | Michael Schmahl | Initial review of latest BMG comments and cover correspondence (.5); email and telephone communications with same (.2). | 0.70 |
| Service | 07/21/2021 | Michael Schmahl | Review BMG comments to draft settlement (.3); exchange emails with counsel for same (.1); call with counsel for BMG (.2). | 0.60 |
| Service | 07/22/2021 | Michael Schmahl | Work on draft settlement agreement (.2). | 0.20 |
| Service | 07/23/2021 | Richard Mason | Conferring with B. Shaw re resolution of differences in the draft settlement agreement (.50); reading Brian's markup and making further revisions (.40) | 0.90 |
| Service | 07/26/2021 | Michael Schmahl | Work on BMG settlement (.7). | 0.70 |
| Service | 08/03/2021 | Michael Schmahl | Communications with BMG's counsel re settlement agreement and planned comments to the court at the 8/4 hearing (.2); confer with the Trustee re same (.1). | 0.30 |
| Service | 08/04/2021 | Michael Schmahl | Appear for the 8/4 status hearing (.4). | 0.40 |
| Service | 08/09/2021 | Michael Schmahl | Confer with the Trustee re BMG (.1); review latest changes to draft settlement from same (.3). | 0.40 |
| Service | 08/23/2021 | Richard Mason | Conferring with B. Shaw re modification of release language in settlement (.25) | 0.25 |
| Service | 08/23/2021 | Richard Mason | Drafting email to A. Moglia re latest draft of settlement agreement with BMG (.10); drafting second email to A. Moglia re scope of release (.10); drafting email to B. Shaw re continuing problem with scope of relief (.10) | 0.30 |

| Service | 08/23/2021 | Michael Schmahl | Confer with the Trustee re open issues related to the potential BMG settlement (.3). | 0.30 |
|---|---|---|---|---|
| Service | 08/24/2021 | Richard Mason | Email to B. Shaw re cleaning up releases in settlement agreement (.10). | 0.10 |
| Service | 09/21/2021 | Michael Schmahl | Prepare settlement motion re BMG (1.4); confer with the Trustee re same (.1). | 1.50 |
| Service | 09/22/2021 | Michael Schmahl | Review notes re BMG motion from Trustee (.1); finalize motion and prepare creditor notice and draft order for same (.7); attention to service of notice on creditors (.3); appear for the 9/22 status hearing on BMG (.4); attention to communications from BMG's counsel re draft order (.2). | 1.70 |
| Service | 11/02/2021 | Michael Schmahl | Draft motion to dismiss BMG adversary proceeding and draft order (.3) and prepare motion to allow administrative claim related to BMG's allowed admin claim under the settlement (.4); communications with the Trustee re same (.1). | 0.80 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Richard Mason | 12.1 | $495.00 | $5,989.50 |
| Michael Schmahl | 69.7 | $350.00 | $24,395.00 |
| | | **Subtotal** | **$30,384.50** |
| | | **Total** | **$30,384.50** |

# Mason Pollick & Schmahl LLC

**INVOICE**

70 W. Hubbard, Suite 304
Chicago, IL 60654
United States

Date: 03/20/2024

Alex Moglia

## 00036-Moglia

## Moglia--BCause--Claims

| Type | Date | Attorney | Notes | Quantity |
|------|------|----------|-------|----------|
| Service | 08/27/2020 | Michael Schmahl | Review correspondence from various state tax agencies (.1); communications with Trustee and the accountant re same (.2); review various Debtors' records related to same and potentially similar issues (.5) and follow up communications with Accountants and the Trustee (.2). | 1.00 |
| Service | 08/28/2020 | Michael Schmahl | Communications with IDES re notice sent to Debtors (.2). | 0.20 |
| Service | 08/31/2020 | Michael Schmahl | Exchange multiple emails with Illinois Department of Employment Security re resent notice sent to the Trustee (.4). | 0.40 |
| Service | 09/01/2020 | Michael Schmahl | Further phone and email communications with IDES (.3). | 0.30 |
| Service | 10/05/2020 | Michael Schmahl | Review materials Trustee received from IDES (.2). | 0.20 |
| Service | 10/28/2020 | Michael Schmahl | Review prior correspondence from creditor to Trustee and prepare email to creditor (.2). | 0.20 |
| Service | 10/29/2020 | Michael Schmahl | Communications with creditor re status (.1). | 0.10 |
| Service | 03/02/2021 | Michael Schmahl | Communications with creditor (.2); communications with M. Adolphi (.1). | 0.30 |
| Service | 06/24/2021 | Michael Schmahl | Review notice from New Jersey Dept of Labor (.1); Prepare letter to NJ Dept. of Labor re recent notice sent to the Trustee (.4). | 0.50 |
| Service | 05/18/2022 | Michael Schmahl | Call with the Trustee regarding a ruling in an apparent proceeding before the Illinois Department of Labor (.2); review ruling against T. Flake and correspondence from T. Flake (.2); prepare response to same (.1). | 0.50 |
| Service | 06/30/2022 | Michael Schmahl | Communications with the Trustee re notice from NJ (.1); send email to NJ DoL (.1). | 0.20 |
| Service | 07/08/2022 | Michael Schmahl | Perform projections of likely disbursements (.3); Review claims filed in both claims registers for potential administrative claims not marked as such (1.3); review St. | 1.70 |

| | | | Bitts claim (.1). | |
| Service | 07/12/2022 | Michael Schmahl | Review St. Bitts asserted Ch. 11 admin claim and the related contract (.4); research re 348(c) (.7). | 1.10 |
| Service | 07/15/2022 | Michael Schmahl | Communications with St. Bitts counsel (.2). | 0.20 |
| Service | 07/20/2022 | Michael Schmahl | Legal research re section 503 and 365 and search for case meeting odd fact pattern of St. Bitts (2.3). | 2.30 |
| Service | 07/22/2022 | Michael Schmahl | Communications with counsel for St. Bitts (.2). | 0.20 |
| Service | 08/15/2022 | Michael Schmahl | Prepare updated claims listing for the Trustee (.6); confer with the Trustee and J. Niese (.4). | 1.00 |
| Service | 09/09/2022 | Michael Schmahl | Call with J. Niese and the Trustee re claims issues and notices from various potential creditors (.4). | 0.40 |
| Service | 09/19/2022 | Michael Schmahl | Call with C. Wesler re latest NJ notice and review of certain of Debtors' accounting records re same and other potential issues (.6); call to State of NJ (.1). | 0.70 |
| Service | 09/26/2022 | Michael Schmahl | Review additional correspondence from New Jersey DoL (.1); calls to same, including extended call with one of its representatives (.5); prepare email to same (.2); prepare summary for the Trustee (.2). | 1.00 |
| Service | 09/27/2022 | Michael Schmahl | Call with C. Wesler re follow up re Debtors' accounting entries (.4); review materials from same (.5). | 0.90 |
| Service | 10/07/2022 | Michael Schmahl | Review original notice of bankruptcy case, subsequent notice of conversion to ch. 7, and notice of time to file proofs of claim (.4); review various notices and bills received by the Trustee and compare against notice lists (.8). | 1.20 |
| Service | 10/16/2022 | Michael Schmahl | Prepare draft objections to 5 proofs of claim asserting secured claims (objection to the secured claims), including notices (1.8). | 1.80 |
| Service | 10/17/2022 | Michael Schmahl | Telephone conference with Trustee and J. Niese re open ch. 11 admin issue and need to compile information re any known potential creditors and other claims issues (.5). | 0.50 |
| Service | 10/27/2022 | Michael Schmahl | Prepare draft motion to set supplemental bar date (.9). | 0.90 |
| Service | 11/04/2022 | Michael Schmahl | Revise the draft motion for supplemental bar date (.9). work on compiling complete service list for the supplemental bar motion for all potential state agencies and others (N/C). | 0.90 |
| Service | 11/09/2022 | Michael Schmahl | Confer with the Trustee and J. Niese re claims issues and draft objections and motions as well as efforts to create service list for supplemental notice (.3). | 0.30 |
| Service | 11/15/2022 | Michael Schmahl | Revise draft motion to set supplemental bar date based on Trustee's comments (.3). | 0.30 |
| Service | 12/09/2022 | Michael Schmahl | Revise draft objections to secured claims (.2) and modify the draft supplemental bar date motion and draft notice (.6). | 0.80 |

| Service | 12/27/2022 | Michael Schmahl | Follow up with C. Wesler re Debtors' final A/P lists and other information for notice of supplemental bar date based on accounting records (.1). | 0.10 |
|---------|------------|-----------------|-----------|------|
| Service | 01/18/2023 | Michael Schmahl | Finalize objections to secured claims and prepare draft orders, attention to service of same (.2) (NOTE: COULD NOT FILE 2 CLAIMS ON BCAUSE LLC CLAIMS REGISTER b/c PREVENTED FROM FILING IN THAT CASE-- WORKING WITH CLERK). | 0.20 |
| Service | 01/20/2023 | Michael Schmahl | File and attention to service of 2 objections to secured claims filed in BCause LLC claims register (.2). | 0.20 |
| Service | 01/22/2023 | Michael Schmahl | Review latest notice from NJ and prior notes re Debtors' accounting records (.3); prepare draft NJ form (.7); Communications to C. Wesler re same (.1). | 1.10 |
| Service | 01/23/2023 | Michael Schmahl | Call with C. Wesler to confirm data in draft NJ form (.4) and finalize same (.3). | 0.70 |
| Service | 01/25/2023 | Michael Schmahl | Revise supplemental bar date motion and notice, prepare draft order (.3). | 0.30 |
| Service | 02/03/2023 | Michael Schmahl | Attention to getting supplemental notices mailed (.2). | 0.20 |
| Service | 02/06/2023 | Michael Schmahl | Resolve questions related to mailing supplemental notices from the mailing service (.3). | 0.30 |
| Service | 04/06/2023 | Michael Schmahl | Review newly filed claims in both claims dockets after supplemental bar date passed (.7); call to one creditor (Horizon Kinetics) that arguably asserted secured claim (.1). | 0.80 |
| Service | 04/20/2023 | Michael Schmahl | Communications with J. Niese re claims, reporting and other issues as well as St. Bitts (.1). | 0.10 |
| Service | 05/05/2023 | Michael Schmahl | Review St. Bitts payment history in the Debtors Hosting Agreement records (1.4); review other records related to factual disputes with St. Bitts (.3); compare with St. Bitts assertions and update argument against St. Bitts (1.1). | 2.80 |
| Service | 05/08/2023 | Michael Schmahl | Communications with Horizon Kinetics counsel and draft stipulation (.2); confer with the Trustee re same and St. Bitts (.2). | 0.40 |
| Service | 05/19/2023 | Michael Schmahl | Follow up with C. Wesler re Debtors' "deferred income" and A/R accounting records, review same, and work through apparent discrepancies in various records related to St. Bitts asserted admin claim (.7); call to St. Bitts's counsel (.1). | 0.80 |
| Service | 05/23/2023 | Michael Schmahl | Communications with St. Bitts (.1). | 0.10 |
| Service | 05/25/2023 | Michael Schmahl | Exchange emails and confer with the Trustee re St. Bitts and potential settlement (.3); Call to St. Bitts counsel (.1). | 0.40 |
| Service | 06/01/2023 | Michael Schmahl | Review email from St. Bitts counsel and prepare settlement agreement (.6). | 0.60 |
| Service | 06/06/2023 | Michael Schmahl | Revise draft settlement after conferring with the Trustee (.3); | 0.40 |

| | | | | |
|---|---|---|---|---|
| | | | prepare email to same (.1) | |
| Service | 06/21/2023 | Michael Schmahl | Review comments from St. Bitts to draft settlement and prepare proposed revisions to address issues raised (.2) | 0.20 |
| Service | 06/22/2023 | Michael Schmahl | Follow up with St. Bitts counsel and the Trustee re revisions to draft agreement (.1). | 0.10 |
| Service | 06/29/2023 | Michael Schmahl | Prepare draft 9019 Motion for St. Bitts agreement (.5); prepare stipulation with BMG to clean up claims (.5). | 1.00 |
| Service | 07/12/2023 | Michael Schmahl | Prepare draft orders for St. Bitts 9019 motion and Wesler fee app (.2); attention to service of same (.1). | 0.30 |
| Service | 09/01/2023 | Michael Schmahl | Update and correct the Trustee's claims chart to be used in final report (.9). | 0.90 |
| Service | 10/11/2023 | Michael Schmahl | Call with J. Niese and A. Springer at Moglia Advisors re issues related to certain claims, includes discussion re several claims (.5). | 0.50 |
| Service | 10/12/2023 | Michael Schmahl | Review claims (1.1); prepare memo to the Trustee re additional objections (.7); call with Trustee and Moglia Advisors re same and concerns raised related to final report and other issues (.5). | 2.30 |
| Service | 10/25/2023 | Michael Schmahl | Review list from Trustee regarding claims questions and the related claims (.6) and call to same (.1). | 0.70 |
| Service | 10/27/2023 | Michael Schmahl | Research re sections 503, 507, and other procedural and priority sections of the Bankruptcy Code and related Rules related to asserting administrative claims, including related case law (1.6); review notices of bar dates and various certificates of service (.3). | 1.90 |
| Service | 10/29/2023 | Michael Schmahl | Work on objections related to approximately 16 claims, includes review of each claim and issues related to same (1.7). | 1.70 |
| Service | 11/01/2023 | Michael Schmahl | Prepare initial draft objections for IRS (.4); IDES (.3); Grede (.3); and Chapman (.5), includes review of prior emails and materials in the Debtors' records. | 1.50 |
| Service | 11/02/2023 | Michael Schmahl | Review Debtors' records and pre-petition wage and cash collateral motions and related orders filed during the ch. 11 portion of the case (1.1); work on draft objections to multiple claims (.7). | 1.80 |
| Service | 11/03/2023 | Michael Schmahl | Revise and complete draft objections to numerous claims (1.3); continue to try to reach certain claim holders for potential resolutions or clarifications (.2). | 1.50 |
| Service | 11/04/2023 | Michael Schmahl | Legal research re sections 503 and 501 (.7); revise 3 draft objections (.5); prepare email to Trustee regarding other claims (.1). | 1.30 |
| Service | 11/13/2023 | Michael Schmahl | Communications with D. Chapman re potential settlement (.4). | 0.40 |

| Service | 11/24/2023 | Michael Schmahl | Calls to various claim holders re potential resolution of disputed issues (.2). | 0.20 |
|---|---|---|---|---|
| Service | 11/27/2023 | Michael Schmahl | Communications with E. Sanford re settlement proposal (.3); prepare email to Trustee re same (.1). | 0.40 |
| Service | 12/01/2023 | Michael Schmahl | Communications to various claim holders in attempt to resolve (.1). | 0.10 |
| Service | 12/08/2023 | Michael Schmahl | Communications with claim holders re potential settlement (.2). | 0.20 |
| Service | 12/13/2023 | Michael Schmahl | Prepare draft settlement with E. Sanford (1.1). | 1.10 |
| Service | 12/14/2023 | Michael Schmahl | Communications with D. Chapman re potential resolution (.2); prepare draft settlement agreement with same (.7); communications with Trustee re same and E. Sanford settlement (.1). | 1.00 |
| Service | 12/29/2023 | Michael Schmahl | Prepare draft 9019 motions for settlement with D. Chapman (.7) and E. Sanford (.4); prepare short form notices for each (.2); prepare draft orders for each (.2); prepare email to Trustee (.1). | 1.60 |
| Service | 01/05/2024 | Michael Schmahl | Revise and finalize 9019 motions for Chapman and Sanford settlements (.3); communications with the trustee re same (.1). | 0.40 |
| Service | 01/17/2024 | Michael Schmahl | Respond to inquiry from a creditor regarding Sanford and Chapman settlements (.2). | 0.20 |
| Service | 01/26/2024 | Michael Schmahl | Communications with each of E. Sanford (.1) and D. Chapman (.1). | 0.20 |
| Service | 02/13/2024 | Michael Schmahl | Review Trustee's changes to remaining claims objections and revise same, includes review of handful of documents to verify certain facts (1.3); prepare email to Trustee re same (.1); prepare draft orders for 7 claims objections (.4). | 1.80 |
| Service | 02/27/2024 | Michael Schmahl | Review filing by IRS re claim objection and call with counsel for same, discuss issues and potential for settlement (.3); review IRS proof of claim and work on issues raised in that call (.2). | 0.50 |
| Service | 03/11/2024 | Michael Schmahl | Call with counsel for the IRS (.1). | 0.10 |
| Service | 03/15/2024 | Michael Schmahl | Review Grede response to objection to his proofs of claim and brief review of proofs of claim (.3); communications with the Trustee re same (.1). | 0.40 |
| Service | 03/16/2024 | Michael Schmahl | Prepare email to Trustee re Grede and settlement proposal (.1). | 0.10 |
| Service | 03/18/2024 | Michael Schmahl | Call with counsel for Grede re settlement of claim objection (.2); email and telephone communications with AUSA re objection to IRS' claim and where he is in gathering information (.2); prepare draft stipulation resolving Grede claim objection (.3). | 0.70 |

| Service | 03/19/2024 | Michael Schmahl | Review claims objections prior to hearing (.2) and appear for the 3/19 hearing on the several claims objections (.5); email communications with AUSA re IRS claim objection (.1); review Debtor's records re same (.1); confer with the Trustee following hearing re all claim objections, Grede resolution and the outstanding IRS claim issues (.2). | 1.10 |
| Service | 03/20/2024 | Michael Schmahl | Prepare 9019 motion re Grede (.7); prepare creditor notice re same (.2). | 0.90 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Schmahl | 36.5 | $400.00 | $14,600.00 |
| Michael Schmahl | 20.2 | $350.00 | $7,070.00 |
| | | **Subtotal** | **$21,670.00** |
| | | **Total** | **$21,670.00** |

# Mason Pollick & Schmahl LLC

# **INVOICE**

70 W. Hubbard, Suite 304
Chicago, IL 60654
United States

Date: 03/20/2024

Alex Moglia

## 00054-Moglia

## BC: Expenses

| Type | Notes | Rate |
|------|-------|------|
| Expense | Copy Charges | $46.80 |
| Expense | Postage | $39.78 |
| Expense | Filing Fee--BMG Adversary | $350.00 |
| Expense | Copying Charges | $76.50 |
| Expense | Postage | $91.64 |
| Expense | Copy Charges | $414.00 |
| Expense | Postage | $136.02 |
| Expense | Copy Charges | $201.60 |
| Expense | Postage | $102.43 |
| Expense | Copy Charges | $57.60 |
| Expense | Postage | $102.43 |
| Expense | Copy Charges | $58.50 |
| Expense | Postage | $103.35 |
| Expense | QuickBooks--Debtors' Records | $864.00 |
| Expense | Copy Charges | $57.60 |
| Expense | Postage | $110.27 |
| Expense | Copy Charges | $15.00 |
| Expense | Postage | $20.22 |
| Expense | Copy Charges | $269.55 |
| Expense | Postage | $531.50 |

03/20/2024

| | | | |
|---|---|---|---|
| Expense | Copy Charges | | $66.75 |
| Expense | Postage | | $56.07 |
| Expense | Copy Charges | | $177.30 |
| Expense | Postage | | $301.41 |
| Expense | Postage--Estimated for Mailing Creditor Notices | | $180.85 |
| Expense | Copy Charges--Estimated for Creditor Notices | | $66.70 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | **Subtotal** | **$4,497.87** |
| | | **Total** | **$4,497.87** |