IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) )  Chapter 7 ) |
| BCause Mining LLC, *et al.* | ) Case No. 19-10562 ) (Jointly Administered) ) |
| Debtors. | ) Hon. Janet S. Baer ) |

**NOTICE OF THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MASON POLLICK & SCHMAHL LLC AS COUNSEL TO THE TRUSTEE AND TO SHORTEN NOTICE**

     PLEASE TAKE NOTICE that on March 22, 2024, Mason Pollick & Schmahl LLC ("MPS")[1], as counsel for Alex D. Moglia (the "Trustee"), not individually but solely as the Trustee of the substantively consolidated Chapter 7 bankruptcy estate of BCause Mining LLC and BCause LLC (collectively, the "Debtors"), filed the Third Interim Application for Allowance of Compensation and Reimbursement of Expenses to Mason Pollick & Schmahl LLC as Counsel to the Trustee and Request to Approve and Shorten Notice (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") seeking, among other things, the entry of an order by the Court: (i) approving and allowing compensation to MPS in the amount of $80,054.50 (the "Compensation") for services performed for the Trustee during the period from May 21, 2020, through and including March 20, 2024 (the "Compensation Period"); (ii) approving and allowing the reimbursement of expenses to MPS in the amount of $4,497.87 (the "Expense Reimbursement") for expenses incurred during the Compensation Period; (iii) authorizing the Trustee to immediately pay the Compensation and Expense Reimbursement to MPS out of the approximately $551,190.08 the Trustee is currently holding in the Debtors' substantively consolidate estate; (iv) approving the form of this Notice; (v) shortening notice; and (vi) granting related relief.

     PLEASE TAKE FURTHER NOTICE that a hearing on the Application has been scheduled to take place on **April 9, 2024, at 10:00 A.M.** (the "Hearing") before the Honorable Janet S. Baer, United States Bankruptcy Judge or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 Dearborn Street, Chicago, IL 60604 or electronically as described below.

     **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

---

[1] Mason Pollick & Schmahl LLC is the same firm formerly known as Pollick & Schmahl, LLC.

EXHIBIT 2

**To appear by Zoom using the Internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Application with all attachments is available, with a password through the Court's PACER system at www.ilnb.uscourts.gov, and the Trustee will make a copy of the Application and all attachments available to any party that submits a request to the Trustee's counsel, Michael M. Schmahl, at Mason Pollick & Schmahl, LLC, 70 W. Hubbard Street, Suite 304, Chicago, Illinois 60654, mschmahl@mps-law.com (e-mail), (312) 312-5531 (telephone).

|  |  |
|---|---|
| Dated: March 22, 2024 | Alex Moglia, Chapter 7 Trustee of the Bankruptcy Estates of BCause Mining LLC and BCause LLC |
|  | By: /s/ Michael M. Schmahl<br>Michael M. Schmahl |

Michael M. Schmahl
MASON POLLICK & SCHMAHL, LLC
70 W. Hubbard, Suite 304
Chicago, Illinois 60654
(312) 312-5531
mschmahl@mps-law.com
*Counsel to the Trustee*

EXHIBIT 2