UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT**
**WITH FREDERICK J. GREDE PURSUANT TO RULE 9019 AND TO SHORTEN NOTICE**

This matter coming before the Court on the Trustee's Motion to Approve Compromise and Settlement with Frederick J. Grede ("Grede") Pursuant to Rule 9019 and to Shorten Notice (the "Motion"); it appearing that the compromise reflected in the Settlement Agreement (the "Agreement") substantially in the form of that attached as Exhibit 1 to the Motion was negotiated and entered into in good faith and is in the best interests of the Debtors' bankruptcy estates;

IT IS HEREBY ORDERED THAT:

(1) The Motion is granted as set forth herein;

(2) The Agreement is authorized and approved;

(3) The Trustee is authorized to enter into, execute, and deliver the Agreement and to take any such further actions to implement and otherwise perform the Trustee's obligations under the Agreement in accordance with its terms;

(4) Proof of Claim No. 32-1 on the Claims Register for BCause Mining, LLC (Case No. 19-10562) ("Claim "32") filed by Grede is and shall be deemed amended and superseded in its entirety by this order and, as so amended and superseded, shall be allowed as follows: Grede shall have an allowed pre-petition priority claim in the amount of $13,650 under section 507(a)(4) of the Bankruptcy Code and an allowed general unsecured claim in the amount of $532,482 that shall not be entitled to any priority distribution under any section of the Bankruptcy Code whatsoever (the "Allowed Claim 32");

(5) Proof of Claim No. 16-2 on the Claims Register for BCause LLC (Case No. 19-10731) ("Claim 16") and Proof of Claim No. 17-1 on the Claims Register for BCause LLC (Case No. 19-10731) ("Claim 17") shall be disallowed, and no distribution or other payment shall be made on account of either Claim 16 or Claim 17;

(6) The Clerk of the Court is directed to add this order to Claim 32 on the Claims Register in the case captioned In re BCause Mining LLC (19-10562) and to Claim 16 and Claim 17 on the Claims Register in the case captioned In re BCause LLC (19-10731); and

(7) Notice of the Motion is shortened to that given; and

(8) The form of the Creditor Notice is authorized and approved.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  April 09, 2024

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860