UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-10562 |
| BCause Mining LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING FOURTH AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO WESLER & ASSOCIATES CPA, PC, AS ACCOUNTANTS TO THE TRUSTEE RELATED TO WAGE CLAIM SERVICES AND TO SHORTEN NOTICE

This matter coming before the Court on the Fourth and Final Application for Allowance of Compensation and Reimbursement of Expenses to Wesler & Associates CPA, PC ("Wesler"), as Accountants to the Trustee Related to Wage Claim Services and to Shorten Notice (the "Application"); the Court being fully advised in the premises; and adequate notice having been provided to all parties entitled thereto;

IT IS HEREBY ORDERED THAT:

(1) Wesler is allowed compensation in the amount of $3,293.75 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $414.50 (the "Expense Reimbursement");

(2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $3,293.75 and allowed Expense Reimbursement in the amount of $414.50 to Wesler from the funds currently held in the Debtors' substantively consolidated bankruptcy estate;

(3) Notice of the Application is shortened to that given;

(4) The form of the Notice, attached as Exhibit 2 to the Application, is authorized and approved.

Enter:

Janet S. Baer

Honorable Janet S. Baer

Dated:  April 09, 2024                     United States Bankruptcy Judge

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860