UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

BCause Mining LLC, et al.

Debtor(s)

BK No.: 19-10562
(Jointly Administered)
Chapter: 7
Honorable Janet S. Baer

**ORDER GRANTING THIRD INTERIM APPLICATION OF
MASON POLLICK & SCHMAHL LLC FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO CHAPTER 7 TRUSTEE AND TO SHORTEN NOTICE**

This matter coming before the Court on the Third Interim Application of Mason Pollick & Schmahl LLC for Compensation and Reimbursement of Expenses as Counsel to Chapter 7 Trustee and to Shorten Notice (the "Application"); the Court being fully advised in the premises, and adequate notice having been provided to all parties entitled thereto;

IT IS HEREBY ORDERED THAT:

(1) Mason Pollick & Schmahl LLC is allowed interim compensation in the amount of $80,054.50 (the "Compensation") and allowed interim reimbursement of expenses in the amount of $4,497.87 (the "Expense Reimbursement");

(2) The Trustee, Alex Moglia, is authorized to immediately pay such allowed Compensation in the amount of $80,054.50 and allowed Expense Reimbursement in the amount of $4,497.87 to Mason Pollick & Schmahl LLC from the funds currently held in the substantively consolidated bankruptcy estate of BCause Mining LLC and BCause LLC;

(3) Notice of the Application is shortened to that given; and

(4) The form of the Notice, attached as Exhibit 2 to the Application, is authorized and approved.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 09, 2024

**Prepared by:**

Michael M. Schmahl
Mason Pollick & Schmahl LLC
70 W. Hubbard, Suite 304
Chicago, IL 60654
mschmahl@mps-law.com
ARDC No. 6275860