

8899 E 56th Street
Indianapolis, IN 46249
**U.S. Customs and
Border Protection**

6-26-2024

Clerk of the U.S. Bankruptcy Court
Northern District of Illinois
219 South Dearborn, Suite 710
Chicago, Illinois 60604

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 02 2024
JEFFREY P. ALLSTEADT, CLERK

Re:     BCause Mining, LLC
        Case Number: 19-10562

Dear Sir or Madam:

U.S. Customs and Border Protection has moved to a new office location and is no
longer at 6650 Telecom Drive in Indianapolis, IN. The address should be updated to

U.S. Customs and Border Protection
Attn: REV-Bankruptcy–203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Please update your records accordingly for U.S. Customs and Border Protection. If
you have any questions about the request, please contact the bankruptcy team at
BankruptcyTeam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Revenue Protection Branch
Revenue Division