# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. JANET S. BAER |
| BCAUSE MINING LLC, A VIRGINIA LIMIT | ) | Case No. 19-10562 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: The Honorable JANET S. BAER, Bankruptcy Judge

NOW COMES ALEX D. MOGLIA, Trustee herein, pursuant to 11 U.S.C. §330, and requests $75,762.16 as compensation and $2,379.83 for reimbursement of expenses, $45,957.79 of which has previously been paid as compensation and $2,379.83 which has been paid in expenses.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,750,405.43. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $   1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $   4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 47,500.00 | ($47,500.00 max.) |
| 3% of balance | $ 22,512.16 | |
| TOTAL COMPENSATION | $ 75,762.16 | |
| Previously Paid | $ 45,957.79 | |
| **Amount Due** | **$ 29,804.37** | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 19th day of July, 2024

/s/ Alex D. Moglia
ALEX D. MOGLIA, Trustee