# Exhibit 1

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

Page        1

---

## Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: BCause Moglia Advisors |
| Slip.Transaction Date | Earliest - 5/31/2024 |

---

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Nickname 1: Estimates | | | | | |
| 2/29/2024 | Jill Niese | 400.00 | 1.00 | 400.00 | Do Not Bill |
| 285832 | Estimated | | 1.00 | 400.00 | |
| | review TFR to be submitted to UST | | | | |
| 2/29/2024 | Jill Niese | 400.00 | 8.50 | 3,400.00 | Do Not Bill |
| 285833 | Estimated | | 8.50 | 3,400.00 | |
| | research possible UST TFR audit questions | | | | |
| 2/29/2024 | Karen Nandapreecha | 175.00 | 2.00 | 350.00 | Do Not Bill |
| 285836 | Estimated | | 2.00 | 350.00 | |
| | research assistance for any UST TFR audit inquiries | | | | |
| 2/29/2024 | Jill Niese | 400.00 | 3.00 | 1,200.00 | Billable |
| 285837 | Estimated | | | | |
| | review final Moglia Advisors fee application | | | | |
| 2/29/2024 | Karen Nandapreecha | 175.00 | 1.90 | 332.50 | Billable |
| 285839 | Estimated | | | | |
| | prepare Moglia Advisors final fee application | | | | |
| 2/29/2024 | Jill Niese | 400.00 | 0.50 | 200.00 | Do Not Bill |
| 285840 | Estimated | | 0.50 | 200.00 | |
| | prepare 5/2024-9/2024 bank reconciliations | | | | |
| Total: none | | | 4.90 | | $1,532.50 |
| | Do Not Bill | | 12.00 | $4,350.00 | |

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Nickname 1: Accounting/Auditing | | | | | |
| 5/12/2022 269391 | Jill Niese Reconcile Apr., 2022 bank statement Reference:    Accounting/Auditing | 400.00 | 0.10 0.10 | 40.00 40.00 | Do Not Bill |
| 6/13/2022 270204 | Jill Niese Reconcile May, 2022 bank statement Reference:    Accounting/Auditing | 400.00 | 0.10 0.10 | 40.00 40.00 | Do Not Bill |
| 7/12/2022 270912 | Jill Niese Reconcile June, 2022 bank statement Reference:    Accounting/Auditing | 400.00 | 0.10 0.10 | 40.00 40.00 | Do Not Bill |
| 7/14/2022 270940 | Jill Niese t/c w/ Schmahl re: Dominion's wire instruction forms that need to be filled out and supporting documents sent. Reference:    Accounting/Auditing | 400.00 | 0.10 | 40.00 | Billable |
| 7/14/2022 270941 | Jill Niese Prepare and send to Schmahl Dominion Energy settlement wire instruction confirmation forms. Reference:    Accounting/Auditing | 400.00 | 0.20 | 80.00 | Billable |
| 7/15/2022 270944 | Jill Niese t/c w/ Moglia and Dominion representative re: confirming wire amt and payment instructions. Reference:    Accounting/Auditing | 400.00 | 0.10 | 40.00 | Billable |
| 7/15/2022 270945 | Jill Niese Prepare deposit for Dominion settlement asset. Reference:    Accounting/Auditing | 400.00 | 0.10 0.10 | 40.00 40.00 | Do Not Bill |
| 7/15/2022 270946 | Jill Niese Prepare payment to MA and Mason Pollick and Schmahl.  Pymt to be made once Dominion settlement funds received. Reference:    Accounting/Auditing | 400.00 | 0.20 | 80.00 | Billable |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/19/2022<br>271031 | Jill Niese<br>Prepare<br>deposit Dominion settlement wire.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 7/19/2022<br>271032 | Jill Niese<br>Prepare<br>MA and Mason, Pollick & Schmahl approved interim fee application<br>payments.<br>Reference:    Accounting/Auditing | 400.00 | 0.10 | 40.00 | Billable |
| 7/20/2022<br>271047 | Jill Niese<br>Email<br>Stretto, Rathbun re: guidance on how to substantively consolidate the two<br>BCause cases.<br>Reference:    Accounting/Auditing | 400.00 | 0.10 | 40.00 | Billable |
| 7/25/2022<br>271190 | Jill Niese<br>t/c w/<br>Schmahl re: QuickBooks annual cloud subscription.  He negotiated a 6<br>month term.<br>Reference:    Accounting/Auditing | 400.00 | 0.20 | 80.00 | Billable |
| 8/2/2022<br>271372 | Jill Niese<br>t/c w/<br>Schmahl re: Substantive consolidation.<br>Reference:    Accounting/Auditing | 400.00 | 0.20 | 80.00 | Billable |
| 8/2/2022<br>271373 | Jill Niese<br>Prepare<br>check payable for balance in BCause Mining LLC to BCause LLC to close<br>out Mining and consolidate into the parent, BCause LLC.<br>Reference:    Accounting/Auditing | 400.00 | 0.20 | 80.00 | Billable |
| 8/2/2022<br>271374 | Jill Niese<br>Review<br>email sent by O. Alvarez at Stretto re: how to substantively consolidate the<br>two cases in Trustee Suite.<br>Reference:    Accounting/Auditing | 400.00 | 0.50 | 200.00 | Billable |
| 8/5/2022<br>271389 | Jill Niese<br>Prepare<br>deposit check in BCause LLC from BCause Mining LLC.<br>Reference:    Accounting/Auditing | 400.00 | 0.20<br>0.20 | 80.00<br>80.00 | Do Not Bill |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

Page        4

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/5/2022<br>271390 | Jill Niese<br>Email | 400.00 | 0.10 | 40.00 | Billable |
| | O Alvarez at Stretto re: substantive consolidation in Trustee suite.<br>Reference:     Accounting/Auditing | | | | |
| 8/8/2022<br>271576 | Jill Niese<br>ADMIN. MATTERS | 400.00 | 0.10 | 40.00 | Billable |
| | Closed BCause LLC bank acct. re substantively consolidating into BCause<br>Mining LLC.<br>Reference:     Accounting/Auditing | | | | |
| 8/9/2022<br>271586 | Jill Niese<br>Reconcile | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| | July, 2022 bank statement<br>Reference:     Accounting/Auditing | | | | |
| 8/10/2022<br>271610 | Jill Niese<br>Email | 400.00 | 0.10 | 40.00 | Billable |
| | O Alvarez at Stretto re conversion looks good to go.<br>Reference:     Accounting/Auditing | | | | |
| 9/12/2022<br>272309 | Jill Niese<br>Reconcile | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| | Aug, 2022 bank statement<br>Reference:     Accounting/Auditing | | | | |
| 10/11/2022<br>272804 | Jill Niese<br>Reconcile | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| | Sep, 2022 bank statement<br>Reference:     Accounting/Auditing | | | | |
| 10/28/2022<br>273029 | Jill Niese<br>Prepare | 400.00 | 0.20 | 80.00 | Billable |
| | check to pay Wesler and Associates 2nd Fee app.<br>Reference:     Accounting/Auditing | | | | |
| 11/8/2022<br>273328 | Jill Niese<br>Reconcile | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| | Oct, 2022 bank statement<br>Reference:     Accounting/Auditing | | | | |
| 12/12/2022<br>273984 | Jill Niese<br>Reconcile | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| | Nov, 2022 bank statement<br>Reference:     Accounting/Auditing | | | | |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/12/2023<br>274747 | Jill Niese<br>Reconcile<br>Dec, 2022 bank statement.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 2/9/2023<br>275511 | Jill Niese<br>Reconcile<br>Jan, 2023 bank statement.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 3/1/2023<br>276066 | Jill Niese<br>Prepare<br>deposit Dominion Energy small $1.72 rate refund check.<br>Reference:    Accounting/Auditing | 400.00 | 0.10 | 40.00 | Billable |
| 3/16/2023<br>276475 | Jill Niese<br>Reconcile<br>Feb, 2023 bank statement.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 4/14/2023<br>277140 | Jill Niese<br>Reconcile<br>March 2023 bank statement.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 5/5/2023<br>277642 | Jill Niese<br>Reconcile<br>Apr., 2023 bank statement.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 6/7/2023<br>278611 | Jill Niese<br>Reconcile<br>May, 2023 bank statement.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 7/11/2023<br>279849 | Jill Niese<br>Prepare<br>June, 2023 bank reconciliation.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 8/9/2023<br>280652 | Jill Niese<br>Prepare<br>July, 2023 bank reconciliation.<br>Reference:    Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |

9/24/2024                                          Moglia Advisors
4:10 PM                                          Pre-bill Worksheet                                    Page      6

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/9/2023<br>280667 | Jill Niese<br>Prepare<br>check payable to C Wesler for the preparation of 2022 tax returns.<br>Reference:     Accounting/Auditing | 400.00 | 0.40 | 160.00 | Billable |
| 9/11/2023<br>281636 | Jill Niese<br>Prepare<br>August, 2023 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 12/8/2023<br>283462 | Jill Niese<br>Prepare<br>October, 2023 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 12/8/2023<br>283511 | Jill Niese<br>Prepare<br>November, 2023 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 12/8/2023<br>283593 | Jill Niese<br>Prepare<br>September, 2023 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 1/8/2024<br>284156 | Jill Niese<br>Prepare<br>December, 2023 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 2/9/2024<br>284912 | Jill Niese<br>Prepare<br>January, 2024 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 3/8/2024<br>285724 | Jill Niese<br>Prepare<br>February, 2024 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 4/10/2024<br>286704 | Jill Niese<br>Prepare<br>March, 2024 bank reconciliation.<br>Reference:     Accounting/Auditing | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date | User | Rate | Hours | Amount | Total |
|------|------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 5/6/2024 | Jill Niese | 400.00 | 0.10 | 40.00 | Do Not Bill |
| 287292 | Prepare | | 0.10 | 40.00 | |
| | April, 2024 bank reconciliation. | | | | |
| | Reference:    Accounting/Auditing | | | | |

| | | | | | |
|------|------|------|-------|--------|-------|
| Total: Accounting/Auditing | | | ==2.90== | | ==$1,160.00== |
| | Do Not Bill | | 2.90 | $1,160.00 | |

Nickname 1: Case Administration

| Date | User | Rate | Hours | Amount | Total |
|------|------|------|-------|--------|-------|
| 5/3/2022 | Jill Niese | 400.00 | 0.30 | 120.00 | Billable |
| 269208 | Review | | | | |
| | Dominion settlement agreement and sent email to Schmahl w/small edit. | | | | |
| | Reference:    Case Administration | | | | |
| 6/28/2022 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 270573 | Email | | | | |
| | Schmahl re: Dominion settlement funds and the payment of  the Trustee and Mason Pollick on hold until settlement pymt received. | | | | |
| | Reference:    Case Administration | | | | |
| 7/7/2022 | Michele Springer | 400.00 | 0.60 | 240.00 | Billable |
| 271458 | Review | | | | |
| | court docket and look for settlements of adversaries | | | | |
| | Reference:    Case Administration | | | | |
| 7/8/2022 | Jill Niese | 400.00 | 0.40 | 160.00 | Billable |
| 270774 | Prepare | | | | |
| | banking/wire instruction documents for the Dominion settlement request. | | | | |
| | Reference:    Case Administration | | | | |
| 7/8/2022 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 270775 | t/c w/ | | | | |
| | Schmahl re: Dominion wiring instructions | | | | |
| | Reference:    Case Administration | | | | |
| 7/8/2022 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 270776 | t/c w/ | | | | |
| | Schmahl re: Dominion wiring instructions (second call) | | | | |
| | Reference:    Case Administration | | | | |
| 7/8/2022 | Michele Springer | 400.00 | 0.20 | 80.00 | Billable |
| 271459 | Sent | | | | |
| | email to Michael Schmahl re: status | | | | |
| | Reference:    Case Administration | | | | |
| 7/18/2022 | Michele Springer | 400.00 | 0.70 | 280.00 | Billable |
| 271467 | Review | | | | |
| | status from attorneys and edit and insert same into Form 1; update | | | | |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | estimated TFR date;  review Form 2 for last year<br>Reference:    Case Administration | | | | |
| 7/26/2022<br>271469 | Michele Springer<br>Review<br>chain of emails re consolidation; send email to wait until TIR's done<br>Reference:    Case Administration | 400.00 | 0.20 | 80.00 | Billable |
| 8/10/2022<br>272627 | Michele Springer<br>Email<br>re: consolidation<br>Reference:    Case Administration | 400.00 | 0.20 | 80.00 | Billable |
| 8/12/2022<br>271619 | Jill Niese<br>Email<br>Rathbun re: is a TFR necessary for BCause LLC since we have<br>substantively consolidated?<br>Reference:    Case Administration | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| 8/12/2022<br>271620 | Jill Niese<br>t/c w/<br>M Schmahl re claims analysis<br>Reference:    Case Administration | 400.00 | 0.10 | 40.00 | Billable |
| 9/9/2022<br>272100 | Karen Nandapreecha<br>Search<br>for and scan all tax authority correspondence and email to Schmahl<br>Reference:    Case Administration | 175.00 | 2.00 | 350.00 | Billable |
| 10/12/2022<br>272822 | Jill Niese<br>ADMIN. MATTERS<br>Set up proposed meeting w/Schmahl.<br>Reference:    Case Administration | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | No Charge |
| 10/17/2022<br>272960 | Jill Niese<br>Meet<br>w/Moglia and Schmahl re: next steps to move forward to the point of<br>closing the case.<br>Reference:    Case Administration | 400.00 | 0.50 | 200.00 | Billable |
| 10/24/2022<br>273088 | Karen Nandapreecha<br>Obtain<br>claims from docket<br>Reference:    Case Administration | 175.00 | 0.20<br>0.20 | 35.00<br>35.00 | Do Not Bill |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/25/2022<br>273090 | Karen Nandapreecha<br>Obtain | 175.00 | 3.00<br>3.00 | 525.00<br>525.00 | Do Not Bill |
| | claims from docket<br>Reference:    Case Administration | | | | |
| 10/26/2022<br>273092 | Karen Nandapreecha<br>Obtain | 175.00 | 0.30<br>0.30 | 52.50<br>52.50 | Do Not Bill |
| | claims from docket<br>Reference:    Case Administration | | | | |
| 1/17/2023<br>274921 | Jill Niese<br>Prepare | 400.00 | 0.30 | 120.00 | Billable |
| | 2022 form 2 and sent to Wesler for tax preparation.<br>Reference:    Case Administration | | | | |
| 5/11/2023<br>277739 | Karen Nandapreecha<br>Obtain | 175.00 | 0.30<br>0.30 | 52.50<br>52.50 | Do Not Bill |
| | and download claims<br>Reference:    Case Administration | | | | |
| 7/6/2023<br>279537 | Jill Niese<br>Meet | 400.00 | 0.20 | 80.00 | Billable |
| | w/M Schmahl and A Moglia re: status of the case and the filing of the St.<br>Bitts draft settlement order, amended claims filed by BMG, and  Wesler's<br>fee application.<br>Reference:    Case Administration | | | | |
| 7/6/2023<br>279543 | Jill Niese<br>Meet | 400.00 | 0.20 | 80.00 | Billable |
| | w/M Schmahl and A Moglia (second meeting) re: status of the case and<br>the filing of the St. Bitts settlement order, amended claims filed by BMG,<br>and Wesler's fee application.<br>Reference:    Case Administration | | | | |
| 8/8/2023<br>280643 | Jill Niese<br>Email | 400.00 | 0.20 | 80.00 | Billable |
| | sent to Schmahl providing receipts and disbursements from the start of the<br>case to current.<br>Reference:    Case Administration | | | | |
| 9/1/2023<br>281456 | Jill Niese<br>Attend | 400.00 | 0.30 | 120.00 | Billable |
| | meeting w/Moglia and Schmahl re: filing of final professionals' and<br>Trustee's fee applications and review of all claims.  Readying for TFR.<br>Reference:    Case Administration | | | | |

9/24/2024                                     Moglia Advisors
4:10 PM                                     Pre-bill Worksheet                                     Page        10

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/6/2023 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 282991 | Sent | | | | |
| | email to Schmahl re: preference analysis and A/R listing | | | | |
| | Reference:    Case Administration | | | | |
| 11/8/2023 | Michele Springer | 400.00 | 1.60 | 640.00 | Billable |
| 283217 | Review | | | | |
| | Schmahl's objections and make notes; send email to Moglia and Niese with same | | | | |
| | Reference:    Case Administration | | | | |
| 11/9/2023 | Michele Springer | 400.00 | 0.50 | 200.00 | Billable |
| 283218 | t/c w/ | | | | |
| | Moglia to discuss notes on objections | | | | |
| | Reference:    Case Administration | | | | |
| 11/14/2023 | Michele Springer | 400.00 | 0.40 | 160.00 | Billable |
| 283219 | Email | | | | |
| | with Schmahl re: ch. 11 administrative claims for employees | | | | |
| | Reference:    Case Administration | | | | |
| 11/15/2023 | Michele Springer | 400.00 | 0.50 | 200.00 | Billable |
| 283220 | Attend | | | | |
| | Teams meeting with Niese and Schmahl re objections | | | | |
| | Reference:    Case Administration | | | | |
| 12/20/2023 | Nate Jones | 350.00 | 0.20 0.20 | 70.00 70.00 | No Charge |
| 283720 | Review | | | | |
| | outstanding tasks in Planner and update statuses and due dates. | | | | |
| | Reference:    Case Administration | | | | |
| 3/25/2024 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 286322 | Review | | | | |
| | Reviewed the filed motions for Wesler's final fee app and the Grede 9019 motion. | | | | |
| | Reference:    Case Administration | | | | |
| 4/5/2024 | Michele Springer | 400.00 | 0.20 | 80.00 | Billable |
| 287102 | Review | | | | |
| | email from Moglia/Mike Schmahl re: IRS claim respond to same | | | | |
| | Reference:    Case Administration | | | | |
| 5/8/2024 | Jill Niese | 400.00 | 0.20 | 80.00 | Billable |
| 287323 | Prepare | | | | |
| | response to J Vassos re: Status of the BCause case | | | | |
| | Reference:    Case Administration | | | | |

9/24/2024                                      Moglia Advisors
4:10 PM                                     Pre-bill Worksheet                               Page      11

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Total: Case Administration | | | 10.30 | | $3,670.00 |
| | No Charge | | 0.30 | $110.00 | |
| | Do Not Bill | | 4.20 | $815.00 | |

**Nickname 1: Claims Administration & Objections**

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/16/2022 269525 | Jill Niese Email | 400.00 | 0.10 | 40.00 | Billable |

Schmahl re: status of Dominion mediation agreement motion.
Reference:    Claims Administration & Objections

| 5/18/2022 269547 | Jill Niese Attend | 400.00 | 0.70 | 280.00 | Billable |
|---|---|---|---|---|---|

Zoom meeting w/Moglia and Schmahl re: review of the Dominion
settlement agreement motion and next steps.
Reference:    Claims Administration & Objections

| 7/18/2022 271022 | Jill Niese t/c w/ | 400.00 | 0.10 | 40.00 | Billable |
|---|---|---|---|---|---|

Stretto banking to confirm receipt of Dominion Energy settlement wire.
Reference:    Claims Administration & Objections

| 7/18/2022 271023 | Jill Niese Email | 400.00 | 0.10 | 40.00 | Billable |
|---|---|---|---|---|---|

Schmahl re: Dominion settlement wire.
Reference:    Claims Administration & Objections

| 8/15/2022 271697 | Jill Niese t/c w/ | 400.00 | 0.10 | 40.00 | Billable |
|---|---|---|---|---|---|

Schmahl re: claims summary file.
Reference:    Claims Administration & Objections

| 8/15/2022 271698 | Jill Niese Prepare | 400.00 | 0.90 / 0.90 | 360.00 / 360.00 | Do Not Bill |
|---|---|---|---|---|---|

claims summary from data in Stretto via excel file; Schmahl to update file
with current status of each claim.
Reference:    Claims Administration & Objections

| 9/1/2022 272083 | Jill Niese Review | 400.00 | 0.30 / 0.30 | 120.00 / 120.00 | Do Not Bill |
|---|---|---|---|---|---|

Schmahl's claim summary analysis file.
Reference:    Claims Administration & Objections

| 9/9/2022 272233 | Jill Niese t/c w/ | 400.00 | 0.50 | 200.00 | Billable |
|---|---|---|---|---|---|

Schmahl re: duplicative claims and status of Schmahl's filing of an
administrative claims bar date.
Reference:    Claims Administration & Objections

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/9/2022<br>272234 | Jill Niese<br>Meet<br>w/Nandapreecha re: tax notice files and have her send copies of notices to<br>Schmahl so he can determine if he has all the taxing authority addresses<br>for the claims bar notice.<br>Reference:    Claims Administration & Objections | 400.00 | 0.30 | 120.00 | Billable |
| 10/21/2022<br>272983 | Jill Niese<br>t/c w/<br>M Schmahl re: list of notices for the claims bar date motion.<br>Reference:    Claims Administration & Objections | 400.00 | 0.10 | 40.00 | Billable |
| 10/21/2022<br>272984 | Jill Niese<br>Review<br>various draft claims objections prepared by Schmahl.<br>Reference:    Claims Administration & Objections | 400.00 | 0.40 | 160.00 | Billable |
| 10/24/2022<br>273000 | Jill Niese<br>Review<br>Schmahl's draft claims objections and note suggested edits.<br>Reference:    Claims Administration & Objections | 400.00 | 0.40 | 160.00 | Billable |
| 10/28/2022<br>273030 | Jill Niese<br>Update<br>Admin claims.<br>Reference:    Claims Administration & Objections | 400.00 | 0.70 | 280.00 | Billable |
| 10/28/2022<br>273031 | Jill Niese<br>Review<br>and update Secured, Priority and Unsecured claims.<br>Reference:    Claims Administration & Objections | 400.00 | 4.10<br>4.10 | 1,640.00<br>1,640.00 | Do Not Bill |
| 11/1/2022<br>273187 | Karen Nandapreecha<br>t/c w/<br>left message for Jennifer of Virginia Beach re bill received<br>Reference:    Claims Administration & Objections | 175.00 | 0.10 | 17.50 | Billable |
| 11/4/2022<br>273193 | Karen Nandapreecha<br>t/c w/<br>Jennifer of Virginia Beach re to disregard invoice received<br>Reference:    Claims Administration & Objections | 175.00 | 0.10 | 17.50 | Billable |
| 11/8/2022<br>273344 | Jill Niese<br>Review<br>claims and updated claims listing in Trustee suite.<br>Reference:    Claims Administration & Objections | 400.00 | 1.20<br>1.20 | 480.00<br>480.00 | Do Not Bill |

9/24/2024                                    Moglia Advisors
4:10 PM                                    Pre-bill Worksheet                                    Page      13

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/9/2022 273347 | Jill Niese Meet | 400.00 | 0.50 | 200.00 | Billable |

w/Moglia and Schmahl re: claims objections to 5 secured claims and draft
motion to submit to the court for administrative claims bar date.
Reference:     Claims Administration & Objections

| 11/10/2022 273359 | Jill Niese Review | 400.00 | 1.40 | 560.00 | Billable |

and provided edits to Schmahl on the 5 secured claims objections.
Reference:     Claims Administration & Objections

| 11/10/2022 273360 | Jill Niese Review | 400.00 | 0.30 | 120.00 | Billable |

and provided edits to Schmahl on administrative claims bar date draft
motion.
Reference:     Claims Administration & Objections

| 11/17/2022 273394 | Jill Niese Review | 400.00 | 0.60 | 240.00 | Billable |

final draft of the Supplemental Claims Bar motion prepared by Schmahl.
Reference:     Claims Administration & Objections

| 11/29/2022 273700 | Jill Niese t/c w/ | 400.00 | 0.30 | 120.00 | Billable |

M Schmahl re: s upplemental claims bar date motion, addtnl. edits.
Reference:     Claims Administration & Objections

| 12/15/2022 274017 | Jill Niese Review | 400.00 | 0.70 | 280.00 | Billable |

current drafts of the 5 secured claim objections and supplemental claims
bar date motions prepared by Schmahl.
Reference:     Claims Administration & Objections

| 12/19/2022 274150 | Karen Nandapreecha Review & revise | 175.00 | 0.50 | 87.50 | Billable |

claims objections
Reference:     Claims Administration & Objections

| 12/21/2022 274151 | Karen Nandapreecha Review & revise | 175.00 | 0.30 | 52.50 | Billable |

claims objections
Reference:     Claims Administration & Objections

| 12/28/2022 274294 | Jill Niese Review | 400.00 | 0.40 | 160.00 | Billable |

final draft from Schmahl of the 5 secured claims objections and the final
draft of the extension for the claims bar date.
Reference:     Claims Administration & Objections

9/24/2024                                    Moglia Advisors
4:10 PM                                    Pre-bill Worksheet                              Page        14

BCause Moglia Advisors:BCause (continued)

| Date | User | Rate | Hours | Amount | Total |
|------|------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/16/2023 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 276473 | Meet | | | | |
| | w/Moglia re: status finalizing the 2022 federal tax return | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 4/12/2023 | Jill Niese | 400.00 | 0.30 | 120.00 | Billable |
| 277122 | Meet | | | | |
| | w/Schmahl to discuss his claims analysis. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 5/4/2023 | Jill Niese | 400.00 | 0.70 | 280.00 | Billable |
| 277641 | t/c w/ | | | | |
| | A Moglia and M Schmahl re update on claims review and next steps to wrap up the claims process. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 5/8/2023 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 277799 | Email | | | | |
| | to Schmahl re: status to claim review file. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 5/10/2023 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 277808 | Review | | | | |
| | draft M Schmahl prepared for w/drawl of claim #41. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 5/10/2023 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 277809 | Review | | | | |
| | tax letter. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 5/19/2023 | Jill Niese | 400.00 | 0.50 | 200.00 | Billable |
| 278004 | t/c w/ | | | | |
| | Moglia and Schmahl re: status of w/drawl of Horizon Kinetics claim w/stipulation and the status of the St Bitts claim settlement process. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 5/31/2023 | Jill Niese | 400.00 | 0.40 | 160.00 | Billable |
| 278390 | Meet | | | | |
| | w/Schmahl re: settlement talks w/St. Bitts. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 6/2/2023 | Jill Niese | 400.00 | 0.30 | 120.00 | Billable |
| 278414 | Review | | | | |
| | Schmahl's St Bitts draft settlement agreement. | | | | |
| | Reference:    Claims Administration & Objections | | | | |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

Page      15

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/7/2023<br>278627 | Jill Niese<br>Email | 400.00 | 0.10 | 40.00 | Billable |
| | Schmahl re: draft settlement agreement for St Bitts can be finalized. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 6/21/2023<br>279004 | Jill Niese<br>Review | 400.00 | 0.10 | 40.00 | Billable |
| | the final draft of the St. Bitts claim settlement agreement. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 6/30/2023<br>279252 | Jill Niese<br>Review and Analysis | 400.00 | 0.20 | 80.00 | Billable |
| | draft of St. Bitts's settlement agreement motion prepared by M Schmahl<br>and propose edits for A Moglia to review. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 7/6/2023<br>279535 | Jill Niese<br>Review | 400.00 | 0.20 | 80.00 | Billable |
| | amended claims filed by BMG, claim #17 & #45. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 7/6/2023<br>279536 | Jill Niese<br>Sent | 400.00 | 0.10 | 40.00 | Billable |
| | email to Schmahl re: how to handle the filing of claim #45 on BCause<br>Mining LLC. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 7/11/2023<br>279863 | Jill Niese<br>Sent | 400.00 | 0.10 | 40.00 | Billable |
| | email to M Schmahl re: St. Bitts settlement order and if file d with the court<br>yet and status on stipulation on the claim BMG recently submitted (claim<br>#45). | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 8/29/2023<br>281431 | Jill Niese<br>Review | 400.00 | 0.50 | 200.00 | Billable |
| | Current claims listing in Stretto, Trustee Suite and extract the detail to an<br>excel sheet to send to M Schmahl for his review. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 9/27/2023<br>281903 | Jill Niese<br>Review | 400.00 | 0.50 | 200.00 | Billable |
| | Review edits to claims file M Schmahl returned for final review to be used<br>to update Stretto and finalize the claims. | | | | |
| | Reference:     Claims Administration & Objections | | | | |
| 9/28/2023<br>281922 | Jill Niese<br>Review | 400.00 | 2.00 | 800.00 | Billable |
| | Review edits to claims file M Schmahl returned for final review to be used | | | | |

9/24/2024                                  Moglia Advisors
4:10 PM                                 Pre-bill Worksheet                                    Page      16

BCause Moglia Advisors:BCause (continued)

| Date | User | Rate | Hours | Amount | Total |
|------|------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |

to update Stretto and finalize the claims.
Reference:    Claims Administration & Objections

| 9/29/2023 | Jill Niese | 400.00 | 4.50 | 1,800.00 | Billable |

281928 Review
Review edits to claims file M Schmahl returned for final review to be used
to update Stretto and finalize the claims.
Reference:    Claims Administration & Objections

| 10/2/2023 | Michele Springer | 400.00 | 1.50 | 600.00 | Billable |

282826 Review
spreadsheet from Niese with claims review info.; begin review of POC's;
send email to Schmahl re: questions on objections to claims  5 and 13
Reference:    Claims Administration & Objections

| 10/2/2023 | Michele Springer | 400.00 | 0.20 | 80.00 | Billable |

282827 t/c w/
Schmahl re: intent of orders objecting to secured claims
Reference:    Claims Administration & Objections

| 10/9/2023 | Michele Springer | 400.00 | 1.70 | 680.00 | Billable |

282837 Review
claims; got through #23;  tc with claimant for claim 12-he needs to amend
claim to change to his name
Reference:    Claims Administration & Objections

| 10/9/2023 | Michele Springer | 400.00 | 1.20 | 480.00 | Billable |

282838 Review
claims;  tc with attorney for Paychex and get further info; send Niese
email-how are the claims incurred during the ch. 11 being determined?
Reference:    Claims Administration & Objections

| 10/11/2023 | Jill Niese | 400.00 | 1.10 | 440.00 | Billable |

282242 Meet
w/Schmahl and M Springer re: claims review questions posed by Springer
surrounding Chap. 11 claims.
Reference:    Claims Administration & Objections

| 10/11/2023 | Michele Springer | 400.00 | 1.00 | 400.00 | Billable |

282839 Attend
Teams meeting with Niese and Schmahl to discuss treatment of claims
Reference:    Claims Administration & Objections

| 10/11/2023 | Michele Springer | 400.00 | 1.20 | 480.00 | Billable |

282841 Review
1/2 of claims (thru 18)  to see when they were incurred and if incurred
during ch 11
Reference:    Claims Administration & Objections

9/24/2024                                    Moglia Advisors
4:10 PM                                      Pre-bill Worksheet                        Page      17

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/12/2023 282250 | Jill Niese Review | 400.00 | 0.50 | 200.00 | Billable |
| | Email from Schmahl recapping the claims he suggests that we object to for better clarification as to the class of claim it should be defined as. Reference: Claims Administration & Objections | | | | |
| 10/12/2023 282251 | Jill Niese Meet | 400.00 | 0.60 | 240.00 | Billable |
| | w/Moglia, Schmahl and M Springer re: claims review questions posed by Springer surrounding Chap. 11 claims. Reference: Claims Administration & Objections | | | | |
| 10/12/2023 282842 | Michele Springer t/c w/ | 400.00 | 0.90 | 360.00 | Billable |
| | Paychex rep with date of debt incurred-pre-petition; receipt and review email from Schmahl with proposed treatment for 8 claims; look at IRS claim; tc with IRS to amend claim Reference: Claims Administration & Objections | | | | |
| 10/12/2023 282843 | Michele Springer Attend | 400.00 | 0.70 | 280.00 | Billable |
| | Teams meeting with Moglia, Niese and Schmahl to discuss treatment of claims Reference: Claims Administration & Objections | | | | |
| 10/13/2023 282264 | Jill Niese t/c w/ | 400.00 | 0.20 | 80.00 | Billable |
| | K Rathbun re: Chap 11 conversion to Chap 7 claims Reference: Claims Administration & Objections | | | | |
| 10/13/2023 282265 | Jill Niese t/c w/ | 400.00 | 0.20 | 80.00 | Billable |
| | Moglia re: claims issue and objections Schmahl is suggesting to file. Reference: Claims Administration & Objections | | | | |
| 10/13/2023 282266 | Jill Niese t/c w/ | 400.00 | 0.20 | 80.00 | Billable |
| | Schmahl re: claims issue and objections Schmahl is suggesting to file. Reference: Claims Administration & Objections | | | | |
| 10/13/2023 282267 | Jill Niese Prepare | 400.00 | 0.60 0.60 | 240.00 240.00 | Do Not Bill |
| | draft email to A Brief re: clarification in handling claims in a case that has converted from a Chap 11 to a 7 and sent to Moglia to review. Reference: Claims Administration & Objections | | | | |

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/13/2023 282844 | Michele Springer Review | 400.00 | 0.70 | 280.00 | Billable |
| | Niese's email to Adam Brief and response; review some claims | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/16/2023 282845 | Michele Springer Finalize | 400.00 | 2.30 2.30 | 920.00 920.00 | Do Not Bill |
| | review of claims in BCause Mining | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/17/2023 282471 | Jill Niese Meet | 400.00 | 0.20 | 80.00 | Billable |
| | w/Moglia re: BCause claims and the email to UST for comments on claim objections. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/17/2023 282473 | Jill Niese Email | 400.00 | 0.10 0.10 | 40.00 40.00 | Do Not Bill |
| | sent to UST for comments on claim objections . | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/18/2023 282479 | Jill Niese Meet | 400.00 | 0.30 | 120.00 | Billable |
| | w/Moglia re: BCause claims and objections. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/18/2023 282846 | Michele Springer Review | 400.00 | 1.50 1.50 | 600.00 600.00 | Do Not Bill |
| | claim in BCause; got thru #14 | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/23/2023 282626 | Jill Niese Meet | 400.00 | 0.50 | 200.00 | Billable |
| | w/Moglia and M Springer re: claims analysis and possible additional objections.  Asked M Spring er to prepare a recap file w/claims she thinks s/b objected to. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/23/2023 282849 | Michele Springer Review | 400.00 | 1.80 | 720.00 | Billable |
| | claims #15 through #33 and put claim issues in chart | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 10/24/2023 282850 | Michele Springer Finalize | 400.00 | 1.20 | 480.00 | Billable |
| | review of claims in BCause and complete table of objections | | | | |
| | Reference:    Claims Administration & Objections | | | | |

9/24/2024                                      Moglia Advisors
4:10 PM                                       Pre-bill Worksheet                                      Page      19

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/25/2023<br>282654 | Jill Niese<br>Review | 400.00 | 0.20 | 80.00 | Billable |

Claims objection recap file created by M Springer and sent to M Schmahl
requesting he add these claims to an omnibus objection.
Reference:      Claims Administration & Objections

| 10/25/2023<br>282851 | Michele Springer<br>Review | 400.00 | 1.30 | 520.00 | Billable |

and compare my table of objections to email from Schmahl with his
objections; send email to Niese and Moglia with table and suggestions of
what I would do
Reference:      Claims Administration & Objections

| 11/1/2023<br>282773 | Jill Niese<br>t/c w/ | 400.00 | 0.10 | 40.00 | Billable |

Moglia and Schmahl re: claims objections
Reference:      Claims Administration & Objections

| 11/8/2023<br>283011 | Jill Niese<br>Review | 400.00 | 0.50 | 200.00 | Billable |

email from M Springer w/suggested edits to the draft claim objections
prepared by M Schmahl
Reference:      Claims Administration & Objections

| 11/15/2023<br>283185 | Jill Niese<br>Meet | 400.00 | 0.60 | 240.00 | Billable |

w/Schmahl and M Springer re: final objections to be drafted by Schmahl
and edits needed.
Reference:      Claims Administration & Objections

| 12/7/2023<br>283445 | Nate Jones<br>t/c w/ | 350.00 | 0.30 | 105.00 | Billable |

M Schmahl re: wage claim negotiations.
Reference:      Claims Administration & Objections

| 12/27/2023<br>283864 | Jill Niese<br>Review and Analysis | 400.00 | 0.20 | 80.00 | Billable |

Claim #12 revision sent in by K Fallon to the Claims register. Sent email to
M Schmahl to determine if his amendment is valid.
Reference:      Claims Administration & Objections

| 12/28/2023<br>283877 | Jill Niese<br>t/c w/ | 400.00 | 0.20 | 80.00 | Billable |

Moglia, N Jones and M Schmahl re: status of 9019 motions and other
claim objections Schmahl is drafting.
Reference:      Claims Administration & Objections

9/24/2024                                                  Moglia Advisors
4:10 PM                                                  Pre-bill Worksheet                                                  Page      20

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/4/2024 284013 | Jill Niese t/c w/ | 400.00 | 0.30 | 120.00 | Billable |
| | M Schmahl re: 9019 motion edits and request final drafts of other claim objections. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 1/23/2024 284525 | Jill Niese Email | 400.00 | 0.10 | 40.00 | Billable |
| | sent to M Springer re: verify format of draft claim objections. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 1/23/2024 284620 | Michele Springer Review | 400.00 | 0.20 | 80.00 | Billable |
| | email from Niese asking to look at objections notices; send response email | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 1/26/2024 284498 | Nate Jones Review | 350.00 | 1.10 | 385.00 | Billable |
| | objections to claims for typos and errors. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 1/26/2024 284566 | Jill Niese Meet | 400.00 | 0.10 | 40.00 | Billable |
| | w/Jones to discuss draft claim objections and asked him to review objections and send M Schmahl edits. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 2/8/2024 284900 | Jill Niese Review | 400.00 | 0.80 | 320.00 | Billable |
| | Grede draft claim objection prepared by M Schmahl and noted suggested edits. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 2/9/2024 284906 | Jill Niese Review | 400.00 | 0.90 | 360.00 | Billable |
| | 5 other draft claim objections prepared by M Schmahl and noted suggested edits. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 2/14/2024 285137 | Jill Niese Review | 400.00 | 1.40 | 560.00 | Billable |
| | newest draft of the 6 claim objections which M Schmahl had prepared. | | | | |
| | Reference:    Claims Administration & Objections | | | | |
| 3/12/2024 285963 | Jill Niese t/c w/ | 400.00 | 0.20 | 80.00 | Billable |
| | M Schmahl re: status of the Trustee's claim objection w/the IRS claim and the IRS's response. | | | | |
| | Reference:    Claims Administration & Objections | | | | |

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/14/2024 285989 | Jill Niese Update the MA fee application w/new fee and expense amounts to include time through 2/29/24 plus estimates for the remainder of the case. Reference:    Claims Administration & Objections | 400.00 | 1.40 | 560.00 | Billable |
| 3/20/2024 286075 | Jill Niese Update Trustee Suite and claims register w/claim objection changes approved by the Court. Reference:    Claims Administration & Objections | 400.00 | 0.60 0.60 | 240.00 240.00 | Do Not Bill |
| 3/21/2024 286086 | Jill Niese Review and Analysis draft Grede 9019 motion. Reference:    Claims Administration & Objections | 400.00 | 0.20 | 80.00 | Billable |
| 3/22/2024 286098 | Jill Niese Email sent to M Schmahl w/suggested edits to Grede 9019 motion. Reference:    Claims Administration & Objections | 400.00 | 0.20 | 80.00 | Billable |
| 4/9/2024 286697 | Jill Niese t/c w/ M Schmahl re: IRS claim objection and the allowance of an extension of time to the IRS so they can wrap up the amendment of the claim. Reference:    Claims Administration & Objections | 400.00 | 0.20 | 80.00 | Billable |
| Total: Claims Administration & Objections | | | 46.00 | | $18,105.00 |
| | Do Not Bill | | 11.60 | $4,640.00 | |

Nickname 1: Fee/Employment Applications

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/20/2022 269562 | Jill Niese Prepare and reviewed MA pre-bill and gave to Moglia to review. Reference:    Fee/Employment Applications | 400.00 | 0.10 | 40.00 | Billable |
| 5/24/2022 269729 | Jill Niese Prepare invoice for interim fee app for Moglia Advisors and sent to Schmahl. Reference:    Fee/Employment Applications | 400.00 | 0.30 | 120.00 | Billable |
| 5/27/2022 269756 | Jill Niese Sent revised Moglia Advisors invoice for interim fee app. Reference:    Fee/Employment Applications | 400.00 | 0.20 | 80.00 | Billable |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

Page    22

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/3/2022<br>269848 | Jill Niese<br>t/c w/ | 400.00 | 0.10 | 40.00 | Billable |
| | Schmahl re: review of his firm's fee application filing.<br>Reference:    Fee/Employment Applications | | | | |
| 9/20/2022<br>272471 | Jill Niese<br>Review | 400.00 | 0.40 | 160.00 | Billable |
| | Wesler & Associates fee app.<br>Reference:    Fee/Employment Applications | | | | |
| 4/6/2023<br>276883 | Jill Niese<br>Email | 400.00 | 0.10 | 40.00 | Billable |
| | Schmahl re: filing fee application for Wesler's firm to get paid for preparing<br>the 2022 tax returns.<br>Reference:    Fee/Employment Applications | | | | |
| 5/10/2023<br>277814 | Jill Niese<br>Review | 400.00 | 0.10 | 40.00 | Billable |
| | and respond to email from Schmahl re: preparing Wesler's interim fee<br>application for tax preparation.<br>Reference:    Fee/Employment Applications | | | | |
| 5/11/2023<br>277816 | Jill Niese<br>Review | 400.00 | 0.10 | 40.00 | Billable |
| | final draft of w/drawl motion for claim #41 prepared by Schmahl.<br>Reference:    Fee/Employment Applications | | | | |
| 6/7/2023<br>278624 | Jill Niese<br>Prepare | 400.00 | 0.10 | 40.00 | Billable |
| | time and expense detail in order to invoice for M Schmahl to create the MA<br>and Trustee draft final fee applications.<br>Reference:    Fee/Employment Applications | | | | |
| 6/8/2023<br>278640 | Jill Niese<br>t/c w/ | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | Do Not Bill |
| | M Schmahl re: clarifying estimates to add to final MA and Trustee fee<br>applications.<br>Reference:    Fee/Employment Applications | | | | |
| 6/8/2023<br>278641 | Jill Niese<br>Prepare | 400.00 | 0.90 | 360.00 | Billable |
| | time and expense detail in order to invoice for M Schmahl to create the MA<br>and Trustee draft final fee applications. Continued.<br>Reference:    Fee/Employment Applications | | | | |
| 6/9/2023<br>278642 | Jill Niese<br>Prepare | 400.00 | 1.70 | 680.00 | Billable |
| | invoices and sent to M Schmahl to create the MA and Trustee draft final<br>fee applications. | | | | |

Moglia Advisors
Pre-bill Worksheet

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Reference:      Fee/Employment Applications | | | | |
| 6/30/2023<br>279251 | Jill Niese<br>Review and Analysis<br>draft of Wesler's 3rd fee application prepared by M Schmahl and propose<br>edits for A Moglia to review.<br>Reference:      Fee/Employment Applications | 400.00 | 0.80 | 320.00 | Billable |
| 8/24/2023<br>281167 | Jill Niese<br>Review<br>draft fee applications prepared by M Schmahl for Moglia Advisors, Trustee<br>and Mason Pollack.<br>Reference:      Fee/Employment Applications | 400.00 | 3.20 | 1,280.00 | Billable |
| 8/25/2023<br>281176 | Jill Niese<br>t/c w/<br>M Schmahl re: edits to the 3 drafted fee applications.<br>Reference:      Fee/Employment Applications | 400.00 | 0.40 | 160.00 | Billable |
| 9/28/2023<br>281914 | Jill Niese<br>Review<br>Review edits to claims file M Schmahl returned for final review to be used<br>to update Stretto and finalize the claims.<br>Reference:      Fee/Employment Applications | 400.00 | 1.10 | 440.00 | Billable |
| 9/28/2023<br>281915 | Jill Niese<br>t/c w/<br>M Schmahl re: filing the final professional fee applications for MPS and MA<br>now vs waiting until after the TFR has been approved.<br>Reference:      Fee/Employment Applications | 400.00 | 0.30 | 120.00 | Billable |
| 9/29/2023<br>281926 | Jill Niese<br>t/c w/<br>Moglia re: filing of the final fee applications for MPS and MA<br>Reference:      Fee/Employment Applications | 400.00 | 0.20 | 80.00 | Billable |
| 9/29/2023<br>281927 | Jill Niese<br>Email<br>to Schmahl advising him to go ahead and file the final fee applications for<br>MPS & MA<br>Reference:      Fee/Employment Applications | 400.00 | 0.10 | 40.00 | Billable |
| 2/14/2024<br>285139 | Jill Niese<br>Meet<br>w/ M Schmahl to finalize the last few edits on the 6 claim objections.<br>Reference:      Fee/Employment Applications | 400.00 | 0.50 | 200.00 | Billable |

9/24/2024                                    Moglia Advisors
4:10 PM                                    Pre-bill Worksheet                                    Page      24

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/28/2024 | Jill Niese | 400.00 | 2.70 | 1,080.00 | Billable |
| 285541 | Prepare | | | | |
| | various slip listing reports to be used to complete the draft of the MA final fee app. | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 2/28/2024 | Jill Niese | 400.00 | 0.10 | 40.00 | Billable |
| 285542 | Meet | | | | |
| | Nandapreecha to discuss the reporting timesheet and expense reports created and have her start updating the final fee app. | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/7/2024 | Karen Nandapreecha | 175.00 | 1.00 | 175.00 | Billable |
| 285598 | Prepare | | | | |
| | MA fee application | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/8/2024 | Karen Nandapreecha | 175.00 | 0.40 | 70.00 | Billable |
| 285601 | Review & revise | | | | |
| | MA fee application | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/20/2024 | Karen Nandapreecha | 175.00 | 0.50 | 87.50 | Billable |
| 286019 | Review & revise | | | | |
| | MA fee application | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/20/2024 | Jill Niese | 400.00 | 0.30 | 120.00 | Billable |
| 286073 | t/c w/ | | | | |
| | M Schmahl re: MPS fee application and filing an interim application. | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/20/2024 | Jill Niese | 400.00 | 0.40 | 160.00 | Billable |
| 286074 | Review | | | | |
| | Wesler & Associates final fee application and suggest edits. | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/21/2024 | Jill Niese | 400.00 | 0.20 | 80.00 | Billable |
| 286085 | Update | | | | |
| | MA fee application w/final edits. | | | | |
| | Reference:      Fee/Employment  Applications | | | | |
| 3/21/2024 | Jill Niese | 400.00 | 0.20 | 80.00 | Billable |
| 286087 | Review and Analysis | | | | |
| | draft of MPS's interim fee application. | | | | |
| | Reference:      Fee/Employment  Applications | | | | |

9/24/2024                                                     Moglia Advisors
4:10 PM                                                       Pre-bill Worksheet                                           Page      25

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/22/2024<br>286099 | Jill Niese<br>Email | 400.00 | 0.20 | 80.00 | Billable |
| | sent to M Schmahl w/suggested edits to MPS's interim fee application.<br>Reference:     Fee/Employment Applications | | | | |
| 5/24/2024<br>287696 | Jill Niese<br>Email | 400.00 | 0.10 | 40.00 | Billable |
| | to M Schmahl re: his firm preparing a final fee application.<br>Reference:     Fee/Employment Applications | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total: Fee/Employment Applications | | | 16.80 | | $6,292.50 |
| | Do Not Bill | | 0.10 | $40.00 | |

Nickname 1: Tax Issues

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2023<br>276175 | Jill Niese<br>Meet | 400.00 | 1.70 | 680.00 | Billable |
| | w/M. Schmahl and C. Wesler re: reviewing the 2022 tax returns.<br>Reference:     Tax Issues | | | | |
| 3/13/2023<br>276459 | Jill Niese<br>Meet | 400.00 | 0.80 | 320.00 | Billable |
| | continued w/Schmahl and Wesler re: 2022 federal tax return and<br>discussion on B/Sheet items to be written off or not.<br>Reference:     Tax Issues | | | | |
| 3/16/2023<br>276474 | Jill Niese<br>Meet | 400.00 | 0.50 | 200.00 | Billable |
| | w/Schmahl and Wesler re: finalizing the 2022 federal tax return and the<br>handling of the B/Sheet items and determining if this should be considered<br>a final return.<br>Reference:     Tax Issues | | | | |
| 3/30/2023<br>276778 | Jill Niese<br>t/c w/ | 400.00 | 0.10 | 40.00 | Billable |
| | Schmahl re: additional tax preparation questions brought up by Wesler<br>Reference:     Tax Issues | | | | |
| 3/30/2023<br>276779 | Jill Niese<br>Review | 400.00 | 0.10 | 40.00 | Billable |
| | and confirm that Wesler had been paid for her services for the preparation<br>of the 2019, 2020 and 2022 tax returns.<br>Reference:     Tax Issues | | | | |
| 4/5/2023<br>276877 | Jill Niese<br>Meet | 400.00 | 0.30 | 120.00 | Billable |
| | w/Schmahl and Wesler re: 2022 tax returns, final tweaks related to the<br>B/sheet adjustments.<br>Reference:     Tax Issues | | | | |

9/24/2024
4:10 PM

Moglia Advisors
Pre-bill Worksheet

Page    26

BCause Moglia Advisors:BCause (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/6/2023 276882 | Jill Niese Meet | 400.00 | 0.10 | 40.00 | Billable |
| | w/Moglia to update him on the 2022 tax return final draft. Reference:    Tax Issues | | | | |
| 1/4/2024 284019 | Jill Niese Prepare | 400.00 | 0.20 | 80.00 | Billable |
| | Prepare 2023 Forms 1 and 2 and send to C Wesler to prepare 2023 tax return Reference:    Tax Issues | | | | |
| Total: Tax Issues | | | 3.80 | | $1,520.00 |
| TOTAL | Billable Fees | | 84.70 | | $32,280.00 |
| | Do Not Bill | | 30.50 | $10,895.00 | |
| | No Charge | | 0.30 | $110.00 | |

| 9/25/2024 | Moglia Advisors | |
|-----------|-----------------|-----|
| 11:13 AM | Pre-bill Worksheet | Page      1 |

---

## Selection Criteria

| Clie.Selection | Include: BCause Moglia Advisors |
|----------------|----------------------------------|
| Slip.Transaction Date | Earliest - 5/31/2024 |
| Slip.Transaction Type | Expense |

---

BCause Moglia Advisors | 740
BCause

| Date | User | Price | Quantity | Amount | Total |
|------|------|-------|----------|--------|-------|
| ID | Expense | Markup % | | | |

**Nickname 1: Estimate**

| 2/29/2024 | Moglia Advisors | 90.00 | 6.000 | 540.00 | Billable |
|-----------|-----------------|-------|-------|--------|----------|
| 285838 | $Miscellaneous | | | | |
| | estimate for QuickBooks from 6/2024 through 11/2024 | | | | |

Total: none                                                                    $540.00

**Nickname 1: Case Administration**

| 1/25/2021 | Moglia Advisors | 0.51 | 3.000 | 1.53 | Billable |
|-----------|-----------------|------|-------|------|----------|
| 259770 | $Postage | | | | |
| | Reference:      Case Administration | | | | |

| 2/27/2021 | Moglia Advisors | 70.00 | 1.000 | 70.00 | Billable |
|-----------|-----------------|-------|-------|-------|----------|
| 260804 | $Miscellaneous | | | | |
| | QuickBooks | | | | |
| | Reference:      Case Administration | | | | |

| 3/27/2021 | Moglia Advisors | 70.00 | 1.000 | 70.00 | Billable |
|-----------|-----------------|-------|-------|-------|----------|
| 261276 | $Miscellaneous | | | | |
| | QuickBooks | | | | |
| | Reference:      Case Administration | | | | |

9/25/2024                                          Moglia Advisors
11:13 AM                                          Pre-bill Worksheet                                      Page      2

BCause Moglia Advisors:BCause (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/27/2021 261790 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 70.00 | 1.000 | 70.00 | Billable |
| 5/21/2021 262671 | Moglia Advisors $Phone conference call invoice dated 6/23/21 Reference:    Case Administration | 53.60 | 1.000 | 53.60 | Billable |
| 6/11/2021 262369 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 70.00 | 1.000 | 70.00 | Billable |
| 6/27/2021 263153 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 70.00 | 1.000 | 70.00 | Billable |
| 7/27/2021 263926 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 70.00 | 1.000 | 70.00 | Billable |
| 9/14/2021 264792 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 10/12/2021 265410 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 10/27/2021 265924 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 11/27/2021 266361 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |

9/25/2024
11:13 AM

Moglia Advisors
Pre-bill Worksheet

Page        3

BCause Moglia Advisors:BCause (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|----------------|----------|--------|-------|
| 12/27/2021 266842 | Moglia Advisors $Miscellaneous QuickBooks Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 1/5/2022 267064 | Moglia Advisors $Postage | 0.53 | 1.000 | 0.53 | Billable |
| | Reference:     Case Administration | | | | |
| 1/27/2022 267448 | Moglia Advisors $Miscellaneous QuickBooks Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 2/27/2022 268018 | Alex Moglia $Miscellaneous Quick Books Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 3/27/2022 268651 | Moglia Advisors $Miscellaneous QuickBooks Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 4/7/2022 268608 | Moglia Advisors $Postage | 0.53 | 1.000 | 0.53 | Billable |
| | Reference:     Case Administration | | | | |
| 4/27/2022 269253 | Moglia Advisors $Miscellaneous QuickBooks Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 5/27/2022 270001 | Moglia Advisors $Miscellaneous QuickBooks Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 6/27/2022 270735 | Moglia Advisors $Miscellaneous QuickBooks Reference:     Case Administration | 80.00 | 1.000 | 80.00 | Billable |

9/25/2024
11:13 AM

Moglia Advisors
Pre-bill Worksheet

Page       4

BCause Moglia Advisors:BCause (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 7/23/2022<br>271186 | Moglia Advisors<br>$Federal Exp.<br>invoice dated 7/27/2022 tracking# 817260243739<br>Reference:    Case Administration | 44.98 | 1.000 | 44.98 | Billable |
| 7/27/2022<br>271450 | Moglia Advisors<br>$Miscellaneous<br>QuickBooks<br>Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 8/27/2022<br>272195 | Moglia Advisors<br>$Miscellaneous<br>QuickBooks<br>Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 9/27/2022<br>272776 | Moglia Advisors<br>$Miscellaneous<br>QuickBooks<br>Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 10/27/2022<br>273257 | Moglia Advisors<br>$Miscellaneous<br>QuickBooks<br>Reference:    Case Administration | 80.00 | 1.000 | 80.00 | Billable |
| 11/1/2022<br>273318 | Moglia Advisors<br>$Federal Exp.<br>invoice dated 11/9/2022 tracking# 817489649607<br>Reference:    Case Administration | 17.91 | 1.000 | 17.91 | Billable |
| 11/27/2022<br>273759 | Moglia Advisors<br>$Miscellaneous<br>QuickBooks<br>Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 12/27/2022<br>274451 | Moglia Advisors<br>$Miscellaneous<br>QuicBooks<br>Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 1/16/2023<br>274811 | Moglia Advisors<br>$Postage<br><br>Reference:    Case Administration | 0.57 | 3.000 | 1.71 | Billable |

9/25/2024                                                    Moglia Advisors
11:13 AM                                                   Pre-bill Worksheet                                            Page      5

BCause Moglia Advisors:BCause (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/27/2023 275264 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 2/9/2023 275729 | Moglia Advisors $Postage Reference:    Case Administration | 1.26 | 2.000 | 2.52 | Billable |
| 2/27/2023 276318 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 3/27/2023 277008 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 4/27/2023 277732 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 5/27/2023 278678 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 6/27/2023 279612 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 7/27/2023 280528 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 85.00 | 1.000 | 85.00 | Billable |
| 8/10/2023 281211 | Moglia Advisors $Postage Reference:    Case Administration | 0.63 | 1.000 | 0.63 | Billable |

9/25/2024                                          Moglia Advisors
11:13 AM                                        Pre-bill Worksheet                                    Page        6

BCause Moglia Advisors:BCause (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/27/2023 281470 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 9/27/2023 282033 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 10/27/2023 282859 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 11/27/2023 283357 | Alex Moglia $Miscellaneous QuickBooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 12/27/2023 283987 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 1/11/2024 284136 | Moglia Advisors $Postage Reference:    Case Administration | 0.63 | 1.000 | 0.63 | Billable |
| 1/26/2024 285841 | Moglia Advisors $Miscellaneous Quickbooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 2/13/2024 284930 | Moglia Advisors $Postage Reference:    Case Administration | 0.88 | 1.000 | 0.88 | Billable |
| 2/27/2024 285617 | Moglia Advisors $Miscellaneous QuickBooks Reference:    Case Administration | 90.00 | 1.000 | 90.00 | Billable |

9/25/2024                          Moglia Advisors
11:13 AM                          Pre-bill Worksheet                                  Page        7

BCause Moglia Advisors:BCause (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/27/2024 286432 | Moglia Advisors $Miscellaneous QuickBooks Reference:      Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 4/12/2024 286902 | Moglia Advisors $Federal Exp. invoice dated 4/17/2024 tracking # 818148523201 Reference:      Case Administration | 17.85 | 1.000 | 17.85 | Billable |
| 4/27/2024 287726 | Moglia Advisors $Miscellaneous QuickBooks Reference:      Case Administration | 90.00 | 1.000 | 90.00 | Billable |
| 5/27/2024 288276 | Moglia Advisors $Miscellaneous QuickBooks Reference:      Case Administration | 90.00 | 1.000 | 90.00 | Billable |

Total: Case Administration                                                      $3,428.30

TOTAL        Billable Costs                                                      $3,968.30