**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BCAUSE MINING LLC, A VIRGINIA LIMIT | § § § § | Case No. 19-10562 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Alex D. Moglia, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court
219 S. Dearborn St.
Chicago, IL 60604

PLEASE TAKE NOTICE THAT ON DECEMBER 17, 2024 at 9:30 a.m. I will appear before the Honorable Judge Janet S. Baer, any Judge sitting in that judge's place either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below.

Important: Only parties and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.
To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or1-646-828-7666. Then enter the meeting ID and passcode.
Meeting ID and passcode. The meeting ID for this hearing is 160 731 2971
Passcode:. 587656.. The meeting ID and password can also be found on the judge's page on the court's website.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, and no later than two (2) business days before presentment, and serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

A HEARING on the fee applications and any objection to the Final Report will be held DECEMBER 17, 2024 at 9:30 a.m. electronically using Zoom for Government.
If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no

**UST Form 101-7-NFR (10/1/2010)**

Notice of Objection is timely filed, the court may grant the motion in advance without a hearing. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed: 11/21/2024 | By: /s/ Alex D. Moglia |
| | Trustee |

Alex D. Moglia
1325 Remington Rd
Suite H
Schaumburg, IL 60173
(847) 884-8282
amoglia@mogliaadvisors.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION  DIVISION

In re:BCAUSE MINING LLC, A VIRGINIA LIMIT § Case No. 19-10562
§
§
§
Debtor(s)

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 1,750,405.43 |
| *and approved disbursements of:* | $ | 1,296,491.48 |
| *leaving a balance on hand of[1] :* | $ | 453,913.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | WESCO Distribution, Inc. | 1,915,137.77 | 625,000.00 | 625,000.00 | 0.00 |
| 9S | Michael D. Adolphi | 12,500.00 | 0.00 | 0.00 | 0.00 |
| 7311 | Wesco Distribution, Inc. | 1,915,137.77 | 0.00 | 0.00 | 0.00 |
| 73124S | Michael D. Adolphi | 12,500.00 | 0.00 | 0.00 | 0.00 |
| 73129 | Joseph LaMontagne | 12,500.00 | 0.00 | 0.00 | 0.00 |
| 73133S-2 | Greenwich Centre Investors, L.C. | 2,938.50 | 2,938.50 | 0.00 | 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 453,913.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - ALEX D. MOGLIA | 75,762.16 | 45,957.79 | 29,804.37 |
| Trustee, Expenses - ALEX D. MOGLIA | 2,379.83 | 2,379.83 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Mason Pollick & Schmahl, LLC | 460,853.40 | 460,853.40 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Mason Pollick & Schmahl, LLC | 6,052.90 | 6,052.90 | 0.00 |
| Special Accountant for Trustee Fees - Tibble & Wesler, CPA PC | 6,000.00 | 6,000.00 | 0.00 |
| Special Accountant for Trustee Fees - Wesler & Associates, CPA PC | 16,003.25 | 16,003.25 | 0.00 |
| Special Accountant for Trustee Expenses - Tibble & Wesler, CPA PC | 500.00 | 500.00 | 0.00 |
| Special Accountant for Trustee Expenses - Wesler & Associates, CPA PC | 1,796.71 | 1,796.71 | 0.00 |
| Financial Consultant for Trustee Fees - MOGLIA ADVISORS | 58,205.00 | 25,925.00 | 32,280.00 |
| Financial Consultant for Trustee Expenses - MOGLIA ADVISORS | 7,687.42 | 3,719.12 | 3,968.30 |

Total to be paid for chapter 7 administrative expenses:  $       66,052.67
Remaining balance:                                        $      387,861.28

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Debtor, Fees - Crane, Simon, Clar & Dan | 178,054.62 | 0.00 | 94,623.86 |
| Attorney for D-I-P Expenses (Chapter 11) - Crane, Simon, Clar & Dan | 1,230.97 | 0.00 | 654.18 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Freeborn & Peters LLP | 118,311.50 | 0.00 | 62,874.47 |
| Other Prior Chapter Professional's Expenses - United States Trustee | 25,230.68 | 0.00 | 13,408.38 |
| Other Prior Chapter Professional's Expenses - United States Trustee | 6,825.00 | 0.00 | 3,627.02 |
| Prior Chapter Trade Debt - BMG Operations LTD | 0.00 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - St. Bitts, LLC dba Bitcoin .com | 120,000.00 | 0.00 | 63,771.80 |
| Administrative Post-Petition Wages (includes tax and other withholdings) - Dawn L Chapman | 3,415.68 | 0.00 | 1,815.20 |
| Administrative Post-Petition Wages (includes tax and other withholdings) - Erica Sanford | 1,773.85 | 0.00 | 942.67 |
| Other Prior Chapter Administrative Expenses - BMG Operations Ltd. | 275,000.00 | 0.00 | 146,143.70 |

Total to be paid for prior chapter administrative expenses: $ 387,861.28
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,010,469.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9P | Michael D. Adolphi | 12,475.00 | 0.00 | 0.00 |
| 12P | Oak Acorn - aka Kevin Fallon | 13,650.00 | 0.00 | 0.00 |
| 14P | Thomas G. Flake | 12,475.00 | 0.00 | 0.00 |
| 22P | Paychex, Inc. | 65,359.78 | 0.00 | 0.00 |
| 23P | U.S. Customs and Border Protection | 689,577.05 | 0.00 | 0.00 |
| 26 | Erica Sanford | 0.00 | 0.00 | 0.00 |
| 31 | Erica Sanford | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32P | Fredrick J. Grede | 13,650.00 | 0.00 | 0.00 |
| 7314 | William Boyk | 3,846.40 | 0.00 | 0.00 |
| 7316P | William Boyk | 13,650.00 | 0.00 | 0.00 |
| 7317 | William Boyk | 1,782.00 | 0.00 | 0.00 |
| 7318 -2 | INTERNAL REVENUE SERVICE | 14,811.73 | 0.00 | 0.00 |
| 73112P | PATRICK CHILDRESS | 13,650.00 | 0.00 | 0.00 |
| 73116P | Frederick J Grede | 0.00 | 0.00 | 0.00 |
| 73117P | Frederick J. Grede | 0.00 | 0.00 | 0.00 |
| 73118P | Bruce Pollack | 12,475.00 | 0.00 | 0.00 |
| 73120 | Bruce Pollack | 6,979.00 | 0.00 | 0.00 |
| 73122 | Mary Grace Fajardo | 0.00 | 0.00 | 0.00 |
| 73124P | Michael D. Adolphi | 12,475.00 | 0.00 | 0.00 |
| 73127 | Kristin Joyce-Werner | 2,405.97 | 0.00 | 0.00 |
| 73128P | Dawn L. Chapman | 8,250.32 | 0.00 | 0.00 |
| 73130P | Thomas G. Flake | 12,475.00 | 0.00 | 0.00 |
| 73132P | Ann M. Cresce | 13,650.00 | 0.00 | 0.00 |
| 73134 | Erica Sanford | 0.00 | 0.00 | 0.00 |
| 73135 | Daniel Schak | 0.00 | 0.00 | 0.00 |
| 73136 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 73140P | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 73141P | Wisconsin Departmen of Revenue | 4,800.00 | 0.00 | 0.00 |
| 73143 | Paychex Inc. | 68,382.19 | 0.00 | 0.00 |
| 73144P | PATRICK CHILDRESS | 13,650.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,021,154.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American Alternative Insurance Corporation | 50,000.00 | 0.00 | 0.00 |
| 3 | Dominion Virginia Power | 388,365.68 | 0.00 | 0.00 |
| 4 | AlphaCraft Technologies, LLC | 806,872.00 | 0.00 | 0.00 |
| 5 | Bruce Pollack | 1,717.00 | 0.00 | 0.00 |
| 6 | TRC Master Fund LLC | 49,000.00 | 0.00 | 0.00 |
| 7 | Pro Window, Inc. | 507,921.59 | 0.00 | 0.00 |
| 8 | Hoffland Properties, Inc. | 312,896.72 | 0.00 | 0.00 |
| 9U | Michael D. Adolphi | 123,192.49 | 0.00 | 0.00 |
| 10 | Paul K. Wong | 75,000.00 | 0.00 | 0.00 |
| 11 | Jones, Madden & Council, PLC | 30,450.00 | 0.00 | 0.00 |
| 12U | Oak Acorn - aka Kevin Fallon | 48,800.00 | 0.00 | 0.00 |
| 13 | Joseph LaMontagne | 12,500.00 | 0.00 | 0.00 |
| 14U | Thomas G. Flake | 125,122.10 | 0.00 | 0.00 |
| 15 | BFPE International | 140,887.74 | 0.00 | 0.00 |
| 16 | John Ashby | 150,000.00 | 0.00 | 0.00 |
| 17U | BMG Operations Ltd. | 0.00 | 0.00 | 0.00 |
| 18 | TRC Master Fund LLC | 29,521.25 | 0.00 | 0.00 |
| 19 | Timothy L Brown | 3,729.00 | 0.00 | 0.00 |
| 20 | Zhouyang (Mason) Song | 909,429.24 | 0.00 | 0.00 |
| 21 | TRC Master Fund LLC | 12,400.00 | 0.00 | 0.00 |
| 23U | U.S. Customs and Border Protection | 22,500.36 | 0.00 | 0.00 |
| 25 | Dawn L Chapman | 0.00 | 0.00 | 0.00 |
| 29 | TRC Master Fund LLC | 470,236.95 | 0.00 | 0.00 |
| 30 | TRC Master Fund LLC | 64,835.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32U | Fredrick J. Grede | 532,482.00 | 0.00 | 0.00 |
| 36 | Ronald H. Filler | 160,000.00 | 0.00 | 0.00 |
| 731 18U | Bruce Pollack | 6,975.00 | 0.00 | 0.00 |
| 731 25 | Paul K. Wong | 75,000.00 | 0.00 | 0.00 |
| 731 30U | Thomas G. Flake | 125,122.10 | 0.00 | 0.00 |
| 731 32U | Ann M. Cresce | 18,182.17 | 0.00 | 0.00 |
| 731 33U-2 | Greenwich Centre Investors, L.C. | 48,488.10 | 0.00 | 0.00 |
| 731 37 | Tradehelm, Inc. | 20,930.00 | 0.00 | 0.00 |
| 7312 | Commonwealth Edison Company | 36.89 | 0.00 | 0.00 |
| 7313 | TRC Master Fund LLC | 470,236.95 | 0.00 | 0.00 |
| 7315 | William Boyk | 390,206.00 | 0.00 | 0.00 |
| 7316U | William Boyk | 9,638.00 | 0.00 | 0.00 |
| 7319 -2 | Nasdaq | 985,320.14 | 0.00 | 0.00 |
| 73110 | Marc Nagel | 3,325.00 | 0.00 | 0.00 |
| 73111 | FIS Systems International, LLC | 30,000.00 | 0.00 | 0.00 |
| 73112U | PATRICK CHILDRESS | 25,250.00 | 0.00 | 0.00 |
| 73113 | PATRICK CHILDRESS | 23,298.13 | 0.00 | 0.00 |
| 73114 | PATRICK CHILDRESS | 50,000.00 | 0.00 | 0.00 |
| 73115 | PACIFIC LIAISON SERVICES INC | 25,000.00 | 0.00 | 0.00 |
| 73116U | Frederick J Grede | 0.00 | 0.00 | 0.00 |
| 73117U | Frederick J. Grede | 0.00 | 0.00 | 0.00 |
| 73119 | Bruce Pollack | 25,000.00 | 0.00 | 0.00 |
| 73121 | W-R2 Jefferson Owner VII, L.L.C. | 10,458.50 | 0.00 | 0.00 |
| 73123 | Level 3 Communications, LLC | 41,442.60 | 0.00 | 0.00 |
| 73124U | Michael D. Adolphi | 123,192.49 | 0.00 | 0.00 |
| 73126 | W-R2 Jefferson Owner VII, LLC. | 135,731.60 | 0.00 | 0.00 |
| 73128U | Dawn L. Chapman | 1,903.62 | 0.00 | 0.00 |
| 73131 | John Ashby | 150,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 73139 | CCA Financial LLC | 197,273.08 | 0.00 | 0.00 |
| 73140U | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 73141U | Wisconsin Departmen of Revenue | 1,285.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $437,250.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 33 | Horizon Kinetics LLC | 13,200.00 | 0.00 | 0.00 |
| 34 | HK Cryptocurrency Mining LLC | 21,600.00 | 0.00 | 0.00 |
| 35 | FROM Corporation | 1,200.00 | 0.00 | 0.00 |
| 37P | Scott E Early | 0.00 | 0.00 | 0.00 |
| 37U | Scott E Early | 0.00 | 0.00 | 0.00 |
| 38 | Ciniva LLC | 90,000.00 | 0.00 | 0.00 |
| 39 | Horizon Kinetics LLC | 21,600.00 | 0.00 | 0.00 |
| 40 | FRMO Corporation | 1,200.00 | 0.00 | 0.00 |
| 41 | Horizon Kinetics LLC | 250,000.00 | 0.00 | 0.00 |
| 42 | Horizon Kinetics LLC | 13,200.00 | 0.00 | 0.00 |
| 73144U | PATRICK CHILDRESS | 25,250.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Alex D. Moglia
Trustee

Alex D. Moglia
1325 Remington Rd
Suite H
Schaumburg, IL 60173
(847) 884-8282
amoglia@mogliaadvisors.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**