# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **BCAUSE MINING LLC, A VIRGINIA LIMIT** | ) Bankruptcy Case No. 19-10562 |
| | ) Chapter 7 |
| | ) |
| | ) Hon. Janet S. Baer |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2024, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**
Adam Brief
Acting US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

SCOTT R CLAR
CRANE HEYMAN SIMON WELCH & CLA
135 S LASALLE SUITE 3705
CHICAGO, IL 60603

MASON POLLICK & SCHMAHL, LLC
70 W. HUBBARD, STE 304
CHICAGO, IL 60654

FREEBORN & PETERS LLP
311 S WACKER DR  STE 3000
CHICAGO, IL 60606-6677

**VIA REGULAR MAIL**

| | | |
|---|---|---|
| TIBBLE & WESLER, CPA PC<br>2813 WEST MAIN STREET<br>KALAMAZOO, MI 49006 | CRANE, SIMON, CLAR & DAN<br>135 S LASALLE ST STE #3705<br>CHICAGO, IL 60603 | WESLER & ASSOCIATES, CPA PC<br>PO BOX 19016<br>KALAMAZOO, MI 49019 |
| PAYCHEX INC.<br>220 KENNETH DR.<br>ROCHESTER, NY 14623 | PATRICK CHILDRESS<br>701 S WELLS ST APT 2001<br>CHICAGO, IL 0607-4630 | AMERICAN ALTERNATIVEINSURANCE CORP<br>ROANOKE GROUP<br>ROANOKE WOODFIELD RD #500<br>SCHAUMBURG, IL 60173 |
| WESCO DISTRIBUTION, INC.<br>DAVID A AGAY<br>300 NORTH LASALLE STREET, SUITE 1400<br>CHICAGO, IL 60654 | DOMINION VIRGINIA POWER<br>PO BOX 26666<br>BANKKRUPTCY DEPT 10TH FLOOR<br>RICHMOND, VA 23261 | ALPHACRAFT TECHNOLOGIES, LLC<br>601 RAILROAD AVE.<br>SOUTH BOSTON, VA 24592 |
| BRUCE POLLACK<br>807 DAVIS ST #306<br>EVANSTON, IL 60201 | TRC MASTER FUND LLC<br>PO BOX 633<br>WOODMERE, NY 11598 | PRO WINDOW, INC.<br>1604 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA 23452 |
| HOFFLAND PROPERTIES, INC.<br>C/O DENNIS T. LEWANDOWSKI,KAUFMAN &<br>CANOLES, P.C.,150 WEST MAIN STREET, SUIT<br>NORFOLK, VA 23510 | MICHAEL D. ADOLPHI<br>4404 MUDDY CREEK ROAD<br>VIRGINIA BEACH, VA 23457 | PAUL K. WONG<br>4020 CHURCH POINT ROAD<br>VIRGINIA BEACH, VA 23455 |
| JONES, MADDEN & COUNCIL, PLC<br>5029 CORPORATE WOODS DRIVE<br>SUITE 190<br>VIRGINIA BEACH, VA 23462-4376 | OAK ACORN - AKA KEVIN FALLON<br>2800 252ND AVE<br>SALEM, WI 53168 | JOSEPH LAMONTAGNE<br>607 LYNNHAVEN PKWY<br>VIRGINIA BEACH, VA 23452 |
| THOMAS G. FLAKE<br>709 ROOSEVELT AVENUE<br>VIRGINIA BEACH, VA 23452 | BFPE INTERNATIONAL<br>7512 CONNELLEY DR.<br>HANOVER, MD 21076 | JOHN ASHBY<br>1440 WEST LITTLE NECK ROAD<br>VIRGINIA BEACH, VA 23452 |
| BMG OPERATIONS LTD.<br>WILLIAMS MULLEN IN TRUST FOR BMG<br>C/O J. MCLEMORE,<br>200 S. 10TH ST STE1600<br>RICHMOND, VA 23219 | BMG OPERATIONS LTD.<br>44 CHURCH STREET<br>ST. JOHN'S | TRC MASTER FUND LLC<br>PO BOX 633<br>WOODMERE, NY 11598 |

TIMOTHY L BROWN
804 RUTHERFORD DR
CHESAPEAKE, VA 23322-7739

ZHOUYANG (MASON) SONG
6540 RFEFLECTION DRIVE #1225
SAN DIEGO, CA 92124

PAYCHEX, INC.
BOND, SCHOENECK & KING, PLLC
350 LINDEN OAKS, THIRD FLOOR
ROCHESTER, NY 14625-2825

U.S. CUSTOMS AND BORDER PROTECTION
ATTN: REV-BANKRUPTCY-203JA
8899 E 56TH STREET
INDIANAPOLIS, IN 46249

DAWN L CHAPMAN
2324 TREESONG TRAIL
VIRGINIA BEACH, VA 23456

ERICA SANFORD
6632 S. KENWOOD AVE
CHICAGO, IL 60637

ST. BITTS, LLC DBA BITCOIN .COM
C/O HARRY A. READSHAW
600 GRANT ST, 44TH FLR
PITTSBURGH, PA 15219

TRC MASTER FUND LLC
PO BOX 633
WOODMERE, NY 11598

ERICA SANFORD
6632 S. KENWOOD AVE
CHICAGO, IL 60637

FREDRICK J. GREDE
10223 COCONUT RD
UNIT 3701
ESTERO, FL 34135

HORIZON KINETICS LLC
470 PARK AVENUE SOUTH
NEW YORK, NY 10016

HK CRYPTOCURRENCY MINING LLC
470 PARK AVENUE SOUTH
NEW YORK, NY 10016

FROM CORPORATION
ONE NORTH LEXINGTON AVE., #12-C
WHIRE PLAINS, NY 10601

RONALD H. FILLER
12449 LOCKFORD LN
NAPLES, FL 34120

SCOTT E EARLY
1802 N LINCOLN PARK WEST
CHICAGO, IL 60614

CINIVA LLC
223 EAST CITY HALL AVE.
#407
NORFOLK, VA 23510

HORIZON KINETICS LLC
470 PARK AVE S.
8TH FLR. S.
NEW YORK, NY 10016

FRMO CORPORATION
470 PARK AVE S.
8TH FLR. S.
NEW YORK, NY 10016

BMG OPERATIONS LTD
C/O JENNIFER M MCLENMORE, ESQ
200 S 10TH ST  STE 1600
RICHMOND, VA 23219

COMMONWEALTH EDISON COMPANY
BANKRUPTCY DEPARTMENT
1919 SWIFT DRIVE
OAK BROOK, IL 60523

TRC MASTER FUND LLC
PO BOX 633
WOODMERE, NY 11598

WILLIAM BOYK
982 DAKOTA CIRCLE
NAPERVILLE, IL 60563

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

NASDAQ
805 KING FARM BLVD.
ROCKVILLE, MD 20850

MARC NAGEL
680 N. LAKE SHORE DRIVE, #419
CHICAGO, IL 60611

FIS SYSTEMS INTERNATIONAL, LLC
FIS LEGAL,11601 ROOSEVELT BLVD.,
TA-41,ATTN: LAUREN M. PIZZO, ESQ.
ST. PETERSBURG, FL 33716

PATRICK CHILDRESS
701 S WELLS ST APT 2001
CHICAGO, IL 60607-4630

PACIFIC LIAISON SERVICES INC
C/O HAYAMI SHIRAISHI
701 S WELLS ST STE 2001
CHICAGO, IL 60607-4630

FREDERICK J. GREDE
500 N. LAKE SHORE DRIVE, UNIT 3314
CHICAGO, IL 60611

BCAUSE MINING LLC, A VIRGINIA LIMIT
130 S. JEFFERSON ST., #101
CHICAGO, IL 60661

W-R2 JEFFERSON OWNER VII, L.L.C.
2 N. LA SALLE STREET, SUITE 1300
CHICAGO, IL 60602

MARY GRACE FAJARDO
6024 N. KIMBALL AVE.
CHICAGO, IL 60659

LEVEL 3 COMMUNICATIONS, LLC
CENTURYLINK COMMUNICATIONS
ATTN: LEGAL - BKY,1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

MICHAEL D. ADOLPHI
4404 MUDDY CREEK ROAD
VIRGINIA BEACH, VA 23457

PAUL K. WONG
4020 CHURCH POINT ROAD
VIRGINIA BEACH, VA 23455

W-R2 JEFFERSON OWNER VII, LLC.
MARC I FENTON ESQ
2 N LASALLE ST SUITE 1300
CHICAGO, IL 60602

KRISTIN JOYCE-WERNER
14159 CAMDEN DR
ORLAND PARK, IL 60462

DAWN L. CHAPMAN
2324 TREESONG TRAIL
VIRGINIA BEACH, VA 23456

JOSEPH LAMONTAGNE
607 LYNNHAVEN PKWY
VIRGINIA BEACH, VA 23452

THOMAS G. FLAKE
709 ROOSEVELT AVENUE
VIRGINIA BEACH, VA 23452

JOHN ASHBY
1440 W. LITTLE NECK ROAD
VIRGINIA BEACH, VA 23452

ANN M. CRESCH
5731 HAMPTON DRIVE
LONG GROVE, IL 60047

GREENWICH CENTRE INVESTORS, L.C.
C/O ROBINSON DEVELOPMENT GROUP
150 W. MAIN ST., #1100
NORFOLK, VA 23510

ERICA SANFORD
6632 S. KENWOOD AVE,
CHICAGO, IL 60637

DANIEL SCHAK
2319 N 77TH AVE
ELMWOOD PARK, IL 60707-3042

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 19035
SPRINGFIELD, IL 62794-6279

TRADEHELM, INC.
R SCOTT ALSTERDA
70 WEST MADISON,SUITE 3500
CHICAGO, IL 60602

ERICA SANFORD
6632 S. KENWOOD AVE
CHICAGO, IL 60637

CCA FINANCIAL LLC
C/O ASKOUNIS & DARCY PC
444 N. MICHIGAN, STE. 3270
CHICAGO, IL 60611

ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY
33 S. STATE ST.
10TH FLOOR COLL. BKRY
CHICAGO, IL 60603

WISCONSIN DEPARTMEN OF REVENUE
4-SPU BANKRUPTCY
PO BOX 8901
MADISON, WI 53708-8901

/s/ ALEX D. MOGLIA
Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173