UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10562 |
| BCAUSE MINING LLC, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of compensation and expenses of administration, due notice having been given, and the Court being fully advised:

IT IS HEREBY ORDERED that compensation and expenses for the Trustee are allowed as follows:

TOTAL COMPENSATION         $ 75,762.16
Previously Paid            $ 45,957.79
Amount Due for Compensation   $ 29,804.37

TOTAL EXPENSES             $ 2,379.83
Previously Paid            $ 2,379.83
Amount Due for Expenses    $    0.00

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 17, 2024

**Prepared by:**

ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
(847) 884-8282