UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-10562
BCAUSE MINING LLC,  )
)  Chapter: 7
)  Honorable Janet S. Baer
)
)
Debtor(s)  )

### ORDER AWARDING MOGLIA ADVISORS COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of compensation and expenses of administration, due notice having been given, and the Court being fully advised:

IT IS HEREBY ORDERED that compensation and expenses for Moglia Advisors are allowed as follows:

TOTAL FEES         $ 58,205.00
Previously Paid    $ 25,925.00
Amount Due for Fees   $ 32,280.00

TOTAL EXPENSES       $ 7,687.42
Previously Paid     $ 3,719.12
Amount Due for Expenses  $ 3,968.30

Enter:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 17, 2024

**Prepared by:**

ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
(847) 884-8282